IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Richard P., by and for **R.P.**, and Denise L., by and for **K.L.**, | ) ) ) |
| Plaintiffs | ) ) ) |
| v. | ) ) |
| **SCHOOL DISTRICT OF THE CITY OF ERIE, PENNSYLVANIA; JANET WOODS**, Individually and in her Capacity as Principal of Strong Vincent High School; and **LINDA L. CAPPABIANCA**, Individually and in her Capacity as Assistant Principal of Strong Vincent High School, | ) Civil Action No. 03-390 Erie ) ) ) ) ) ) ) ) |
| Defendants | ) **JURY TRIAL DEMANDED** |

**ORDER**

AND NOW, this _____ day of August, 2005, Defendants' Motion to Seal Defendants' Motion for Partial Summary Judgment, Appendix and Brief and to File Amended Motion, Appendix and Brief is hereby GRANTED. The following documents filed by defendants on August 1, 2005 are hereby sealed: (1) Defendants' Motion for Partial Summary Judgment, (2) the attached proposed Order, (3) the attached Appendix to Defendants' Motion for Partial Summary Judgment and (4) the Brief in Support of Defendants' Motion for Partial Summary Judgment (collectively, "Summary Judgment Documents"). Defendants shall file amended and redacted Summary Judgment Documents that comply with W.D.PA.LR 5.1.1 on or before August 19, 2005.

_____
Sean J. McLaughlin
United States District Judge

#628088