IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Richard P., by and for **R.P.**, and Denise L., by and for **K.L.**, | ) ) ) |
| Plaintiffs | ) ) |
| v. | ) ) |
| **SCHOOL DISTRICT OF THE CITY OF ERIE, PENNSYLVANIA; JANET WOODS**, Individually and in her Capacity as Principal of Strong Vincent High School; and **LINDA L. CAPPABIANCA**, Individually and in her Capacity as Assistant Principal of Strong Vincent High School, | ) ) ) ) ) ) ) ) ) ) |
| Defendants | ) |

Civil Action No. 03-390 Erie

**JURY TRIAL DEMANDED**

### DEFENDANTS' MOTION TO SEAL DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT, APPENDIX AND BRIEF AND TO FILE AMENDED MOTION, APPENDIX AND BRIEF

Defendants The School District of the City of Erie, Pennsylvania, Janet M. Woods, and Linda L. Cappabianca, respectfully submit the following Defendants' Motion to Seal Defendants' Motion for Partial Summary Judgment, Appendix and Brief and to File Amended Motion, Appendix and Brief.

1.  On August 1, 2005 defendants electronically filed (a) Defendants' Motion for Partial Summary Judgment ("Motion"), (b) an attached proposed Order ("Order"), (c) an attached Appendix to Defendants' Motion for Partial Summary Judgment ("Appendix") and (d) a Brief in Support of Defendants' Motion for Partial Summary Judgment ("Brief") (collectively, "Summary Judgment Documents").

2.  The Summary Judgment Documents contained personal data identifiers in violation of W.D.PA.LR 5.1.1 as defendants'counsel should have been but was not aware at the

time of filing that the Local Rules of the United States District Court for the Western District of Pennsylvania had been promulgated on April 1, 2005 as revised and re-enacted, effective July 1, 2005, and that LR 5.1.1 had been revised to prohibit the inclusion of certain personal data identifiers unless permitted by Court order or redacted in conformity with the rule.

3. Defendants' counsel presently is in the process of revising and redacting the Summary Judgment Documents to conform with LR 5.1.1. While the Motion, Order and Brief can be quickly revised, the Appendix contains 850 pages of documents, preventing the immediate completion of the redaction process, which process can be completed on or before August 19, 2005.

4. Defendants respectfully submit that the permanent sealing of the Summary Judgment Documents in the absence of filing revised and redacted versions of those documents is not permissible under the case law of the Third Circuit. **United States v. Crider**, 675 F.2d 550, 559 (3d Cir. 1982); **Doe v. Methacton School District**, 878 F.Supp. 40, 41-2 (E.D.Pa. 1995). However, sealing should be appropriate pending the filing of amended and redacted Summary Judgment Documents that conform with LR 5.1.1.

5. Counsel for plaintiffs has been contacted with respect to this Motion and states that he has no objection to the relief requested.

WHEREFORE, defendants The School District of the City of Erie, Pennsylvania, Janet M. Woods, and Linda L. Cappabianca respectfully request that the Court enter an order sealing the Summary Judgment Documents filed on August 1, 2005 and requiring that defendants file amended and redacted Summary Judgment Documents that comply with LR 5.1.1 on or before August 19, 2005.

Case 1:03-cv-00390-SJM    Document 53    Filed 08/15/2005    Page 3 of 4

        Respectfully submitted,

/s/ James T. Marnen
James T. Marnen
PA I.D. No. 15858
KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
120 West 10th Street
Erie, PA 16501
General Tel: 814-459-2800
Direct Dial Tel: 814-459-9886, ext. 203
Fax: 814-453-4530
E-mail:jmarnen@kmgslaw.com

Attorney for Defendants,
The School District of the City of Erie,
Pennsylvania, Janet M. Woods and Linda L.
Cappabianca

# 625911

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Richard P., by and for **RACHEL P.**, and Denise L., by and for **KRISTINA L.**,<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>**SCHOOL DISTRICT OF THE CITY OF ERIE, PENNSYLVANIA; JANET WOODS**, Individually and in her Capacity as Principal of Strong Vincent High School; and **LINDA L. CAPPABIANCA**, Individually and in her Capacity as Assistant Principal of Strong Vincent High School,<br><br>　　　　Defendants | Civil Action No.  03-390 Erie<br><br><br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of August, 2005, a copy of the within document was served on all counsel of record and unrepresented parties in accordance with the applicable rules of court.

　　　　　　　　　　　　　　　　　　　　/s/  James T. Marnen
　　　　　　　　　　　　　　　　　　　　James T. Marnen

#628087