IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Richard P., by and for **RACHEL P.**, and Denise L., by and for **KRISTINA L.**,<br><br>Plaintiffs<br><br>v.<br><br>**SCHOOL DISTRICT OF THE CITY OF ERIE, PENNSYLVANIA; JANET WOODS**, Individually and in her Capacity as Principal of Strong Vincent High School; and **LINDA L. CAPPABIANCA**, Individually and in her Capacity as Assistant Principal of Strong Vincent High School,<br><br>Defendants | Civil Action No. 03-390 Erie<br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

**ORDER**

AND NOW, this ____ day of _____, 2005, it is hereby ORDERED that Defendants' Motion for Partial Summary Judgment is GRANTED. Plaintiffs' claims (1) under Title IX against defendant School District of the City of Erie, Pennsylvania for damages for the sexual assaults and the harassment that preceded those assaults, (2) under the Equal Protection Clause and the Equal Rights Amendment of the Pennsylvania Constitution against defendant Linda L. Cappabianca for damages for the sexual assaults and the harassment that preceded and succeeded those assaults, and (3) under IDEA and the Rehabilitation Act against defendant School District of the City of Erie, Pennsylvania for damages for the placement of plaintiffs at Sarah Reed Children's Center, are hereby dismissed, and summary judgment is hereby entered for defendant Janet M. Woods and against plaintiffs.

_____
Sean J. McLaughlin
United States District Judge

#625928