IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

*CA03-390E*

RICHARD P., by and for **R.P.**, and DENISE L., by and for **K.L.**,

Plaintiffs

v.

**SCHOOL DISTRICT OF THE CITY OF ERIE, PENNSYLVANIA;**
**JANET WOODS**, Individually and in her Capacity as Principal of Strong Vincent High School;
and **LINDA L. CAPPABIANCA**, Individually and in her Capacity as Assistant Principal of
Strong Vincent High School,

Defendants

Civil Action No. 03-390 Erie

**APPENDIX TO DEFENDANTS' AMENDED MOTION FOR PARTIAL SUMMARY
JUDGMENT**

**VOLUME 2**

James T. Marnen
PA I.D. No. 15858
KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
120 West 10th Street
Erie, PA 16501
General Tel:   814-459-2800
Direct Dial Tel: 814-459-9886, ext. 203
Fax:   814-453-4530
E-mail:  jmarnen@kmgslaw.com

Attorney for Defendants,
TheSchool District of the City of Erie,
Pennsylvania, Janet M. Woods and Linda L.
Cappabianca

Pennsylvania;

A000000397

M - 15363        IN SCHOOL SUSPENSION FOR (01) FIGHTING/THREATS

    SUSPENSION:  SCH-502 STRONG VINCENT H.S.        GR-07        HR-0209

        DAYS:  12/04,05,06


FORM - 15821        IN SCHOOL SUSPENSION FOR (17) EXCESSIVE TARDINESS

    SUSPENSION:  SCH-502 STRONG VINCENT H.S.        GR-07        HR-0209

        DAYS:  12/11,12,13,14,15


FORM - 17071        IN SCHOOL SUSPENSION FOR (17) EXCESSIVE TARDINESS

    SUSPENSION:  SCH-502 STRONG VINCENT H.S.        GR-07        HR-0209

        DAYS:  01/12,16,17,18,23


FORM - 17707        SATURDAY SUSPENSION FOR (23) DISORDERLY CONDUCT

    SUSPENSION:  SCH-502 STRONG VINCENT H.S.        GR-07        HR-0209

        DAYS:  02/03


FORM - 17743        SATURDAY SUSPENSION FOR (06) PROFANITY

    SUSPENSION:  SCH-502 STRONG VINCENT H.S.        GR-07        HR-0209

        DAYS:  02/10


FORM - 18465        IN SCHOOL SUSPENSION FOR (06) PROFANITY

    SUSPENSION:  SCH-502 STRONG VINCENT H.S.        GR-07        HR-0209

        DAYS:  02/07,08,12,13,14


FORM - 18517        SATURDAY SUSPENSION FOR (23) DISORDERLY CONDUCT

    SUSPENSION:  SCH-502 STRONG VINCENT H.S.        GR-07        HR-0209

        DAYS:  02/24


FORM - 19309        SATURDAY SUSPENSION FOR (28) DRESS CODE

    SUSPENSION:  SCH-502 STRONG VINCENT H.S.        GR-07        HR-0209

        DAYS:  03/10

M - 23021        IN SCHOOL SUSPENSION FOR (33) DISORDERLY CONDUCT

     SUSPENSION:  SCH-502 STRONG VINCENT H.S.        GR-07        HR-0209

         DAYS:  05/14,15,16


. 2001-02 SCHOOL YEAR . . . . . . . . . . . . . . . . . .

FORM - 23300        IN SCHOOL SUSPENSION FOR (32) SKIP SATURDY DETENTN

     SUSPENSION:  SCH-502 STRONG VINCENT H.S.        GR-08        HR-0209

         DAYS:  09/10,13,14


FORM - 23943        IN SCHOOL SUSPENSION FOR (06) PROFANITY

     SUSPENSION:  SCH-502 STRONG VINCENT H.S.        GR-08        HR-0209

         DAYS:  09/20,24,25,26,27,28
                10/02,08,10


FORM - 25076        IN SCHOOL SUSPENSION FOR (06) PROFANITY

     SUSPENSION:  SCH-502 STRONG VINCENT H.S.        GR-08        HR-0209

         DAYS:  10/16,17,18,22,23

```
99489    B  C
         ERIE        PA  16506    A000000399
```

| | | |
|---|---|---|
| CURRENT: | SCH-309 | GR-09  HR-09 |
| PHONE: | 461-1851 | DOB- /87 |
| PARENT: | CHARLES | |
| COUNSELOR: | | |

1994-95 SCHOOL YEAR . . . . . . . . . . . . . . . . . . . . . .

FORM - 40889  OUT OF SCHOOL SUSPENSION FOR (08) STEALING
    SUSPENSION: SCH-363 JEFFERSON
                                        GR-02    HR-0114
        DAYS: 03/15,16

FORM - 42315  OUT OF SCHOOL SUSPENSION FOR (07) PHYSICAL ASSAULT
    SUSPENSION: SCH-363 JEFFERSON
                                        GR-02    HR-0114
        DAYS: 03/29,30,31

FORM - 42499  OUT OF SCHOOL SUSPENSION FOR (10) INSUBORDINATION
    SUSPENSION: SCH-363 JEFFERSON
                                        GR-02    HR-0114
        DAYS: 05/16,17,18

1995-96 SCHOOL YEAR . . . . . . . . . . . . . . . . . . . . . .

FORM - 50193  OUT OF SCHOOL SUSPENSION FOR (10) INSUBORDINATION
    SUSPENSION: SCH-363 JEFFERSON
                                        GR-02    HR-0111
        DAYS: 05/09,10,13

1996-97 SCHOOL YEAR . . . . . . . . . . . . . . . . . . . . . .

FORM - 60440  OUT OF SCHOOL SUSPENSION FOR (10) INSUBORDINATION
    SUSPENSION: SCH-361 HARDING
                                        GR-03    HR-0214
        DAYS: 05/19,20,21


4-4-05
EXHIBIT
3

```

997-98 SCHOOL YEAR . . . . . . . . . . . . . . . . . . . . . . . .

| - 62768  OUT OF SCHOOL SUSPENSION FOR (01) FIGHTING/THREATS  A000000400

SUSPENSION:  SCH-361 HARDING                    GR-04        HR-0208

DAYS:  10/09

| - 62771  OUT OF SCHOOL SUSPENSION FOR (07) PHYSICAL ASSAULT

SUSPENSION:  SCH-361 HARDING                    GR-04        HR-0208

DAYS:  10/15,16,17

M - 69859  OUT OF SCHOOL SUSPENSION FOR (23) DISORDERLY CONDUCT

SUSPENSION:  SCH-361 HARDING                    GR-04        HR-0208

DAYS:  04/16,17,20

1998-99 SCHOOL YEAR . . . . . . . . . . . . . . . . . . . . . . . .

M - 00144  OUT OF SCHOOL SUSPENSION FOR (10) INSUBORDINATION

SUSPENSION:  SCH-361 HARDING                    GR-05        HR-0204

DAYS:  05/20

M - 00400  OUT OF SCHOOL SUSPENSION FOR (01) FIGHTING/THREATS

SUSPENSION:  SCH-361 HARDING                    GR-05        HR-0204

DAYS:  05/24

| - 73260  OUT OF SCHOOL SUSPENSION FOR (01) FIGHTING/THREATS

SUSPENSION:  SCH-361 HARDING                    GR-05        HR-0204

DAYS:  09/28

| - 80126  OUT OF SCHOOL SUSPENSION FOR (10) INSUBORDINATION

SUSPENSION:  SCH-361 HARDING                    GR-05        HR-0204

DAYS:  01/13

A000000401

FORM - 92587   OUT OF SCHOOL SUSPENSION FOR (10) INSUBORDINATION

SUSPENSION:  SCH-361 HARDING

DAYS:  03/19,22                                    GR-05        HR-0204


FORM - 99222   OUT OF SCHOOL SUSPENSION FOR (01) FIGHTING/THREATS

SUSPENSION:  SCH-361 HARDING

DAYS:  05/04                                       GR-05        HR-0204


FORM - 99717   OUT OF SCHOOL SUSPENSION FOR (26) SEXUAL HARASSMENT

SUSPENSION:  SCH-361 HARDING

DAYS:  05/13,14                                    GR-05        HR-0204


. 1999-00 SCHOOL YEAR . . . . . . . . . . . . . .

FORM - 04677   OUT OF SCHOOL SUSPENSION FOR (10) INSUBORDINATION

SUSPENSION:  SCH-361 HARDING

DAYS:  12/14,15,16                                 GR-06        HR-0301


FORM - 05312       SATURDAY SUSPENSION FOR (38) LEAVING ASSIGND AREA

SUSPENSION:  SCH-361 HARDING

DAYS:  01/08                                       GR-06        HR-0301


FORM - 05496       IN SCHOOL SUSPENSION FOR (05) SKIPPING DETENTION

SUSPENSION:  SCH-361 HARDING

DAYS:  01/10,11,12                                 GR-06        HR-0301


FORM - 06873       IN SCHOOL SUSPENSION FOR (38) LEAVING ASSIGND AREA

SUSPENSION:  SCH-361 HARDING

DAYS:  02/15,16,17                                 GR-06        HR-0301

RM - 07776        SATURDAY SUSPENSION FOR (10) INSUBORDINATION
A000000402
      SUSPENSION:  SCH-361 HARDING
                                                    GR-06        HR-0301
            DAYS:  03/18

FORM - 08857      IN SCHOOL SUSPENSION FOR (32) SKIP SATURDY DETENTN
      SUSPENSION:  SCH-361 HARDING
                                                    GR-06        HR-0301
            DAYS:  03/27,28,29

FORM - 09903   OUT OF SCHOOL SUSPENSION FOR (10) INSUBORDINATION
      SUSPENSION:  SCH-361 HARDING
                                                    GR-06        HR-0301
            DAYS:  04/13,14

FORM - 11562   OUT OF SCHOOL SUSPENSION FOR (01) FIGHTING/THREATS
      SUSPENSION:  SCH-361 HARDING
                                                    GR-06        HR-0301
            DAYS:  05/31
                   06/01

. 2000-01 SCHOOL YEAR . . . . . . . . . . . . . . . . . . . .

ORM - 13350        SATURDAY SUSPENSION FOR (44) TERRORIST THREAT/ACT
      SUSPENSION:  SCH-361 HARDING
                                                    GR-07        HR-0211
            DAYS:  10/07

RM - 13353   OUT OF SCHOOL SUSPENSION FOR (10) INSUBORDINATION
      SUSPENSION:  SCH-361 HARDING
                                                    GR-07        HR-0211
            DAYS:  10/06

RM - 14034   OUT OF SCHOOL SUSPENSION FOR (01) FIGHTING/THREATS
      SUSPENSION:  SCH-361 HARDING
                                                    GR-07        HR-0211
            DAYS:  10/26,27,30

E 000000037

M - 15689   OUT OF SCHOOL SUSPENSION FOR (10) INSUBORDINATION
A000000403

SUSPENSION:   SCH-361 HARDING

GR-07      HR-0211

DAYS:  12/11,12

FORM - 17030   OUT OF SCHOOL SUSPENSION FOR (20) TRESPASSING

SUSPENSION:   SCH-361 HARDING

GR-07      HR-0211

DAYS:  01/18,22,23,24,25,26,29,30,31

2001-02 SCHOOL YEAR . . . . . . . . . . . . . . .

FORM - 23280       SATURDAY SUSPENSION FOR (23) DISORDERLY CONDUCT

SUSPENSION:   SCH-502 STRONG VINCENT H.S.

GR-08      HR-0226

DAYS:  09/22

FORM - 26662       IN SCHOOL SUSPENSION FOR (10) INSUBORDINATION

SUSPENSION:   SCH-502 STRONG VINCENT H.S.

GR-08      HR-0226

DAYS:  10/09,10,31
       11/05,15,16,19,20,21,27

