D-1-T  8/1996

A000000446

The School District of the City of Erie, Pennsylvania
1511 Peach Street • Erie, Pennsylvania 16501

# Teacher/Staff Referral Form

School: _S. V._

Student's Name: _Christopher B_    Date: _10/17/01_

Grade: _8_  Class: _Soc. Studies_  Period: _3_  Homeroom: _____

Teacher's Signature: _Manus_  Room No: _22.1_

1. Reason for referral:

   A. Attendance
      1. Absenteeism ☐
      2. Chronically Late ☐
      3. Medical ☐

   B. Behavior Problem ☐

   C. Academic Problems ☐

   D. Other ☑

2. Explain the problem: _Walking in Halls (should be in Soc Studie_
   _Horseplaying - fighting with Evan & Kainah_

3. Briefly summarize what you have done to correct this problem.  IF DETENTION WAS ASSIGNED, GIVE THE DATES AND INDICATE WHETHER STUDENT APPEARED FOR DETENTION.

4. Have you contacted the parents/guardians? ☐ Yes  ☐ No  (Keep written documentation)

   When? _____  Phone: _____  Letter: _____

For Office Use Only.

| Action Taken | Date(s) | Action Taken | Date(s) | Action Taken | Date(s) |
|---|---|---|---|---|---|
| ☐ Personal Detention | | ☐ Parent Conf./Conference | | ☐ Home/School Visitor | |
| ☐ After School Detention | | ☐ Counselor | | ☐ Children and Youth | |
| ☐ Saturday Detention | | ☐ Nurse | | ☐ Attendance/Tardy Letter | |
| ☐ Program to Alter School Susp. | | ☐ After-School Student | | ☐ 1st Notice | |
| ☐ Out-of-School Suspension | | Support Program | | ☐ 2nd Notice | |
| ☐ Warning Letter | | ☐ Peer Mediation | | ☐ Truancy Referral | |
| ☐ Alternative Education | | ☐ Conflict Resolution | | ☐ Withdrawal | |
| ☐ Expulsion | | ☐ Tutoring Program | | ☐ Probation Office | |
| ☐ North Coast School | | ☐ SAT Team | | ☐ Police/School | |
| ☐ Hamilton Day School | | ☐ Hamilton G.E.D. | | ☐ PSD Night School | |

_Linda Capabianco_    _10/17/01_

Signature of Person who received the Referral    Date

White Copy: Student File;    Canary Copy: Counselor;    Pink Copy: Teacher/Staff Member Who Makes Referral

E 000001914

*[handwritten top margin: 10/19/01 end Bday, Start 4pm]*

The School District of the City of Erie, PA

A000000447

# Functional Behavior Assessment

Student _Child 6_     Grade _7_     School _Stre. Vincent_

Date _10/18/01_     Time _9:40 – 10:40_     Subject _LS Math_     Staff Reporter _G Shay_

## GLOBAL INFORMATION

Behavior _Out of seat bothering other students back talk when redirected_

Attempted Intervention / Duration _3 warnings, sit close to teacher, alternative assignments_

Strengths _does well when focused on assignments very bright_

Academics _good in Math and reading_

Family / Social _bothers others instigates fights between peers_

Please state where, when, and with whom the problem behavior is most likely to occur.

Where _In Classroom / in Hallway_

When _during class, when being redirected due to poor behavior_

With whom _People in Authority positions_

| BEHAVIORS Check the two most severe behaviors | ANTECEDENTS What happened immediately before the problem behavior? | FUNCTIONS What is the student getting from this behavior? | WHAT HAPPENED AFTER? What did the teacher do, following the behavior? |
|---|---|---|---|
| HE/SHE WILL: | WHEN: | IN ORDER TO: | ☐ Nothing / Ignored |
| ☐ Refuse directions | ☐ Demand / request | ☒ Gain Attention | ☒ Physical redirection |
| ☐ Be off task | ☐ Unstructured time | ☐ Adult | ☒ Student continued activity |
| ☐ Be physically / verbally aggressive | ☒ Loud / disruptive environment | ☒ Student | ☒ Verbal redirection |
| ☐ Destroy property | ☒ Other student provoked | ☐ Other | ☒ Separation within room area |
| ☒ Provoke / tease others | ☒ Transition between tasks | | ☐ Removal from room |
| ☐ Leave class | ☒ Transition between classes | ☐ Escape / Avoid | ☐ Call for assistance |
| ☐ Injure self | ☐ Difficult academic tasks | ☐ Activity | ☐ Call parent |
| ☒ Be tardy | ☐ Interruptions | ☐ Anxiety / Fear | ☒ Teacher / peer attention |
| ☐ Sleep | ☐ Attention given to others | ☐ Negative interaction | ☒ Loss of privileges |
| ☒ Not complete work | ☒ Stopped from doing desired activity | ☐ Difficult work | Other (specify) _Sent to office_ |
| ☐ Be absent | ☒ Other (specify) _Out of seat Constantly_ | ☒ Get Something | |
| ☒ Swear | | ☒ Power / Control | |
| ☐ Other (specify) | | ☐ Desired item / Activity | |

## HYPOTHESIS

| BEHAVIOR HE / SHE WILL: | ANTECEDENTS WHEN: | FUNCTION IN ORDER TO: |
|---|---|---|
| Talk out / touch others | Someone walks by, redirected by teacher, New person enters a room. | Have power, show off, act tough, avoid work |

E 000001903

The School District of the City of Erie, PA

# Functional Behavior Assessment

Student _C____ S____   Grade _F_   School _Strong Vincent_

Date _10/19/01_  Time _12⁰⁸ - 1:3⁸_  Subject _Social Studies_   Staff Reporter _C. Manus_

## GLOBAL INFORMATION

Behavior _out of seat, talking out, backtalk when re-directed_

Attempted Intervention / Duration _____

Strengths _does well when focused on assignments very bright_

Academics _good comprehension skills_

Family / Social _bothers others, instigates fights_

Please state where, when, and with whom the problem behavior is most likely to occur.

Where _In classroom/hallway_

When _during class when being redirected due to poor behavior_

With whom _People in authority positions_

| BEHAVIORS | ANTECEDENTS | FUNCTIONS | WHAT HAPPENED AFTER? |
|---|---|---|---|
| Check the two most severe behaviors | What happened immediately before the problem behavior? | What is the student getting from this behavior? | What did the teacher do, following the behavior? |
| HE/SHE WILL: | WHEN: | IN ORDER TO: | |
| ☐ Refuse directions | ☐ Demand / request | ☒ Gain Attention | ☐ Nothing / Ignored |
| ☒ Be off task | ☐ Unstructured time | ☒ Adult | ☐ Physical redirection |
| ☒ Be physically / verbally aggressive | ☒ Loud / disruptive environment | ☐ Student | ☐ Student continued activity |
| ☐ Destroy property | ☐ Other student provoked | ☐ Other | ☒ Verbal redirection |
| ☐ Provoke / tease others | ☐ Transition between tasks | | ☐ Separation within room area |
| ☐ Leave class | ☐ Transition between classes | ☐ Escape / Avoid | ☒ Removal from room |
| ☐ Injure self | ☐ Difficult academic tasks | ☐ Activity | ☐ Call for assistance |
| ☐ Be tardy | ☐ Interruptions | ☐ Anxiety / Fear | ☐ Call parent |
| ☐ Sleep | ☒ Attention given to others | ☐ Negative interaction | ☒ Teacher / peer attention |
| ☐ Not complete work | ☐ Stopped from doing desired activity | ☐ Difficult work | ☒ Loss of privileges |
| ☐ Be absent | ☐ Other (specify) | | ☐ Other (specify) |
| ☐ Swear | | ☒ Get Something | _Sent to Office_ |
| ☐ Other (specify) | | ☒ Power / Control | |
| | | ☐ Desired item / Activity | |

## HYPOTHESIS

| BEHAVIOR HE / SHE WILL: | ANTECEDENTS WHEN: | FUNCTION IN ORDER TO: |
|---|---|---|
| Talk out / touch other | Someone walks by redirected by teacher new person enters room | Have power, show off, act tough avoid work. |

E 00001304
RS:33

A000000449

10/24/01
Period 5

To: Ms Capp
Re: ████████ B.

████████ was disruptive the entire period. He talked continually and bothered other students.

Walked out of class at 2:45 without permission

Schaffrit

About being late 20 min:
He told me he was with Mr. Wright, but Mr. Wright told me he only saw him for 5 minutes at the most. He came to my room & I sent him for a pass — that was when he went to you.

A000000450

**COMMONWEALTH OF PENNSYLVANIA**     CITATION NO.

**NON-TRAFFIC CITATION** P 1271388-6

1. Magisterial District Number: 06-2-01
2. Docket Number:
3. Social Security Number:
4. Address of Magisterial District Office:
5. Driver's Number:
6. State: ☐ PA
7. Defendant's Name - First: C____  Middle:  Last: B.____

8. Defendant's Address (Street-City-State-Zip Code): 1725 W 14

9. Race/Ethnicity:
(W) ☐ White  (A) ☐ Asian
(B) ☐ Black  (H) ☐ Hispanic
(I) ☒ Native American  (U) ☐ Unknown

10. Sex: (M) ☒ Male  (F) ☐ Female

11. Date of Birth (MM/DD/YY): ____87

12. Resident Status:
(R) ☐ Resident
(N) ☒ Non-Resident
(U) ☐ Unknown

13. Type of Arrest:
(O) ☐ On-View
(S) ☒ Summoned/Cited

14. JUVENILE: ☒ Yes ☐ Yes
15. Parent Notified
16. Parent's Name
17. Date Notified
18. Time

19. Drugs:
☒ Disorderly Conduct     ☐ Criminal Trespass     ☐ Theft of Services     ☐ Criminal Mischief
☐ Harassment     ☐ Public Drunkenness     ☐ Scattering Rubbish
☐ Retail Theft     ☐ Purchase, Consumption, Possession or Transportation of Liquor or Malt or Brewed Beverages
☐ Other

20. Nature of Offense:
became mad at the school nurse & he displayed threatening behavior by throwing a pencil & openly using profanity thereby creating a risk.

