A000000496

**Student Name:** C̶̶̶̶̶̶̶ B̶̶̶̶̶̶̶

**Individualized Education Program**

**III. GOALS AND OBJECTIVES:** *(Use as many copies of this page as needed to plan appropriately)*

**MEASURABLE ANNUAL GOAL:**
Evan will use appropriate behavior within the school setting.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| Will be on time to class. | | |
| Will use appropriate language when speaking to peers and adults. | 80% | behavior report daily |
| | 80% | behavior report daily |
| | | |

**REPORT OF PROGRESS ON ANNUAL GOALS**

How progress will be measured: Daily behavior charts all teachers must sign

How progress will be reported: Quarterly progress reports

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
| | | | | |

- - - - - - - - - - - - - - - - - -

**MEASURABLE ANNUAL GOAL:**
Evan will use appropriate behavior within the school setting.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| Will stay in seat during class. | | |
| Will follow directions. | 80% | daily behavior reports |
| Will complete work in a timely manner | 80% | daily behavior reports |
| | 80% | daily behavior reports |

**REPORT OF PROGRESS ON ANNUAL GOALS**

How progress will be measured: Daily behavior reports filled out by teachers

How progress will be reported: quarterly progress reports

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
| | | | | |

NOTE: Specially designed instruction may be listed with each goal/objective and/or listed in section IV.

Revised 9/2001

A000000497

**Student Name:** ⟨redacted⟩

**Individualized Education Program**

**III. GOALS AND OBJECTIVES:** *(Use as many copies of this page as needed to plan appropriately)*

**MEASURABLE ANNUAL GOAL:**
Improve fluency and comprehension in reading.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| 1. Increase use/ knowledge of phonics, word analysis (eg. root words, prefixes, suffixes) syllabication, picture and clues to decode/understand new words. | 80% | Compass Reports CBA, Oral Reading exams, assignments |

### REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured: Compass Reports, Oral Reading Rubrics, Exams, CBA

How progress will be reported: Report Cards, Goal Progress Reports

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
| | | | | |

- - - - - - - - - - - - - - - -

**MEASURABLE ANNUAL GOAL:**
Improve fluency and comprehension in reading.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| 2. Identify main idea, relevant details and different story elements within a passage. | 80% | Compass Reports |
| 3. Use context clues, make inferences ,draw conclusion | | Exams, assignments CBA, oral reading |

### REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured: Compass Reports, Oral Reading Rubric, Exams, CBA

How progress will be reported: Report Cards, Goal Progress Report

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
| | | | | |

NOTE: Specially designed instruction may be listed with each goal/objective and/or listed in section IV.

Revised 9/2001

A000000498

**Student Name:** ~~Ch___ Bi___~~

**Individualized Education Program**

**III. GOALS AND OBJECTIVES:** *(Use as many copies of this page as needed to plan appropriately)*

**MEASURABLE ANNUAL GOAL:**
Improve skills and increase knowledge in the areas of life and environmental science.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| Recognize and use the elements of scientific inquiry to solve problems (scientific method). | 80% | class projects |
| 2. Identify changes in living things overtime. | 80% | observations |
|  |  | assignments, tests |

## REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured: project rubrics, observations, project presentations, tests

How progress will be reported: Report cards and Goal Progress Reports

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
|  |  |  |  |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MEASURABLE ANNUAL GOAL:**
Improve skills and increase knowledge in the areas of life and environmental science.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| 3. Identify the similarities and differences of living things. | 80% | tests, observations |
|  |  | class assignments |

## REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured: Teacher made tests, rubrics, observations, chapter tests

How progress will be reported: Report cards, goal progress reports

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
|  |  |  |  |  |

NOTE: Specially designed instruction may be listed with each goal/objective and/or listed in section IV.

