A000000546

1

# PASS SIGN IN SHEET
## 12/20/01
## CASE/DONCH

1.

2.

No Call — 3.

4.

absent 5.
from 6.
PASS 7.

8.

9.

10.

11.

12.

13.

Call — 14.

15.

No Call — 16.

17.

18.

19.

20.

21.

E  000000078

A000000547

22. L⋅    , K⬛⬛⬛  K⬛⬛⬛⬛⬛L

23.

24

25

26.

27.

28.

29. P⋅    , R⬛⬛⬛  *Released*

30.

31.

32.

33.

34.

35.

36.

37.

38.

SATURDAY:

1.

2.

3.

4.

5.

A000000548

2

22. L▒▒ K▒▒▒ K▒▒▒▒▒ L ▒▒▒

23.

24.

25.

26.

27.

28.

29. P▒▒▒▒, R▒▒▒▒ *Released*

30.

31.

32.

33.

34.

35.

36.

37.

38.

SATURDAY:

1.

2.

3.

4.

5.

A000000549

EXHIBIT

12

PENGAD 800-631-6989

## SAP Daily Report Form

BH Specialist: __Chris Ruhl__     School: __SV__     Date: __1-8-02__

### Individual Appointments

| | Name | Length | | Name | Length |
|---|---|---|---|---|---|
| 1. | Kellie C███ | 90min | 6. | | |
| 2. | Rachael H███ | 45min | 7. | | |
| 3. | Gary I███ | 30min | 8. | | |
| 4. | Kim H███ | 45min | 9. | | |
| 5. | David G███ | 30min | 10. | | |

### Support Groups

| | Name of Group | Number Attended | Length | | Name of Group | Number Attended | Length |
|---|---|---|---|---|---|---|---|
| 1. | | | | 4. | | | |
| 2. | | | | 5. | | | |
| 3. | | | | 6. | | | |

### Planned meetings with parents/agencies/school staff

| | Name | Subject | Length | | Name | Subject | Length |
|---|---|---|---|---|---|---|---|
| 1. | Core Team | | 60min | 5. | Mrs. Di Bello | Polancy | 30min |
| 2. | Mrs. Dillon | | 15min | 6. | Patty | Wrap | 15min |
| 3. | Mrs. Dean | | 15min | 7. | | | |
| 4. | Sarah Reed | Northrop | 15min | 8. | | | |

### Presentations/trainings conducted by BH Specialist

| | Description | # Attended | Length | | Description | # Attended | Length |
|---|---|---|---|---|---|---|---|
| 1. | | | | 4. | | | |
| 2. | | | | 5. | | | |
| 3. | | | | 6. | | | |

### Informal consultations (place X in top box for each consult. and write length of consult in bottom box)   Total

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Parents** | | | | | | | | | | | | | |
| **Agency** | | | | | | | | | | | | | |
| **Teachers/Nurse/ Other School Staff** | 15 | 15 | 15 | | | | | | | | | | |
| **Administrators** | 15 | 15 | | | | | | | | | | | |
| **Guidance Counselors** | | | | | | | | | | | | | |
| **Students** | 15 | 15 | | | | | | | | | | | |

E 000002244

A000000550

## SAP Daily Report Form

BH Specialist: _Chris Ruhl_     School: _SV_     Date: _1-9-02_

### Individual Appointments

| # | Name | Length | # | Name | Length |
|---|------|--------|---|------|--------|
| 1. | R▓▓▓▓ A▓▓ | 30 min | 6. | | |
| 2. | K▓▓ A▓▓▓▓ | 45 min | 7. | | |
| 3. | | | 8. | | |
| 4. | | | 9. | | |
| 5. | | | 10. | | |

### Support Groups

| # | Name of Group | Number Attended | Length | # | Name of Group | Number Attended | Length |
|---|---------------|-----------------|--------|---|---------------|-----------------|--------|
| 1. | | | | 4. | | | |
| 2. | | | | 5. | | | |
| 3. | | | | 6. | | | |

### Planned meetings with parents/agencies/school staff

| # | Name | Subject | Length | # | Name | Subject | Length |
|---|------|---------|--------|---|------|---------|--------|
| 1. | Gatekeeping | Wrap | 2 hrs. | 5. | | | |
| 2. | AEP | | 2.5 hrs. | 6. | | | |
| 3. | Mrs. Dillon | Consult | 30 min | 7. | | | |
| 4. | Ms. Capp | ▓▓▓ | 45 min | 8. | | | |

### Presentations/trainings conducted by BH Specialist

| # | Description | # Attended | Length | # | Description | # Attended | Length |
|---|-------------|-----------|--------|---|-------------|-----------|--------|
| 1. | | | | 4. | | | |
| 2. | | | | 5. | | | |
| 3. | | | | 6. | | | |

### Informal consultations (place X in top box for each consult. and write length of consult in bottom box)    Total

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Parents** | | | | | | | | | | |
| **Agency** | | | | | | | | | | |
| **Teachers/Nurse/ Other School Staff** | X 15 | X 15 | X 15 | | | | | | | |
| **Administrators** | X 15 | X 15 | | | | | | | | |
| **Guidance Counselors** | | | | | | | | | | |
| **Students** | | | | | | | | | | |

A000000551 *See incident reports*

| SAP Daily Report Form |
|---|

BH Specialist: **Chris Ehl**   School: **SV**   Date: **1-10-02**

**Individual Appointments**

| Name | Length | | Name | Length |
|---|---|---|---|---|
| 1. | | 6. | | |
| 2. | | 7. | | |
| 3. | | 8. | | |
| 4. | | 9. | | |
| 5. | | 10. | | |

**Support Groups**

| Name of Group | Number Attended | Length | | Name of Group | Number Attended | Length |
|---|---|---|---|---|---|---|
| 1. | | | 4. | | | |
| 2. | | | 5. | | | |
| 3. | | | 6. | | | |

**Planned meetings with parents/agencies/school staff**

| | Name | Subject | Length | | Name | Subject | Length |
|---|---|---|---|---|---|---|---|
| 1. | Core Team | | 60min | 5. | Mrs. DiBello | Crisis | 45min |
| 2. | Mr. ▮▮▮ | ▮▮▮ | 2hrs. | 6. | CETAC | SAP | 30min |
| 3. | Mrs. ▮▮▮ | ▮▮▮ | 30min | 7. | Mrs. Heml | Walter | 30min |
| 4. | Ms. Woods | Crisis | 3 hrs. | 8. | | | |

**Presentations/trainings conducted by BH Specialist**

| Description | # Attended | Length | | Description | # Attended | Length |
|---|---|---|---|---|---|---|
| 1. | | | 4. | | | |
| 2. | | | 5. | | | |
| 3. | | | 6. | | | |

**Informal consultations** (place X in top box for each consult. and write length of consult in bottom box)   Total

| Parents | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Agency | | | | | | | | | | |
| Teachers/Nurse/ Other School Staff | | | | | | | | | | |
| Administrators | | | | | | | | | | |
| Guidance Counselors | | | | | | | | | | |
| Students | | | | | | | | | | |

E_000002248

A000000552                *See incident reports*

## SAP Daily Report Form

BH Specialist: __Chris Ruhl__    School: __SV__    Date: __1-11-02__

### Individual Appointments

| Name | Length | Name | Length |
|------|--------|------|--------|
| 1. | | 6. | |
| 2. | | 7. | |
| 3. | | 8. | |
| 4. | | 9. | |
| 5. | | 10. | |

### Support Groups

| Name of Group | Number Attended | Length | Name of Group | Number Attended | Length |
|---------------|-----------------|--------|---------------|-----------------|--------|
| 1. | | | 4. | | |
| 2. | | | 5. | | |
| 3. | | | 6. | | |

### Planned meetings with parents/agencies/school staff

| Name | Subject | Length | Name | Subject | Length |
|------|---------|--------|------|---------|--------|
| 1. Discharge Meeting | MCH - Long | 2 hrs. | 5. Jim Perfeto | Crisis | 60 min |
| 2. Tina | Long | 45 min | 6. | | |
| 3. Ms. Woods | Crisis | 2 hrs. | 7. | | |
| 4. Mr. Hart | Crisis | 45 min | 8. | | |

### Presentations/trainings conducted by BH Specialist

| Description | # Attended | Length | Description | # Attended | Length |
|-------------|------------|--------|-------------|------------|--------|
| 1. | | | 4. | | |
| 2. | | | 5. | | |
| 3. | | | 6. | | |

Informal consultations (place X in top box for each consult. and write length of consult in bottom box)    Total

| | |
|---|---|
| **Parents** | |
| **Agency** | |
| **Teachers/Nurse/ Other School Staff** | |
| **Administrators** | |
| **Guidance Counselors** | |

E 000002280

A000000553

## SAP Daily Report Form

BH Specialist: _Chris Ruhl_    School: _SV_    Date: _1-14-02_

### Individual Appointments

| | Name | Length | | Name | Length |
|---|---|---|---|---|---|
| 1. | kellie C_____ | 30 min | 6. | | |
| 2. | Eric N_____ (initial) | 60 min | 7. | | |
| 3. | | | 8. | | |
| 4. | | | 9. | | |
| 5. | | | 10. | | |

### Support Groups

| | Name of Group | Number Attended | Length | | Name of Group | Number Attended | Length |
|---|---|---|---|---|---|---|---|
| 1. | | | | 4. | | | |
| 2. | | | | 5. | | | |
| 3. | | | | 6. | | | |

### Planned meetings with parents/agencies/school staff

| | Name | Subject | Length | | Name | Subject | Length |
|---|---|---|---|---|---|---|---|
| 1. | Parent of Nordin | Eric | 30 min | 5. | De Santo | Wrap | 15 min |
| 2. | Mrs. Heml | Walter | 30 min | 6. | Chris Whitman | Groups | 30 min |
| 3. | Joe Buffalino | Polancy | 15 min | 7. | Ms. Woods | incidents | 30 min |
| 4. | Charlie Moore | Wrap | 15 min | 8. | | | |

