A000000596

The School District of the City of Erie, Pa.

## *NOTICE OF RECOMMENDED* ~~EDUCATIONAL~~ EVALUATION PLACEMENT
**School Age**

Date: _1-17-02_

Name and Address of Parent: D██████ L████████ ████████████████

Student's Name: K█████ L████ ████████    I.D. #: _943020_

S.S. #: _____

Dear

    This notice summarizes recommendations for your child's education program.

This notice is to be given to the parent of a child with a disability a reasonable time before the school district proposes to initiate or change, or refuses to initiate or change the identification, evaluation or educational placement of the child or the provision of a free appropriate public education to the child.

**1. Action proposed or refused:**
_Sarah Reed Theraputic Program for psychological/psychiatric evaluation + possible intervention._

**2. Why the action is proposed or refused:**
_1. Student's current high degree and intensity of Stress as recorded by parents, student, and the Erie School District Staff._
_2. Intensity/frequency of theraputic intervention exceed that which can be delivered in the regular school setting._

**3. A.  Description of any other options that were considered:**
_none_

   **B.  Reasons why these options were rejected:**
_N/A_

**4. Evaluation procedure(s), test(s), record(s) or report(s) used as a basis for the proposed action or action refused:**
_1. Verbal sharing of discharge summary from Metro Health/Millcreek Com_
_2. Information provided by the student, parent, ESD staff including_
_Mental Health staff._

**5. Other factor(s) relevant to proposal or refusal:**
_N/A_

**The educational placement recommended for your child is:**    0000003419
Appropriate Grouping: _DILS_
Level (%): _100%_
Location: _____ Support at Sarah Reed's Children's Center_

A000000597

Student Name: _____

*Notice of Recommended Educational Placement*

Page 2

_____

_____

_____

_____

| School District Superintendent | Signature | Date |

You have certain rights and protections under law that is described in a document titled **Procedural Safeguards Notice**. If you need more information or want a copy of the **Procedural Safeguards Notice**, you may contact:

*C. Moore*                    *Supervisor*                    *874-6050*
Name                              Position                          Phone Number

**DIRECTIONS FOR PARENTS:** Please check one of the options, sign this form, and return it within **10 days** to the person listed above.

- ☒ I approve this recommendation

- ☐ I do not approve this recommendation

  My reason for disapproval is:

  _____

I request:

- ☐ A Pre-hearing Conference
- ☐ Mediation
- ☐ Due-process Hearing

I will need the following accommodations to be made so that I may attend the above.

_____

*Denise L_____*                    *1/17/02*                    _____
Parent's Signature                         Date                          Daytime Phone

Revised 9/2001

0000003420

Page D

A000000598

# *MEMO* * School District of the City of Erie, PA

**TO:**       Mr. Frank Scozzie – Assistant to the Superintendent
           Mrs. Charlise Moore -  Supervisor, Special Education
           Mrs. Marlene Chrisman – Supervisor, Special Education

**FROM:**     Mrs. Audrey Pecoraro, Home/School Visitor

**SUBJECT:**  PLACEMENT OF K█████ L████ AT SARAH REED CHILDREN'S CENTER

**DATE:**     January 17, 2002

K████ L███ DOB ████89, referred to Sarah Reed, Behavior Modification Program, Special Education Tract, from Strong Vincent High School, Grade 7 LS, is scheduled for the intake process at Sarah Reed on Monday, January 21, 2002 at 3:00 P.M.  She will begin the program on Wednesday, January 23, 2002.

AP:cc

A000000599

# Discipline Note

Date ___1/11/02___

Time ___PM___

Administrator ___Linda Campabianco - Assist Principal___

School ___Stone Vincent___

Student ___R_____ P_____ is___

Special Ed Administrator ___I. Moore___

INCIDENT:

Change in location of Service.

COURSE OF ACTION: 5 days In-Home IEP.
to begin - Monday January 14, 2002
+ ending Tuesday, January, 22, 2002
Address - 732 East 10th St.
Cell Phone - 572-6299
Parent - Shelly + Roland Polancy

**Check List**

Contact Principal   (date)_____
Contact Parent     (date)_____
Secured Assignments (date)_____
Secured Nora  (date)_____
Behavior Plan Developed (date)_____
Tutoring (dates)_____

**Comments:**



DEPOSITION EXHIBIT

Moore #3

A000000600

# Discipline Note

**Date** 1/11/02
**Time** 7PM
**Administrator** Linda Cappabianca - Assist. Principal
**School** Stone Vincent
**Student** Kristina Long    iS
**Special Ed Administrator** A. Moore

INCIDENT:

Change in location of Service

COURSE OF ACTION: 5 days In Home IEP.
to begin Monday, January 14, 2002
& ending Tuesday, January 22, 2002
Address - 406 Raspberry St.
First Floor
Phone - 454-9685
Parent - Denise Long

**Check List**

Contact Principal   (date)_____
Contact Parent      (date)_____
Secured Assignments (date)_____
Secured Nora  (date)_____
Behavior Plan Developed (date)_____
Tutoring (dates)_____

**Comments:**



DEPOSITION
EXHIBIT

Moore #4

A000000601

— See Marlene —

# Memo

The School District of the City of Erie, Pa.
**CHARLISE MOORE,** *Supervisor*
*Special Education Department*

— Jan-14 + Jan 22.

In-Home IEP – 5 Days

479
11-14-88

— R_____ P_____        Speech
████████████████████

Phone (cell) ████████

— Q_____ Ag__ L█
Phone ████████

959800

Address – 406 Raspberry St
~~████ First FL~~

2nd fev:

See Marlene for
SR Partial Placement
Monday 1/14/02

**DEPOSITION EXHIBIT**

Moore #5

A000000602

I AM requesting that my daughter,
K█████ L███ be transferred to the Erie
School District's Alternative Education progr.
I waive All rights to A Hearing.

1/17/02

Denise L███



DEPOSITION
EXHIBIT

Moore # 6

E 000000823

A000000603

**Special Education Department**

# Memo

**To:**   Jo Barker, Director/Elementary-Middle School Programs

**From:**   Marlene Chrisman, Special Education Supervisor

**CC:**   F. Scozzie/Charlise Moore/Jim Piekanski

**Date:**   01/15/02

**Re:**   B-Mod Referrals

---

The purpose of this memo is to provide information on two students who are being referred to Sarah Reed per Frank Scozzie. Both girls were involved in a recent situation at SV of the nature and intensity that staff, including Mr. Scozzie, feels this level of intervention is essential. Both girls are under age 14 and, therefore, not eligible for the Adolescent Partial program.

The girls are:

1.   K____ L___ (DOB: ___/89) grade 7 LS

2.   blind copy due to placement in K____ folder.

It is my understanding that Mr. Scozzie would like the girls to begin this placement as soon as possible. Please contact Charlise Moore or myself to assist in this process.



DEPOSITION EXHIBIT

Moore #7

A000000604

**Special Education Department**

# Memo

**To:**   Jo Barker, Director/Elementary-Middle School Programs

**From:**   Marlene Chrisman, Special Education Supervisor

**CC:**   F. Scozzie/Charlise Moore/Jim Piekanski

**Date:**   01/15/02

**Re:**   B-Mod Referrals

---

The purpose of this memo is to provide information on two students who are being referred to Sarah Reed per Frank Scozzie. Both girls were involved in a recent situation at SV of the nature and intensity that staff, including Mr. Scozzie, feels this level of intervention is essential. Both girls are under age 14 and, therefore, not eligible for the Adolescent Partial program.

The girls are:

1. Blind due to placement in R folder

2. R████ P█████y (DOB:  ████88) grade 7LS

   1████████████████████

It is my understanding that Mr. Scozzie would like the girls to begin this placement as soon as possible. Please contact Charlise Moore or myself to assist in this process.


**DEPOSITION EXHIBIT**

Moore #8

E  000000446

# IEP REVISION / REVIEW

A00000605
943020

Student's Name: K█████ L█████    Date: 6/7/02

DOB: ███ 89    School: Strong Vincent    Teacher: Miss Scully

Program: Learning Support    Current IEP date: _____

Purpose for meeting: Review of goals and objectives ❑    Change in percentage, ie., RRLS to PTLS ❑

Change from 108 to 78 Manifestation Determination ❑    Behavior Support Plan or

Adjustment ❑    Other ❑ ___ Review of existing evaluation data – to include: existing evaluation data,
evaluations and information provided by parents, current classroom based assessments and observations,
observations by teachers and service providers, additions or modifications to the special education and related
services needed to enable the student to meet the measurable annual goals in the IEP and to participate as
appropriate in the general curriculum.

K██████ will enroll at Wayne for the
2002-2003 school year. The current IEP
will be followed, Learning Support is 78%
(reading, math, English, Science, Social Studies).
Kristina will be monitored during the
first quarter. Denise Long and teachers of
record will decide if changes need
to be made at IEP time in November 2002

RECEIVED
JUN 1 1 2002
ERIE SCHOOL DISTRICT
SPECIAL ED. DEPT.

Signatures:    Parent Denise L█████

Classroom Teacher Linda A. Cappabianca

Special Education Teacher ██████

Principal Mr. Robert Kitchen

Other _____

Other _____

DEPOSITION
EXHIBIT
Scully #1

Copies:    White – Pupils School File    Yellow – Parent or Guardian    Pink – Teacher    Gold - other

0000003406

A000000606

# THE SCHOOL DISTRICT OF THE CITY OF ERIE, PA
## SPECIAL EDUCATION DEPARTMENT

# MEMO

**DATE:** FEBRUARY 4, 2002
**TO:** MS. VICKI SCULLY / STRONG VINCENT
**FROM:** JAMES PIEKANSKI, COORDINATOR OF SPECIAL EDUCATION
**RE:** PROCESSING / TRACKING IEPS

**STUDENT:** L███, K████████
**DOB/ID#:** ████89 / 943020

THE ENCLOSED IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S), PLEASE CORRECT/ADJUST AND RETURN.

