D-1-T   8/1996

A000000646

The School District of the City of Erie, Pennsylvania

148 West 21st Street • Erie, Pennsylvania 16502

# Teacher/Staff Referral Form

School: _STRONG VINCENT_

Student's Name: _C▇▇▇ B_                                    Date: _11/1/01_

Grade: _8_   Class: _Computer Lit_   Period: _7_   Homeroom: _____

Teacher's Signature: _R Fields_                          Room No: _123_

1. Reason for referral:

   A. Attendance                    B. Behavior Problem ☒
      1. Absenteeism ☐
      2. Chronically Late ☐          C. Academic Problems ☐
      3. Medical ☐                   D. Other ☐

2. Explain the problem: _C▇▇▇ DISRUPTIVE BEHAVIOR DURING LESSON — P▇▇▇ TOLD TO SIT WHILE REST OF CLASS WAS PUT ON TASK — C▇▇▇ WOULD NOT WAIT FOR WRITE UP — HE WALKED OUT_

3. Briefly summarize what you have done to correct this problem. **IF DETENTION WAS ASSIGNED, GIVE THE DATES AND INDICATE WHETHER STUDENT APPEARED FOR DETENTION:** _DETENTIONS (NO SHOW) REFERRALS , PARENT CONFEREN_ _3 SCHEDULED 3 NO SHOW) — PHONED_

4. Have you contacted the parents/guardians? ☒ Yes   ☐ No   (Keep written documentation)

   When? _10/31/01_          Phone: _461-1851_          Letter: _NO_

| For Office Use Only: | | | | | |
|---|---|---|---|---|---|
| **Action Taken:** | Date(s): | **Action Taken:** | Date(s): | **Action Taken:** | Date(s): |
| ☐ Personal Detention | | ☐ Parent Contact/Conference | | ☐ Home/School Visitor | |
| ☐ After-School Detention | | ☐ Counselor | | ☐ Children and Youth | |
| ☐ Saturday Detention | | ☐ Nurse | | ☐ Attendance/Tardy Letter | |
| ☐ Program for After-School Susp. | | ☐ After School Student | | ☐ 1st Notice | |
| ☐ Out-of-School Suspension | | Support Program | | ☐ 2nd Notice | |
| ☐ Warning Letter | | ☐ Peer Mediation | | ☐ Truancy Referral | |
| ☐ Alternative Education | | ☐ Conflict Resolution | | ☐ Withdrawal | |
| ☐ Expulsion | | ☐ Parenting Program | | ☐ Probation Officer | |
| ☐ North Coast School | | ☐ SAP Team | | ☐ Police Notified | |
| ☐ Hamilton Day School | | ☐ Hamilton G.E.D. | | ☐ ESD Night School | |

Signature of Person who received the Referral _Linda Cipp_

11/5/01

E000001919

White Copy: Student File:   Canary Copy: Counselor:   Pink Copy: Teacher/Staff Member Who Makes Referral

X = Good Behavior
O = No Points

A000000647

_B_ Day

**Behavior Chart**

Name: ███████ ██

Date: 11/2/01

Period: 1

Teacher Comments:

Code

On Time _____ X

Complete Work _____ X

Appropriate Language _____ X

Stays in Seat _____ X

Follows Directions _____ X

No cutting Class _____ X

Period 2
OT
CW
AL
SS
FD

Period 3
OT
CW
AL
SS
FD

Good mm

Period 4
OT _____ X
CW _____ X
AL _____ √
SS _____ √
FD _____ √

good

Originating Teacher: _____

E 000001920

X = Good Behavior
O = No Points

A000000648

_6_ Day

### Behavior Chart

Name: ▆▆▆▆ B          Date: 11-5-01
Period: 5              Teacher Comments:

Code
On Time _X (escort)_            not cooperative
Complete Work _O_               talking back
Appropriate Language _O_        talking instead of
Stays in Seat _X_                   working
Follows Directions _O_          Swearing
No cutting Class _X_

Period 5
OT _√ (escort)_        C▆▆▆ DID A GOOD
CW _√_                 JOB TODAY ?
AL _√_                            SB
SS _—_
FD _√_

Period 7
OT _√_                 good day
CW _√_                 Productive R
AL _√_
SS _√_
FD _√_

Period 8
OT _____              Refused to do any
CW _____              work Not
AL _____              cooperative. Talking
SS _____              Continually
FD _____                          lmo
Originating Teacher: _Linda Capp_

A000000649

X = Good Behavior
O = No Points

_A_ Day

## Behavior Chart

Name: C████ B.                      Date: 11 - 6 - 01

Period: 1                           Teacher Comments:

Code
On Time _____✓_____          _____
Complete Work _____       _____
Appropriate Language ✓_____   _____
Stays in Seat _____✓_____    _____
Follows Directions _____    _____
No cutting Class _____      _____


Period 2
OT  X        gra
CW  ?
AL  ?
SS  ?
FD  ____


Period 3
OT  X        Made some
CW  X        Chang Did
AL  X        improve
SS  X
FD  X


Period 4
OT  X        c█████ had a verbal
CW  X        fight w/ another studen
AL  no/yes   so it then turned
SS  yes      it around
FD  no/yes       ☺
Originating Teacher: _____

E 000001922

A000000650

11-6-01

to Mr Wright to

CAlm down.

Mrs Manus

924

31

12

D-1-T  8/1996

A000000651

The School District of the City of Erie, Pennsylvania
148 West 21st Street • Erie, Pennsylvania 16502

# Teacher/Staff Referral Form

School: _____ SV _____

Student's Name: _____ [redacted] B _____                          Date: 11/7/01

Grade: 8    Class: Math                          Period: _____    Homeroom: _____

Teacher's Signature: G Gray                          Room No: 218

1. Reason for referral:

   A. Attendance                    B. Behavior Problem ☐
      1. Absenteeism ☐
      2. Chronically Late ☐         C. Academic Problems ☐
      3. Medical ☐                  D. Other ☐

2. Explain the problem: phipically narrassing other Students
   not doing work, out of Seat threatening
   another Student w/ scissors

3. Briefly summarize what you have done to correct this problem. IF DETENTION WAS ASSIGNED, GIVE THE DATES AND
   INDICATE WHETHER STUDENT APPEARED FOR DETENTION.

   _____

   _____

   _____

4. Have you contacted the parents/guardians? ☐ Yes  ☐ No  (Keep written documentation)

   When? _____  Phone: _____  Letter: _____

| For Office Use Only: Action Taken | Dates(s) | Action Taken | Dates(s) | Action Taken | Dates(s) |
|---|---|---|---|---|---|
| ☐ Personal Detention | | ☐ Parent Contact/Conference | | ☐ Home/School Visitor | |
| ☐ After-School Detention | | ☐ Counselor | | ☐ Children and Youth | |
| ☐ Saturday Detention | | ☐ Nurse | | ☑ Attendance/Tardy Letter | |
| ☐ Program for After-School Susp. | | ☐ After School Student Support Program | | ☐ 1st Notice | |
| ☐ Out-of-School Suspension | | | | ☑ 2nd Notice | |
| ☐ Warning Letter | | ☐ Peer Mediation | | ☐ Truancy Referral | |
| ☐ Alternative Education | | ☐ Conflict Resolution | | ☐ Withdrawal | |
| ☐ Expulsion | | ☐ Parenting Program | | ☐ Probation Officer | |
| ☐ North Coast School | | ☐ SAP Team | | ☐ Police Notified | |
| ☐ Hamilton Day School | | ☐ Hamilton G.E.D. | | ☐ ESD Night School | |

Linda Casabianca

Signature of Person who received the Referral                          11/7/01
                                                                       Date

E 000001924

½ Day

X = Good Behavior
O = No Points

A000000652

### Behavior Chart

Name: (C_____ B.)   Date: 11-14-01

Period: ___1___   Teacher Comments:

    Code
    On Time _escorted_?
    Complete Work ___X___           _excellant Day_
    Appropriate Language ___X___
    Stays in Seat ___X___
    Follows Directions ___X___
    No cutting Class ___X___

Period _2_
    OT ___X___                      _Excellent_
    CW ___X___                      _Day_ span
    AL ___X___
    SS ___X___
    FD ___X___

Period _3_
    OT ___X___                      _Excellent_ more
    CW ___X___                      _Day_ more
    AL ___X___
    SS ___X___
    FD ___X___

Period _4_
    OT ___X___                      _good day !!_
    CW ___X___
    AL ___X___                      _truly_
    SS ___X___
    FD ___X___

Originating Teacher: _Linda Cipp_

Please Return at 2:55.

E 000001925

D-1-T  8/1996

The School District of Erie, Pennsylvania
A00000658
148 West 21st Street • Erie, Pennsylvania 16502

*Please note there were 8 minutes between leaving Capt. Spire & arriving at G-160 classroom*

# Teacher/Staff Referral Form

School: _SV_

Student's Name: _Harry Williams_          Date: _Nov. 16, 2001_

Grade: _____  Class: _Title I Reading/Math_  Period: _3A_   Homeroom: _____

Teacher's Signature: _Averil Burroughs_          Room No: _G-160_

1. Reason for referral:

A. Attendance                    B. Behavior Problem ☐
   1. Absenteeism ☐
   2. Chronically Late ☐        C. Academic Problems ☐
   3. Medical ☐                 D. Other ☑

*This seems to be a case of 2 friends conspiring to cut class.*

2. Explain the problem: Charles B. ~~~~ came to class saying Ms. Schultz needed to see Harry. He had just come from the campus so I wrote a note on the pass. Harry came back down and said Ms. Schultz needed a note before he is written up or... Ms. Schultz came down and asked if I was allowing Harry...

3. Briefly summarize what you have done to correct this problem.  IF DETENTION WAS ASSIGNED, GIVE THE DATES AND INDICATE WHETHER STUDENT APPEARED FOR DETENTION.
   Because this seemed to be a conspiracy between Charles Bibb & Harry to get him out of class, I felt it was a situation the asst. principal needed to be aware of & determine...

