A000000796

01-02

## STRONG VINCENT HIGH SCHOOL ATTENDANCE ACCOUNTING SHEET

**Student** R____ P____    **HR** 2.24V    **ID#** 963479    **DOB** 11-16-88

| Adj | Day | Date | Leg | Ill | Unex | Reason | TT | Adj | Day | Date | Leg | Illeg | Unex | Reason | TT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 8/27 | | | | | | A | 47 | 11/2 | | | | | |
| B | 2 | 8/28 | | | | | | B | 48 | 11/5 | | | | | |
| A | 3 | 8/29 | | | | | | A | 49 | 11/6 | | | | | |
| B | 4 | 8/30 | | | | | | B | 50 | 11/17 | NOTE | | | | |
| A | 5 | 9/4 | | | | | | A | 51 | 11/8 | Note | | | | |
| B | 6 | 9/5 | | | | | | B | 52 | 11/9 | | | | | |
| A | 7 | 9/6 | | | | | | A W | 53 | 11/14 | | | | | |
| B | 8 | 9/7 | | | | | | B R | 54 | 11/15 | | | | | 8:20 |
| A | 9 | 9/10 | X | | | NOTE | | A F | 55 | 11/16 | | | | | |
| B | 10 | 9/11 | | | | | | B M | 56 | 11/19 | | | | | 9:20 |
| A | 11 | 9/12 | X | | | NOTE | | A T | 57 | 11/20 | | | X | NO NOTE | |
| B | 12 | 9/13 | | | | | | B W | 58 | 11/21 | | | | | |
| A | 13 | 9/14 | | | | | | A T | 59 | 11/27 | | | | | |
| B | 14 | 9/17 | | | | | | B W | 60 | 11/28 | | | | | |
| A | 15 | 9/18 | | | | | | A R | 61 | 11/29 | | | X | NO NOTE | |
| B | 16 | 9/19 | X | | | NOTE | | B F | 62 | 11/30 | | | | | |
| A | 17 | 9/20 | | | | | | A M | 63 | 12/3 | | | | | |
| B | 18 | 9/21 | | | | | | B T | 64 | 12/4 | | | | | |
| A | 19 | 9/24 | X | | | NO NOTE | | A W | 65 | 12/5 | | | X | NO NOTE | |
| B | 20 | 9/25 | | | | | | B R | 66 | 12/6 | | | X | NO NOTE | |
| A | 21 | 9/26 | | | | | | A F | 67 | 12/7 | | | X | NO NOTE | |
| B | 22 | 9/27 | | | | | | B M | 68 | 12/10 | | | X | NO NOTE | |
| A | 23 | 9/28 | | | | | | A T | 69 | 12/11 | | | | | 8:20 |
| B | 24 | 10/1 | | | | | | B W | 70 | 12/12 | | | X | NO NOTE | |
| A | 25 | 10/2 | | | | | | A R | 71 | 12/13 | | | | | |
| B | 26 | 10/3 | | | | | | B F | 72 | 12/14 | | | X | NO NOTE | |
| A | 27 | 10/4 | X | | | NOTE | | A M | 73 | 12/17 | | | X | NO NOTE | |
| B | 28 | 10/5 | X | | | NOTE | | B T | 74 | 12/18 | | | X | NO NOTE | |
| A | 29 | 10/8 | | | | | | A W | 75 | 12/19 | | | | NO NOTE | |
| B | 30 | 10/9 | | | | | | B R | 76 | 12/20 | X | | | | |
| A | 31 | 10/10 | | | | | | A F | 77 | 12/21 | X | | | PG Conf | |
| B | 32 | 10/11 | | | | | | B W | 78 | 1/2 | | | | | |
| A | 33 | 10/12 | | | | | | A R | 79 | 1/3 | | | | | |
| B | 34 | 10/16 | | | | | | B F | 80 | 1/4 | | | | | 8:20 |
| A | 35 | 10/17 | | | | | | A M | 81 | 1/7 | | | | | |
| B | 36 | 10/18 | | | | | | B T | 82 | 1/8 | | | | | |
| A | 37 | 10/19 | | | | | | A W | 83 | 1/9 | | | | | |
| B | 38 | 10/22 | | | | | | B R | 84 | 1/10 | | | | | |
| A | 39 | 10/23 | | | | | | A F | 85 | 1/11 | | | | | |
| B | 40 | 10/24 | | | | | | B M | 86 | 1/14 | | | | | |
| A | 41 | 10/25 | | | | | | A T | 87 | 1/15 | | | | | |
| B | 42 | 10/26 | | | | | | B W | 88 | 1/16 | | | | | |
| A | 43 | 10/29 | | | | | | | | | | | | | |
| B | 44 | 10/30 | | | | | | | | | | | | | |
| A | 45 | 10/31 | | | | | | | | | | | | | |
| B | 46 | 11/1 | | | | | | | | | | | | | |

IEP IN Homebound present

GRADE HISTORY

```
ID#,SCH YEAR (AS <8485>, <A>LL, <HACD00787    A000000787
IIIIII,YYYY
963479,0102
```

```
        963479    P██████ R█████████        DOB-█████88
                  CURRENT:  SCH-990    GR-09    HR-P
                  2001-02:  SCH-502    GR-07    HR-0224
```

```
        ...ATTENDANCE....            .......GRADE SUMMARY.......
        EXCUSED -      6.0           CREDITS ATTEMPTED -    5.50
        UNEXCUSED -    0.0           CREDITS EARNED -       4.00
        UNLAWFUL -     6.0           TOTAL POINTS -         8.50
        TARDY -        5             GRADE POINT AVERAGE -  1.55
        DAYS BELONGED 177.0          01-02 RANK -      91 OF 120
                                     CAREER RANK-       6 OF 120
```

| COURSE | TITLE | CREDITS | TEACHER | SCHOOL | GRADE |
|--------|-------|---------|---------|--------|-------|
| 1009 | ENGLISH LS | 1.00 | 1417-MANUS C | 502 | 70 |
| 1059 | READING LS | 1.00 | 1786-SCULLY V | 502 | 75 |
| 2009 | SOC STUDIES LS | 1.00 | 1417-MANUS C | 502 | 70 |
| 4019 | SCIENCE LS | 1.00 | 1786-SCULLY V | 502 | 71 |
| 6202 | ART 7 (S) | .50 | 1394 | 502 | NG |
| 6212 | HOME EC 7 | .50 | 3356 | 502 | 51 |
| 8202 | GEN MUSIC 7 (D) | .50 | 2674 | 502 | 57 |
| 9202 | GYM 7 | .50 | 2709-ACKE | 502 | 51 |

963479,0001                                                                SUSPENSION

963479    P█████ RA████████                     A000000798    CURRENT:    SCH-990   GR-09   HR-P
          7████████████    ST                                 PHONE:    ██████████    DOB-████/88
          ERIE          PA  16503                              PARENT:    RICHARD
                                                              COUNSELOR:

          ***   NO SUSPENSION INFORMATION ON FILE   ***

963479,0102                                                                 SUSPENSION

963479    P████████ RA███████        A000000799    CURRENT:  SCH-990   GR-09   HR-P
          7██ E ██████████    ST                   PHONE:    4██ ████       DOB-█████/88
          ERIE          PA  16503                   PARENT:   RICHARD
                                                   COUNSELOR:

· · -SCHOOL YEAR . . . . . . . . . . . . . . . . . . . . . . . .

FORM - 25758       IN SCHOOL SUSPENSION FOR (04) SKIPPING CLASS

          SUSPENSION:  SCH-502 STRONG VINCENT H.S.      GR-07      HR-0224

                      DAYS:  10/30
                             11/01,02

963479,0001                                                          GRADE HISTORY

             963479    PC███████ R█████  A000000800          DOB-██████/88
                       CURRENT:  SCH-990     GR-09      HR-P
                       2000-01:  SCH-370     GR-06      HR-0300

. . . . . . . . . . . . . . . . . . . . . . . . . WITHDRAWALS AND ENTRIES. . . . . . . . . . . . . . . . . . . . . . . . .
TYPE    DAY      DATE      SCHOOL   OLD SCH   OLD HR    OLD GRADE   OLD CURRICULUM
E02     146      4-25      370

            . . . ATTENDANCE. . . .              . . . . . . . GRADE SUMMARY. . . . . . .
            EXCUSED -        4.0            CREDITS ATTEMPTED -        .00
            UNEXCUSED -      0.0            CREDITS EARNED -           .00
            UNLAWFUL -       0.0            TOTAL POINTS -             .00
            TARDY -          0              GRADE POINT AVERAGE -      .00
            DAYS BELONGED  32.0            00-01 RANK -
                                            CAREER RANK-

              **   NO COURSES FOUND FOR THIS STUDENT   **

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

A000000801

THE SCHOOL DISTRICT OF THE CITY OF ERIE, PA
148 WEST 21ST STREET • 16502
DEPARTMENT OF SPECIAL EDUCATION

## STUDENT ASSIGNMENT INFORMATION

FIRST NOTICE — INITIAL LETTER                    DATE: AUGUST 5, 2002

STUDENT NAME: P███████, R██████         ID#: 963479  DOB: ███/88

ADDRESS: 1███████████                    ZIP: 16502
PARENT OR GUARDIAN:
PRESENT ASSIGNMENT:  Strong Vincent - Sarah Reed Children's Center    GRADE: 8 *
NEW ASSIGNMENT:      SARAH REED CHILDREN'S CENTER  •  1020 EAST 10TH STREET
                     Strong Vincent • Home School      PRINCIPAL:  Ms. Woods
PROGRAM:     Learning Support Part Time (66%)          TEACHER:   Ms. Manus
                                                       Of Record    ( 1102 )
             Speech and Language Support Services 2%                Bondanella
EFFECTIVE DATE:       AUGUST 26, 2002
AUTHORIZED BY:        MRS. MOORE

\* NOTE:  The actual grade placement is determined by each school based on passing grades or credits earned.

BUS INFORMATION:

   SARAH REED TRANSPORTS

For further information concerning the bus call 874-6900, Mr. Emch.  For EMTA routes call 452-3515.

LUNCH INFORMATION

   ---------

For further information concerning the new school call 874-6500.

SPECIAL INFORMATION:   ORIGINAL — PARENT
COURTESY COPIES TO:    ❑  Special Education Office
                       ❑  Home School
                       ❑  Sending School
                       ❑  Sarah Reed Children's Center
                       ☑  Student File
                       ❑  Teacher of Record
                       ❑  Child Study Department
                       ❑  Attendance

DEFENDANT'S
EXHIBIT

1

A000000802

*Where Community Safety Begins*
*& Youth Violence Ends*



# FAX

**DATE:** 1/21/03

1511 Peach Street, Erie, PA 16501
(814) 480-3900 voice
(814) 454-6473 fax
www.andromedahouse.org
andromeda@andromedahouse.org

JAN 2 1 2003

**Girls ITU - Spartansburg**
39132 Mt. Pleasant Road • Spartansburg, PA 16434
Ph: 814/694-2974 • Fx: 814/694-2118

**Girl's RTF - Spartansburg**
39132 Mt. Pleasant Road • Spartansburg, PA 16434
Ph: 814/694-3653 • Fx: 814/694-2118

**Florence Crittenton RTF - Erie**
843 East 6th Street • Erie, PA 16507
Ph: 814/452-2740 • Fx: 814/452-3343

**Boys RTF - Erie**
1510 State Street • Erie, PA 16501
Ph: 814/480-5904 • Fx: 814/456-4229

**Shelter Program**
1510 State Street • Erie, PA 16501
Ph: 814/430-5905 • Fx: 814/456-4229

**Alternative Education Program**
1511 Peach Street • Erie, PA 16501
Ph: 814/480-5914 • Fx: 814/454-9559

**Collaborative Intensive Community Treatment Program**
132 West 26th Street • Erie, PA 16508
Ph: 814/459-6990 • Fx: 814/459-2488

**TO:** BECKY

**FAX NUMBER:** 874-6119          **PAGES:** 2          (including cover sheet)

**FROM:** ANDROMEDA HOUSE RTF     **FAX NUMBER:** 694-2118

**RE:** LINDA WALSH

☐ URGENT    ☐ FOR REVIEW    ☒ PLEASE REPLY

**COMMENTS:**

SCHOOL RECORDS FOR

R_____ A_____

D.O.B. _____ 88

**CONFIDENTIAL NOTICE:** This facsimile message contains privileged and confidential material and/or trade secret material intended for the sole use of the named recipient(s). If you are not such recipient, any disclosure, copying, distribution, the taking of any action in reliance on the contents of this transmission, or other use is STRICTLY PROHIBITED. If you have received this message in error, please call IMMEDIATELY, COLLECT at 814/480-5900 so that we can arrange for the immediate retrieval of this material at no cost to you.
(Rev 5/23/02)

*An Award-Winning Private Non-Profit Corporation*





**DEFENDANT'S EXHIBIT**

G

E 000001460

01/21/2003  12:07   8146942118                ANDROMEDA HOUSE                      PAGE  02

A000000803

RE:   Receipt of Transfer and Request for
Copy of Immunization, Grade
Transcripts and Special Education
Records

To Whom It May Concern

According to the final regulations of the Family Educational Rights and Privacy Act (Buckley Amendment) dated June 17, 1976, it is no longer necessary to obtain written consent to release records between schools.  It states that school officials, including teachers within the educational institution and officals of other schools in school systems in which the student may intend to enroll, may receive a studaant's record without consent for such release.

Please forward a copy of complete school transcripts including Health and Immunization records on the following student who is presently in our care with enrollment in our on-grounds school operated by the Northwest Tri-County Intermediate Unit # 5.  If this student was participating in special education, please include a copy of their most current CER and IEP so that we may begin special education services immediately.

Name: R▬▬▬▬ A▬▬▬▬,
Grade: 8
D.O.B.: ▬▬▬-88

Your cooperation and prompt response are greatly appreciated.   Please contact me at (814) 694-3653 if you have any questions.

Sincerely,
Perseus House, Inc.

*Patty Lee*

PATTY LEE
Andromeda House  RTF.

