

A00

January 10, 2001

It has been brought to my attention that on Wednesday, December 19, 2001, several students were engaged in inappropriate sexual behavior on their way home from the PASS program. B▮▮▮▮ C▮▮▮▮, R▮▮▮▮ P▮▮▮▮, C▮▮▮▮ A▮▮▮▮, Y▮▮▮▮ H▮▮▮▮, K▮▮▮▮ L▮▮▮▮ C▮▮▮▮ B▮▮▮ A▮▮▮▮ G▮▮▮▮, and A▮▮▮▮ K▮▮▮▮ were the students in question. After interviewing all persons involved, with the exception of K▮▮▮▮ L▮▮ because she was hospitalized at Milcreek Hospital for Mental Health reasons, it is apparent that C▮▮▮, Y▮▮▮▮, and A▮▮▮ did not participate in sexually defiant behavior.

R▮▮▮ P▮▮▮ admittedly went into the bathroom at the laundromat with A▮▮▮▮ K▮▮▮ and performed oral copulation on C▮▮▮▮ B▮▮ on December 19, 2001. She states that B▮▮▮ C▮▮▮ had forced her to go into the bathroom with A▮▮▮ K▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The girls had gone to Strong Vincent to meet B▮▮▮ C▮▮▮'s older sister, ▮▮▮ who was staying late at PASS. They had seen A▮▮▮, C▮▮▮, and A▮▮▮ walking towards the laundromat on West 8th Street. B▮▮▮ approached the boys and asked them if they would like head from R▮▮▮. They entered the laundromat, corner of 8th and Washington next to the school, where B▮▮▮ continued to coerce R▮▮▮ into performing oral sex on the boys. R▮▮▮ was uncomfortable with the idea of having oral sex and was hesitant. A▮▮▮ states that at this point, B▮▮▮ started hitting R▮▮▮. R▮▮▮ conceded and walked into the bathroom with A▮▮▮▮ K▮▮▮. They were alone in the bathroom with the lights out for almost 15 minutes and then came out of the bathroom. At some point, they were asked to leave the laundromat because B▮▮▮ was swearing and throwing things. Once outside, R▮▮▮ and C▮▮▮ went behind a house that is located on Washington street. R▮▮▮ had given fellatio to C▮▮▮ B▮▮. According to A▮▮▮, she had performed this act on both A▮▮▮ K▮▮▮ and C▮▮▮ B▮▮ a couple of times. A▮▮▮ denies that he engaged in any sexual activity with R▮▮▮. He claims that he saw the girls on the steps of Strong Vincent and they started walking east on 8th Street. He went into the laundromat to smoke a cigarette and talk to his friend, A▮▮▮. After his cigarette, he went home. He said that he did not go into the bathroom or outside with R▮▮▮ at anytime that evening. C▮▮▮, B▮▮▮, R▮▮▮, C▮▮▮, and A▮▮▮ all saw A▮▮▮ and R▮▮▮ go into the bathroom. When called into the office, A▮▮▮'s first statement was,"you want to talk to me about what happened and I didn't do anything."

R▮▮▮ is now being taunted by B▮▮▮ C▮▮▮ at school. B▮▮▮ is bothering her to perform this act on other male students. On Monday, 1/7/02, there was a second incident. R▮▮▮ was at the water fountain. B▮▮▮ was in the hall asking R▮▮▮ to give head to a male student that walked by. R▮▮▮ refused. According to R▮▮▮, B▮▮▮ had shoved her into the stairwell and pushed her to follow the male student. R▮▮▮ walked down the stairs in the same direction as the male student, but nothing had happened.

The third incident to occur was after PASS on Monday 1/7/02. Charles B▮▮▮ and an

A000000847

unknown Male student had left PASS. They went to the laundromat. R▓▓ P▓▓▓ was at the laundromat changing her clothes and waiting for her dad to pick her up. While in an alcove of the building, the unknown student had forced R▓▓ to sit down. He put his hands up her shirt. He brushed her hair back. He unzipped his pants and put his penis on her face. R▓▓ was unsure of the student's name, but was able to describe the student in detail.

K▓▓ L▓▓ was unabled to be interviewed because she was hospitalized at Milcreek Hospital for Mental Health reasons. While at Milcreek, K▓▓'s mom had said that she admitted to the counselor that she participated in oral sex with a student at Strong Vincent High School. Y▓▓▓ had stated in her interview that R▓▓ P▓▓ and K▓▓ L▓▓ had taken turns doing it to C▓▓.

A000000848

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD P. by and for RACHEL P. and DENISE L. by and for K█████ L., | ) ) ) ) | No. 03-390 Erie |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | **Jury Trial Demanded** |
| SCHOOL DISTRICT OF THE CITY OF ERIE, PENNSYLVANIA; JANET WOODS, individually and in her capacity as Principal of Strong Vincent High School; LINDA L. CAPPABIANCA, individually and in her capacity as Assistant Principal of Strong Vincent High School, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### AFFIDAVIT OF ROBIN JOHNSON

Robin Johnson, being duly sworn, deposes and states as follows:

1. My daughter Toni was a student at Strong Vincent School in 2001-2002. In January 2002, the vice principal of the school, Ms Cappabianca, called Toni and me to a meeting.

