```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| RICHARD P. by and for | ) | No. 03-390 Erie |
| RACHEL P. and DENISE L. by | ) | |
| and for KRISTINA L., | ) | |
| | ) | ELECTRONICALLY FILED |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **Jury Trial Demanded** |
| | ) | |
| SCHOOL DISTRICT OF THE CITY | ) | |
| OF ERIE, et al | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR A SECOND ENLARGEMENT OF TIME
TO RESPOND TO DEFENDANTS' SUMMARY JUDGMENT MOTION**

1. Plaintiffs present their second motion to extend time to respond to summary judgment.

2. Defendants raised an issue in their summary judgment motion as to whether Plaintiffs should be foreclosed for asserting claims that have not yet been raised under the IDEA and Rehabilitation Act.

3. Plaintiffs has just secured the final version of their expert report, which is pertinent to that issue.

4. Plaintiffs require additional time to file a response to summary judgment motion, as Plaintiffs are reviewing the question of whether to present a motion to amend the complaint to include claims under the Rehabilitation Act and the IDEA.

5. Plaintiffs request an additional ten days to respond to Defendants' motion for partial summary judgment.

6.  While there has been one previous extension granted, that was only for one week.

7.  Defendants' counsel does not object to this extension.

Respectfully submitted,

s/ Edward A. Olds
Edward A. Olds, Esquire
Pa. I.D. No. 23601
Carolyn Spicer Russ
Pa. I.D. No. 36232
Richard S. Matesic
Pa. I.D. No. 72211

1007 Mount Royal Boulevard
Pittsburgh, PA 15223
(412) 492-8975
(412) 492-8971 (facsimile)
edolds@earthlink.net

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James T. Marnen, Esquire
KNOX McLAUGHLIN GORNALL & SENNETT, P.C.
120 West Tenth Street
Erie, PA 16501-1461

_____

                                                s/ Edward A. Olds
                                               Edward A. Olds, Esquire