IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD P. by and for RACHEL P. and DENISE L. by and for KRISTINA L., | ) ) ) | No. 03-390 Erie |
| | ) | Electronically Filed |
| Plaintiffs, | ) ) | |
| v. | ) ) | **Jury Trial Demanded** |
| SCHOOL DISTRICT OF THE CITY OF ERIE, et al | ) ) ) | |
| Defendants. | ) | |

### ORDER OF COURT

IN ERIE, this the ____ day of _____, 2005, upon consideration of the foregoing Motion, it is hereby Ordered that Plaintiffs are permitted to supplement their pretrial statement. The clerk is directed to seal the Plaintiffs' First Pretrial Statement.  The document shall only be available to the parties, their representative, and court personnel.

_____
U.S. District Court Judge