```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| RICHARD P. by and for<br>RACHEL P. and DENISE L. by<br>and for KRISTINA L., | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 03-390 Erie <br><br> ELECTRONICALLY FILED <br><br> **Jury Trial Demanded** |
| Plaintiffs, | | |
| v. | | |
| SCHOOL DISTRICT OF THE CITY<br>OF ERIE, et al | | |
| Defendants. | | |

## **PLAINTIFFS' MOTION TO CLARIFY<br>ORDER SEALING RECORDS**

1. Plaintiffs filed a motion seeking to supplement the pretrial statement and filed a medical report of their experts under seal.

2. Plaintiffs seek to clarify the order so that only the medical reports are filed under seal.

3. Plaintiffs seek an order that provides as follows:

> Plaintiffs are permitted to file the Supplement to Pretrial Statement which contains the report of Dr. Stephen Schachner and that supplement, which includes Dr. Schachner's report, shall be sealed and not available to anyone other than court personnel or the parties to this action. This document will remain under seal until further order of court.

        Respectfully submitted,


        s/ Edward A. Olds
        Edward A. Olds, Esquire
        Pa. I.D. No. 23601
        Carolyn Spicer Russ
        Pa. I.D. No. 36232
        Richard S. Matesic
        Pa. I.D. No. 72211

        1007 Mount Royal Boulevard
        Pittsburgh, PA 15223
        (412) 492-8975
        (412) 492-8971 (facsimile)
        edolds@earthlink.net


        *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on _____, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> James T. Marnen, Esquire
> KNOX McLAUGHLIN GORNALL &
> SENNETT, P.C.
> 120 West Tenth Street
> Erie, PA 16501-1461

                                  S/ Edward A. Olds
                                  Edward A. Olds, Esquire