```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| RICHARD P. by and for ) | No. 03-390 Erie |
| RACHEL P. and DENISE L. by ) | |
| and for KRISTINA L., ) | |
| ) | ELECTRONICALLY FILED |
| Plaintiffs, ) | |
| ) | |
| 5. ) | **Jury Trial Demanded** |
| ) | |
| SCHOOL DISTRICT OF THE CITY ) | |
| OF ERIE, et al ) | |
| ) | |
| Defendants. ) | |

### ORDER OF COURT

IN ERIE, this the _____ day of _____, 2005, based upon the foregoing, it is hereby Order that Plaintiffs are permitted to file the Supplement to Pretrial Statement which contains the report of Dr. Stephen Schachner and that supplement, which includes Dr. Schachner's report, shall be sealed and not available to anyone other than court personnel or the parties to this action. This document will remain under seal until further order of court.

_____
U.S. District Court Judge