IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD P. by and for          )      No. 03-390 Erie
RACHEL P. and DENISE L. by     )
and for KRISTINA L.,           )
                               )      ELECTRONICALLY FILED
        Plaintiffs,            )
                               )
        v.                     )      **Jury Trial Demanded**
                               )
SCHOOL DISTRICT OF THE CITY    )
OF ERIE, et al                 )
                               )
        Defendants.            )

**PLAINTIFFS' MOTION FOR A TWO-DAY
ENLARGEMENT IN TIME TO RESPOND TO SUMMARY JUDGMENT MOTION**

1.  Plaintiffs' Response to Defendants' Summary Judgment Motion is due today.  However, Plaintiffs need one additional day to complete the response.  Unfortunately, Plaintiffs' counsel is due to travel to Erie tomorrow and cannot work on the brief tomorrow.

2.  Therefore, it is necessary to request an extension until Monday, September 26th.

3.  Plaintiff does not believe that any prejudice will occur if this motion is granted.  Plaintiffs' response till thereafter adequately address the issues raised by the Defendants.

WHEREFORE, Plaintiffs request that they be permitted to file their summary judgment brief on or before September 26, 2005.

Respectfully submitted,


<u>s/ Edward A. Olds</u>
Edward A. Olds, Esquire
Pa. I.D. No. 23601
Carolyn Spicer Russ
Pa. I.D. No. 36232
Richard S. Matesic
Pa. I.D. No. 72211

1007 Mount Royal Boulevard
Pittsburgh, PA 15223
(412) 492-8975
(412) 492-8971 (facsimile)
edolds@earthlink.net

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James T. Marnen, Esquire
KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
120 West Tenth Street
Erie, PA 16501-1461

S/ Edward A. Olds
Edward A. Olds, Esquire