```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF PENNSYLVANIA


RICHARD P. by and for        )    No. 03-390 Erie
RACHEL P. and DENISE L. by   )
and for KRISTINA L.,         )
                             )    ELECTRONICALLY FILED
          Plaintiffs,        )
                             )
     v.                      )    Jury Trial Demanded
                             )
SCHOOL DISTRICT OF THE CITY  )
OF ERIE, et al               )
                             )
          Defendants.        )
```

**ORDER OF COURT**

IN ERIE, this the _____ day of _____, 2005, based upon the foregoing, it is hereby Ordered that Plaintiffs shall file their Response to Defendants' Summary Judgment Brief on or before September 26, 2005.

_____
U.S. District Court Judge