IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Richard P., by and for **R.P.**, and Denise L., by and for **K.L.**,<br><br>    Plaintiffs<br><br>    v.<br><br>**SCHOOL DISTRICT OF THE CITY OF ERIE, PENNSYLVANIA; JANET WOODS**, Individually and in her Capacity as Principal of Strong Vincent High School; and **LINDA L. CAPPABIANCA**, Individually and in her Capacity as Assistant Principal of Strong Vincent High School,<br><br>    Defendants | Civil Action No. 03-390 Erie<br><br><br><br><br><br><br><br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## ORDER

AND NOW this _____ day of _____, 2005, defendants' Motion for Leave to Supplement Defendants' Pretrial Statement is GRANTED. Defendants are granted leave to file a supplemental pretrial statement that identifies the documents and persons described in their aforementioned motion as exhibits to be offered at trial and witnesses who may testify at trial.

_____
Sean J. McLaughlin
United States District Judge

# 634691