IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Richard P., by and for **R.P.**, and Denise L., by and for **K.L.**, <br><br>      Plaintiffs <br><br> v. <br><br> **SCHOOL DISTRICT OF THE CITY OF ERIE, PENNSYLVANIA; JANET WOODS**, Individually and in her Capacity as Principal of Strong Vincent High School; and **LINDA L. CAPPABIANCA**, Individually and in her Capacity as Assistant Principal of Strong Vincent High School, <br><br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 03-390 Erie<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **JURY TRIAL DEMANDED** |

**ORDER**

AND NOW this _____ day of _____, 2005, defendants' Motion for Leave to Supplement Defendants' Pretrial Statement is GRANTED. Defendants are granted leave to file a supplemental pretrial statement that identifies the documents and persons described in their aforementioned motion as exhibits to be offered at trial and witnesses who may testify at trial.

                                                  _____
                                                  Sean J. McLaughlin
                                                  United States District Judge

# 634691