# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD P. by and for<br>RACHEL P., and DENISE L.<br>by and for KRISTINA L.,<br><br>           Plaintiffs,<br><br>           v.<br><br>SCHOOL DISTRICT OF THE CITY OF<br>ERIE, et al.,<br><br>           Defendants. | Civil Action No. 03-390 Erie |

## ORDER

AND NOW, this 26th day of September, 2005, IT IS HEREBY ORDERED that an argument on Defendants' motion for summary judgment will be held before the undersigned on **Friday, October 28, 2005 at 1:30 p.m.** in Courtroom C, U.S. Courthouse and Post Office, 17 South Park Row, Erie, PA.

IT IS FURTHER ORDERED that a settlement conference will be held following the conclusion of the argument. All counsel shall be present in person and have authority to settle the above captioned case, and all parties shall be present in person or available telephonically.

                                                    s/ Sean J. McLaughlin<br>
                                                    United States District Judge

cc: All counsel of record.