IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Richard P., by and for **R.P.**, and Denise L., by and for **K.L.**,<br><br>      Plaintiffs<br><br>v.<br><br>**SCHOOL DISTRICT OF THE CITY OF ERIE, PENNSYLVANIA; JANET WOODS**, Individually and in her Capacity as Principal of Strong Vincent High School; and **LINDA L. CAPPABIANCA**, Individually and in her Capacity as Assistant Principal of Strong Vincent High School,<br><br>      Defendants | Civil Action No. 03-390 Erie<br><br><br><br>**JURY TRIAL DEMANDED** |

### DEFENDANTS' SUPPLEMENTAL PRETRIAL STATEMENT

Defendants The School District of the City of Erie, Pennsylvania, Janet M. Woods, and Linda L. Cappabianca, respectfully submit the following Defendants' Supplemental Pretrial Statement.

### Witnesses

In addition to the persons identified in Defendants' Pretrial Statement defendants may call the following persons as witnesses at trial:

    MaryAnne Albaugh, M.D.
    Erie, PA

    Kirsten E. Brunner-Martinez, D.O.
    Erie, PA

    D. Carlson, M.D.
    Erie, PA

    Kelly A. Hough
    Erie, PA

Jill Houston
Erie, PA

Charles R. Joy, M.D.
Erie, PA

Jennifer L. Vaglia
Erie, PA

Robert E. Wilson, M.D.
Erie, PA

## Exhibits

In addition to the documents identified in Defendants' Pretrial Statement defendants may offer the following documents as exhibits at trial:

1. Records regarding all medical treatment received by K.L., including mental health treatment, from and including February 13, 1997 to the present time.

2. Records regarding all medical treatment received by R.P., including mental health treatment, from and including May 8, 2001 to the present time.

3. All records of Sarah Reed Children's Center regarding all services provided by Sarah Reed Children's Center that relate to K.L. and R.P. from and including April 11, 1995 to the present time.

Respectfully submitted,

/s/ James T. Marnen
James T. Marnen
PA I.D. No. 15858
KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
120 West 10th Street
Erie, PA 16501
General Tel: 814-459-2800
Direct Dial Tel: 814-459-9886, ext. 203
Fax: 814-453-4530
E-mail:jmarnen@kmgslaw.com

Attorney for Defendants,
The School District of the City of Erie, Pennsylvania,
Janet M. Woods and Linda L. Cappabianca

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Richard P., by and for **R.P.**, and Denise L., by and for **K.L.**, <br><br>  Plaintiffs <br><br> v. <br><br> **SCHOOL DISTRICT OF THE CITY OF ERIE, PENNSYLVANIA; JANET WOODS**, Individually and in her Capacity as Principal of Strong Vincent High School; and **LINDA L. CAPPABIANCA**, Individually and in her Capacity as Assistant Principal of Strong Vincent High School, <br><br>  Defendants | Civil Action No. 03-390 Erie <br><br><br><br><br><br><br><br><br><br><br><br> **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of September, 2005, a copy of the within document was served on all counsel of record and unrepresented parties in accordance with the applicable rules of court.

/s/ James T. Marnen
James T. Marnen

#634918