```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| RICHARD P. by and for           ) | No. 03-390 Erie |
| RACHEL P. AND DENISE L. by      ) | |
| and for KRISTINA L.,            ) | |
|                                 ) | |
|         Plaintiffs,             ) | ELECTRONICALLY FILED |
|                                 ) | |
|         v.                      ) | **Jury Trial Demanded** |
|                                 ) | |
| SCHOOL DISTRICT OF THE CITY     ) | |
| OF ERIE, et al.                 ) | |
|                                 ) | |
|         Defendants.             ) | |

### PLAINTIFFS' MOTION TO FILE CORRECTED BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND TO EXCEED PAGE LIMIT

1.   Plaintiffs filed a Brief in Opposition to Defendants' Motion for Summary Judgment Motion on September 26, 2005.

2.   Because Plaintiffs had to go through the process of redacting names from the Appendix to the Brief and because the Appendix to the Brief was not paginated yet, Plaintiffs filed a Brief that did not have proper citations to the Appendix.

3.   Plaintiffs request leave to file the Corrected Brief in Opposition to Defendants' Motion for Summary Judgment with Appendix. The corrected Brief has been reduced in length, but is substantially the same. The record cites have been corrected and the Appendix is attached.

4. The Brief exceeds the pagination limit set by this Court. Plaintiffs request this Court authorize that the Brief may exceed the 25-age limit.

Respectfully submitted,

s/ Edward A. Olds
Edward A. Olds, Esquire
Pa. I.D. No. 23601
Carolyn Spicer Russ
Pa. I.D. No. 36232
Richard S. Matesic
Pa. I.D. No. 72211

1007 Mount Royal Boulevard
Pittsburgh, PA 15223
(412) 492-8975
(412) 492-8971 (facsimile)
edolds@earthlink.net

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 28, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James T. Marnen, Esquire
KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
120 West Tenth Street
Erie, PA 16501-1461


                                                S/ Edward A. Olds
                                              Edward A. Olds, Esquire