IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD P. by and for RACHEL P. AND DENISE L. by and for KRISTINA L., | ) ) ) ) | No. 03-390 Erie |
| Plaintiffs, | ) ) | ELECTRONICALLY FILED |
| v. | ) ) | **Jury Trial Demanded** |
| SCHOOL DISTRICT OF THE CITY OF ERIE, et al. | ) ) ) | |
| Defendants. | ) | |

**ORDER OF COURT**

IN ERIE, this the _____ day of _____, 2005, upon consideration of the foregoing, it is hereby Ordered that Plaintiffs are permitted to file a Corrected Brief in Opposition to Defendants' Summary Judgment Motion and Appendix, and the Brief may exceed the 25-page limit.

_____
U.S. District Court Judge