```
ID NUMBER,YEAR OR <ALL> [,FORM NUMBER]
IIIIII,YYYY [,FFFFF]                A000000404
899489,0001

8^9489   B       C██████
              ██████████
      ERIE         PA  16506
```

                                        CURRENT:  SCH-309   GR-09  HR-09
                                        PHONE:    461-1851  DOB-0███/87
                                        PARENT:   CHARLES
                                        COUNSELOR:

. . -SCHOOL YEAR . . . . . . . . . . . . . . . . . .

FORM - 13350        SATURDAY SUSPENSION FOR (44) TERRORIST THREAT/ACT
        SUSPENSION:  SCH-361 HARDING
                                                GR-07      HR-0211
                DAYS:  10/07


FORM - 13353   OUT OF SCHOOL SUSPENSION FOR (10) INSUBORDINATION
        SUSPENSION:  SCH-361 HARDING
                                                GR-07      HR-0211
                DAYS:  10/06


FORM - 14034   OUT OF SCHOOL SUSPENSION FOR (01) FIGHTING/THREATS
        SUSPENSION:  SCH-361 HARDING
                                                GR-07      HR-0211
                DAYS:  10/26,27,30


FORM - 15689   OUT OF SCHOOL SUSPENSION FOR (10) INSUBORDINATION
        SUSPENSION:  SCH-361 HARDING
                                                GR-07      HR-0211
                DAYS:  12/11,12


FORM - 17030   OUT OF SCHOOL SUSPENSION FOR (20) TRESPASSING
        SUSPENSION:  SCH-361 HARDING
                                                GR-07      HR-0211
                DAYS:  01/18,22,23,24,25,26,29,30,31

89.9489   B   ▉▉▉▉▉▉▉

ERIE        PA   16506    DR   A000000405   CURRENT:   SCH-309   GR-09   HR-09
                                            PHONE:     461-1851   DOB-▉▉▉▉87
                                            PARENT:    CHARLES
                                            COUNSELOR:

·  -SCHOOL YEAR . . . . . . . . . . . . . . . . . . . . . . . . .

FORM - 23280        SATURDAY SUSPENSION FOR (23) DISORDERLY CONDUCT
       SUSPENSION:  SCH-502 STRONG VINCENT H.S.
                                              GR-08      HR-0226
              DAYS:  09/22


FORM - 26662        IN SCHOOL SUSPENSION FOR (10) INSUBORDINATION
       SUSPENSION:  SCH-502 STRONG VINCENT H.S.
                                              GR-08      HR-0226
              DAYS:  10/09,10,31
                     11/05,15,16,19,20,21,27

TIM PEARSON
PRESIDENT
SAMUEL L. VONA
VICE-PRESIDENT
JOHN C. HARKINS
JIM HERDZIK
RICHARD R. HILINSKI
NANCY R. NIELSEN
MARY FRANCES SCHENLEY
RICHARD T. SZYCHOWSKI
EVA TUCKER, JR.

# THE SCHOOL DISTRICT OF THE CITY OF ERIE, PA.

A000000406

148 WEST 21st STREET • ERIE, PENNSYLVANIA 16502

PHONE: 814 / 874-6000

FAX: 814 / 874-6132

DR. JAMES E. BARKER
SUPERINTENDENT OF SCHOOLS

LOIS OWENS
SECRETARY

Date: __March 3, 2003__

TO: Hermitage House Youth Services

P. O. box 748

Edinboro, PA 16412

_____

ATTN: Pamela Marsh, Education Dir.

RE: __C_____ B_____

DOB: _____-87_____

Information was requested from the Child Study Department on the above named student. You will find the following enclosed:

( ) THIS DEPARTMENT HAS NO PSYCHOLOGICAL DATA ON FILE

( ) Psychiatric evaluation(s) - _____

(X) Most recent CER and/or Psychological Study- _2-7-01_____

( ) Most recent Two Year Re-evaluation - _____

(X) IEP - _____
          _11-13-01_____

( ) OTHER INFORMATION - _____

** FURTHER INFORMATION CAN BE OBTAINED BY CONTACTING THE FOLLOWING:

_Millcreek Sch. Dist. 10-24-02_      _W/D 1-22-02 to First_
_____      _Assembly of God._

_____      _____

This information is for professional use only and is not to be released to any other person or organization. If I can be of any further assistance, please contact me at (814) 874-6102.       FAX # (814) 874-6119

Sincerely,

Please:C

Rebecca Ashley
Child Study Department

_An Equal Opportunity Employer_

The Mission of the School District of the City of Erie, the flagship of educational opportunity that charts the course to individual excellence, is to ensure academic, personal, and vocational success for the individual, with a focus on school-age youth, by using state-of-the-art technology as a catalyst to optimize the delivery of individualized instruction, and to challenge students to realize their potential.

A000000407



# MILLCREEK TOWNSHIP SCHOOL DISTRICT
### 3740 WEST 26TH STREET • ERIE PA 16506
### (814) 835-5334

## AUTHORIZATION FOR *EXCHANGE AND RELEASE* OF INFORMATION
### PERTAINING TO STUDENT INFORMATION



**PROVIDER:** *First Assembly of GOD*

**SCHOOL:**
McDowell Senior High School
3580 West 38th Street
Erie, Pennsylvania 16506

**ATTENTION:** *First Assembly Christian Academy*        **ATTENTION:** *Student Records*

Student Name _C_____ Jr_        Birthdate ____87

Student Grade _8th_        Student's Present School _____

Parent Name _Mr. / Mrs. Charles / Victoria_

Address _____

Telephone: Home _868-8429_        Work _455-8298_

Reason for request of information _For Registration_

## REQUESTED INFORMATION:

|  | YES | NO |
|---|---|---|
| Permanent Record Information | ☐ | ☐ |
| Health Record Information | ☐ | ☐ |
| Psychological Reports | ☐ | ☐ |
| Medical Information | ☐ | ☐ |
| Psychiatric Information | ☐ | ☐ |
| Telephone Contact | ☐ | ☐ |
| Other Request: *School Transcript* | | |

---

**PERMISSION is hereby given to release and exchange information for said student.**

_Mr. / Mrs. Charles / Victoria B._        _10/23/02_
Signature of Parent/Guardian        Date

_Charles B_
Signature of Student, age 14 or over        Date

white: provider        yellow: permanent record        pink: office

F_000001757

School District of the City of Erie, PA
Department of Pupil Personnel Services
Office of Child Study

# COMPREHENSIVE EVALUATION REPORT (CER)

(814)874-6100
School Age

[ ] Initial Referral
[ x ] Reevaluation

Student ID#: 899489
Soc. Sec. #

**STUDENT NAME:** C_____ B

**STUDENT BIRTH DATE:** ____87

**SCHOOL DISTRICT:** City of Erie, PA

**HOME SCHOOL DISTRICT:**

**CURRENT EDUCATIONAL PROGRAM:** LS

**OTHER DEMOGRAPHIC DATA, AS NEEDED:**

**PARENT NAME:** Mr. & Mrs. C_____ B:

**PARENT ADDRESS:** _____
Erie, PA 16505

**DATE OF REPORT:** 2/7/01
**DATE OF TEST:**
**AGE:** 13-8          **GRADE:** 7

**SCHOOL:** Harding

**COUNTY OF RESIDENCE:** Erie

**ANTICIPATED YEAR OF GRADUATION:** 2006

**PARENT PERMISSION:** 2/7/01

**TELEPHONE:** 461-1851

**TEACHER NAME:**

**REASON (S) FOR REFERRAL:**

C_____ was referred for an MDE after stealing money from school on 1/16/01. In addition to the incident on 1/16, C_____ has exhibited chronic disruptive behaviors, including fighting and insubordination, throughout the 2000-01 school year.

**ASSESSMENT INFORMATION:**
**EDUCATIONAL, SOCIAL, AND PHYSICAL HISTORY:**
**Educational History:**

C_____ is currently a 7th grade student at Harding receiving learning support services. He has a lengthy history of academic and behavioral difficulties that emerged early in his school career. As a pre-school student, C_____ was evaluated in February 1991 at the North West Tri-County Intermediate Unit to determine if he was eligible for speech and language services. He was found to be not exceptional and thus continued with regular schooling. However, in November 1993, as a first grade student at Jefferson Elementary, C_____ was referred for a MDE due to his failure to progress academically, as well as inattentive and disruptive behavior. The MDT concluded that C_____ was eligible for special education services in the category of mild mental retardation. At the conclusion of the 1993-94 school year, C_____ was retained and thus repeated first grade. In May 1996, as a second grade student, C_____ was evaluated in the psychiatric clinic due to disruptive, inattentive, aggressive and inappropriate sexual behaviors. Based upon his assessment, the psychiatrist diagnosed C_____ with ADHD. C_____ remained at Jefferson until March 1997, at which time he transferred to Harding. He has remained at Harding since that time.

CONFIDENTIAL: FOR PROFESSIONAL USE ONLY

School District of the City of Erie, PA
Department of Pupil Personnel Services
Office of Child Study

## COMPREHENSIVE EVALUATION REPORT (CER)
### PAGE 2 OF 7

(814)874-6100
*School Age*

**Name:** C████ B█                                              **Date of Test:**

Despite the special education services, C████ has continued to experience difficulty both academically and behaviorally. In reviewing C████ academic record he has received C's and D's in all of his core subjects since third grade. On his second quarter report card for the 2000-01 school year, he earned a B in Physical Education, C's in English and Math and D's in Reading, Social Studies, Science, Art and Music. Records from Harding indicate that C████ has an extensive discipline record with the following major behavioral infractions in recent years:

- 1998-99 school year - 7 out of school suspensions: 3 times for fighting, 3 times for insubordination and one time for sexual harassment
- 1999-2000 school year – Saturday detention three times, PASS three times and out of school suspension three times: twice for insubordination and once for fighting.
- 2000-01 school year – Saturday detention for threatening another student and out of school suspension four times: twice for insubordination, once for fighting and once for trespassing and stealing.