21. PA. Code:
22. ☒ CRIMES CODE TITLE 18: 5503
23. SECTION: (a) 1
24. SUB SEC.: 1
25. FINE:
26. COSTS:
27. J.C.P.: 1.50
28. Lab Services Requested
29. TOTAL DUE $:

30. Date:
31. Time:
32. Day:
33. City-Twp-Boro: ERIE

36. Location: 1330 W. 8th St.
37. County: ERIE
38. County Code:

38. Defendant's Signature - Acknowledges Receipt of Citation: X
40. Date: 10/25/01
41. ☐ Issued ☐ Filed ☐ Filed on info. received

42. I verify that the facts set forth in this citation are true to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S.A. § 4904) relating to unsworn falsification to authorities.

OFFICER'S SIGNATURE: Ronald W Shyphi    BADGE NUMBER: #135    ORI NUMBER:

43. Station Address: ERIE POLICE - 626 STATE ST.

44. Offense Code:
45. Property Record No.:
46. Systems Code:
47. ☐ Initial Report
48. ☐ Attention LE/B
49. Incident No.:
50. Victim's Name:
51. Date of Birth (MM/DD/YY):
52. Sex:
53. Race/Ethnicity:
54. Victim's Address (Street-City-State-Zip Code):
55. Phone Number:

56. Witnesses/Subpoena List: NURSE JAN DEAN

P1271388-6

AOPC 407-95 (Rev. 10/96)
57. Supn. Ins.
Badge No.

**DISTRICT JUSTICE**

Please schedule 3:15 hearing.

The School District of the City of Erie, Pennsylvania

A000000451

## TEACHER/PERSONAL DETENTION NOTICE

Date 10/25/01

Student Ch_____ B.

Date of Detention Assignment _____ GR _____ HR _____

Time of Detention _____

Teacher Miss Church

Reason for Detention Assignment:

☐ Tardiness                    ☐ Failure To Do Homework

☐ Unprepared For Class         ☑ Disrespectful Behavior

☑ Classroom Disruption         ☐ Other

Comments: talking back to both subs, walking out of class

The above student has been assigned **Teacher/Personal Detention**, which will be held after school hours for the amount of time indicated above. The policy is to provide 24 hour notice of the detention assignment. The parent/guardian acknowledges the detention assignment by signing this notice. The student then returns the signed notice to the teacher who has made the detention assignment. Failure to report to the detention assignment will result in further disciplinary action as indicated in the Discipline Policy of the Erie School District.

Parent/Guardian Signature _____

Date _____

hite copy <u>Student/Parent Guardian</u>        Yellow copy <u>Teacher</u>        Pink copy <u>Office</u>

DF-2

E-000___916

X = Good Behavior
O = No Points                    A000000452                    _A_ Day

## Behavior Chart

Name: Chisda B                    Date: 10/29/01
Period: 1                         Teacher Comments:
   Code
   On Time ___X___
   Complete Work ___X___          excellant
   Appropriate Language ___X___
   Stays in Seat ___X___          Best Day Yet!
   Follows Directions ___X___         SH
   No cutting Class ___√___

Period 2
   OT ___X___
   CW ___N/A___                   Great day!
   AL ___X___
   SS ___X___                     ALC
   FD ___X___

Period 3
   OT ___X___
   CW ___N/A___                   Not as good
   AL ___X___                     as 2nd period
   SS ___O___
   FD ___O___                     ALC

Period 4
   OT ___yes___
   CW ___yes___                   pretty good
   AL ___yes___                   Yidu
   SS ___yes___
   FD ___yes___                   SM
Originating Teacher: Linda C

Please return at 255.

E 000001917

X = Good Behavior          A000000453

O = No Points                                              _A_ Day

Behavior Chart

Name: C██████ B          Date: _10/31/0_

Period: __1__                Teacher Comments:

Code
On Time _____ X
Complete Work _____ X
Appropriate Language _____ X
Stays in Seat ___ X
Follows Directions ___ X
No cutting Class ___ ✓



Period ___2___
OT ___ X
CW ___ X
AL ___ X
SS ___ X
FD _____

Good morning
Maria

Period ___3___
OT ___ X
CW ___ X
AL ___ X
SS ___ X
FD ___ X

Way To Go!
Maria

Period ___4___
OT ___ yes
CW ___ yes
AL ___ yes
SS ___ no
FD ___ no

C█████ did not
do well the last
15 minutes of
class. I had
to remove him
from class.

Originating Teacher: _Linda Capp_

E 000001918

D-1-T  8/1996

**A000000454**

The School District of the City of Erie, Pennsylvania

148 West 21st Street • Erie, Pennsylvania 16502

# Teacher/Staff Referral Form

School: _STRONG VINCENT_

Student's Name: _C_____ B_____          Date: _11/1/01_

Grade: _8_    Class: _COMPUTER LIT_      Period: _7_   Homeroom: _____

Teacher's Signature: _R Field_          Room No: _123_

1. Reason for referral:

   A. Attendance             B. Behavior Problem ☑
      1. Absenteeism ☐
      2. Chronically Late ☐   C. Academic Problems ☐
      3. Medical ☐            D. Other ☐

2. Explain the problem: _C_____ DISRUPTIVE BEHAVIOR DURING LESSON — C_____ TOLD TO SIT WHILE REST OF CLASS WAS PUT ON TASK — CHARLES WOULD NOT WAIT FOR WRITE UP — HE WALKED OUT_

3. Briefly summarize what you have done to correct this problem. **IF DETENTION WAS ASSIGNED, GIVE THE DATES AND INDICATE WHETHER STUDENT APPEARED FOR DETENTION:** _DETENTIONS (NO SHOW) REFERRALS , PARENT CONFEREN 3 SCHEDULED 3 NO SHOW) — PHONED_

4. Have you contacted the parents/guardians? ☑ Yes  ☐ No  (Keep written documentation)

   When? _10/31/01_          Phone: _461-1851_          Letter: _____

| For Office Use Only: | | | | | |
|---|---|---|---|---|---|
| **Action Taken** | Date(s) | **Action Taken** | Date(s) | **Action Taken** | Date(s) |
| ☐ Personal Detention | | ☐ Parent Contact/Conference | | ☐ Home/School Visitor | |
| ☐ After-School Detention | | ☐ Counselor | | ☐ Children and Youth | |
| ☐ Saturday Detention | | ☐ Nurse | | ☐ Attendance/Tardy Letter | |
| ☐ Program for After-School Susp. | | ☐ After School Student Support Program | | ☐ 1st Notice | |
| ☐ Out-of-School Suspension | | ☐ Peer Mediation | | ☐ 2nd Notice | |
| ☐ Warning Letter | | ☐ Conflict Resolution | | ☐ Truancy Referral | |
| ☐ Alternative Education | | ☐ Parenting Program | | ☐ Withdrawal | |
| ☐ Expulsion | | ☐ SAP Team | | ☐ Probation Officer | |
| ☐ North Coast School | | ☐ Hamilton G.E.D. | | ☐ Police Notified | |
| ☐ Hamilton Day School | | | | ☐ ESD Night School | |

_Linda Capp_
Signature of Person who received the Referral                                    11/5/01

White Copy: Student File · Canary Copy: Counselor· Pink Copy: Teacher/Staff Member Who Makes Referral

A000001919

X = Good Behavior
O = No Points

A000000455

_B_ Day

## Behavior Chart

Name: Charles B
Period: 1

Date: 11/2/01

Teacher Comments:

Code
On Time ___ X ___
Complete Work ___ X
Appropriate Language ___ X ___
Stays in Seat ___ X ___
Follows Directions ___ X ___
No cutting Class ___ X ___

Period 2
OT
CW
AL
SS
FD

Period 3
OT
CW
AL
SS
FD

Period 4
OT X
CW X
AL X
SS X
FD X

good

Originating Teacher: _____

E 000001920

X = Good Behavior
O = No Points

A000000456

___0___ Day

## Behavior Chart

Name: ~~Charles B~~

Date: 11-5-01

Period: 5

Teacher Comments:

Code

On Time _X (escort)_

Complete Work _O_

Appropriate Language _O_

Stays in Seat _X_

Follows Directions _O_

No cutting Class _X_

not cooperative
talking back
talking instead of
working
Swearing

Period 5

OT _✓ (escort)_

CW _✓_

AL _✓_

SS _—_

FD _✓_

C~~____~~ DID A GOOD
JOB TODAY?
SB

Period 7

OT _✓_

CW _✓_

AL _✓_

SS _✓_

FD _✓_

good day
Productive No

Period 8

OT _____

CW _____

AL _____

SS _____

FD _____

Refused to do any
work Not
cooperative Talking
continusly

lmo

Originating Teacher: Linda Capp

A000000457

X = Good Behavior
O = No Points

_A_ Day

### Behavior Chart

Name: C⬛⬛ B.