A000000499

**Student Name:** C▮▮▮ ▮▮▮

**Individualized Education Program**

**III. GOALS AND OBJECTIVES:** *(Use as many copies of this page as needed to plan appropriately)*

**MEASURABLE ANNUAL GOAL:**
  Read and understand works of literature.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| Identify literary elements in stories describing characters, setting and plot. | 80% | tests, class assignments |
|  |  | class projects |
|  |  |  |

### REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured: Exams, class projects, class assignments

How progress will be reported: Report cards and goal progress reports

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
|  |  |  |  |  |

- - - - - - - - - - - - - - - - - - - - - - - - -

**MEASURABLE ANNUAL GOAL:**
  Use media for learning purposes.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| Explain the importance of media in society. | 80% | Newspaper projects, |
| Identify the different parts of the newspaper, understand different types of news features. | 80% | Newspaper projects, tests |

### REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured: Review of newspaper activities, publication of newspaper

How progress will be reported: Report cards, goal progress reports

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
|  |  |  |  |  |

NOTE: Specially designed instruction may be listed with each goal/objective and/or listed in section IV.

Revised 9/2001

A000000500

**Student Name:** C̶_____ B̶:_____

**Individualized Education Program**

**III.GOALS AND OBJECTIVES:** *(Use as many copies of this page as needed to plan appropriately)*

**MEASURABLE ANNUAL GOAL:**
Identify important historical facts that have impacted the world geographically, politically and culturally.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| Identify important people in history that helped America into a world leader. | 80% | tests, class assignments class projects |

**REPORT OF PROGRESS ON ANNUAL GOALS**

How progress will be measured: <u>tests, class assignments, class projects</u>

How progress will be reported:<u>report cards, goal progress reports</u>

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
| | | | | |

- - - - - - - - - - - - - - - - - -

**MEASURABLE ANNUAL GOAL:**
Identify important historical facts that have impacted the world geographically, politically and culturally.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| Identify characteristics and purposes of different geographic representatives (maps, globes, diagraphs) | 80% | tests, class assignments class projects |
| Identify documents of the USA government | 80% | tests, class assignments |

**REPORT OF PROGRESS ON ANNUAL GOALS**

How progress will be measured: <u>tests, class assignments, class projects</u>

How progress will be reported: <u>report cards, progress reports</u>

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
| | | | | |

NOTE: Specially designed instruction may be listed with each goal/objective and/or listed in section IV.

Revised 9/2001

A000000501

Student Name: Ci____ B____

**Individualized Education Program**

## III. GOALS AND OBJECTIVES: *(Use as many copies of this page as needed to plan appropriately)*

**MEASURABLE ANNUAL GOAL:**

Will use the writing process of prewriting, drafting, revising, editing and publishing to write narrative, descriptive and informative paragraphs as well as practical English skills for everyday life.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| Write using complete sentences, proper capitalization, punctuation, grammar and spelling. | 80% | CBA, exams, teacher observation class assignments |

### REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured: CBA, exams, observations, work samples

How progress will be reported: Report cards, goal progress reports

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
| | | | | |

- - - - - - - - - - - - - -

**MEASURABLE ANNUAL GOAL:**

Will use the writing process of prewriting, drafting, revising, editing and publishing to write narrative, descriptive and informative paragraphs as well as practical English skills for everyday life.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| Use grammar and effective word choice. | 80% | tests, observations |
| Will identify parts of speech (nouns, pronouns, verbs, adjectives and adverbs. | 80% | tests, class assignments |

### REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured: Teacher made exams, review of class assignments

How progress will be reported: Report cards, goal progress reports

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
| | | | | |

NOTE: Specially designed instruction may be listed with each goal/objective and/or listed in section IV.

Revised 9/2001

A000000502

**Student Name:** C█████ B█████
**Individualized Education Program**

## IV. SPECIAL EDUCATION/RELATED SERVICES:

### A. PROGRAM MODIFICATION AND SPECIALLY DESIGNED INSTRUCTION: *(Specially designed instruction may be listed with each goal/objectives.)*

Charles will receive computer aided instruction, study guides, outlines, models of good works, Examples provided by the teacher, redirection and refocusing, breaking down tasks to smaller units, highlighting key events and topics, one-on-one instruction. Collabration between special education and related regular teachers to make modifications to instructions, assignments, and evaluations. Small group instructions.