### Presentations/trainings conducted by BH Specialist

| | Description | # Attended | Length | | Description | # Attended | Length |
|---|---|---|---|---|---|---|---|
| 1. | | | | 4. | | | |
| 2. | | | | 5. | | | |
| 3. | | | | 6. | | | |

Informal consultations (place X in top box for each consult. and write length of consult in bottom box)    Total

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Parents** | | | | | | | |
| **Agency** | ⨯ 15 | ⨯ 30 | | | | | |
| **Teachers/Nurse/ Other School Staff** | ⨯ 15 | ⨯ 15 | ⨯ 15 | ⨯ 15 | | | |
| **Administrators** | ⨯ 15 | ⨯ 15 | | | | | |
| **Guidance Counselors** | | | | | | | |

A000000554

## SAP Daily Report Form

BH Specialist: **Chris Ruhl**     School: **SV**     Date: **1-15-02**

### Individual Appointments

| | Name | Length | | Name | Length |
|---|---|---|---|---|---|
| 1. | Darcy Maloney | 30min | 6. | | |
| 2. | Amanda Ruhl | 30min | 7. | | |
| 3. | | | 8. | | |
| 4. | | | 9. | | |
| 5. | | | 10. | | |

### Support Groups

| | Name of Group | Number Attended | Length | | Name of Group | Number Attended | Length |
|---|---|---|---|---|---|---|---|
| 1. | | | | 4. | | | |
| 2. | | | | 5. | | | |
| 3. | | | | 6. | | | |

### Planned meetings with parents/agencies/school staff

| | Name | Subject | Length | | Name | Subject | Length |
|---|---|---|---|---|---|---|---|
| 1. | Core Team | | 60 min | 5. | Mrs. Long | Kristina | 15min |
| 2. | Ms. Woods | investigation | 30min | 6. | | | |
| 3. | OCY | Long | 15min | 7. | | | |
| 4. | Mrs. Heml | Walter | 30min | 8. | | | |

### Presentations/trainings conducted by BH Specialist

| | Description | # Attended | Length | | Description | # Attended | Length |
|---|---|---|---|---|---|---|---|
| 1. | | | | 4. | | | |
| 2. | | | | 5. | | | |
| 3. | | | | 6. | | | |

### Informal consultations (place X in top box for each consult. and write length of consult in bottom box)     Total

| | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Parents | | | | | | | | | | |
| Agency | X 15 | | | | | | | | | |
| Teachers/Nurse/ Other School Staff | X 15 | X 15 | X 15 | | | | | | | |
| Administrators | | | | | | | | | | |
| GuidanceCounselors | | | | | | | | | | |

A000000555

| SAP Daily Report Form |
|---|

BH Specialist: __Chris Ruhl__    School: __SV__    Date: __1-16-02__

### Individual Appointments

| # | Name | Length | # | Name | Length |
|---|---|---|---|---|---|
| 1. | Kellie C~~____~~ | 60min | 6. | | |
| 2. | Willie A~~____~~ (initial) | 45min | 7. | | |
| 3. | | | 8. | | |
| 4. | | | 9. | | |
| 5. | | | 10. | | |

### Support Groups

| # | Name of Group | Number Attended | Length | # | Name of Group | Number Attended | Length |
|---|---|---|---|---|---|---|---|
| 1. | | | | 4. | | | |
| 2. | | | | 5. | | | |
| 3. | | | | 6. | | | |

### Planned meetings with parents/agencies/school staff

| # | Name | Subject | Length | # | Name | Subject | Length |
|---|---|---|---|---|---|---|---|
| 1. | Mrs. Alvarado | Willie | 15min | 5. | Mrs. Nordin | Eric | 30min |
| 2. | Gate Keeping | Wrap | 2hrs. | 6. | Mr. Whitman | referral | 30min |
| 3. | Mrs. Herll | Walter | 30min | 7. | Mrs. Woods | investigation | 60min |
| 4. | Mrs. Long | Kristina | 15min | 8. | | | |

### Presentations/trainings conducted by BH Specialist

| # | Description | # Attended | Length | # | Description | # Attended | Length |
|---|---|---|---|---|---|---|---|
| 1. | | | | 4. | | | |
| 2. | | | | 5. | | | |
| 3. | | | | 6. | | | |

Informal consultations (place X in top box for each consult. and write length of consult in bottom box)    Total

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Parents** | | | | | | | | |
| **Agency** | | | | | | | | |
| **Teachers/Nurse/ Other School Staff** | X / 15 | | | | | | | |
| **Administrators** | X / 15 | | | | | | | |
| **Guidance Counselors** | X / 15 | X / 15 | | | | | | |
| Student | X / 30 | X / 30 | | | | | | |

# Student Assistance Program
## High/Middle School Student Referral Form

A000000536

Student Name __R_____ P_____    Present Grade Level __7__

School _Strong Vincent_____    Date _1-8-02_

Teacher Name _MR Bupalini_____    Class _____

Please take the time to complete this form by checking or marking the appropriate information. In order to develop effective intervention plans, it is crucial that you communicate any of the **observable** behaviors listed below. Federal regulations require that this information, if requested, <u>will</u> be made available to the student's parent(s) or guardian. Please place this referral in an envelope, marked confidential, and return it to the building SAP Team.

## Academic Information

____ present subject letter grade
____ drop in grades
____ fails to complete in-class assignments
    # _____
____ verbalizes disinterest in academic
    performance
____ has difficulty retaining new or recent information

____ poor motor skills
____ fails to complete homework
____ reads below grade level
____ poor test scores
____ does not take advantage of extra
    assistance offered/available

## Behavioral Observations

____ decrease in classroom participation
____ cutting class
____ cheating
____ sleeping in class
____ unprepared for class
____ loss of eligibility
____ seeks constant reassurance
____ involvement in theft (student reports)
____ runaway (student reports)
____ selling drugs (student reports)
____ inappropriate sexual verbalization
____ expresses involvement in hate groups
____ refusal to go home (student reports)
____ missed practice
____ short attention span, explain: _____
_____

____ tardiness
____ dropped out
____ lying
____ difficulty making decisions
____ easily distractible
____ denies responsibility/blames others
____ openly expresses drug use (student
    reports)
____ large amounts of money
____ unwilling to change attire for PE
____ expresses involvement in the occult
____ hangs around school for no apparent
    reason
____ repeated visits to restroom, health
    office, counselor, etc.

## Policy Violations/Discipline Problems

____ vandalism
____ on absent list, but in school
____ carrying a weapon, beeper, cell phone
    or other prohibited electronic devices
____ repeated violation of rules

____ detentions, # _____
____ obscene language or gestures
____ wears drug/alcohol clothing
____ inappropriate dress (dress code)
____ verbally abusive towards/harasses others

# Student Assistance Program
A000000997
# High/Middle School Student Referral Form

## Physical Observations

____ unsteady on feet
____ glassy/bloodshot eyes
____ frequent cold-like symptoms
____ slurred speech
____ self abuse
____ appears disoriented
____ frequently expresses concerns
    with personal health

____ complains of nausea
____ unexplained physical injury
____ smells of alcohol/marijuana
____ noticeable change in weight
____ poor hygiene
____ food issues, explain _____

## Peer Interaction Observations

____ disliked by peers
____ hits or pushes others
____ disturbs other students
____ easily influenced by others

____ older/younger social group
____ fighting
____ loner
____ sits alone in lunchroom

## Emotional Observations

____ expresses desire to die (student reports)
_X__ sudden outbursts of anger
____ suicide threat or gesture
____ dramatic or sudden change in behavior
____ expresses anger towards parent(s)
____ often criticizes self/others
____ appears fatigued
_X__ easily frustrated
____ expresses fear/anxiety of: _____

____ expresses desire to join someone who
    has died
____ expresses desire to punish or gain
    revenge via deadly means
____ recent death of a family member or
    close friend (student reports)
____ expresses feelings of hopelessness,
    worthlessness, helplessness
____ family stressors, explain: _____

## Special Skills/Characteristics (strengths)

____ demonstrates a desire to learn
____ helps others in class
____ leader
____ cooperative
____ can work independently
____ creative
____ good communication skills

____ displays good logic/reasoning skills
____ works well in a group
____ considerate of others
____ enthusiastic
____ participates in extra-curricular activities
____ can accept re-direction (criticism)
____ accepts responsibility

## Additional Comments:

Would you like to discuss this student with the SAP Team? Yes _X_  No ____

It has been brought to our attention that
Rachael has sudden outbursts of anger.
She has had episodes where she has cut herself.