Please complete transition planning part 1 & 2 on page 6.    Thanks! Marilyn

**PLEASE ATTACH & RETURN THIS MEMO ALONG WITH YOUR CORRECTED IEP. IF MEMO IS NOT RETURNED WITH THE CORRECTED IEP, STUDENT WILL CONTINUE TO APPEAR AS A NOT RECEIVED IEP.**

PLEASE CALL MARILYN AT EXT. #6052, IF YOU HAVE ANY FURTHER QUESTIONS.  THANK YOU.

148 West 21ª Street • Erie, PA  16502 • Phone: 874-6050 • █████ █ █████████

JAN-15-2002  09:36        STR VINCENT                                814 871 6374    P.02

**A000000607**

January 10, 2001

It has been brought to my attention that on Wednesday, December 19, 2001, several students were engaged in inappropriate sexual behavior on their way home from the PASS program. B████ C████████, R████ P██████, C████ A██████████, Y████ H███████, K█████ L████ C█████ B██ A████ G████████, and A█████ K████████ were the students in question. After interviewing all persons involved, with the exception of K█████ L████ because she was hospitalized at Milcreek Hospital for Mental Health reasons, it is apparent that C█████ Y██████, and A█████ did not participate in sexually defiant behavior.

R████ P██████ admittedly went into the bathroom at the laundromat with Anthony K███████ and performed oral copulation on C█████ B██████ on December 19, 2001. She states that B████ C████████ had forced her to go into the bathroom with A██ K██████████████████████████████████████████████████████. The girls had gone to Strong Vincent to meet B██ C████████'s older sister, ███████ who was staying late at PASS. They had seen A█████, C█████ and A████ walking towards the laundromat on West 8th Street. B██ approached the boys and asked them if they would like head from R████. They entered the laundromat, corner of 8th and Washington next to the school, where B█ continued to coerce R████ into performing oral sex on the boys. R████ was uncomfortable with the idea of having oral sex and was hesitant. Antonio states that at this point, B████ started hitting R████. R████ conceded and walked into the bathroom with A████ K██████. They were alone in the bathroom with the lights out for almost 15 minutes and then came out of the bathroom. At some point, they were asked to leave the laundromat because B██ was swearing and throwing things. Once outside, R████ and C█ went behind a house that is located on Washington street. R████ had given fellatio to C██████ B████. According to A████, she had performed this act on both A█ K██████ and C█████ B████ a couple of times. A██████ denies that he engaged in any sexual activity with R████. He claims that he saw the girls on the steps of Strong Vincent and they started walking east on 8th Street. He went into the laundromat to smoke a cigarette and talk to his friend, A████. After his cigarette, he went home. He said that he did not go into the bathroom or outside with R████ at anytime that evening. C█████ B████ R██████ C████ and A████ all saw A██████ and R████ go into the bathroom. When called into the office, A██████'s first statement was, "you want to talk to me about what happened and I didn't do anything."

R████ is now being taunted by B██ C████████ at school. B████ is bothering her to perform this act on other male students. On Monday, 1/7/02, there was a second incident. R████ was at the water fountain. B████ was in the hall asking R████ to give head to a male student that walked by. R████ refused. According to R████, B████ had shoved her into the stairwell and pushed her to follow the male student. R████ walked down the stairs in the same direction as the male student, but nothing had happened.

The third incident to occur was after PASS on Monday 1/7/02. C█████ B████ and an



DEPOSITION EXHIBIT

Woods #1

P.02

A000000608

unknown Male student had left PASS.  They went to the laundromat.  R████ P██████ was at the laundromat changing her clothes and waiting for her dad to pick her up. While in an alcove of the building, the unknown student had forced R█████ to sit down. He put his hands up her shirt.  He brushed her hair back.  He unzipped his pants and put his penis on her face.  R█████ was unsure of the student's name, but was able to describe the student in detail.

K██████ L███ was unable to be interviewed because she was hospitalized at Milcreek Hospital for Mental Health reasons.  While at Milcreek, K██████ mom had said that she admitted to the counselor that she participated in oral sex with a student at Strong Vincent High School.  Y███████ had stated in her interview that R████ P██████ and K██████ L███ had taken turns doing it to C██████

A000000609

**COMMONWEALTH OF PENNSYLVANIA**    CITATION NO.

**NON-TRAFFIC CITATION** P 1271388-6

| 1. Magisterial District Number | 2. Docket Number | 3. Social Security Number |
|---|---|---|
| 06-2-01 | | |

4. Address of Magisterial District Office:  556 W 4

| 7. Defendant's Name - First | Middle | Last | 6. Driver's Number | 8. State |
|---|---|---|---|---|
| C | | B. | | ☐ PA |

8. Defendant's Address (Street-City-State-Zip Code)

| 9. Race/Ethnicity | | 10. Sex | 11. Date of Birth (MM / DD / YY) | 12. Resident Status | 13. Type of Arrest |
|---|---|---|---|---|---|
| (W) ☐ White (A) ☐ Asian | (M) ☒ Male | | (R) ☒ Resident | (O) ☐ On-View |
| (B) ☒ Black (H) ☐ Hispanic | (F) ☐ Female | | (N) ☐ Non-Resident | (S) ☐ Summoned/Cited |
| (I) ☐ Native American (U) ☐ Unknown | | | (U) ☐ Unknown | |

| 14. Juvenile | 15. Parents Notified | 16. Parent's Name | 17. Date Nested | 18. Time |
|---|---|---|---|---|
| ☒ Yes | ☐ Yes | | | |

19. Charge

☒ Disorderly Conduct  ☐ Criminal Trespass  ☐ Theft of Services  ☐ Criminal Mischief
☒ Harassment  ☐ Public Drunkenness  ☐ Scattering Rubbish
☐ Retail Theft  ☐ Purchase, Consumption, Possession or Transportation of Liquor or Malt or Brewed Beverages
☐ Other

20. Nature of Offense

became mad at the school nurse & he displayed threatening behavior by throwing a pencil & openly using profanity thereby creating a risk.

| 21. Pa. Code | 22. ☐ CRIMES CODE TITLE 18 |
|---|---|
| | 5503 |
| 23. SECTION | 24. SUB SEC. |
| (a) | 1 |

| 25. Fine | |
| 26. Costs | |
| 27. J.C.P. | 1.50 |
| 28. TOTAL DUE | $ |

| 30. Date | 31. Time | 32. Day | 33. City-Twp-Boro | 29. ☐ Lab Services Requested | 34. Code | 35. Zone |
|---|---|---|---|---|---|---|
| | | | ERIE | | | |

36. Location  1330 W. 9th St.

| 37. County | 38. County Code |
|---|---|
| ERIE | |

39. Defendant's Signature - Acknowledges Receipt of Citation
X

| 40. Date | 41. |
|---|---|
| 10/25/01 | ☐ Issued |

42. I verify that the facts set forth in this citation are true to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa. C.S.A. § 4904) relating to unsworn falsification to authorities.

OFFICER'S SIGNATURE
Ronald W. Shipski

BADGE NUMBER  #135    ORI NUMBER

43. Station Address  ERIE POLICE - 626 STATE ST.

| 44. Offense Code | 45. Property Record No. | 46. Systems Code | 47. ☐ Initial Report | 48. ☐ Attention LEE | 49. Incident No. |
|---|---|---|---|---|---|

| 50. Victim's Name | 51. Date of Birth (MM / DD / YY) | 52. Sex | 53. Race/Ethnicity |
|---|---|---|---|

54. Victim's Address (Street-City-State-Zip Code)    53. Phone Number

56. Witness/Subpoena List

Nurse Jan Dean

P1271388-6

AOPC 407-95 (Rev. 10/96)

**DISTRICT JUSTICE**

Please Schedule 3:15 hearing.

DEPOSITION EXHIBIT
Woods #2

E 000001882

D-1-T  8/1996

A000000610

The School District of the City of Erie, Pennsylvania
148 West 21st Street • Erie, Pennsylvania 16502

# Teacher/Staff Referral Form

School: _STRONG VINCENT H.S._

Student's Name: _C_____    Date: _8-28-01_

Grade: _8_    Class: _COMPUTER LIT_    Period: _7_    Homeroom: _226_

Teacher's Signature: _R. Lynch_

Room No: _123_

1. Reason for referral:

    A. Attendance                      B. Behavior Problem ☒

        1. Absenteeism ☐              C. Academic Problems ☐
        2. Chronically Late ☐
        3. Medical ☐                   D. Other ☐

2. Explain the problem: _C_____ CONTINUED TO BE DISRUPTIVE FROM THE MINUTE HE ENTERED THE ROOM FOR 10 MINUTES HE WALKED OUT AND WAS WALKING THE HALLS_

3. Briefly summarize what you have done to correct this problem. **IF DETENTION WAS ASSIGNED, GIVE THE DATES AND INDICATE WHETHER STUDENT APPEARED FOR DETENTION.**

_ASKED HIM TO BE QUIET, MOVED SEAT, EXPLAINED RULES, CONSEQUENCES. REMOVED FROM CLASS FOR TALK W/ MR WRIGHT_

4. Have you contacted the parents/guardians? ☐ Yes ☒ No   _NO ANSWER_  (Keep written documentation)

When? _8/28/01  1:30 PM_    Phone: _461-1851_    Letter: _____

| For Office Use Only | | | |
|---|---|---|---|
| **Action Taken:** / Date(s): | **Action Taken:** / Date(s): | **Action Taken:** / Date(s): |
| ☐ Personal Detention | ☐ Parent Contact/Conference | ☐ Home/School Visitor |
| ☐ After-School Detention | ☐ Counselor | ☐ Children and Youth |
| ☐ Saturday Detention | ☐ Nurse | ☐ Attendance/Tardy Letter |
| ☐ Program for After-School Susp. | ☐ After School Student Support Program | ☐ 1st Notice |
| ☐ Out-of-School Suspension | ☐ Peer Mediation | ☐ 2nd Notice |
| ☐ Warning Letter | ☐ Conflict Resolution | ☐ Truancy Referral |
| ☐ Alternative Education | ☐ Parenting Program | ☐ Withdrawal |
| ☐ Expulsion | ☐ SAP Team | ☐ Probation Officer |
| ☐ North Coast School | ☐ Hamilton G.E.D. | ☐ Police Notified |
| ☐ Hamilton Day School | | ☐ ESD Night School |