4. Have you contacted the parents/guardians? ☐ Yes ☑ No  (Keep written documentation)

When? _____   Phone: _____   Letter _____

---

**For Office Use Only:**

| Action Taken: | Date(s) | Action Taken | Date(s) | Action Taken | Date(s) |
|---|---|---|---|---|---|
| ☐ Personal Detention | | ☐ Parent Contract Conference | | ☐ Home/School Visitor | |
| ☐ After-School Detention | | ☐ Counselor | | ☐ Children and Youth | |
| ☐ Saturday Detention | | ☐ Nurse | | ☐ Attendance/Tardy Letter | |
| ☐ Program for After-School Susp | | ☐ After School Student | | ☐ 1st Notice | |
| ☐ Out-of-School Suspension | | ☐ Support Program | | ☐ 2nd Notice | |
| ☐ Warning Letter | | ☐ Peer Mediation | | ☐ Truancy Referral | |
| ☐ Alternative Education | | ☐ Conflict Resolution | | ☐ Withdrawal | |
| ☐ Expulsion | | ☐ Parenting Program | | ☐ Probation Officer | |
| ☐ North Coast School | | ☐ SAP Team | | ☐ Police Notified | |
| ☐ Hamilton Day School | | ☐ Hamilton G.E.D. | | ☐ ESD Night School | |

Signature of Person who received the Referral          Date _11/16/01_

White Copy: Student File;    Canary Copy: Counselor;    Pink Copy: Teacher/Staff Member Who Makes Referral

E 000001926

A000000654

TO MS. CAPP. 11/35

D-1-T 8/1996

The School District of the City of Erie, Pennsylvania
148 West 21st Street • Erie, Pennsylvania 16502

# Teacher/Staff Referral Form

School: _SPRING VINCENT_

Student's Name: _C_____B_

Grade: _8_    Class: _COMPUTER LIT_    Period: _7_    Date: _11/21/01_    Homeroom: _226_

Teacher's Signature: _R. Aichel_    Room No: _123_

1. Reason for referral:

   A. Attendance
      1. Absenteeism ☐
      2. Chronically Late ☐
      3. Medical ☐

   B. Behavior Problem ☑
   C. Academic Problems ☐
   D. Other ☐

2. Explain the problem: _DEFIANT – DISRESPECTFUL – DASTE PER 0015_
   _TAKING OUT CREATIVE DISRUPTIONS – ASKED FOR PINK SLIP_
   _OR REASON FOR BEING ABSENT – CHARLES REPLIED FOR ME TO_
   _( KNOW AND HOW TO FIND OUT."_

3. Briefly summarize what you have done to correct this problem. IF DETENTION WAS ASSIGNED, GIVE THE DATES AND
   INDICATE WHETHER STUDENT APPEARED FOR DETENTION.
   _DETENTIONS – NO SHOWS – REFERALS, REFERALS, REFERALS_

E 000001927

# Program for After School Suspension (PASS)
A000000655
## Conditional Release Form

Student ___C_____ B_____    Grade  8th    Homeroom  226

Dates Assigned: _____

**ATTENDANCE**

Present: _____ 10|9,10,31; 11|5,15,16,19,20,21,27 - 2001 > all 1/2 days illegal

Absent: Legal _____    Illegal (Unexcused) 10|5,8,11,12,16,17,18,19,23,24,25,

Tardy: _____    10|30; 11|1,2,6,7,8,9,14

*(Attach Absence Excuses)*

The above student is scheduled to be released from the PASS program on _November 27, 2001_
The student must present this form to each teacher, along with assignments completed in PASS.
Teachers are to check assignments and initial in the space provided if completed work is
acceptable. This form must be returned to the building administrator at the end of the school day.

|  | COMMENTS | INITIALS |
|---|---|---|
| Homeroom |  |  |
| Period 1 |  |  |
| Period 2 | 3f | mn |
| Period 3 |  | VS |
| Period 4 |  | US |
| Period 5 |  |  |
| Period 6 |  |  |
| Period 7 |  |  |
| Period 8 |  |  |

PASS Instructors  PETRIANNI

SCULLY

Counselor _____    Date _____

Administrators _____    Date _____

DF-6

E 000001928

A000000656

X = Good Behavior
O = No Points

Behavior Chart

Name: _____          Date: 11/3?/01

Period: _____                Teacher Comments:

Code
On Time ___ X ___              Good _____
Complete Work ___ X ___
Appropriate Language ___ X ___
Stays in Seat ___ X ___
Follows Directions ___ X ___
No cutting Class _____

Period ___2___                Good
OT ___ X ___                   Mom
CW ___ X ___
AL ___ X ___
SS ___ X ___
FD ___ o ___

Period ___3___                Good
OT ___ x ___                   today
CW ___ x ___
AL ___ X ___
SS ___ Y ___
FD ___ Y ___

Period ___4___                a lot
OT ___ yes ___                talkative
CW ___ yes ___
AL ___ yes ___                today
SS ___ yes ___
FD ___ yes ___
Originating Teacher: _____

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF: **ERIE**    A000000657

**NOTICE OF TRIAL
SUMMARY CASE**

COMMONWEALTH OF

PENNSYLVANIA

Mag. Dist. No.:    **06-2-01**

DJ Name: Hon.

Address: **A. J. WEINDORF
556 WEST FOURTH STREET
Erie, PA**

Telephone: **(814) 451-6526    16507-0000**

VS.
DEFENDANT:    NAME and ADDRESS

**B.    C**

**ERIE, PA 16502**

Docket No.: **NT-0000848-01**
Date Filed:    **11/07/01**

OFFICER :

**LINDA CAPPABIANCA
1330 W. 8TH ST.
STRONG VINCENT HIGH SCHOOL
ERIE, PA 16502**

Charge(s):

**24 §13-1333 §§ VIOLATION OF COMPULSORY ATTENDANCE REQ**

This court has received your plea of NOT GUILTY to the above summary violation(s). The sum of $ _____ .00

has been accepted as collateral for your appearance at trial.

Your trial has been scheduled as follows:

| Date: | **11/29/01** | Place: | **DISTRICT COURT 06-2-01** |
|-------|--------------|--------|----------------------------|
|       |              |        | **556 WEST FOURTH STREET** |
| Time: | **9:00 AM**  |        | **Erie, PA 16507-0000**    |

You have the right to be represented by an attorney. You have the right to have any witnesses present. It is your responsibility to notify your attorney and/or witnesses of this trial date and time.

Should you fail to appear, a warrant may be issued for your arrest.

If you have any questions, please call the above office immediately.

If you are disabled and require assistance, please contact the Magisterial District office at the address above.

**11/07/01** Date _____ , District Justice

My commission expires first Monday of January, **2002**.    SEAL

DATE PRINTED:    11/07/01    CITATION NUMBER:    P2326045-1
                            DATE CITATION SIGNED:    11E02.00001930

X = Good Behavior
O = No Points

A000000658

_A_

### Behavior Chart

Name: C████ B███          Date: 11/29/01
Period: ____1____          Teacher Comments:
  Code
  On Time ____Y____
  Complete Work ____Y____
  Appropriate Language ____Y____
  Stays in Seat ____Y____
  Follows Directions __O.K.__ ⇒ HE COULD HAVE DONE BETTER
  No cutting Class _____

Period ___2___
  OT ____X____
  CW ____X____
  AL ____O____
  SS ____O____
  FD ____O____

Period ___3___
  OT _____
  CW _____
  AL _____
  SS _____
  FD _____

Period ___4___
  OT _NO_
  CW _NO_
  AL _FAIR_
  SS _NO_
  FD _NO_
Originating Teacher: ___Linda Cipp___

7th and 9th grades

A000000559

C██████B _____ was using profanity in
my class that was unexceptable
He was chanting out words that
was describing the female genitalia.
His conduct needs to be addressed.
Thankyou

Dr. Richard Czepek
(substitute Teacher)

E 000001932

A000000660

Nov. 29, 2001

Vikki Scully's
Candy Jar was stolen
between 3:30 - 4.00 pm.
When viewing the security
tapes, C████ B    was
the only student seen
entering Ms. Scully's room.
between 3:30 - 4.00.
                    Linda C

E 000001933

A000000661

11/30/0

C████ lied to Ms. Nischa
about the nurse wanting to
see T██ Ne██████ When I
asked the nurse, she had never
told C████ to that she needed
T██ C████ told me the
nurse told him to get tony. He
then said, it wasn't the nurse,
but 3 boys in the hall way
. mom is supposed to be here Monday 12/3
to discuss behavior
Linda IEP or home?

E 000001934

# IEP REVISION / REVIEW

A00000662

Student's Name: _K_____ L_____     Date: _1-17-02_

DOB: ___89_     School: _Strong Vincent_     Teacher: _Ms Scully_

Program: _LS_     Current IEP date: _8-29-2001_

Purpose for meeting: Review of goals and objectives ☐     Change in percentage, ie., RRLS to PTLS ☐

Change from _SV_ to _SRCC_ Manifestation Determination ☐     Behavior Support Plan or

Adjustment ☐   Other ☐ _____

**MEASURABLE ANNUAL GOAL:** Identify appropriate solutions to interpersonal and self-related problem behaviors.

**SHORT-TERM INSTRUCTIONAL OBJECTIVES OR BENCHMARKS:**

**OBJECTIVE / BENCHMARK:** Develop consistent patterns of appropriate behavior through a program of therapeutic behavior support.

- **EXPECTED LEVEL OF ACHIEVEMENT** – a performance level system is used to increase expectations and responsibilities.

- **EVALUATION SCHEDULE** – daily and weekly

- **METHOD OF EVALUATION** – daily observations; charting of progress towards goals is communicated to the student as well as to the parents

- **SPECIALLY DESIGNED INSTRUCTION** – Consistent participation in social skills training and in counseling program as well as medication management. An individualized intervention plan will be developed in conjunction with IEP goals and objectives. Transition activities for the return to the home school are planned and carried out with a multidisciplinary team approach.