# INDIVIDUALIZED EDUCATION PROGRAM (IEP) Format
**********************************************************************  School Age

**IEP Team Meeting Date:** 2-10-03                                                    **Case #:** 728TT

**IEP Implementation Date (Projected Date when Services and Programs Will Begin):** 2-11-03
Mo / Day / Yr

**Anticipated Duration of Services and Programs:** 2-11-04
Mo / Day / Yr

| | | | | | |
|---|---|---|---|---|---|
| **Student Name:** R██ P██ | **DOB:** █/██/'88 | **Age:** 14 | **Grade:** 8 |

**Home School District:** Erie                **School Bldg:** Andromeda House RTF

**School District:** Union City                **Anticipated Year of Graduation:** 2008
(If different than Home School District)

**Parent Name:** Richard and Shelly P██████                **Phone:** (H) ████████

**Address:** ████████                **Phone:** (W)

Erie, Pa. 16503                **County of Residence:** Erie

**Other Information:**

## PARENT CONTACTS: *(Date and Sign Each Attempt)*

|  | **Date** | **Signature** |
|---|---|---|
| Letter | 1-30-03 | QU. |
| Phone Call | | |
| Home Visit | | |
| Other (specify): | | |
| Other (specify): | | |

**DEFENDANT'S EXHIBIT**
L

## IEP TEAM/SIGNATURES*

The Individualized Education Program (IEP) Team makes the decisions about the student's program and placement. The student's parent(s), the student's regular teacher and a representative from the local education agency are required members of this team. A regular education teacher must also be included if the student participates, or may be participating in regular education. Signature on this IEP documents attendance, not agreement.

| NAME (typed or printed) | POSITION (typed or printed) | SIGNATURE* |
|---|---|---|
| Richard Polancy | Parent | |
| Shelly Polancy | Parent | |
| Rachel Polancy | Student* | Rachel ██ |
| | Regular Education Teacher | |
| Patricia Lee | Special Education Teacher | Patricia L.L.Ll |
| Joyce Bowser-Lansberry | Local Ed. Agency Rep. (Chair) | Joyce Bowser-Lansberry |
| | Community Agency Rep** | |
| | Vocational Rep (if appropriate)*** | |
| Jennifer Fratus | Mental Health Therapist | |
| Tania Cochran | Case Manager | Tania Cochran, BA |

\*    The IEP team must invite the student if transition services are being planned or if the parents choose to have the student participate.
\*\*   As determined by the LEA as needed for transition services.
\*\*\*  Must be present if a Vocational Technical Program is being considered.

RECEIVED MAY 3 0 2003 ERIE SCHOOL DISTRICT SPECIAL ED. DEPT.

E 000001465

Student Name:  INDIVIDUALIZED EDUCATION PROGRAM 0805

# PROCEDURAL SAFEGUARDS NOTICE

·I have received a copy of the *Procedural Safeguards Notice*.  The District has informed me whom I may contact if I need more information.

Signature: _____    Date Received: _____

## I.    SPECIAL CONSIDERATIONS THE IEP TEAM MUST CONSIDER BEFORE DEVELOPING THE IEP.  ANY FACTORS CHECKED MUST BE ADDRESSED IN THE IEP.

**Is the Student Blind or Visually Impaired?**

☒    No

☐    Yes - Team must provide for instruction in Braille and the use of Braille unless the IEP Team determines, after an evaluation of the child's reading and writing skills, needs and appropriate reading and writing media (including an evaluation of the child's future needs for instruction in Braille or the use of Braille), that instruction in Braille or the use of Braille is not appropriate.

**Is the Student Deaf or Hearing Impaired?**

☒    No

☐    Yes - Team must consider the child's language· and communication needs, opportunities for direct communications with peers and professional personnel in the child's language and communication mode, academic level, and full range of needs, including opportunities for direct instruction in the child's language and communication mode in the development of the IEP.

☐    COMMUNICATION NEEDS

☐    ASSISTIVE TECHNOLOGY, Devices and/or Services

☐    LIMITED ENGLISH PROFICENCY

☐    BEHAVIORS THAT IMPEDE HIS/HER LEARNING or that of OTHERS

☒    TRANSITION SERVICES

☐    OTHER (Specify):

## II.    PRESENT LEVELS OF EDUCATIONAL PERFORMANCE

**STUDENT'S PRESENT LEVELS OF EDUCATIONAL PERFORMANCE:**

Ra▆▆ has only been in this classroom for a few weeks, but she has already shown some improvements.  Ra▆▆is currently attempting to complete her homework assignments and has attempted to complete some make up work. She is easily frustrated with academics and peers.  Ra▆▆ is very much aware of her academic weaknesses and very sensitive about needing help.  She does ask for help, usually before attempting things on her own.  She appears to be attempting to try in school and also to get along with her peers in the classroom.

**HOW THE STUDENT'S DISABILITY AFFECTS INVOLVEMENT AND PROGRESS IN GENERAL EDUCATION CURRICULUM (Include the child's strengths and needs which will effect the student's involvement and progress in the general curriculum.):**

F_000001466

A000000806

R█████ placement in a residential treatment facility coupled with her need for structure, and her poor social behaviors inhibit her progress in the general curriculum. R██████ need for small group setting and behavior management cannot, at this time, be carried out in the regular education setting.

*Individualized Education Program (IEP) PDE Rev. 7/13/01*
WHITE – SCHOOL FILE
YELLOW – PARENT
PINK - OTHER
**Template -** *Rev. 08/07/2001*
**Page 3 of 1D**

Student Name: INDIVIDUALIZED EDUCATION PROGRAM A000000807

## III. GOALS AND OBJECTIVES:

*Speech and Language Program requires noting the "Frequency of Service":*

**MEASURABLE ANNUAL GOAL:**
    Rachel will maintain passing grades in all subject areas.

How goal will be measured:
    9week report card

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| Ra███ will complete all class and homework assignments | 8 out of 10 assignments completed | teacher/student observation |
| Ra███ will utilize peer reading buddy as needed | 10 out of 10 times | teacher/ student/ staff observation |
| Ra███ will have all tests and quizzes read to her by classroom aide | 10 out of 10 times | teacher/ aide monitoring |

### REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be reported:

    Quarterly report card

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
| | | Jan. 23-March 26 Passed all academic subjects with 70% and above. | March 27-June 4 Passed all academic subjects with 70% and above. | |

**MEASURABLE ANNUAL GOAL:**
    Ra███will improve her social responses so that they are appropriate and acceptable.

How goal will be measured:
    Daily point card with the saving of at least 15 points every 3wks

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| Ra███ will participate in Goldstein's Skill Streaming | 9 out of 10 groups with a score of 70% | student self monitoring/ peer and staff evaluation |
| Ra███ will not involve herself in verbal or physical altractions | 8 out of 10 trials | teacher/staff observation student self monitoring /daily point card |
| Ra███ will express he feelings to staff appropriately and make an attempt to identify her triggers | 8 out of 10 trials | teacher/staff/student observation and monitoring and daily point card |

*Individualized Education Program (IEP) PDE Rev. 7/13/01*
WHITE – SCHOOL FILE
YELLOW – PARENT         *Template – Rev.  08/07/2001*
PINK - OTHER

Page 4 of 11

E  000001468

Student Name:  INDIVIDUALIZED EDUCATION PROGRAM R000000808

## REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be reported:

Daily point card with appropriate points saved.

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|------|------|------|------|------|
|  |  | Jan.23-March 26 Rachel saved 104 points and had 3 - 100 pt. losses. | March 27-June 4 Rachel saved 116 points and had 2- 100 pt. losses. |  |

*NOTE:  Specially designed instruction may be listed with each goal/objective and/or listed in Section IV.*

*Individualized Education Program (IEP) PDE Rev. 7/13/01*

WHITE – SCHOOL FILE
YELLOW – PARENT
PINK - OTHER

*Template – Rev.  08/07/2001*

**Page 5 of 11**

E_000001469

Student Name: INDIVIDUALIZED EDUCATION PROGRAM 000809

## IV. SPECIAL EDUCATION/RELATED SERVICES:

**A. PROGRAM MODIFICATIONS AND SPECIALLY DESIGNED INSTRUCTION:** *(Specially designed instruction may be listed with each goal/objectives.)*

1. Daily point card with student specific target behaviors.
2. Points averaged daily-must maintain 45 points to keep privileges.
3. Any points over 320 weekly are saved to advance in phases (earn more privileges).
4. Small group instruction.
5. Social skillstreaming.

**B. RELATED SERVICES:** List the services that the student needs in order to benefit from or access his/her special education program:

| Service | Location | Projected* Beginning Date | Frequency | Anticipated* Duration |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Include only if differs from IEP beginning and/or duration dates.*

**C. SUPPORTS FOR SCHOOL PERSONNEL RELATED TO STUDENT'S NEEDS:**

Training for emotional support classroom teacher provided through I.U.#5 staff meetings. Andromeda House supports classroom on an as needed basis.

**D. EXTENDED SCHOOL YEAR** (The IEP Team has discussed and considered ESY services, and determined that:)

The IEP team has determined that Rachel does not qualify for ESY, however she will attend the Perseus House 8wk. accredited "Summer Stretch" program in order to maintain and/or acquire necessary credits towards graduation.

E 000001470

Student Name: INDIVIDUALIZED EDUCATION PROGRAM 0810

## V.  PARTICIPATION IN STATE AND DISTRICT-WIDE ASSESSMENTS

### STUDENT PARTICIPATION – STATE ASSESSMENTS

**This section applies to student's age/grade eligible for the PSSA/PASA
(Reading, Math-grades 5, 8, 11; Writing-grades 6, 9, 11)**

☐  Student will participate in the PSSA without accommodations.

**OR**

☒  Student will participate in the PSSA with the following accommodations:

PSSA Reading (grades 5, 8, 11)  <u>Proctor will read directions, extended time for completion.</u>
PSSA Math (grades 5, 8, 11)  <u>same as above</u>
PSSA Writing (grades 6, 9, 11)  <u>same as above</u>

**OR**

☐  Student will participate in the Pennsylvania Alternate System of Assessment (PASA).
(Effective beginning the 2000-01 school year, the alternate assessment in Pennsylvania is
PASA).

If the IEP Team has determined it is not appropriate for the student to participate in the
PSSA, the team must explain why the PSSA is not appropriate:

Choose how the student's performance on the PASA will be documented:

☐  Videotape (which will be kept confidential as all other school records)

☐  Written Narrative (which will be kept confidential as all other school records)

### STUDENT PARTICIPATION – DISTRICT ASSESSMENTS

☐  Student will participate in the District assessments without accommodations.

**OR**

☐  Student will participate in the District assessments with the following accommodations:

**OR**

☒  If the IEP Team has determined that it is not appropriate for the student to participate in the
district-wide assessment they must explain why the assessment is not appropriate for the student
and how the student will be assessed.

<u>While at Andromeda House, Rachel will be given individual WIAT achievement test.</u>

*Individualized Education Program (IEP) PDE Rev. 7/13/01*
WHITE – SCHOOL FILE
YELLOW – PARENT
PINK - OTHER

*Template – Rev.  08/07/2001*

Page 7 of 1?

E  000001471

Student Name: INDIVIDUALIZED EDUCATION PROGRAM 000811

## VI. LEAST RESTRICTIVE ENVIRONMENT (LRE)

### EDUCATIONAL PLACEMENT (Type of Service, Type of Support, ex: Full-time learning support)

Full time emotional support.

Explanation of the extent, if any, the student **will not participate** with non-disabled children in the regular class and in the general education curriculum:

Due to court placement in a residential treatment facility Rachel will not access the regular class however the RTF program mirrors the general education curriculum as much as possible.

Percentage of time the student receives special education <u>outside</u> of the regular education classroom:

☐ Less than 21% outside of the regular education classroom

☐ 21-60% outside of the regular education classroom

☐ 61% or more outside of the regular education classroom

Location: <u>Andromeda House RTF on-grounds classroom.</u>

## VII. TRANSITION PLANNING

1. Will the student be 14 years of age or older during the term of this IEP?

   ☐ No - (Not necessary to complete this Section)

   ☒ Yes - Team must address the student's courses of study and how the course of study applies to components of the IEP.

   Student's courses of study:
   <u>Academic with modifications as specified in the goals section</u>

2. Will the student be 16 years of age or older during the term of this IEP or is the student younger and in need of transition services as determined by the IEP Team?

   ☒ No - (Not necessary to complete this Section)

   ☐ Yes - Team must address and complete this Section

*Individualized Education Program (IEP) PDE Rev. 7/13/01*
· WHITE – SCHOOL FILE
YELLOW – PARENT           Template – *Rev. 08/07/2001*
PINK - OTHER

Page 8 of 10

F 000001472

Student Name:  INDIVIDUALIZED EDUCATION PROGRAM A000000812

**A.  DESIRED POST-SCHOOL OUTCOMES:** Define and project the desired post-school outcomes as identified by the student, parent and IEP team in the following areas.  State how the services will be provided and person(s) responsible for coordinating these services.

| SERVICE | HOW SERVICE IS PROVIDED | PERSON RESPONSIBLE |
|---|---|---|
| Post Secondary Education/Training | | |
| Employment | | |
| Community Living | | |
| a)Residential | | |
| b)Participation | | |
| c)Recreational | | |

**B.  STATEMENT OF COORDINATED TRANSITIONAL SERVICES AND ACTIVITIES NEEDED TO SUPPORT DESIRED POST-SCHOOL OUTCOMES:**

The instructional areas should support the desired post-school outcomes.  The following instructional areas should appear in the IEP as annual goals, short-term instructional objectives or benchmarks, and/or specially designed instruction.  For example (if appropriate):

Instruction and Related Services
Community Experiences
Acquisition of Daily Living Skills
Functional Vocational Evaluation
Adult Living
Vocational-Technical Education*

> \* If the student is attending an approved vocation-technical program at an AVTS or school district, the title of the program, including classification of instructional program (CIP) title, a six-digit code must be listed:_____

*Individualized Education Program (IEP) PDE Rev. 7/13/01*

WHITE – SCHOOL FILE
YELLOW – PARENT
PINK - OTHER

Template - *Rev.  08/07/2001*

Page 79 of 1 P

F 000001473

Student Name:  INDIVIDUALIZED EDUCATION PROGRAM 0813

## C.  LINKAGES

List the agencies, which may provide services/support (before the student leaves the school setting):

Erie County Juvenile Probation
_____      814-451-7401
Agency Name                                                                                Phone Number

Julie Strickenburger
_____
Responsibilities/Linkages

Erie County Juvenile probation
_____      814-451-7401
Agency Name                                                                                Phone Number

Marcy Shaffer (resource manager)
_____
Responsibilities/Linkages

Andromeda House
_____      814-694-3653
Agency Name                                                                                Phone Number

Transition back to home-school
_____
Responsibilities/Linkages

## D.  AUTHORIZATION FOR RELEASE OF INFORMATION

I give permission for the Erie  School District and Northwest Tri-County Intermediate Unit to:
☒ release to, ☒ obtain from——the above listed agencies, information about my child for the purpose
of coordinating transition services.  Specific information to be released/obtained:

☒ Educational     ☒ Special Education

☐ Other (specify) _____,  Other (specify)

Any information obtained by the School District or Intermediate Unit will be placed in a file to which
parents have access and the capacity to release to a third independent agency.  The professional staff of
the School District and Intermediate Unit monitor this access.  Information will be destroyed when it is
no longer useful for educational purposes.