2. The meeting occurred in Ms. Cappabianca's office. T██ was present at the meeting. Ms. Cappabianca told me that she wanted to talk to me regarding my daughter. She said Toni didn't do anything wrong, but she was hanging out with wrong kids. She specifically mentioned T██ friend R████. She pronounced the name with an accent on the second syllable.

3. I can't remember whether Ms. Cappabianca said R████'s last name, but Toni told me after the meeting who Ms. Cappabianca was referring to.



DEFENDANT'S EXHIBIT D

A000000849

4. Ms. Cappabianca said that "R▮▮" was "giving head" to boys or performing "blow jobs" in school. She mentioned that this conduct was occurring in the gym, the basement, the bathrooms, and the cafeteria. While she was telling me this, she made a sucking motion with her mouth to show me what R▮▮ had been doing to boys.

5. Ms. Cappabianca told me that R▮▮ had been caught doing these kinds of things in school. She also told me that she knew that R▮▮ was engaging in sexual conduct at the "smokers' corner" or the laundromat near the school.

6. Ms. Cappabianca said that other students were picking on R▮▮ because of her sexual conduct.

7. When she gave me this information, she just used R▮▮'s given name. Toni knew who she was referring to, but I didn't. However, when I left the office after the meeting, R▮▮ P▮▮ and her dad were standing there waiting.

8. It is my understanding that R▮▮ was 12 years old at the time.

Date: 3/10/04

Robin Johnson

Sworn to and subscribed before me this 10TH day of MARCH, 2004.

Diana L. Thompson

NOTARIAL SEAL
DIANA L. THOMPSON, Notary Public
North East Boro, Erie County
My Commission Expires Aug. 28, 2005

[LETTERHEAD, INC.]
1330 West 26th Street · Erie, PA 16508
Clinic Services · 814/459-9300 · Fax 814/456-5145  Crisis Services · 814/456-2014 · 1-800-300-9558 · Fax 814/455-9802

A000000850

## Medication Management Progress Note

Date: 9/5/03  Time: 2:30 p  B/P: ____  TPR: ____  Ht. ____  Wt. ____  BMI: ____  no 1:1 x c RN

Presenting Problem: Suspended 9/28/03 for indecent exposure. Picked up by Erie PD - 18th & Parade. Had already been on house arrest. Suspected prostitution on that x.

Physical Concerns: ____

Clinical Signature: Maloney

(Please circle those that apply)
Appearance: **Wnl**  Unkempt  Meticulous  Unusual  Hygiene - Good / Bad
Behavior: Wnl  Guarded  Withdrawn  Sleeping – Yes / No  Appetite – Yes / No
**Hostile**  Pleasant  Cooperative  Uncooperative  Provocative  Manipulative
Hypoactive  Hyperactive  Suspicious  Non-compliant  Under the Influence
Mood/Affect: Wnl  **Flat**  Depressed  Euphoric  Anxious  Fearful  Irritable
**Angry**  **Labile**
Cognition: **Wnl**  Loose  FOI  Thought - Blocking / Rambling  Paranoid  Delusional
Grandiose  Fragmented  Somatic
Hallucinations:  Auditory  Visual  Olfactory  Tactile  Gustatory
Safety:  Danger to self – Yes / **No**  others – Yes / **No**
If Yes, describe ____
Safe to return home? **Yes** / No  If no, state planned intervention ____
(to detention)

EPS/TD: (Extrapyramidal Symptoms/Tardive Dyskinesia)  Yes / No
A) Status since last appointment: Pt initially quiet but became very agitated when her condition was discussed. Became loud & obscene. Taken back to detention by ELT staff

Response to treatment: ____

R) Medication Change ___ Y  X  N___
Rationale: ____

Comments: CPT. will be going to RTF once placement found

Current DX: PTSD  DDO  Review: ____  GAF: 45

Physician Signature: [signature] mp

Client Name: [REDACTED]  BSU# 253/4269

Medicationmanageprogressnote 10/02B
File: progress notes

THIS INFORMATION HAS BEEN DISCLOSED TO YOU FROM RECORDS WHOSE CONFIDENTIALITY IS PROTECTED BY STATE STATUTE. STATE REGULATIONS LIMIT YOUR RIGHT TO MAKE ANY FURTHER DISCLOSURE OF THIS INFORMATION WITHOUT PRIOR WRITTEN CONSENT OF THE PERSON TO WHOM IT PERTAINS.

DEFENDANT'S EXHIBIT P

0000001193

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD P., by and for **R.P.**, and DENISE L., by and for **K.L.**,<br><br>Plaintiffs<br><br>v.<br><br>**SCHOOL DISTRICT OF THE CITY OF ERIE, PENNSYLVANIA; JANET WOODS**, Individually and in her Capacity as Principal of Strong Vincent High School; and **LINDA L. CAPPABIANCA**, Individually and in her Capacity as Assistant Principal of Strong Vincent High School,<br><br>Defendants | Civil Action No. 03-390 Erie |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of August, 2005, a copy of the within document was served on all counsel of record and unrepresented parties in accordance with the applicable rules of court.

                                                      /s/ James T. Marnen
                                                      James T. Marnen

# 628096