## Social History:

C████ is a thirteen-year old African American male currently residing with his natural parents, C████ and Victoria ████, as well as three younger siblings. No significant behavior problems are reported in the home and Charles' relationship with his parents is characterized as excellent.

As reported above, C████ has difficulty interacting appropriately with his peers at times, as indicated by the significant number of fights he has been involved with at school. In addition, he has a great deal of difficulty interacting appropriately with authority figures, especially in the school setting. At school, C████ is often hyperactive, inattentive, insubordinate and threatens other students. Although he carries a diagnosis of ADHD, he is not medicated, nor does he receive any community services, with the exception of involvement at the YMCA.

## Medical History:

A prenatal history completed by Mr. & Mrs. B█ indicated that C████ was the result of a full-term, uncomplicated pregnancy. However, C████ was hospitalized at birth for bronchial pneumonia and was diagnosed with asthma at that time. He continues to take an albuteral inhaler to address his asthma. C████ attained developmental milestones according to established benchmarks. C████ medical history is significant for asthma, as well as for a report in a previous CER, from 11/93, which indicated that C████ was evaluated by an audiologist in 9/89. The report stated that C████ hearing was within normal limits in his "better ear", although there was no indication as to what the audiologist meant by that statement. Additional information regarding the reason for this screening or any subsequent treatment was not available. A report from the school nurse indicate normal vision and hearing screenings. The nurse did note in her report that C████ asthma is not under control and that he frequently requires his inhaler with asthma triggers including sports activity, humid weather and upper respiratory infections.

CONFIDENTIAL: FOR PROFESSIONAL USE ONLY

E  000001776

School District of the City of Erie, PA
Department of Personnel Services
Office of Child Study

(814) 874-6100

## COMPREHENSIVE EVALUATION REPORT (CER)
### PAGE 3 OF 7

School Age

Name: C_____ B_____

Date of Test:

### INFORMATION FROM THE PARENTS OR PERSONS WITH WHOM THE STUDENT LIVES:

A parent questionnaire completed by Mr. B_____ indicates that C_____ has a good relationship with his family. He describes him as likeable, with a good sense of humor and a high self-esteem. Despite his many strengths, he did recognize that C_____ can be hyperactive and often has behavior problems at school.

### INFORMATION FROM OBSERVATIONS IN THE CLASSROOM AND OTHER SETTINGS:

C_____ was observed by Mrs. Gannon, the school counselor, during his learning support reading class. Throughout the observation, C_____ was extremely inattentive and disruptive. It was noted that he was constantly moving and unable to complete his task. He disrupted his peers by instigating them, laughing at them, taking their papers and threatening them. He did not respond to teacher redirection and even left the classroom, stating "Forget you" when he was reprimanded. The observer concluded that C_____ has little or no control over his impulses, which hinders his academic progress.

### INSTRUCTIONAL EVALUATION RESULTS (INCLUDING INSTRUCTIONAL LEVEL, RATES OF ACQUISITION AND RETENTION, PROGRESS IN THE GENERAL CURRICULUM):

C_____' learning support teacher reports that he is at a $4^{th}$ grade instructional level in Reading and a grade instructional level in Math. Furthermore, his rates of acquisition and rates of retention are below those of students the same age and grade. As a result of his chronic disruptive behavior, C_____ struggles to progress in the general curriculum.

### ECOLOGICAL EVALUATION RESULTS (IF APPROPRIATE):
Results from the Vineland Adaptive Behavior Scale are as follows:

| Area of Functioning | Standard Score |
| --- | --- |
| Communication Domain | 70 |
| Daily Living Skills | 74 |
| Socialization | 68 |
| Adaptive Behavior Scale | 68 |

### VOCATIONAL TECHNICAL EDUCATION ASSESSMENT RESULTS (FOR TRANSITION PLANNING):
N/A

### INTERESTS, PREFERENCES, APTITUDES (FOR TRANSITION PLANNING):
N/A

### FUNCTIONAL BEHAVIORAL ASSESSMENT RESULTS (IF APPROPRIATE):
N/A

School District of Erie, PA
Department of Pupil Personnel Services
Office of Child Study

**COMPREHENSIVE EVALUATION REPORT (CER)**
**PAGE 4 OF 7**

(814)874-6100
*School Age*

Name: C_____ B.

Date of Test:

**SUMMARY OF FINDINGS/INTERPRETATION OF ASSESSMENT RESULTS:**
(Student's Current Performance including cognitive, developmental, and physical functioning)
The Erie School District uses tests and evaluations that are individually selected to assess specific areas of educational need and ability. The Wechsler Intelligence Scale for Children – Third Edition (WISC-III) was administered to C_____ in 11/93. His results fell within the borderline range of intellectual functioning with the following standard scores: Verbal IQ: 73, Performance IQ: 79 and Full Scale IQ: 79. Based upon C_____ ability test scores placing him in the borderline range, as well as his commesurate scores on the adaptive behavior scale, he continues to be eligible for special education services in the category of mild mental retardation. As a result, it is difficult for him to perform grade level assignments and adaptations are necessary.

Additional testing included the administration of the California Achievement Test (CAT-5) in October 2000. The results are as follows: Total Reading Grade Equivalent: 2.7, Total Math Grade Equivalent: 2.7, Total Language Grade Equivalent: 1.1, Total Math Grade Equivalent: 2.7 and Total Battery Grade Equivalent: 2.1.

The Attention Deficit Disorder Evaluation Scale School Rating Form was completed by C_____ current learning support teacher, as well as his social studies teacher. In completing the form, the teacher is asked to rate a student on a scale of 0-4 on 60 different behaviors. The ratings are then compiled to termine two subscale standard scores – Inattentive and Hyperactive-Impulsive, as well as a Total Scale Percentile Rating. Standard scores range from 0-20 with scores ranging from 7-13 classified as average behavior for the age and gender indicated. Children with scores below 7 are considered to exhibit behaviors representative of ADHD, while scores below 4 represent areas of significant concern. Charles' scores are as follows:

Teacher Rating Form 1:
| Subscales | Standard Score |
|---|---|
| Inattentive | 6 |
| Hyperactive-Impulsive | 3 |
| Total Scale Percentile – 6% | |

Teaching Rating Form 2:
| Subscale | Standard Score |
|---|---|
| Inattentive | 4 |
| Hyperactive-Impulsive | 2 |
| Total Scale Percentile – 2% | |

From the above scores, it becomes evident that C_____ exhibits behaviors symptomatic of ADHD, with his hyperactive and impulsive behaviors of significant concern. The results of the scale should be taken into consideration when addressing C_____ needs in the classroom setting.

**STRENGTHS:**
C_____ has been described as "likeable", with a high self-esteem and a good sense of humor.
C_____ is a good athlete, who has many friends and enjoys being a leader. He has a supportive family that is an active part of his education.

CONFIDENTIAL: FOR PROFESSIONAL USE ONLY

E 000001778

School District of the City of Erie, PA
Department of Pupil Personnel Services
Office of Child Study

# COMPREHENSIVE EVALUATION REPORT (CER)
## PAGE 5 OF 7

(814) 874-6100
*School Age*

Name: C_____ e B.

Date of Test:

**NEEDS:**

C_____ requires a highly structured environment with clear expectations. He needs to exhibit self-control and requires instruction on strategies for controlling his impulsive behavior. C_____ should comply with authority figures and follow the school rules. He needs to develop age-appropriate social skills that will enable him to interact with his peers without the use of threats.

## CONCLUSIONS AND RECOMMENDATIONS TO THE IEP TEAM:

(Including recommendations regarding eligibility, specially designed instruction, current program, change in programs, and other issues based on the student's individual needs.)
Recommendation regarding Exceptionality:

Criteria:

a. Eligible: Yes

Primary Disability: Mild Mental Retardation

Secondary Disability:

b. In need of Special Education:  [ x ] Yes           [  ] No (Check one)

[ x ] Exceptional (Student must be both eligible and in need of special education.)

[  ] Non-Exceptional (Student is not eligible and/or not in need of special education>)

## Specially Designed Instruction:

C_____ is in need of specially designed instruction to address his academic and behavioral difficulties with the following programming needs:

- Small group or one on one instruction
- Positive reinforcement
- Cue off task behavior
- Time outs when necessary.
- Seating near the teacher.
- Tactile activities.
- Large tasks broken into more manageable units.
- External reinforcement

## Current Program/Change in Program:

The incident on 1/16/01, as well as C_____ history of chronic disruptive behaviors have been reviewed by the multidisciplinary team and it has been determined that C_____ behavior was not a manifestation of his mental retardation. In reviewing C_____ records, the team believes that his present academic and behavioral needs can best be met in a program providing a higher degree of structure than his current placement.