Date: 11-6-01

Teacher Comments:

Period: 1
    Code
    On Time _____
    Complete Work _____
    Appropriate Language _____
    Stays in Seat _____
    Follows Directions _____
    No cutting Class _____

Period 2
    OT __X__
    CW __X__
    AL __X__
    SS __X__
    FD _____

*good*

Period 3
    OT __X__
    CW __X__
    AL __X__
    SS __X__
    FD __X__

*Made some Change Did improve*

Period 4
    OT __X__
    CW __X__
    AL _morses_
    SS _yes_
    FD _morses_
Originating Teacher: _____

*charles had a verbal fight w/ another student – but then turned it around*

:)

E_000001922

A000000458

11-6-01

to Mrs Wright to

CAMm down

Mrs Manns

3 E G 4

13 5½

E 000001923

D-1-T  8/1996

A000000459

The School District of the City of Erie, Pennsylvania
148 West 21st Street ● Erie, Pennsylvania 16502

# Teacher/Staff Referral Form

School: _SV_

Student's Name: ~~Chad~~ B.                                    Date: _11/7/01_

Grade: _8_    Class: _Math_

Teacher's Signature: _G. Gray_        Period: _____    Homeroom: _____

                                                        Room No: _218_

1. Reason for referral:

   A. Attendance                    B. Behavior Problem ☑
      1. Absenteeism ☐
      2. Chronically Late ☐         C. Academic Problems ☐
      3. Medical ☐
                                    D. Other ☐

2. Explain the problem: _phipically narrassing other students_
   _not doing work, out of seat threatening_
   _another student w/ scissors_

3. Briefly summarize what you have done to correct this problem.  IF DETENTION WAS ASSIGNED, GIVE THE DATES AND INDICATE WHETHER STUDENT APPEARED FOR DETENTION.

   _____

   _____

   _____

4. Have you contacted the parents/guardians? ☐ Yes  ☐ No  (Keep written documentation)

   When? _____    Phone: _____    Letter: _____

| For Office Use Only: Action Taken: | Date(s) | Action Taken: | Date(s) | Action Taken: | Date(s) |
|---|---|---|---|---|---|
| ☐ Personal Detention | | ☐ Parent Contact/Conference | | ☐ Home/School Visitor | |
| ☐ After-School Detention | | ☐ Counselor | | ☐ Children and Youth | |
| ☐ Saturday Detention | | ☐ Nurse | | ☐ Attendance/Tardy Letter | |
| ☐ Program for After-School Susp. | | ☐ After School Student Support Team | | ☐ 1st Notice | |
| ☐ Out-of-School Suspension | | ☐ Peer Mediation | | ☐ 2nd Notice | |
| ☐ Warning Letter | | ☐ Conflict Resolution | | ☐ Truancy Referral | |
| ☐ Alternative Education | | ☐ Parenting Program | | ☐ Withdrawal | |
| ☐ Expulsion | | ☐ SAP Team | | ☐ Probation Officer | |
| ☐ North Coast School | | ☐ Hamilton G.E.D. | | ☐ Police Notified | |
| ☐ Hamilton Day School | | | | ☐ ESD Night School | |

_Linda Cappabianca_
Signature of Person who received the Referral                    Date _11/7/01_

White Copy: Student File;   Canary Copy: Counselor;   Pink Copy: Teacher/Staff Member Who Makes Referral

000001924

X = Good Behavior
O = No Points

A000000460

## Behavior Chart

Name: ████ B                         Date: 11-14-01

Period: 1                            Teacher Comments:

Code
On Time _escorted_?
Complete Work ___X___                _excellant day_
Appropriate Language __X__
Stays in Seat __X__
Follows Directions __X__
No cutting Class __X__

Period 2
OT __X__
CW __X__                              _Excellent_
AL __X__                              _Day_
SS __X__
FD __X__

Period 3
OT __X__
CW __X__                              _Excellent_
AL __X__                              _Day_
SS __X__
FD __O__

Period 4
OT __√O__
CW __√O__                             _good day !!_
AL __√O__
SS __√O__                             _Scully_
FD __√O__

Originating Teacher: _Linda Capp_

Please Return at 2:55.

E 000001925

D-1-T 8/1996

A000000461

The School District of the City of Erie, Pennsylvania
148 West 21st Street • Erie, Pennsylvania 16502

*Please note there was 8 mins between leaving office & arriving @ 60 classroom*

# Teacher/Staff Referral Form

School: _SV_

Student's Name: _Harry Williams_  Date: _Nov. 16, 2001_

Grade: ___  Class: _Title I Reading/Math_  Period: _3A_  Homeroom: _____

Teacher's Signature: _Arelist Burroughs_  Room No: _G 60_

1. Reason for referral:

   A. Attendance               B. Behavior Problem ❑
      1. Absenteeism ❑
      2. Chronically Late ❑    C. Academic Problems ❑
      3. Medical ❑             D. Other ☑

   *This seems to be a case of 2 friends conspiring to cut class.*

2. Explain the problem: Charles B. _came to class saying Mr. Schultz needed to see Harry. He had not come from his class so I wrote a note on the pass. Harrison came back down and said Mr. Schultz needed a note for her so I wrote a big one. Mr. Schultz came down and asked if I was allowing Harry..._

3. Briefly summarize what you have done to correct this problem. IF DETENTION WAS ASSIGNED, GIVE THE DATES AND INDICATE WHETHER STUDENT APPEARED FOR DETENTION.

   _Because this seemed to be a conspiracy between Charles Biggs & Harry to get him out of class, I felt it was a situation the asst. principal needed to be aware of & determine..._

4. Have you contacted the parents/guardians? ❑ Yes  ☑ No  (Keep written documentation)

   When? _____  Phone: _____  Letter _____

For Office Use Only.

| Action Taken: | Date(s) | Action Taken: | Date(s) | Action Taken: | Date(s) |
|---|---|---|---|---|---|
| ❑ Personal Detention | | ❑ Parent/Guidance Conference | | ❑ Home/School Visitor | |
| ❑ After-School Detention | | ❑ G | | ❑ Children and Youth | |
| ❑ Saturday Detention | | ❑ | | ❑ Attendance/Tardy Letter | |
| ❑ Program for After-School Susp | | ❑ Pre-School Student | | ❑ 1st Notice | |
| ❑ Out-of-School Suspension | | ❑ Support Program | | ❑ 2nd Notice | |
| ❑ Warning Letter | | ❑ Peer Mediation | | ❑ Truancy Referral | |
| ❑ Alternative Education | | ❑ Conflict Resolution | | ❑ Withdrawal | |
| ❑ Expulsion | | ❑ Parenting Program | | ❑ Probation Officer | |
| ❑ North Coast School | | ❑ SAP Team | | ❑ Police Notified | |
| ❑ Hamilton Day School | | ❑ Hamilton G.E.D. | | ❑ ESD Night School | |

Signature of Person who received the Referral

Date _11/16/01_

White Copy: Student File;    Canary Copy: Counselor;    Pink Copy: Teacher/Staff Member Who Makes Referral

E 000001926

A000000462

To MS. Capp.  11:35

The School District of the City of Erie, Pennsylvania
148 West 21st Street • Erie, Pennsylvania 16502

# Teacher/Staff Referral Form

School: _____ Steven Vincent _____

Student's Name: ~~[redacted]~~ B.

Grade: _8_ Class: _Computer Lit_ Period: _7_ Date: _11/24/04_

Teacher's Signature: _R Orville_ Homeroom: _226_  Room No: _123_

1. Reason for referral:

   A. Attendance              B. Behavior Problem ☒
      1. Absenteeism ☐        C. Academic Problems ☐
      2. Chronically Late ☐   D. Other ☐
      3. Medical ☐

2. Explain the problem: _Defiant - Disrespectful - Class keeps calling_
   _Talking out - Creating Disruptions - Asked for Pink Slip_
   _or reason for being absent - CUT - Replied "for me to_
   _know and you to find out."_

3. Briefly summarize what you have done to correct this problem. IF DETENTION WAS ASSIGNED, GIVE THE DATES AND
   INDICATE WHETHER STUDENT APPEARED FOR DETENTION.

   _Detentions - No shows - Referrals, Referrals, Referrals_

D-1-T  8/1996

E  000001927

# Program for After School Suspension (PASS)
## Conditional Release Form

A000000463

Student _____ B          Grade  8th          Homeroom  226

Dates Assigned: _____ - _____

## ATTENDANCE

Present: _____  10|9, 10, 31; 11|5, 15, 16, 19, 20, 21, 27 - 2001 ⟩ all 1/2 days illegal

Absent: Legal _____  (Illegal (Unexcused) 10|5, 8, 11, 12, 16, 17, 18, 19, 23, 24, 25

Tardy: _____  10|30; 11|1, 2, 6, 7, 8, 9, 14

*(Attach Absence Excuses)*

The above student is scheduled to be released from the PASS program on **November 27, 2001**. The student must present this form to each teacher, along with assignments completed in PASS. Teachers are to check assignments and initial in the space provided if completed work is acceptable. This form must be returned to the building administrator at the end of the school day.

| | COMMENTS | INITIALS |
|---|---|---|
| Homeroom | | |
| Period 1 | | |
| Period 2 | | Mr |
| Period 3 | | VS |
| Period 4 | | VS |
| Period 5 | | |
| Period 6 | | |
| Period 7 | | |
| Period 8 | | |

PASS Instructors  PETRIANNI

SCULLY

Counselor _____

Administrators _____          Date _____

_____          Date _____

DF-6

E 000001928

X = Good Behavior    A000000464
O = No Points

## Behavior Chart

Name: ~~████~~          Date: 11/27/01

Period: ___            Teacher Comments:

Code
On Time ___X___
Complete Work ___X___
Appropriate Language ___X___
Stays in Seat ___X___
Follows Directions ___X___
No cutting Class ___

Good

Period ___2___
OT ___X___
CW ___?___
AL ___?___
SS ___X___
FD ___

Good
Work

Period ___3___
OT ___x___
CW ___X___
AL ___X___
SS ___Y___
FD ___Y___

Good
daily

Period ___4___
OT ___yes___
CW ___yes___
AL ___yes___
SS ___yes___
FD ___yes___

a lot
talkative

daily

Originating Teacher: ___

E 000001929

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF: ERIE            A000000465

**NOTICE OF TRIAL
SUMMARY CASE**

COMMONWEALTH OF

PENNSYLVANIA

| | |
|---|---|
| Mag. Dist. No.: | 06-2-01 |
| DJ Name: Hon. | A. J. WEINDORF |
| Address: | 556 WEST FOURTH STREET Erie, PA |
| Telephone: | (814) 451-6526    16507-0000 |

VS.