### B. RELATED SERVICES: List the services that the student needs in order to benefit from or access his/her special education program:

| Service | Location | Projected* Beginning Date | Frequency | Anticipated* Duration |
|---------|----------|---------------------------|-----------|-----------------------|
| rPsychological | | | as recommended by psychologist or every 2 years | |
| Nursing | | | as prescribed by physician | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Include only if differs from IEP beginning and/or duration dates.*

### C. SUPPORTS FOR SCHOOL PERSONNEL RELATED TO STUDENT'S NEEDS:

Support will be provided by adapting tests, tutoring,using the computer for writing assignments, and breaking down the chapters in the curriculum textbooks. Talk with school behavior therapist when he has inappropriate behavior in class.

### D. EXTENDED SCHOOL YEAR The IEP Team has discussed and considered ESY services, and determined that:

Charles is not in need of ESY programming..

Revised 9/2001

A000000503

**Student Name:** C‌ B‌
**Individualized Education Program**

# V. PARTICIPATION IN STATE AND DISTRICT-WIDE ASSESSMENTS

## STUDENT PARTICIPATION – STATE ASSESSMENTS

**This section applies to student's age/grade eligible for the PSSA/PASA (Reading, Math-grades 5, 8, 11; Writing-grades 6, 9, 11)**

☐ Student will participate in the PSSA without accommodations.

**OR**

☒ Student will participate in the PSSA with the following accommodations:
PSSA Reading (grades 5, 8,11) <u>longer test time, insure that student if marking correct spaces</u>
PSSA Math (grades 5, 8,11) <u>separate room for testing</u>
PSSA Writing (grades 6, 9, 11) ____

**OR**

☐ Student will participate in the Pennsylvania Alternate System of Assessment (PASA).(Effective beginning the 2000-01 school year, the alternate assessment in Pennsylvania is PASA).

If the IEP Team has determined it is not appropriate for the student to participate in the PSSA, the team must explain why the PSSA is not appropriate:


Choose how the student's performance on the PASA will be documented:

☐ Videotape (which will be kept confidential as all other school records)

☐ Written Narrative (which will be kept confidential as all other school records)

## STUDENT PARTICIPATION – DISTRICT ASSESSMENTS

☐ Student will participate in the District assessments without accommodations.

**OR**

☒ Student will participate in the District assessments with the following accommodations:
Test given at instructional level, smaller class, extended test time, portions of the test orally read when applicable.

**OR**

☐ If the IEP Team has determined that it is not appropriate for the student to participate in the district-wide assessment they must explain why the assessment is not appropriate for the student and how the student will be assessed.


Revised 9/2001

A000000504

**Student Name:** C____ B____
**Individualized Education Program**

## VI. LEAST RESTRICTIVE ENVIRONMENT (LRE)

EDUCATIONAL PLACEMENT (Type of Service, Type of Support, ex: Full-time learning support)
Part time Learning Support

Explanation of the extent, if any, the student **will not participate** with non-disabled children in the regular class and in the general education curriculum:
Charles will receive Learning Support services for Reading, Math, Science, Social Studies, English. He will take regular related classes.

Percentage of time the student receives special education <u>outside</u> of the regular education classroom:
NOTE: If a special education teacher "pushes in" to provide direct service to special education students in a regular classroom it should be included in this percentage.

- [ ] Less than 21% outside of the regular education classroom

- [ ] 21-60% outside of the regular education classroom

- [x] 61% or more outside of the regular education classroom

**List exact percentage of service –i.e. LS 40, PT 3, Speech 2** <u>Learning Support</u> 54.4%

Location of Program: <u>Strong Vincent   (School)</u>

## VII. TRANSITION PLANNING

1. Will the student be 14 years of age or older during the term of this IEP?

   - [ ] No - (Not necessary to complete this Section)

   - [x] Yes - Team must address the student's courses of study and how the course of study applies to components of the IEP.

     Student's course of study:
     <u>Academic</u>

2. Will the student be 16 years of age or older during the term of this IEP or is the student younger and in need of transition services as determined by the IEP Team?