E 000002303

| STUDENT I D | SC # | SCHOOL NAME | SCHOOL YEAR |
|---|---|---|---|
| 3479 | 502 | STRONG VINCENT H.S. A000000558 | 2001-02 |

| STUDENT NAME | | GRADE | SEX | HM RM | BIRTH DATE | COUNSELOR | LOCKER |
|---|---|---|---|---|---|---|---|
| R  R | R | 07 | F | 0224 | 88 | BUFALINO J | |

| HOME ADDRESS | | PARENT/GUARDIAN | HOME PHONE |
|---|---|---|---|
| ST | | RICHARD | 4557955 |

| PER. | SEM | COURSE | SEC | COURSE NAME | ROOM | TCH # | TEACHER NAME | DAYS MET | CREDITS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-2 | 8202 | 01 | GEN MUSIC 7 (D) | 0228 | 2674 | GRAHAM L | MTWRF | .50 |
| 1 | 3-4 | 6202 | 01 | ART 7 (S) | 0209 | 1394 | NISCHAL C | MTWRF | .50 |
| 2 | 1-4 | 3009 | 01 | MATH LS | 0222 | 1699 | GRAY J | MTWRF | 1.00 |
| 3 | 1-4 | 1059 | 01 | READING LS | 0218 | 1786 | SCULLY V | MTWRF | 1.00 |
| 4 | 1-2 | 9202 | 01 | GYM 7 | GYM | 2709 | ACKE M | MTWRF | .50 |
| 4 | 3-4 | 3212 | 01 | COMP LIT II (S) | G20 | 2868 | LIPCHIK R | MTWRF | .50 |
| 5 | 1-4 | 4019 | 03 | SCIENCE LS | 0218 | 1786 | SCULLY V | MTWRF | 1.00 |
| 6 | 1-4 | 2009 | 03 | SOC STUDIES LS | 0224 | 1417 | MANUS C | MTWRF | 1.00 |
| 7 | 1-4 | 1009 | 04 | ENGLISH LS | 0224 | 1417 | MANUS C | MTWRF | 1.00 |
| 8 | 1-2 | 6212 | 03 | HOME EC 7 | 0227 | 3356 | VALLIMONT | MTWRF | .50 |
| 8 | 3-4 | 9212 | 02 | HEALTH 7 (S) | 0132 | 4279 | JOHNSON J | MTWRF | .50 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | Office Copy | |

1-8-02 Seen for Anger Management. — RB.
1-9-02 Follow up. Session but Raechel not in school.
Called home. — no answer.

E 000002304

RETURN TO:
Scully

# Student Assistance Program
## Teacher Checklist

DATE: 12/4/01    Responding Teacher: Scully (Science/Reading

Student Name ~~R____ R____~~    Present Grade 7

Please take the time to complete this form by checking or marking the appropriate information. In order to develop effective intervention plans, it is crucial that you communicate any of the observable behaviors listed below. Federal regulations require that this information, if requested, **will** be made available to the student's parent(s) or guardian. Please place this referral in an envelope, marked confidential, and return it to the building SAP Team.

## Academic Information

excellent
Science=D

____ present subject letter grade
✓ drop in grades    Science
____ fails to complete in-class assignments #
____ verbalizes disinterest in academic performance
✓ has difficulty retaining new or recent information

____ poor motor skills
____ fails to complete homework
____ reads below grade level
____ poor test scores
____ does not take advantage of extra assistance offered/available

## Behavioral Observations

not much

✓ decrease in classroom participation
✓ cutting class
____ cheating
____ sleeping in class
✓ unprepared for class
____ loss of eligibility
✓ seeks constant reassurance
____ involvement in theft (student reports)
____ runaway (student reports)
____ selling drugs (student reports)
____ inappropriate sexual verbalization
____ expresses involvement in hate groups
____ refusal to go home (student reports)
____ missed practice
____ short attention span, explain: ____

____ tardiness
____ dropped out
____ lying
____ difficulty making decisions
____ easily distractible
____ denies responsibility/blames others
____ openly expresses drug use (student reports)
____ large amounts of money
✓ unwilling to change attire for PE
____ expresses involvement in the occult
____ hangs around school for no apparent reason
✓ repeated visits to restroom, health office, counselor, etc.

## Policy Violations/Discipline Problems

____ vandalism
____ on absent list, but in school
____ carrying a weapon, beeper, cell phone or other prohibited electronic devices
____ repeated violation of rules

____ detentions, # ____
____ obscene language or gestures
____ wears drug/alcohol clothing
____ inappropriate dress (dress code)
____ verbally abusive towards/harasses others

- has skipped w/ her friend

## Student Assistance Program
## Teacher Checklist

### Physical Observations

___ unsteady on feet
___ glassy/bloodshot eyes
___ frequent cold-like symptoms
___ slurred speech
___ self abuse
___ appears disoriented
___ frequently expresses concerns
       with personal health

___ complains of nausea
___ unexplained physical injury
___ smells of alcohol/marijuana
___ noticeable change in weight
___ poor hygiene
___ food issues, explain _____

### Peer Interaction Observations

___ disliked by peers
___ hits or pushes others
___ disturbs other students
_✓_ easily influenced by others

___ older/younger social group
___ fighting
___ loner
___ sits alone in lunchroom

### Emotional Observations

___ expresses desire to die (student reports)
___ sudden outbursts of anger
___ suicide threat or gesture
___ dramatic or sudden change in behavior
___ expresses anger towards parent(s)
___ often criticizes self/others
___ appears fatigued
___ easily frustrated
___ expresses fear/anxiety of: _____

___ expresses desire to join someone who
       has died
___ expresses desire to punish or gain
       revenge via deadly means
___ recent death of a family member or
       close friend (student reports)
___ expresses feelings of hopelessness,
       worthlessness, helplessness
_✓_ family stressors, explain: _brother pick on_
_____ her _____

### Special Skills/Characteristics (strengths)

___ demonstrates a desire to learn
___ helps others in class
___ leader
_✓_ cooperative
_✓_ can work independently
___ creative
___ good communication skills

___ displays good logic/reasoning skills
___ works well in a group
___ considerate of others
___ enthusiastic
___ participates in extra-curricular activities
___ can accept re-direction (criticism)
___ accepts responsibility

### Additional Comments:

Would you like to discuss this student with the SAP Team? Yes _✓_ No _____

_Can be depressed_
_was very upset in class yesterday_
_did no walk- sat w/ her head_
_down__ very upset about living in_
_in classes her perception is that_

_hears voices_
_not in school_
_12/1- but_
_what is_

RETURN TO:
_Scully_

# Student Assistance Program
## Teacher Checklist

DATE: _12/4/01_          Responding Teacher: _Manus_

Student Name _R████ O████_          Present Grade _9_

Please take the time to complete this form by checking or marking the appropriate information. In order to develop effective intervention plans, it is crucial that you communicate any of the observable behaviors listed below. Federal regulations require that this information, if requested, will be made available to the student's parent(s) or guardian. Please place this referral in an envelope, marked confidential, and return it to the building SAP Team.

## Academic Information

_B_ present subject letter grade
_✓_ drop in grades
___ fails to complete in-class assignments
      # _____
___ verbalizes disinterest in academic
      performance
___ has difficulty retaining new or recent information

___ poor motor skills
___ fails to complete homework
___ reads below grade level
___ poor test scores
___ does not take advantage of extra
      assistance offered/available

## Behavioral Observations

_✓_ decrease in classroom participation
___ cutting class
___ cheating
___ sleeping in class
___ unprepared for class
___ loss of eligibility
___ seeks constant reassurance
___ involvement in theft (student reports)
___ runaway (student reports)
___ selling drugs (student reports)
___ inappropriate sexual verbalization
___ expresses involvement in hate groups
___ refusal to go home (student reports)
___ missed practice
___ short attention span, explain: _____
      _____

___ tardiness
___ dropped out
___ lying
___ difficulty making decisions
___ easily distractible
___ denies responsibility/blames others
___ openly expresses drug use (student
      reports)
___ large amounts of money
___ unwilling to change attire for PE
___ expresses involvement in the occult
___ hangs around school for no apparent
      reason
___ repeated visits to restroom, health
      office, counselor, etc.

## Policy Violations/Discipline Problems

___ vandalism
___ on absent list, but in school
___ carrying a weapon, beeper, cell phone
      or other prohibited electronic devices
___ repeated violation of rules

___ detentions, # _____
_✓_ obscene language or gestures      _cafeteria incident_
___ wears drug/alcohol clothing      _name calling_
___ inappropriate dress (dress code)
___ verbally abusive towards/harasses others

# Student Assistance Program
## Teacher Checklist

A000000562

### Physical Observations

____ unsteady on feet
____ glassy/bloodshot eyes
____ frequent cold-like symptoms
____ slurred speech
____ self abuse
____ appears disoriented
____ frequently expresses concerns
      with personal health

____ complains of nausea
____ unexplained physical injury
____ smells of alcohol/marijuana
____ noticeable change in weight
____ poor hygiene
____ food issues, explain _____

### Peer Interaction Observations

____ disliked by peers
____ hits or pushes others
____ disturbs other students
____ easily influenced by others

____ older/younger social group
____ fighting
____ loner
____ sits alone in lunchroom

### Emotional Observations

____ expresses desire to die (student reports)
____ sudden outbursts of anger
____ suicide threat or gesture
____ dramatic or sudden change in behavior
____ expresses anger towards parent(s)
____ often criticizes self/others
____ appears fatigued
____ easily frustrated
____ expresses fear/anxiety of: _____
____ _____

____ expresses desire to join someone who
      has died
____ expresses desire to punish or gain
      revenge via deadly means
____ recent death of a family member or
      close friend (student reports)
____ expresses feelings of hopelessness,
      worthlessness, helplessness
____ family stressors, explain: _____

### Special Skills/Characteristics (strengths)

____ demonstrates a desire to learn
____ helps others in class
____ leader
✓ cooperative
✓ can work independently
✓ creative
____ good communication skills

____ displays good logic/reasoning skills
✓ works well in a group
✓ considerate of others
____ enthusiastic
____ participates in extra-curricular activities
____ can accept re-direction (criticism)
____ accepts responsibility

### Additional Comments:  Attendence problem

Would you like to discuss this student with the SAP Team? Yes _____ No _____

RETURN TO:
_Scully_

# Student Assistance Program
## Teacher Checklist

DATE: _12/4/01_        Responding Teacher: _Gray_

Student Name _Robert P_____        Present Grade _9_

Please take the time to complete this form by checking or marking the appropriate information. In order to develop effective intervention plans, it is crucial that you communicate any of the observable behaviors listed below. Federal regulations require that this information, if requested, **will** be made available to the student's parent(s) or guardian. Please place this referral in an envelope, marked confidential, and return it to the building SAP Team.