_Linda C_                                        _8/30/01_

*Signature of Person who received the Referral*

EP000001883

The School District of the City of Erie, Pennsylvania

A000000611

## ADMINISTRATIVE FORMAL DETENTION

*461-1851*

*Dad Chase E.*

Date _8/29/01_

Student _[redacted]_

Date of Detention Assignment _8/31/01_ GR. _E_ HR _226_

Time of Detention _3:15 - 3:45_

Administrator _Mr. Culpovianca_

*Called at 9:53 no answer*

**Reason for Detention Assignment:**

☐ **Tardiness to School**

☐ **Failure to Report to Detention**

☐ **Dress Code Violation**

☐ **Profanity**

☐ **Insubordination**

☐ **Loitering**

☐ **Leaving Assigned Area**

☐ **Electronic Devices**

☐ **Harassment**

☐ **School Safety Violation**

☐ **Walking To and From School**

☐ **Gambling**

☑ **Other** _instigating_

Comments: _____

_____

_____

The above student has been assigned **Administrative/Formal Detention,** which will be held after school hours for the time indicated above. The policy is to provide 24 hour notice of the detention assignment. The parent/guardian acknowledges the detention assignment by signing this notice. The student then returns the signed notice to the school administrator. Failure to report to the detention assignment will result in further disciplinary action as indicated in the Discipline Policy of the Erie School District.

Parent/Guardian Signature _____

Date _____

White copy **Student**      Yellow copy **Parent/Guardian**      Pink copy **Office**

DF-3

E 000001884

A000000612
Department of Pupil Learner Services
## Child Study Office

### Request For Home-School Visitor Service

| LAST NAME | FIRST NAME | M.I. | HOME PHONE | SCH. YEAR | STUDENT NO. |
|---|---|---|---|---|---|
| B | C | | 461-1851 | 01-02 | 899489 |

| NUMBER | STREET NAME | STREET CODE | APT. NO. | ZIP CODE |
|---|---|---|---|---|
| | ST        ERIE        PA | | | 16505 |

| DATE OF BIRTH | | | SEX | | CODE | | | RESIDENT | | NAME OF PARENT OR GUARDIAN | PAR. CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MO | DAY | YR. | MALE | FEMALE | W. | B. | O. | YES | NO | | |
| | | 87 | M | | | | | X | | CHARLES | 1 |

| SCHOOL PUPIL ATTENDED | | SCHOOL NUMBER | GR. | |
|---|---|---|---|---|
| HARDING | 00-01 | 361 | | |

| SCHOOL TO ATTEND SEPT. | | SCHOOL NUMBER | GR. | ROOM | AGE SEPT. 1ST | CURRICULUM CODE |
|---|---|---|---|---|---|---|
| STRONG VINCENT | 01 | 502 | 08 | 226 | 14 | 815 LEARNING SUPPORT RESOURCE ROOM |

#### WITHDRAWAL DATA / RE-ENTRY DATA

| WITHDRAWAL DATA | | RE-ENTRY DATA | |
|---|---|---|---|
| DATE _____ CODE _____ | | DATE _____ CODE _____ | |
| SCHOOL _____ # | | SCHOOL _____ # | |
| GRADE _____ ROOM _____ | | GRADE _____ ROOM _____ | |
| NEW ADDRESS _____ APT. _____ | | | |
| REMARKS _____ | | PRINCIPAL SIGNATURE _____ | |

FORM 80-C02

'ROBI

Parent needs to come in and meet with
Ms. Capp a.s.a.p. Ch_____ has been referred to
my office for the past 2 days. He has been

Date received in Child Study _____    Assigned to: _____

REPORT OF HOME-SCHOOL VISITOR:

insubordinate and defiant. He has an
office detention on 8/30 and a Sat. det. 9/8.
Dad needs to call me at 874-6504 as soon
as possible to set up an appt. This is a
very important matter.

D-1-T  8/1996

A000000613

The School District of the City of Erie, Pennsylvania

148 West 21st Street • Erie, Pennsylvania 16502

# Teacher/Staff Referral Form

School: _STRONG VINCENT_

Student's Name: _C_____ B._  Date: _8/30/01_

Grade: _8_  Class: _COMPUTER LIT_  Period: _7_  Homeroom: _226_

Teacher's Signature: _R Lill_  Room No: _103_

1. Reason for referral:

   A. Attendance
      1. Absenteeism ☐
      2. Chronically Late ☐
      3. Medical ☐

   B. Behavior Problem ☒
   C. Academic Problems ☐
   D. Other ☐

2. Explain the problem: _C_____ 1ST INCIDENT TODAY THROWING A PENCIL AT A STUDENT IN THE HALLWAY – 2ND INCIDENT THROWING PAPER AT STUDENT IN CLASS._

3. Briefly summarize what you have done to correct this problem. **IF DETENTION WAS ASSIGNED, GIVE THE DATES AND INDICATE WHETHER STUDENT APPEARED FOR DETENTION.**

   _LAST CLASS INCIDENT – REVIEW REFERRAL – TODAY CONFRONTED C_____ WITH PROBLEM – HE ADMITTED WRONG – SAID HE WOULD STRAIGHTEN UP. CONTINUED THROWING OBJECTS) REFUSED TO PUT COMPUTER AREA BACK TOGETHER_

4. Have you contacted the parents/guardians? ☐ Yes ☒ No (Keep written documentation)

   When? _8/30/01  1130 AM_  Phone: _461-1851_  Letter: _____

| For Office Use Only. | | | | | | |
|---|---|---|---|---|---|---|
| **Action Taken:** | Date(s) | **Action Taken:** | Date(s) | **Action Taken:** | Date(s) |
| ☐ Personal Detention | | ☐ Parent Contact/Conference | | ☐ Home/School Visitor | |
| ☐ After-School Detention | | ☐ Counselor | | ☐ Children and Youth | |
| ☒ Saturday Detention | 9/8/01 | ☐ Nurse | | ☐ Attendance Ref. to Letter | |
| ☒ Program for After-School Susp. | | ☐ After School Student | | ☐ 1st Notice | |
| ☐ Out-of-School Suspension | | Support Program | | ☐ 2nd Notice | |
| ☐ Warning Letter | | ☐ Peer Mediation | | ☐ Truancy Referral | |
| ☐ Alternative Education | | ☐ Conflict Resolution | | ☐ Withdrawal | |
| ☐ Expulsion | | ☐ Parenting Program | | ☐ Probation Officer | |
| ☐ North Coast School | | ☐ SAP Team | | ☐ Police Notified | |
| ☐ Hamilton Day School | | ☐ Hamilton G.E.D. | | ☐ ESD Night School | |

_Linda Cappabianca_  _8/30/01_
Signature of Person who received the Referral  Date

E000001886



Erie Pennsylvania 16502
Phone: (814) 87___ ___ (814) 87-1-650-

A000000614

Ms. Janet M. Woods
Acting Principal

Ms. Linda Cappabianca
Acting Assistant Principal
Mr. Patrick L. Hart
Assistant Principal
Mrs. Mary L. Popadak
Assistant Principal

# Program For After School Suspension Notice

Date    9-7-01

Parent/Guardian    B.    C
Address

Erie PA 16505

Student    B.    C
D.O.B             87
Grade    8             H.R.    226
I.D. #    899489

Dear Parent / Guardian,

Your son/daughter has been assigned to the Program for After School Suspension as follows:

Reason    vulgar language/uncooperative in office
ATTENDANCE PASS

Dates    9/10,11,12,13,14    ASSN-TIME: 3:30 P.M. TO 6:30 P.M.    Computer Center Code    06

Your son/daughter has been given the opportunity to discuss the above incident with administrators prior to the suspension ruling. Students are to remain in the custody of their parent/guardian during the normal school hours when assigned and attending the Program for After School Suspension (PASS). Students are not permitted on or near school grounds during the term of this suspension. The student is excluded from participation in all school sponsored activities during placement in the Program for After School Suspension. The student's regular classroom teachers will provide reasonable assignments to be completed during PASS placement. Transportation to and from this assignment is the responsibility of the student's parent/guardian.

A parent/guardian conference is requested prior to the student returning to regular classes. The cooperation of the home is requested in the enforcement of this ruling. If you have further questions, please contact school administrators.

Ms. J. M. Woods
J. M. Woods
Principal

Patrick L Hart
Mr Patrick Hart
Assistant Principal

Mary Popadak
Ms. Mary Popadak
Assistant Principal

cc: Director
Home Room Teacher
School Office

PASS Teacher
Counselor

E  000001887

D-1-T   8/1996

A000000615

The School District of the City of Erie, Pennsylvania
148 West 21st Street • Erie, Pennsylvania 16502

# Teacher/Staff Referral Form

School: _Shining Vincent_

Student's Name: ███████ 6 _____    Date: _Sept 7, 2001_

Grade: _8_    Class: _Math_    Period: _5_    Homeroom: _____

Teacher's Signature: _Miss Del Tres-Schultz_    Room No: _____

1. Reason for referral:

   A. Attendance                           B. Behavior Problem ☑
      1. Absenteeism ☐
      2. Chronically Late ☐               C. Academic Problems ☐
      3. Medical ☐                        D. Other ☐

2. Explain the problem: ████████ was defiant about everything we did. He did complete his work, but after their work was completed he (in class) was supposed to watch a movie or find something to do — he said "I am not watching a Texas rangu ass movie". He also

3. Briefly summarize what you have done to correct this problem. **IF DETENTION WAS ASSIGNED, GIVE THE DATES AND INDICATE WHETHER STUDENT APPEARED FOR DETENTION.**
said the "F" word. I gave him more than enough warnings to get on task — and redirected him — He was also late for class — but I let that go ..