Signatures: Parent _Denise L_____

Classroom Teacher _Melissa Vallimont_

Special Education Teacher _Miss Gray_

Principal _Linda A. Chappacazca_

Other _____

Other _____

**DEPOSITION EXHIBIT**

Woods #3

Copies:     White – Pupils School File     Yellow – Parent or Guardian     Pink – Teacher     Gold - other     E 000000739

A000000663

# THE SCHOOL DISTRICT OF THE CITY OF ERIE, PA.

**DIRECTORS**

JIM HERDZIK
*PRESIDENT*

TIM PEARSON
*VICE-PRESIDENT*

TOM CASEY

JOHN C. HARKINS

RICHARD R. HILINSKI

CASIMIR J. KWITOWSKI

NANCY R. NIELSEN

EVA TUCKER, JR.

SAMUEL L. VONA

148 WEST 21st STREET    •    ERIE, PENNSYLVANIA 16502

PHONE: 814 / 874-6000         FAX: 814 / 874-6132

DR. JAMES E. BARKER
SUPERINTENDENT OF SCHOOLS

LOIS OWENS
SECRETARY

TO: *Millcreek Community Mental Health*
*5515 Peach St.*
*Erie, PA 16509*

In compliance with the Family Educational Rights and Privacy Act of 1974 (PL93-380); Pennsylvania
MH/MR Act of 1966, and MH procedures act of 1976, I/WE AUTHORIZE RELEASE OF
INFORMATION FROM THE RECORDS OF �â–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆ
                                                          **Name of Pupil**

▢▢89                    ▢▢▢▢▢▢              454-9685

Date of Birth          Address              Telephone

INFORMATION TO BE RELEASED:    __MEDICAL;    __PSYCHOLOGICAL;    __IEP;
✓PSYCHIATRIC;    __SCHOLASTIC;    __CASE WORK;
__SOCIAL HISTORY;    __DUE PROCESS;

OTHER *Intake Summary, Diagnosis, Medications Prescribed*
*Discharge Summary*

SEND INFORMATION TO:    Child Study Department - ATTN: *A. Pecoard*
School District of the City of Erie
148 West 21 Street                *Ph. 874-6105*
Erie, PA 16502

INFORMATION IS TO BE USED BY:    ✓SCHOOL PSYCHOLOGIST ✓HOME/SCHOOL VISITOR
✓OTHER *School Staff*
✓SCHOOL PLACEMENT;    __OTHER _____

*1/17/02*                              _____
Date of Signature(s)                  **Signature of Pupil (over 14)**

                                      *Denise* ▢▢▢▢▢▢
                                      **Signature of Parent/Guardian**

This authorization will expire *90* school days of signature(s). It is revocable upon written request by
the signer(s) except to the extent action has taken place on the request. This consent will remain active
for a reasonable time to accomplish the purpose for which it is given.

                                      *Audrey Becones HSV*
Form 1035-PPS-7-81          *An Equal Opportunity Employer* Witness/Title

The Mission of the School District of the City of Erie, the flagship of educational opportunity that charts the course to individual excellence, is to ensure academic, personal and vocational success for

E 000000740

A000000664

*– See Marlene –*

# Memo

The School District of the City of Erie, Pa.
**CHARLISE MOORE,** *Supervisor*
*Special Education Department*

– Jan – 14 & Jan 22:

In. Home IEP – 5 Days

95479
11-14-88

– Robert ▓▓▓▓▓▓▓▓▓▓▓ Speech
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Phone (▓▓▓) ▓▓▓▓▓▓

– Ch▓▓▓▓▓▓ J▓▓ L▓▓
Phone ▓▓▓▓▓▓

959800

Address – 706 Raspberry St
▓▓▓▓▓ Erie PA

also for:

See Marlene for
SR Partial Placement
Monday 1/14/02

4502

A000000665

# *MEMO* * School District of the City of Erie, PA

**TO:**       Mr. Frank Scozzie – Assistant to the Superintendent
             Mrs. Charlise Moore -  Supervisor, Special Education
             Mrs. Marlene Chrisman – Supervisor, Special Education

**FROM:**    Mrs. Audrey Pecoraro, Home/School Visitor

**SUBJECT:** PLACEMENT OF K█████ L████ AT SARAH REED CHILDREN'S
             CENTER

**DATE:**    January 17, 2002


        K████ L████ DOB███89, referred to Sarah Reed, Behavior Modification Program, Special Education Tract, from Strong Vincent High School, Grade 7 LS, is scheduled for the intake process at Sarah Reed on Monday, January 21, 2002 at 3:00 P.M.  She will begin the program on Wednesday, January 23, 2002.


AP:cc

A000000666

Department of Pupil Learner Services
## Child Study Office

# Request For Home-School Visitor Service

Student ID # _943020_

Name of Child ___K_____L____        Birthdate _____-89

Lives with _Denise_ _L____ Address _4_____
(Name, Relationship)

Phone _____ Present School, Grade _Sr. V._ 7 LS    Regular ☐  Special ☒

Date of Request _____ Principal's Signature _____

PROBLEM/REASON FOR REFERRAL:                    WF

*Referral for Sarah Reed
by Marlene/Frank*

Date received in Child Study _____ Assigned to: _____

REPORT OF HOME-SCHOOL VISITOR:

1-16-02 Contact with parent. She will come
to Child Study 1/17/02 at 2:30 PM.

1-17-02 Parent came to Child Study
Forms signed
Matt will call with an Intake time

1-18- Intake is 1/21/02- Monday at
3:00 PM. She begins the program
on Wednesday 1/23/02.

Form 434-PLS-8-78                                E 000000743

A000000667

I AM requesting that my daughter,
K██████ L██ be transferred to the Erie
School District's Alternative Education program.
I waive all rights to a Hearing.

1/17/02

Denise L██████

A000000668

**DIRECTORS**

JIM HERDZIK
*PRESIDENT*

TIM PEARSON
*VICE-PRESIDENT*

TOM CASEY
JOHN C. HARKINS
RICHARD R. HILINSKI
CASIMIR J. KWITOWSKI
NANCY R. NIELSEN
EVA TUCKER, JR.
SAMUEL L. VONA

# THE SCHOOL DISTRICT OF THE CITY OF ERIE, PA.

148 WEST 21st STREET    •    ERIE, PENNSYLVANIA 16502

PHONE: 814 / 874-6000    FAX: 814 / 874-6132

DR. JAMES E. BARKER
*SUPERINTENDENT OF SCHOOLS*

LOIS OWENS
*SECRETARY*

TO: *Sarah Reed Children's Center*
*1020 E. 10 St.*

In compliance with the Family Educational Rights and Privacy Act of 1974 (PL93-380); Pennsylvania MH/MR Act of 1966, and MH procedures act of 1976, I/WE AUTHORIZE RELEASE OF INFORMATION FROM THE RECORDS OF _____

_____ **Name of Pupil** _____

____89_____ _____ _____

**Date of Birth**    16503    **Address**    **Telephone**

INFORMATION TO BE RELEASED: __MEDICAL;  ✓PSYCHOLOGICAL;  __IEP;
✓PSYCHIATRIC;  ✓SCHOLASTIC;  __CASE WORK;
__SOCIAL HISTORY;  __DUE PROCESS;

OTHER _____

SEND INFORMATION TO:    Child Study Department - ATTN: *A. Pecoraro*
School District of the City of Erie
148 West 21 Street        *Ph. 874-6105*
Erie, PA 16502

INFORMATION IS TO BE USED BY: ✓SCHOOL PSYCHOLOGIST  __HOME/SCHOOL VISITOR
✓OTHER *School Staff*
✓SCHOOL PLACEMENT;  ✓OTHER _____

_____
**Signature of Pupil (over 14)**

*1-17-02*
**Date of Signature(s)**

X *Denise*
**Signature of Parent/Guardian**

This authorization will expire *ongoing* school days of signature(s). It is revocable upon written request by the signer(s) except to the extent action has taken place on the request. This consent will remain active for a reasonable time to accomplish the purpose for which it is given.

*A. Pecoraro*        *HSV*

Form 1035-PPS-7-81    *An Equal Opportunity Employer* Witness/Title

The Mission of the School District of the City of Erie, the flagship of educational opportunity that charts the course to individual excellence, is to ensure academic, personal and social success for the individual, with a focus on school-age youth, by using state-of-the-art technology...

E_000000745

A000000669

# THE SCHOOL DISTRICT OF THE CITY OF ERIE, PA.

**DIRECTORS**

JIM HERDZIK
PRESIDENT

TIM PEARSON
VICE-PRESIDENT

M CASEY
N C. HARKINS
RICHARD R. HILINSKI
CASIMIR J. KWITOWSKI
NANCY R. NIELSEN
EVA TUCKER, JR.
SAMUEL L. VONA

148 WEST 21st STREET  •  ERIE, PENNSYLVANIA 16502

PHONE: 814 / 874-6000          FAX: 814 / 874-6132

DR. JAMES E. BARKER
SUPERINTENDENT OF SCHOOLS

LOIS OWENS
SECRETARY

TO:  **Child Study Department**
**School District of the City of Erie**
**148 West 21 Street**
**Erie, PA  16502**

In compliance with the Family Educational Rights and Privacy Act of 1974 (PL93-380); Pennsylvania MH/MR Act of 1966, and MH procedures act of 1976, I/WE AUTHORIZE RELEASE OF INFORMATION FROM THE RECORDS OF _____ K_____ /_____

_____ 89    _____ 4_____          454-9685
**Date of Birth**       16503   **Address**                    **Telephone**

INFORMATION TO BE RELEASED:   __MEDICAL;   ✓PSYCHOLOGICAL;   ✓IEP;
__PSYCHIATRIC;   ✓SCHOLASTIC;   __CASE WORK;
__SOCIAL HISTORY;   ✓DUE PROCESS;

OTHER _____

SEND INFORMATION TO:   *Sarah Reed Children's Center*
*1020 E. 10 St .*

INFORMATION IS TO BE USED BY:   ✓SCHOOL PSYCHOLOGIST __HOME/SCHOOL VISITOR
✓OTHER *School Staff*
✓SCHOOL PLACEMENT; ___ OTHER _____

_____
**Signature of Pupil (over 14)**

*1-17-02* ✓
**Date of Signature(s)**

✓ *Denise* _____
**Signature of Parent/Guardian**

This authorization will expire *ongoing* school days of signature(s).  It is revocable upon written request by the signer(s) except to the extent action has taken place on the request.  This consent will remain active a reasonable time to accomplish the purpose for which it is given.