I may revoke this release at any time except to the extent that the person who is to make the disclosure
has already acted on it.  Except at noted above, this release will expire one year from now.

_____                    _____
(Signature of parent/guardian)                                               (Date)

_____                    _____
(Signature of Student, if 18 years or older)                              (Date)

A000000814



**CORNELL**

Cornell Companies, Inc,
People Changing People

OCT 14 2003

### CORNELL ABRAXAS YOUTH CENTER
### LEARNING CENTER

#### RELEASE OF INFORMATION REQUEST

Director of Student Records:

School District: *Erie City*

Student's Name: ▮▮▮▮▮▮▮▮

Date of Birth: ▮▮▮▮▮ 88

To Whom It May Concern:

The aforementioned student has recently been admitted into our program. Our records indicate that the student has previously attended your school. We are requesting copies of the following information so that it can be used to assist in establishing proper educational goals for this student.

- **Most recent CER**
- **Most recent IEP**
- **Transcripts**
- **Immunization Records**

We understand that these records are confidential, and our policy is to protect the student's confidentiality. . Only staff authorized to work with the student will have access to these records. Please find below the student's authorization to release information.

Sincerely,

*Annette Stultz*

Annette Stultz
Administrative Assistant
Education Department


DEFENDANT'S
EXHIBIT
I

#### AUTHORIZATION TO RELEASE INFORMATION

I, *Harold Pelanex*, authorize *Erie City SD* to release all written information pertaining to me to the Cornell Abraxas Youth Center, South Mountain, PA.

Cornell Abraxas Youth Center • 10058 South Mountain Road • Building 3 • P.O. Box 334 • South Mountain, Pennsylvania 17261 0 1 2 0 4

A000000815
CITY OF ERIE
POLICE DEPARTMENT

Case Description:                                                Date: 06/11/2004
SEXUAL RAPE BY FORCE                                               Page:        1
                                                      Case Number: 2002-█████

Primary Victim:    ████ R█████, █,

Date/Time Reported: 01/11/02  9:50 Hrs.
Date/Time Occurred: 12/19/01  0:00 Hrs.          Dispatch Incident Type:
Date/Time Between : 01/07/02  0:00 Hrs.          Sex Crime
Location Occurred : 1330 W 8 ST
Area: Area 2           Section: a
                                                     Grid: C3

Reporting Officer :         204  BARBER,PAMELA,A,
Primary Unit Assigned to Investigate: Detective

Case Status: Open          Disposition: Closed        Disp. Date: 01/29/02

Offense Number:    1
Crime Code: 03121 RAPE
Statute . : CC3121
Stat Desc : RAPE                   Attempted/Committed : Committed
Statute ORI/Group . : S
Counts          . . . : 001       Agg Aslt/Homc Crcmst:
Offense Date    . . . :           Larceny/Theft Offnse:
Abandoned Structure  : NO         Victim Drug Related :
UCR Return A  . . . : AttempRape   Property Damage . .
                                  UCR Stolen Property : Force Rape

SUBJECTS:

Arrestee . : Present Information
   Primary     C█████, BECKY █████,               Phone: ████████
   Arrest-Juv ████████

**DEFENDANT'S EXHIBIT**

                   PA

   Race :  ████        Sex:
   Hgt  :  ████   Wgt: ████   Hair:  ████   D.O.B: ████   Age: ██
   Build:  ████        Complexion:          Eyes ████
   Dr Lic #: ████                St: ████   Ethnicity: ████
   OCA                                       Soc Sec.#: ████
   State ID# ████

Business:   STRONG VINCENT HIGH
            1330 W 8 ST                       Phone: 814-874-6500
            ERIE
   Residence Type : Residence    PA 16502
   Statement Type :                Residence Status : Resident
                                   Related Offenses :  1

Arrest Information:
   Arrest Date/Time : 01/29/02 14:45 Hrs.
   Arresting Officer: GREEN, STANLEY, D, JR    Arrest Type . : JUV ALL

   OBTS Number  . .
Charge Number: 001                      Booking Number. . : ████████
   Crime Code: 03123    INVOLUNTARY DEV SEXUAL INTERCOURSE

A000000816

CITY OF ERIE
POLICE DEPARTMENT

Date: 06/11/2004
Page:        2

Case Description:
SEXUAL RAPE BY FORCE

Case Number: 2002-█████████

Statute . : CC3123
Stat Desc : INVOL DEV SEXUAL INTERCOURSE    Attempted/Committed : Committed
Charge Number: 002
Crime Code: 00902      CRIMINAL SOLICITATION
Statute . : CC0902
Stat Desc : CRIMINAL SOLICITATION    Attempted/Committed : Committed

Arrestee . : Present Information
Primary     K███████ANTHONY█
Arrest—Juv                                      Phone: ██████████

AKA:
K██████ANTHONY, ,

                                                            Other
Race :              Sex:█
Hgt █        Wgt:██      ███      D. O. B:██      Age:██
Build:            Complexion:          Eyes . :
Dr Lic #:                              Ethnicity:
OCA                          St:      Soc Sec #:
State ID#

Business:    STRONG VINCENT HIGH
             1330 W 8 ST                  Phone: 814-874-6500
             ERIE
     Statement Type  :         PA 16502
                               Related Offenses :  1

Arrest Information:
Arrest Date/Time : 02/01/02  0:00 Hrs.   Arrest Type . : JUV ALL
Arresting Officer: GREEN, STANLEY, D, JR

OBTS Number . . . :
Charge Number: 001                 Booking Number. . :  200201419B
Crime Code: 03123    INVOLUNTARY DEV SEXUAL INTERCOURSE
Statute . : CC3123
Stat Desc : INVOL DEV SEXUAL INTERCOURSE    Attempted/Committed : Committed

Arrestee . : Present Information
Primary     B███CHARLES, ██
Arrest—Juv                                      Phone: ██████████
                               PA
Race :              Sex:█
Hgt █        Wgt:██      Hair:██      D. O. B:██      Age:██
Build:            Complexion:          Eyes . :
Dr Lic #:                              Ethnicity:
OCA                          St:      Soc Sec #:
State ID#

Business: ██████████                  Phone:

     Statement Type  :         Related Offenses :  1

Arrest Information:

A000000817

**CITY OF ERIE**
**POLICE DEPARTMENT**

Case Description:                                    Date: 06/11/2004
SEXUAL RAPE BY FORCE                                 Page:         3
                                        Case Number: 2002-█████

        Arrest Date/Time : 02/01/02   0:00 Hrs.   Arrest Type . :  JUV ALL
        Arresting Officer: GREEN, STANLEY, D, JR

        OBTS Number . . . :
Charge Number: 001                    Booking Number. . :    200201419C
    Crime Code: 03123     INVOLUNTARY DEV SEXUAL INTERCOURSE
    Statute . : CC3123
    Stat Desc : INVOL DEV SEXUAL INTERCOURSE      Attempted/Committed : Committed
Charge Number: 002
    Crime Code: 03123     INVOLUNTARY DEV SEXUAL INTERCOURSE
    Statute . : CC0903/3123
    Stat Desc : CRMNL CONSPIRACY/INVOL DEV SEXUAL INTERCOURSE      Attempted/Committed : Committed



            . . . . : Present Information
                A████████ CASSEY, L,
                                                Phone: ████████

                                            PA

        Race :  ████████         Sex:              D.O.B: ████████    Age: ██
        Hgt :   ████████   Wgt: ████    Hair: ████████   Eyes . . :
        Build:                Complexion:                Ethnicity:
        Dr Lic #:                            St:         Soc Sec #: ████████

    Business:   STRONG VINCENT HIGH
                1330 W 8 ST                          Phone: 814-874-6500
                ERIE
                                    PA 16502

            . . . . : Present Information
                H████████ YESSENIA, M,
                                                Phone: ████████

                                            PA

        Race :  ████████         Sex:              D.O.B: ████████    Age: ██
        Hgt :   ████████   Wgt: ████    Hair: ████████   Eyes . . :
        Build:                Complexion:                Ethnicity:
        Dr Lic #:                            St:         Soc Sec #: ████████

    Business:   ████████                          Phone:



    Suspect  . : Present Information
    Primary        F████████ ANTONIO, D████████        Phone ████████
    Suspect        ERIE
                                            PA

        Race :  ████████         Sex:              D.O.B: ████████    Age: ██
        Hgt :   ████████   Wgt: ████    Hair: ████████   Eyes . . :
        Build:                Complexion:                Ethnicity:
        Dr Lic #: ████████                   St:         Soc Sec #: 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

    Business:   STRONG VINCENT HIGH
                1330 W 8 ST                          Phone: 814-874-6500
                ERIE
                                    PA 16502

A000000818

CITY OF ERIE
POLICE DEPARTMENT

Case Description:                                           Date: 06/11/2004
SEXUAL RAPE BY FORCE                                        Page:        4
                                        Case Number: 2002 ████████

        Statement Type :

                                        Related Offenses :    1

Victim . . : Present Information
   Primary      █████RACHEL,█                      Phone:
   Individual ████████
                                        PA

        Race :  ████          Sex: ███
        Hgt  :  ███       Wgt:██   Hair:████       D.O.B:█████      Age:███
        Build:  ██              Complexion:███     Eyes . . :
        Dr Lic #:█████         St:████             Ethnicity:
                                                   Soc Sec #:████████

   Business:   STRONG VINCENT HIGH
               1330 W 8 ST
               ERIE                                Phone: 814-874-6500
        Statement Type :            PA 16502
                                        Related Offenses :    1

Victim . . : Present Information
   Primary      ████KRISTINA,,                     Phone:████
   Individual ██████                    ████

                                        PA

        Race ███          Sex: █        D.O.B:████      Age:███
        Hgt  :███     Wgt:███  Hair:███              Eyes . . :
        Build:██           Complexion:███            Ethnicity:
        Dr Lic #:██        St:███                    Soc Sec #:████

   Business: ████████

        Statement Type :         PA████  Phone:████
                                        Related Offenses :    1

Property:
   Item Number . :   1   Subject #:        Subject Type:
   Evidence # . :   29390AA
   Property Code : Evidence
   Property Class: TV Rad Str          Property Type  : Tape Ad/Vs
   Date Received : 01/18/02            Initial Value  :
   Date Recovered: 01/17/02            Recovered Value:          .00
   Recovery Loc. : EPD                 Recovery Code  :          .00
   RFOJ?: N  Notify Owner Date:                 Notified How?:
   Prp Loc . . . :          Bin :  Disposition  . :

   Year        / VIDEO STATEMENT
   Quantity . :          1.000   EA  Model/Style:
   Registratn# :             State :          Expires :

Property:
   Item Number . :   2  Subject #:         Subject Type:
   Evidence # . :   29390AB
   Property Code : Evidence
   Property Class: Misc.               Property Type  : Misc
   Date Received : 01/18/02            Initial Value  :
   Date Recovered: 01/17/02            Recovered Value:          .00
                                                                 .00

A000000819

CITY OF ERIE
POLICE DEPARTMENT

Date: 06/11/2004
Page: 5

Case Description:
SEXUAL RAPE BY FORCE

Case Number: 2002-██████████

Recovery Loc. : Other          Recovery Code  :
RFOJ?: N  Notify Owner Date:              Notified How?:
Prp Loc . . . :          Bin . :  Disposition  . :

Year  . .  .    / TWO PAGE LETTER
Quantity   . :          1.000    EA  Model/Style:
Registratn# :              State :
                                            Expires :

Dispatch Narrative
Information on the units assigned to the call follows.
    Unit#: D5    Radio#: 126    Ofcr 1:         259    Ofcr 2:
    DSP: 01/11/02 09:50    ARV: 01/11/02 09:50  CLR: 01/11/02 12:12
    Unit#: 2Q1   Radio#: 000    Ofcr 1:         298    Ofcr 2:       322
    DSP:         :    ARV: 01/29/02 16:23  CLR: 01/29/02 16:37
    Information on the units assigned to the call follows.
    Unit#: D5    Radio#: 126    Ofcr 1:         259    Ofcr 2:
    DSP: 01/11/02 09:50    ARV: 01/11/02 09:50  CLR: 01/11/02 12:12
*************************************************************  16:22:27
01-29-02                                                      16:22:33
2Q1 TRANSPORTING JUVENILE TO E.L. THOMAS CENTER FROM E.P.D.   16:22:47
S.M.  688                                                     16:22:51
E.M.  691                                                     16:31:10


CAD System Narrative
-------------------------------------------------------------------------
Incident Recalled From: 2002-00001419 PA0250200


Det. P. Barber
    Assigned this investigation on 1-11-02 by Capt. Skindell who
advised these investigators, P. Barber and J. Barber, to go to Strong
Vincent High School, 1330 W. 8th Street, where we would meet the
school principal, Janet Woods, and also J. Perfetto, the Chief of
Police/Security for the Erie School District.  Upon our arrival at
Strong Vincent, we were taken into the principal's office, where
after a short wait, at approx. 0830 hrs. we met Ms. J. Woods, and one
of the teachers, Linda Cappabianca, who related the following:  Chief
Perfetto arrived shortly after.