CONFIDENTIAL: FOR PROFESSIONAL USE ONLY

E 000001779

A000000412

School District of Erie, PA
Department of Pupil Personnel Services
Office of Child Study

## COMPREHENSIVE EVALUATION REPORT (CER)
## PAGE 6 OF 7

(814)874-6100

*School Age*

Name: C██████ B█

Date of Test:

**DEGREE OF NEED:**
(Extent to which the student requires specially designed instruction and related services in order to make meaningful progress.)
C█████ continues to require the specially designed instruction of the learning support program to address his behavioral and academic needs.

**FOR REEVALUATION:**
**RECOMMENDATION REGARDING CONTINUED NEED FOR SPECIAL EDUCATION:**
(The student must still meet the two-pronged criteria for eligibility: (1) have on of the eleven disabilities defined in Chapter 14 and/or mental giftedness; and, (2) need specially designed instruction.)
**REVIEW OF THE STUDENT'S IEP**

**Student's progress toward the annual goals and in the general curriculum:**
The incident on 1/16/01, as well as C██████ disruptive behavior and academic difficulties indicate that he is not progressing toward his annual goals.

**Instructional activities which have been successful:**
C█████ has been successful when he is involved in hands-on learning activities, as well as when he is
█lved in one-on-one instruction in which he earns external reinforcement for successful completion of assignments.

**Recommendations for revisions of the IEP:**
The team may want to include a detailed behavior modification plan that encourages C█████ to utilize effective strategies in controlling his impulsive and off-task behavior.

CONFIDENTIAL: FOR PROFESSIONAL USE ONLY

E  000001780

School District of the City of Erie, PA
Department of Personnel Services
Office of Child Study

(814)874-6100

## COMPREHENSIVE EVALUATION REPORT (CER)
### PAGE 7 OF 7

*School Age*

Name: C████ B:

Date of Test:

## COMPREHENSIVE EVALUATION REPORT SIGNATURES

**DIRECTIONS TO THE TEAM MEMBERS:** Check **YES** if you agree with this report, check **NO** if you do not agree.  If you do not agree, please write the reason for the disagreement, and it will be attached to the report.

| YES | NO | SIGNATURE | TITLE |
|-----|----|-----------| ------|
| ✓ | — | Nicole Sambuchino | Chairperson/School Psychologist |
| ✓ | — | (signature) | Asst. Principal/LEA |
| ✓ | — | Susan Hanna | Counselor |
| ✓ | — | Chris Callagh— | Teacher |
| ✓ | — | Sherry Ryan | LD teacher |
| ✓ | — | Chris Bibbs | Parent |
| — | — | | |
| — | — | | |
| — | — | | |
| — | — | | |

Signed Copies to:
Parent
Teacher
Building Principal
Others:

CONFIDENTIAL: FOR PROFESSIONAL USE ONLY

12/97 – PDE/BSE – 4 FORMAT A – COMPREHENSIVE EVALUATION REPORT – Rev. 8/00

E  000001781

A000000415

THE SCHOOL DISTRICT OF THE CITY OF ERIE, PA
148 WEST 21ST STREET · 16502
DEPARTMENT OF SPECIAL EDUCATION

## STUDENT ASSIGNMENT INFORMATION

SECOND NOTICE – PLACEMENT CHANGE

STUDENT NAME:  B____, C____

ADDRESS:  1725 West 14 St.

PARENT OR GUARDIAN:

PRESENT ASSIGNMENT:  Strong Vincent - RRLS

NEW ASSIGNMENT:  Strong Vincent • 1330 West 8th St.

PROGRAM:  Learning Support Part Time (54.4%)

DATE: FEBRUARY 21, 2002

ID#: 899489    DOB: 5/31/87

ZIP: 16505

GRADE:  8 *

PRINCIPAL:  Ms. Woods

TEACHER:  Ms. Manus
( 1102 )

EFFECTIVE DATE:  NOVEMBER 14, 2001

AUTHORIZED BY:  MRS. MOORE

\* NOTE:  The actual grade placement is determined by each school based on passing grades or credits earned.

BUS INFORMATION:

Student does not require transportation.

For further information concerning the bus call 874-6900, Mr. Emch.  For EMTA routes call 452-3515.

LUNCH INFORMATION

Strong Vincent has a hot lunch program.

For further information concerning the new school call 874-6500.

SPECIAL INFORMATION:    ORIGINAL – PARENT

COURTESY COPIES TO:
- ❑ Special Education Office
- ❑ Receiving School
- ❑ Sending School
- ☑ Student File
- ❑ Teacher
- ❑ Child Study Department
- ❑ Attendance
- ❑ Transportation
- ❑ Speech Therapist

D-1-    8/1996

A000000416

The School District of the City of Erie, Pennsylvania
148 West 21st Street • Erie, Pennsylvania 16502

# Teacher/Staff Referral Form

School: _STRONG VINCENT H.S._

Student's Name: _C██████_

Grade: _8_    Class: _COMPUTER LIT_    Date: _8-28-01_

Teacher's Signature: _R Lynch_    Period: _7_    Homeroom: _226_

Room No: _123_

1. Reason for referral:

   A. Attendance
      1. Absenteeism ☐
      2. Chronically Late ☐
      3. Medical ☐

   B. Behavior Problem ☑
   C. Academic Problems ☐
   D. Other ☐

2. Explain the problem: _C█████ CONTINUED TO BE DISRUPTIVE FROM THE MINUTE HE ENTERED THE ROOM FOR 10 MINUTES HE WALKED OUT AND WAS WALKING THE HALLS_

3. Briefly summarize what you have done to correct this problem. **IF DETENTION WAS ASSIGNED, GIVE THE DATES AND INDICATE WHETHER STUDENT APPEARED FOR DETENTION.**
   _ASKED HIM TO BE QUIET, MOVED SEAT. EXPLAINED RULES, CONSEQUENCES. REMOVED FROM CLASS FOR TALK W/ MR WRIGHT_

4. Have you contacted the parents/guardians? ☐ Yes  ☑ No  _NO ANSWER_  (Keep written documentation)

   When? _8/28/01 1:30 PM_    Phone: _461-1851_    Letter: _____

---

**For Office Use Only:**

| Action Taken: | Date(s): | Action Taken: | Date(s): | Action Taken: | Date(s): |
|---|---|---|---|---|---|
| ☐ Personal Detention | | ☐ Parent Contact/Conference | | ☐ Home/School Visitor | |
| ☐ After-School Detention | | ☐ Counselor | | ☐ Children and Youth | |
| ☐ Saturday Detention | | ☐ Nurse | | ☐ Attendance/Tardy Letter | |
| ☐ Program for After-School Susp. | | After School Student Support Program | | ☐ 1st Notice | |
| ☐ Out-of-School Suspension | | ☐ Peer Mediation | | ☐ 2nd Notice | |
| ☐ Warning Letter | | ☐ Conflict Resolution | | ☐ Truancy Referral | |
| ☐ Alternative Education | | ☐ Parenting Program | | ☐ Withdrawal | |
| ☐ Expulsion | | ☐ SAP Team | | ☐ Probation Officer | |
| ☐ North Coast School | | ☐ Hamilton G.E.D. | | ☐ Police Notified | |
| ☐ Hamilton Day School | | | | ☐ ESD Night School | |

Signature of Person who received the Referral

White Copy: Counselor    Pink Copy: Teacher/Staff Member Who Makes Referral

8/29/01

EP000001883

## ADMINISTRATIVE/FORMAL DETENTION

Student _Chirillo_                     Date _8/29/01_

Date of Detention Assignment _8/31/01_   GR _E_   HR _226_

Time of Detention _3:15 - 3:45_

Administrator _Mrs. Chiarmonca_

Reason for Detention Assignment:

- [ ] **Tardiness to School**
- [ ] **Failure to Report to Detention**
- [ ] **Dress Code Violation**
- [ ] **Profanity**
- [ ] **Insubordination**
- [ ] **Loitering**

- [ ] **Leaving Assigned Area**
- [ ] **Electronic Devices**
- [ ] **Harassment**
- [ ] **School Safety Violation**
- [ ] **Walking To and From School**
- [ ] **Gambling**
- [x] **Other** _instigating_

Comments: _____

The above student has been assigned **Administrative/Formal Detention**, which will be held after school hours for the time indicated above. The policy is to provide 24 hour notice of the detention assignment. The parent/guardian acknowledges the detention assignment by signing this notice. The student then returns the signed notice to the school administrator. Failure to report to the detention assignment will result in further disciplinary action as indicated in the Discipline Policy of the Erie School District.

Parent/Guardian Signature _____

Date _____

White copy <u>Student</u>     Yellow copy <u>Parent/Guardian</u>     Pink copy <u>Office</u>

DF-3

E 000001884

A000000418

Department of Pupil Learner Services
**Child Study Office**

**Request For Home-School Visitor Service**

| LAST NAME | | FIRST NAME | | M.I. | HOME PHONE | | SCH. YEAR | | STUDENT NO. |
|---|---|---|---|---|---|---|---|---|---|
| B | C █████ | | | | 461-1851 | | 01-02 | | 899489 |
| NUMBER | | STREET NAME | | | | STREET CODE | | APT. NO. | ZIP CODE |

| DATE OF BIRTH | | | SEX | | W. | CODE B. Q. | RESIDENT YES NO | NAME OF PARENT OR GUARDIAN | | 1650-5 | PAR. CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MO. | DAY | YR. | MALE | FEMALE | | | | | | | |
| | 87 | M | | | | B | X | | CHARLES | | 1 |

| SCHOOL PUPIL ATTENDED | | 00-01 | SCHOOL NUMBER | GR. | |
|---|---|---|---|---|---|
| HARDING | | | 361 | | |

| SCHOOL TO ATTEND SEPT. | 01 | SCHOOL NUMBER | GR. | ROOM | AGE SEPT. 1ST | CURRICULUM CODE |
|---|---|---|---|---|---|---|
| STRONG VINCENT | | 502 | 08 | 226 | 14 | 815 LEARNING SUPPORT RESOURCE ROOM |

**WITHDRAWAL DATA**                    RE-ENTRY DATA

| DATE _____ | | RE-ENTRY DATA |
|---|---|---|
| SCHOOL _____ | CODE _____ # | DATE _____ |
| GRADE _____ | ROOM _____ | SCHOOL _____ CODE _____ # |
| | | GRADE _____ ROOM _____ |

NEW ADDRESS _____

REMARKS _____                    APT. _____

PRINCIPAL SIGNATURE _____

FORM 80-C02

'ROBI

Parent needs to come in and meet with
Ms. Capp a.s.a.p. C█████ has been referred to
my office for the past 2 days. He has been

Date received in Child Study _____                    Assigned to: _____

**REPORT OF HOME-SCHOOL VISITOR:**

insubordinate and defiant. He has an
office detention on 8/30 and a Sat. det. 9/8.
Dad needs to call me at 874-6504 as soon
as possible to set up an appt. This is a
very important matter.

01885

D-1-T 8/1996

A000000419

## The School District of the City of Erie, Pennsylvania
148 West 21st Street • Erie, Pennsylvania 16502

# Teacher/Staff Referral Form

School: _STRONG VINCENT_