DEFENDANT:        NAME and ADDRESS
B_____ C_____
ERIE, PA 16502              ST.

OFFICER :

LINDA CAPPABIANCA
1330 W. 8TH ST.
STRONG VINCENT HIGH SCHOOL
ERIE, PA 16502

Docket No.: NT-0000848-01
Date Filed: 11/07/01

Charge(s):

24 §13-1333 §§ VIOLATION OF COMPULSORY ATTENDANCE REQ

This court has received your plea of NOT GUILTY to the above summary violation(s). The sum of $ _____ .00
has been accepted as collateral for your appearance at trial.

Your trial has been scheduled as follows:

| | | |
|---|---|---|
| Date: | 11/29/01 | Place: DISTRICT COURT 06-2-01 |
| Time: | 9:00 AM | 556 WEST FOURTH STREET Erie, PA 16507-0000 |

You have the right to be represented by an attorney. You have the right to have any witnesses present. It is your
responsibility to notify your attorney and/or witnesses of this trial date and time.

Should you fail to appear, a warrant may be issued for your arrest.

If you have any questions, please call the above office immediately.

If you are disabled and require assistance, please contact the Magisterial District office at the address above.

11/07/01 Date _____ , District Justice

My commission expires first Monday of January, 2002.                    SEAL

DATE PRINTED:  11/07/01    CITATION NUMBER:  P2326045-1
                           DATE CITATION SIGNED:  11/02/00 001930

X = Good Behavior
O = No Points          A000000466

### Behavior Chart

Name: _____ B          Date: 11/29/01

Period: ___1___                  Teacher Comments:

Code
On Time ___Y___
Complete Work ___Y___
Appropriate Language ___Y___
Stays in Seat ___Y___
Follows Directions __O.K. ⇒ HE COULD HAVE DONE BETTER__
No cutting Class _____

Period ___2___
OT ___X___
CW ___X___
AL ___C___
SS ___C___
FD ___C___

Period ___3___
OT _____
CW _____
AL _____
SS _____
FD _____

Period ___4___
OT ___NO___
CW ___NO___
AL ___FAIR___
SS ___NO___
FD ___NO___
Originating Teacher: __Linda Cipp__

7th and 8th grades

A000000461

C█████ B _____ was using profanity in my class that was unexceptable. He was chanting out words that was describing the female genitalia. His conduct needs to be addressed.

Thank you

Dr. Richard Czepak
(substitute Teacher)

E 000001932

A000000468

Nov. 29, 2001

Vikki Scully's Candy Jar was stolen between 3:30 - 4:00 pm. When viewing the security tapes, C█████ B was the only student seen entering Ms. Scully's room between 3:30 - 4:00.

Linda C

E 000001933

A000000469

11/30/0

C███ lied to Ms. Nischa
about the nurse wanting to
see Tony N████ When I
asked the nurse, she had never
told C███ to that she needed
Tony C███ told me the
nurse told him to get █████. He
then said it wasn't the nurse,
but 3 boys in the hall way
. mom is supposed to be here Monday 12/3
            Linda    to discuss behavior
                      IEP in home?

E 000001934

A000000470

# The School District of the City of Erie
## Perseus House, Inc.
### Alternative Education Program

Memo to: _Mr. Dahlstrand_                _Harding_

From:  The Alternative Education Program

Subject:  C_____, B            _7LS_

Date:  _4/9/01_

........................................................................

The student named above **WILL NOT** be returning to school due
to: _fighting –_
_New RTS date to be determined_

Please disregard the previous paperwork that was faxed to you
concerning this student's discharge.

If you have any questions or concerns, please call us at 480-5914.

Thank you.

CP/aj

E 000001947

*Ron McQueen*

A000000471

Department of Pupil Learner Services
Child Study Office

# Request For Home-School Visitor Service

Student ID # _899489_

Name of Child _Ch▓▓ B._

Lives with _mom - Victoria B._
(Name, Relationship)

Birthdate _▓▓▓87_

Address _1▓▓▓▓▓_

Phone _455-0831_

Present School, Grade _Harding grade 7_

Regular ☐
Special ☑

Date of Request _6-4-01_

Principal's Signature _Ray Sullivan_
_Supd Spec Ed_

PROBLEM/REASON FOR REFERRAL:

student has been at Harding since March 1997 — currently at A.E.P. — Persens House. Teacher is Sherry Ryan at Harding. need assistance of HSV to get parent in for IEP meeting. Chris Primevera at Persens House can assist with getting in touch with parent.

Date received in Child Study _____    Assigned to: _____

REPORT OF HOME-SCHOOL VISITOR:

RECEIVED
JUN 05 2001
ERIE SCHOOL DISTRICT
SPECIAL ED. DEPT.

Form 434-PLS-8-78

E 000001948

**NARATIVE (Describe What Happened)** A000000472 Brian Hughson 4-20-01

On the date of April 19, 2000 at or about 1410 hrs. This Officer was monitoring the parking lot of the school during Middle School dismissal. Upon walking to the bus stop along State St. I noticed a large group of A.E.P. students standing across the street from myself. I then witnessed a black male who was unknown to myself, later identified as " ." take off his shirt, along with whom attands A.E.P. whom ramoved his coat. It appeared that the two were going to fight.

At that time Mr. Pat Vona arrived, and we both proceeded to walk towards the group across the street. As we crossed the street, the large group started to walk East on E. 16th Street, and proceeded to a Grassy lot on French Street between E. 16th and E. 17th Streets.

The group was approximately 100yds. Away at this point, And I noticed two males fighting, and I witnesses         ." had what appeared to be a chain in his left hand whom was swinging it attempting to hit another, namely ;         . At this point Pat Vona used his portable radio to contact Mrs. Margaret Simetelli who was inside the School, and have her contact the Erie Police Dept.

As myself and Pat Vona got closer to the scene I witnesses a bottle being thrown by an unknown party, and         appeared to have a sort of chain or belt in his hand. The group then saw myself and Pat Vona and started to leave the area, and walk east on E. 17th Street.

At this time a cruiser from E.P.D. arrived and tried to locate this group. Back at the scene I did find a wooden piece from the back of a chair about 12" long which was also used during the fight. E.P.D. did have contact with several of the juveniles involved in a different area, and will have the Juvenile Division handle.

E 000001949

# Alternative Education Program
## A000000473

Student Involved: B ▓▓▓▓

— ES ☒ LS ☐ Date **4/19/01**

### Notification

Time **2:10 P.M.**

Police:  Yes ☒  No ☐

Parents:  Yes ☒  No ☐

Supervisor:  Yes ☒  No ☐

CW / PO:  Yes ☐  No ☐

ESD Notified:  Yes ☒  No ☐

Other:

## Description Of Incident

On 4/19/01 I Patrick Vona was witness to an altercation between two students one of them being from AEP. During this incident another student from AEP by the name C▓▓▓ B was also involved in the incident. As I was approching the area where the two students were fighting I observed C▓▓▓ B standing among the other student with a chain in each of his hands. The fight was then reported to the Erie Police Dept. and AEP Supervisors. It was reported to me by other students that were present at the incident that one of the boys involved in the fight was the brother of Charles B

RECEIVED
MAY 3 1 2001

## Staff Response

Officer Hughson and I broke up the fight. Chris Primavere, EPD and Erie School District were contacted.

## Plan     The incident is presently being reviewed by EPD, ESD and AEP.

Report Composed by *Patrick Vona*

Supervisior: _____

Date 4/19/01

Date: 4/20/01

E 000001950

A000000474

The School District of the City of Erie
Perseus House, Inc.
Alternative Education Program

School _Harding_

**Discharge Form**

Name _████ B_

Address _████████ Erie PA 16505_     Student ID# _899489_

Telephone _461-1851_

Parent/Guardian _Mr + Mrs. ████ B_     Grade _7LS_     DOB _█/█/87_

Date Entered AEP _2/20/01_     Tent. Discharge Date _4/6/01_     Relationship _Parents_

NORA/IEP Addendum _____     Return to reg. classes _4/17/01_     Length of stay _45 days_     # Days of absence _____

GPA prior to placement _____     Date of Principal notification _3/26/01_

Attendance prior to placement _____ days out of _____ days     Date of SAP notification _____

Reason for AEP referral _CDB, trespassing, stealing_

Interventions/Programs _Drug and Alcohol Counseling, Academic Instruction,_
_Skill Streaming, Academic Instruction, Highly Structured Environment,_
_Behavior Modification strategies._

Behavior now exhibited _████ at times demonstrates respect towards staff_
_and peers. Charles can be attention seeking and a negative influence._

Re-entry strategy _Provide ████ with positive reinforcement, place him_
_away from negative influence or sit him by herself._

Service/Agency     Type of Service     Who's Responsible     Date/Time of Appt.

E 000001951

A000000475

1/16/01

Incident Report

On 1/16 at approximately 2:50 Mr. Callaghan reported an envelope containing money from a school dance was missing from his room. He reported that the envelope was in his room when all the students were dismissed. He noted he went to bus duty and left one student in his room for extra help. I asked him for the name of the student and any other students that were in the hallway by his room.