   - [x] No - (Not necessary to complete this Section)

   - [ ] Yes - Team must address and complete this Section

A000000505

**Student Name:** ~~C___s B____~~ N/A
**Individualized Education Program**

**A. DESIRED POST-SCHOOL OUTCOMES:** Define and project the desired post-school outcomes as identified by the student, parent and IEP team in the following areas. State how the services will be provided and person(s) responsible for coordinating these services.

| SERVICE | HOW SERVICE IS PROVIDED | PERSON RESPONSIBLE |
|---|---|---|
| Post Secondary Education/Training | | |
| Employment | | |
| Community Living | | |
| a)Residential | | |
| b)Participation | | |
| c)Recreational | | |

**B. STATEMENT OF COORDINATED TRANSITIONAL SERVICES AND ACTIVITIES NEEDED TO SUPPORT DESIRED POST-SCHOOL OUTCOMES:**

(The instructional areas should support the desired post-school outcomes for the student. Examples such as Instruction and Related Services, Community Experiences, Acquisition of Daily Living Skills, Functional Vocational Education, and Adult Living may appear as annual goals, short-term instructional objectives or benchmarks, and/or specially designed instruction based on the student's needs.)

Revised 9/2001

A000000506

**Student Name:** C███████ *N/A*
**Individualized Education Program**

## C. LINKAGES

List the agencies, which may provide services/support (before the student leaves the school setting):

Agency Name

Phone Number

Responsibilities/Linkages

Agency Name

Phone Number

Responsibilities/Linkages

Agency Name

Phone Number

Responsibilities/Linkages

The School District of the City of Erie, Pennsylvania

HS-3-T

Student: **B**        **C**————        A000000507        **SV**

Student's I.D.#: _____        School: _____226_____        __8__

Last Name        First Name        Middle Initial        Home Room        Grade

Home Address: _____        _____        Phone        Date of Birth    E    *

Parent or Guardian's Name

Program Classification

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | EX | UNEX | UNL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aug. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sept. | | | | | | | | | P | P | X | X | X | X | | | P | P | P | X | X | | | X | X | X | P | X | | | | | | |
| Oct. | | | | X | | X | X | X | P | P | X | X | X | | X | X | X | X | X | X | X | | X | X | X | | P | X | | X | X | P | | | |
| Nov. | X | X | | P | X | X | X | X | | X | P | P | | P | P | | P | P | | | | | P | P | X | | | | | | | | | |
| Dec. | | | | | | | | | | | | | | X | P | X | X | X | | | | | | | | | | | | | | | | |
| Jan. | X | X | X | | | P | P | P | X | X | | X | | | | | | | | | | | | | | | | | | | | | | |
| Feb. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mar. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Apr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| May | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| June | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Symbols:  Excused Absence (O)    Unexcused Absence (Ⓞ)    Unlawful Absence (⊕)        TOTAL

Use reverse side for absentee excuse data and comments.    Days attended: _____    Days Belonged. _____        TOTALS FOR YEAR

**C**————  |  3 ATT. 9/10    PRES.: 9/10, 13, 17,    ABS.: 9/12, 14, 20, 21,
+2+2        18, 19, 25        9/24, 26

3 ATT. 10/5        PRES: 10/9, 10, 31,        ABS: 10/5, 8, 11, 12, 16, 17, 18
+1 + 5 +1        11/5, 11/15, 16, 11/19        10/19, 23, 24, 25, 26, 29
        11/20, 11/21, 11/27 released        10/30 11/1, 11/2, 6, 7
            11/8, 11/9, 11/14,

ATT. 12/17    PRES: 12/18 ✗, 1/7, 18, 1/9
+1 +1
    ABS: 12/17, 19, 20, 21 1/2, 3, 1/3, 1/4, 1/10 1/11, 14


L. CAPP
EXHIBIT
4-4-05
8  4th
PENGAD 800-631-6989

ID NUMBER,YEAR OR <ALL> [,FORM NUMBER]
IIIIII,YYYY [,FFFFF]
943020,0001                    A000000508

43020    L███ K████████ L

               ST  APT-2FL      CURRENT:   SCH-994  GR-09  HR-L
       ERIE        PA  16503    PHONE:     455-0282  DOB-████/89
                                 PARENT:    DENISE
                                COUNSELOR:

           ***   NO SUSPENSION INFORMATION ON FILE   ***

L.CHAPP.
EXHIBIT 7-4-05
9 uer
PENGAD 800-631-6989

```
) NUMBER,YEAR OR <ALL> [,FORM NUMBER]
IIIII,YYYY [,FFFFF]
43020,0102                          A000000509
```

```
43020  L███ K█████ L           {              CURRENT:  SCH-994  GR-09  HR-L
                        ST  APT-2FL         PHONE:    ███████    DOB-0█████89
       ERIE        PA  16503             PARENT:   DENISE
                                         COUNSELOR:
```

. -SCHOOL YEAR . . . . . . . . . . . . . . . . . . . . . .

FORM - 25118        IN SCHOOL SUSPENSION FOR (34) AGITATION

           SUSPENSION:  SCH-502 STRONG VINCENT H.S.        GR-07      HR-0208

                  DAYS:  10/26,29,30


FORM - 26706        SATURDAY SUSPENSION FOR (05) SKIPPING DETENTION

           SUSPENSION:  SCH-502 STRONG VINCENT H.S.        GR-07      HR-0208

                  DAYS:  12/08

EXHIBIT
L. CAPP
4-4-05
/D        UKN

A000000510

# PASS/SATURDAY DETENTION
# NON-ATTENDANCE DAYS 2000-01

| MONTH | PASS | SATURDAY DETENTION |
|---|---|---|
| SEPTEMBER | 3 – Labor Day | 1 – Labor Day Weekend |
| OCTOBER | 15 – Teacher In Service | |
| NOVEMBER | 12 – Parent Conference Day#1<br>13 – Parent Conference Day #2<br>22, 23, 26 – Thanksgiving | 24 – Thanksgiving Weekend |
| DECEMBER | 24 thru January 1 – District Holiday | 22 and 29 – District Holiday |
| JANUARY | 1 District Holiday<br>18 – Recording Day<br>21 – Martin Luther King Day | 19 – Mid-term |
| FEBRUARY | 18 – Winter Break<br>19 – Teacher In Service | |
| MARCH | 15 – Parent Conference Day #3<br>25 – Thru April 1ˢᵗ Easter/Spring Break | 23 and 30 – Easter/Spring Break |
| APRIL | 1 Easter/Spring Break | |
| MAY | 6 – Non Attendance Day for Students/Teachers<br>27 – Memorial Day | 25 – Memorial Day Weekend |
| JUNE | 5 – last day for PASS | 1 – last day for Saturday Detention |



L. CAPP
EXHIBIT
4-4-05

A000000511

## PASS   SIGN-IN   SHEET

### FRIDAY,   OCTOBER 26, 2001

1.

2.

3.

4.

5.

6.

7.

8.

9.

10.

11.

12. L█████ K███████ ~~████████████~~ L ████

13.

14.

15.

16.

17.

18.

19.

20.

A000000512

## PASS  SIGN-IN  SHEET

### FRIDAY,  OCTOBER 26, 2001

1.

2.

3. B.      , C▮▮▮▮▮▮

4.

5.

6.

7.

8.

9.

10.

11.

12. L      , K▮▮▮▮▮  ▮▮▮▮▮▮▮▮▮

13.

14.

15.

16.

17.

18.

19.

20

A000000513

21. WELLS, ANTIOUN

22. WOODWARD, SHANA

SATURDAY DETENTIONS:

1.

2.

3.

4.

5.

6.

7.

A000000514

# PASS SIGN IN SHEET
## 10/29/01
## CASE/LIPCHICK

1.

2.

3.

4.  B        , C██████████

5.

6.

7.

8.

9.

10.

11.

12.

13.

14.

15. L      , K██████  Ϋ ████████

16.

17.

18.

19.

20.

21.

A000000515                                    1

# PASS SIGN IN SHEET
## 10/29/01
## CASE/LIPCHICK

1.