## Academic Information

____ present subject letter grade
____ drop in grades
_✓_ fails to complete in-class assignments
        # _____
____ verbalizes disinterest in academic
        performance
____ has difficulty retaining new or recent information

____ poor motor skills
____ fails to complete homework
____ reads below grade level
____ poor test scores
____ does not take advantage of extra
        assistance offered/available

## Behavioral Observations

____ decrease in classroom participation
____ cutting class
____ cheating
____ sleeping in class
____ unprepared for class
____ loss of eligibility
_✓_ seeks constant reassurance
____ involvement in theft (student reports)
____ runaway (student reports)
____ selling drugs (student reports)
____ inappropriate sexual verbalization
____ expresses involvement in hate groups
____ refusal to go home (student reports)
____ missed practice
____ short attention span, explain: _____
        _____

____ tardiness
____ dropped out
____ lying
_✓_ difficulty making decisions
_✓_ easily distractible
____ denies responsibility/blames others
____ openly expresses drug use (student
        reports)
____ large amounts of money
____ unwilling to change attire for PE
____ expresses involvement in the occult
____ hangs around school for no apparent
        reason
_✓_ repeated visits to restroom, health
        office, counselor, etc.

## Policy Violations/Discipline Problems

____ vandalism
____ on absent list, but in school
____ carrying a weapon, beeper, cell phone
        or other prohibited electronic devices
____ repeated violation of rules

____ detentions, # _____
____ obscene language or gestures
____ wears drug/alcohol clothing
____ inappropriate dress (dress code)
____ verbally abusive towards/harasses others

# Student Assistance Program
## Teacher Checklist

### Physical Observations

___ unsteady on feet
___ glassy/bloodshot eyes
___ frequent cold-like symptoms
___ slurred speech
___ self abuse
___ appears disoriented
___ frequently expresses concerns
      with personal health

___ complains of nausea
___ unexplained physical injury
___ smells of alcohol/marijuana
___ noticeable change in weight
___ poor hygiene
___ food issues, explain _____

### Peer Interaction Observations

___ disliked by peers
___ hits or pushes others
___ disturbs other students
_✓_ easily influenced by others

___ older/younger social group
___ fighting
___ loner
___ sits alone in lunchroom

### Emotional Observations

___ expresses desire to die (student reports)
___ sudden outbursts of anger
___ suicide threat or gesture
___ dramatic or sudden change in behavior
___ expresses anger towards parent(s)
_✓_ often criticizes self/others
___ appears fatigued
_✓_ easily frustrated
___ expresses fear/anxiety of: _____

___ expresses desire to join someone who
      has died
___ expresses desire to punish or gain
      revenge via deadly means
___ recent death of a family member or
      close friend (student reports)
_✓_ expresses feelings of hopelessness,
      worthlessness, helplessness
_✓_ family stressors, explain: Very poor

### Special Skills/Characteristics (strengths)

___ demonstrates a desire to learn
___ helps others in class
___ leader
___ cooperative
_✓_ can work independently
___ creative
_✓_ good communication skills

___ displays good logic/reasoning skills
___ works well in a group
___ considerate of others
___ enthusiastic
___ participates in extra-curricular activities
___ can accept re-direction (criticism)
___ accepts responsibility

### Additional Comments:

Would you like to discuss this student with the SAP Team? Yes _✓_   No _____

A000000565

RETURN TO: _Scully_

# Student Assistance Program
## Teacher Checklist

DATE: 12/14/01          Responding Teacher: Vallimont

Student Name R█████ P█████        Present Grade 7

Please take the time to complete this form by checking or marking the appropriate information. In order to develop effective intervention plans, it is crucial that you communicate any of the observable behaviors listed below. Federal regulations require that this information, if requested, will be made available to the student's parent(s) or guardian. Please place this referral in an envelope, marked confidential and return it to the building SAP Team.

## Academic Information

12%  F  present subject letter grade
_X_  drop in grades
_X_  fails to complete in-class assignments #
___  verbalizes disinterest in academic performance
_X_  has difficulty retaining new or recent information

___  poor motor skills
_X_  fails to complete homework
___  reads below grade level
_X_  poor test scores
_X_  does not take advantage of extra assistance offered/available

## Behavioral Observations

_X_  decrease in classroom participation
_X_  cutting class
___  cheating
___  sleeping in class
_X_  unprepared for class
___  loss of eligibility
___  seeks constant reassurance
___  involvement in theft (student reports)
___  runaway (student reports)
___  selling drugs (student reports)
___  inappropriate sexual verbalization
___  expresses involvement in hate groups
___  refusal to go home (student reports)
___  missed practice
___  short attention span, explain: _____

_X_  tardiness
___  dropped out
___  lying
___  difficulty making decisions
_X_  easily distractible
___  denies responsibility/blames others
___  openly expresses drug use (student reports)
___  large amounts of money
___  unwilling to change attire for PE
___  expresses involvement in the occult
___  hangs around school for no apparent reason
___  repeated visits to restroom, health office, counselor, etc.

## Policy Violations/Discipline Problems

___  vandalism
___  on absent list, but in school
___  carrying a weapon, beeper, cell phone or other prohibited electronic devices
___  repeated violation of rules

___  detentions, # _____
___  obscene language or gestures
___  wears drug/alcohol clothing
___  inappropriate dress (dress code)
___  verbally abusive towards/harasses others

Student Assistance Program
Teacher Checklist

## Physical Observations

____ unsteady on feet
____ glassy/bloodshot eyes
____ frequent cold-like symptoms
____ slurred speech
____ self abuse
____ appears disoriented
____ frequently expresses concerns
____ with personal health

____ complains of nausea
____ unexplained physical injury
____ smells of alcohol/marijuana
____ noticeable change in weight
____ poor hygiene
____ food issues, explain _____

## Peer Interaction Observations

____ disliked by peers
____ hits or pushes others
____ disturbs other students
____ easily influenced by others

____ older/younger social group
____ fighting
____ loner
____ sits alone in lunchroom

## Emotional Observations

____ expresses desire to die (student reports)
____ sudden outbursts of anger
____ suicide threat or gesture
____ dramatic or sudden change in behavior
____ expresses anger towards parent(s)
____ often criticizes self/others
____ appears fatigued
____ easily frustrated
____ expresses fear/anxiety of: _____

_____

____ expresses desire to join someone who
____ has died
____ expresses desire to punish or gain
____ revenge via deadly means
____ recent death of a family member or
____ close friend (student reports)
____ expresses feelings of hopelessness,
____ worthlessness, helplessness
____ family stressors, explain: _____

_____

## Special Skills/Characteristics (strengths)

____ demonstrates a desire to learn
____ helps others in class
____ leader
____ cooperative
____ can work independently
____ creative
____ good communication skills

____ displays good logic/reasoning skills
____ works well in a group
____ considerate of others
____ enthusiastic
____ participates in extra-curricular activities
____ can accept re-direction (criticism)
____ accepts responsibility

## Additional Comments:

Would you like to discuss this student with the SAP Team? Yes __X__  No _____

*states she cannot see but rarely wears glasses*

A000000587

RETURN TO:

_Scully_

# Student Assistance Program
## Teacher Checklist

DATE: _12/4/01_        Responding Teacher: _Mr. Kehl_

Student Name _████ █████_        Present Grade _7_

Please take the time to complete this form by checking or marking the appropriate information. In order to develop effective intervention plans, it is crucial that you communicate any of the observable behaviors listed below. Federal regulations require that this information, if requested, will be made available to the student's parent(s) or guardian. Please place this referral in an envelope, marked confidential, and return it to the building SAP Team.

## Academic Information

- F present subject letter grade
- ___ drop in grades
- X fails to complete in-class assignments
  - # Participation in P.E.
- X verbalizes disinterest in academic performance
- ___ has difficulty retaining new or recent information

- ___ poor motor skills
- ___ fails to complete homework
- ___ reads below grade level
- ___ poor test scores
- ___ does not take advantage of extra assistance offered/available

## Behavioral Observations

- X ~~decrease in~~ NO classroom participation
- X cutting class
- ___ cheating
- ___ sleeping in class
- X unprepared for class / Dress
- ___ loss of eligibility
- ___ seeks constant reassurance
- ___ involvement in theft (student reports)
- ___ runaway (student reports)
- ___ selling drugs (student reports)
- ___ inappropriate sexual verbalization
- ___ expresses involvement in hate groups
- ___ refusal to go home (student reports)
- ___ missed practice
- ___ short attention span, explain: ___

- ___ tardiness
- ___ dropped out
- X lying
- ___ difficulty making decisions
- X easily distractible
- X denies responsibility/blames others
- X openly expresses drug use (student reports) - Smoking Cigs.
- ___ large amounts of money
- XXX unwilling to change attire for PE
- ___ expresses involvement in the occult
- ___ hangs around school for no apparent reason
- X repeated visits to restroom, health office, counselor, etc.