4. Have you contacted the parents/guardians? ☐ Yes   ☐ No   (Keep written documentation)

   When? _____    Phone: _____    Letter: _____

---

For Office Use Only

| Action Taken: | Date(s) | Action Taken: | Date(s) | Action Taken: | Date(s) |
|---|---|---|---|---|---|
| ☐ Personal Detention | | ☐ Parent Contact/Conference | | ☐ Home/School Visitor | |
| ☐ After-School Detention | | ☐ Counselor | | ☐ Children and Youth | |
| ☐ Saturday Detention | | ☐ Nurse | | ☐ Intensive Case Monitor | |
| ☐ Program for After-School Susp. | | ☐ After-School Student | | ☐ 1st Notice | |
| ☐ Out-of-School Suspension | | ☐ Support Program | | ☐ 2nd Notice | |
| ☐ Warning Letter | | ☐ Peer Mediation | | ☐ Truancy Referral | |
| ☐ Alternative Education | | ☐ Conflict Resolution | | ☐ Withdrawal | |
| ☐ Expulsion | | ☐ Parenting Program | | ☐ Probation Officer | |
| ☐ North Coast School | | ☐ SAP Team | | ☐ Police Notified | |
| ☐ Hamilton Day School | | ☐ Hamilton G.E.D. | | ☐ ESD Night School | |

_5 days of Attendance_
_Pass_
9/10, 11, 12, 13

_Linda G. Cappabianca_    9/4/01
Signature of Person who received the Referral    Date

White Copy: Student File;   Canary Copy: Counselor;   Pink Copy: Teacher/Staff Member Who Makes Referral

000001888

D-1-T  8/1996

A000000616

The School District of the City of Erie, Pennsylvania
148 West 21st Street • Erie, Pennsylvania 16502

# Teacher/Staff Referral Form

School: _Strong Vincent_

Student's Name: ~~Christ~~ _Charles B._                    Date: _9/7/01_

Grade: _8_    Class: _Comp Litt_    Period: _7_    Homeroom: _226_

Teacher's Signature: _R. Lynch_

Room No: _103_

1. Reason for referral:                          REQUEST REMOVAL FROM
   A. Attendance          B. Behavior Problem ☑    CLASS ROOM
      1. Absenteeism ☐
      2. Chronically Late ☐   C. Academic Problems ☐
      3. Medical ☐            D. Other ☐

2. Explain the problem: ~~Charles~~ CONTINUES TO DISRUPT THE CLASS
   HE WAS GOOD FROM 12:00 - 1:00 AFTER 1:00 CHARLES
   CONTINUOUSLY DISRUPTED THE CLASS FOR 10 MINUTES
   CONSTANT INTERACTION WITH JEREMY KIMBROUGH

3. Briefly summarize what you have done to correct this problem. IF DETENTION WAS ASSIGNED, GIVE THE DATES AND
   INDICATE WHETHER STUDENT APPEARED FOR DETENTION.
   TRIED TALKING TO CHARLES TO REASON AND REMEMBER THAT
   THIS BEHAVIOR IS UNACCEPTABLE - 2 PREVIOUS REFERRALS
   SCHEDULED PARENT CONFERENCE 9/6 - NO SHOW.
   HOME SCHOOL VISIT.

4. Have you contacted the parents/guardians? ☐ Yes ☑ No   (Keep written documentation)

When? _____ Phone: _____ Letter: _____

| For Office Use Only: | | | | | |
|---|---|---|---|---|---|
| **Action Taken:** | **Date(s):** | **Action Taken:** | **Date(s):** | **Action Taken:** | **Date(s):** |
| ☐ Personal Detention | | ☐ Parent Contact/Conference | | ☐ Home/School Visitor | |
| ☐ After-School Detention | | ☐ Counselor | | ☐ Children and Youth | |
| ☐ Saturday Detention | | ☐ Nurse | | ☐ Attendance/Tardy Letter | |
| ☐ Program for After-School Susp. | | ☐ After School Student | | ☐ 1st Notice | |
| ☐ Out-of-School Suspension | | Support Program | | ☐ 2nd Notice | |
| ☐ Warning Letter | | ☐ Peer Mediation | | ☐ Truancy Referral | |
| ☐ Alternative Education | | ☐ Conflict Resolution | | ☐ Withdrawal | |
| ☐ Expulsion | | ☐ Parenting Program | | ☐ Probation Officer | |
| ☐ North Coast School | | ☐ SAP Team | | ☐ Police Notified | |
| Hamilton Day School | | ☐ Hamilton G.E.D. | | ☐ ESD Night School | |

_Signature of Person who received the Referral_                    9/12/01

Date

White Copy: Student File;   Canary Copy: Counselor;   Pink Copy: Teacher/Staff Member Who Makes Referral

A000000617

9/7/01

RE: C_____ B

Ms. Acke came to me to tell me that C_____ B (who is not part of her class) was in the boys locker room. C_____ left the locker room and was hiding behind the N.E. corner doors. When I signaled him to come to me, he started up the stairs. As I approached the stairs, he ran off, up the stairs.

Scott A. Burbee SB



Erie Pennsylvania 16502
Phone: (814) 874-6500  Fax: (814) 874-6501

A000000648

Ms. Janet M. Woods
Acting Principal

Ms. Linda Cappabianca
Acting Assistant Principal
Mr. Patrick L. Hart
Assistant Principal
Mrs. Mary L. Popadak
Assistant Principal

# Saturday Detention Notice

Date  9-8-01

Parent/Guardian  B███ C███
Address  ████████████████

Erie PA 16505

Student  B███ C███
D.O.B  ██████ 87
Grade  8                    H.R.  226
I.D. #  899489

Dear Parent / Guardian,

Your son/daughter has been assigned Saturday Detention as follows:

Reason   insubordination/classroom disruption

Dates   9/8/01                    ASSN-TIME:   9:00 A.M. TO 12:00 P.M.   Computer Center Code   10

    Your son/daughter is to report to this assignment promptly and be prepared to complete appropriate academic work as assigned by the staff member in charge of Saturday Detention.  Failure to serve this Saturday Detention, or further incidents of misbehavior and/or failure to comply with rules and guidelines of Saturday Dentetion will result in, at minimum, a three (3) day assignment to the Program for After School Suspension (PASS).  Transportation to and from Saturday Detention is the responsibility of parent/guardian.

    The cooperation of the home is requested in the enforcement of this ruling. Questions or concerns regarding this assignment should be referred to school administrators.

*Ms. J. M. Woods*

Principal

*Patrick L Hart*
Mr Patrick Hart
Assistant Principal

cc:  Director
    Home Room Teacher
    School Office

    Counselor

*Mary Popadak*
Ms. Mary Popadak

Assistant Principal

D-I-T   8/1996

The School District of the City of Erie, Pennsylvania
148 West 21st Street • Erie, Pennsylvania 16502

# Teacher/Staff Referral Form

School: _STRONG VINCENT_

Student's Name: _C_____ B._          Date: _9/11/01_

Grade: _8_   Class: _Comp LIT_          Period: _07_   Homeroom: _____

Teacher's Signature: _R Licht_          Room No: _103_

1. Reason for referral:

   A. Attendance          B. Behavior Problem ❏
      1. Absenteeism ❏
      2. Chronically Late ❏   C. Academic Problems ❏
      3. Medical ❏          D. Other ☒   CHECK THIS OUT

2. Explain the problem: _____

   _C_____ ARRIVED FROM YOUR OFFICE IN Rm 103 @ 1:02 PM - PASS HAD 12:35 CROSSED OUT TO 12:45_

3. Briefly summarize what you have done to correct this problem.  **IF DETENTION WAS ASSIGNED, GIVE THE DATES AND INDICATE WHETHER STUDENT APPEARED FOR DETENTION.**

   _____

   _____

   _____

4. Have you contacted the parents/guardians? ❏ Yes ❏ No  (Keep written documentation)

   When? _____   Phone: _____   Letter: _____

---

*For Office Use Only:*

| Action Taken: | Date(s) | Action Taken: | Date(s) | Action Taken: | Date(s) |
|---|---|---|---|---|---|
| ❏ Personal Detention | | ❏ Parent Contact/Conference | | ❏ Home/School Visitor | |
| ❏ After-School Detention | | ❏ Counselor | | ❏ Children and Youth | |
| ❏ Saturday Detention | | ❏ Nurse | | ❏ Attendance/Tardy Letter | |
| ❏ Program for After-School Susp. | | ❏ After School Student | | ❏ 1st Notice | |
| ❏ Out-of-School Suspension | | Support Program | | ❏ 2nd Notice | |
| ❏ Warning Letter | | ❏ Peer Mediation | | ❏ Truancy Referral | |
| ❏ Alternative Education | | ❏ Conflict Resolution | | ❏ Withdrawal | |
| ❏ Expulsion | | ❏ Parenting Program | | ❏ Probation Officer | |
| ❏ North Coast School | | ❏ SAP Team | | ❏ Police Notified | |
| ❏ Hamilton Day School | | ❏ Hamilton G.E.D. | | ❏ ESD Night School | |

_Linda Casablanca_                    _9/12/01_

*Signature of Person who received the Referral*          *Date*

White Copy: Student File;   Canary Copy: Counselor;   Pink Copy: Teacher/Staff Member Who Makes Referral

E_000001892

A000000620

# BEHAVIORAL CONTRACT

I, ██████ B ██████, HEREBY DECLARE THAT
I WILL FOLLOW ALL SCHOOL AND CLASSROOM RULES. I WILL
LISTEN TO MY TEACHERS AND COMPLETE ALL MY ASSIGNMENTS TO
THE BEST OF MY ABILITY. I WILL ARRIVE ON TIME AND BE PREPARED
FOR ALL CLASSES. I WILL CARRY A BEHAVIOR SHEET TO ALL MY
CLASSES AND RETURN IT TO MY TEACHER AT THE END OF EACH DAY.
I UNDERSTAND MY RESPONSIBILITIES AS A STRONG VINCENT
STUDENT AND DEPENDABLE YOUNG ADULT. I WILL BE HELD
ACCOUNTABLE FOR MY ACTIONS IF I CHOOSE TO BREAK THIS
CONTRACT; I HAVE DISCUSSED THE CONSEQUENSE FOR
INAPPROPRIATE BEHAVIOR WITH THE PRINCIPAL, MY TEACHER, AND
MY PARENT OR GUARDIAN. IF I AM SUCCESSFUL, I WILL CONTINUE
MY EDUCATIONAL CAREER AT STRONG VINCENTAND WILL NOT BE
PROCESSED FOR AN ALTERNATIVE PLACEMENT.