935-PPS-7-81          *An Equal Opportunity Employer*     *A. Pecraro HSV*
                                                          **Witness/Title**

School District of the City of Erie, the flagship of educational excellence, is to ensure academic, personal, and vocational success for us on school-age youth, by using state-of-the-art technology as a catalyst to optimize the delivery of individualized instruction, and to challenge students to....

000000746

A000000670

# SCHOOL AGE PROCEDURAL SAFEGUARDS LETTER

Date ___1-18/02___

Dear ___Parent___



     This notice describes your rights and the procedures that safeguard your rights under Pennsylvania Special Education law and regulations, found in Chapters 14 and 342 of the Pennsylvania School Code, and the federal Individuals with Disabilities Education Act Amendments of 1997 (P.L. 105-17), commonly referred to as "IDEA '97." These laws and regulations require school districts to provide a Free Appropriate Public Education (FAPE) to all students with disabilities who are eligible for special education. FAPE means special education and related services designed to meet the individual educational needs of your child. These services must be described in an Individualized Education Program (IEP) and provided at no cost to you.

     The information contained in this Notice is important to you and your child. Please take time to review it. While we have attempted to consolidate a great deal of legal language and technical jargon into a readable format, we recognize that the information can be cumbersome. If you need clarification of these requirements, you can seek help from personnel in your school district. You also have the right to be informed of organizations that are established to assist parents in understanding their rights under these laws. A list of some of these resources follows.

     If you have a concern about your child's educational program, you may wish to contact your child's teachers, principal, or district administrators. This type of communication is often helpful in resolving concerns. You also have the right under federal law to file a complaint with the Pennsylvania Department of Education and/or to initiate due process procedures as described in Section VI of this notice.

Sincerely,

___A. Pecoraro KSV___
Name and Title

**DEPOSITION EXHIBIT**

Woods #4

E 000000441

A000000671

I am requesting that my daughter
████ ████ be transferred to the
school district's Alternative Education
Program. I wave all rights to a hearing

Shelley ████

1-18-02

E 000000442

A000000672

Department of Pupil Learner Services
**Child Study Office**

# Request For Home-School Visitor Service

Student ID # ___9 6 3 4 7 9___

Name of Child ___R████ P████___   Birthdate ___████-88___

Lives with ___Richard___   Address ___████████████___
(Name, Relationship)

Phone ___████████___   Present School, Grade ___Strong/incent 7___   LS
Regular ☐
Special ☑

Date of Request _____   Principal's Signature ___Referral___
ΣPD ecel 572-6299

PROBLEM/REASON FOR REFERRAL:   *Referral to Sarah Reed*
*by Marlene / Frank*

Meet HSV
Fri - 11:00          Intake
1/21/02 - 11:00
mon

---

Date received in Child Study _____   Assigned to: ___████████___

REPORT OF HOME-SCHOOL VISITOR:

1/17/02 - Contact with parent. Intake will
be on 1/21/02 - 11:00 Am.
HSV will go to home 1/18/02 at 11:00.

1-18-02 - HSV went to home. Mother had difficulty
remembering our appt. Apparently she is
heavily medicated & has memory problems.
Forms signed. Intake is scheduled for 1/21/02
at 11:00. Student will begin the program on
1/21/02.

Form 434-PLS-8-78                                        E 000000443

A000000673

Department of Pupil Learner Services
**Child Study Office**

# Request For Home-School Visitor Service

Student ID # _____ 96.3479 _____

Name of Child _____ Ra▇▇▇ P▇▇▇▇ _____   Birthdate _____ ▇▇-88

Lives with _____ Richards _____   Address _____ ▇▇▇▇▇▇▇▇
                 (Name, Relationship)

Phone _____ 4▇▇▇▇▇ _____   Present School, Grade _____ Strong Vincent 7 _____   LS
Regular ☐
Special ☐

Date of Request _____   Principal's Signature _____ Referral _____

EPD cell 9▇▇▇▇▇

PROBLEM/REASON FOR REFERRAL:

Meet HSV
Fri - 11:00

Intake
1/21/02 - 11:00
Mon

Referral to Sarah Reed
by Marlene / Frank

---

Date received in Child Study _____   Assigned to: _____

REPORT OF HOME-SCHOOL VISITOR:

1/17/02 - Contact with parent. Intake will
be on 1/21/02 - 11:00 Am.
HSV will go to home 1/18/02 at 11:00

1-18-02 - HSV went to home. Mother had difficulty
remembering our appt. Apparently she is
heavily medicated & has memory problems.
Forms signed. Intake is scheduled for 1/21/02
at 11:00. Student will begin the program on

Form 434-PLS-8-78         1/22/02

E 000000444

A000000674                    $p^{54}$

# MEMO * School District of the City of Erie, PA

**TO:**       Mr. Frank Scozzie — Assistant to the Superintendent
Mrs. Charlise Moore -  Supervisor, Special Education
Mrs. Marlene Chrisman — Supervisor, Special Education

**FROM:**   Mrs. Audrey Pecoraro, Home/School Visitor

**SUBJECT:**   PLACEMENT OF R███ P███████ AT SARAH REED CHILDREN'S
CENTER

**DATE:**     January 17, 2002

R███ P███ DOB ████88, referred to Sarah Reed, Behavior Modification Program, Special Education Tract, from Strong Vincent High School, Grade 7 LS, is scheduled for the intake process at Sarah Reed on Monday, January 21, 2002 at 11:00 A.M.  She will begin the program on Tuesday, January 22, 2002.

AP:cc

A000000675

**Special Education Department**

# Memo

| **To:** | Jo Barker, Director/Elementary-Middle School Programs |
| --- | --- |
| **From:** | Marlene Chrisman, Special Education Supervisor |
| **CC:** | F. Scozzie/Charlise Moore/Jim Piekanski |
| **Date:** | 01/15/02 |
| **Re:** | B-Mod Referrals |

The purpose of this memo is to provide information on two students who are being referred to Sarah Reed per Frank Scozzie. Both girls were involved in a recent situation at SV of the nature and intensity that staff, including Mr. Scozzie, feels this level of intervention is essential. Both girls are under age 14 and, therefore, not eligible for the Adolescent Partial program.

The girls are:

1. Blind due to placement in Rachel's folder

2. R███ P██████ (DOB: ████/88) grade 7LS



It is my understanding that Mr. Scozzie would like the girls to begin this placement as soon as possible. Please contact Charlise Moore or myself to assist in this process.

E 000000446

# The School District of the City Of Erie, Pa.

| 943020 | L | K | L | 0208 | 07 | 2001-02 |
|---|---|---|---|---|---|---|
| STUDENT NO. | STUDENT NAME | | | RM | GR | SCHOOL YEAR |

| 7488 | BUFALINO J | 2098 | PASTORE C | 98 OF 1 |
|---|---|---|---|---|
| | COUNSELOR | | ADVISOR | |

| CREDITS EARNED BEFORE THIS YEAR | GPA BEFORE THIS YEAR | CAREER RANK |
|---|---|---|
| | 1.231 | |
| | CAREER GPA | |

PROMOTED GRADE ___
RETAINED GRADE ___

**PUPIL PROGRESS REPORT**

01/16/02
REPORT DATE

STRONG VINCENT H.S.
1330 WEST EIGHTH STRE
ERIE    PA    16502

PHONE:  874-6500

TO THE PARENT OR GUARDIAN OF
L  K          L
ERIE          PA    16507



DEFENDANT'S EXHIBIT A

| COURSE NO. | SEC. | COURSE | TEACHER | CREDIT VALUE | 1st QUARTER GR. | COMM. | 2nd QUARTER GR. | COMM. | 3rd QUARTER GR. | COMM. | 4th QUARTER GR. | COMM. | FINAL GR. | COMM. | CREDIT EARNED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1009 | 02 | ENGLISH LS | MANUS C | 1.00 | 70 | | 65 | | | | | | | | |
| 1059 | 03 | READING JE | GRAY JE | 1.00 | 70 | | 51 | | | | | | | | |
| 2009 | 02 | SOC STUDIES LS | MANUS C | 1.00 | 69 | | 65 | | | | | | | | |
| 3009 | 02 | MATH LS | GRAY JE | 1.00 | 80 | | 80 | | | | | | | | |
| 4019 | 02 | SCIENCE LS | SCULLY V | 1.00 | 77 | | 70 | | | | | | | | |
| 6212 | 03 | HOME EC 7 | VALLIMONT | .50 | 76 | | 61 | 10 | | | | | | | |
| 8831 | 01 | BEG STRINGS | DONCH M | 1.00 | 95 | | 85 | | | | | | 69 | | |
| 9212 | 03 | HEALTH 7 (S) | JOHNSON J | | IN | S | IN | | | | | | IN | | |

| ATTENDANCE RECORD | PERIOD | | | | TOTAL |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | |
| EXCUSED | 1.0 | 7.0 | | | 8.0 |
| UNEXCUSED | .0 | .0 | | | .0 |
| UNLAWFUL | .0 | 1.0 | | | 1.0 |
| TARDY | 6.0 | 10.0 | | | 16.0 |

| | 1st QUARTER | 2nd QUARTER | 3rd QUARTER | 4th QUARTER |
|---|---|---|---|---|
| TOTAL GRADE POINTS | 13.75 | 7.50 | | |
| GRADE POINT AVERAGE | 2.63 | 1.25 | | |
| CLASS RANK | 48 | 100 | | |
| CLASS SIZE | 110 | 117 | | |

6.50 - TOTAL CREDITS ATTEMPTED

TOTAL CREDITS EARNED

## EXPLANATION OF GRADING SYSTEM

**Advanced:** Superior academic performance indicating an in-depth understanding and exemplary display of the skills included in Pennsylvania's Academic Standards.