    Ms. Woods says that on 1-9-02 at approx. 1500 hrs. she became
aware of a situation involving several Strong Vincent school
students, the first of which allegedly occurred on December 19th,
2001, at the Frontier Village Laundry, 1258 W. 8th Street, after PASS
(after school suspension).  She says that she and Linda Cappabianca
became aware of the situation when one of the victims, R████████
R█████ became upset during school hours yelling that some male
students were picking on her, asking her to "suck their dicks."  Upon
questioning R█████  Ms. Cappabianca discovered that several other
students were involved in these incidents, which involved
inappropriate sexual behavior after the PASS program.  Ms.
Cappabianca states that she interviewed all of the students involved,
with the exception of one of the victims, ███████████ K█████ a █████
who was hospitalized at Millcreek Community Hospital for mental

A000000820

CITY OF ERIE
POLICE DEPARTMENT

Case Description:                                                    Date: 06/11/2004
SEXUAL RAPE BY FORCE                                                 Page:        6
                                                    Case Number: 2002-▮▮▮▮▮

health reasons (that may or may not have to do with these incidents).
Ms. Cappabianca relates that after interviewing all of the students
involved, it seems that on 12-19-01, R▮▮▮ P▮▮▮ and B▮ C.
C▮▮▮▮ had gone to Strong Vincent High School to meet B▮ C.
C▮▮▮s older sister, C▮▮▮▮ who was staying late at PASS. R▮▮
R▮▮ and B▮ had seen 15 year old A▮▮ F▮▮ G▮▮,
year old C▮▮▮▮ B▮▮▮, and 17 year old A▮ K▮▮ walking
towards the laundromat on W. 8th Street (Frontier Village Laundromat,
1258 W. 8th Street), and B▮ had approached the 3 boys and asked
them if they would like "head" (oral sex-mouth to penis) from R▮▮
R▮▮ told Ms. Cappabianca that all of them entered the laundromat,
and B▮ continued to coerce R▮▮ into performing oral sex on the
boys. Rachel said that she was uncomfortable with the idea of having
oral sex, and was hesitant, but B▮ continued to taunt her. R▮▮
conceded and walked into the laundromat bathroom with A▮ K▮▮
K▮▮▮, where they stayed for approx. 15 minutes with the lights
out. R▮▮ and A▮▮▮ then came out of the bathroom, and they all
left the laundromat. Once outside of the laundromat, R▮▮ and
Charles went behind a house that is located on Washington Street and
R▮▮ G▮▮, R▮▮ had performed oral sex on Charles B▮▮. According to A▮
Charles B▮▮ a couple of times. Upon interviewing A▮ K▮▮ and
he denies that he engaged in any sexual activity with R▮▮.

R▮▮ related to Ms. Cappabianca that B▮▮ is now taunting her
at school, bothering her to perform oral sex on other male students.
On Monday, 1-7-02, there was a second incident. R▮▮▮ was at the
water fountain, and B▮ approached her asking her to "give head" to
a male student that had walked by. Allegedly, after R▮▮ refused,
B▮ C▮▮ shoved her into the stairwell and pushed her to follow
the male student. R▮▮ walked down the stairs in the same
direction as the male student, but nothing had happened.

The third incident that Ms. Cappabianca found out about, by
interviewing all of the listed students, was that also on Monday
1-7-02 after PASS, C▮▮▮ B▮▮ and an unknown male student had left
PASS. They both went into the Frontier Village Laundromat, where
R▮▮ P▮▮ was. R▮▮ was there changing her clothes, and
waiting for her father to pick her up. While in an alcove of the
building, the unknown male student had forced R▮▮ to sit down and
then he put his hands up her shirt, and pushed her hair back away
from her face. This male then unzipped his pants and put his penis
on R▮▮'s face.

Ms. Cappabianca relates that the other victim, 12 year old
K▮▮▮ L▮▮▮ was unavailable to be interviewed but according to
another student that was there, Y▮▮▮ H▮▮▮▮ on 12-19-01, that
both Rachel P▮▮▮ and K▮▮▮ L▮ took turns giving oral sex
(mouth to penis) to C▮▮▮ B▮▮.

After getting all of this information from Ms. Woods and Ms.
Cappabianca, A▮▮▮ G▮▮▮ F▮▮▮' mother, ▮▮▮▮▮ was
contacted via telephone and after explaining the situation to her,
Ms. ▮▮▮ gave these investigators permission to speak to Antonio,

A000000821

CITY OF ERIE
POLICE DEPARTMENT

Case Description:
SEXUAL RAPE BY FORCE

Date: 06/11/2004
Page: 7
Case Number: 2002-████

regarding these incidents. Ms. Woods then sent for A█████ to get him out of class. At 0923 hrs. A█████ G██████ F█████ was brought to the principal's office and at that time it was explained to him that we were further investigating this case, and we needed to know what he could tell us about the situation. R█████ was then asked if he knows the incident that we were talking about, and he says that he does. F█████ says that on 12-19-01 a few days before the school Christmas break, he and a few of his friends, including A█████ K█████ and C█████ B█████ had just gotten out of PASS (at Strong Vincent) and it was between 6:00 PM and 6:45 PM. He says that they had all walked over to near the laundromat on W. 8th Street, across from the school, when they were approached by B█████ C█████, Rachel P█████, K█████ L█████, and Y█████ H█████. F█████ says that B█████ says to them, "R█████ wants to suck dick," and then she (B█████y) reaches for my pants and starts to unbutton them. He says that R█████ denies this, and he pulls away from B█████. He says that B█████ then begins to punch R█████ in the ribs, trying to get her to do what she (B█████) wants.

F█████ says that they all walk into the laundromat and B█████ keeps pestering R█████ to "suck dick," and R█████ keeps saying, "No," that she "doesn't want to," but finally Rachel and Anthony go into the laundromat's bathroom. F█████ says that R█████ and A█████ are in the bathroom for about two minutes but the laundry lady (laundry attendant) starts yelling at them all, telling them that they will have to leave, and R█████ and A█████ come out of the bathroom. F█████ says that they all go outside, but then they go behind the laundromat and R█████ and A█████ go farther away from the rest of them, out of sight. He says that R█████ and A█████ are gone for awhile, then they come back out and join the rest of them. F█████ says that C█████ B█████ and R█████ then go out of sight behind the building, are gone for awhile, then return. He says that after C█████ B█████ and R█████ return, A█████ K█████ and R█████ again go behind the building, out of sight, and are gone for awhile. F█████ says that they return and C█████ B█████ and R█████ go out of sight. When F█████ is asked if he knows what was going on, when R█████ disappears with B█████ and K█████ he says that both of them (K█████ and B█████) told him the next day, that R█████ had given them "head" (oral sex). He says that both K█████ and B█████ got "head" from Rachel on that day, 12-19-01, two times each.

At 0930 hrs. A█████ G█████ F█████ agreed to give a written statement to the above listed facts, but to save time, Ms. Cappabianca wrote the statement for him, then when they were finished, A█████ read over what Ms. Cappabianca had written. A█████ then signed the statement which was witnessed by Ms. Cappabianca and Ms. Woods. The written statement by F█████ is attached to this report.

At 1030 hrs. this same date, while investigators were still at Strong Vincent High School, B█████ C█████ and her mother arrived there for a pre-arranged meeting with Ms. Woods. After their meeting with Ms. Woods, Mrs. C█████ agreed to come into EPD along with her daughter B█████ for an interview with these investigators. Also

CITY OF ERIE    A000000822
POLICE DEPARTMENT

Date: 06/11/2004
Page:        8

Case Description:
SEXUAL RAPE BY FORCE

Case Number: 2002-█████

while still at Strong Vincent, we were informed that R█████ P███████ and her father Richard had shown up at EPD in the Juvenile Division and they were advised to return at 1100 hrs. to be interviewed.

These investigators then left Strong Vincent High School and returned to EPD where R█████ and her father were waiting. At 1125 hrs. R█████ and her father were taken into the Juvenile Division, where R█████ would be interviewed. At that time this investigator, P. Barber, explained to R█████ and her father that we would be further investigating this case but we would need R█████ to tell us exactly what had occurred between herself, B█████ and the others, on 12-19-01. (It should be noted that while I was interviewing R█████ P█████, Det. J. Barber and Det. S. Green were interviewing B█████ C█████ in another interview room in the presence of her mother).

I asked R█████ if she could tell me what had happened on 12-19-01 that started this whole thing and she related the following: R█████ says that on that date her friends, C█████ A█████ and K█████ L█████ were hanging out at the laundromat on W. 8th Street (Frontier Village), because she (R█████) used to live across the street, and C█████ lives not too far away from there, and they hung around there frequently. R█████ says that she goes over to the laundromat to see what C█████ and K█████ are doing. She says at this time, it is around 6:30 PM. R█████ says that while she, C█████ and K█████ are at the laundromat, B█████ C█████ who they know from school, comes there also. She says that B█████ tells her that her "friend" (a friend) wants R█████ to give him "head." At this point in the interview I tell R█████ that although it may be embarassing, I am going to need her to tell me what she means when she says "head." R█████ becomes very hesitant and I then ask her if she means oral sex, and that B█████ wanted her to put a male's penis inside her mouth. R█████ says "yes" that is what she means.

R█████ continues that after B█████ tells her that her friend wants her to give him "head," she, R█████, tells B█████ "No," that she didn't want to do that. R█████ says that at that time it seemed that B█████ forgot about it, but about five minutes later B█████ tells R█████ to "come with me." R█████ says at that time she says that she "going to get jumped." When asked why she would think that, R█████ says that because the day before, in school, B█████ had threated to "beat up" R█████. R█████ says that she did follow B█████ about 3 houses away from the laundromat. She says that now it is close to 8:00 PM and it is dark out. She says that B█████ then says to her again, "My friend wants you to give him head." R█████ says that Becky had led her to where 3 █████ were standing and she asks B█████ "Which one?" She says that B█████ points to the tallest █████, saying "that boy." R█████ says that she doesn't recognize this █████ although she does recognize the other two as C█████, B█████ and "T█████."

R█████ says that she didn't believe B█████ and she told her so. At that, B█████ says to the taller b/m, "You want her to give you head, don't you?" and this b/m says "Yeah." R█████ says that she tells B█████ "No, I don't want to," but B█████ keeps "pressuring" her,

A000000823

CITY OF ERIE
POLICE DEPARTMENT

Case Description:
SEXUAL RAPE BY FORCE

Date: 06/11/2004
Page: 9
Case Number: 2002-_____

saying, "Come on, R_____ do it." She says that she kept telling
B_____ that she didn't want to and that she didn't know this ___ but
B_____ wouldn't quit. R_____ says that she finally said to B_____
"There's no place to do it," but B_____ then tells her, "The
laundromat bathroom." She says that she, B_____, the three ___s, and
her other friends C_____, K_____ and Y_____ all go inside the
laundromat.

R_____ says that once inside the laundromat, B_____ keeps
pressuring her so she and the taller ___ then go into the bathroom,
turning off the light. R_____ says that once inside the bathroom she
_____ who she describes as having an _____ begin talking. She
says that this ___ asks her how old she was, and she tells him "13."
She then asks him how old he is and he tells her "16." R_____ says
that this ___ then asks her if she's "going to do it?" and she tells
him "No." She says that while she and the ___ are in the bathroom,
they can hear B_____ and the laundromat lady, Karen, yelling, and
Karen tells them to get out of the laundromat. She says that she can
hear B_____ swearing at Karen, so she and the ___ leave the bathroom.
R_____ says that she and the ___ were in the bathroom for approx. 15
minutes but nothing happened.

R_____ says that she and the others left the laundromat through
the back door, and when they all are outside B_____ asks her, "Did you
do it? Did you do it?" She says that at first she told B_____ "
"Yes" she did it because she was afraid that B_____ would beat her up,
but then she told B_____ that she didn't do it (give oral sex to
A_____). R_____ says that B_____ then tells her that her "other
friend wants her to do it" — give him oral sex. She says that she
asks B_____ "who?" and B_____ tells her C_____ B_____. R_____ says
that she tells B_____ "No", that she doesn't want to do it, but B_____
keeps after her telling her to just do it. At this point in the
interview, R_____ says that she was afraid that B_____ would "give her
head up" if she didn't do what she was telling her to do. I asked
B_____ what she meant when she said "head up" and she explained that
she meant that B_____ would "sock her in the face with her fist."

R_____ says that B_____ was getting really mad at her because she
kept telling her "No" so she finally told her that she would do it.
She says that she and C_____ B_____ then walk to the side of one of
the houses and then Charles tells her that "I was gonna make it five
minutes, but I'll only give you two minutes." When asked, R_____
says that she believes that C_____ was only going to make her give
him "head" — oral sex, for two minutes, instead of five minutes.
R_____ says that she tells C_____ that she doesn't want to give him
oral sex, but she is afraid that B_____ and the others would get mad
at her if she didn't do it. R_____ says that she then gives C_____
B_____ "head" and then they finish. R_____ says that she then gives
she means by giving "head" and she explains that it means a girl
giving a boy oral sex, mouth to penis. I then ask R_____ if I asked
her if C_____ had ejaculated when he was done, if she would know
what I meant, and she said, "No." I then asked her if she knows
whether C_____ "came," and she said, "I don't know." Thinking that

CITY ░░░░░ 000000824
POLICE DEPARTMENT

Date: 06/11/2004
Page: 10

Case Description:
SEXUAL RAPE BY FORCE

Case Number: 2002-░░░░░░

R▓▓▓▓ still didn't know what I was referring to, I then asked her if sperm, or any type of fluid came out of the end of C▓▓▓▓'s penis, when he was finished, and she still said, "I don't know, I wasn't paying attention." I then asked R▓▓▓▓ what made her quit giving C▓▓▓▓ oral sex, and she says that while she was doing it, she kept stopping and asking C▓▓▓▓ "Am I done yet?" and finally C▓▓▓▓ tells her that she can stop.

R▓▓▓l says that she and C▓▓▓▓ then walk out and join the others and everyone asks, "Did you do it?" She says that she tells them all "Yes," and then B▓▓▓ tells her "It's his turn," pointing to the ▓▓▓ that she had originally gone into the laundromat bathroom with. R▓▓▓ says that she again tells B▓▓▓ that she doesn't want to do it again, but B▓▓▓ keeps telling her to do it, so finally R▓▓▓ says that she asks B▓▓▓ "Will this be the last time?" She says that B▓▓▓ told her, "Yes, I promise, this will be the last time." R▓▓▓ says that she and this ░░░░░░ (the one that she had gone into the bathroom with) go to the side of the same house that she and C▓▓▓▓ had gone to. She says that she then gives this ▓▓▓ "head", oral sex — mouth to penis for about 30 minutes. R▓▓▓ was asked if this ▓▓▓ ejaculated, and she says, "I don't know, I wasn't paying attention."

R▓▓▓▓ says that when she and this ▓▓▓ were finished, they walked back and joined the others. At that time R▓▓▓ says that B▓▓ asks her, "Did you do it?" and when she told her that she did, B▓▓ tells R▓▓▓ that "You took a long time, 30 minutes." R▓▓▓ says that B▓▓ tells her that "since she gave him 30 minutes, C▓▓▓▓▓▓ wants his 30 minutes." R▓▓▓ says that she tells B▓▓▓ that she had "promised that she wouldn't have to do it again," but B▓▓ tells her that it wouldn't be fair to C▓▓▓▓ if she didn't.