Student's Name: _C▇▇▇▇▇ B._

Grade: _8_  Class: _COMPUTER LIT_  Period: _7_  Homeroom: _226_

Teacher's Signature: _R. Gill_

Room No: _103_

1. Reason for referral:

   A. Attendance
      1. Absenteeism ☐
      2. Chronically Late ☐
      3. Medical ☐

   B. Behavior Problem ☑
   C. Academic Problems ☐
   D. Other ☐

2. Explain the problem: _▇▇▇▇▇ 1st INCIDENT TODAY THROWING A PENCIL AT A STUDENT IN THE HALLWAY — 2ND INCIDENT THROWING PAPER AT STUDENT IN CLASS._

3. Briefly summarize what you have done to correct this problem. IF DETENTION WAS ASSIGNED, GIVE THE DATES AND INDICATE WHETHER STUDENT APPEARED FOR DETENTION.

   _LAST CLASS INCIDENT — REVIEW REFERRAL — TODAY CONFRONT ED CHARLES WITH PROBLEM — HE ADMITTED WRONG — SAID HE WOULD STRAIGHTEN UP. CONTINUED THROWING OBJECTS! REFUSED TO PUT COMPUTER AREA NO ANSWER — BACK TOGETHER_

4. Have you contacted the parents/guardians?  ☐ Yes  ☑ No  (Keep written documentation)

   When? _8/30/01  1130AM_  Phone: _461-1857_  Letter: _____

---

| For Office Use Only: Action Taken: | Date(s) | Action Taken: | Date(s) | Action Taken: | Date(s) |
|---|---|---|---|---|---|
| ☐ Personal Detention | | ☐ Parent Contact/Conference | | ☐ Home/School Visitor | |
| ☐ After-School Detention | | ☐ Counselor | | ☐ Children and Youth | |
| ☐ Saturday Detention | 9/8/01 | ☐ Nurse | | ☐ Attendance Taxed Letter | |
| ☐ Program for After-School Susp. | | ☐ After School Student | | ☐ 1st Notice | |
| ☐ Out-of-School Suspension | | Support Program | | ☐ 2nd Notice | |
| ☐ Warning Letter | | ☐ Peer Mediation | | ☐ Truancy Referral | |
| ☐ Alternative Education | | ☐ Conflict Resolution | | ☐ Withdrawal | |
| ☐ Expulsion | | ☐ Parenting Program | | ☐ Probation Officer | |
| ☐ North Coast School | | ☐ SAP Team | | ☐ Police Notified | |
| ☐ Hamilton Day School | | ☐ Hamilton G.E.D. | | ☐ ESD Night School | |

_Linda Cappabianca_
_Signature of Person who received the Referral_

_8/31/01_
Date

E000001886

A000000420

Phone: (814) 874-6500  •  Fax: (814) 874-6501

Ms. Janet M. Woods
Acting Principal

Ms. Linda Cappabianca
Acting Assistant Principal
Mr. Patrick L. Hart
Assistant Principal
Mrs. Mary L. Popadak
Assistant Principal

# Program For After School Suspension Notice

Date  9-7-01

Parent/Guardian     B.   C.
Address

Erie, PA 16505

Student     B.   Charles

D.O.B     87

Grade     8

I.D. #     899489          H.R.  226

Dear Parent / Guardian,

Your son/daughter has been assigned to the Program for After School Suspension as follows:

Reason     vulgar language/uncooperative in office
           ATTENDANCE PASS

Dates     9/10,11,12,13,14     ASSN-TIME:  3:30 P.M. TO 6:30 P.M.     Computer Center Code   06

Your son/daughter has been given the opportunity to discuss the above incident with administrators prior to the suspension ruling. Students are to remain in the custody of their parent/guardian during the normal school hours when assigned and attending the Program for After School Suspension (PASS). Students are not permitted on or near school grounds during the term of this suspension. The student is excluded from participation in all school sponsored activities during placement in the Program for After School Suspension. The student's regular classroom teachers will provide reasonable assignments to be completed during PASS placement. Transportation to and from this assignment is the responsibility of the student's parent/guardian.

A parent/guardian conference is requested prior to the student returning to regular classes. The cooperation of the home is requested in the enforcement of this ruling. If you have further questions, please contact school administrators.

Ms. J. M. Woods
J. M. Woods
Principal

Patrick L. Hart
Mr Patrick Hart
Assistant Principal

Mary Popadak
Ms. Mary Popadak
Assistant Principal

cc:  Director
     Home Room Teacher          PASS Teacher
     School Office               Counselor

E  000001887

**The School District of the City of Erie, Pennsylvania**
148 West 21st Street, Erie, Pennsylvania 16502
A0060042

# Teacher/Staff Referral Form

School: Strong Vincent

Student's Name: ~~C_____ 6~~

Grade: 8    Class: Math    Period: 5    Date: Sept 7, 2001    Homeroom: _____

Teacher's Signature: Miss Del Fres-Schultz    Room No: _____

1. Reason for referral:

   A. Attendance
      1. Absenteeism ☐
      2. Chronically Late ☐
      3. Medical ☐

   B. Behavior Problem ☑
   C. Academic Problems ☐
   D. Other ☐

2. Explain the problem: ~~C_____~~ was defiant about everything we did. He did complete his work, but after their work was completed he (& class) was supposed to watch a movie or find something to do — He said "I am not watching no Texas long ass movie". He also said the "F" word. I gave him more than enough

3. Briefly summarize what you have done to correct this problem. IF DETENTION WAS ASSIGNED, GIVE THE DATES AND INDICATE WHETHER STUDENT APPEARED FOR DETENTION. warnings to get on task — and redirected him — He was also late for class — but I let that go ..

4. Have you contacted the parents/guardians? ☐ Yes  ☐ No  (Keep written documentation)

   When? _____    Phone: _____    Letter: _____

**For Office Use Only**

| Action Taken | Date(s) | Action Taken | Date(s) | Action Taken | Date(s) |
|---|---|---|---|---|---|
| ☐ Personal Detention | | ☐ Parent Contact/Conference | | ☐ Home/School Visit | |
| ☐ After-School Detention | | ☐ Counselor | | ☐ Child Study Team | |
| ☐ Saturday Detention | | ☐ Suspended Student | | ☐ 1st Notice | |
| ☐ Program for After-School Susp. | | ☐ Drug/Alcohol Support Program | | ☐ 2nd Notice | |
| ☐ Out-of-School Suspension | | ☐ Peer Mediation | | ☐ Truancy Referral | |
| ☐ Warning Letter | | ☐ Conflict Resolution | | ☐ Withdrawal | |
| ☐ Alternative Education | | ☐ Parenting Program | | | |
| ☐ Expulsion | | ☐ SAP Team | 9/10, 11, 12, 13 | ☐ Probation Officer | |
| ☐ North Coast School | | ☐ Hamilton G.E.D. | | ☐ Police Notified | |
| ☐ Hamilton Day School | | | | ☐ ESD Night School | |

5 days of Attendance PASS

Signature of Person who received the Referral: Linda H. Capobianco    Date: 9/14/01

White Copy: Student File;    Canary Copy: Counselor;    Pink Copy: Teacher/Staff Member Who Makes Referral

000001888

D-1-T  8/1996

A000000422

The School District of the City of Erie, Pennsylvania
148 West 21st Street • Erie, Pennsylvania 16502

# Teacher/Staff Referral Form

School: _STRONG VINCENT_

Student's Name: ~~_____~~ B.

Grade: _8_    Class: _COMP LITT_    Period: _7_    Date: _9/7/01_    Homeroom: _226_

Teacher's Signature: _R. Lychch_    Room No: _103_

1. Reason for referral:

    A. Attendance
        1. Absenteeism ☐
        2. Chronically Late ☐
        3. Medical ☐
    B. Behavior Problem ☒        REQUEST REMOVAL FROM
    C. Academic Problems ☐       CLASS ROOM
    D. Other ☐

2. Explain the problem: ~~_____~~ CONTINUES TO DISRUPT THE CLASS
HE WAS GOOD FROM 12:00 - 1:00 AFTER 1:00 CHARLES
CONTINUOUSLY DISRUPTED THE CLASS FOR 10 MINUTES
CONSTANT INTERACTION WITH JEREMY KIMBROUGH

3. Briefly summarize what you have done to correct this problem. IF DETENTION WAS ASSIGNED, GIVE THE DATES AND
INDICATE WHETHER STUDENT APPEARED FOR DETENTION.
TRIED TALKING TO CHARLES TO REASON AND REMEMBER THAT
THIS BEHAVIOR IS UNACCEPTABLE — 2 PREVIOUS REFERRALS
SCHEDULED PARENT CONFERENCE 9/6 — NO SHOW.
HOME SCHOOL VISIT.

4. Have you contacted the parents/guardians? ☐ Yes ☒ No   (Keep written documentation)

When? _____    Phone: _____    Letter: _____

| For Office Use Only | | | | | |
|---|---|---|---|---|---|
| **Action Taken:** | Date(s) | **Action Taken:** | Date(s) | **Action Taken:** | Date(s) |
| ☐ Personal Detention | | ☐ Parent Contact Conference | | ☐ Home/School Visitor | |
| ☐ After-School Detention | | ☐ Counselor | | ☐ Children and Youth | |
| ☐ Saturday Detention | | ☐ Nurse | | ☐ Attendance/Tardy Letter | |
| ☐ Program for After-School Susp. | | ☐ After School Student | | ☐ 1st Notice | |
| ☐ Out-of-School Suspension | | Support Program | | ☐ 2nd Notice | |
| ☐ Warning Letter | | ☐ Peer Mediation | | ☐ Truancy Referral | |
| ☐ Alternative Education | | ☐ Conflict Resolution | | ☐ Withdrawal | |
| ☐ Expulsion | | ☐ Parenting Program | | ☐ Probation Officer | |
| ☐ North Coast School | | ☐ SAB Team | | ☐ Police Notified | |
| Hamilton Day School | | ☐ Hamilton G.E.D. | | ☐ ESD Night School | |

_Linda C_
Signature of Person who received the Referral    9/12/01    Date

White Copy - Student File;    Canary Copy-Counselor;    Pink Copy-Teacher/Staff Member Who Makes Referral

000001889

A000000423

9/7/01

RE: C▓▓▓ B

Ms. Acke came to me to tell me that C▓▓▓ B (who is not part of her class) was in the boys locker room. C▓▓▓ left the locker room and was hiding behind the N.E. corner doors. When I signaled him to come to me, he started up the stairs. As I approached the stairs, he ran off, up the stairs

Scott A. Burbee



Erie, Pennsylvania 16502
Phone: (814) 874-6500 • Fax: (814) 874-6501

A000000424

*Ms. Janet M. Woods*
*Acting Principal*

*Ms. Linda Cappabianca*
*Acting Assistant Principal*
*Mr. Patrick L. Hart*
*Assistant Principal*
*Mrs. Mary L. Popadak*
*Assistant Principal*

# Saturday Detention Notice

Date   9-8-01

Parent/Guardian   B___ C____
Address

Erie PA I6505

Student   B___ C____
D.O.B   ___87
Grade   8          H.R.   226
I.D. #   899489

Dear Parent / Guardian,

Your son/daughter has been assigned Saturday Detention as follows:

Reason   insubordination/classroom disruption

Dates   9/8/01          ASSN-TIME:   9:00 A.M. TO 12:00 P.M.   Computer Center Code   10

Your son/daughter is to report to this assignment promptly and be prepared to complete appropriate academic work as assigned by the staff member in charge of Saturday Detention. Failure to serve this Saturday Detention, or further incidents of misbehavior and/or failure to comply with rules and guidelines of Saturday Detention will result in, at minimum, a three (3) day assignment to the Program for After School Suspension (PASS). Transportation to and from Saturday Detention is the responsibility of parent/guardian.

The cooperation of the home is requested in the enforcement of this ruling. Questions or concerns regarding this assignment should be referred to school administrators.

*Ms. J. M. Woods*

Principal

*Patrick L. Hart*
Mr Patrick Hart
Assistant Principal

*Mary Popadak*
Ms. Mary Popadak
Assistant Principal

cc: Director
    Home Room Teacher
    School Office

    Counselor

D-1-T  8/1996

A000000425

The School District of the City of Erie, Pennsylvania
148 West 21st Street • Erie, Pennsylvania 16502

# Teacher/Staff Referral Form

School: _STRONG VINCENT_

Student's Name: _C_____ B._     Date: _9/11/01_

Grade: _8_    Class: _CAMP LIT_    Period: _07_    Homeroom: _____

Teacher's Signature: _R Liebel_

Room No: _103_

1. Reason for referral:

   A. Attendance                    B. Behavior Problem ☐
      1. Absenteeism ☐
      2. Chronically Late ☐         C. Academic Problems ☐
      3. Medical ☐                  D. Other ☒   _CHECK THIS OUT_

2. Explain the problem: _____

   _C_____ B._  _ARRIVED FROM YOUR OFFICE IN RM 103 @_
   _1:02 PM — PASS HAD 12:35 CROSSED OUT TO 12:45_

3. Briefly summarize what you have done to correct this problem. **IF DETENTION WAS ASSIGNED, GIVE THE DATES AND INDICATE WHETHER STUDENT APPEARED FOR DETENTION.**

   _____
   _____
   _____

4. Have you contacted the parents/guardians? ☐ Yes  ☐ No   (Keep written documentation)

   When? _____  Phone: _____  Letter: _____

| For Office Use Only | | | | | |
|---|---|---|---|---|---|
| Action Taken: | Date(s) | Action Taken: | Date(s) | Action Taken: | Date(s) |
| ☐ Personal Detention | | ☐ Parent Contact/Conference | | ☐ Home/School Visitor | |
| ☐ After-School Detention | | ☐ Counselor | | ☐ Children and Youth | |
| ☐ Saturday Detention | | ☐ Nurse | | ☐ Attendance/Tardy Letter | |
| ☐ Program for After-School Susp. | | ☐ After School Student | | ☐ 1st Notice | |
| ☐ Out-of-School Suspension | | Support Program | | ☐ 2nd Notice | |
| ☐ Warning Letter | | ☐ Peer Mediation | | ☐ Truancy Referral | |
| ☐ Alternative Education | | ☐ Conflict Resolution | | ☐ Withdrawal | |
| ☐ Expulsion | | ☐ Parenting Program | | ☐ Probation Officer | |
| ☐ North Coast School | | ☐ SAP Team | | ☐ Police Notified | |
| ☐ Hamilton Day School | | ☐ Hamilton G.E.D. | | ☐ ESD Night School | |

Signature of Person who received the Referral: _Linda Casabianca_     Date: _9/12/01_

White Copy: Student File;   Canary Copy: Counselor;   Pink Copy: Teacher/Staff Member Who Makes Referral

E 000001892

A000000426

# BEHAVIORAL CONTRACT

I, _Phillip B_____, HEREBY DECLARE THAT
I WILL FOLLOW ALL SCHOOL AND CLASSROOM RULES. I WILL
LISTEN TO MY TEACHERS AND COMPLETE ALL MY ASSIGNMENTS TO
THE BEST OF MY ABILITY. I WILL ARRIVE ON TIME AND BE PREPARED
FOR ALL CLASSES. I WILL CARRY A BEHAVIOR SHEET TO ALL MY
CLASSES AND RETURN IT TO MY TEACHER AT THE END OF EACH DAY.
I UNDERSTAND MY RESPONSIBILITIES AS A STRONG VINCENT
STUDENT AND DEPENDABLE YOUNG ADULT. I WILL BE HELD
ACCOUNTABLE FOR MY ACTIONS IF I CHOOSE TO BREAK THIS
CONTRACT; I HAVE DISCUSSED THE CONSEQUENSE FOR
INAPPROPRIATE BEHAVIOR WITH THE PRINCIPAL, MY TEACHER, AND
MY PARENT OR GUARDIAN. IF I AM SUCCESSFUL, I WILL CONTINUE
MY EDUCATIONAL CAREER AT STRONG VINCENT AND WILL NOT BE
PROCESSED FOR AN ALTERNATIVE PLACEMENT.

STUDENT SIGNATURE _____ DATE _9/12/01_

PARENT SIGNATURE _____ DATE _____

TEACHER SIGNATURE _Mrs Mann_____ DATE _9/12/01_

ADMINISTRATOR SIGNATURE _Linda Cappabianca_ DATE _9/12/01_

I agree not to fight in school or outside of school or I will be charged with
disorderly conduct. I will not be permitted to attend school assemblies or
field trips. I will also have to sit alone in the main office for lunch until I am
able to get along with all students.

School District of the City of Erie, Pennsylvania

A000000427

# TEACHER/PERSONAL DETENTION NOTICE

Date _9/13/01_

Student _____

GR _8_   HR _226_

Date of Detention Assignment ___9-14-01___

Time of Detention ___3:05 - 3:35___   G-50

Teacher ___R. Hall___

## Reason for Detention Assignment:

☐ Tardiness

☐ Unprepared For Class

☒ Classroom Disruption

☐ Failure To Do Homework

☐ Disrespectful Behavior

☐ Other

Comments: _Several Warnings — Continued Disruptive Behavior_

The above student has been assigned **Teacher/Personal Detention**, which will be held after school hours for the amount of time indicated above. The policy is to provide 24 hour notice of the detention assignment. The parent/guardian acknowledges the detention assignment by signing this notice. The student then returns the signed notice to the teacher who has made the detention assignment. Failure to report to the detention assignment will result in further disciplinary action as indicated in the Discipline Policy of the Erie School District.

X _REQUIRED_

Parent/Guardian Signature _____

Date _____

White copy <u>Student/Parent Guardian</u>   Yellow copy <u>Teacher</u>   Pink copy <u>Office</u>

DF-2

E 000001894

A000000428

9/14/81

Miss Cyp
~~Chann~~ needs to
settle down- Problems
with Jeremy.

Mrs Manus
224
10³⁰

E 000001895

X = Good Behavior
O = No Points

A000000429

_____ Day

## Behavior Chart

Name: ~~Ch____ B.~~

Period: 1

Date: 9/14/01

Teacher Comments:

Code
On Time ___ X
Complete Work ___ X
Appropriate Language ___ X
Stays in Seat ___ X
Follows Directions ___ x
No cutting Class ___ ✓

OK
today !!!

Period 2
OT ___ X
CW ___ x
AL ___ Y
SS ___ X
FD ___ X (i made it)

good overall
RAp song was great!

Period 3
OT ___ ✓
CW ___ ✓
AL ___ ✓
SS ___ ✓
FD ___ ✓

OK

Period 4
OT ___ ✓
CW ___ ✓
AL ___ ✓
SS ___ ✓
FD ___ ✓

OK daily

Originating Teacher: _____

The School District of the City of Erie, Pennsylvania
1511 Peach Street, Erie, Pennsylvania 16501

# Teacher/Staff Referral Form

School: _Stine Vincent_

Student's Name: ~~C████ B~~

Grade: _7_   Class: _____   Date: _9/24/01_

Teacher's Signature: _J Deen RN_   Period: _____   Homeroom: _____

1. Reason for referral:   Room No: _____

   A. Attendance
      1. Absenteeism ☐   B. Behavior Problem ☑
      2. Chronically Late ☐   C. Academic Problems ☐
      3. Medical ☐   D. Other ☐

2. Explain the problem: _Disrespectful, threw a pen @ me &_
   _used foul language_

3. Briefly summarize what you have done to correct this problem. **IF DETENTION WAS ASSIGNED, GIVE THE DATES AND INDICATE WHETHER STUDENT APPEARED FOR DETENTION.**

4. Have you contacted the parents/guardians? ☐ Yes  ☐ No  (Keep written documentation)   _Unable to reach her_

   When? _____   Phone: _____   Letter _____

**For Office Use Only**

| Action Taken: | Date(s) | Action Taken: | Date(s) | Action Taken: | Date(s) |
|---|---|---|---|---|---|
| ☐ Personal Detention | | ☐ Parent Contact/Service | | ☐ Home/School Visit | |
| ☐ After-School Detention | | ☐ Counselor | | ☐ Children and Youth | |
| ☐ Saturday Detention | | | | ☐ Attendance | |
| ☐ Program for After-School Susp. | | ☐ Support Student | | ☐ Police | |
| ☐ Out-of-School Suspension | | ☐ Support Program | | ☐ Truancy Referral | |
| ☐ Warning Letter | | ☐ Mediation | | ☐ Withdrawal | |
| ☐ Alternative Education | | ☐ Conflict Resolution | | ☐ Probation Officer | |
| ☐ Expulsion | | ☐ Parenting Program | | ☐ Police Notified | |
| ☐ North Coast School | | ☐ SAP Team | | ☐ ESD Night School | |
| ☐ Hamilton Day School | | ☐ Hamilton G.E.D. | | | |

_Signature of Person who received the Referral_   _9/13/01_   _Date_

E 000001897

X = Good Behavior
O = No Points

A000000431

_____ B Day

### Behavior Chart

Name: C_____ B

Period: 1B

Date: 9/12/01

Teacher Comments:

Code
On Time           ✓
Complete Work          ✓
Appropriate Language        ✓
Stays in Seat    N/A
Follows Directions     ✓
No cutting Class      ✓

* DID A GOOD JOB TODAY.

(SL)

Period  6
OT    pass
CW    X
AL    X
SS    X
FD    X

bothering others
took another students
calculator

Period _____
OT _____
CW _____
AL _____
SS _____
FD _____

Period  8
OT    Yes
CW    Yes
AL    Yes
SS    Yes
FD    Yes

He was OK today

Donch

Originating Teacher: _____

Please return to Ms. Clapp at 12:55

_____ 1998

*The School District of the City of Erie, Pennsylvania*

A000000432

# TEACHER/PERSONAL DETENTION NOTICE

Date _9-17-01_

Student _C_____ _B._                    GR _8_    HR _226_
Date of Detention Assignment _____9-19_____
Time of Detention _____3:05 - 3:35_____ _Rm C-50_
Teacher _____R. Lahl_____

## Reason for Detention Assignment:

[X] Tardiness                    [ ] Failure To Do Homework

[ ] Unprepared For Class         [ ] Disrespectful Behavior

[ ] Classroom Disruption         [ ] Other

Comments: _Tardy to class 5 min._