The following day 1/17 I spoke to every HR in the middle school wing and told them money had been stolen and that any student who had information should see Mrs. Barker or myself. Many students were interviewed. The student who was in the room stated that C████ B  entered the room and started going through Mr. Callaghan's desk. When the student asked C████ what he was doing he said he was looking for his poem. C████ told the student a teacher was looking for him and the student left the room. A teacher and another student in the hall saw C████ leaving the room with an envelope. C████ then went to the nurse's room to get medication and went to gym for intramurals. Further investigation indicated that no teacher asked to send for the student in Mr. Callaghan's room. After investigating the incident it was determined that C████ entered Mr. Callaghan's room without permission and stole the money.

C████ has been caught stealing before, been in several fights, constantly insubordinate with his teachers, and a constant disruption in his classes (he has been referred to the office more than twenty times). A behavior plan was put in place with his special needs teacher Mrs. Ryan. Mrs. Ryan worked very closely with C████ and had several conferences with his mother. I also met with his mother and father on several occasions. In the last conference before this incident I indicated that if C████ had one more major incident he would be placed in alternative education.

C████ B████ is a major disruption to the educational environment at Harding. It is my recommendation that C████ be placed in Alternative Education.

John Dahlstrand
Assistant Principal
Harding

E 000001969

School District of the City of Erie, PA

STUDENT EVALUATION

Student I.D.# 899489

!ame: Charles B.

Teacher: Janet Glover

Subject: All

Date May 9, 1995

Home Room 114    Grade LS-1

Room Number _____

Present Academic Evaluations:

At this time Charles is functioning below grade level in reading and math. He is using SRA Reading Mastery I, and DISTAR Arithmetic I, almost completing both levels.

Grade Average: 1st

Please Check the following:

| | | Excellent | Average | Poor |
|---|---|---|---|---|
| 1. | Class Contribution | Excellent___ | Average ✓ | Poor___ |
| 2. | Attitude | Excellent___ | Average ✓ | Poor___ |
| 3. | Discipline | Excellent___ | Average___ | Poor ✓ |
| 4. | Attendance | Excellent ✓ | Average___ | Poor___ |
| 5. | Punctuality | Excellent___ | Average ✓ | Poor___ |

Please list the number of days of absence from your class.

September _____     February _____
October _____       March _____
November _____      April _____
December _____      May _____
January _____       June _____

Comments regarding academic achievement, attitude and behavior in class: _____

Charles has very poor self-control. He is unable to remain seated for any length of time. He continually calls out. Charles is agressive, uses inappropriate language (often of a sexual nature.) He also has a problem masturbating.

Additional Comments: I feel if Charles were properly medicated his grades would improve and possibly he co would spend more time in an age/ grade appropriate classroom.

EASE COMPLETE THIS FORM AND RETURN IT TO THE CHILD STUDY DEPARTMENT AS SOON AS POSSIBLE.

THIS FORM WILL BE USED ON _____
                              (Date)

E 000002182

# Discipline History Report

Date Printed: 1/18/2001

**A000000477**

HARDING ELEMENTARY

820 LINCOLN AVE

ERIE, PA. 16505

| Student / Offense / Comment | Location | Student # | Date | Teacher / Disposition | Grade | Race | Gender | Dem |
|---|---|---|---|---|---|---|---|---|
| B.    C | HALLWAY | 899489 | 1/5/2000 | BONNIGER, Mr. JEFF | 6 | African American | M | |
| LEAVING ASSIGNED AREA | | | | SATURDAY DETENTION | | | | |
| LEFT ASSIGNED AREA AND SKIPPED CLASS SAT. DET. 1/8 | | | | | | | | |
| B    C | SATURDAY DETENTION | 899489 | 1/8/2000 | DAHLSTRAND, Mr. JOHN | 6 | African American | M | |
| SKIPPING SATURDAY DETENTION | | | | PASS 3 DAYS | | | | |
| SKIPPED SAT. DET. PASS FOR 3 DAYS 1/10-12 | | | | | | | | |
| B:    C | TEACHER'S CLASSROOM | 899489 | 2/14/2000 | WILLIAMSON, Mr. KENT | 6 | African American | M | |
| LEAVING ASSIGNED AREA | | | | PASS 3 DAYS | | | | |
| 2nd offense leaving assigned area PASS FOR 3 DAYS 2/15-17 | | | | | | | | |
| B    C | TEACHER'S CLASSROOM | 899489 | 3/3/2000 | PARDEE, Ms. KATHLEEN | 6 | African American | M | |
| INSUBORDINATION | | | | SATURDAY DETENTION | | | | |
| REPEATED INSUBORDINATION SAT. DET. 3/18 | | | | | | | | |
| C | SATURDAY DETENTION | 899489 | 3/25/2000 | DAHLSTRAND, Mr. JOHN | 6 | African American | M | |
| SKIPPING SATURDAY DETENTION | | | | PASS 3 DAYS | | | | |
| SKIPPED SATURDAY DETENTION PASS FOR 3 DAYS 3/27-29 | | | | | | | | |
| B:    C | TEACHER'S CLASSROOM | 899489 | 4/12/2000 | DAHLSTRAND, Mr. JOHN | 6 | African American | M | |
| INSUBORDINATION | | | | OSS | | | | |
| REPEATED INSUBORDINATION OSS FOR 2 DAYS 4/13-14 | | | | | | | | |
| B:    C | PLAYGROUND | 899489 | 5/31/2000 | DAHLSTRAND, Mr. JOHN | 6 | African American | M | |
| FIGHTING | | | | OSS | | | | |
| FIGHTING ON THE PLAYGROUND 2 DAYS 5/31-6/1 | | | | | | | | |
| B    C | HALLWAY | 899489 | 9/29/2000 | RYAN, Mrs. SHERRY | 7 | African American | M | |
| THREATS TO STUDENT | | | | SATURDAY DETENTION | | | | |
| THREATENED TO BEAT UP ANTOHER STUDENT SAT. DET. 10/7 | | | | | | | | |
| B.    C | TEACHER'S CLASSROOM | 899489 | 10/5/2000 | RYAN, Mrs. SHERRY | 7 | African American | M | |
| INSUBORDINATION | | | | OSS | | | | |
| REPEATED INSUBORDINATION/DISRESPECT    Y OSS 10/6 | | | | | | | | |

E  000001859

# Discipline History Report

A0.00000478

HARDING ELEMENTARY

820 LINCOLN AVE

ERIE, PA. 16505

Date Printed: 1/18/2001

| Student / Offense / Comment | Location | Student # | Date | Teacher / Disposition | Grade Race | Gender | Dem |
|---|---|---|---|---|---|---|---|
| B.     C. | | 899489 | 10/26/200 | WILLIAMSON, Mr. KENT | 7 | M | |
| FIGHTING | TEACHER'S CLASSROOM | | | OSS | African American | | |
| FIGHTING IN THE CLASSROOM OSS 10/26-30 | | | | | | | |
| B.     C. | | 899489 | 12/8/2000 | DESANTIS, Mr. NICK | 7 | M | |
| INSUBORDINATION | CAFETERIA | | | OSS | African American | | |
| REPEATED INSUBORDINATION 2 DAYS OSS 12/11-12 | | | | | | | |
| B.     C. | | 899489 | 1/17/2001 | DAHLSTRAND, Mr. JOHN | 7 | M | |
| TRESPASSING | SCHOOL BUILDING | | | ALTERNATIVE EDUCATION | African American | | |
| Trespassing and Stealing from a classroom OSS FOR 9 DAYS  REFERRAL TO ALT ED | | | | | | | |

E  000001860



# Discipline History Report

A000000479
HARDING ELEMENTARY
820 LINCOLN AVE
ERIE, PA. 16505

Date Printed: 1/18/2001

| Student / Offense / Comment | Location | Student # | Date | Teacher / Disposition | Grade | Race | Gender | Dem |
|---|---|---|---|---|---|---|---|---|
| B  C█████<br>FIGHTING<br>HIT ANOTHER STUDENT IN CLASS OSS 1 DAY 9/28 | TEACHER'S CLASSROOM | 899489 | 9/25/98 | KOPIN, Ms. KELLY<br>OSS | 5 | African American | M | |
| B  C█████<br>INSUBORDINATION<br>INSUBORDINATION 3RD OFFENSE<br>OSS FOR 1 DAY 1/13  RETURN TO SCHOOL 1/14 | TEACHER'S CLASSROOM | 899489 | 1/12/99 | SCEIFORD, Ms. MIMI<br>OSS | 5 | African American | M | |
| B  C█████<br>INSUBORDINATION<br>REPEATED INSUBORDINATION<br>OSS FOR 2 DAYS 3/19,22 | TEACHER'S CLASSROOM | 899489 | 3/19/99 | JOBES, Ms. MAURA<br>OSS | 5 | African American | M | |
| B  C█████<br>FIGHTING<br>FIGHTING IN THE CLASSROOM<br>OSS FOR 1 DAY 5/4 | TEACHER'S CLASSROOM | 899489 | 5/3/99 | SCEIFORD, Ms. MIMI<br>OSS | 5 | African American | M | |
| C█████<br>SEXUAL HARASSMENT<br>PULLED ANOTHER STUDENTS PANTS DOWN<br>OSS FOR 2 DAYS 5/13-14 | PLAYGROUND | 899489 | 5/12/99 | SCEIFORD, Ms. MIMI<br>OSS | 5 | African American | M | |
| B  C█████<br>INSUBORDINATION<br>INSUBORDINATION<br>OSS FOR 1 DAY 5/20 | TEACHER'S CLASSROOM | 899489 | 5/19/99 | BONNIGER, Mr. JEFF<br>OSS | 5 | African American | M | |
| B  C█████<br>FIGHTING<br>FIGHTING ON THE PLAYGROUND<br>OSS 1 DAY 5/24 | PLAYGROUND | 899489 | 5/21/99 | SCEIFORD, Ms. MIMI<br>OSS | 5 | African American | M | |
| B  C█████<br>INSUBORDINATION<br>REPEATED INSUBORDINATION<br>SAT. DET. 11/20 | TEACHER'S CLASSROOM | 899489 | 11/16/99 | ROUSSOS, Mr. TONY<br>SATURDAY DETENTION | 6 | African American | M | |
| B  C█████<br>INSUBORDINATION<br>REPEATED INSUBORDINATION—left class took a substitute teachers purse from another room—said he thought bag was his.<br>S FOR 3 DAYS 12/14-16 | SCHOOL BUILDING | 899489 | 12/13/99 | DAHLSTRAND, Mr. JOHN<br>OSS | 6 | African American | M | |