2.

3.

4.

5.

6.

7.

8.

9.

10.

11.

12.

13.

14.

15. L▮▮▮▮ K▮▮▮▮ ▮▮▮▮ L ▮▮▮▮

16.

17.

18.

19.

20.

21.

A000000516

22.

23.

24.

25.

26.

27.

29.

30.

31.

SATURDAY:

1.

2.

3.

4.

5.

# WE ARE STRONG VINCENT!!!

32.

33.

A000000517                                1

# PASS SIGN IN SHEET
## PETS/DRAPS
## 10/30/01

1.
2.
3.
4.
⑤ B    ,C▮▮▮▮▮ – call
6.
7.
8.
9.
⑩
⑪
12.
⑬
14.
15.
16.
⑰
18.
19.
20.
21.

A000000518                          2

22.

23.

24. L·          , K███████  K████████████

25.

26.

27=

28.

29.

30.

31.

32.

33. P·          , R██████  R████████

34.

35.

36.

37.

38.

39.

40.

SATURDAY:

1.

2.

3.

A000000519

22.

23.

24. L█████ K█████ K████████ L █████

25.

26.

27.

28.

29.

30. 1

31.

32.

33. P███████, R██████ P█████ P███████

34.

35.

36.

37.

38.

39.

40.

SATURDAY:

1.

2.

3.

A000000520

# PASS SIGN IN SHEET
## 11/27/01
## PETS/SCULLY

1.

2.  B      C▓▓▓ ⟨ϑ ▓▓▓⟩ B

③

4.  C,      B▓▓ B ▓▓▓ C

⑤

6.

7.

⑧

⑨

⑩

11.

12.

13.

14.

15.

⑯

17.

18.

19.

SATURDAY:

1.

A000000521                          I

# PASS SIGN IN SHEET
## 12/07/01
## BEHAN/DRAPCHO

1.

2.

3.

4.

5.

6.

7.

8.

9.

10.

11.

12.

13. P███████, R███████

14.

15.

16.

17.

18.

19.

20.

A000000522

**SATURDAY:**

1.

2.

3.

4.

5.


# WE ARE STRONG VINCENT!!!

A000000523

1

# PASS SIGN IN SHEET
## PETS/BEHAN

12/10

1.

2.

3:

4.

5.

6.

7.

8.

9.

10.

11.

12.

13. P███████, R██████

14.

SATURDAY:

1.

2.

3.

4.

5.

A000000524

21.

22.

23.

24.

25.

SATURDAY:

1.

2.

3.

4.

5.

# WE ARE STRONG VINCENT!!!

A000000525                                    1

# PASS SIGN IN SHEET
## 12/11/01
## TATTERSALL/LIPCHICK

1.

2.

3.

4.

5.

6.

7.

8.

9.

10.

11.

12.

13.

14.

15.

16.

17.

18.

19.

20. P███████, R██████ ████ ██████

A000000526                                              2

24.

SATURDAY:

1.

2.                                        Ass

3.

4.                                        S = *

5.

# WE ARE STRONG VINCENT!!!

A000000527                                    1

# PASS SIGN IN SHEET
## 12/11/01
## TATTERSALL/LIPCHICK

1.

2.

3.

4.

5.

6.

7.

8.

9.

10.

11.

12.

13.                              — SENT HOME

14.

15.

16.    K.          A

17.

18.

19.

20. P.      , R

A000000528

**PASS SIGN IN SHEET**
**12/12/01**
**CASE/LIPCHICK**

1.

2.

3.

4.

5.

6.

7.

8.

9.

10.

11.

12.

13.

14.

15.

16.

17.

18. P█████, R█████ — No CA-1)

19.

20.

21.

A000000529

2

22.

23.

24.

SATURDAY:

1.

2.

3.

4.

5.

# WE ARE STRONG VINCENT!!!

A000000530                                    1

# PASS SIGN IN SHEET
## 12/13/01
## PIRRELLO/DILLON

1.

2.

✗ 3.

4.

✗ 5.

6.

7.
25.
8.