## Policy Violations/Discipline Problems

- ___ vandalism
- ___ on absent list, but in school
- ___ carrying a weapon, beeper, cell phone or other prohibited electronic devices
- X repeated violation of rules

- X detentions, # _3_
- ___ obscene language or gestures
- ___ wears drug/alcohol clothing
- ___ inappropriate dress (dress code)
- X verbally abusive towards/harasses others

E-000000610

# Student Assistance Program
## Teacher Checklist

### Physical Observations

____ unsteady on feet  
____ glassy/bloodshot eyes  
____ frequent cold-like symptoms  
____ slurred speech  
____ self abuse  
____ appears disoriented  
____ frequently expresses concerns  
      with personal health  

____ complains of nausea  
____ unexplained physical injury  
____ smells of alcohol/marijuana  
____ noticeable change in weight  
____ poor hygiene  
____ food issues, explain _____  

### Peer Interaction Observations

____ disliked by peers  
____ hits or pushes others  
____ disturbs other students  
_X_ easily influenced by others  

____ older/younger social group  
____ fighting  
____ loner  
____ sits alone in lunchroom  

### Emotional Observations

____ expresses desire to die (student reports)  
_X_ sudden outbursts of anger  
____ suicide threat or gesture  
____ dramatic or sudden change in behavior  
____ expresses anger towards parent(s)  
_X_ often criticizes self/others  
____ appears fatigued  
____ easily frustrated  
____ expresses fear/anxiety of: _____  
_____  

____ expresses desire to join someone who  
      has died  
____ expresses desire to punish or gain  
      revenge via deadly means  
____ recent death of a family member or  
      close friend (student reports)  
____ expresses feelings of hopelessness,  
      worthlessness, helplessness  
_X_ family stressors, explain: Dad lost  
his job; mom also very ill  

### Special Skills/Characteristics (strengths)

____ demonstrates a desire to learn  
____ helps others in class  
____ leader  
____ cooperative  
____ can work independently  
____ creative  
____ good communication skills  

____ displays good logic/reasoning skills  
____ works well in a group  
____ considerate of others  
____ enthusiastic  
____ participates in extra-curricular activities  
____ can accept re-direction (criticism)  
____ accepts responsibility  

### Additional Comments:

Would you like to discuss this student with the SAP Team? Yes _X_   No ____

\* Have given detentions, have made phone calls  
have spoken with parent (DAD), have supplied  
gym cloth - still - rarely changes or participates

# Student Assistance Program
## Counselor Checklist

A000000589

*Scully*

DATE: 12/4/01    Counselor Name: Bufaline

Student Name R████ P████    Present Grade 1

Please take the time to complete this form by checking or marking the appropriate information. In order to develop effective intervention plans, it is crucial that you communicate any of the **observable** behaviors listed below. Federal regulations require that this information, if requested, <u>will</u> be made available to the student's parent(s) or guardian. Please place this referral in an envelope, marked confidential, and return it to the building SAP Team.

## Academic Information (attach copy of report card)

____ year-to-year pattern of change in grades
____ frequently changed schools
____ verbalized disinterest in academic performance
____ new student
____ previous retention
____ recently referred for MDE/school psych.

____ academic performance is not commensurate with standardized test scores
____ does not take advantage of extra assistance offered/available
____ special education student
____ receives chapter 1 reading/math

## Behavioral Observations

____ cheating
____ difficulty making decisions
____ denies responsibility/blames others
____ involvement in theft (student reports)
____ runaway (student reports)
____ selling drugs (student reports)
____ inappropriate sexual verbalization
____ expresses involvement in hate groups
____ repeated violation of rules
____ short attention span, explain: _____
_____
_____

____ loss of eligibility
____ easily distractible
____ openly expresses drug use (student reports)
____ large amounts of money
____ unwilling to change attire for PE
____ expresses involvement in the occult
____ repeated visits to counselor's office
____ wears drug/alcohol clothing
____ obscene language or gestures
____ verbally abusive towards/harasses others

## Emotional Observations

____ cries often
____ expresses desire to die (student reports)
____ sudden outbursts of anger
____ suicide threat or gesture
____ dramatic or sudden change in behavior
____ easily frustrated
____ often criticizes self/others
____ appears fatigued
____ expresses fear/anxiety of: _____

____ suicide note
____ expresses desire to join someone who has died
____ expresses desire to punish or gain revenge via deadly means
____ recent death of a family member or close friend (student reports)
____ expresses feelings of hopelessness, worthlessness, helplessness

# Student Assistance Program
## Counselor Checklist

A000000570

### Family Concerns

___ recent divorce/separation
___ job loss of family member
___ family stressors, explain: _____
_____

___ expresses anger towards parent(s)
___ conflicts with siblings (student reports)
___ absence of caregiver, explain: _____
_____

### Physical Observations

___ unsteady on feet
___ glassy/bloodshot eyes
___ frequent cold-like symptoms
___ slurred speech
___ self abuse
___ appears disoriented
___ frequently expresses concerns
    with personal health

___ complains of nausea
___ unexplained physical injury
___ smells of alcohol/marijuana
___ noticeable change in weight
___ poor hygiene
___ food issues, explain _____

### Peer Interaction Observations

___ disliked by peers
___ hits or pushes others
___ disturbs other students
___ easily influenced by others

___ older/younger social group
___ fighting
___ loner
___ change in friends

### Special Skills/Characteristics (strengths)

___ demonstrates a desire to learn
___ helps others in class
___ leader
___ cooperative
___ can work independently
___ creative
___ good communication skills

___ displays good logic/reasoning skills
___ works well in a group
___ considerate of others
___ enthusiastic
___ participates in extra-curricular activities
___ can accept re-direction (criticism)
___ accepts responsibility

### Other Information

___ involvement with community-based
    agencies, list: _____
_____
___ involvement with wrap-around services

___ currently involved with outside
    counseling
___ previously involved with outside
    counseling
___ receives community-based services in
    school

Would you like to discuss this student with the SAP Team? Yes _____ No _____

### Additional Comments:

*Has not been in our office*

# Student Assistance Program
# School Nurse Checklist

DATE: _____ Name of School Nurse _____

Student Name _____ Present Grade _____

## General Medical Information

Number of visits to nurses office: _____

Reason(s)/summary: _____

Medical history: _____

Significant medical condition(s): _____

Medications: _____

Number of times sent home for illness: _____

Reason(s)/summary: _____

Number of contacts with parent(s)/guardian: _____

Reason(s)/summary: _____

Do you wish to have contact with the student's SAP case manager? Yes _____ No _____

## Physical Observations

____ unsteady on feet
____ complains of nausea
____ glassy/bloodshot eyes
____ skin problems
____ poor motor skills
____ frequent cold-like symptoms
____ smells of alcohol/marijuana

____ frequent vomiting
____ slurred speech
____ noticeable change in weight
____ loss of hair
____ self-abuse
____ poor hygiene

## Emotional Observations

____ expresses desire to die
____ expresses desire to join
    someone who has died
____ openly expresses drug/alcohol use
____ seeks constant reassurance
____ suicide threat, gesture
____ preoccupied with personal health
____ appears fatigued
____ appears disoriented
____ expresses fear/anxiety of: _____

____ food issues, explain: _____

____ expresses desire to punish or
    gain revenge via deadly means
____ dramatic/sudden change in behavior
____ cries frequently
____ lying
____ recent death of family member or
    close friend
____ expresses hopelessness, worthlessness
____ expresses feelings of helplessness
____ engages in dangerous or risk taking
    behavior
____ other family stressors, explain: _____

## Additional Comments:

# Student Assistance Program (SAP)
## Administrator's Checklist

DATE _____     Administrator Name _____

Student Name _____     Present Grade Level _____

Please take the time to complete this form by checking or marking the appropriate information. In order to develop effective intervention plans, it is crucial that you communicate any of the observable behaviors listed below. Federal regulations require that this information, if requested, **will** be made available to the student's parent(s) or guardian. Please place this referral in an envelope, marked confidential, and return it to the building SAP Team.

## Attendance

Total number of days tardy:       Excused _____     Unexcused _____
Number of days absent:            Excused _____     Unexcused _____

## Discipline (please attach a copy of this student's disciplinary record)

Number of detentions to date: _____     Expulsion hearing (circle one)   YES  NO
Number of PASS to date: __2__              If yes please explain: _____
Number of OSS to date: _____            _____

## Inappropriate Behavior (check all that apply)

✓ cutting class                              ___ on absent list, but not in school
___ verbally abusive towards others          ___ wears drug/alcohol clothing
___ sleeping in class                        ___ inappropriate sexual verbalization
✓ obscene language or gestures               ___ lying
___ hangs around school for no apparent      ___ repeated violation of rules
     reason                                  ___ misuse of passes
___ physically aggressive towards others     ___ insubordination to staff/teachers

## Policy Violations (check all that apply)

___ vandalism                                ___ possession and/or use of tobacco
___ carrying a weapon, beeper, cell phone    ___ possession and/or use of alcohol
     or other prohibited electronic devices  ___ possession and/or use of drugs
___ involvement in theft                     ___ possession and/or use of weapon
___ selling and/or purchasing drugs          ___ assault/fighting
___ inappropriate dress (dress code)         ___ sexual harassment
___ threatening others by deadly means       ___ trespassing

Has this student ever been criminally charged for offenses on school property?  YES  NO
Please explain:

# Student Assistance Program (SAP)
## Administrator's Checklist

A0000000573

### Other (check all that apply)

____ expresses desire to die (student reports)
____ sudden outbursts of anger
____ suicide threat or gesture
____ dramatic or sudden change in behavior
____ easily frustrated
____ expresses feelings of hopelessness,
      worthlessness, helplessness
____ expresses drug/alcohol use openly
____ expresses involvement in hate groups
____ Possesses large amounts of money

____ expresses desire to join someone who
      has died
____ expresses desire to punish or gain
      revenge via deadly means
____ family stressors, explain: _____
____ expresses fear/anxiety of: _____
____ loss of eligibility (sports, ROTC, etc.)
____ smells of alcohol/marijuana

Have you had contact with parent(s)/guardian?  YES   NO
Explain: _Called home about skipping classes_

Have you had any contact with outside agencies regarding this student?  YES   (NO)
Explain: _____

Is this student currently involved with juvenile probation?  YES   (NO)

### Student Initiated Requests (check all that apply)

____ schedule change
____ help with a home problem

____ agency referral
____ help with a health problem

Other, Explain: _____

### Types of Interventions Previously Tried (check all that apply)

____ referral for MDE or school psych.
      consultation
____ MDT/CST meeting
____ revision of NORA
____ revision of schedule
✓ suspension _PASS_
____ social services conference
      (i.e. wrap around)

✓ individual conference
____ parent conference
____ guidance conference
____ student/parent/teacher conference
____ teacher conference
____ change in program
____ agency intervention

Other, Explain: _____

### Additional Comments

R_____ has been caught skipping classes. She is
usually a very quiet person. I think her peers
are influencing her behavior. At the beginning
of the yr. Ms Acki Gray asked me for T-shirts because
_____

A000000574

**The School District of the City of Erie**
**Student Assistance Program Services**

## PERMISSION FORM

The purpose of the Student Assistance Program is to help address barriers to learning so children can become more successful in school.  The program provides a variety of supports and services for students. The focus of this effort is to establish a partnership between the parents and school, to build the developmental assets in children that are necessary for personal wellness and school success. SAP is voluntary and confidential.