STUDENT SIGNATURE ██████ B _____ DATE 9/12/01

PARENT SIGNATURE _____ DATE _____

TEACHER SIGNATURE _Mrs Mann_ DATE 9/12/01

ADMINISTRATOR SIGNATURE _Finela Cappabianca_ DATE 9/12/01

I agree not to fight in school or outside of school or I will be charged with
disorderly conduct. I will not be permitted to attend school assemblies or
field trips. I will also have to sit alone in the main office for lunch until I am
able to get along with all students.

E 000001893

*The School District of the City of Erie, Pennsylvania*

A000000621

## TEACHER/PERSONAL DETENTION NOTICE

Date 9/13/01

Student _C_____ B_____    GR 8    HR 226

Date of Detention Assignment ___9-14-01___

Time of Detention ___3:05 - 3:35___    G-50

Teacher ___R. Hill___

Reason for Detention Assignment:

☐ **Tardiness**    ☐ **Failure To Do Homework**

☐ **Unprepared For Class**    ☐ **Disrespectful Behavior**

☒ **Classroom Disruption**    ☐ **Other**

Comments: _SEVERAL WARNINGS — CONTINUED_
_DISRUPTIVE BEHAVIOR_

The above student has been assigned **Teacher/Personal Detention**, which will be held after school hours for the amount of time indicated above. The policy is to provide 24 hour notice of the detention assignment. The parent/guardian acknowledges the detention assignment by signing this notice. The student then returns the signed notice to the teacher who has made the detention assignment. Failure to report to the detention assignment will result in further disciplinary action as indicated in the Discipline Policy of the Erie School District.

*REQUIRED*

Parent/Guardian Signature _____

Date _____

White copy **Student/Parent Guardian**    Yellow copy **Teacher**    Pink copy **Office**

DF-2

E 000001894

A000000622

9/14/81

Miss Cuff

C█████ needs to
settle down. Problems
with Jeremey.

Mrs Manus
224
1:03

E 000001895

X = Good Behavior
O = No Points

A000000623

_____ Day

## Behavior Chart

Name: Ch____ B___

Period: 1

Date: 9/14/01

Teacher Comments:

Code
On Time    X
Complete Work    X
Appropriate Language    X
Stays in Seat    X
Follows Directions    X
No cutting Class    X

OK
today !!!

Period    2
OT    X
CW    X
AL    X
SS    X
FD    X (made it)

good overall

RAPsong was great!

Period    3
OT    ✓
CW    ✓
AL    ✓
SS    ✓
FD    ✓

OK

Period    4
OT    ✓
CW    ✓
AL    ✓
SS    ✓
FD    ✓

OK Daily

Originating Teacher: _____

E 000001896

D-1-T  8/1996

A000000624

The School District of the City of Erie, Pennsylvania

1511 Peach Street • Erie, Pennsylvania 16501

# Teacher/Staff Referral Form

School: _Saint Vincent_

Student's Name: _[redacted] B_

Grade: _7_   Class: _____   Date: _9/14/01_

Period: _____   Homeroom: _____

Teacher's Signature: _J Dean RN_

Room No: _____

461-1857

1. Reason for referral:

   A. Attendance
      1. Absenteeism ☐
      2. Chronically Late ☐
      3. Medical ☐

   B. Behavior Problem ☑
   C. Academic Problems ☐
   D. Other ☐

2. Explain the problem: _Disrespectful, threw a pen @ me &_
   _used foul language_

3. Briefly summarize what you have done to correct this problem. **IF DETENTION WAS ASSIGNED, GIVE THE DATES AND INDICATE WHETHER STUDENT APPEARED FOR DETENTION.**

4. Have you contacted the parents/guardians? ☐ Yes   ☑ No   (Keep written documentation)
   When? _____   Phone? _____

   _Unable to reach her_

**For Office Use Only:**

| Action Taken: | Date(s) | Action Taken: | Date(s) | Action Taken | Date(s) |
|---|---|---|---|---|---|
| ☐ Personal Detention | | ☐ Parent Contact/Conference | | ☐ Home/School Visitor | |
| ☐ After-School Detention | | ☐ Counselor | | ☐ Children & Youth | |
| ☐ Saturday Detention | | ☐ Nurse | | ☐ Attendance Party Letter | |
| ☐ Program for After-School Susp. | | ☐ After School Student | | ☐ 1st Notice | |
| ☐ Out-of-School Suspension | | Support Program | | ☐ 2nd Notice | |
| ☐ Warning Letter | | ☐ Peer Mediation | | ☐ Truancy Referral | |
| ☐ Alternative Education | | ☐ Conflict Resolution | | ☐ Withdrawal | |
| ☐ Expulsion | | ☐ Parenting Program | | ☐ Probation Officer | |
| ☐ North Coast School | | ☐ SAP Team | | ☐ Police Notified | |
| ☐ Hamilton Day School | | ☐ Hamilton G.E.D. | | ☐ ESD Night School | |

_Signature of Person who received the Referral_   _9/13/01_
_Date_

White Copy: Student File;   Canary Copy: Counselor;   Pink Copy: Teacher/Staff Member Who Makes Referral

E 000001897

X = Good Behavior
O = No Points

A000000625

_____ B Day

### Behavior Chart

Name: C_____ B_____

Period: 1B

Date: 9/17/-1

Teacher Comments:

Code
On Time _____ ✓
Complete Work _____ ✓
Appropriate Language _____ ✓
Stays in Seat _____ N/A
Follows Directions _____ ✓
No cutting Class _____ ✓

* DID A GOOD JOB TODAY.
(SB)

Period 6
OT _____ pass
CW _____ X
AL _____ X
SS _____ X
FD _____ X

bothering others
took another student
calculator

Period _____
OT _____
CW _____
AL _____
SS _____
FD _____

Period 8
OT _____ yes
CW _____ Yes
AL _____ Yes
SS _____ Yes
FD _____ Yes

He was ok today

Donch

Originating Teacher: _____

Please return to Ms. Capp at 12:55

A000001998

The School District of the City of Erie, Pennsylvania

A000000626

# TEACHER/PERSONAL DETENTION NOTICE

Date _9-17-01_

Student _C_____ B._  GR _8_  HR _226_

Date of Detention Assignment _9-19_

Time of Detention _3:05 - 3:35_  _Rm G-50_

Teacher _R. Lischi_

Reason for Detention Assignment:

[X] **Tardiness**  [ ] **Failure To Do Homework**

[ ] **Unprepared For Class**  [ ] **Disrespectful Behavior**

[ ] **Classroom Disruption**  [ ] **Other**

Comments: _Tardy to class 5 min._

The above student has been assigned **Teacher/Personal Detention**, which will be held after school hours for the amount of time indicated above. The policy is to provide 24 hour notice of the detention assignment. The parent/guardian acknowledges the detention assignment by signing this notice. The student then returns the signed notice to the teacher who has made the detention assignment. Failure to report to the detention assignment will result in further disciplinary action as indicated in the Discipline Policy of the Erie School District.

Parent/Guardian Signature _____

Date _____

White copy **Student/Parent Guardian**    Yellow copy **Teacher**    Pink copy **Office**

DF-2

E 000001899

the City of Erie, Pennsylvania

A000000627

# TEACHER/PERSONAL DETENTION NOTICE

Date __9-17-01__

Student __C_____ B__          GR __8__   HR __226__

Date of Detention Assignment __9-19__

Time of Detention __7:05 - 3:35__   _PM 6 SO_

Teacher __R. Sychak__

Reason for Detention Assignment:

[X] Tardiness

[ ] Unprepared For Class

[ ] Classroom Disruption

[ ] Failure To Do Homework

[ ] Disrespectful Behavior

[ ] Other

Comments: __TARDY TO CLASS 5 min.__
__NO SHOW 3X__

The above student has been assigned **Teacher/Personal Detention**, which will be held after school hours for the amount of time indicated above. The policy is to provide 24 hour notice of the detention assignment. The parent/guardian acknowledges the detention assignment by signing this notice. The student then returns the signed notice to the teacher who has made the detention assignment. Failure to report to the detention assignment will result in further disciplinary action as indicated in the Discipline Policy of the Erie School District.