**Proficient:** Satisfactory academic performance indicating a solid understanding and adequate display of the skills included in Pennsylvania's Academic Standards.

**Basic:** Marginal academic performance, work approaching, but not yet reaching satisfactory performance. Performance indicates a partial understanding and limited display of the skills included in Pennsylvania's Academic Standards, and the student may need additional instructional opportunities and/or increased student academic commitment to achieve the proficient level.

**Below Basic:** Inadequate academic performance that indicates little understanding and minimal display of the skills included in the Pennsylvania Academic Content Standards. There is a major need for additional instructional opportunities and/or increased student academic commitment to achieve the proficient level.

| A | 93-100 |
| A- | 90-94 |
| B | 85-90 |
| B- | 80-84 |
| C | 75-79 |
| C- | 70-74 |
| D | 65-69 |
| F | 64-60 |

**NG.** No Grade

**IN.** Incomplete

**WI.** Withdrawn

## COMMENT CODES

J. Lack of interest and effort
K. Poor class participation
L. Excessive absenteeism and/or tardiness
M. Poor sleep work
N. Does not fulfill notebook requirement
O. Does not report for extra help
P. Does not fulfill homework assignments
Q. Demonstrates initiative
R. Is commended for effort
S. Parent/Teacher conference requested
T. Obligation due
U. Demonstrates good work/study habits

A000000677

```
D#,SCH YEAR (AS <8485>, <A>LL, <H>IGH ONLY)
IIIII,YYYY
43020,ALL
```

```
      943020      L    K         L              DOB-      89
                  CURRENT:  SCH-994    GR-09     HR-L
                  1994-95:  SCH-362    GR-00     HR-102B
```

```
      ...ATTENDANCE....              .......GRADE SUMMARY.......
      EXCUSED -    11.0              CREDITS ATTEMPTED -      .00
      UNEXCUSED -   0.0              CREDITS EARNED -         .00
      UNLAWFUL -    0.0              TOTAL POINTS -           .00
      TARDY -      0                 GRADE POINT AVERAGE -    .00
      DAYS BELONGED 178.0            94-95 RANK -
                                     CAREER RANK-
```

```
          **  NO COURSES FOUND FOR THIS STUDENT  **
```

```
  43020   L    K        L              1995-96:  SCH-367  GR-01  HR-0017
```

```
      ...ATTENDANCE....              .......GRADE SUMMARY.......
      EXCUSED -     8.5              CREDITS ATTEMPTED -      .00
      UNEXCUSED -   0.0              CREDITS EARNED -         .00
      UNLAWFUL -    0.0              TOTAL POINTS -           .00
      TARDY -      0                 GRADE POINT AVERAGE -    .00
      DAYS BELONGED 178.0            95-96 RANK -
                                     CAREER RANK-
```

```
          **  NO COURSES FOUND FOR THIS STUDENT  **
```

```
  3020   L    K        L              1996-97:  SCH-367  GR-02  HR-0019
```

```
      ...ATTENDANCE....              .......GRADE SUMMARY.......
      EXCUSED -    12.0              CREDITS ATTEMPTED -      .00
      UNEXCUSED -   0.0              CREDITS EARNED -         .00
      UNLAWFUL -    0.0              TOTAL POINTS -           .00
      TARDY -     44                 GRADE POINT AVERAGE -    .00
      DAYS BELONGED 178.0            96-97 RANK -
                                     CAREER RANK-
```

```
          **  NO COURSES FOUND FOR THIS STUDENT  **
```

0    L■■ K■■■■■ L                          1997-98:   SCH-367   GR-03   HR-0022
                                A000000678

........................WITHDRAWALS AND ENTRIES............................

| PE | DAY | DATE | SCHOOL | OLD SCH | OLD HR | OLD GRADE | OLD CURRICULUM |
|----|-----|-------|--------|---------|--------|-----------|----------------|
| 21 | 51  | 11-12 | 367    |         | 0022   | 03        | 815 P          |
| 21 | 52  | 11-17 | 367    |         |        |           |                |

```
        ...ATTENDANCE....              .......GRADE SUMMARY.......
        EXCUSED -       1.0            CREDITS ATTEMPTED -      .00
        UNEXCUSED -     1.0            CREDITS EARNED -         .00
        UNLAWFUL -      0.0            TOTAL POINTS -           .00
        TARDY -         1              GRADE POINT AVERAGE -    .00
        DAYS BELONGED 178.0            97-98 RANK -
                                       CAREER RANK-
```

              **   NO COURSES FOUND FOR THIS STUDENT   **

3020    L■■ K■■■■■ L                    1999-00:   SCH-367   GR-05   HR-0036

```
        ...ATTENDANCE....              .......GRADE SUMMARY.......
        EXCUSED -       2.0            CREDITS ATTEMPTED -      .00
        UNEXCUSED -     0.0            CREDITS EARNED -         .00
        UNLAWFUL -      0.0            TOTAL POINTS -           .00
        TARDY -         2              GRADE POINT AVERAGE -    .00
        DAYS BELONGED 177.0            99-00 RANK -
                                       CAREER RANK-
```

              **   NO COURSES FOUND FOR THIS STUDENT   **

3020    L■■ K■■■■■ L                    2000-01:   SCH-994   GR-06   HR-L

........................WITHDRAWALS AND ENTRIES............................

| PE | DAY | DATE | SCHOOL | OLD SCH | OLD HR | OLD GRADE | OLD CURRICULUM |
|----|-----|-------|--------|---------|--------|-----------|----------------|
| 04 | 66  | 12-08 | 367    |         | 0016   | 06        | 815 R          |

```
        ...ATTENDANCE....              .......GRADE SUMMARY.......
        EXCUSED -       0.0            CREDITS ATTEMPTED -      .00
        UNEXCUSED -     0.0            CREDITS EARNED -         .00
        UNLAWFUL -      0.0            TOTAL POINTS -           .00
        TARDY -         0              GRADE POINT AVERAGE -    .00
        DAYS BELONGED  66.0            00-01 RANK -      181 OF 186
                                       CAREER RANK-        3 OF 186
```

              **   NO COURSES FOUND FOR THIS STUDENT   **

O7   L▇▇ K▇▇▇▇▇▇L          A000000679  2001-02:   SCH-502   GR-07   HR-0208

```
        ...ATTENDANCE....              .......GRADE SUMMARY.......
        EXCUSED -      6.0             CREDITS ATTEMPTED -     4.00
        UNEXCUSED -    0.0             CREDITS EARNED -        3.50
        UNLAWFUL -     1.0             TOTAL POINTS -          7.00
        TARDY -       16               GRADE POINT AVERAGE -   1.75
        DAYS BELONGED 177.0            01-02 RANK -       83 OF 120
                                       CAREER RANK-        6 OF 120
```

| COURSE | TITLE | CREDITS | TEACHER | SCHOOL | GRADE |
|--------|-------|---------|---------|--------|-------|
| 1009 | ENGLISH LS | 1.00 | 1417-MANUS C | 502 | 70 |
| 2009 | SOC STUDIES LS | 1.00 | 1417-MANUS C | 502 | 70 |
| 4019 | SCIENCE LS | 1.00 | 1786-SCULLY V | 502 | 75 |
| 6212 | HOME EC 7 | .50 | 3356 | 502 | 69 |
| 6984 | DRAFT 1 (S) | .50 | 4935-STUBENHOFER J | 502 | NG |
| 9212 | HEALTH 7 (S) | .50 | 4279-JOHNSON J | 502 | 51 |

943020  L▇▇ K▇▇▇▇▇▇L                    2002-03:   SCH-994   GR-08   HR-L

```
........................WITHDRAWALS AND ENTRIES................................
```

| TYPE | DAY | DATE | SCHOOL | OLD SCH | OLD HR | OLD GRADE | OLD CURRICULUM |
|------|-----|------|--------|---------|--------|-----------|----------------|
| W12 | 86 | 1-14 | 407 | | 0307 | 08 | 815 P |
| R06 | 89 | 1-21 | 407 | | | | |
| W15 | 135 | 4-01 | 407 | | 0307 | 08 | 815 P |

```
        ...ATTENDANCE....              .......GRADE SUMMARY.......
        EXCUSED -      8.5             CREDITS ATTEMPTED -     1.00
        UNEXCUSED -    0.0             CREDITS EARNED -         .00
        UNLAWFUL -    17.0             TOTAL POINTS -           .00
        TARDY -       45               GRADE POINT AVERAGE -    .00
        DAYS BELONGED 133.0            02-03 RANK -      218 OF 223
                                       CAREER RANK-
```

| COURSE | TITLE | CREDITS | TEACHER | SCHOOL | GRADE |
|--------|-------|---------|---------|--------|-------|
| * 6322 | SEWING 8 (S) | .50 | 2481-SITEK M | 407 | 51-JOS |
| * 6392 | CAREER ED | .50 | 2093-DOLANSKY M | 407 | 51 |

```
        CAREER TOTALS:   CREDITS ATTEMPTED   5.00   POINTS   7.000
                         CREDITS EARNED      3.50   GPA      1.400
```

43020   L███ K███████ L                    ST  APT-2F00000068PHONE:      CURRENT:   SCH-994  GR-09  HR-L
        213 E 09                                           DOB-0███89
        ERIE           PA  16503                   PARENT:      DENISE
                                                   COUNSELOR:

. 2001-02 SCHOOL YEAR . . . . . . . . . . . . .                                      .