R▓▓▓ says that she and C▓▓▓▓ then go to the side of the same house and she again gives C▓▓▓▓▓▓ "head" — oral sex, mouth to penis, for approx. 30 minutes. Unknown whether C▓▓▓▓ ejaculated. When they were finished R▓▓▓ says that she and C▓▓▓▓ walk out and join the others, and B▓▓▓ tells her that she is going to have to give the other ▓▓▓ "head" again, (the original ▓▓▓ from the laundromat bathroom). R▓▓▓ says that she and this ▓▓▓ then go to the side of the house again, and she again gives him oral sex, mouth to penis, until he was done. Unknown about ejaculation. She says that she and the ▓▓▓ then walk out and join the others and they all stand around and talk for awhile. R▓▓▓▓ says that this last ▓▓▓ then says that he has to leave, and he does. She says that she may have heard the others say this ▓▓▓s name but she doesn't remember what it was.

R▓▓▓ says that after this ▓▓▓ leaves, another one of the ▓▓▓ known only to her as "T▓▓▓", asks her if she'll "give him head?" She says at this, B▓▓ speaks up and tells her "No," she can't give T▓▓ head because he is her (B▓▓▓▓'s) man. R▓▓▓ says that she, C▓▓▓▓ and T▓▓ then walk back next to the house where ▓▓▓ had given the others oral sex. She says that Tone then tells her to get down on her knees, and although she tells him that she doesn't want to, she does

A000000825
CITY OF ERIE
POLICE DEPARTMENT

Date: 06/11/2004
Page: 11

Case Description:
SEXUAL RAPE BY FORCE

Case Number: 2002■■■■■

get down on her knees. Ra■■ says that she then begins giving oral sex to C■■■■ B■■■■, while T■■ watches. After a few moments, R■■■■ says that they hear a noise which sounded like someone opening up a window, so they all run. She says that this includes herself, B■■■ C■■■ T■■ Y■■■■, K■■■■■■, and C■■■. R■■■ says that they run to the corner of W. 8th Street then cross the street and run to the driveway of a house, which she describes as a "duplex." She says that T■■ and C■■■■ want her to give them oral sex again, and although she tells them "No," that she doesn't want to, T■■ takes off his belt and slaps her buttocks with it. R■■ says that T■■ did this in a joking manner, and it didn't hurt. R■■■■ R■■■■ says that she, T■■ and C■■■■ then go into a type of alcove between the duplex apartments, where it's dark. She says that C■■■■ then asks her if she would give him oral sex and she agrees, instead of arguing about it, because she doesn't know what C■■■■ will do to her, and then attempts to put his hand down the front of her pants. R■■■ says that she pushed his hand away and then tried to stand up, but the ■■■ pushed her back down onto the steps. She says that she again stands up and tries to go out of the door but the ■■grabs her by the waist. R■■■■ says that she again tells the ■■ that she has to go, and that her dad was going to be looking for her, so he then let her walk out the door. R■■■■ says that she didn't know this ■■■■ and she doesn't remember seeing him in school prior to this date but she thinks she has seen him in school since then. (It should be noted that Ms. J. Woods, Strong Vincent principal, seems to think after speaking to R■■■■ and other students, that this unknown ■■may be: Russell H■■■■■■■■ years old, a student ■■■■■■■■

When this interview was completed, I first asked R■■■■ if she would mind giving me her statement again and I asked her father if he would allow me to videotape R■■■■'s statement. R■■■■ agreed and her father agreed to allow me to videotape it. The videotape was started at 1335 hours this date. This videotape was tagged property #29390 tag #1. The written statement from Antonio G■■■■■ F■■ will be tagged property #29390, tag #2.

Refer to supplemental report by Juvenile Det. Sgt. S. Green, for further info regarding interview with Becky C■■■■■■. With the information regarding all of the listed subjects, it has been determined that at the time of these incidents, all of the suspects are juveniles. After reviewing these facts with CID Capt. Skindell and Det. Sgt. S. Green, this investigation will be turned over to him and the Juvenile Division. This information was also given to Chief J. Perfetto (School District Police).

SIGNED: DET. PAMELA BARBER        SUPV: J. SKINDELL  1-17-02

Assigned to Karle 1-17-02

S. Green 1-12-02
    Assigned 1-18-02.        On 1-11-02 I interviewed Becky C■■■■■ and

A000000826

CITY OF ERIE
POLICE DEPARTMENT

Date: 06/11/2004
Case Description:                                          Page:      12
SEXUAL RAPE BY FORCE                      Case Number: 2002-██████

her mother ████████. Also present was Det. J. Barber. This interview
was to see what involvement B████ had in sexual assault after school
across from Strong Vincent High School. She was read her rights and
she agreed to talk to me. Her mother also gave her permission to
talk to me.

B████ advised me that she had nothing to do with the sexual acts
that took place between R████ and the two boys. She states that she
merely talked to R████ and told the boys she gave "head." She
stated that she never threatened R████ about this. She just asked
her and R████ said she would do it.

I asked if she at any time hit R████ and she said no. I asked her
why witnesses at the scene would tell me such a thing and she said
they were lying. She said she was simply there during the whole
incident and had nothing to do with it. She was also unable to
answer as to why she was harassing R████ in school about this, also
denying that this occurred. It was in fact uninvolved parties that
made the school aware that something was going on because they heard
and saw B████ push R████ into a boy and tell him that R████ wanted
to give him head.

B████ has a very combative attitude toward authority figures and
was very cocky and uncooperative during this interview. Charges for
B████ will be pending further investigation of this incident.

S. Green 1-31-02
    Assigned 1-18-02. On 1-29-02 I went to Strong Vincent High School
to interview several witnesses involving this case. The first
witness I talked to was Y████████ H██████████. I would describe
Y████████ H██████████ as a hostile and uncooperative witness. She did
provide me with some information involving this matter.

She advised me that she was at Strong Vincent after school on the
date in question. She says that B████ C████████ (who she describes is
a friend) and several boys met outside the laundromat. She says that
is where her memory starts to go. She doesn't really remember any
conversation, but she does remember B████ telling the boys that she
knows a girl who gives head. At that point she says that B████ goes
and gets R████ P██████ and asks her to give head to her friend. She
says that she really doesn't remember the conversation that took
place but the next thing she does is go into the laundromat where
R████ and A██████ K████ go into the bathroom together. She says
they are in there for a couple minutes but then the lady who runs the
laundromat kicked them all out.

They then went outside and behind the laundromat where they
gathered and were told by R████ and A██████ K████ that nothing
happened in the bathroom. She says that at this point there is more
conversation but she doesn't remember what about. The next thing she
knows R████ and A████ are leaving and going between two houses for
R████ to give him head again.

CITY OF ERIE
POLICE DEPARTMENT
A000000827

Date: 06/11/2004
Page: 13

Case Description:
SEXUAL RAPE BY FORCE

Case Number: 2002-████

As the two of them return, B███ then asked R████ to give head to
C█████ B███. She says no, but then changes her mind and goes
behind the houses and gives C█████ head. She doesn't remember the
conversation that happened in which R████ decided to change her mind
about giving C█████ head.

After C█████ came back with R████ Y████ says that C█████
asked her to give him head. She told him no way. At that time she
says that K███ L███ has changed her mind and says that she will
give him head. The two of them then climb a fence into a different
back yard than the other two were in, as R████ was in the back with
A█████ again at this time.

Y█████ says that at this time they all went home. She said that
at one point she did go back to see what was going on and she saw
R████ on her knees with A█████ penis in her mouth. While she
conveniently had memory loss for most important conversations, she
did however tell me that B███ told R████ she was going to get her
"head up" from her. Which she says is slang for fighting. She
doesn't remember why she said this to her of course.

The second person interviewed in this matter was C█████
A█████. C████ was a hostile witness. She stated she was
friends with B███ O█████ and didn't remember anything. She then
advised me that she didn't like cops or detectives. At this I
concluded the interview with Cassey.

Ms. Cappabianca then called A█████ F████████ to the office. I
advised him that I would like to talk to him regarding the incident
at the laundromat after school with R█████ P█████. He told me he
would tell me as much as he could remember. He advised me that after
school (PASS), he was with his friend A█████ K████████ and C█████
B████. He states that they were approached by B███ O█████ and a
couple of her friends and they began to talk. He states that B███
immediately told them that she knew a girl who gave head. She told
them that she would then go get her. She went to the laundromat and
came back with R████ P█████. A█████ says that B███ immediately
began to harass R████ about giving one of the boys head. R████
kept saying no, she didn't know these boys and she didn't want to.
He states that B███ would not leave it alone and began threatning to
fight her if she didn't. It escalated to the point that Becky
punched R████ in the side at least two times. B███ finally agreed
and went into the bathroom with A█████ K████. He says they were
in there for a little bit but then came out when the lady at the
laundry kicked them all out of the building.

They then went behind the building and B███ started on R████
again asking her if she gave him head. R████ and A█████ finally
admitted that nothing had happened in the bathroom. B███ then
started on R████ again to do it somewhere else. R████ said no but
then after B███ wouldn't stop she finally agreed again.

When she came back after giving A█████ head she told R████ that
C█████ wanted head too. R████ told her no, she didn't know

A000000828
CITY OF ERIE
POLICE DEPARTMENT

Case Description:                                          Date: 06/11/2004
SEXUAL RAPE BY FORCE                                       Page:      14
                                           Case Number: 2002-▮▮▮▮▮

C▮▮▮▮▮    But B▮▮▮▮▮ continued after her and told her they were going
to go "head up" if she didn't do as she said. R▮▮▮▮▮ then said yes
and went behind the house and gave C▮▮▮▮▮ head. A▮▮▮▮▮ tells me
that this happened at least twice with both A▮▮▮▮ K▮▮▮▮ and
C▮▮▮▮▮ B▮▮▮▮ taking turns going between the buildings with R▮▮▮▮ and
He states that C▮▮▮▮▮ B▮▮▮▮ also talked K▮▮▮▮ L▮▮▮ into giving
him head also. He stated that K▮▮▮▮▮ did this on her own however
and was not threatened that he was aware of.

    An▮▮▮▮ advised at this time that he was also being harassed on a
daily basis by B▮▮▮▮ C▮▮▮▮▮. He states that she calls him a snitch
and told other students that he was telling the police on her. He
states that she singles him out in the hall and says things like "Hey
from these witnesses and conversation with the victim I decided to
you a motherfuckin snitch." After gathering the information
detain B▮▮▮ C▮▮▮▮ on the charge of being a conspirator in the
sexual assaults and harassment of a witness.

    Ms. Cappabianca called B▮▮▮ C▮▮▮▮ to the office at that time.
As B▮▮▮ crossed in front of the door of the office she saw me
sitting there. Ms. Cappabianca advised her that I needed to see her
and B▮▮▮ took off running. She was caught upstairs of the school
getting into her locker to get her things to leave school.

    Becky C▮▮▮▮▮ was transported to Erie Police station at that time.
Detention for B▮▮▮ was authorized by John Signorino and after
speaking with her mother she was transprted to Edmund L. Detention
Center by patrol. She will be charged by allegation for conspiracy
to rape, involuntary deviate sexual intercouse, and intimidation of
a witness.


S." Green 2-1-02
    Assigned 1-18-02.  On 1-23-02 I went to Strong Vincent High School
to pick up defendant Anthony K▮▮▮▮▮  I was also made aware at this
time that A▮▮▮ K▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
custody at the school without incident.  A▮▮▮▮ K▮▮▮▮▮▮ was taken into
and had her meet us at the station even though A▮▮▮▮'s current age
is 18. He was a juvenile at the time of the incident. I called his mother at home
station I read A▮▮▮▮ his rights and he agreed to talk to me.  At the
present was his mother.

    A▮▮▮▮ advised me that he did in fact receive oral sex from
R▮▮▮▮ P▮▮▮▮▮   He states that this whole incident happened because
B▮▮▮ made it happen.  He states that she met with him and A▮▮
and C▮▮▮▮ after they left PASS at school.  He states that he did
not really know B▮▮▮ but that he saw her around and she seemed to
like A▮▮▮▮  He states that she started to tell him and his friends
that she knew a girl who would give them a blow job.  She then went-
to the laundromat and got R▮▮▮▮.  She started to tell R▮▮▮▮ to give
him head.  R▮▮▮▮ was telling B▮▮▮ she didn't want to but B▮▮▮ kept
after her.  She at one point hit R▮▮▮▮ at least what he thought to

A000000829
CITY OF ERIE
POLICE DEPARTMENT

Case Description:
SEXUAL RAPE BY FORCE

Date: 06/11/2004
Page:        15
Case Number: 2002-▓▓▓▓

be three times.

R▓▓▓▓ finally agreed and B▓▓▓▓ said let's go into the laundry.
Once inside the laundry they (A▓▓▓▓y and R▓▓▓▓) went into the
bathroom.

He states that nothing happened in the bathroom because the two of
them didn't know if they really wanted to do it. So they just stood
there for a minute and then got kicked out as Becky began to argue
with the laundry woman.

Once they went outside B▓▓▓▓ started to harass them and asked what
happened. They both finally told her nothing happened and B▓▓▓▓
started after them to go somewhere else and try it then. R▓▓▓▓ was
again saying she didn't really want to but B▓▓▓▓ wouldn't let it go.
A▓▓▓▓ said that R▓▓▓▓ was obviously afraid of B▓▓▓▓.

Finally R▓▓▓▓ agreed to do it again and she went with A▓▓▓▓
between two houses. A▓▓▓▓ says that at this time he does in fact
get oral sex from R▓▓▓▓ with her mouth on his penis. He states that
they do this for just a few minutes. He did not ejaculate and then
they came back out to where the other people were standing. He says
that at this time B▓▓▓▓ tells R▓▓▓▓ to give her friend C▓▓▓▓ head.
R▓▓▓▓ tells her no, she doesn't know C▓▓▓▓s. She keeps after her
and after threatening to fight with her she finally agrees to give
C▓▓▓▓ B▓▓▓▓ head.

She went with C▓▓▓▓ between the houses and after several minutes
comes out and C▓▓▓▓ brags about R▓▓▓▓ sucking his dick. She then
went with A▓▓▓▓ a second time and the same thing happens, with
still no ejaculation.

Anthony states that as he and R▓▓▓▓ are coming back out between
the houses he sees C▓▓▓▓s jumping the fence with K▓▓▓▓ a▓▓ L▓. He
states that C▓▓▓▓s went with R▓▓▓▓ one more time and then they all
left. He states that C▓▓▓▓ bragged about getting a blow job from
both girls as they spoke when they walked away.