The above student has been assigned **Teacher/Personal Detention**, which will be held after school hours for the amount of time indicated above. The policy is to provide 24 hour notice of the detention assignment. The parent/guardian acknowledges the detention assignment by signing this notice. The student then returns the signed notice to the teacher who has made the detention assignment. Failure to report to the detention assignment will result in further disciplinary action as indicated in the Discipline Policy of the Erie School District.

Parent/Guardian Signature _____
Date _____

White copy **Student/Parent Guardian**      Yellow copy **Teacher**      Pink copy **Office**

DF-2

E 000001899

TEACHER PERSONAL DETENTION NOTICE

Date 9-17-01

Student C_____ B
Date of Detention Assignment 9-19     GR 8     HR 226
Time of Detention 3:05 - 3:35     PM G 50
Teacher R. Field

Reason for Detention Assignment:

[X] Tardiness

[ ] Unprepared For Class

[ ] Classroom Disruption

[ ] Failure To Do Homework

[ ] Disrespectful Behavior

[ ] Other

Comments: TARDY TO CLASS 5 min.

NO SHOW 3X

The above student has been assigned **Teacher/Personal Detention**, which will be held after school hours for the amount of time indicated above. The policy is to provide 24 hour notice of the detention assignment. The parent/guardian acknowledges the detention assignment by signing this notice. The student then returns the signed notice to the teacher who has made the detention assignment. Failure to report to the detention assignment will result in further disciplinary action as indicated in the Discipline Policy of the Erie School District.

Parent/Guardian Signature _____
Date _____

White copy **Student/Parent Guardian**     Yellow copy **Teacher**     Pink copy **Office**

DF-2

E 000001900

D-I-T 8/1996

The School District of the City of Erie, Pennsylvania
1511 Peach Street, Erie, Pennsylvania 16501

# Teacher/Staff Referral Form

School: _Strong Vincent_

Student's Name: _Charles B._

Grade: _08_    Class: _Homeroom_    Date: _9/18/01_

Period: _HR_    Homeroom: _226_

Teacher's Signature: _Mr. Castless_

Room No: _226_

1. Reason for referral:

   A. Attendance            B. Behavior Problem ☑
      1. Absenteeism ☐
      2. Chronically Late ☐   C. Academic Problems ☐
      3. Medical ☐            D. Other ☐

2. Explain the problem: _Charles was insubordinate to staff. Charles was in the hallway unattended by staff. I directed Charles 5 times to go to homeroom but Charles ignored me and walked away from me. Charles kept walking away from me_

3. Briefly summarize what you have done to correct this problem. **IF DETENTION WAS ASSIGNED, GIVE THE DATES AND INDICATE WHETHER STUDENT APPEARED FOR DETENTION.**

   _and away from the middle school classrooms. Charles did not have permission to be out of homeroom_

4. Have you contacted the parents/guardians? ☐ Yes   ☐ No   (Keep written documentation)

   When? _____   Phone: _____   Letter: _____

*For Office Use Only*

| Action Taken | Date(s) | Action Taken | Date(s) | Action Taken | Date(s) |
|---|---|---|---|---|---|
| ☐ Periodic Detention | | ☐ Parent Contact Conference | | ☐ Home-School Visitor | |
| ☐ After School Detention | | ☐ Counselor | | ☐ Children and Youth | |
| ☐ Saturday Detention | | ☐ Nurse | | ☐ Attendance/Tardy Petition | |
| ☐ Program for After School Study | | ☐ After School Student | | | |
| ☐ Out-of-School Suspension | | Support Program | | ☐ Legal Notice | |
| ☐ Warning Letter | | ☐ Peer Mediation | | ☐ Truancy Referral | |
| ☐ Alternative Education | | ☐ Conflict Resolution | | ☐ Withdrawal | |
| ☐ Expulsion | | Reading Program | | ☐ Probation Officer | |
| ☐ North Coast School | | ☐ AP Team | | ☐ Police Notified | |
| ☐ Hamilton Day School | | ☐ Hamilton (B.D.) | | ☐ ESD Night School | |

Signature of Person who received the Referral _____   10/2/01

Date

*White Copy: Student File;   Canary Copy: Counselor;   Pink Copy: Teacher/Staff Member Who Makes Referral*

E 000001901

D-1-T  8/1996

The School District of the City of Erie, Pennsylvania
148 West 21st Street, Erie, Pennsylvania 16502

# Teacher/Staff Referral Form

School: _STRONG VINCENT_

Student's Name: _C_____ B._   Date: _9/19/01_

Grade: _08_   Class: _COMPUTER LIT_   Period: _7_   Homeroom: _226_

Teacher's Signature: _R LIPCHIK_   Room No: _@ 103_

*Handing out gum*

1. Reason for referral:

   A. Attendance
      1. Absenteeism ☐
      2. Chronically Late ☐
      3. Medical ☐

   B. Behavior Problem ☒

   C. Academic Problems ☐

   D. Other ☐

2. Explain the problem: _C_____ WAS ESCORTED TO CLASS BY MS SKULLY @ 1:00 FOR Pd 7 WHICH STARTS AT 12:06 — C_____ MANAGED TO DISRUPT THE CLASS WITH HIS TALKING AND CARRYING ON. THIS IS CHRONIC DISRUPTIVE BEHAVIOR._

3. Briefly summarize what you have done to correct this problem.  IF DETENTION WAS ASSIGNED, GIVE THE DATES AND INDICATE WHETHER STUDENT APPEARED FOR DETENTION.

   _DETENTIONS — REFERALS — REQUEST FOR PARENT CONF. 2 — NO SHOWS. — HOME VISIT BY MR. WRIGHT_

4. Have you contacted the parents/guardians? ☐ Yes  ☒ No  _NO ANSWER_  (Keep written documentation)

When? _____   Phone: _____   Letter: _____

For Office Use Only

| Action Taken | Date(s) | Action Taken | Date(s) | Action Taken | Date(s) |
|---|---|---|---|---|---|
| ☐ Personal Detention | | ☐ After Contact Conference | | ☐ Home Visit | |
| ☐ After-School Detention | | ☐ Counselor | | ☐ SAP Peer and Group | |
| ☐ Saturday Detention | | ☐ Nurse | | ☐ Truancy Elimination Plan | |
| ☐ Program for After-School Susp. | | ☐ After School Student Support Program | | ☐ 1st Notice | |
| ☐ Out-of-School Suspension | | ☐ Peer Mediation | | ☐ 2nd Notice | |
| ☐ Warning Letter | | ☐ Conflict Resolution | | ☐ Truancy Referral | |
| ☐ Alternative Education | | ☐ Parenting Program | | ☐ Withdrawal | |
| ☐ Expulsion | | ☐ SAP Team | | ☐ Probation Officer | |
| ☐ North Coast School | | ☐ Hamilton G.E.D. | | ☐ Police Notified | |
| ☐ Hamilton Day School | | | | ☐ ESD Night School | |

_Linda B. Cappabianca_   _9/19/01_

Signature of Person who received the Referral   Date

White Copy: Student File;   Canary Copy: Counselor;   Pink Copy: Teacher/Staff Member Who Makes Referral

E_000001902

D-I-T  8/1996

A080000436

The School District of the City of Erie, Pennsylvania

148 West 21st Street  •  Erie, Pennsylvania 16502

# Teacher/Staff Referral Form

School: _Strong Vincent_

Student's Name: _C_____ B_     Date: _9/20/01_

Grade: _08_    Class: _Auditorium_    Period: _1_    Homeroom: _226_

Teacher's Signature: _Mr. Kitchen_

Room No: _226_

1. Reason for referral:

   A. Attendance                    B. Behavior Problem ☑
      1. Absenteeism ☐
      2. Chronically Late ☐         C. Academic Problems ☐
      3. Medical ☐                  D. Other ☐

2. Explain the problem: _C____ was being very disruptive at the assembly. C___ was constantly talking and causing a disruption. C____ also was touching others and throwing candy across the Auditorium. I moved his seat by me and directed him to be quiet. Charles_

3. Briefly summarize what you have done to correct this problem. **IF DETENTION WAS ASSIGNED, GIVE THE DATES AND INDICATE WHETHER STUDENT APPEARED FOR DETENTION.**
   _Ignored Teacher directive, and continued to yell, stand-up, and bother others in the Assembly. It is my recommendation that C____ be placed on the "No-go" list for future assemblies for his very poor behavior._

4. Have you contacted the parents/guardians? ☐ Yes  ☐ No  **(Keep written documentation)**

   When? _____  Phone: _____  Letter _____

For Office Use Only

| Action Taken: | Date(s) | Action Taken: | Date(s) | Action Taken: | Date(s) |
|---|---|---|---|---|---|
| ☐ Personal Detention | | ☐ Parent Contact/Conference | | ☐ Home School Visitor | |
| ☐ After-School Detention | | ☐ Counselor | | ☐ Children & Youth | |
| ☐ Saturday Detention | | | | ☐ Attendance/Truce Letter | |
| ☐ Program for After-School Sus. | | ☐ After-School Student Support Program | | ☐ 1st Notice | |
| ☐ Out-of-School Suspension | | ☐ Peer Mediation | | ☐ 2nd Notice | |
| ☐ Warning Letter | | ☐ Conflict Resolution | | ☐ Truancy Referral | |
| ☐ Alternative Education | | ☐ Parenting Program | | ☐ Probation Officer | |
| ☐ Expulsion | | ☐ SAP Team | | ☐ Police Notified | |
| ☐ North Coast School | | ☐ Hamilton G.E.D. | | ☐ ESD Night School | |
| ☐ Hamilton Day School | | | | | |

Signature of Person who received the Referral: _Linda C._    _9/20/01_    Date

White Copy: Student File;   Canary Copy: Counselor;   Pink Copy: Teacher/Staff Member Who Makes Referral

# Discipline Incident Report

Date Printed: 9/20/2001

A School Vincent
1330 West 8Th Street
Erie, Pa 16502

Date: 9/20/2001

Student: C████████

Student No.

Teacher: WRIGHT, Mr.

Location: Teacher's Classroom

Offense: Disruption of Education

Comments: TWO NIGHTS OF PASS ADDED AND SATURDAY DETENTION ON
9/22.

Disposition: Saturday Detention

Days of
Detention      1
Assigned

Parents Signature _____

This form must be signed by the student's parent or
guardian and returned to the office

E  000001906

A000000438

ATT. PASS

9/25

MsCADD    F. Y. 1

C_____. B

OUT OF ROOM 5:45 – 6:30
IN HALLWAY.
FOR THROWING PAPER
IN PASS

MRT.

E 000001907

*The School District of the City of Erie, Pennsylvania*

A000000439

## ADMINISTRATIVE FORMAL DETENTION

Student _____    Date __11·2 C1__

Date of Detention Assignment _____    GR __8__    HR __226__

Time of Detention __10·3·C1__    3·15    3·45

Administrator __Mr Cappabianca__

Reason for Detention Assignment:

- [x] **Tardiness to School**
- [ ] **Failure to Report to Detention**
- [ ] **Dress Code Violation**
- [ ] **Profanity**
- [ ] **Insubordination**
- [ ] **Loitering**

- [ ] **Leaving Assigned Area**
- [ ] **Electronic Devices**
- [ ] **Harassment**
- [ ] **School Safety Violation**
- [ ] **Walking To and From School**
- [ ] **Gambling**
- [ ] **Other**

Comments: __tardy to class; in the wrong classroom fooling around__

The above student has been assigned **Administrative/Formal Detention,** which will be held after school hours for the time indicated above. The policy is to provide 24 hour notice of the detention assignment. The parent/guardian acknowledges the detention assignment by signing this notice. The student then returns the signed notice to the school administrator. Failure to report to the detention assignment will result in further disciplinary action as indicated in the Discipline Policy of the Erie School District.

Parent/Guardian Signature _____

Date _____

White copy _Student_    Yellow copy _Parent/Guardian_    Pink copy _Office_

DF-3

E 000001908

D-1-T  8/1996

**A000000440**

The School District of the City of Erie, Pennsylvania
148 West 21st Street • Erie, Pennsylvania 16502

# Teacher/Staff Referral Form

School: _STRONG VINCENT_

Student's Name: C_____ B

Grade: _8_     Class: _CAMP LIT_     Date: _10/3/01_

Teacher's Signature: _R Lychil_     Period: _7_     Homeroom: _226_

Room No: _103_

1. Reason for referral:

   A. Attendance
      1. Absenteeism ☐
      2. Chronically Late ☒
      3. Medical ☐

   B. Behavior Problem ☐

   C. Academic Problems ☐

   D. Other ☐

2. Explain the problem: C_____ WAS ESCORTED TO CLASS BY
   MR WRIGHT @ 12:25 pm — C_____ WAS PLAYING
   IN THE HALLS PER MR. WRIGHT

3. Briefly summarize what you have done to correct this problem.  IF DETENTION WAS ASSIGNED, GIVE THE DATES AND INDICATE WHETHER STUDENT APPEARED FOR DETENTION.
   DETENTIONS — NO SHOW) — REFERRALS - 5
   REQUEST PARENT CONF. 2 NO SHOWS BY PARENT
   REQUEST PARENT @ OPEN HOUSE — NO SHOW) —
   NEVER AN ANSWER ON PHONE —

4. Have you contacted the parents/guardians? ☐ Yes ☒ No  (Keep written documentation)

   When? _____  Phone: _____  Letter: _____

| For Office Use Only: | | | |
|---|---|---|---|
| **Action Taken:** | **Date(s):** **Action Taken:** | **Date(s):** **Action Taken:** | **Date(s):** |
| ☐ Personal Detention | ☐ Parent Contact/Conference | ☐ Home/School Visitor | |
| ☐ After-School Detention | ☐ Counselor | ☐ Children and Youth | |
| ☐ Saturday Detention | ☐ Nurse | ☐ Attendance/Tardy Letter | |
| ☐ Program for After-School Susp. | ☐ After School Student | ☐ 1st Notice | |
| ☐ Out-of-School Suspension | Support Program | ☐ 2nd Notice | |
| ☐ Warning Letter | ☐ Peer Mediation | ☐ Truancy Referral | |
| ☐ Alternative Education | ☐ Conflict Resolution | ☐ Withdrawal | |
| ☐ Expulsion | ☐ Parenting Program | ☐ Probation Officer | |
| ☐ North Coast School | ☐ SAP Team | ☐ Police Notified | |
| Hamilton Day School | ☐ Hamilton G.E.D. | ☐ ESD Night School | |

_out of_  _10/6_  _Parent Conference Requested_

_Linda C_

Signature of Person who received the Referral

White Copy: Student File;     Canary Copy: Counselor;     Pink Copy: Teacher/Staff Member Who Makes Referral

_10/4/01_
Date 080001909

A000000441



1330 West Eighth Street
Erie Pennsylvania 16502
A000000447
Phone: (814) 874-6300  FAX (814) 874-6301

*Ms. Janet M. Woods*
*Acting Principal*

*Ms. Linda Cappabianca*
*Acting Assistant Principal*
*Mr. Patrick L. Hart*
*Assistant Principal*
*Mrs. Mary L. Popadak*
*Assistant Principal*

Date    10-4-01

# Program For After School Suspension Notice

Parent/Guardia    B . . . , C█████
Address
                 ████████████████
                 Erie, PA  16505

Student    B . , C█████
D.O.B           █████87
Grade    8              H.R.  226
I.D. #    899489

Dear Parent / Guardian,

Your son/daughter has been assigned to the Program for After School Suspension as follows:

Reason    Insubordination - Walking out of class without permission
          ATTENDANCE PASS

Dates    10/5.8, &9        ASSN-TIME:  3:30 P.M. TO 6:30 P.M.    Computer Center Cod    10

   Your son/daughter has been given the opportunity to discuss the above incident with administrators prior to the suspension ruling. Students are to remain in the custody of their parent/guardian during the normal school hours when assigned and attending the Program for After School Suspension (PASS). Students are not permitted on or near school grounds during the term of this suspension. The student is excluded from participation in all school - sponsored activities during placement in the Program for After School Suspension. The student's regular classroom teachers will provide reasonable assignments to be completed during PASS placement. Transportation to and from this assignment is the responsibility of the student's parent/guardian.

   A parent/guardian conference is requested prior to the student returning to regular classes. The cooperation of the home is requested in the enforcement of this ruling. If you have further questions, please contact school administrators.

*Patrick L Hart*
Mr Patrick Hart
Assistant Principal

*Ms. J. M. Woods*
Ms. J.r Woods
Principal

*Mary Popadak*
Ms. Mary Popadak
Assistant Principal

cc:  Director
     Home Room Teacher
     School Office

PASS Teacher
Counselor

D-I-T 8/1996

The School District of the City of Erie, Pennsylvania
1511 Peach Street • Erie, Pennsylvania 16501
A000000443

# Teacher/Staff Referral Form

School: _S.V._

Student's Name: _C_____ B._

Grade: _8_    Class: _English_    Date: _10/4/01_

Teacher's Signature: _Minier_    Period: _2_    Homeroom: _____

1. Reason for referral:    Room No: _224_

   A. Attendance
      1. Absenteeism ☐         B. Behavior Problem ☐
      2. Chronically Late ☐    C. Academic Problems ☐
      3. Medical ☐             D. Other ☑

2. Explain the problem: _C_____ refuses to follow class rules_
   _Insubordinate — walking out of class_
   _without permission_

3. Briefly summarize what you have done to correct this problem. IF DETENTION WAS ASSIGNED, GIVE THE DATES AND
   INDICATE WHETHER STUDENT APPEARED FOR DETENTION.

   _____

   _____

   _____

4. Have you contacted the parents/guardians? ☑ Yes    ☐ No    (Keep written documentation)

   When? _Last Thursday_    Phone: _____    Letter: _____

For Office Use Only
Action Taken                    Date(s)    Action Taken                Date(s)    Action Taken                Date(s)
☐ Personal Detention                       ☐ Parent Council Conference            ☐ Home School Visitor
☐ After School Detention                   ☐ Counselor                            ☐ Child Find Referral
☐ Saturday Detention                       ☐ ___ School MDT                       ☐ Attendance/Tardy Letter
☐ Program for After School Susp.           ☐ ___ School/MDT                       ☐ 1st Notice
☐ Out-of-School Suspension                 ☐ Support Program                      ☐ 2nd Notice
☐ Warning Letter                           ☐ Peer Mediation                       ☐ 3rd Notice
☐ Alternative Education                    ☐ Conflict Resolution                  ☐ Truancy Referral
☐ Expulsion                                ☐ Parenting Program                    ☐ Withdrawal
☐ North Coast School                       ☐ SAP Team                             ☐ Probation Officer
☐ Hamilton Day School                      ☐ Hamilton G.E.D.                      ☐ Police Notified
                                                                                  ☐ ESD Night School

Signature of Person who received the Referral: _Kindred Carabunca_    _10/4/01_
                                                                        Date

White Copy: Student File;    Canary Copy: Counselor;    Pink Copy: Teacher/Staff Member Who Makes Referral

E 000001911

A000000444

X = Good Behavior
O = No Points

_A_ Day

Behavior Chart

Name: C█████ B█

Date: 10-04-01

Period: _1_

Teacher Comments:

Code
On Time _____
Complete Work _____X_____
Appropriate Language _____X_____
Stays in Seat _____
Follows Directions ___X___
No cutting Class ___X___

Came in late due
to CAT 5 testing

Every Graves

Period _2_
OT ___X___
CW ___X___
AL ___X___
SS ___X___
FD ___X___

Good

Period _3_
OT ___X___
CW ___½___
AL ___½___
SS ___½___
FD ___½___

Needs to follow
class rules

Period _4_
OT __yes__
CW __yes__
AL __most__
SS __yes__
FD __½__

Originating Teacher: _____

OK day but
Charles can
do better

E 000001912

A000000445

X = Good Behavior
O = No Points

_A_ Day

Behavior Chart

Name: C_____ B_____          Date: _1/08/3,_

Period: _1_                     Teacher Comments:

Code
On Time         X
Complete Work   X          _did well_
Appropriate Language  X    _today_ _JK_
Stays in Seat   X
Follows Directions  X
No cutting Class    X

Period _2_
OT   X                      _Completed all work_
CW   X                      _Great!_  _Mary_
AL   X
SS   X
FD   X

Period _3_
OT   Ø                      _I need to see C_____
CW   O                      _Mother, Charles needs_
AL   O                      _to control his temper_
SS   O                      _+ follow class rules_
FD   O

Period _4_
OT   was in office          _had a good class._
CW   X                      _today_
AL   X
SS   X
FD   X

Originating Teacher: _____

E 000001913