E 000001861

# Discipline Incident Report

Date Printed: 9/29/2000

HARDING ELEMENTARY
820 LINCOLN AVE
ERIE, PA. 16505

Date:     9/29/2000

Student:    B    . C▮▮▮▮▮▮▮

Student No.    899489

Teacher:    RYAN, Mrs. SHERRY

Location:    HALLWAY

Offense:    THREATS TO STUDENT

Comments:    THREATENED TO BEAT UP ANTOHER STUDENT
SAT. DET. 10/7

Disposition:    SATURDAY DETENTION

Days of
Detention    0.
Assigned

Parents Signature    _____

This form must be signed by the student's parent or
guardian and returned to the office

E 000001862

# Discipline Incident Report

Date Printed: 1/18/2001

**HARDING ELEMENTARY**
**820 LINCOLN AVE**
**ERIE, PA. 16505**

Date:      1/17/2001

Student:      B.      CR███████

Student No.      899489

Teacher:      DAHLSTRAND, Mr. JOHN

Location:      SCHOOL BUILDING

Offense:      TRESPASSING

Comments:      Trespassing and Stealing from a classroom
OSS FOR 9 DAYS  REFERRAL TO ALT ED

Disposition:      ALTERNATIVE EDUCATION

Days of
Detention      0
Assigned

Parents Signature      _____

This form must be signed by the student's parent or
guardian and returned to the office

E  000001863

LOG OF PARENT CONTACTS FOR I.E.P. MEETING

A000000482

I.E.P. FOR ~~Charles B.~~

(Name)

~~Strong/Vincent~~

(School)

| DATE | NOTES |
|------|-------|
| 10/25/01 | letter sent home with student date-time |
| 11/1/01 | district letter mailed home |
| 11/5/01 | called parent to set up IEP |
| 11/12/01 | CALLed parent to set up I EP for 11/13/01 11:00 |
| 11/13/01 | IEP signed |

** LOG SHEET MUST BE INCLUDED WITH I.E.P.
PLEASE INCLUDE ALL PARENTAL CONTACTS (PHONE, LETTER, APPTS., ETC.)

The School District of the City of Erie, PA

**Child Study Department**

A000000483

Student Developmental-Social History

Student's Name: ___B_____ CH_____ E. _____    Birthdate _____ '87

Home Address _____    Zip _1652 5__ Phone _4596666_

Please, describe any academic or behavioral difficulties your child is having in school:
- WORKING BELOW GR. LEVEL - L.S.
- SEVERAL TEACHER REFERRAL FORMS - OSS, DETENTIONS

Have you discussed these problems with school personnel? _YES_

What educational changes have been made in order to ensure greater success in the classroom?
LEARNING SUPPORT WITH MS. RYAN

What suggestions for greater school success do you have? MORE HOMEWORK, BEHAVIOR PLAN, SMALLER CLASS

Please, describe your child's strengths and weaknesses LIKEABLE, SOCIABLE, DISPLAYS GOOD MANNERS
- HAS DIFFICULTY WITH BEHAVIOR -

## FAMILY INFORMATION

Natural Father _C_____ B:
Address _____    Age _46_

Natural Mother _VICTORIA_ B:
Address _____    Age _46_

| Brothers/Sisters | Age | Others In Home | Age | Relationship To Student |
|---|---|---|---|---|
| EDWARD B. | 11 | VICTORIA B. | 46 | MOTHER |
| IDEMAINE B | 9 | CHARLES B: | 46 | FATHER |
| VICTOR B. | 7 | | | |

Please, describe the present relationship of the student's natural parents _EXCELLENT_

1

E 000001852

Are there any problems in the family's situation that may be affecting the child's learning? _____
___ NO

A000000484

What language is spoken at home? __ENGLISH_____
What is the child's preferred language? __ENGLISH_____

## BIRTH HISTORY

At what point did mother seek pre-natal care? __ONSET   OF   PREGNANCY___
Did the mother smoke during pregnancy? ___Yes  ✓ No
Did the mother use drugs during pregnancy? ___Yes  ✓ No

Did mother experience health problems during pregnancy? ___Yes   ✓ No   If "yes," please explain _____
_____

Were there any complications during labor or delivery? ___Yes   ✓ No   If "yes," please explain _____
_____

Was the child born premature? ___Yes   ✓ No

Did the child require special medical attention following delivery? ___Yes   ✓ No   If "yes," explain _____
_____

## PHYSICAL DEVELOPMENT

Please describe, if you check "yes"

| | Yes | No |
|---|---|---|
| Has your child had any serious health problems? _____ | | ✓ |
| Has your child had any accidents that required medical care: _____ | | ✓ |
| Has your child had surgery? _____ | | ✓ |
| Has your child been hospitalized? _____ | | ✓ |
| Has your child been treated for hyperactivity or attentional problems? _____ | | ✓ |
| Does your child have vision problems? _____ | | ✓ |
| Does your child have hearing problems? _____ | | ✓ |
| Were there any problems with walking, talking or toilet-training? _____ | | ✓ |
| _____ | | ✓ |

E 000001853

PHYSICAL DEVELOPMENT

A000000485

| | Yes | No |
|---|---|---|
| Has your child been medicated for emotional or behavior problems? | | ✓ |
| Any other physical concerns? | | ✓ |

## SOCIAL/EMOTIONAL DEVELOPMENT

Describe your child's personality. LIKEABLE HAS A LOT OF FRIENDS GOOD
SENSE OF HUMOR, VERY SOCIABLE

Are any behaviors a problem? CAN BE HYPERACTIVE AT TIMES, GETS INTO
TROUBLE AT SCHOOL

How does your child feel about himself? GOOD SELF-ESTEEM

How does your child feel about school? LIKES SCHOOL, TOO MUCH WORK

|  | Yes | No |
|---|---|---|
| Does your child make friends easily? | ✓ | |
| Is your child shy? | ✓ | |
| Is your child a leader? | ✓ | |
| Is your child a follower? | ✓ | → SOMETIMES |

## COMMUNITY AGENCY INVOLVEMENT

Please, explain if "yes."

| | Yes | No |
|---|---|---|
| Has your child received mental health services? | | ✓ |
| Has your child received drug/alcohol services? | | ✓ |
| Is your child currently or has your child ever been involved with any community agencies for counseling, support, or intervention? ONLY YMCA | | ✓ |

Charles B.
Parent/Guardian Signature

2-5-01
Date

3

E 000001854

School District of the City of Erie, PA

A000000486

## CLASSROOM OBSERVATION FORM

STUDENT: C_____ B          DATE: 12/13/'00      TIME: 9:45-10:30 A
SCHOOL: HARDING
TEACHER: A. IVERSON          GRADE: 7
LENGTH OF OBSERVATION: 45 min.      OBSERVER: S. GANNON - COUNSELOR

### Type of Lesson Observed
Subject        ENGLISH
Setting        CLASSROOM
Instructional Level of lesson: MODIFIED - STUDENT IN L.S.

### Student's Assigned Activity
Was student on task?                              ___Yes    ✓No
If "no," describe behavior STUDENT CONSTANTLY MOVING DESPITE TEACHER INTERVENTIONS
OUT OF SEAT, HITTING OTHER STUDENTS WHILE WALKING BY, TALKING OUT LOUD
Was student able to complete tasks?               ___Yes    ✓No
If "no," what interfered? REFUSAL TO FOLLOW CLASSROOM RULES - INSUBORDINATE

### Class Discussion or Participation
Was student distracted or did they distract self or others?    ✓Yes    ___No
If "yes," explain STUDENT ANNOYS PEERS - HITTING / TAKING OTHERS' PAPERS / MAKING
GESTURES TO OTHER STUDENTS.
Did student require special handling to order his attention to work?   ✓Yes    ___No
If "yes," what was done to redirect? STUDENT REDIRECTED - REFUSAL TO GO TO
MS. RYAN'S RM. FOR TEST - WALKED AWAY - "FORGET YOU"

### Peer and Teacher Adjustment
Did student show appropriate inter-peer relationships?        ___Yes    ✓No
If "no," please describe CONSTANTLY DISTURBED OTHER STUDENTS / TALKING,
LAUGHING - INSTIGATING OTHERS (GETS STUDENTS "GOING") THREATENS OTHER STUDENTS
Did student show appropriate response to teacher?
(i.e. to criticism, to direction, in following rules, etc.)   ___Yes    ✓No
If "no," explain WOULD NOT FOLLOW CLASSROOM RULES - INSUBORDINATE -
WALKED AWAY - "FORGET YOU" - BEGAN WANDERING THE HALL