✗ 9.

10.

✗ 11. K          , AR

12.

13.

✗ 14.

15

16. P.          , RA

17

✗ 18

19

20

✗ 21.

21

A000000531

1

# PASS SIGN IN SHEET
## 12/13/01
## PIRRELLO/DILLON

1.

2.

X 3.

4.

X 5.

6.

7.
25.
8.

9.

10.

X 11.

12.

13.

X 14.

15.

16. P███████ R██████

17.

X 18.

19.

20.

X 21.

21

A000000532
# PASS SIGN IN SHEET
## 12/14/01
## BEHAN/DONCH

1.

2.

3.

4.

5.

6.

7.

8.

9.

10.

11.

12. K

13.

14.

15.

16.

17.

18. P          , R

19.

20.

21.

A000000533

# PASS SIGN IN SHEET
## 12/14/01
## BEHAN/DONCH

1.

2.

3.

4.

5.

6.

7.

8.

9.

10.

11.

12.

13.

14.

15.

16.

17.

18. P████████, R███████

19.

20.

21.

A000000534

22.
23.
24.
25.
26.

SATURDAY:

1.
2.
3.
4.
5.

# WE ARE STRONG VINCENT!!!

A000000535

# PASS SIGN IN SHEET
## 12/17/01
### PETS/CHASE
Drilon

1.

2.  B.        , C████████

3.

4.

5.

6.

7.

8.

9.

10.

11.

12.

13. K        , A████████

14.

15.

16

17

18. P        , R███████

19.

20.

A000000536

# PASS SIGN IN SHEET
## 12/17/01
### PETS/CHASE

1.

2.

3.

4.

5.

6.

7.

8.

9.

10.

11.

12.

13.

14.

15.

16.

17.

18. P███████, R███████

19.

20.

21.                                   A000000537

22.

23.

24.

25.

26.

SATURDAY:

1.

2.

3.

4.

5.


# WE ARE STRONG VINCENT!!!

A000000538

# PASS SIGN IN SHEET
## 12/18/01
## PETS/TATTERSALL / BUFALINO

1.

2.

3.

4. B          , C▬▬▬ C▬▬ B.

5.

6.

7.

8.

9.

10

11.

12.

13.

14.

15.

16.

17.

18.

19.

20.

21. K          , A▬▬▬

A000000539

22.

23.

24.  L████  K████████  K████████  L███

25.

26.

27.

28.

29.

30.

31.  PO██████, R█████████

32.

33.

34.

35.

36.

37.

38.

39.

40.

SATURDAY:

1.

2.

3.

22.                    A000000540

23.

24.

25.

26.

27.

28.

29.

30.

31. P:        , RACHEL

32.

33.

34.

35.

36.

37.

38.

39.

40.

SATURDAY:

1.

2.

3.

A000000541

# PASS SIGN IN SHEET
## 12/19/01
## BEHAN/DILLON

1.

2.

3.

4.

5.  B          , C███████

6.

7.

8.

9.

10.

11.

12.

13.

14.

15.

16.

17.

18.

19.

20.

21.

A000000542

22. K   , A

23.

24.

25. I   , K

26.

27.

28.

29.

30.

31.

32. P   , R

33.

34.

35.

36.

37.

38.

39.

40.

41.

SATURDAY:

1.

21.                              A000000543

22.

23.

24.

25. L█████, K████████

26.

27.

28.

29.

30.

31.

32. P████████, RJ████████

33

34

35

36

37

38

39

40

4

S

1

A000000544

3

2.

3.

4.

5.

# WE ARE STRONG VINCENT!!!

A000000545

1

# PASS SIGN IN SHEET
## 12/20/01
## CASE/DONCH

1.

2.

No Call — 3.

4.

absent 5.
from 6. B      C▮▮▮▮▮▮      C▮▮▮▮▮▮ B.
PASS 7.                              ↓walked out
                                     4:15

8.

9.

10.

11.

12.

13.

o Call — 14.

15.

o Call — 16.

17.

18.

19.

20. K    , A▮▮▮▮▮ A▮▮▮▮▮

21.