The range of SAP services include:

1. Gathering Information, Identification of Student   Strengths & Needs
2. Development of Intervention Plan to Promote Student Success
3. Support and Intervention from School and Student Services Staff
4. Behavioral Health Consultation

Please sign the form below granting permission for your child to participate in the Student Assistance Program. Please check the services you are requesting and return to the School Counselor or Principal.

_____ Information gathering, Identification of Student Strengths & Needs

_____ Development of Intervention Plan to Promote Student Success

_____ Support and Intervention with School and Student Services Staff

_____ Behavioral Health Consultation & Assessment

_____ Parent/Guardian Consultation Only

_____ SAP Participation is Declined

STUDENT'S NAME: _____ SIGNATURE: _____

PARENT/GUARDIAN SIGNATURE: _Richard W. Delany_    _11-12-01_
                                                   (Date)

*ALL SAP services are voluntary, confidential, and free of charge.*
*Parent participation is welcome and needed in the SAP process.*

Additional information regarding Child and Family Rights and Responsibilities in the Student Assistance Program is available from the school Principal and/or SAP Team.

# Student Assistance Program
## High/Middle School Student Referral Form

Student Name __R____ P____         Present Grade Level __7__

School __SV__                        Date __11/15/01__

Teacher Name __Scully__             Class __LS Science & Reading__

Please take the time to complete this form by checking or marking the appropriate information. In order to develop effective intervention plans, it is crucial that you communicate any of the observable behaviors listed below. Federal regulations require that this information, if requested, **will** be made available to the student's parent(s) or guardian. Please place this referral in an envelope, marked confidential, and return it to the building SAP Team.

## Academic Information

__C__ present subject letter grade
____ drop in grades
____ fails to complete in-class assignments
         # _____
____ verbalizes disinterest in academic
         performance
__✓__ has difficulty retaining new or recent information

____ poor motor skills
____ fails to complete homework
____ reads below grade level
____ poor test scores
____ does not take advantage of extra
         assistance offered/available

## Behavioral Observations

____ decrease in classroom participation
____ cutting class
____ cheating
____ sleeping in class
____ unprepared for class
____ loss of eligibility
____ seeks constant reassurance
____ involvement in theft (student reports)
____ runaway (student reports)
____ selling drugs (student reports)
____ inappropriate sexual verbalization
____ expresses involvement in hate groups
____ refusal to go home (student reports)
____ missed practice
____ short attention span, explain: _____
_____

____ tardiness
____ dropped out
____ lying
____ difficulty making decisions
____ easily distractible
____ denies responsibility/blames others
____ openly expresses drug use
         (student reports)
____ large amounts of money
____ unwilling to change attire for PE
____ expresses involvement in the occult
____ hangs around school for no apparent
         reason
____ repeated visits to restroom, health
         office, counselor, etc.

## Policy Violations/Discipline Problems

____ vandalism
____ on absent list, but in school
____ carrying a weapon, beeper, cell phone
         or other prohibited electronic devices
____ repeated violation of rules

____ detentions, # _____
____ obscene language or gestures
____ wears drug/alcohol clothing
____ inappropriate dress (dress code)
____ verbally abusive towards/harasses others

# Student Assistance Program
## High/Middle School Student Referral Form

### Physical Observations

___ unsteady on feet
___ glassy/bloodshot eyes
___ frequent cold-like symptoms
___ slurred speech
___ self abuse
___ appears disoriented
___ frequently expresses concerns
    re: personal health

___ complains of nausea
___ unexplained physical injury
___ smells of alcohol/marijuana
___ noticeable change in weight
___ poor hygiene
___ food issues, explain _____

### Peer Interaction Observations

___ disliked by peers
___ hits or pushes others
___ disturbs other students
___ easily influenced by others

___ older/younger social group
___ fighting
___ loner
___ sits alone in lunchroom

### Emotional Observations

___ expresses desire to die (student reports)
___ sudden outbursts of anger
___ suicide threat or gesture
___ dramatic or sudden change in behavior
___ expresses anger towards parent(s)
✓ often criticizes self/others
___ appears fatigued
___ easily frustrated
___ expresses fear/anxiety of: _____
    _____

___ expresses desire to join someone who
    has died
___ expresses desire to punish or gain
    revenge via deadly means
___ recent death of a family member or
    close friend (student reports)
___ expresses feelings of hopelessness,
    worthlessness, helplessness
✓ family stressors, explain: _brother at_
    _home is cruel to her_

### Special Skills/Characteristics (strengths)

___ demonstrates a desire to learn
___ helps others in class
___ leader
___ cooperative
___ can work independently
___ creative
___ good communication skills

___ displays good logic/reasoning skills
___ works well in a group
___ considerate of others
___ enthusiastic
___ participates in extra-curricular activities
___ can accept re-direction (criticism)
___ accepts responsibility

### Additional Comments:

Would you like to discuss this student with the SAP Team? Yes __✓__ No _____

_Rachel is showing identity issues w/ being in_
_HS classes - thinking she may be stupid._
_I records indicate she gets depressed &_
_need feelings in class - she gets very quiet_

Closed → placed at Sarah Reed Adolescent Partial Jan. 2002

A000000577

7 008 [A]   Crisis Intervention

Pt. Adv — 12-20-01
Mesa, Arizona until March 2001
LS — wants more difficult work
Dislikes school and several teachers
* "she should have never been born"
"I feel like stabbing w/ knives"
— people she doesn't like

Pulled a knife on a boy this summer
Parents financial problems



A000000578


L. CAP.
EXHIBIT
4/29/05
13        LKN

01-02

## STRONG VINCENT HIGH SCHOOL ATTENDANCE ACCOUNTING SHEET

| Student | R___ P___ | | | | HR 224 | ID# 963479 | DOB ___88 |

| Adj | Day | Date | Leg | Ill | Unex | Reason | TT | Adj | Day | Date | Leg | Illeg | Unex | Reason | TT |
|-----|-----|------|-----|-----|------|--------|----|----|-----|------|-----|-------|------|--------|----|
| A | 1 | 8/27 | | | | | | A | 47 | 11/2 | | | | | |
| B | 2 | 8/28 | | | | | | B | 48 | 11/5 | | | | | |
| A | 3 | 8/29 | | | | | | A | 49 | 11/6 | | | | | |
| B | 4 | 8/30 | | | | | | B | 50 | 11/17 | Note | | | | |
| A | 5 | 9/4 | | | | | | A | 51 | 11/8 | Note | | | | |
| B | 6 | 9/5 | | | | | | B | 52 | 11/9 | | | | | |
| A | 7 | 9/6 | | | | | | A | W 53 | 11/14 | | | | | |
| B | 8 | 9/7 | | | | | | B | R 54 | 11/15 | | | | | 8:20 |
| A | 9 | 9/10 | X | | | NOTE | | A | F 55 | 11/16 | | | | | |
| B | 10 | 9/11 | | | | | | B | M 56 | 11/19 | | | | | 8:20 |
| A | 11 | 9/12 | x | | | NOTE | | A | T 57 | 11/20 | | X | | No NOTE | |
| B | 12 | 9/13 | | | | | | B | W 58 | 11/21 | | | | | |
| A | 13 | 9/14 | | | | | | A | T 59 | 11/27 | | | | | |
| B | 14 | 9/17 | | | | | | B | W 60 | 11/28 | | | | | |
| A | 15 | 9/18 | | | | | | A | R 61 | 11/29 | | X | | No NOTE | |
| B | 16 | 9/19 | X | | | NOTE | | B | F 62 | 11/30 | | | | | |
| A | 17 | 9/20 | | | | | | A | M 63 | 12/3 | | | | | |
| B | 18 | 9/21 | | | | | | B | T 64 | 12/4 | | | | | |
| A | 19 | 9/24 | | < | | NO NOTE | | A | W 65 | 12/5 | | X | | No NOTE | |
| B | 20 | 9/25 | | | | | | B | R 66 | 12/6 | | X | | No NOTE | |
| A | 21 | 9/26 | | | | | | A | F 67 | 12/7 | | X | | NO NOTE | |
| B | 22 | 9/27 | | | | | | B | M 68 | 12/10 | | X | | NO NOTE | |
| A | 23 | 9/28 | | | | | | A | T 69 | 12/11 | | | | | 8:20 |
| B | 24 | 10/1 | | | | | | B | W 70 | 12/12 | | X | | No NOTE | |
| A | 25 | 10/2 | | | | | | A | R 71 | 12/13 | | | | | |
| B | 26 | 10/3 | | | | | | B | F 72 | 12/14 | | X | | NO NOTE | |
| A | 27 | 10/4 | X | | | NOTE | | A | M 73 | 12/17 | | X | | NO NOTE | |
| B | 28 | 10/5 | X | | | NOTE | | B | T 74 | 12/18 | | X | | NO NOTE | |
| A | 29 | 10/8 | | | | | | A | W 75 | 12/19 | | | | No NOTE | |
| B | 30 | 10/9 | | | | | | B | R 76 | 12/20 | X | | | | |
| A | 31 | 10/10 | | | | | | A | F 77 | 12/21 | X | | | Pos Capp | |
| B | 32 | 10/11 | | | | | | B | W 78 | 1/2 | | | | | |
| A | 33 | 10/12 | | | | | | A | R 79 | 1/3 | | | | | |
| B | 34 | 10/16 | | | | | | B | F 80 | 1/4 | | | | | 8:20 |
| A | 35 | 10/17 | | | | | | A | M 81 | 1/7 | | | | | |
| B | 36 | 10/18 | | | | | | B | T 82 | 1/8 | | | | | |
| A | 37 | 10/19 | | | | | | A | W 83 | 1/9 | | | | | |
| B | 38 | 10/22 | | | | | | B | R 84 | 1/10 | | | | IED IN Home mark present | |
| A | 39 | 10/23 | | | | | | A | F 85 | 1/11 | | | | | |
| B | 40 | 10/24 | | | | | | B | M 86 | 1/14 | | | | | |
| A | 41 | 10/25 | | | | | | A | T 87 | 1/15 | | | | | |
| B | 42 | 10/26 | | | | | | B | W 88 | 1/16 | | | | | |
| A | 43 | 10/29 | | | | | | | | | | | | | |
| B | 44 | 10/30 | | | | | | | | | | | | | |
| A | 45 | 10/31 | | | | | | | | | | | | | |
| B | 46 | 11/1 | | | | | | | | | | | | | |