Parent/Guardian Signature _____

Date _____

White copy **Student/Parent Guardian**     Yellow copy **Teacher**     Pink copy **Office**

DF-2

E 000001900

D-I-T  8/1996

The School District of the City of Erie, Pennsylvania
A000000828
1511 Peach Street • Erie, Pennsylvania 16501

# Teacher/Staff Referral Form

School: _Strong Vincent_

Student's Name: _C_____ _B._                                    Date: _9/18/01_

Grade: _08_    Class: _Homeroom_                Period: _HR_    Homeroom: _226_

Teacher's Signature: _Mr/Cntens_                             Room No: _226_

I. Reason for referral:

   A. Attendance                    B. Behavior Problem ☑
      1. Absenteeism ☐
      2. Chronically Late ☐        C. Academic Problems ☐
      3. Medical ☐                 D. Other ☐

2. Explain the problem: _C_____ was insubordinate to staff. C_____ was
in the hallway unattended by staff. I directed C_____ 5
times to go to homeroom. C_____ ignored me and
walked away from me. C____ kept walking away from me_

3. Briefly summarize what you have done to correct this problem. **IF DETENTION WAS ASSIGNED, GIVE THE DATES AND INDICATE WHETHER STUDENT APPEARED FOR DETENTION.**

_and away from the middle klds classrooms. C_____ did
not have permission to be out of homeroom_

4. Have you contacted the parents/guardians? ☐ Yes ☐ No  (Keep written documentation)

When? _____    Phone: _____    Letter: _____

For Office Use Only:

| Action Taken: | Date(s): | Action Taken: | Date(s): | Action Taken: | Date(s): |
|---|---|---|---|---|---|
| ☐ Personal Detention | | ☐ Parent Contact/Conference | | ☐ Home/School Visitor | |
| ☐ After School Detention | | ☐ Counselor | | ☐ Children and Youth | |
| ☐ Saturday Detention | | ☐ Nurse | | ☐ Attendance/Tardy Letter | |
| ☐ Program for After School Susp. | | ☐ After School Student | | ☐ 1st Notice | |
| ☐ Out-of-School Suspension | | Support Program | | ☐ 2nd Notice | |
| ☐ Warning Letter | | ☐ Peer Mediation | | ☐ Truancy Referral | |
| ☐ Alternative Education | | ☐ Conflict Resolution | | ☐ Withdrawal | |
| ☐ Expulsion | | ☐ Parenting Program | | ☐ Probation Officer | |
| ☐ North Coast School | | ☐ S.A.P. Team | | ☐ Police Notified | |
| ☐ Hamilton Day School | | ☐ Hamilton G.E.D. | | ☐ ESD Night School | |

_____                                    _10/2/01_
Signature of Person who received the Referral                        Date

White Copy: Student File;   Canary Copy: Counselor;   Pink Copy: Teacher/Staff Member Who Makes Referral

E  000001901

D-1-T  8/1996

A000000629

The School District of the City of Erie, Pennsylvania
148 West 21st Street • Erie, Pennsylvania 16502

# Teacher/Staff Referral Form

School: _STRONG VINCENT_

Student's Name: C_____ B.     Date: _9/19/01_

Grade: _08_   Class: _COMPUTER LIT_     Period: _7_   Homeroom: _226_

Teacher's Signature: _R LIPCHIK_     Room No: _@ 103_

_Having lunch_
_yet_

1. Reason for referral:

   A. Attendance        B. Behavior Problem ☒
      1. Absenteeism ☐
      2. Chronically Late ☐   C. Academic Problems ☐
      3. Medical ☐       D. Other ☐ *

2. Explain the problem: _C_____ WAS ESCORTED TO CLASS BY MS SKULLY_
_@ 1:00 FOR Pd 7 WHICH STARTS AT 12:06 - C_____
_MANAGED TO DISRUPT THE CLASS WITH HIS TALKING AND_
_CARRYING ON. THIS IS CHRONIC DISRUPTIVE BEHAVIOR._

3. Briefly summarize what you have done to correct this problem.  IF DETENTION WAS ASSIGNED, GIVE THE DATES AND INDICATE WHETHER STUDENT APPEARED FOR DETENTION.
_DETENTIONS - REFERRALS - REQUEST FOR PARENT CONF._
_2 - NO SHOWS. - HOME VISIT BY MR. WRIGHT_

4. Have you contacted the parents/guardians? ☐ Yes  ☒ No  (Keep written documentation)   _NO ANSWER_

   When? _____   Phone: _____   Letter: _____

| For Office Use Only Action Taken: | Date(s): | Action Taken: | Date(s): | Action Taken: | Date(s): |
|---|---|---|---|---|---|
| ☐ Personal Detention | | ☐ Parent Contact/Conference | | ☐ Home/School Visitor | |
| ☐ After-School Detention | | ☐ Counselor | | ☐ Children and Youth | |
| ☐ Saturday Detention | | ☐ Nurse | | ☐ Attendance/Tardy Letter | |
| ☐ Program for After-School Susp. | | ☐ After School Student | | ☐ 1st Notice | |
| ☐ Out-of-School Suspension | | Support Program | | ☐ 2nd Notice | |
| ☐ Warning Letter | | ☐ Peer Mediation | | ☐ Truancy Referral | |
| ☐ Alternative Education | | ☐ Conflict Resolution | | ☐ Withdrawal | |
| ☐ Expulsion | | ☐ Parenting Program | | ☐ Probation Officer | |
| ☐ North Coast School | | ☐ SAP Team | | ☐ Police Notified | |
| ☐ Hamilton Day School | | ☐ Hamilton G.E.D. | | ☐ ESD Night School | |

_Linda L. Capabianca_     _9/19/01_
Signature of Person who received the Referral     Date

White Copy: Student File;   Canary Copy: Counselor;   Pink Copy: Teacher/Staff Member Who Makes Referral

E 000001902

*[handwritten top-left margin: illegible] 10/19/01 2nd Bday thank you*

The School District of the City of Erie, PA

A000000630

# Functional Behavior Assessment

Student **C___** (redacted)  Grade **5**  School **Strong Vincent**

Date **10/18/01**  Time **9:40 - 10:40**  Subject **LS Math**  Staff Reporter **G. Gray**

## GLOBAL INFORMATION

Behavior **Out of seat, bothering other students, back talk when redirected**

Strengths **does well when focused on assignments very bright**

Academics **good in Math and reading**

Attempted Intervention / Duration **3 warnings, sit close to teacher, alternative assignments**

Family / Social **bothers others, instigates fights between peers**

Please state where, when, and with whom the problem behavior is most likely to occur.

Where **In Classroom / In Hallway**

When **during class, when being redirected due to poor behavior**

With whom **People in Authority positions**

| BEHAVIORS | ANTECEDENTS | FUNCTIONS | WHAT HAPPENED AFTER? |
|---|---|---|---|
| Check the two most severe behaviors | What happened immediately before the problem behavior? | What is the student getting from this behavior? | What did the teacher do, following the behavior? |
| **HE/SHE WILL:** | **WHEN:** | **IN ORDER TO:** | |
| ☐ Refuse directions | ☐ Demand / request | ☒ Gain Attention | ☒ Nothing / Ignored |
| ☒ Be off task | ☒ Unstructured time | ☒ Adult | ☐ Physical redirection |
| ☒ Be physically / verbally aggressive | ☒ Loud / disruptive environment | ☒ Student | ☐ Student continued activity |
| ☐ Destroy property | ☒ Other student provoked | ☐ Other _____ | ☒ Verbal redirection |
| ☒ Provoke / tease others | ☒ Transition between tasks | | ☐ Separation within room area |
| ☐ Leave class | ☒ Transition between classes | ☐ Escape / Avoid | ☒ Removal from room |
| ☐ Injure self | ☐ Difficult academic tasks | ☐ Activity | ☐ Call for assistance |
| ☒ Be tardy | ☒ Interruptions | ☐ Anxiety / Fear | ☐ Call parent |
| ☐ Sleep | ☒ Attention given to others | ☐ Negative interaction | ☒ Teacher / peer attention |
| ☒ Not complete work | ☒ Stopped from doing desired activity | ☐ Difficult work | ☒ Loss of privileges |
| ☐ Be absent | ☒ Other (specify) **Out of seat Constantly** | | ☒ Other (specify) **Sent to office** |
| ☒ Swear | | ☒ Get Something | |
| ☐ Other (specify) | | ☒ Power / Control | |
| | | ☐ Desired item / Activity | |

## HYPOTHESIS

| BEHAVIOR HE / SHE WILL: | ANTECEDENTS WHEN: | FUNCTION IN ORDER TO: |
|---|---|---|
| Talk out / touch others | Someone walks by, redirected by teacher, New person enters a room. | Have power, show off, act tough, avoid work. |

E 000001903

*10/19/01 [illegible]*
*Thank you*

The School District of the City of Erie, PA

# Functional Behavior Assessment

A000031

| Student | C_____ 6 | | Grade | 5 | School | Strong Vincent |
| Date | 10/19/01 | Time | 12⁰⁸-13⁵ | Subject | Social Studies | Staff Reporter | C. Morris |

## GLOBAL INFORMATION

**Behavior** out of seat, talking out, backtalk when re-directed

**Attempted Intervention / Duration** _____

**Strengths** does well when focused on assignments very bright

**Academics** good comprehension skills

**Family / Social** bothers others instigates fights

Please state where, when, and with whom the problem behavior is most likely to occur.

**Where** In classroom/hallway

**When** during class when being redirected due to poor behavior

**With whom** People in authority positions

| BEHAVIORS | ANTECEDENTS | FUNCTIONS | WHAT HAPPENED AFTER? |
|---|---|---|---|
| Check the two most severe behaviors | What happened immediately before the problem behavior? | What is the student getting from this behavior? | What did the teacher do, following the behavior? |
| **HE/SHE WILL:** | **WHEN:** | **IN ORDER TO:** | ☐ Nothing / Ignored |
| ☐ Refuse directions | ☐ Demand / request | ☒ Gain Attention | ☒ Physical redirection |
| ☒ Be off task | ☐ Unstructured time | ☐ Adult | ☐ Student continued activity |
| ☒ Be physically / verbally aggressive | ☒ Loud / disruptive environment | ☒ Student | ☒ Verbal redirection |
| ☐ Destroy property | ☐ Other student provoked | ☐ Other | ☐ Separation within room area |
| ☐ Provoke / tease others | ☐ Transition between tasks | | ☒ Removal from room |
| ☐ Leave class | ☐ Transition between classes | ☐ Escape / Avoid | ☐ Call for assistance |
| ☐ Injure self | ☐ Difficult academic tasks | ☐ Activity | ☐ Call parent |
| ☐ Be tardy | ☐ Interruptions | ☐ Anxiety / Fear | ☒ Teacher / peer attention |
| ☐ Sleep | ☒ Attention given to others | ☐ Negative interaction | ☒ Loss of privileges |
| ☐ Not complete work | ☐ Stopped from doing desired activity | ☐ Difficult work | ☒ Other (specify) |
| ☐ Be absent | ☐ Other (specify) | | Sent to office |
| ☐ Swear | | ☒ Get Something | |
| ☐ Other (specify) | | ☒ Power / Control | |
| | | ☐ Desired item / Activity | |

## HYPOTHESIS

| BEHAVIOR HE / SHE WILL: | ANTECEDENTS WHEN: | FUNCTION IN ORDER TO: |
|---|---|---|
| Talk out/touch other | Someone walks by redirected by teacher new person enters room | Have power, show off, act tough avoid work. |