FORM - 25118·         IN SCHOOL SUSPENSION FOR (34) AGITATION

        SUSPENSION:  SCH-502 STRONG VINCENT H.S.      GR-07·     HR-0208

                     DAYS:  10/26,29,30


FORM - 26706         SATURDAY SUSPENSION FOR (05) SKIPPING DETENTION

        SUSPENSION:  SCH-502 STRONG VINCENT H.S.      GR-07      HR-0208

                     DAYS:  12/08

```
      943020      L        K            L                    DOB-        /89
                   CURRENT:   SCH-994        GR-09          HR-L
                   2000-01:   SCH-994        GR-06          HR-L
```

```
...................................WITHDRAWALS AND ENTRIES.............................
YPE   DAY      DATE      SCHOOL    OLD SCH     OLD HR     OLD GRADE     OLD CURRICULUM
WO4    66     12-08       367                   0016         06               815 R
```

```
         ...ATTENDANCE....              .......GRADE SUMMARY.......
         EXCUSED -      0.0             CREDITS ATTEMPTED -       .00
         UNEXCUSED -    0.0             CREDITS EARNED -          .00
         UNLAWFUL -     0.0             TOTAL POINTS -            .00
         TARDY -        0               GRADE POINT AVERAGE -     .00
         DAYS BELONGED  66.0            00-01 RANK -        181 OF 186
                                        CAREER RANK-          3 OF 186
```

```
         **   NO COURSES FOUND FOR THIS STUDENT   **
```

E  000000251

```
ID#,SCH YEAR (AS <8485>, <A>LL, <H    A000000682
IIIIII,YYYY
943020,0102
```

```
        943020      LONG K       L              DOB-0     89
                    CURRENT:  SCH-994     GR-09     HR-L
                    2001-02:  SCH-502     GR-07     HR-0208

        ...ATTENDANCE....              .......GRADE SUMMARY.......
        EXCUSED -      6.0             CREDITS ATTEMPTED -    4.00
        UNEXCUSED -    0.0             CREDITS EARNED -       3.50
        UNLAWFUL -     1.0             TOTAL POINTS -         7.00
        TARDY -       16               GRADE POINT AVERAGE -  1.75
        DAYS BELONGED 177.0            01-02 RANK -      83 OF 120
                                       CAREER RANK-       6 OF 120
```

| COURSE | TITLE | CREDITS | TEACHER | SCHOOL | GRADE |
|--------|-------|---------|---------|--------|-------|
| 1009 | ENGLISH LS | 1.00 | 1417-MANUS C | 502 | 70 |
| 2009 | SOC STUDIES LS | 1.00 | 1417-MANUS C | 502 | 70 |
| 4019 | SCIENCE LS | 1.00 | 1786-SCULLY V | 502 | 75 |
| 6212 | HOME EC 7 | .50 | 3356 | 502 | 69 |
| 6984 | DRAFT 1 (S) | .50 | 4935-STUBENHOFER J | 502 | NG |
| 9212 | HEALTH 7 (S) | .50 | 4279-JOHNSON J | 502 | 51 |

```
ID NUMBER,YEAR OR <ALL> [,FORM NUMBER]
IIIIII,YYYY [,FFFFF]          A000000683
943020,0001

943020  L███ K██████████         ST  APT 2FL    CURRENT:  SCH-994  GR-09  HR-L
        ████████████                            PHONE:    4████████      DOB-█████/89
        ERIE       PA  16503                     PARENT:  DENISE
                                                COUNSELOR:

          ***  NO SUSPENSION INFORMATION ON FILE  ***
```

SUSPENSION

```
ID NUMBER,YEAR OR <ALL> [,FORM NUMBER]        A000000684
IIIIII,YYYY [,FFFFF]
943020,0102


943020  L███ K████████                         CURRENT:  SCH-994  GR-09  HR-L
              ███████████       ST  APT-2FL     PHONE:    ███-████   DOB-██/██/89
        ERIE         PA  16503                   PARENT:  DENISE
                                                COUNSELOR:


. . -SCHOOL YEAR . . . . . . . . . . . . . . . . . . . .

 FORM - 25118      IN SCHOOL SUSPENSION FOR (34) AGITATION

        SUSPENSION:  SCH-502 STRONG VINCENT H.S.      GR-07     HR-0208

              DAYS:  10/26,29,30


 FORM - 26706      SATURDAY SUSPENSION FOR (05) SKIPPING DETENTION

        SUSPENSION:  SCH-502 STRONG VINCENT H.S.      GR-07     HR-0208

              DAYS:  12/08
```



# August 2001

A000000685

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| | | | 1 | 2 Principals Return | 3 Custodial Payday | 4 |
| 5 | 6 | 7 | 8 GED at Hamilton - 5:00-9:00 p.m. School Board Meets - 7:00 p.m. | 9 GED at Hamilton - 5:00-9:00 p.m. | 10 Teacher Payday | 11 |
| 12 | 13 | 14 | 15 GED at Hamilton | 16 GED at Hamilton | 17 | 18 |
| 19 | 20 | 21 | 22 First Day for Teachers Teacher Inservice Day S-3 | 23 1/2 Day Teacher In-Service 1/2 Day Teacher Prep First Semester Registration for Adult Evening School T-1 | 24 Custodial Payday | 25 |
| 26 | 27 First Day for Students S-1 | 28 First Day for Counselors | 29 | 30 First Semester Registration for Adult Evening School S-4 | 31 | |

Adult Evening School registration rows:
- First Semester Registration for Adult Evening School S-2 T-5 (Tuesday 28)
- 1/2 Day Teacher In-Service / 1/2 Day Teacher Prep / Teacher Payday T-3 (Friday 24)
- Non-Attendance Day for Students/Teachers / Custodial Payday (Friday 31)
- First Semester Registration for Adult Evening School T-7 (Thursday 30)
- First Day for Students S-1 T-4 (Monday 27)

## August Notes

It isn't the great big pleasures that count the most, it's making a great deal out of the little ones.

— Jean Webster
Writer (1876-1916)



DEFENDANT'S EXHIBIT
PENGAD-Bayonne, N.J.

E-000000281



# September 2001

A000000686

Education is not a preparation for life;
education is life itself.

— John Dewey
Educator (1859-1952)

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | | **1** |
| **2** | **3** LABOR DAY — DISTRICT HOLIDAY — S-9 | **4** First Semester Registration for Adult Evening School — S-5 — T-8 | **5** GED at Hamilton - 5:00-9:00 p.m. — S-6 — T-9 | **6** First Semester Adult Evening School Begins; GED at Hamilton - 5:00-9:00 p.m. — S-7 — T-10 | **7** | **8** |
| **9** | **10** — S-9 — T-12 | **11** | **12** — S-11 — T-14 | **13** Teacher Payday — S-8 — T-11 | **14** | |
| **16** High School Principals Meet at Hamilton - 9:00-11:00 a.m.; Writing Assessment - Central, East, NFCA; CAT/5 Pretest Test; Entry/Dismissal - 1:00 p.m.; SDA/Duty for Teachers - 3:00-4:00 p.m.; Erie City Council PTA Executive Board Meeting - 7:00 p.m. at Strong Vincent High School — S-14 — T-17 | **17** Elementary Principals Meet at Hamilton - 9:00-11:00 a.m. — S-14 — T-17 | **18** ROSH HASHANAH Writing Assessment - Central, East, NFCA — S-15 | **19** SECOND DAY OF ROSH HASHANAH Writing Assessment - Central, East, NFCA; CAT/5; GED at Hamilton — S-16 | **20** Writing Assessment - Central, East, NFCA; CAT/5; GED at Hamilton — S-17 — T-20 | **21** Custodial Payday — S-13 — CAT/5; Teacher Payday — S-18 — T-21 | **22** |
| **23** | **24** High School Principals Meet at Washington Educational Center - 9:00-11:00 a.m.; CAT/5 — S-19 — T-22 | **25** CAT/5 — S-20 — T-23 | **26** CAT/5 Make-up — S-21 — T-24 | **27** YOM KIPPUR Superintendent's PTA/PTO Breakfast - 9:00 a.m. - 12:00 noon - McKinley Elementary School — S-22 — T-25 | **28** Psychiatric Clinic - a.m.; Custodial Payday — S-23 | **29** Writing Assessment Scoring/Staff Development - 9:00 a.m. |

**School Board Meets - 7:00 p.m.** (Wednesday 12)

September Notes

_____
_____
_____
_____
_____
_____
_____



# October 2001

The teacher is like the candle which lights others in consuming itself.

- Giovanni Ruffini
  Winter (1807-1881)

A000000687

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | 2 FIRST DAY OF SUKKOT<br><br>Wrong Assessment Scoring/<br>Staff Development - 3:30 p.m.<br><br>S-25   T-26 | 3 SECOND DAY OF SUKKOT<br><br>Wrong Assessment Scoring/<br>Staff Development - 3:30 p.m.<br><br>S-26   T-29 | 4<br><br><br>S-27   T-30 | 5<br><br>First Progress Reports Mailed<br>Teacher Payday<br>S-28   T-31 | 6 |
| 7 | 8 COLUMBUS DAY<br><br>Middle School Principals Meet<br>at Hamilton - 9:00-11:00 a.m.<br>PTA General Meeting 7:00<br>p.m. at Central High School<br>S-29   T-32 | 9 SHEMINI ATZERET<br><br><br>S-30   T-33 | 10 SIMCHAT TORAH<br><br>GED at Hamilton - 5:00-9:00 p.m.<br>School Board Meets - 7:00 p.m.<br>S-31   T-34 | 11<br><br>GED at Hamilton - 5:00-9:00 p.m.<br><br>S-32   T-35 | 12<br><br>Psychiatric Clinic - a.m.<br>CAFS Pizza/Ala. Teachers<br>Custodial Payday<br>S-33   T-36 | 13<br><br><br>SAT at Collegiate Academy |
| 14 NATIONAL SCHOOL LUNCH WEEK<br><br>PSSA WRITING ASSESSMENT OCTOBER 15-26 FOR GRADES 6, 11 | 15<br><br>Teacher In-Service<br>Non-Attendance Day for<br>Students<br><br>S-31 | 16 NATIONAL BOSS DAY<br><br>PSAT - Grades 7, 8, 11<br>Elementary Parental Luncheon<br>Day<br>S-34   T-38 | 17<br><br>Elementary Parental Luncheon<br>Day<br>GED at Hamilton<br>S-35   T-39 | 18<br><br>GED at Hamilton<br><br>S-36   T-40 | 19<br><br>Teacher Payday<br><br>S-37   T-41 | 20 |
| 21 NATIONAL SCHOOL BUS SAFETY WEEK<br><br>DRUG-FREE SCHOOLS WEEK | 22<br><br>High School Principals Meet at<br>Washington Educational Center<br>9:00-11:00 a.m.<br>S-38   T-42 | 23<br><br><br>S-39   T-43 | 24<br><br><br>S-40   T-44 | 25<br><br><br>S-41   T-45 | 26<br><br>Custodial Payday<br><br>S-42   T-46 | 27<br><br><br>ACT at Collegiate Academy |
| 28 DAYLIGHT SAVINGS TIME ENDS | 29<br><br><br>S-43   T-47 | 30<br><br>Secondary Counselor Meeting -<br>Group 1<br>S-44   T-48 | 31 HALLOWEEN<br><br>End of First Marking Period<br>S-45   T-49 | | | |