A▓▓▓▓ told me at the end of this interview that he did not know
that R▓▓▓▓ was as young as she is.

I will be filing charges of rape and involuntary deviate sexual
intercourse against A▓▓▓▓ K▓▓▓▓. I will be filing charges of
rape and involuntary deviate sexual intercourse against C▓▓▓▓ ▓▓▓▓
for his actions against R▓▓▓▓ P▓▓▓▓y. I will be filing charge of
Rape and involuntary deviate sexual intercourse against C▓▓▓▓s B▓
for his actions against K▓▓▓▓ L▓▓▓▓ also.

Det. S. Green  2-20-02
In regards to this case I received phone calls from the parents of
R▓▓▓▓ P▓▓▓▓ and K▓▓▓▓ K▓▓▓. I was advised that Rachel was
being told by a friend named A▓▓▓▓ that C▓▓▓▓ was saying that when
he sees her again he's going to fuck her good this time. She has
also heard threats as they were told to A▓▓▓▓ F▓▓▓▓. The

A000000830
CITY OF ERIE
POLICE DEPARTMENT                              Date: 06/11/2004
                                                    Page:      16
Case Description:                          Case Number: 2002-████████
SEXUAL RAPE BY FORCE

victim's mother and father advised their daughter was very frightened
now and wouldn't leave the house.

  I then called A█████ F█████████ and he advised me that C██████ had
told him that he was going to get Ra████ if she files charges against
him.

  With these threats being made and a lack of cooperation from the
family of the defendant, I called John Signorino and requested
detention of C██████ B██████  He advised that he would approve it.
C██████ B█████ was picked up by myself and Det. Matson ███████
████████████████████████ and then transported to Edmund L.
Detention Center by patrol.

A000000831



DEFENDANT'S EXHIBIT
K

This is a verified document of the following incident that occurred from November of 2001 to May of 2002:

In the fall of November of 2001 Ra███ P███y was at the age of 12 yrs just prior to her birth date of ███01, Ra███ along with an existing friend named C███ A███ ███████████ a female juvenile by the name of Bocky S█████, In the beginning B███ ████ appeared too be aggressive verbal however , R███ eagerness too be a friend wanted to trust B███ C██████. Then as time progresses leading up to November 22,2001 which was just before Thanksgiving holiday, Thanksgiving holiday began on November 22,2001 thru November 26,2001

November 27,2001: R███ P███ Had came home from school at about 3:15 pm , at 6:15 pm Ra███ went too the Laundry matt at 1258 west 8th str. Erie pa. 16502 R███ went too meet K███ L█ C███ A███████ B███ C██████ and A███████ (who's last name is unknown) R███ had noticed that K███ had somehow changed her clothing that she had worn at school K███ had her hair laid down and was wearing a considerable amount of make-up, B███ C██████ left the laundry matt for aprx. 5 minutes R███ C██████ and K███ stayed at the laundry matt just talking among themselves, B███ C██████ grabbed R███ C██████ hand pulling on her saying: "COME ON !!" R███ said "what are you doing ??" Where are we going?? B███ said Just come on!! B███ pulled R███ three house behind the laundry matt , then showed R███ this guy named A███ K██████ and B███ said ARE YOU GOING TO SUCK HIS DICK!!?? R███ replied No!! I don't do that!! R███ goes on to say besides I wouldn't want to do that!! A███ was asked by b███ c██████ do you want R███ to suck your dick? A███ said "I don't care (paused) yea , yea I do... B███ then jumped on to █████ back pulled open his pants and told R███ too suck his dick also, R███ felt pressured and very much alone after R███ tried to walk away from B███ to A███ y &C██████ they followed R███ and K███ back too the laundry matt , once in side the laundry matt once tone began forcibly pushing R███ into the wall saying :what you going to do about R███ Huh?? What you going to do about it !! R███ said she felt so scared R███ tried too go into the bathroom A███ followed her into the rest room, turned off the lights and tried too rape her, R███ said no , I don't want to do this !, A███████ after about 15 mins left the bathroom R███ was thinking that the worse was over , B███ C██████ K██████ and A███████ along with A███████ followed by CK██████, ████ went too the back of the laundry m██ B███ said your going to suck C██████, dick, and if you don't do this I'm going to give you head -up( a phrase that means beaten up) R███ told cassie I don't want to do this , c██████ replied you don't have to do anything you don't want to , it's wrong to do this<< B███ getting more brazing said too R███ again your going too suck C██████, dick, why don't you suck his dick??? In fear R███ followed C██████ bibbes as he led head by her hand told her come on , they went between 1257est 7th and other house C██████ leaned against the house R███ repeatedly told him I don't want to do this ,C██████ replied -I'll give you five minutes I still said no, he said ok I'll give you two minutes, R███ frighten began to give C██████ bibs oral sex C██████ wrapped his hand around R███s back of her head and forced her too move faster and harder this caused her too choke and gag R███ said am I done yet he replied no! after a few more seconds R███ said I don't want to do this am I done yet he again said no! a little while longer then C██████ had cumed in R███ mouth and around her facial area , scared and confused and R███ felt dirty , , C██████ and R███ walked between the two parked cars where the others we're standing B███ asked R███ did you suck his dick? Nervously R███ said yes B███ said you been back their 15 mins then B███ said A███████ was jealoused because you did C██████ and not him -so now go back and do A█████y!! (according too court records) B███ punched C██████ n the ribs and told her to go back and do A███████ after being struck in the ribs she walked back with A███████ between the two houses and R███ badly looked up to him and said do I have to do this, because I don't want to do this, A███████ said nothing he just let B███ do the talking, B███ kept saying: "go back and suck his dick" R███ began to give A███████ a blow job , R███ asked about 3 times if she was done yet , A███████ keep repeating over and over your not done yet just a little while longer, A███████ never had an orgasm , after R███ was finished she and A███████ walked back by the

to parked cars —becky said you been back their for 30 minutes (but actually it wasn't 30 minutes) becky c███ said "you only did charles for 15 minutes "now go back and do charles again-R███ said no this will be the third time and my jaw is hurting!! , I don't want people to think I'm a slut or a whore, or a tramp!! C█████ and A██ both said we won't tell anyone B███ said you have to do it one more time again. Again R███ was taken by the hand and led back between the two houses the was directly across the street from Strong Vincent High School charles led R███ too her knees and again forced her too suck his dick, R███ again asked if she was done , charles replied no a little longer after aprx. 5 minutes charles releawsed his hold on R███, again R███ was feeling weak and R███ was confused feeling very much alone and dirty, they walked back too the two parked cars , becky again said did you do charles, T███ said he wanted his dick sucked, (tone's last name is unknown) becky said your not going to suck tone dick , if you do I'm going to beat you up!1( becky was thinking that her and tone we're boy friend and girlfriend) tone took me back besides the houses and charles followed with tone at this time , tone told me to get on my knees, (R█████ he told me to doo c█████ first , They both pull out their dicks and stuck it in my face , charles a door opened up, frightend I ran they followed me down the street , we ran down west 7th to Japan street .t███ sat on a porch with b███ of 1233 west 7th ,becky said you hoe! You need to do c█████ again so lets find another place, c████s and tone had me walk across the street t███was behind me took off his belt and hit me with it, (R█████ tone tried to hit me again with the belt but missed the second try, we walked into a hallway of 1236 west 7th str.we walked into the hallway area tone pushed me (R██████) into a corner t███ and charles stood in front of me pulled their dicks out and pointed it right at me,R███ said I don't want to do this , R███ kept saying no!! over and over, tone told me too shut up or I'll hit you with the belt! I looked at him (tone) and said you wouldn't hit me like that , tone look at becky and "girl takes this belt before I beat this girl with the belt" , I tried to leave but tone and charles pushed me back onto the floor,R███ said she was very scared very frightened then I was forced to suck to███ dick , then c███ pushed his thing into me and made me suck him , after they we're done , to███ and b███ we're play fighting in the yard then c███ joined the playing around , Tone then grabbed me real hard and said "if you tell anyone about this I'll hit you with the belt" B███ and A███ went their way c█████s and tone headed off the other direction, I ran home , it was about 9:30pm when I got home ; I immediately took a shower , trying to wash off the shame and guilt , I went too bed but couldn't sleep I cried most of the night I was so very much alone I knew I had to go school and see them in school again .

November 28th 2001 two days after the incident R█████ went too miss capabianca and told her that c█████ b███ and tone And Ar███ ki██████ made her suck their dicks , she also told that b███ ca███████ help set things up with her and those boys, Miss capacitance she replied I know you sucking boy's off < you shouldn't be doing these things be███ told me about your behavior, she told me that "you're a filthy little girl" I almost cried I tried too hold back the tears but they just came out ,.I said too miss capabiaca are you going to anything about this!! She just looked at me and then gave me pass (after dinner detention)

November 30th 2001 At aprx. 11:am miss capabianca called (me) Ri████ P██████ and said that Ra████ talking about "sucking dick" she went on to say that R█████ has a very "foul mouth" and she is a "dirty little girl" I was unclear as to why R███ would say anything like this because it's not her nature to talk like this , I asked miss capacitance if she had any idea why R███ would say these things , she said "not really" I said what do you think needs to be done she said well she is a" very dirty little girl" and I(miss capabianca) told R███ if people are picking on you R███ needs to "suck it up!!and ignore it!" R███ was given 4 days pass and on the forth day she was sent home because everyone was harassing her about sucking dicks and asking her to fuck her , R███ was feeling very over whelmed , she got really mad and left, this would be aprx. Decmeber 7th 2001

Decemeber 10th 2001 R█████again went too miss capabainaca telling her of the constant harassment and all the sexual jestures being thrown her way , she asked miss capabinaca to help her , all miss capabianca would say is "your filthy little girl who needs to grow up!! Feeling frustrated angry and alone she went back to class again no help from miss capabianca ,

December 11,2001 (foot note) R████████ behavior has been on a sharp decline at this time I had no idea of had happened the previous month before , nobody from the school every contacted me I watched my star child fall in to a mental mess of depression and bitter anger tward school figures , by the time Christmas vaction would arrive this would be a child really out of control, the confusion I and my wife felt we're far more horrible then any one can expect, her desire for school fell , her lack of interest in her of school work. Sometime in decmeber of 2001 Ra███ was standing by the water fountain b███ and another girl came up to Ra███ and said hey this boy wants you to suck his dick Ra███ was in the hallway around her third period of class this was a "B" day , (a "b" day is a day of different scdeule laid out for the school day,)

Rachel no I don't even know that kid and I have to get back to class , b███ and the other girl started pushing

▓▓ down the stairs the boy was following behind them they got down to end of the staiwell and becky said to suck his dick, ▓▓▓, R▓▓▓ said no! I have to go back to class , R▓▓▓ started up the stairs and by some lucky chance a teacher was coming down the stairs as R▓▓▓ was going up, this gave R▓▓▓ the opportunity too leave the others behind the attempt of rape was not completed., R▓▓▓ tried to tell her teacher what happened , miss cappabanca happened too be their while R▓▓▓ was talking to the teacher miss capabanica wanted too know why I wasn't in class , I tried to explain and the subsitute teacher laughed and turned her head away. I said are you laughing >? Why? Are you laughing? She said she was reading something on the paper and it made her laugh . I was given pass for beig late for class they never even check on becky the other girl or the boy,

January 3,2002 The harassment continue R▓▓▓ continued to try seek help but could not find help or any type of action instead all she would get is pass , and told she needs too keep ignoring it, still sh▓▓▓ and I didn't know what had happened too our daughter that November night in 2001 .

JANUARY 8th 2002 another attempt was made on R▓▓▓ —R▓▓▓ had pass from 3:30pm to 6:30pm R▓▓▓ had went to the laundry mat located at 1258 west 8th str on the corner of cranberry street,R▓▓▓ went their because her father would be picking her up at 7:00pm R▓▓▓ saw ch▓▓▓ b▓▓▓ and 3other boys they said "hey! Come here! " R▓▓▓ said yeah sure after I changed my clothes in the bathroom (R▓▓▓ just told them that so that they may leave ") one of the boys grabbed my hand and pulled me over too the pop machine and asked me to give him head, I said no!! I can't do this !!R▓▓▓ went too the bathroom to change into her regular clothes , she took a little longer time then usual in hopes the boys would be not their, , R▓▓▓ came out of the bathroom from the laundry ma▓▓ she looked out the window and couldn't see anyone , she thought that she saw her dads car came out , but it was his car, R▓▓▓ started walking back too the school some boy said come here!! He grabed R▓▓▓ hand and led her too the back of the laundra matt R▓▓▓ said charles tried too take her in the back into the room with the steps R▓▓▓ said no! I gotta go my dad will be coming soon , R▓▓▓ was worried because her dad was 8 minutes late at 7:08 pm I arrived picked up R▓▓▓ and she very quite very angry and she let's go!!!!

January 9th 2002 after pass R▓▓▓ met me on the steps of Strong Vincent miss capabianca and miss Woods was their with R▓▓▓ they said mr.p▓▓▓ we need too talk tomororwo at 8:30 am I said I can't make it at 8:30 am but I can make it at 9:30am they said that would be fine.

January 9th 2002 miss capacitance called up Robin Johnson of 201 west 20th Erie,PA.16502 ph# 814-455-4814,

To set a meeting with her in miss capabaianca office on the 10th of January to disuss about her daughter T▓▓ and other issues,

January 10th 2002 I was in meeting with miss Woods and mr .Roule and sometoher counselor who's name I'm not sure of , Miss woods said are you ready for this << R▓▓▓ has been sucking boys dicks , tell R▓▓▓ tells us all what happened , R▓▓▓ began too retell the story , she also said you knew all along but nobody would do anything about it, all I got was pass , I asked where miss capabiana was miss Woods said she was tending other matters with another parent, R▓▓▓ was taken out for water or something and mr .Roule said kids these days give blowjobs like we adults give handshakes, it's nothing unusual, miss woods and Rachel came back , I asked miss woods if she had contacted police, she replied no, theier is no police involovment at this time , I ask if the media needs to be called , she (miss woods) replied you keep your mouth shut, .. Miss Woods said we need too remove R▓▓▓ from this school for her safety , she'll be home tutored for about a week, then from there R▓▓▓ will attended the Sarah A. Reed school program .