### OVERVIEW:
What were your overall impressions of this student?
- STUDENT DISPLAYS ADHD CHARACTERISTICS - UNABLE TO CONTROL IMPULSES
- C_____ IS VERY LIKEABLE - HOWEVER, HE ATTEMPTS TO BE "CLEVER" AND "TRICK" OTHERS
- STUDENT LIES ABOUT INSTANCES AND WILL SAY "JUST JOKING" - SEES NO PROBLEM W/ THESE BEHAVIORS
- C_____ NEEDS CONSTANT 1:1 / UNABLE TO FUNCTION IN CLASSROOM AND A SMALL GROUP
- STUDENT APPEARS TO BE APATHETIC RE: ASSIGNMENTS / BEHAVIOR
L.S. TEACHER (S. RYAN) STATES STUDENT IS 4th GR. LEVEL IN RDG. - 5th GR. LEVEL IN MATH

### Special Concerns:
- STUDENT AT HARDING SINCE GR. 3 ('97) - HE HAS EXHIBITED OUT OF CONTROL
- BEHAVIOR AND IT HAS SINCE ESCALATED → (ABSOLUTELY CANNOT SIT STILL AND FIDGETS)
- CAT 5 - (UNDER 14 %ILE TEST) OCT. '00 - TOT RDG NP-33 / TOT LANG NP-11 / TOT MTH NP-14
  TOT BAT NP-8
- SEVERAL CONFERENCES W/ PARENT - DISCUSSED BEHAVIOR - NO IMPROVEMENT SHOWN
- STUDENT WAS DISMISSED FROM CLASSROOM (INCIDENT) TOTALLY UNABLE
TO FOCUS ON ASSIGNMENT / IS IN THE PAST, PARENTS DO NOT FEEL MODS. NECESSARY - RDG

What accommodations/interventions were implemented, specific to this student, during the observation?
(Refer to Pre-Referral Checklist, if applicable).
- STUDENT SEATED AT FRONT OF CLASSROOM - ABLE TO ASK FOR ASSISTANCE
- REPORTED TO MS. RYAN'S ROOM FOR 1:1 ASSISTANCE (TEST IN SMALL GROUP)

E 00000186

The School District of the City of Erie, PA

Child Study Department

A000000487

MDT TEACHER INPUT FORM

Student: Ch_____ B

Subjects(s): _Learning Support_

Teacher: _Mrs. Sherry Ryan_

Date: _1/30/01_

**Specifically Define Reason(s) for Referral:** (What is the referral question/student's unmet needs?)
_Major disruptions, major discipline code violations, committed a crime_

List modification(s) made in instruction, materials, assessment, environment or disciplinary techniques, including effects and duration of modifications: _Small group instruction in Math, adapted assignments in English, Reading, Science and Social Studies. Out of the regular classroom for Math, many time out periods, behavior checklist (weekly) unsuccessful, conferences with behavior specialist, after school detentions and suspensions_

Identify support staff/administrators with whom you consulted for assistance: _Mrs. Jo Barker, Mr. John Dahlstrand, Mrs. Susan Gannon, Mr. Steven Kiley, Mr. Jeff Bonniger, Mrs. Carolyn Monroells_

Document parent contacts & results: _9/13/00 met with mother, 9/22 phone call (detention), 5 phone call (detention), 11/1/00 mother called to reschedule conference, 11/29 conference with mom (signed IEP), 12/18/00 conference with father discussed_

Student's Instructional Strengths: _Oral Reading, playing sports, listening to music, Math knows multiplication tables, very sociable_

Successful Instructional Activities: _Take out of class for tests, rewards and free time for successful completion of assignments, provide time to get up and move around and help out with hands on projects_

**Check all services that apply:**

____ Title I Reading/reading recovery
____ Title I Math
____ IST/Consultative Teacher
____ Speech/Language
____ SAP
____ PEP
____ STARS
____ Summer School
____ After-school Support Program
✓ Present Sp. Ed. Involvement _35% LS_

____ Office of Children & Youth
____ Project Intercept
____ Achievement Center
____ Family Service
____ Private Counseling
____ Probation
____ Sarah Reed
____ Hamot/St. Vincent Mental Health
✓ Medications: _asthma_
✓ Other: _Behavior Specialist_

Additional Comments:

Return To _S. GANNON - counselor_          By _1-30-01_
(School Staff)                              (Date)

E 000001856

School District of the City of Erie, PA

A000000488

## MDT COUNSELOR INPUT FORM

STUDENT NAME: C_____ B_____          SCHOOL: HARDING

### DISTRICT INTERVENTIONS

### COMMUNITY AGENCIES

___Title I Reading/Reading Recovery
___Title I Math
___IST/Consultative Teacher
___Speech/Language
___SAP
___PEP
___STARS
___Summer School
___After-School Support Program
✓ Present Spec Ed Involvement — LEARNING SUPPORT
___Other:_____

___Office of Children & Youth
___Project Intercept
___Achievement Center
___Family Services
___Private Counseling
___Probation
___Sarah Reed
___Hamot/St. Vincent Mental Health
___Other: BEHAVIOR SPECIALIST - S. RILEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## COUNSELOR-STUDENT CONTACTS:

| Date(s) | Purpose: |
|---|---|
| 9-20-'00 | PROBLEMS IN CLASSROOM - OUT OF CONTROL - COUNSELED |
| 9-26-'00 | PROBLEMS IN ART ROOM - REFUSES TO FOLLOW DIRECTIONS - COUNSELED |
| 10-5-'00 | BEHAVIOR PROBLEMS - THREATENS OTHER STUDENTS - COUNSELED |
| 11-1-'00 | DISRESPECTFUL TO OTHERS - PEER MEDIATION |
| 12-13-'00 | REFUSED TO FOLLOW TEACHER'S DIRECTIVES - PRIVATE COUNSELING |
| 1-18-'01 | CHARLES INVOLVED IN TRESPASSING - STEALING FROM CLASSROOM |
|  | COUNSELED STUDENT RE: RESPECT FOR OTHERS, ETC. |

## FAMILY CONTACTS:

| | |
|---|---|
| 9-20-'00 | ATTEMPTED TO CONTACT PARENT RE: OPPOSITIONAL BEHAVIOR - LEFT MESSAGE TO RETURN CALL |
| 10-5-'00 | ATTEMPTED TO CONTACT PARENT (SPOKE W/ SISTER) RE: THREATENING OTHER STUDENTS |
| 11-1-'00 | LEFT MESSAGE RE: PEER MEDIATION & STUDENT COUNSELED |
| 1-13-'00 | SPOKE W/ SISTER RE: MEETING W/ MOTHER RE: TRESPASSING INCIDENT |

## AGENCY CONTACTS:

Signature: _Susan J. Gannon_          Date: 1-20-'01

E 000001857

A000000489



814 871 6374   P.01

6119
Jackie
Fondi

Department of Pupil Learner Service
**Child Study Office**

| LAST NAME | FIRST NAME | M.I. | HOME PHONE | SCH. YEAR | STUDENT NO. |
|---|---|---|---|---|---|
| B███ | CA████ | | 461-1851 | 01-02 | 899489 |

| NUMBER | STREET NAME | | STREET CODE | APT. NO. | ZIP CODE |
|---|---|---|---|---|---|
| | ST | ERIE | PA | | 16505 |

| DATE OF BIRTH | | | SEX | | CODE | | | RESIDENT | NAME OF PARENT OR GUARDIAN | | PAR. CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MO. | DAY | YR. | MALE | FEMALE | W. | B. | O. | YES | NO | | |
| | 87 | M | | | | 8 | | | X | CHARLES | 1 |

| SCHOOL PUPIL ATTENDED | | SCHOOL NUMBER | GR. | | | |
|---|---|---|---|---|---|---|
| HARDING | 00-01 | 361 | | | | |

| SCHOOL TO ATTEND SEPT. | | SCHOOL NUMBER | GR. | ROOM | AGE SEPT. 1st | CURRICULUM CODE |
|---|---|---|---|---|---|---|
| STRONG VINCENT | 01 | 502 | 08 | 226 | 14 | 815 LEARNING SUPPORT RESOURCE ROOM |

| WITHDRAWAL DATA | | | REGISTERED DATA | | |
|---|---|---|---|---|---|
| DATE | | CODE | DATE | | |
| SCHOOL | | # | SCHOOL | | |
| GRADE | | ROOM | GRADE | | ROOM |
| NEW ADDRESS | | | | APT. | |
| REMARKS | | | PRINCIPAL SIGNATURE | | |

**PROBLEM/REASON FOR REFERRAL:**

I need you to ask Mr. or Mrs. B███ to come to Strong Vincent and meet with Ms. Cappabianca a.s.a.p. regarding Charles. I have tried calling the home 6 times and received no answer. I also have

Date received in Child Study _____    Assigned to: _____

**REPORT OF HOME-SCHOOL VISITOR.**

left messages with C██████ It is very important that they call me to set up an appointment. My phone # is 874-6504. Thank you - Linda Capp

12-12-01   HV   No answer   Left a note to "call L. Capp. ASAP as is very imp.." j fortecchio (fondy)
— called L. Capp + will try tomorrow again

12-13-01 HV - left a note - knocked repeatedly but no answer - jf.

TOTAL P.01

E 000001758

E 000001935

The School District of the City of Erie, Pa.

A000000490

# INVITATION TO PARTICIPATE
# IN THE IEP TEAM MEETING

**School Age**

Date: _____

Name and Address of Parent: _____    Student's Name: _____

Dear _____

We are sending you this notice so that you can attend and participate in:

_____ an **Individualized Education Program Team Meeting**.

L. CAPP.
**EXHIBIT**
4-4-05
5 4R

_____ other meeting (specify): _____

The purpose of this meeting is to: *(The school district is to check all that apply)*

☐    Discuss the results of the multidisciplinary evaluation regarding whether your child is a child with a disability and in need of special education. An Individualized Education Program (IEP) will be developed at the meeting and a decision will be made regarding the educational placement of the child.