# IEP REVISION / REVIEW

A000000579

Student's Name: ~~Rosie P~~    Date: 1-78-02

DOB: ~~88~~    School: *Strong Vincent*    Teacher: *Ms. Gray*

Program: *Learning Support*    Current IEP date: 7-23-01

Purpose for meeting: Review of goals and objectives ☐    Change in percentage, ie., RRLS to PTLS ☐

Change from _SV_ to _SECC_    Manifestation Determination ☐    Behavior Support Plan or

Adjustment ☐    Other ☐ _____

**MEASURABLE ANNUAL GOAL:** Identify appropriate solutions to interpersonal and self-related problem behaviors.

**SHORT-TERM INSTRUCTIONAL OBJECTIVES OR BENCHMARKS:**

**OBJECTIVE / BENCHMARK:** Develop consistent patterns of appropriate behavior through a program of therapeutic behavior support.

- **EXPECTED LEVEL OF ACHIEVEMENT** – a performance level system is used to increase expectations and responsibilities.

- **EVALUATION SCHEDULE** – daily and weekly

- **METHOD OF EVALUATION** – daily observations; charting of progress towards goals is communicated to the student as well as to the parents

- **SPECIALLY DESIGNED INSTRUCTION** – Consistent participation in social skills training and in counseling program as well as medication management. An individualized intervention plan will be developed in conjunction with IEP goals and objectives. Transition activities for the return to the home school are planned and carried out with a multidisciplinary team approach.

**DEPOSITION EXHIBIT**

Signatures:    Parent _Shelley P_    moore #1

Classroom Teacher _____

Special Education Teacher _Mrs. Gray_

Principal _Linda A. Cappatraxia_

Other _____

Other _____

RECEIVED
FEB 0 1 2002
ERIE SCHOOL DISTRICT
SPECIAL ED. DEPT.

Copies:    White – Pupils School File    Yellow – Parent or Guardian    Pink – Teacher    Gold - other

E  000000419

A000000580

The School District of the City of Erie, Pa.

# NOTICE OF RECOMMENDED ~~EVALUATION~~ *EDUCATIONAL* PLACEMENT
School Age

Date: _____

Name and Address of Parent: _Mr & Mrs Richard P_____ _____

Student's Name: _R_____ A_____         I.D. #: _963479_

S.S. #: _____

Dear

    This notice summarizes recommendations for your child's education program.

This notice is to be given to the parent of a child with a disability a reasonable time before the school district proposes to initiate or change, or refuses to initiate or change the identification, evaluation or educational placement of the child or the provision of a free appropriate public education to the child.

**1. Action proposed or refused:**
_Sarah Reed Therapeutic Program for psychological/psychiatric_
_evaluation and possible interventions._

**2. Why the action is proposed or refused:**
_Student's current high degree of intensity of stress as recorded_
_by the parents students & Erie School District Staff._
_Intensity & frequency of therapeutic interventions exceed that which_
_can be delivered in the regular school setting._

**3. A.   Description of any other options that were considered:**
_none._

   **B.   Reasons why these options were rejected:**  _NA_

**4. Evaluation procedure(s), test(s), record(s) or report(s) used as a basis for the proposed action or action refused:**
_Information provided by the student, parents, ESD Staff including_
_Mental Health Staff_

**5. Other factor(s) relevant to proposal or refusal:**
_NA_

**The educational placement recommended for your child is:**
Appropriate Grouping: _PTLS_
Level (%): _63%_
Location: _____
Other: _Theraputic Support at Sarah Reed's Children's Center_

Revised 9/2001

E 000000420

Student Name: R‗‗‗‗ P‗‗‗‗ A000000581

*Notice of Recommended Educational Placement*

Page 2

_____
_____
_____
_____
_____

_____          _____          _____
School District Superintendent          Signature          Date

You have certain rights and protections under law that is described in a document titled **Procedural Safeguards Notice**. If you need more information or want a copy of the **Procedural Safeguards Notice**, you may contact:

*C. Moore* _____          *Supervisor* _____          *874-6050*
Name          Position          Phone Number

**DIRECTIONS FOR PARENTS**: Please check one of the options, sign this form, and return it within **10 days** to the person listed above.

☑ I **approve** this recommendation

☐ I **do not approve** this recommendation

    My reason for **disapproval is:**

_____

I request:

☐ A Pre-hearing Conference

☐ Mediation

☐ Due-process Hearing

I will need the following accommodations to be made so that I may attend the above.

_____

_____          _____          _____
Parent's Signature          *1-18-02*          Daytime Phone
          Date

Revised 9/2001

A000000582

## MEMO

**TO:**      MR. JAMES PIEKANSKI, SUPERVISOR OF SPECIAL EDUCATION

**FROM:**    MRS. AUDREY PECORARO, CHILD STUDY DEPARTMENT

**SUBJECT:** REQUEST FOR SPEECH SERVICES

**DATE:**    JANUARY 17, 2002

The following student has been assigned to attend the Sarah Reed Program at 1020 East 10th Street:

        R███ P████
        D.O.B. ████88
        ID# 963479
        Parent: Richard Polancy
        Address: █████████████
        Phone: 4███████   cell 5██████
        School: Strong Vincent
        Grade: 7, LS

According to the Student Assignment Information, student is to receive Speech and Language Services 2%.

A request is made for student to receive the services at Sarah Reed. She will begin the program on   1/22/02.

Thank you for your consideration.

E-000000433

A000000583

I am requesting that my daughter
█████ ████ be transferred to the
school destrict's Alternative Education
Program. I wave all rights to a hearing

Shelley P███████

1-18-02

E 000000442

A000000584

Department of Pupil Learner Services
**Child Study Office**

## Request For Home-School Visitor Service

Student ID # _____ 96.3479 _____

Name of Child __ Ro█████ Po███ _____    Birthdate ___██-88__

Lives with __ *Richard* _____    Address ___73█████████___
                (Name, Relationship)

Phone __ 45█-███ __    Present School, Grade _ *Strong Vincent 7* ___   Regular ☐
                                                                      Special ☒   *LS*

Date of Request _____    Principal's Signature __ *Referral* __

                                                    *EPD cell 572-6299*

PROBLEM/REASON FOR REFERRAL:        *Referral to Sarah Reed*

Meet HSV                                      *by Marlene / Frank*
Fri - 11:00          *Intake*
                    1/21/02 - 11:00
                      Mon

Date received in Child Study _____    Assigned to: _____

REPORT OF HOME-SCHOOL VISITOR:

1/17/02 - Contact with parent. Intake will
    be on 1/21/02 - 11:00 Am.
HSV will go to home 1/18/02 at 11:00.

1-18-02 - HSV went to home. Mother had difficulty
    remembering our appt. Apparently she is
heavily medicated & has memory problems.
Forms signed. Intake is scheduled for 1/21/02
    at 11:00. Student will begin the program on

Form 434-PLS-8-78                                          E 000000443

A000000585                                        *p²⁴*

# **MEMO** * School District of the City of Erie, PA

**TO:**        Mr. Frank Scozzie – Assistant to the Superintendent
              Mrs. Charlise Moore -  Supervisor, Special Education
              Mrs. Marlene Chrisman – Supervisor, Special Education

**FROM:**     Mrs. Audrey Pecoraro, Home/School Visitor

**SUBJECT:**  PLACEMENT OF RACHEL POLANCY AT SARAH REED CHILDREN'S
              CENTER

**DATE:**     January 17, 2002


      R██ P████ DOB ████88, referred to Sarah Reed, Behavior Modification
Program, Special Education Tract, from Strong Vincent High School, Grade 7 LS, is
scheduled for the intake process at Sarah Reed on Monday, January 21, 2002 at 11:00
A.M.  She will begin the program on Tuesday, January 22, 2002.


AP:cc

file
A000000586

Special Education
TRact
Referral by
MR. Scozzie,
MRS. Chrisman -
MRS. Mow.

NAME: ▓▓▓▓▓▓▓▓▓▓▓▓▓          DOB: ▓▓▓▓ 88

ADDRESS: ▓▓▓▓▓▓▓▓▓▓

SCHOOL: _____ Strong Vincent gr. 7LS - 1/02
            Returns    gr. 8LS   6/02 - 8/02

1/21/02        Intake - 11:00 AM

1/22/02        **Student to start Sarah Reed Alternative**

6/7/02         **Student has completed Sarah Reed Alternative**
               **placement and will be returned to home school**
               Returns to    Strong Vincent gr. 8LS

**ADDITIONAL COMMENTS:**

- Speech services have been requested.

- CER dated  12-18-95.

- Two year Review - dated  3/2/98

F-000000454

A000000587

The School District of the City of Erie, Pa.