E 00000 1904
RS:ss

D-1-T   8/1996

A000000632

The School District of the City of Erie, Pennsylvania
148 West 21st Street ● Erie, Pennsylvania 16502

# Teacher/Staff Referral Form

School: _Strong Vincent_

Student's Name: _C_____ B_          Date: _9/26/01_

Grade: _08_    Class: _Au Cronism_          Period: _1_    Homeroom: _226_

Teacher's Signature: _Mr. Kitchen_          Room No: _226_

**1. Reason for referral:**

A. Attendance          B. Behavior Problem ☑
   1. Absenteeism ☐
   2. Chronically Late ☐     C. Academic Problems ☐
   3. Medical ☐          D. Other ☐

**2. Explain the problem:** _C____ was being very disruptive at the assembly. C____ was constantly talking and causing a disruption. C____ also was touching others and throwing candy across the Auditorium. I moved his seat by me and directed him to be quiet. C_____

**3. Briefly summarize what you have done to correct this problem. IF DETENTION WAS ASSIGNED, GIVE THE DATES AND INDICATE WHETHER STUDENT APPEARED FOR DETENTION.**

_Ignored Teacher directive, and continued to yell, stand-up, and bother others in the Assembly. It is my recommendation that C____ be placed on the "No go" list for future Assemblies for his very poor behavior._

**4. Have you contacted the parents/guardians?** ☐ Yes  ☐ No  (Keep written documentation)

When? _____     Phone: _____     Letter _____

| For Office Use Only | | | | | |
|---|---|---|---|---|---|
| **Action Taken:** | Date(s) | **Action Taken:** | Date(s) | **Action Taken:** | Date(s) |
| ☐ Personal Detention | | ☐ Parent Contact/Conference | | ☐ Home/School Visitor | |
| ☐ After-School Detention | | ☐ Counselor | | ☐ Children and Youth | |
| ☐ Saturday Detention | | ☐ Nurse | | ☐ Attendance Tardy Letter | |
| ☐ Program for After-School Susp. | | ☐ After School Student | | ☐ 1st Notice | |
| ☐ Out-of-School Suspension | | Support Program | | ☐ 2nd Notice | |
| ☐ Warning Letter | | ☐ Peer Mediation | | ☐ Truancy Referral | |
| ☐ Alternative Education | | ☐ Conflict Resolution | | ☐ Withdrawal | |
| ☐ Expulsion | | ☐ Parenting Program | | ☐ Probation Officer | |
| ☐ North Coast School | | ☐ SAP Team | | ☐ Police Notified | |
| ☐ Hamilton Day School | | ☐ Hamilton G.E.D. | | ☐ ESD Night School | |

_Linda C_          _9/20/01_
Signature of Person who received the Referral          Date

White Copy: Student File;   Canary Copy: Counselor;   Pink Copy: Teacher/Staff Member Who Makes Referral

E 000001905

# Discipline Incident Report

Date Printed: 9/20/2001

A000000633

Strong Vincent

1330 West 8Th Street

Erie, Pa 16502

**Date:** 9/20/2001

**Student:** . C▮▮▮▮▮▮

**Student No.**

**Teacher:** WRIGHT, Mr.

**Location:** Teacher's Classroom

**Offense:** Disruption of Education

**Comments:** TWO NIGHTS OF PASS ADDED AND SATURDAY DETENTION ON 9/22.

**Disposition:** Saturday Detention

**Days of Detention Assigned** 1

**Parents Signature** _____

This form must be signed by the student's parent or guardian and returned to the office

E 000001906

A000000634

ATT. PASS

Ms CARR.                    9/25

C▬▬▬. B        F. Y. I

OUT OF ROOM  5:45 — 6:30
IN HALLWAY.
FOR THROWING PAPER
IN PASS

MRT.

The School District of the City of Erie, Pennsylvania

A000000635

## ADMINISTRATIVE/FORMAL DETENTION

Student _____  Date _____11-2-01____

Date of Detention Assignment _____10-3-01____  GR __8__  HR __226__

Time of Detention _____10-3-01____  3 15  3 45

Administrator _____Mr. Cappabianca____

Reason for Detention Assignment:

☑ Tardiness to School                    ☐ Leaving Assigned Area

☐ Failure to Report to Detention         ☐ Electronic Devices

☐ Dress Code Violation                   ☐ Harassment

☐ Profanity                              ☐ School Safety Violation

☐ Insubordination                        ☐ Walking To and From School

☐ Loitering                              ☐ Gambling

                    ☐ Other

Comments: _____Tardy to class; in the wrong classroom footing around._____

The above student has been assigned **Administrative/Formal Detention,** which will be held after school hours for the time indicated above.  The policy is to provide 24 hour notice of the detention assignment. The parent/guardian acknowledges the detention assignment by signing this notice.  The student then returns the signed notice to the school administrator. Failure to report to the detention assignment will result in further disciplinary action as indicated in the Discipline Policy of the Erie School District.

Parent/Guardian Signature _____

Date _____

White copy **Student**          Yellow copy **Parent/Guardian**          Pink copy **Office**

DF-3

E 000001908

D-1-T  8/1996

A000000636

The School District of the City of Erie, Pennsylvania
148 West 21st Street • Erie, Pennsylvania 16502

# Teacher/Staff Referral Form

School: _STRONG VINCENT_

Student's Name: _C██████ B_

Grade: _8_    Class: _Camp Lit_    Date: _10/3/01_

Teacher's Signature: _R Lipihel_    Period: _7_    Homeroom: _226_

Room No: _103_

1. Reason for referral:

   A. Attendance                    B. Behavior Problem ❑
      1. Absenteeism ❑
      2. Chronically Late ☒          C. Academic Problems ❑
      3. Medical ❑
                                     D. Other ❑

2. Explain the problem: _C██████ WAS ESCORTED TO CLASS BY_
   _MR WRIGHT @ 12:25 PM — C██████ WAS PLAYING_
   _IN THE HALLS PER MR. WRIGHT_

3. Briefly summarize what you have done to correct this problem. **IF DETENTION WAS ASSIGNED, GIVE THE DATES AND INDICATE WHETHER STUDENT APPEARED FOR DETENTION.**
   _DETENTIONS — NO SHOW — REFERALS - 5_
   _REQUEST PARENT CONF. 2 NO SHOWS BY PARENT_
   _REQUEST PARENT @ OPEN HOUSE — NO SHOW —_
   _NEVER AN ANSWER ON PHONE —_

4. Have you contacted the parents/guardians? ❑ Yes ☒ No  (Keep written documentation)

   When? _____    Phone: _____    Letter: _____

---

**For Office Use Only**

| Action Taken: | Date(s) | Action Taken: | Date(s) | Action Taken: | Date(s) |
|---|---|---|---|---|---|
| ❑ Personal Detention | | ❑ Parent Contact/Conference | | ❑ Home/School Visitor | |
| ❑ After-School Detention | | ❑ Counselor | | ❑ Children and Youth | |
| ❑ Saturday Detention | | ❑ Nurse | | ❑ Attendance/Tardy Letter | |
| ❑ Program for After-School Susp. | | ❑ After School Student | | ❑ 1st Notice | |
| ❑ Out-of-School Suspension | | Support Program | | ❑ 2nd Notice | |
| ❑ Warning Letter | | ❑ Peer Mediation | | ❑ Truancy Referral | |
| ❑ Alternative Education | | ❑ Conflict Resolution | | ❑ Withdrawal | |
| ❑ Expulsion | | ❑ Parenting Program | | ❑ Probation Officer | |
| ❑ North Coast School | | ❑ SAP Team | | ❑ Police Notified | |
| Hamilton Day School | | ❑ Hamilton G.E.D. | | ❑ ESD Night School | |

_Int det 10/6_
_Parent conference requested_

_Linda C_

*Signature of Person who received the Referral*    _10/4/01_

Date  080001909

White Copy: Student File:    Canary Copy: Counselor:    Pink Copy: Teacher/Staff Member Who Makes Referral



*1330 West Eighth Street*
*Erie Pennsylvania 16502*
*Phone: (314) 874-4700   Fax (314) 874-4510*

A00000631

*Ms. Janet M. Woods*
*Acting Principal*

*Ms. Linda Cappabianca*
*Acting Assistant Principal*
*Mr. Patrick L. Hart*
*Assistant Principal*
*Mrs. Mary L. Popadak*
*Assistant Principal*

Date   10-4-01

# Program For After School Suspension Notice

Parent/Guardian   B⸱ ⸱⸱, C▮▮▮▮▮          Student   B⸱ ⸱, C▮▮▮▮▮
Address   ▮▮▮▮▮▮▮▮▮▮          D.O.B   ▮▮▮▮87
          Erie, PA  16505 ⸱          Grade   8          H.R.   226
                              I.D. #   899489

Dear Parent / Guardian,

Your son/daughter has been assigned to the Program for After School Suspension as follows:

Reason   Insubordination · Walking out of class without permission
         ATTENDANCE PASS

Dates   10/5.8, &9          ASSN-TIME:   3:30 P.M. TO 6:30 P.M.          Computer Center Cod   10

Your son/daughter has been given the opportunity to discuss the above incident with administrators prior to the suspension ruling.  Students are to remain in the custody of their parent/guardian during the normal school hours when assigned and attending the Program for After School Suspension (PASS).  Students are not permitted on or near school grounds during the term of this suspension.  The student is excluded from participation in all school - sponsored activities during placement in the Program for After School Suspension.  The student's regular classroom teachers will provide reasonable assignments to be completed during PASS placement.  Transportation to and from this assignment is the responsibility of the student's parent/guardian.

A parent/guardian conference is requested prior to the student returning to regular classes.  The cooperation of the home is requested in the enforcement of this ruling.  If you have further questions, please contact school administrators.