**October Notes**

E-000000283



# November 2001

Education is a progressive discovery of our own ignorance.
— Will Durant
Historian (1885–1981)

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| NATIONAL PTA CHILD SAFETY AND PROTECTION MONTH | | | | **1**<br>Es, Fs, Ws Due<br>Secondary Counselor Meeting - Group II<br>S-50 | **2**<br>TGIFs due - 12:00 p.m<br>Teacher Payday<br>S-47 | **3**<br>A000000688<br>S-51 |
| **4** | **5**<br>Elementary Principals Meet at Hamilton - 8:00-11:00 a.m.<br>S-48 | **6**<br>ELECTION DAY<br>S-52 | **7**<br>S-50 | **8**<br>Report Cards Distributed/Mailed<br>Early Dismissal - 1:00 p.m.<br>GED at Hamilton - 5:00-9:00 p.m.<br>S-51 | **9**<br>Psychiatric Clinic - a.m.<br>Custodial Payday<br>S-52 | **10** |
| **11**<br>VETERAN'S DAY<br>AMERICAN EDUCATION WEEK<br>NATIONAL CHILDREN'S BOOK WEEK<br>GEOGRAPHIC ACTION WEEK | **12**<br>ACT 80 Day<br>Parent Conference Day for Students<br>S-57 | **13**<br>No Adult Evening School Classes<br>S-49 | **14**<br>Elementary Geography Championship 9:00 a.m at East High School<br>GED at Hamilton<br>School Board Mtces - 7:00 p.m<br>S-53 | **15**<br>Superintendent's PTA(PTO)<br>Breakfast - 8:00 a.m -12:00 noon at Emerson Gridley Elementary School<br>Vocational Education Executive Committee Luncheon Meeting<br>GED at Hamilton<br>S-54 | **16**<br>Psychiatric Clinic - a.m.<br>Custodial Payday<br>S-52 | **17**<br>Academic Sports League at Penn State Behrend |
| **18** | **19**<br>Parent Conference Day #2<br>Non-Attendance Day for Students<br>S-58 | **20**<br>High School Principals Meet at Washington Educational Center - 9:00-11:00 a.m.<br>First Semester Adult Evening School Ends<br>S-59 | **21** | **22**<br>THANKSGIVING DAY | **23** | **24** |
| **25** | **26**<br>DISTRICT HOLIDAY | **27** | **28**<br>Custodial Payday<br>S-60 | **29**<br>DISTRICT HOLIDAY | **30**<br>Psychiatric Clinic - a.m.<br>Teacher Payday<br>S-62 | |

November Notes
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____



# December 2001

It is the greatest of all mistakes to do nothing because you can do only a little. Do what you can.

— Sidney Smith
Clergyman and Writer (1771-1845)

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | | 1 Academic Sports League at Mercyhurst College |
| 2 | 3 | 4 | 5 GED at Hamilton - 5:00-9:00 p.m. S-65  T-71 | 6 | 7 Second Progress Reports Mailed / Custodial Payday S-67 | 8 |
| | Ex, Fls, Wk Due / Elementary Principals Meet at Hamilton - 9:00-11:00 a.m. S-63  T-69 | T-70 | | GED at Hamilton S-66  T-72 | | |
| 9 | 10 FIRST DAY OF HANUKKAH / Middle School Principals Meet at Hamilton - 9:00-11:00 a.m. S-68  T-74 | 11 T-75 | 12 School Board Meets - 7:00 p.m. S-70  T-76 | 13 S-71  T-77 | 14 Psychiatric Clinic - a.m. / Teacher Payday S-72  T-78 | 15 A000000689 |
| 16 | 17 LAST DAY OF HANUKKAH / High School Principals Meet at Washington Educational Center - 9:00-11:00 a.m. S-73  T-79 | 18 T-80 | 19 GED at Hamilton S-75  T-81 | 20 S-74  T-82 | 21 Custodial Payday S-77  T-83 | 22 |
| 23 CHRISTMAS EVE. DISTRICT HOLIDAY | 24 CHRISTMAS EVE. DISTRICT HOLIDAY | 25 CHRISTMAS DAY DISTRICT HOLIDAY | 26 DISTRICT SHUTDOWN | 27 DISTRICT HOLIDAY | 28 Teacher Payday DISTRICT SHUTDOWN | 29 |
| 30 | 31 NEW YEARS EVE. DISTRICT HOLIDAY | | | | | |

December Notes
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

One who condones evil is just as guilty as the one who perpetuates it.

— Dr. Martin Luther King, Jr.
Civil Rights Leader (1929-1968)



# January 2002

A000000690

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | **1** NEW YEAR'S DAY / DISTRICT HOLIDAY | **2** Ex. Pk. Wk Due  T-64 | **3** Harding Tour at Central / Second Semester Registration for Adult Evening School  S-78 | **4** Strong Vincent Tour at Central / Custodial Payday  S-80 | **5** Academic Sports League at Cannon University  T-64 |
| **6** | **7** Elementary Principals Meet at Hamilton - 9:00-11:00 a.m. / Roosevelt Tour at Central / PTA General Meeting - 7:00 p.m. at Jefferson Elementary School - Hellecton's Awards  S-81 | **8** Wilson Assessment - East / Wilson Tour at Central / Second Semester Registration for Adult Evening School  S-82  T-87 | **9** Wilson Assessment - East / Wilson Tour at Central / School Board Meets - 7:00 p.m.  S-83  T-89 | **10** Wayne Tour at Central / Second Semester Registration for Adult Evening School  S-84  T-90 | **11** Psychiatric Clinic - 8 a.m. / Wayne Tour at Central / Teacher Payday  S-85  T-91 | **12** |
| **13** | **14** Middle School Principals Meet at Hamilton - 9:00-11:00 a.m. / Wilson Assessment 'Scoring' Staff Development - 3:30 p.m.  S-86  T-92 | **15** Wilson Assessment 'Scoring' Staff Development - 3:30 p.m. / Second Semester Evening School Begins  S-87  T-93 | **16** End of First Semester / End of Second Marking Period / Beginning of Second Semester / GED at Hamilton  S-88  T-94 | **17** GED at Hamilton  S-89  T-95 | **18** 1Gifts Due - 2:00 p.m. / Recording Day for Teachers / Non-Attendance Day - Students / Custodial Payday  S-65  T-96 | **19** |
| **20** SCHOOL HEALTH WEEK | **21** DR. MARTIN LUTHER KING'S BIRTHDAY / DISTRICT HOLIDAY  S-94  T-101 | **22** High School Principals Meet at Washington Educational Center - 8:00-11:00 a.m.  S-90  T-97 | **23** NATIONAL SCHOOL NURSE DAY / Wilson Assessment - Grades 5-8  S-91  T-98 | **24** Wilson Assessment - Grades 5-8  S-92  T-99 | **25** Psychiatric Clinic - 8 a.m. / Report Cards Distributed/Mailed / Teacher Payday / Project ASK  S-93  T-100 | **26** Wilson Assessment 'Scoring' Staff Development - 8:00 a.m. / Project ASK |
| **27** | **28**  S-101 | **29**  T-102 | **30**  T-103 | **31**  T-104 | | |

**January Notes**

# February 2002



> I think I began learning long ago that those who are happiest are those who do the most for others.
> — Booker T. Washington
> Educator (1856-1915)

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| **AFRICAN-AMERICAN HISTORY MONTH** | | | | | **1** Ek, Fk, Wk Dua; Custodial Payday  S-98 | **2** Wkng Assessment Scoring/Skill Development - 9:00 a.m.  T-106 |
| **3** **NATIONAL SCHOOL COUNSELING WEEK** | **4** Elementary Principals Meet at Hamilton - 9:00-11:00 a.m.; Wkng Assessment - East; Wkng Assessment Scoring/Staff Development - 3:30 p.m.; Career Education Night at Central  S-99 | **5** Wkng Assessment - East Hamilton; Wkng Assessment Scoring/Staff Development - 3:30 p.m.  S-100  T-105 | **6** Early Dismissal - 1:00 p.m.; SDAH Day for Teachers - 2:00-4:00 p.m.  S-101  T-108 | **7**  S-102  T-109 | **8** Psychiatric Clinic - a.m.; Teacher Payday  S-103  T-110 | **9**  T-110 |
| **10** **SCHOOL PSYCHOLOGISTS WEEK** | **11** Middle School Principals Meet at Hamilton - 9:00-11:00 a.m.; PTA General Meeting - 7:00 p.m. at Wilson Middle School; Founders Day  S-104 | **12** LINCOLN'S BIRTHDAY  S-105  T-111 | **13** ASH WEDNESDAY; School Board Meets - 7:00 p.m.  S-106  T-113 | **14** VALENTINE'S DAY  S-107  T-114 | **15**  T-115 | **16**  A000000691 |
| **17** | **18** PRESIDENT'S DAY; High School Principals Meet at Washington Educational Center 9:00 a.m. - 11:00 a.m.; Winter Break; Non-Attendance Day for Teachers/Students; Snow Makeup Day #1  S-112 | **19** Teacher In-Service; Non-Attendance Day - Students  S-113  T-118 | **20** Superintendent's PTA/PTO Breakfast - 9:00 a.m. - 12:00 noon at Wilson Middle School; GED at Hamilton  S-109  T-117 | **21** Third Progress Reports Mailed  S-110  T-118 | **22** WASHINGTON'S BIRTHDAY; Psychiatric Clinic - a.m.; PTA Scholarship Dance Harmon Gardens - 8:00 p.m. 1:00 a.m.; Teacher Payday  S-111  T-119 | **23** |
| **24** | **25**  T-120 | **26**  S-113  T-121 | **27**  S-114  T-122 | **28**  S-115  T-122 | | |