A000000834

January 10th, 2002 : after the meeting with miss woods &Mr. roule and the other counselor was over R█████and I was walking down the hallway and saw miss capabianca , I had told her that miss woods was going to have R█████be tutored for about a week then from their she was going to be sent to Sarah reed children center school program, in view of her safety, I asked miss cap if you knew this was going on , why didn't you call me when my daughter began telling you this back in November , we may have done something's too prevent any further harm? She (miss capabianca) said that R█████shouldn't of been doing that, and their was no actual proof that any such thing occurred, so I didn't feel it necessary to involved you. I said well why didn't you call the police their was an accusation of forced oral sex? She replied: there was no verified proof I said well still you should of taken some kind of preventive action, or at least looked into it a little deeper, and by all means ya should of called me!! We (R█████and I) went home the drive was short but silent , we got into the house R█████said she wanted too take a shower , it was about 1:15 pm by this time I said too my wife S█████, R█████was raped by four black boys back in November just after thanksgiving , I am told that so=he was caught giving blow jobs too black males and one white female organized the whole thing. R█████will be home schooled until she has an intake evaluation with S█████reed where she will going too school for her safety , I told my wife we would need too more about this later but I had too go to work by 2 pm .My wife said this would explain why R█████behavior took a dramatic changed for the worse I said ,,,,yeah I think so too. 4 pm I came home from work R█████was in her room but said not much of anything , I had a long talk with my wife and we both felt like it was our fault we felt we should of done something if only I had came their earlier , the blame game, that night I recalled the whole conversation over again I couldn't sleep ,I cried......

January 11th 2002: I went too work like usual came home early around 9:30am went down to the police station too pick up my check , while I was their I tried too find sergeant Bowers, but he was not their , so I talk too another officer and told of the alleged situation he said we need too go talk to juvenile division , he led over too juvenile where I was greeted by Det. Green I was told too tell him what happened and he would take care of it, I began too tell det, Green about the alleged oral rape of my daughter at strong Vincent high school , I told their was no police involvemt but I think it should be checked out , det . Green said well let me see if the field a report , he checked his computer and said no report made to the police dept. he took my initial statement , then said he may call me later, I told him that R█████was home and that she was taken out of school for her safety .

January 11th 2002, at aprx. 10:30 am det green called me on my cell phone and asked if I could bring R█████down so he could get a stament from her and answer some question , I said how about 11 to 11:30 am . He said that will do, 11:15 am we got down to the police station passed B█████ C█████ in the hallway R█████and went up to juvenile area where we met det green and introduced too det.barber, where now R█████was too give her statement and a video log was taken 11:30 am my cell phone rang it was miss woods from the school she asked what I was doing? I said what do you mean? she said where are you? I said we're at the police station I told the police what happened and their probably going to want to talk to you. She said that I should of waited too go to the police that she was going too handle it. I said this happened in November when we're ya going to go to the police ? She said well I guesses the police are involved now, I said year then I told her that I had too go the det wants me, she said we'll talk later I said yeah sure ok?? Bye. The whole process took nearly 3hrs the det.green said there are going too be some arrest made but we still had some interview to go through I said ok will you keep us informed ? He said yes.

January 15th 2002: R█████s friend name T█████ had come over too our place and said I can't hang with R█████ any more because she sucks dick>I was shocked I said what ?? What do you mean?? how do you know? She said because the other day my mom and me we're in miss caps office (this would be jan.10th ) and she told my mom that R█████ sucks dick, and made movement too show what she meant (sexual gestures) , I said oh? I tried calling robin up but got no answer , Toni went home threat evening I tried to more times but got no answer I was really frustrated ,

January 16th 2002: R█████had her first tutoring session with Mr. Rogers , he said he didn't know the significant of why she was taken out of school or why she was to be placed in Sarah reed , because she has no history of physical aggression in school or significant behavioral problems I told it was for her safety she was sexually assaulted . He said ahhh that sad, he said to R█████well now we're going too try too work together , R█████ said NO!! I DON'T LIKE TEACHERS !! They don't help e!! About an hour goes by R█████ sat angry and did nothing , Mr. Rogers said he had too leave but he would be back other time . That evening around 8 pm I tried to call robin Johnson she answered the phone, I said hello this is Richard lancy , R█████s dad. And I am told by T█████ that she is not allowed to play or be around R█████anymore, may I asked

A000000835

why?? Robin said that on the day she saw me at school(which was the 10th of January) miss cap had told her that R███████ polancy likes to suck dick, and that she caught giving blow jobs , she also tried here in the school but had an out burst in the gym , and in trouble with that as well, robin said that miss cap made sexual gestures too show how the blow job was performed , robin said she did this in front of her 12 yr. Old daughter T███ miss cap also said to robin ;"this is the kind of child your daughter is hanging around with" and with that robin said I told T███ your not to go around R██████ no more. Miss cap she said made your daughter R██████sound like a whore, and I didn't want Toni to be around that kind of person . I said I don't blame you but did she tell R████ was raped she said nope... I said did she tell you B█████ C██████ organized the whole thing?? She again said nope... I said those are the facts , I said besides why she tell you about my child? She said I don't know , she wanted too let me know what kind of child she is, I guess??

January 23,2002: Ra███had her first intake session with Sarah reed which is located on 1020 east 10th str. Erie pa.16503 ph # 814-453-4309we met he counselor their her name is Jan (last name unknown) It was more of an medical and insurance information, type thing.

January25th 2002 : R████first day at school she was quite but did not do any work she appeared withdrawn one of her teachers said.

January 31st 2002:12noon Ra███ had intake with rape crisis located at 125 west 18th str. Erie pa.16501 ph.# 814-455-9414 counselor name is Denise (last name unknown) the first initial vast consisted on what the goals may be and what I expected them to do for R█████

February6th 2002: Ra███met with desines of rape crisis , R████answer questions but did elaborate on any issue I spoke with Denise and told her aversions this rape my daughter was a total different person , part of me blames myself if I had only known if the school only had told me maybe I could of protected R█████, R█████ did asked Denise why the kids get too stay in school and she get punished by being sent too Sarah reed ?? it's not fair!!

March 14,2002 :A hearing was held in the office juvenile probation 140 west 6th stir. -room 401 of Erie pa,16501-in the interest of B█████ C██████ docket # 2001-00911 probation officer name is Michelle Hetrick

March 25th 2001 at 11:30 pm R█████threaten suicide said she can't take it any more she grabbed a knife held it too her throat , with the blade pressing tightly against her I (her dad ) attempted too take the knife away , R█████ran toward me and stabbed my right index finger too the bone , I called the police and they came R█████ had locked her self in the bathroom banging her head into the wall saying she wants too die she can't take it any more , why didn't they listen why didn't they help me???? I want to fucking die !!!! The police attempted too calm her down I was taken too hamot hospital, 210 west second str. While awaited to get stitched up one of the officers came down too the E.R. too ask me some questions , he asked "who's miss cap?" I said strong Vincent assistance principle , he said who's C█████ b██ B█████, A██████ and t███ I told those are the kids that raped my daughter and B████ organized the rape crimes, he said if miss cap didn't help your daughter , then you need too have a word with Mr. barker , the officer said that R████said miss cap was telling other people about what happen but could tell my dad , the officer asked if that was true as well I said yes the officer said this miss cap mentally mess this child up, and if she did tell other parents about your daughter and not you then she violated the law of confidentiality and Mr. Barker really needs too know this. The officer also said that R█████ was being admitted to mill creek community hospital for physcatric care. She'll get some help.

March 28h 2002 : A hearing was held in the office of juvenile probation dept. west 6th str. Rm 401 of Erie pa, 16501 docket #2002-00343 probation officer name is Michelle Hetrick judge Elizabeth Kelley presided over the case . R█████was unable too testify she was placed in a mental hospital do to a break down .

April 1st 2001 B████, C██████ and A█████ k██████ probation officer Michelle Hetric came too our apartment with a stuff rabbit and a card and said I am so sorry about what happened to your daughter , she had tears in her eyes you could feel the sadness she said the school handle tis badly and they should litigation brought against them , she asked if we have sought counsel I said I am not sure what too do , Miss Hetrick said she wanted R████ too have this (the card and bunny) and hope she dose get better. Then left.

April 2,2002 Ra███ was dis-charged from the hospital they felt she was very disturb by the the things that has previously happened but other then that we' didn't receive a much other information . Then she wrote in blood what was in her diary , she remains too be a very angry child with deep emotional scars.

**A000000836**

April 4th 2002 R███ returns to school still remain depressed and exhibits violent out bursts .

R███ continues to spiral downward emotionally  it has placed an enormous strain on the family life with threats of suicide and violent behaviors I don't how much more we can take we are going too have crisis center come too our home too aid us with the ever growing problem .

May 3 2002: I received a phone call today  R███ is treating suicide banged her head into the floor had Avery bad nose bleed and was wiping the blood everywhere Sarah reed wants me too take he too the mill creek  community hospital for an assessment  for possible admission  , we went to the hospital spent 3 hrs waiting  R███ behavior had subsided  (they the hospital staff) asked me if R███ needs to be admitted I didn't believe so  , so she was sent back home.

A000000837

Ra███ P██████ is a 13 yr old girl, born here in Erie Pennsylvania , through out R█████ life she has always strive too achieve the highest goals too the best of her ability, every year since kindergarten  she was always praised as being a sweet girl who was well liked by her classmates , her teachers described her as person who worked hard too do the best in class, always asking question and coming forth too tell when something was wrong , she always trusted adults and authority figures , her long ranged goal was too become a teacher someday when she grew up , she used too look forward to going to college someday, nothing was in her way no obstacle would will her spirits. R█████ was excited and a little nervous starting a school with the bigger kids (Strong Vincent)  but I always had confidence in her because she always was a positive child, who look forward in making new friends , R█████ tried hard too win the trust of people  because at this time  she trusted people  , but that would soon change , because my little girl learned that the world isn't a fair place and sometime the people you trust will break your heart. R█████ was subject too first verbal harassment , she went too the strong Vincent assistance principle  and ask her have the boys stop picking on her, then slowly as time progressed the verbal harassment went unnoticed by the school officials , the verbal harassments  changes to physical aggression R█████ again went back too the assistance principle , all she was continuing told  "ignore it" R█████ trust was being destroyed , her feelings of security  was being  turned to insecurity, the physical aggression  turn to sexual  and lewd comments like suck my fucking dick ,calling R█████ a slut a whore , to continue to be told to "ignore" verbal abuse is a form of abuse made by the school official , eventually if your told something long enough you'll began to believe the lie, and trust with the ones who is supposed too protect you is broken  ,not much else is left but turn inward and changes in your personality  takes place , then it happened after being told of verbal harassment, sexual verbal abuse, physical aggression,  went unnoticed, unpunished the criminals become more bold, their fear is gone , they now will feed on your fear, they know R█████ cries for help goes un heard , unpunished, finally she was raped multiple time in one freighting hellish night , R█████ went too miss capabianca and reported too her what happened  on november27,2001  all R█████ got was told she was filthy -foul mouth girl, since this incident  our home has been totally disrupted , my daughter tries suicide , been in mental hospital, and for the first on medication to help ease the depression and anxiety attacks, I want my girl back but all innocence is lost , my daughter now thinks she filthy, sometimes afraid too be alone for fear some will kill her , we used too be  a strong family , a prayerfully family  now we struggle , each equally miserable  trying to deal with a child that is changed  four ever all because the school refused too do anything or even tell me or my wife what going on, we had no idea  how could we, no one would tell us anything .

A000000838

R███ P████ started the school year In the month of august of the year 2001, it was like most any other year full of anxieties waiting and anticipating what would this school year be like>?? R███ was well liked by both her peers and her teachers, her peers would say she's a blast to be around with, her teacher's would say she worked hard and was always willing too ask questions when needed help, she always would go too a teacher if some thing were to bother her, from august too the very begin of November was fine ,n peer problems no behavioral problems the teacher would say, then about November 6th, 2001 a girl named B████ Ca█████ wanted too fight R███, R███ says she wasn't sure why but R███ tried what we (the parents) tried to teach , R███ wanted to try to become friends, R███'s eagerness to become a friend would soon show to be a terrible mistake, R███ had two maybe three encounters with B███ again B███ would try to pick fights , R███ went and told of the harassment B███ was giving her, R███ told Miss Capacitance , Miss Cappabinaca said kids will be kids, one they know who you are things will stop.

November15,2001 : B████ Ca█████ still remained cerebrally aggressive up until November 22,2001 which is the start of Thanks Giving Holiday, which lasted until november26,2001.

A000000839

January 23rd 2002: C████ b███ was still out hiding from the police every time the detectives would try to go to C████ b██ house it would be the same old story his mother would say she didn't know where C████ was, or that he was "off somewhere" police had a hard time tracking him down, R███ was continuously worried that C████ would come after her because she gave a sworn statement too the police about what he how he raped her,

January 26th 2002 one of R████s friends named A█████ (last name unknown) had a birthday celebration, a kid named A█████y M███ came over and said that C█████ B███ said that "next time I get a hold of that bitch I'm gonna fuck her right" A█████y was not allowed to stay at the party, A██████ parents asked him too leave.

January 27,2002: R████ seem was very frightened and was sure that C████ would make good on his threat, She told me (her dad) what was said by A███████ M████, I kept R████home until I was able to get a hold of detective Green our lives has become one of fear and turmoil, we weren't sure if C████ would make good on his threats or if h would hurt the family as well.

January 28, 2002: I called detective Green at 8:30 am but they (the other officers) said he would not be in till 10 am that morning; I left a brief message for him to call me a.s.a.p. At aprx. 3:30 pm that day detective Green had called me on my cell phone ad ask what I needed, I told him (det. Green) that what A█████y M████ had said that C████ b███ was making threats, I said that C████ b██ said that " the next time I get hold of that bitch I'm gonna fuck her right" I said too detective green that he's already consimplating another rape, another attack on my daughter, this kid is dangerous and should be allowed to run the streets. About a few days latter they had picked up C████ b██ under making terroristic threats to anther person and was locked up in the juvenile system.

(I'm not sure when C████ B███s was released from the hold facilities but he was sent home pending investigation, along with the ankle bracelet with a tracking system in it he was unable to come and go as he pleases.)

The court date for C████ B███ on              2002, was postponed  because at the last minute C████ mothers field a waiver to see if C████ B███ was competent  to stand trial for his "alleged" crimes against R████ P█████y & K█████ L█████.

Aprx.              2002, After about 12 or 15 child psychologist the courts finally found one that will do the commentary test too see if C████ B███ is competent too stand for his crimes which he s accused, to this date no other information is available too I or my family.