☐    Discuss your child's current IEP to review and revise it as needed. Complete the following for students age 16 and older:

*(For parents)* Develop or review a statement of your child's need for transition services. We are also inviting representative(s) from the following agency or agencies to attend:

_____

_____

*(For students)* Develop or review a statement of your need for transition services. *We are also inviting representative(s) from the following agency or agencies to attend:

_____

_____

☐    Other _____

The team meeting has been tentatively scheduled for this location: _____

at the following date and time: _____ If this time, date or location is not convenient, please contact me as soon as possible so we can arrange a time and place which are mutually convenient.

_____           _____       _____
Name and Title                          Phone Number            Date

The following people are expected to attend the meeting for your child:

NAME _____    ROLE* _____

NAME _____    ROLE* _____

NAME _____    ROLE* _____

Copies: White - Pupil School File.    Yellow - Parent/Guardian    Pink - Teacher    Gold - Other

Revised 9/2001

Page A

Student Name: _____ A000000491                          Page 2

*Invitation to Participate in IEP Team Meeting*

NAME _____    ROLE* _____

NAME _____    ROLE* _____

NAME _____    ROLE* _____

*This denotes this person's involvement in your child's IEP development.  Examples: regular education teacher, local education agency representative, etc.*

    Parents are strongly encouraged to participate as members of their child's IEP Team.  If you would like additional personnel from the school district to attend this team meeting or if you have any questions or comments, please contact me.  Further, please be advised that you may bring other people to the meeting who have knowledge or special expertise regarding your child.

    Attached to this invitation is a copy of the "Procedural Safeguards Notice" describing your rights and procedural safeguards under State and Federal Law.

    We are requesting that you respond to this notice by checking the appropriate option below, and returning this form to the school district (by mail or in person) as soon as possible.

❏   I will attend the meeting as scheduled.

❏   I will need the following accommodations to be made so that I may attend the meeting: _____

_____

❏   I will not attend the meeting.

❏   I wish to attend the meeting, but this time and/or location is not convenient.
    Please contact me to make alternative arrangements.


_____          _____
*Parent Signature*                                    *Date*

Revised  9/2001

A000000492

**The School District of the City of Erie, PA**
**Notice of Recommended Evaluation Placement**  *Educational*
**School Age**
**************************************************************

Date: _11-13-01_

Name and Address of Parent:

_Mr + Mrs. C_____ B._____

_/_____

_Erie, PA  16505_

Student's Name: _C_____ B._____

ID#: _899 489_

S.S.#: _____

Dear _Mr + Mrs Charles Bibbs_

This notice summarizes recommendations for your child's education program.

This notice is to be given to the parent of a child with a disability in a reasonable time before the school district proposes to initiate or change, or refuses to initiate or change the identification, evaluation or educational placement of the child or the provision of a free appropriate public education to the child.

1. **Action proposed or refused:** _C_____ will receive specially designed instruction in READING... , science, English and Social Studies outside the regular education curriculum, C_____ will participate in regular education curriculum related classes) and environmental in_

2. **Why the action is proposed or refused:** _other areas. He will be mainstreamed in MATH. see_

_Due to current low academic levels, this is an appropriate placement for C_____ educational needs and supports this action._

3. A. **Description of any other options that were considered:** _no other options_

   B. **Reasons why these options were rejected:** _other options were considered inappropriate and were not considered to meet CHARLES's educational needs_

4. **Evaluation procedure(s), test(s), record (s), or report (s) used as a basis for the proposed action or action refused:** _C_____ was observed in the classroom setting_

5. **Other factor(s) relevant to proposal or refusal:** _No OTHER relevant factors to report_

The educational placement recommended for your child is:
   Appropriate Grouping: Learning Support
   Level (%) _54.4_ %
   Location: Strong Vincent
   Other: No other relevant factors to report



EXHIBIT
4-4-05
KR

Revised 9/2001

A000000493

**Student Name:** C█████ B████

## NOTICE OF RECOMMENDED EDUCATIONAL PLACEMENT

Dr James E. Barker
_____    Signature _____    Date 2-5-02
**Printed Name**                          Signature                              Date
**School District Superintendent**

You have certain rights and protections under law that is described in a document titled *Procedural Safeguards Notice*. If you need more information or want a copy of the *Procedural Safeguards Notice*, you may contact:

Mrs. Charlise Moore
_____    Supervisor _____    874-6057
**Name**                          **Position**                              **Phone Number**

**DIRECTIONS FOR PARENTS:** Please check one of the options, sign this form, and return it within **10 days** to the person listed above.

[ ✓ ] **I approve** this recommendation

[ ] **I do not approve** this recommendation

My reason for **disapproval is:**

_____

I request:

[ ] Pre-hearing Conference

[ ] Mediation

[ ] Due-process Hearing

I will need the following accommodations to be made so that I may attend the above.

_____

_Victoria B████_ _____    11/12/01 _____    814(461-1851
**Parent's Signature**                  **Date**                        **Daytime Phone**

A000000494

**The School District of the City of Erie, PA**
**INDIVIDUALIZED EDUCATION PROGRAM (IEP) Format**

R____ T____ ✓ ____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* School Age

**IEP Team Meeting Date:** 11/13/01

**IEP Implementation Date (Projected Date when Services and Programs Will Begin):** 11/13/01
Mo. / Day / Yr.

**Anticipated Duration of Services and Programs:** 11/12/02
Mo./ Day / Yr.

| | | | | |
|---|---|---|---|---|
| **Student Name:** | Charles Bibbs | | **DOB:** 5/31/87 | **Age:** 14 |
| **ID# :** 899489 | **SS# :** ____ | | | |

**School District:** Erie      **Grade:** 7      **Anticipated Year of Graduation:** 2007

**Parent Name:** Victoria Bibbs      **Phone: (H)** 461-1851
**Address:** 1725 W. 14th      **Phone: (W)** ____
16505
**County of Residence:** Erie      **School Year:** 2001-2002
**Other Information:** ____

**IEP TEAM/SIGNATURES\***
The Individualized Education Program (IEP) Team makes the decisions about the student's program and placement. The student's parent(s), the student's regular teacher and a representative from the local education agency are required members of this team. A regular education teacher must also be included if the student participates, or may be participating in regular education. Signature on this IEP documents attendance, not agreement.

| **NAME (typed or printed)** | **POSITION (typed or printed)** | **SIGNATURE\*** |
|---|---|---|
| Victoria B_____ | Parent | Victoria B_____ |
| | Parent | |
| | Student\* | |
| Robert Kitchen | Regular Education Teacher | Robert Kitchen |
| Connie Manus | Special Education Teacher | Connie Manus |
| Linda Cappabianca | Local Ed. Agency Rep. (Chair) | Linda Cappabianca |
| | Community Agency Rep\*\* | |
| | Vocational Rep (if appropriate)\*\*\* | |

\*     The IEP team must invite the student if transition services are being planned or if the parents choose to have the student participate.
\*\*    As determined by the LEA as needed for transition services.
\*\*\*   Must be present if a Vocational Technical Program is being considered.

**PROCEDURAL SAFEGUARDS NOTICE**
I have received a copy of the *Procedural Safeguards Notice.* The District has informed me whom I may contact if I need more information.

Signature: Victoria B_____      Date Received: 11/12/01


LC APP
EXHIBIT
7      4.4.05
4KR
PENGAD 800-631-6989

A000000495

**Student Name:** C█████ B██████
**Individualized Education Program**

## I.  SPECIAL CONSIDERATIONS THE IEP TEAM MUST CONSIDER BEFORE DEVELOPING THE IEP. ANY FACTORS CHECKED MUST BE ADDRESSED IN THE IEP.

**Is the Student Blind or Visually Impaired?**

☒   No

☐   Yes - Team must provide for instruction in Braille and the use of Braille unless the IEP Team determines, after an evaluation of the child's reading and writing skills, needs and appropriate reading and writing media (including an evaluation of the child's future needs for instruction in Braille or the use of Braille), that instruction in Braille or the use of Braille is not appropriate.

**Is the Student Deaf or Hearing Impaired?**

☒   No

☐   Yes - Team must consider the child's language and communication needs, opportunities for direct communications with peers and professional personnel in the child's language and communication mode, academic level, and full range of needs, including opportunities for direct instruction in the child's language and communication mode in the development of the IEP.

☐   COMMUNICATION NEEDS

☐   ASSISTIVE TECHNOLOGY, Devices and/or Services

☐   LIMITED ENGLISH PROFICENCY

☒   BEHAVIORS THAT IMPEDE HIS/HER LEARNING or that of OTHERS

☐   TRANSITION SERVICES

☐   OTHER (Specify): _____

## II. PRESENT LEVELS OF EDUCATIONAL PERFORMANCE
### STUDENT'S PRESENT LEVELS OF EDUCATIONAL PERFORMANCE:

Charles is presently in the 7th grade,he has all learning support classes.Writing Assessment 2Partically Proficient, 100% in all math skills add,subtract,multiply,20-50%add -subtract rename,estimation.Vocabulary 100% sentence completionmmultiple

## HOW THE STUDENT'S DISABILITY AFFECTS INVOLVEMENT AND PROGRESS IN GENERAL EDUCATION CURRICULUM (Include the child's strengths and needs which will effect the student's involvement and progress in the general curriculum.):

Charles strengths include his understanding basic words,his ability to locate the main idea,oral reading is a strength.Basic math strenghts include,addition,substraction.Support continues to be needed in math,subtract and add renaming,word problems,Reading-main idea,cause and effect.Charles needs to exhibit appropriate class behavior,follow class /school rules.

Revised 9/2001

F 000001826