## NOTICE OF RECOMMENDED EVALUATION PLACEMENT
EDUCATIONAL

School Age

Date: _11/5/02_

Name and Address of Parent: ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

Student's Name: _Kevin_ ▌▌▌▌▌▌▌▌▌▌    I.D. #: _____

S.S. #: _____

Dear,

This notice summarizes recommendations for your child's education program.

This notice is to be given to the parent of a child with a disability a reasonable time before the school district proposes to initiate or change, or refuses to initiate or change the identification, evaluation or educational placement of the child or the provision of a free appropriate public education to the child.

**1. Action proposed or refused:**

_Temporary in home IEP  5 days  Ending 22nd Jan_

**2. Why the action is proposed or refused:**

_No appropriate placement at this time_

**3. A. Description of any other options that were considered:**

**B. Reasons why these options were rejected:**

**4. Evaluation procedure(s), test(s), record(s) or report(s) used as a basis for the proposed action or action refused:**

**5. Other factor(s) relevant to proposal or refusal:**

**DEPOSITION EXHIBIT**

The educational placement recommended for your child is:

Appropriate Grouping: _____

Level (%): _____    Moore #2

Location: _____ To _Temporary in home IEP_

Other: _____

Revised 9/2001    0000003400

A000000588

Student Name: _____

*Notice of Recommended Educational Placement*                                    Page 2

_____ in her IEP 5 day_____

_____

_____

| School District Superintendent | Signature | Date |

You have certain rights and protections under law that is described in a document titled **Procedural Safeguards Notice.** If you need more information or want a copy of the **Procedural Safeguards Notice**, you may contact:

| Name | Position | Phone Number |

**DIRECTIONS FOR PARENTS:** Please check one of the options, sign this form, and return it within **10 days** to the person listed above.

☑  I **approve** this recommendation

☐  I **do not approve** this recommendation

   My reason for **disapproval is:**

_____

I request:

☐  A Pre-hearing Conference

☐  Mediation

☐  Due-process Hearing

I will need the following accommodations to be made so that I may attend the above.

_____

| Parent's Signature | Date | Daytime Phone |

A000000589

# IEP REVISION / REVIEW

Student's Name: K_____ L_____    Date: 1-17-02

DOB: ___89    School: Strong Vincent    Teacher: Ms Scully

Program: LS    Current IEP date: 8-29-2001

Purpose for meeting: Review of goals and objectives ☐    Change in percentage, ie., RRLS to PTLS ☐

Change from  SV  to  SRCC  Manifestation Determination ☐    Behavior Support Plan or

Adjustment ☐  Other ☐ _____

**MEASURABLE ANNUAL GOAL:**  Identify appropriate solutions to interpersonal and self-related problem behaviors.

**SHORT-TERM INSTRUCTIONAL OBJECTIVES OR BENCHMARKS:**

**OBJECTIVE / BENCHMARK:**  Develop consistent patterns of appropriate behavior through a program or therapeutic behavior support.

- **EXPECTED LEVEL OF ACHIEVEMENT** – a performance level system is used to increase expectations and responsibilities.

- **EVALUATION SCHEDULE** – daily and weekly

- **METHOD OF EVALUATION** – daily observations; charting of progress towards goals is communicated to the student as well as to the parents

- **SPECIALLY DESIGNED INSTRUCTION** – Consistent participation in social skills training and in counseling program as well as medication management.  An individualized intervention plan will be developed in conjunction with IEP goals and objectives.  Transition activities for the return to the home school are planned and carried out with a multidisciplinary team approach.

Signatures:✕  Parent  Denise L_____

⟩ Classroom Teacher  Melissa VallCimont

⟩ Special Education Teacher  Mrs Gray

⟩ Principal  Linda A. Chapulivaxca

   Other _____

   Other _____

A000000590

Department of Pupil Learner Services
**Child Study Office**

# Request For Home-School Visitor Service

Student ID # _943020_____

Name of Child _K_____ L_____    Birthdate _____89___

Lives with _____D_____ L_____    Address _____
*(Name, Relationship)*

Phone _454-9685_    Present School, Grade _Sr.V._ 7 LS    Regular ☐
Special ☐

Date of Request _____    Principal's Signature _____

PROBLEM/REASON FOR REFERRAL:                            W F.

*Referral for Sarah Reed by Marlene / Frank*

_____

Date received in Child Study _____    Assigned to: _A.Pecoraro___

REPORT OF HOME-SCHOOL VISITOR:

1-16-02 Contact with parent. She will come to Child Study 1/17/02 at 2:30PM.

1-17-02 Parent came to Child Study Forms signed
Matt will call with an Intake time

1-18- Intake is 1/21/02- Monday at 3:00 Pm. She begins the program on Wednesday 1/23/02

Form 434-PLS-8-78

A000000591

I am requesting that my daughter,
K████ L███ be transferred to the Erie
School District's Alternative Education program
I waive all rights to a Hearing.

1/17/02
Denise L████

A000000592

# IEP REVISION / REVIEW

Student's Name: _K_____ L_____    Date: _1-17-02_

DOB: ___589__    School: _Strong Vincent_____    Teacher: _Ms Scully_

Program: _LS_____    Current IEP date: _8-29-2001_

Purpose for meeting:  Review of goals and objectives ☐    Change in percentage, ie., RRLS to PTLS ☐

Change from __SV__ to __SRCC__ Manifestation Determination ☐    Behavior Support Plan or

Adjustment ☐ . Other ☐ _____

**MEASURABLE ANNUAL GOAL:**  Identify appropriate solutions to interpersonal and self-related problem behaviors.

**SHORT-TERM INSTRUCTIONAL OBJECTIVES OR BENCHMARKS:**

**OBJECTIVE / BENCHMARK:** Develop consistent patterns of appropriate behavior through a program of therapeutic behavior support.

- **EXPECTED LEVEL OF ACHIEVEMENT** – a performance <u>level system</u> is used to increase expectations and responsibilities.

- **EVALUATION SCHEDULE** – daily and weekly

- **METHOD OF EVALUATION** – daily observations; charting of progress towards goals is communicated to the student as well as to the parents

- **SPECIALLY DESIGNED INSTRUCTION** – Consistent participation in social skills training and in counseling program as well as medication management. An individualized intervention plan will be developed in conjunction with IEP goals and objectives. Transition activities for the return to the home school are planned and carried out with a multidisciplinary team approach.

Signatures:  Parent _Denise _____

Classroom Teacher _Melissa VanDumonf_

Special Education Teacher _Mrs Gray_

Principal _Gerald A. Cappabianca_

Other _____

Other _____

RECEIVED
FEB 01 2002
ERIE SCHOOL DISTRICT
SPECIAL ED. DEPT.

Copies:    White – Pupils School File    Yellow – Parent or Guardian    Pink – Teacher    Gold – ____

A000000593

The School District of the City of Erie, Pa.

# NOTICE OF RECOMMENDED ~~EVALUATION~~ *EDUCATIONAL* PLACEMENT
**School Age**

Date: _____ 1-17-02 _____

Name and Address of Parent: D_____ L_____ _____

Student's Name: K_____ L_____ _____  I.D. #: 943020

S.S. #: _____

Dear

This notice summarizes recommendations for your child's education program.

This notice is to be given to the parent of a child with a disability a reasonable time before the school district proposes to initiate or change, or refuses to initiate or change the identification, evaluation or educational placement of the child or the provision of a free appropriate public education to the child.

**1. Action proposed or refused:**
Sarah Reed Therapeutic Program for psychological/psychiatric evaluation + possible intervention.

**2. Why the action is proposed or refused:**
1. Student's current high degree and intensity of stress as recorded by parents, student and the Erie School District Staff. Intensity/frequency of therapeutic intervention exceed that which can be delivered in the regular school setting.

**3. A. Description of any other options that were considered:**
none

**B. Reasons why these options were rejected:**
N/A

**4. Evaluation procedure(s), test(s), record(s) or report(s) used as a basis for the proposed action or action refused:**
1. Verbal sharing of discharge summary from Metro Health-Millcreek Comm.
2. Information provided by the student, parent, ESD staff including Mental Health staff.

**5. Other factor(s) relevant to proposal or refusal:**
N/A

The educational placement recommended for your child is:
Appropriate Grouping: PTLS
Level (%): 68%
Location:
Other: Therapeutic placement at Sarah Reed Psych.

A000000594

Student Name: _____

*Notice of Recommended Educational Placement*

Page 2

_____          _____          _____
School District Superintendent              Signature                                    Date

You have certain rights and protections under law that is described in a document titled **Procedural Safeguards Notice**. If you need more information or want a copy of the **Procedural Safeguards Notice**, you may contact:

_C. Moore_____          _Supervisor_____          _874-6050_
Name                                        Position                                  Phone Number

**DIRECTIONS FOR PARENTS**: Please check one of the options, sign this form, and return it within **10 days** to the person listed above.

☑    I **approve** this recommendation

❑    I **do not approve** this recommendation

My reason for **disapproval is**:

_____

I request:

❑    A Pre-hearing Conference

❑    Mediation

❑    Due-process Hearing

I will need the following accommodations to be made so that I may attend the above.

_____

_Denise _____          _1/17/02_          _____
Parent's Signature                        Date                                Daytime Phone

A000000595

*Special Education TRACT*

*Referral by MR. Scozzie, MRS. Moore + MRS. Chrisman*

**NAME:** Kristina L~~[redacted]~~                    **DOB:** ~~[redacted]~~-89

**ADDRESS:** ~~[redacted]~~

**SCHOOL:** Strong Vincent    gr. 7 LS

1/21/02          Intake - 3:00 PM

1/23/02  _____ **Student to start Sarah Reed Alternative**

_____ **Student has completed Sarah Reed Alternative placement and will be returned to home school**

**ADDITIONAL COMMENTS:**

CER dated 5-15-95

2 yr. Reeval. dated 5-1-00