*Patrick L Hart*
Mr Patrick Hart
Assistant Principal

cc: Director
    Home Room Teacher
    School Office

*Ms. J. M. Woods*
Ms. J.r· Woods
Principal

PASS Teacher
Counselor

*Mary Popadak*
Ms. Mary Popadak
Assistant Principal

E 000001910

The School District of the City of Erie, Pennsylvania
1511 Peach Street ● Erie, Pennsylvania 16501

A000000638

# Teacher/Staff Referral Form

School: _S. V._

Student's Name: _C‑‑‑ B._          Date: _10/4/01_

Grade: _8_    Class: _English_    Period: _8_

Teacher's Signature: _Manus_          Homeroom: _____

Room No: _224_

1. Reason for referral:

   A. Attendance
      1. Absenteeism ☐       B. Behavior Problem ☐
      2. Chronically Late ☐   C. Academic Problems ☐
      3. Medical ☐           D. Other ☑

2. Explain the problem: _C‑‑‑ refuses to follow class rules_
   _Insubordinate – walking out of class_
   _without permission_

3. Briefly summarize what you have done to correct this problem. **IF DETENTION WAS ASSIGNED, GIVE THE DATES AND INDICATE WHETHER STUDENT APPEARED FOR DETENTION.**

4. Have you contacted the parents/guardians? ☑ Yes  ☐ No  **(Keep written documentation)**

   When? _Last Thursday_    Phone: _____    Letter: _____

**For Office Use Only.**

Action Taken:

| Action Taken | Date(s) | Action Taken | Date(s) | Action Taken | Date(s) |
|---|---|---|---|---|---|
| ☐ Personal Detention | | ☐ Parent Contact/Conference | | ☐ Home/School Visitor | |
| ☐ After-School Detention | | ☐ Counselor | | ☐ Children and Youth | |
| ☐ Saturday Detention | | ☐ Nurse | | ☐ Attendance/Tardy Letter | |
| ☑ Program for After-School Susp. | 3rd PASS | ☐ After School Student Support Program | | ☐ 1st Notice | |
| ☐ Out-of-School Suspension | | ☐ Peer Mediation | | ☐ 2nd Notice | |
| ☐ Warning Letter | | ☐ Conflict Resolution | | ☐ Truancy Referral | |
| ☐ Alternative Education | | ☐ Parenting Program | | ☐ Withdrawal | |
| ☐ Expulsion | | ☐ SAP Team | | ☐ Probation Officer | |
| ☐ North Coast School | | ☐ Hamilton G.E.D. | | ☐ Police Notified | |
| ☐ Hamilton Day School | | | | ☐ ESD Night School | |

_Linda F. Camaluuca_    _10/4/01_
Signature of Person who received the Referral    Date

White Copy: Student File;  Canary Copy: Counselor;  Pink Copy: Teacher/Staff Member Who Makes Referral

E 000001911

A000000639

X = Good Behavior
O = No Points

_A_ Day

### Behavior Chart

Name: C_____ B.

Date: 10-04-01

Teacher Comments:

Period: 1

Code
On Time _____
Complete Work ___X___
Appropriate Language ___X___
Stays in Seat _____
Follows Directions ___X___
No cutting Class ___X___

Came in late due
to CAT 5 testing

Evan/Grant

Period 2
OT ___X___
CW ___X___
AL ___X___
SS ___X___
FD ___X___

Good

Period 3
OT ___X___
CW ___½___
AL ___½___
SS ___½___
FD ___½___

Needs to follow
class rules.

Period 4
OT ___yes___
CW ___yes___
AL ___no(?)___
SS ___yes___
FD ___½___

OK day but
Charles can
do better

Originating Teacher: _____

X = Good Behavior                    A000000640                         _A___ Day
O = No Points

## Behavior Chart

Name: __C_____ B_____          Date: __1/08/0_
Period: __1__                        Teacher Comments:
   Code
   On Time ____X____
   Complete Work ____X____        did well
   Appropriate Language __X____
   Stays in Seat ____X____           today  A
   Follows Directions __X____
   No cutting Class ____X____

Period __2__
   OT ____X____
   CW ____X____                     Completed all work
   AL ____Y____                     Great!
   SS ____Y____                        maries
   FD ____Y____

Period __3__
   OT __(O)__
   CW __O__                         I need to see Charles
   AL __O__                         Mother. Charles needs
   SS __O__                         to control his temper
   FD __O__                         + attend class ....

Period __4__
   OT __was in office__             had a good class.
   CW __X__                            today
   AL __X__
   SS __X__
   FD __Y__
Originating Teacher: _____

E 000001913

D-1-T  8/1996

The School District of the City of Erie, Pennsylvania

1511 Peach Street, Erie, Pennsylvania 16501

# Teacher/Staff Referral Form

School: _S. V._

Student's Name: _C_____ B_____     Date: _10/17/01_

Grade: _8_     Class: _Soc Studies_     Period: _3_     Homeroom: _____

Teacher's Signature: _Manus_     Room No: _22.8_

1. Reason for referral:

   A. Attendance                    B. Behavior Problem ☐
       1. Absenteeism ☐
       2. Chronically Late ☐        C. Academic Problems ☐
       3. Medical ☐                 D. Other ☑

2. Explain the problem: _Walking in Halls (should be in Soc Studie_
   _Horseplaying - fighting with Evan Pitkowske_

3. Briefly summarize what you have done to correct this problem. **IF DETENTION WAS ASSIGNED, GIVE THE DATES AND INDICATE WHETHER STUDENT APPEARED FOR DETENTION.**

4. Have you contacted the parents/guardian? ☑ Yes  ☐ No   (Keep written documentation)

   When? _____     Phone: _____     Letter: _____

| For Office Use Only: | | | |
|---|---|---|---|
| **Action Taken:** | **Date(s)** | **Action Taken:** | **Date(s)** |
| ☐ Personal Detention | | ☐ Parent Contact/Conference | |
| ☐ After-School Detention | | ☐ Counselor | |
| ☐ Saturday Detention | | ☐ Nurse | |
| ☐ Program for After-School Susp. | | ☐ After School Student | |
| ☐ Out-of-School Suspension | | ☐ Support Program | |
| ☐ Warning Letter | | ☐ Peer Mediation | |
| ☐ Alternative Education | | ☐ Conflict Resolution | |
| ☐ Expulsion | | ☐ Parenting Program | |
| ☐ North Coast School | | ☐ SAP Team | |
| ☐ Hamilton Day School | | ☐ Hamilton G.E.D. | |

| **Action Taken:** | **Date(s)** |
|---|---|
| ☐ Home/School Visitor | |
| ☐ Children and Youth | |
| ☐ Attendance/Tardy Letter | |
| ☐ 1st Notice | |
| ☐ 2nd Notice | |
| ☐ Truancy Referral | |
| ☐ Withdrawal | |
| ☐ Probation Officer | |
| ☐ Police Notified | |
| ☐ ESD Night School | |

_Linda Capabianco_     _10/17/01_

Signature of Person who received the Referral     Date

White Copy: Student File;   Canary Copy: Counselor;   Pink Copy: Teacher/Staff Member Who Makes Referral

E 000001914

A000000642

10/24/01
Period 5

To: Ms Cupp
Re: ████████ B.

████████ was disruptive the entire period. He talked continually and bothered other students

Walked out of class at 2:45. without permission

Schaffnit

About being late 20 min:
He told me he was with Mr. Wright, but Mr. Wright told me he only saw him for 5 minutes at the most. He came to my room & I sent him for a pass from him. That was when he went to you.

E 000001915

School District of the City of Erie, Pennsylvania

A000000643

# TEACHER/PERSONAL DETENTION NOTICE

Date **10/25/01**

Student **Ch_____ B.**

Date of Detention Assignment _____

Time of Detention _____

Teacher **Miss Church**

GR _____   HR _____

## Reason for Detention Assignment:

☐ **Tardiness**

☐ **Unprepared For Class**

☑ **Classroom Disruption**

☐ **Failure To Do Homework**

☑ **Disrespectful Behavior**

☐ **Other**

Comments: _talking back to both subs, walking out of class_

The above student has been assigned **Teacher/Personal Detention**, which will be held after school hours for the amount of time indicated above. The policy is to provide 24 hour notice of the detention assignment. The parent/guardian acknowledges the detention assignment by signing this notice. The student then returns the signed notice to the teacher who has made the detention assignment. Failure to report to the detention assignment will result in further disciplinary action as indicated in the Discipline Policy of the Erie School District.

Parent/Guardian Signature _____

Date _____

hite copy **Student/Parent Guardian**       Yellow copy **Teacher**       Pink copy **Office**

DF-2

E-000____991.6

X = Good Behavior
O = No Points

A000000644

_A_ Day

## Behavior Chart

Name: Ch____ B          Date: 10/29/01

Period: 1              Teacher Comments:

Code
On Time ___X___
Complete Work ___X___
Appropriate Language ___X___
Stays in Seat ___X___
Follows Directions ___X___
No cutting Class ___X___

excellent
Best Day Yet!
LM

Period 2
OT ___X___
CW ___N/A___
AL ___X___
SS ___X___
FD ___X___

Great day!
ALC

Period 3
OT ___X___
CW ___N/A___
AL ___X___
SS ___O___
FD ___O___

Not as good
as 2nd period
ALC

Period 4
OT ___yes___
CW ___yes___
AL ___yes___
SS ___yes___
FD ___yes___

pretty good
Vida
JDW

Originating Teacher: Linda C

Please return at 2:55.

X = Good Behavior
O = No Points

A000000645

_A_ Day

### Behavior Chart

Name: C████ B█     Date: 10/31/0/

Period: 1     Teacher Comments:

Code
On Time _____ X
Complete Work _____ X
Appropriate Language _____ X
Stays in Seat _____ X
Follows Directions _____ X
No cutting Class _____ ✓

Period 2
OT _____ X
CW _____ X
AL _____ X
SS _____ X
FD _____

Good morning mar...

Period 3
OT _____ X
CW _____ X
AL _____ X
SS _____ X
FD _____

Way To Go! marus

Period 4
OT _____ yes
CW _____ yes
AL _____ yes
SS _____ No
FD _____ No

Originating Teacher: _Linda Capp_

C█████ did not do will the last 15 minutes of class- I had to remove him from class.

E 000001918