**February Notes**

_____
_____
_____
_____
_____
_____
_____
_____
_____



# March 2003

> Authority without wisdom is like a heavy axe without an edge, fitter to bruise than polish.
>
> - Anne Bradstreet
> Poet (1612-1672)

A000000692

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| NATIONAL WOMEN'S HISTORY MONTH; NATIONAL MIDDLE LEVEL EDUCATION MONTH | | | | | 1 <br> Et, Ht, Wk Due <br> Custodial Payday <br> S-116 | 2 |
| 3 <br> NEWSPAPER IN EDUCATION WEEK | 4 <br> Elementary Principals Meet at Hamilton - 9:00-11:00 a.m. <br> S-117 | 5 <br> T-126 | 6 <br> S-119 | 7 <br> S-120 | 8 <br> Psychiatric Clinic - a.m. <br> Teacher Payday <br> S-121 | 9 |
| 10 <br> HOME AND SCHOOL VISITORS WEEK | 11 <br> Middle School Principals Meet at Hamilton - 9:00-11:00 a.m. <br> S-122 | 12 <br> T-131 | 13 <br> S-124 | 14 <br> S-125 | 15 <br> Parent Conference Day #1 <br> Non-Attendance Day - Students <br> Custodial Payday | 16 |
| 17 <br> ST. PATRICK'S DAY | 18 <br> High School Principals Meet at Washington Educational Center - 9:00-11:00 a.m. <br> S-126 | 19 <br> S-123 | 20 <br> School Board Meets - 7:00 p.m. <br> S-124 | 21 <br> Second Semester/Adult Evening School Ends <br> GED at Hamilton <br> S-129 | 22 <br> Psychiatric Clinic - a.m. <br> Teacher Payday <br> S-130 | 23 |
| 24 <br> PALM SUNDAY | 25 <br> SPRING BREAK <br> Non-Attendance Day for Students/Teachers | 26 <br> Vocational Education Executive Committee Luncheon Meeting <br> S-127 | 27 <br> GED at Hamilton <br> S-128 | 28 <br> FIRST DAY OF PASSOVER <br> Non-Attendance Day for Students/Teachers <br> Custodial Payday | 29 <br> GOOD FRIDAY <br> SECOND DAY OF PASSOVER <br> DISTRICT HOLIDAY | 30 |
| 31 <br> EASTER SUNDAY | Non-Attendance Day for Students/Teachers | | | | | |

## March Notes

# April 2002



> A room without books is like a body without a soul.
> - Marcus Tullio Cicero, Statesman, Orator, Writer (106-43 B.C.)

AprilNotes
_____
_____
_____
_____
_____
_____
_____
_____
_____

A000000693

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| NATIONAL POETRY MONTH — KEEP AMERICA BEAUTIFUL MONTH | **1** DISTRICT HOLIDAY | **2** Ex. Rt. Wks Due — S-131 T-140 | **3** — S-132 T-141 | **4** LAST DAY OF PASSOVER — S-133 T-142 | **5** End of Third Marking Period — Teacher Payday — S-134 T-143 | **6** |
| **7** DAYLIGHT SAVINGS TIME BEGINS | **8** Elementary Principals Meet at Hamilton - 9:00-11:00 a.m. — TGIFs Due - 12:00 noon — S-135 T-144 | **9** — S-136 T-145 | **10** School Board Meets - 7:00 p.m. — GED at Hamilton - 5:00 & 9:00 p.m. — S-137 T-146 | **11** Psychiatric Clinic - a.m. — Report Cards Distributed/Mailed — Custodial Payday — S-138 T-147 | **12** — S-139 T-148 | **13** |
| **14** NATIONAL LIBRARY WEEK | **15** Middle School Principals Meet at Hamilton - 9:00-11:00 a.m. — Writing Assessment - Central, East, NPCA, SV — PTA Council Meeting - 7:00 p.m. at Strong Vincent - Elections — S-140 T-149 | **16** Writing Assessment - Central, East, NPCA, SV — S-141 T-150 | **17** Writing Assessment - Central, East, NPCA, SV — GED at Hamilton — S-142 T-151 | **18** Writing Assessment - Central, East, NPCA, SV — GED at Hamilton - 5:00 & 9:00 p.m. — S-143 T-152 | **19** Teacher Payday — S-144 T-153 | **20** |
| **21** KINDERGARTEN REGISTRATION WEEK — PROFESSIONAL SECRETARIES WEEK | **22** High School Principals Meet at Washington Educational Center - 9:00-11:00 a.m. — S-145 T-154 | **23** Early Dismissal - 1:00 p.m. — SOAR Day for Teachers - 2:00-4:00 p.m. — S-146 T-155 | **24** PROFESSIONAL SECRETARIES DAY — S-147 T-156 | **25** Superintendent's PTA/PTO Breakfast - 9:00 a.m. - 12:00 noon at Pfeiffer-Burleigh Elementary School — S-148 T-157 | **26** Psychiatric Clinic - a.m. — Custodial Payday — S-149 T-158 | **27** Writing Assessment Scoring/ Staff Development - 9:00 a.m. |
| **28** | **29** Writing Assessment Scoring/ Staff Development - 3:30 p.m. — Erie City Council PTA Executive Board Meeting - 7:00 p.m. at Roosevelt Middle School — S-150 T-159 | **30** Writing Assessment Scoring/ Staff Development - 3:30 p.m. — S-151 T-160 | | | | |



# May 2002

> Write it on your heart that every day is the best day in the year.
> - Ralph Waldo Emerson
> Poet and Essayist (1803-1882)

A 000000694

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | **1** Ex, Fa, Wa Due<br>Senior Consumer Awareness Day<br>Writing Assessment Scoring/Staff Development - 3:30 p.m. S-152 | **2** Co-op Employers Appreciation Dinner S-153 | **3** Fourth Progress Reports Mailed<br>Teacher Payday S-154 | **4** SAT at Collegiate Academy |
| **5** NATIONAL PTA TEACHER APPRECIATION WEEK<br>READING IS FUN WEEK<br>BE KIND TO ANIMALS WEEK | **6** Elementary Principals Meet at Hamilton - 9:00 a.m. - 11:00 a.m.<br>Non-Attendance Day for Students/Teachers<br>SNOW MAKE-UP DAY #2 | **7** NATIONAL TEACHER DAY | **8** | **9** | **10** Psychiatric Clinic - a.m.<br>Custodial Payday S-158 | **11** |
| **12** MOTHER'S DAY | **13** | **14** | **15** School Board Meets - 7:00 p.m. S-156 | **16** | **17** FIRST DAY OF SHAVUOT<br>Project ASK<br>Teacher Payday S-163 | **18** SECOND DAY SHAVUOT<br>Project ASK |
| **19** NATIONAL EDUCATIONAL BOSSES' WEEK | **20** Middle School Principals Meet at Hamilton - 9:00 - 11:00 a.m. S-159 | **21** ASL Banquet at Edinboro University - 11:30 a.m.-2:00 p.m. S-160 | **22** GED at Hamilton S-161 | **23** GED at Hamilton S-162 | **24** Project ASK<br>Teacher Payday S-163 | **25** |
| **26** | **27** High School Principals Meet at Washington Educational Center - 9:00-11:00 a.m.<br>Erie City Council PTA Executive Board Meeting - 7:00 p.m. at Grover Cleveland S-164 | **28** | **29** Annual PTA Scholarship Recognition Banquet - 6:30 p.m. S-167 | **30** Custodial Payday S-168 | **31** |  |
|  | **MEMORIAL DAY** DISTRICT HOLIDAY |  |  |  |  |  |

May Notes



# June 2002

Who dares to teach must never cease to learn. - John Cotton Dana
Librarian and Author (1856-1929)

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | | 1<br><br>SAT at Collegiate Academy |
| 2 | 3<br>Et, Fli, Wk Due<br>Elementary Principals Meet at Hamilton - 9:00-11:00 a.m.<br>Erie City Council of PTA Executive Board Meeting - 7:00 p.m. at Central<br>Adult Learning Center Graduation<br>S-173 | 4<br><br>Middle School Principals Meet at Hamilton - 9:00 a.m. 11:00 a.m.<br>S-174    T-183 | 5<br><br>Last Day for Seniors<br>S-175 | 6<br><br>T-185 | 7<br>Last Day for Students<br>Close of the Fourth Quarter<br>Last Day for Teachers Assistants<br>Custodial Payday<br>East High Graduation<br>S-177    T-186 | 8<br><br>ACT at Collegiate Academy<br>A000000695 |
| 9 | 10<br>TCH's Due - 1:00 p.m.<br>Recording Day for Teachers<br>Last Day for Teachers<br>SOAR Day for Teachers -<br>3:00-4:00 p.m.<br>Collegiate Academy Graduation<br>SNOW MAKEUP DAY #3<br>T-187 | 11<br>High School Principals Meet at Washington Educational Center - 9:00-11:00 a.m.<br>Last Day for Counselors<br>Strong Vincent Graduation | 12 | 13<br><br>School Board Meets - 7:00 p.m.<br>Central Graduation | 14<br><br>FLAG DAY<br><br>Report Cards Distributed/Mailed<br>Teacher Payday | 15 |
| 16<br><br>FATHER'S DAY | 17 | 18<br><br>Summer School Registration Begins | 19<br><br>GED at Hamilton | 20<br><br>GED at Hamilton | 21<br><br>Last Day for Principals<br>Custodial Payday | 22 |
| 23 | 24<br><br>Summer School Begins | 25 | 26 | 27 | 28<br><br>Teacher Payday | 29 |
| 30 | | | | | | |

June Notes

_____
_____
_____
_____
_____
_____
_____
_____
_____