9

P0 00000127

A000000840

| Incident Case # | Offense | Name ( 1 st, First, Middle ) | | A. Continuation | CODE: | B | Pages |
|---|---|---|---|---|---|---|---|
| | sexual assault | P███ R███ | | B. Supplemental | | | ✓ |

ssigned 1-18-02

n 1-11-02 I interviewed B██ky C████ and her mother ██████ Also present was Det. J. B████ This interview was to
e what involvment B████ had in a sexual assault after school across from Strong Vincent high school. She was read her rights
nd she agreed to talk to me. Her mother also gave her permission to talk to me.

█ advised me that she had nothing to do with the sexuall acts that took place between R███ and the two boys. She states that
e merely talked to R███ and told the boys she gave "head." She stated that she never threatened R███ about this. She just asked
r and R███ said she would do it.

sked if she at any time hit R███ and she said no. I asked her why witnesses at the scene would tell me such a thing and she said
y were lying. She said she was simply there during the whole incident and had nothing to do with it.

e was also unable to anwere as to why she was harrassing R███ in school about this, also denying that this occured. It was in fact
involved parties that made the school aware that something was going on because they heard and seen B████ push R███ into a
y and tell him that R███ wanted to give him head.

cky has a very combative attitude toward authority figures and was very cocky and uncooperative during this interview.

arges for B██ will be pending further investigation of this incident.

I understand that false or misleading information is a violation of 18 PA CS 4906    X

| Status | Open | ☒ Closed by Arrest | ☐ Unfounded | ☐ Exceptional | 38 Officer Signature | | | |
|---|---|---|---|---|---|---|---|---|
| Expt. Clr. | ☐ Death of Offender | ☐ Presc. Declined | ☐ Other | | 39 Officer Signature Sgt ███████ | | | |
| | ☐ Extradition Denied | ☐ Vict. Refused to Coop. | ☐ Juv Unofficial | | 40 Supervisor Signature | Badge # ███ | | DATE 1-12-02 |

**EXHIBIT**

7

PO 00000128

A000000841

| Incident Case # | Offense | Name ( Last, First, Middle ) | CODE: | B | Pages |
|---|---|---|---|---|---|
| | sexual assault | R___, R___ | | | |

A. Continuation
B. Supplemental

ssigned 1-18-02

n 1-29-02 I went to Strong Vincent High school to interview several witnesses involving this case. The first witness I talked to
s Y___ H___ I would describe Y___ H___ as a hostile and uncooperative witness. She did provide me with
me information involving this matter.

e advised me that she was at Strong Vincent after school on the date in question. She says that B___ C___ (who she describes is a friend)
several boys met outside the laundrymat. She says that is where her memory starts to go. She doesn't really remember any conversation,
t she does remember B___ telling the boys that she knows a girl who gives head. At that point she says that B___ goes and gets R___
e does is go into the laundrymat where R___ and A___ K___ go into the bathroom together. She says they are in there for a couple
nutes but then the lady who runs the laundrymat kicked them all out.

ey then went outside and behind the laundrymat where they gathered and were told by R___ and A___ K___ that nothing happened
the bathroom. She says that at this point there is more conversation but she doesn't remember what about. THe next thing she knows R___
A___ are leaving and going between two houses for R___ to give him head again.

s the two of them return, B___ then asked R___ to give head to C___ B___ She says no, but then changes her mind and goes behind
houses and gives C___ B___ head. She doesn't remember the conversation that happened in which R___ decided to change her mind about giving
arles head.

ter C___ came back with R___ Y___ says that C___ asked her to give him head. SHe told him no way. At that time she says that
___ L___ has changed her mind and says  that she will give him head. The two of them then climb a fence into a
fferent back yard than the other two were in, as R___ was in the back with A___ again at this time.

ssenia says that at this time they all went  home. She said that at one point she did go back to see what was going on and she seen
chel on her knees with A___ penis in her mouth. While she conveniently had memory loss for most important conversations she did
wever tell me that B___ told R___ she was going to get her "head up" from her. Which she says is slang for fighting. She doesn't remember why
said this to her of course.

e second person interviewed in this matter was C___ A___. C___ was a hostile witness. She stated she was friends with B___
and didn't remember anything. She then advised me that she didn't like cops or detectives. At this I concluded the interview with
sey.

s. Cappabianca then called Antonio F___ to the office. I advised him that I would like to talk to him regarding the incident at the laundrymat
r school with Rachel P___ He told me he would tell me as much as he could remember.

advised me that after school (Pass) he was with his friend A___ K___ and C___ B___ He states that they were approached by B___
and a couple of her friends and they began to talk. He states that Becky immediately told them that she knew a girl who gave head. She told
m that she would then go get her. She went to the laundrymat and came back with R___ P___ says that B___ immediately began

I understand that false or misleading information is a violation of 18 PA CS 4906   X_____

| Status | | | | | |
|---|---|---|---|---|---|
| ☐ Open | ☒ Closed by Arrest | ☐ Unfounded | ☐ Exceptional | | |
| | | | | 38 Office Signature | DATE |
| Expt. Clr. | ☐ Presec. Declined | ☐ Other | | | 1-31-02 |
| | | | | 39 Office Signature | Badge # |
| ☐ Death of Offender | ☐ Vict. Refused to Coop. | ☐ Juv Unofficial | | | |
| ☐ Extradition Denied | | | | 40. Supervisor Signature | |

PO 0000000129

A000000842

to harrass R▮▮ about giving one of the boys head. R▮▮ kept saying no, she didn't know these boys and she didn't want to. He states that B▮▮ would not leave it alone and began threatening to fight her if she didn't. It escalated to the point that B▮▮ punched R▮▮ in the side at least two times. B▮▮ finally agreed and went into the bathroom with A▮▮ K▮▮ He says they were in there for a little bit but then came out when the lady at the laundry kicked them all out of the building.

They then went behind the building and B▮▮ again asking her if she gave him head. R▮▮ and A▮▮ finally admitted that nothing had happened in the bathroom. B▮▮ then started on R▮▮ again to do it somewhere else. R▮▮ said no but then after Becky wouldn't stop she finally agreed again.

When she came back after giving A▮▮ head she told R▮▮ that C▮▮ wanted head too. R▮▮ told her no, she didn't know C▮▮. But B▮▮ continued after her and told her they were going to go" head up" if she didn't do as she said. R▮▮ then said yes and went behind the house and gave C▮▮ head . A▮▮ tells me that this happened at least twice with both A▮▮ K▮▮ and C▮▮ B▮▮king turns going between the buildings with R▮▮. He states that C▮▮ B▮▮ also talked K▮▮ H▮▮ into giving him head also. He stated that K▮▮ did this on her own however and was not threatened that he was aware of.

Antonio advised at this time that he was also being harrassed on a daily basis by B▮▮ C▮▮. He states that she calls him a snitch and told other students that he was telling the police on her. He states that she singles him out in the hall and says things like "Hey T▮▮, you a mother fuckin snitch. After gathering the information from these witnesses and conversation with the victim I decided to detain B▮▮ C▮▮ on the charge of being a conspirator in the sexual assaults and harrassment of a witness.

Ms Capabianca called B▮▮ C▮▮ to the office at that time. As B▮▮ crossed in front of the office she saw me siting there. Ms Capabianca advised her that I needed to see her and B▮▮ took off running . She was caught upstairs of the school getting into her locker to get her things to leave school.

B▮▮ C▮▮ was transported to Erie Police station at that time. Detention for B▮▮ was authorized by John S▮▮ and after speaking with her mother she was transported to Edmund L detention center by patrol. She will be charged by allegation for conspiracy to rape, involuntary leviate sexual intercourse, and intimidation of a witness.

PO 0000000130

A000000843

| Incident Case # | Offense | Name (Last, First, Middle) | | CODE: B | Pages |
|---|---|---|---|---|---|
| | sexual assault | P___, Rachel | A. Continuation  B. Supplemental | | 1 of 1 |

signed 1-18-02

1-23-02 I went to Strong Vincent high school to pick up defendant A___ K___. I was also made aware at this time that A___ had a warrant for his arrest out of North Carolina from Hope Mills Police Dept. The detective in that case is Det. P___. A___ was taken into custody at the school without incident. I called his mother at home and had her meet us at the station even though A___ current age is 18. He was a juvenile at the time of the incident. At the station I read A___ his rights and he agreed to talk to me. Also present was his mother.

___ advised me that he did in fact receive oral sex from R___ P___. He states that this whole incident happened because B___ do it happen. He states that she met with him and Antonio and Ch___ after they left Pass at school. He states that he did not really know ___sky but that he seen her around and she seemed to like A___. He states that she started to tell him and his friend that she knew a girl who ___uld give them a blow job. She then went to the laundrymat and got Ra___ to give him head. R___ was telling ___sky she didn't want to but B___ kept after her. She at one point hit R___ at least what he thought to be three times. ___chel finally agree and B___ said lets go into the laundry. Once inside the laundry they (A___ and R___ went into the bathroom. He states nothing happened in the bathroom because the two of them didn't know if they really wanted to do it. So they just stood in there for a minute and ___ got kicked out as B___ began to argue with the laundry woman.

___ce they went outside B___ started to harrass them and asked what happened. They both finally told her nothing happened and B___ started after ___n to go somewhere else and try it then. R___ was again saying she didn't really want to but B___ wouldn't let it go. A___ said that R___ was ___iously afraid of B___.

___ally R___ agreed to do it again and she went with An___ between to houses. An___ says that at this time he does in fact get oral sex from ___hel with her mouth on his penis. He states that they do this for just a few minutes, he did not ejaculate, and then they came back to where the ___r people were standing. He says that at this time B___ tells R___ to give her friend C___ head. R___ tells her no, she doesn't know ___ went with C___ between the houses and after several minutes comes out and C___ braggs about R___ sucking his dick. She then went with ___ a second time and the same thing happens, with still no ejaculation.

___ states that as he and R___ are coming back out between the houses he sees C___ jumping the fence with K___ L___. He states that ___ went with R___ one more time and then they all left. He states that Ch___ bragged about getting a blow job from both girls as they spoke ___ they walked away.

___hony told me at the end of this interview that he did not know that R___ was as young as she is.

___l be filing charges of rape and Involuntary deviate sexual intercourse against Anthony K___. I will be filing charges of rape and involuntary ___te sexual intercourse against Charles B___ for his actions against R___ P___. I will be filing charges of Rape and involuntary deviate sexual ___course against Charles B___ for his actions against Kristina L___ also.

**understand that false or misleading information is a violation of 18 PA CS 4906**

| atus | ☐ Open | ☐ Closed by Arrest | ☐ Unfounded | ☐ Exceptional | X___ |
|---|---|---|---|---|---|
| ph. Clr. | ☐ Death of Offender | ☐ Presec. Declined | ☐ Other | |
| | ☐ Extradition Denied | ☐ Vict. Refused to Coop. | ☐ Juv Unofficial | |

| | | | | DATE |
|---|---|---|---|---|
| 38 Officer Signature | | Badge # | | Doc   2-1-02 |
| 39 Officer Signature | Sgt ___ | | | |
| 40 Supervisor Signature | | | | |



EXHIBIT
m

PENNSYLVANIA
**BUSINESS WEEK**

1·11·03

Before Christmas break at 4:45 me, ▮ ▮
▮ B▮▮ left PASS and went walking down ▮
8 st. Becky ▮▮▮ ▮▮▮ ▮▮▮▮ walking with us. B▮▮ said "I know this
girl that bucks dick" and we was like who. ▮
▮▮ said Ra▮▮ she (Becky) sent someone to
go get Ra▮▮ R▮▮ came out and Be▮▮ said,
"Come on Rachel do it do it" and started
unbuttoning my pants. I was about to hit her.
Be▮▮ broke my gold necklace and lost the
cross. I told her she was going to pay for it.
Everybody (B▮▮ me ▮▮▮▮ about 60 of us)
went into the laundromat and sat there for
a minute. B▮▮ started forcing ▮▮▮▮. B▮▮
was saying if you don't go in there I'm going
to beat you up R▮▮ ▮▮▮ went into the bath-
room and A▮▮▮ followed behind her.
2 or 3 minutes later ▮▮▮ they came out
of the bathroom. I said "did you all do
something?" and A▮▮▮ said "no, she
was scared." The laundry lady told us
to leave. B▮▮ started cussing at the
laundry lady. The laundry lady said she
was going to call the police. We went
outside and I started walking down the corner
of 8th and Washington. B▮▮ said to R▮▮ why don't
you go behind the building and Rachel said no
B▮▮ threatened to beat up R▮▮ again so

◢◣◢◣ **MANUFACTURER'S**
◤◢◣◤ **ASSOCIATION**
       of Northwest Pennsylvania
2171 West 38th Street • Erie, Pa 16508-1925 • 814/833-3200 • FAX 814/833-4844 • http://www.mann.org

**PENNSYLVANIA**

# BUSINESS WEEK

▓▓▓ went behind the building. ▓▓▓
followed ▓▓▓ behind the building. When
they came out I said, "did you all do
something?" ▓▓▓ was laughing. ▓▓▓ asked
her did she swallow or spit. I asked
Anthony if she gave good head and he
shrugged his shoulders. We went back to
the corner of 7th and Washington, across from
the Strong Vincent parking lot. We were all talking
▓▓▓ asked ▓▓▓ to do ▓▓▓ Rachel said
no because she knows ▓▓▓. They went
behind on the side of the building (new house) and
did ▓▓▓. I asked ▓▓▓ ▓▓▓▓▓▓▓
▓▓▓ and then do that young girl (Kristina) do
it. And ▓▓▓ said yes. ▓▓▓ asked ▓▓▓
if he could get some, and ▓▓▓ said yes.
When they were coming out from behind the
build ▓▓▓ 's mom came. Everybody
started leaving.

▓▓▓ ▓▓▓

Jasmin, prior
(Linda) (appearance)

witness
on the corner of 7th and Washington, Becky ▓▓▓
was hitting Rachel ▓▓▓ in the ribs telling her
(just)
to suck ▓▓▓ and ▓▓▓ dick. And Rachel
did it. Antonio ▓▓▓

Jeanious, it a s
Linda Cazzalia's ca witness



**MANUFACTURER'S
ASSOCIATION**
of Northwest Pennsylvania

2171 West 38th Street • Erie, Pa 16508-1925 • 814/833-3200 • FAX 814/833-4844 • http://www.manp.org

PO 00000018