(3)     other unwelcome verbal or physical conduct of a sexual nature, where

    (a)    submission to such conduct is explicitly or implicitly required of the recipient; or

    (b)    submission to or rejection of such conduct is used as the basis of school or work related decisions affecting the recipient; or

    (c)    such conduct has the purpose or effect of unreasonably interfering with the recipient's work or school performance or of creating an intimidating, hostile, or offensive working or learning environment.

b.    Consequences of Violation of Policy

Any student in this District who is found to have engaged in conduct constituting sexual harassment may be **SUBJECT TO DISCIPLINE RANGING FROM A MINIMUM OF FIVE (5) DAYS IN THE OUT-OF-SCHOOL SUSPENSION PROGRAM (O.S.S.) TO AND INCLUDING EXPULSION. Charges will be filed**. In addition, any student found to have violated this policy may be required to participate in educational activities related to sexual harassment as part of any discipline imposed. Determination of the appropriate disciplinary sanctions or educational requirements shall be based upon the circumstances of the individual case, after considering the following factors among others:

(1)    Severity of the misconduct.

(2)    Pervasiveness or persistence of the misconduct.

(3)    Effect on the victim or victims.

(4)    Intent of the perpetrator.

**Q.**    <u>INSUBORDINATION</u> - outright refusal to obey a directive from any staff member after repeated attempts have been made to encourage student to comply without disciplinary action being initiated.

1.    <u>First Offense</u> - one (1) Saturday Detention. Parent contact will be made via a telephone call or written notice.

2.    <u>Second Offense</u> - minimum three (3) days Program for After-School Suspension Program (P.A.S.S). Referral to Student Assistance Program (SAP). A conference will be held with the parent, student, and appropriate staff.

3. <u>Third and, Succeeding Offense</u> - minimum of three (3) to five (5) days Out-Of-School Suspension Program (O.S.S.). A conference will be held with the parent, student and appropriate staff.

**R.** <u>**LOITERING**</u> – to hang around, to lag behind, to aimlessly stop or pause without legitimate purposes to remain on school property after repeated requests to vacate premises by school personnel.

1. <u>First Offense</u> - one (1) Saturday Detention will be assigned. Parent contact.

2. <u>Second Offense</u> - minimum three (3) days Out-of-School Suspension Program (O.S.S.). Charges may be filed with the appropriate law enforcement agencies. A conference will be held with the parent, student and appropriate staff.

3. <u>Third and Succeeding Offenses</u> - minimum of five (5) days Out-of-School Suspension (O.S.S.). Charges may be filed with the appropriate law enforcement agencies. A conference will be held with the parent, student, and appropriate staff.

**S.** <u>**PROFANE, VULGAR LANGUAGE OR GESTURES**</u>--language or gestures which are crude, course, gross, or irreverent and inappropriate for the educational setting

1. <u>First Offense</u> - Saturday Detention will be assigned. Parent contact will be made via a telephone call or written notice.

2. <u>Second Offense</u> - minimum three (3) days Program for After-School Suspension (P.A.S.S.). Referral will be made to Student Assistance Program (SAP). A conference will be held with parent, student, and appropriate staff.

3. <u>Third Offense</u> - minimum of three (3) days of Out-of-School Suspension (O.S.S.). A conference will be held with parent, student, and appropriate staff.

**T.** <u>**SMOKING**</u> - the use or possession of tobacco or tobacco products, on any part of school property, including school buses. Tobacco is defined as "a lighted or unlighted smoking product and smokeless tobacco in any form." (18 Pa. C.S.A. 6306.1)

1. <u>First Offense</u> - Saturday Detention. A conference will be held with parents, student, and appropriate staff. Charges will be filed with the District Justice. Fine plus court costs. (Section 28.3 of the Fire Code, 18 Pa. C.S.A. 6306.1)

2. <u>Second Offense</u> - three (3) days Program for After-School Suspension (P.A.S.S.). A conference will be held with parent, student, and appropriate staff. Charges will be filed with the District Justice. Fine plus court costs. (Section 28.3 of the Fire Code, 18 Pa. C.S.A. 6306.1)

3. <u>Third and Succeeding Offense</u> - minimum three (3) to five (5) days Program for After-School Suspension (P.A.S.S.). A conference will be held with parent,

student, and appropriate staff. Charges will be filed with the District Justice. Fine plus court costs. (Section 28.3 of the Fire Code, 18 Pa. C.S.A. 6306.1)

*Any student who serves as a "look-out" will be treated as if smoking.*

U.    <u>STEALING</u> - Depending on the severity of the incident, the penalty shall range from a minimum of three (3) to five (5) days Out-of-School Suspension (O.S.S.) to referral to the School Board for expulsion. "Stealing" is defined as follows:

1.    Taking the property of another without the intent of returning the property to the owner.

2.    Obtaining possession of the property of another by deception, extortion, or blackmail without the intent of returning the property to the owner.

3.    Failing to return or make reasonable efforts to return property to its owner, or to turn found property in at an appropriate "lost and found".

4.    Taking possession of property one knows or has reason to know is stolen, without the intent of returning it to the owner.

Charges may be filed with the appropriate law enforcement agencies. The student shall make restitution for article(s) stolen. A conference will be held with parent, student, and appropriate staff.

V.    <u>STUDENT DRESS</u>

1.    **The following regulations regarding student dress generally apply to all District schools which have <u>not</u> adopted the Mandatory Dress Code policy:**

Though an individual's dress and adornment/appearance is a matter of personal preference and choice, certain styles of dress/appearance are not appropriate for school for the health, safety, welfare, morals and rights of students and staff. Students will be required to change inappropriate clothing or appearance or be sent home to do so and return. For this reason, the following guidelines are established:

1.    Wear clothes that are not revealing or suggestive, such as see-through blouses, halter tops, tank tops, bare midriffs, cutoffs.

2.    Wear clothing, jewelry, and other accessories which do not promote, encourage, or depict any form of drugs (including alcohol), obscene, suggestive or vulgar language or action, or cults.

3.    Wear clothing, jewelry, and accessories which do not signal membership in a gang.

4.    Wear pants which are secure around the waist.



5.   Wear clothing which will not cause harm to another person, damage to property, or create an unsafe environment.

6.   Wear shorts and skirts of reasonable length and style.

7.   Outdoor clothing or accessories such as coats, hats, bandanas, gloves, picks and the like may not be worn.

8.   Students must wear shoes in school.

9.   Failure to follow these rules will result in the following disciplinary actions:

   a.   <u>First Offense</u> - one (1) After-School Detention will be assigned. Student must change clothes. Contact will be made with the parent.

   b.   <u>Second Offense</u> - Saturday Detention will be assigned. The student must change clothes. A conference will be held with the parent; student, and appropriate staff.

   c.   <u>Third Offense</u> - minimum of three (3) to five (5) days in the Program for After-School Suspension (P.A.S.S.) will be assigned. The student must change clothes. A conference will be held with the parent, student, and appropriate staff.

**<u>The administration may impose additional limitations on dress and/or appearance if the attire or appearance causes a disruption of the educational process or constitutes a health or safety hazard.</u>**

2.   **The following regulations regarding student dress apply to those District schools which adopted the Mandatory Dress Code policy:**

   a.   GUIDELINES:

      (1)   BOYS shall wear:

         (a)   **Pants**, in colors of solid black, gray, navy blue or khaki, which must be "dress" or "docker" in style and be worn or belted at the waist.

         (b)   **Shirts**, in solid white or each respective school's official "school color," as approved by the Superintendent. Shirts must be oxford, polo or turtleneck style with sleeves (short or long) and collar. Shirts must be tucked into the pants at all times.

         (c)   **Optional**, sweaters (v-neck or cardigan), blazer, suit jacket or vest, to be worn over shirt, in colors of solid white or

31

540

each respective school's official "school color," as approved by the Superintendent.

(2)     GIRLS shall wear:

      (a)     **Pants**, in colors of solid black, gray, navy blue or khaki, which must be "dress" or "docker" in style and be worn or belted at the waist, or **skirts or jumpers**, in colors of solid black, gray, navy blue or khaki which are knee length and worn or belted at the waist.

      (b)     **Shirts**, in solid white or each respective school's official "school color," as approved by the Superintendent. Shirts must be oxford, polo or turtleneck style with sleeves (short or long) and collar. Shirts must be tucked into the pants at all times.

      (c)     **Optional**, sweaters (v-neck or cardigan), blazer, suit jacket or vest, to be worn over shirt, in colors of solid white or each respective school's official "school color," as approved by the Superintendent.

b.     EXCEPTIONS: Exceptions to the mandatory dress code will be made on a case by case basis in order to accommodate bona fide religious beliefs and special health conditions.

c.     DISCIPLINE FOR DRESS CODE VIOLATIONS:

(1)     <u>First Offense:</u> Meeting with the school counselor regarding requirements of school dress code; verbal warning; telephone conference with parents.

(2)     <u>Second Offense:</u> Second verbal warning; after-school detention; telephone conference with parents.

(3)     <u>Third Offense:</u> Third verbal warning; after-school detention; telephone conference with parents at which they are counseled that they have the choice to exercise the opt-out provision and enroll their child in a school which has not implemented a dress code.

(4)     <u>Fourth Offense:</u> Suspension and, for subsequent violations, possible referral to the School board for discipline up to and including expulsion.

**<u>Notwithstanding the above provisions, the administration may impose additional limitations on dress and/or appearance if the attire or appearance causes a disruption of the educational process or constitutes a health or safety hazard.</u>**

32

55o

**W.**   **STUDENT PARKING** --

Student parking is permitted only in areas designated "student parking."

1.      Students are prohibited from parking in spaces designated for teacher parking. Students will have their cars towed. Parents will be contacted.

2.      Loitering in the parking areas is not permitted.

   a.      First Offense - Saturday Detention. A conference will be held with the parent, student, and appropriate staff.

   b.      Second Offense - three (3) days Program for After-School Suspension (P.A.S.S.). Charges may be filed. A conference will be held with the parent, student, and appropriate staff.

   c.      Third Offense - Three (3) to five (5) days in the Program for After-School Suspension (P.A.S. S.) will be assigned. Charges may be filed. A conference will be held with the parent, student, and appropriate staff.

**X.**   **STUDENT TRANSPORTATION** --

The following subsection outlines what is expected of students who ride any Erie Metropolitan Transit Authority bus or school bus.

1.      **Behavior on the bus/vans.**

   Because the driver must keep his attention upon street/highway and the operation of the bus, it is necessary for students to be well behaved. Therefore the following regulations shall be strictly enforced:

   a.      No student shall throw any objects or substances in or around the bus.

   b.      No student shall use loud or profane language in or around the bus.

   c.      No student shall indulge in pushing, fighting, or other unruly behavior in or around the bus.

   d.      No student shall deliberately destroy, abuse, or otherwise show disrespect for the driver of the vehicle.

   e.      All students shall remain seated at all times while on the bits. Aisles must be kept clear.

   f.      No student shall deliberately mar, deface or tamper with any part of the vehicle. Damage will be paid by the individual. Charges may be filed.

   g.      There shall be no smoking in or around the vehicle at any time. Lighting of matches or lighter in or around the bus is prohibited.

33   560

    h.     There shall be no drinking of pop or any other beverage on the bus unless permitted by the driver.

    i.     There shall be no littering from the bus.

    j.     Students shall be courteous to fellow pupils.

2.    **Behavior at bus stop.**

    a.     Students shall use good safety practices.

    b.     Students shall remain in designated area, arriving no earlier than ten (10) minutes. The rights of property owners in the vicinity must be respected.

All bus incident reports will be filed with the Principal who will take appropriate action per written school code. Repeat offenders will be denied bus privileges. Charges may be filed.

**Y.**    **TERRORISTIC THREATS/TERRORISTIC ACTS--**

The following definitions apply as used in this section:

"Terroristic threats" are threats to commit any crime of violence to another or to cause evacuation of a building, place of assembly or facility or to cause serious public inconvenience, or in reckless disregard of the risk of causing such terror or inconvenience.

"Terroristic acts" are offenses against property or involving danger to another person.

**Any student who communicates a terroristic threat to or commits a terroristic act directed at any student, teacher, administrator, any other employee of the District, Board member, community member, or toward any school building shall be given Out-of-School Suspension (O.S.S.) and will be referred to the Board of Education of the School District of the City of Erie for discipline up to and including expulsion from the District. The student's violation of this terroristic threat/terroristic act policy will immediately be reported to her or his parents. A conference will be held with the student's parents. Charges must be filed with the appropriate law enforcement agencies.**

**NOTE:** Any <u>parent or guardian</u> of a District student who communicates a terroristic threat to or commits a terroristic act directed at any student, teacher, administrator, any other employee of the District, Board member, community member, or toward any school building shall be immediately escorted off School District property and local law officials will be notified. The parent or guardian or individuals will be notified that he or she has lost the privilege of entering school property and of attending any school-related functions to which parents or guardians are invited to attend.

*57a*

**Z.**    <u>TRESPASSING</u> - to enter or remain in or on property, knowing or having reason to know that one is not permitted to enter or remain.

A student found trespassing will be given a minimum of three (3) to five (5) days Out-of-School Suspension (O.S.S.). Charges will be filed with the appropriate law enforcement agencies. A conference will be held with the parent, student, and appropriate staff.

**AA.**    <u>UNAUTHORIZED SUBSTANCES (ILLEGAL DRUG POLICY)</u>--

1.    Definitions:

    a.    <u>Illegal Alcohol</u> - any malt, brewed, or distilled beverage, the purchase or possession of which by a person under twenty-one years of age is prohibited by Pennsylvania State Law.

    b.    <u>Illegal Drug</u> –

       (1)    Any substance (other than food) which affects the structure or function of the human body when introduced into the body by ingestion, injection, inhalation, or any other means; the possession, delivery, or use of which is prohibited by Pennsylvania and/or Federal Law, unless prescribed by a physician or licensed by the state or federal government to possess, deliver, or use such substances.

       (2)    Any legal substance not intended for introduction into the human body, but which when introduced into the body affects the structure or function of the human body; which is possessed for the purpose of introduction into the body; and the introduction into the body of such substance is prohibited by Pennsylvania or Federal Law (such as solvents).

    c.    <u>"Look-alike" drugs/substances</u> – any substance that substantially resembles or is meant to represent any illegal drug or unauthorized substance.

    d.    <u>Misrepresentation</u> – any attempt to distribute a substance which has been inaccurately described or implied to the receiver as an unauthorized substance.

    e.    <u>Paraphernalia</u> – tools or equipment whose function is to aid a user in consuming or selling any type of drug, controlled substance, or alcohol or any other unauthorized substance.

    f.    <u>Possession</u> – student in possession of unauthorized substances found on the person of the student; in the student's locker; under the student's

58a

E 000000136

control while he/she is on school property, on property being used by the school, at any school function or activity, at any school event held away from the school; or while the student is on his/her way to or from school.

g.   Use (of an unauthorized substance) – either the actual use during school or being under the influence during school hours or at school-sponsored activities after school hours or use prior to arrival at school which evidences itself by strong odor or any unusual behavior.

h.   Unauthorized substances – shall include but are not limited to alcohol, illegal drugs, controlled substances, non-prescription drugs and prescription drugs which are being used in an abusive or unlawful manner or in a manner for which they were not intended or prescribed, anabolic steroids, look-alike drugs/substances and any substance which is intended to alter mood.

2.   **Disciplinary consequences for violating Unauthorized Substances provisions:**

a.   **Possession and/or Use of an Unauthorized Substance--**

(1)   First Offense – required notification of parent/guardian and an informal hearing held.  In case of a violation involving a controlled or illegal substance, the police shall be notified within 24 hours. Suspension for ten (10) school days.  Student must have a Drug/Alcohol assessment and follow recommendations until discharged. Required referral to Student Assistance Team and possible referral to alternative education.

(2)   Second and Subsequent Offenses – required notification of parent/guardian.  In the case of a violation involving a controlled or illegal substance, the police shall be notified within 24 hours. Ten days out of school suspension.  Referral to alternative education and possible referral to the Board of Directors for discipline up to and including expulsion.

b.   **Possession of an Unauthorized Substance with the Intent to Deliver--**

(1)   Any Offense – required notification of parent/guardian.  In the case of a violation involving a controlled or illegal substance, the police shall be notified within 24 hours. Ten days out of school suspension.  Referral to alternative education and possible referral to the Board of Directors for discipline up to and including expulsion.

**59a**

c.   **Misrepresentation of an Unauthorized Substance--**

(1)   <u>First Offense</u> – required notification of parent/guardian and an informal hearing held. Suspension for up to ten (10) days. Required referral to Student Assistance Team.

(2)   <u>Second and Subsequent Offenses</u> – required notification of parent/guardian. Ten days out of school suspension. Referral to alternative education and possible referral to the Board of Directors for discipline up to and including expulsion.

d.   **Possession of paraphernalia--**

(1)   <u>First Offense</u> – required notification of parent/guardian and an informal hearing held. In the case of a violation involving a controlled or illegal substance, the police shall be notified within 24 hours. Suspension for ten (10) school days. Required referral to Student Assistance Team and possible referral to alternative education.

(2)   <u>Second and Subsequent Offense</u> – required notification of parent/guardian. In the case of a violation involving a controlled or illegal substance, the police shall be notified within 24 hours. Ten days out of school suspension. Referral to alternative education and possible referral to the Board of Directors for discipline up to and including expulsion.

**NOTE:** Nothing in this provision relating to the prohibition of using, possessing, delivering or misrepresenting unauthorized substances is intended to nullify the procedures followed by the District regarding student use of medication.

<u>The Board of School Directors and/or the administration retain the discretion to waive or amend the penalties associated violating the Unauthorized Substance provisions of this policy on a case by case basis.</u>

**BB.**   <u>VANDALISM</u> - deliberate, or reckless destruction, damage or defacement of property.

**INSTITUTIONAL VANDALISM** - vandalism of any school, educational facility, community center, church, synagogue, or other place used for religious worship or purposes; cemetery, mortuary, or other place used for the burial or memorializing of the dead; the grounds adjacent to and owned by such places; any property located within such place.

Depending on the severity of the incident, any student found defacing or destroying school or personal property shall be given a minimum of three (3) to ten (10) (lays in

37

Out-of-School Suspension (O.S.S.). During this time, arrangements must be made for the student to make restitution or repair all damages. A conference will be held with the parents, student, and appropriate staff members. Charges may be filed with the appropriate law enforcement agencies. The administration has the discretion, based on the severity and nature of the offense, to refer the student to Alternative Education or refer the student to the Board of Education of the School District of the City of Erie for discipline up to and including expulsion from the District.

CC.    **WEAPONS** - shall include, but not be limited to any of the following or any replica or look-alike of the following: guns; firearms; knives; metal knuckles; straight razors and razor blades; noxious, irritating or poisonous gases, including mace and pepper spray; poisons; explosive materials; bombs; missiles; chains; metal objects or any other object designed for protection or designed to harm others; or any object intended by the student to do bodily injury or threat of bodily injury to another.

Students are strictly prohibited from bringing, carrying, using, concealing, or possessing weapons, or any replica or look-alike object thereof, on school property, at any school-sponsored activity, or on any public conveyance providing transportation to a school or school-sponsored activity. **Any student found in possession of or bringing, carrying, using or concealing a weapon or any replica or look-alike thereof, on school property, at any school-sponsored activity or on any public conveyance providing transportation to a school or school-sponsored activity will be given ten (10) days Out-of-School Suspension (O.S.S.) and referred to the Board of Education of the School District of the City of Erie for immediate expulsion for a period of not less than one (1) year. THIS IS ZERO TOLERANCE.** However, the Superintendent may recommend modifications of this expulsion requirement for a student on a case by case basis.

The Superintendent shall, in the case of an exceptional student, take all steps necessary to comply with the Individuals with Disabilities Education Act, 20 U.S.C. §1400 *et seq.*

**Charges will be filed with the appropriate law enforcement agencies.** A conference will be held with the parent, student, and appropriate staff. The Superintendent shall report the discovery of possession of any weapon on school property, school-sponsored activities, or on public conveyances providing transportation to a school or school-sponsored activity to the Department of Education.

DD.    **WEAPONS SEARCH WITH A METAL DETECTOR--**

1.    Signs will be posted to warn the students that each student may be required to submit to a screening for metal as a condition of entering or continuing attendance at school. The screening will be conducted by staff of the School District of the City of Erie.

2.    When a metal detector is being used, students will be allowed to use only the entries designated. If a metal detector activates on a student, the student will be asked to remove metal objects from his or her person and walk through or be

6|a

scanned again. If metal detector activates a third time on the student after the removal of other metal will be taken to a room out of view from the other students and subjected to a "pat down" search or search with a hand-held metal detector under the procedures set forth in Paragraphs 4 through 7.

3.  School personnel may inspect the contents of any briefcase, knapsack, purse, or parcel which activates the metal detector for the limited purpose of determining whether a weapon is concealed therein. School personnel may not inspect briefcases, knapsacks, purses, or parcels in which a weapon could not be concealed, and may not examine written materials.

4.  A "pat down" search conducted by school personnel shall be a limited feeling of the student's outer clothing for the purpose of discovering only items which may have activated the metal device.

5.  If the school personnel conducting a "pat down" search feel an object which may have activated the metal detecting device, the student will be asked to remove such object. If the student declines to remove the object, it may then be removed by school personnel.

6.  If the object removed from the student could have activated the metal detector, the school personnel must cease performing the "pat down" search. In such event, a student will be subjected to a search with a hand-held metal detector and the "pat down" search will be continued only if the device again yields a positive reading.

7.  Under all circumstances, the "pat down" search will be conducted by school personnel of the same sex as that of the student.

8.  All property removed from the student as a result of the above procedure which may be legitimately brought onto school premises will be returned to the student.

9.  Property removed from the student, possession of which is violation of the Policy on Discipline and Student Rights, shall be confiscated and the student shall be disciplined in accordance with the Code of Student Conduct.

10. Students who fail to cooperate with school personnel performing their duties under these procedures may be subject to discipline for insubordination.

11. Nothing in the procedures set forth above shall limit the authority of school officials to search a student when there is reasonable suspicion to believe that a particular student is in violation of any District rule or regulation or any local State or Federal law.

NOTE: School personnel include police personnel hired by the Erie School District.

**EE.**  **ZERO TOLERANCE** - any violation of the district's policy concerning **assault/physical acts of violence**, **weapons** or **terroristic threats/terroristic acts** will result in the student's immediate suspension from the school. The student will be

39

E 000000140

referred to the Board of Education of the School District of the City of Erie for discipline up to and including expulsion for a period of not less than one year. Charges must be filed with the appropriate law enforcement agencies.

# GLOSSARY

**Adjudication** - When the school board hears and decides the disciplinary consequence for a student's violation of school rules.

**Absence** - The failure of a student to attend school on those days and half days and hours school is in session.

**Agitate** - Excite, disturb, stir up, or arouse.

**Arson** - The deliberate starting of a fire or explosion, or helping, asking, or telling another person to start a fire or explosion, which could or does place property in danger of being damaged or a person (including a fire fighter) in danger of injury.

**Assault** - The deliberate or reckless attempt to cause or the actual causing of physical pain or injury to another or the deliberate or reckless attempt by physical menace to put another in fear of imminent physical pain or injury.

**Attendance** - The presence of a student on days school is in session.

**Bomb Threat** - A threat to detonate an explosive device or statement that such a device is located in a place where explosion may cause injury to people or damage to properly, made to public or school authorities, regardless of whether such an explosive device exists.

**Cheat** - Deceive, deprive by fraud, pretend, or obtain property by distortion of the truth, swindle, or aiding the above.

**Chronic Behavior** - Frequent recurrence of negative behavior.

**Class Cut** - Absence from class without the knowledge and written permission of the teacher.

**Computer Misuse** – Failure to follow the rules and regulations of the District's "Computer/Internet Acceptable Use Policy," including the unauthorized entry into or use of files of another.

**Detention - (After-School)** - Form of discipline assigned by an administrator, forty (40) minutes in length. A student must use this time to work or read quietly.

  **- (Saturday)** - Form of discipline assigned by an administrator three hours in length. 9:00 a.m. until noon. A student must use this time to work or do academic reading quietly.

**Disorderly Conduct** - Fighting, threatening, engaging in violent behavior, making unreasonable noise, using obscene language or gestures, creating a hazardous or physically offensive condition for no legitimate reason, for the purpose of creating public inconvenience, annoyance, or alarm.



**Disrespect** – A lack of respect or deference shown by a student to the authority or position of a District official or employee.

**Drug Paraphernalia** -   Tools or equipment whose function is to aid a user in consuming or selling any type of drug, controlled substance or alcohol or any other unauthorized substance.

**Electronic Devices** - Telephone pagers, cellular phones, headphones, radios, video games, or similar devices.

**Endangerment** - Deliberate conduct which recklessly causes another person to be placed at risk of death or serious injury.

**Excused Absence** - Excused absence includes the absence of a student for any of the following reasons (S.C. 510:SS 1546):

1.   Illness

2.   Death in the family

3.   Religious holidays and religious instruction (with religious instruction limited to a total of not more than 36 hours per school year).

4.   Impassible roads

5.   Emergency

6.   Delay or absence of school bus

7.   Educational tour/trip

8.   Quarantine

9.   Family vacation

10.   Court appearance

11.   College visitation

12.   Junior/Senior excusal for interviews

13.   Dental and Medical appointments

14.   Home tutored instruction

**Extortion** - Obtaining money, property, or articles by threat or force.

**False Identification** - Intending to deceive by giving wrong identification.

**Fighting** - Any physical conflict between two or more persons.

E 000000143

**Forgery** - Falsely and fraudulently making or altering a writing or other instrument.

**Gambling** - The making of any bet or wager and/or the organization of or participation in any lottery, numbers game, pool, or bookmaking for money or property.

**Harassment** -   A form of discrimination prohibited by federal and state law.  Harassment includes, but it not limited to, unwelcome and offensive slurs, jokes or other verbal, graphic or physical conduct relating to an individual's race, color, religion, ancestry, national origin, age or handicap/disability which are so severe or pervasive in nature that they create, or pose a realistic threat of creating, an intimidating, hostile, disruptive or offensive educational environment.

**Illegal Absence**- An absence from school for all students of compulsory school age (8-16 years) for reasons other than those defined as "legally excused."

**Illegal Alcohol** - Any malt, brewed, or distilled beverage, the purchase or possession of which by a person under twenty-one years of age is prohibited by Pennsylvania State Law.

**Illegal Drug –**

1.    Any substance (other than food) which affects the structure or function of the human body when introduced into the body by ingestion, injection, inhalation, or any other means; the possession, delivery, or use of which is prohibited by Pennsylvania and/or Federal Law, unless prescribed by a physician or licensed by the state or federal government to possess, deliver, or use such substances.

2.    Any legal substance not intended for introduction into the human body, but which when introduced into the body affects the structure or function of the human body; which is possessed for the purpose of introduction into the body; and the introduction into the body of such substance is prohibited by Pennsylvania or Federal Law (such as solvents).

**Infraction** - Breaking of a law.

**Instigate** - To provoke, incite.

**Institutional Vandalism** - Vandalism of any school; educational facility; community center; church, synagogue, or other place used for religious worship or purposes; cemetery, mortuary, or other place used for the burial or memorializing of the dead; the grounds adjacent to and owned by such places; and any property located within any such place.

**Insubordination** - Outright refusal to obey a directive from any staff member after repeated attempts have been made to encourage the student to comply without disciplinary action being initiated.

**Intimidate** - Frighten or compel by words or gestures.

**Loitering** - Hang around, to lag behind, to aimlessly stop or pause without legitimate purposes.

E 000000144

**"Look-alike" drugs/substances** – Any substance that substantially resembles or is meant to represent any illegal drug or unauthorized substance.

**Misrepresentation** – Any attempt to distribute a substance which has been inaccurately described or implied to the receiver as an unauthorized substance.

**Plagiarize** - Steal and pass off as one's own the ideas or words of another; to present as one's own idea or product an article derived from an existing source.

**Possession** - A student will be deemed to be in "possession" of any object if it is found on the person of the student, in the student's locker, under the student's control while he/she is on school property, on property being used by the school, at any school function or activity, at any school event held away from the school, or while the student is on his/her way to or from school.

(NOTE: Possession includes ownership, but is not limited to ownership.)

**Psycho-educational** - Psychological development of an individual in relation to her/his education.

**Riot** - Disorderly conduct by three or more persons for the purposes of committing or facilitating the commission of a crime, for the purpose of preventing or coercing official actions, or when the actor knows a firearm or deadly weapon will be used.

**School Entity** - The school district legally responsible for keeping students' academic and discipline records.

**Sexual Harassment** - Any words, gestures, or conduct of a sexual nature, including sexual advances and requests for sexual favors, which the actor knows or should know are unwelcome by the person to whom they are directed.

**Smoking** - The use or possession of tobacco or tobacco products on any part of school property, including school buses. **Tobacco** is defined as "a lighted or unlighted smoking product and smokeless tobacco in any form." (Senate Bill 1315)

**Stealing** -

1. Taking the property of another without the intent of returning the property to the owner.

2. Obtaining possession of the property of another by deception, extortion, or blackmail without the intent of returning the property to the owner.

3. Failing to return or make reasonable efforts to return property to its owner, or to turn found property in at an appropriate "lost and found".

4. Taking possession of property one knows or has reason to know is stolen, without the intent of returning it to the owner.



**Tardiness** - Tardiness is the absence of a student at the time any forenoon or afternoon session begins, provided the student is in attendance before the close of that session.

**Tardy to Class** - The absence of a student at the beginning bell of class or assembly.

**Terroristic Act** - An offense against property or involving danger to another person.

**Terroristic Threat** - A threat to commit any crime of violence to another or to cause evacuation of a building, place of assembly or facility or to cause serious public inconvenience, or in reckless disregard of the risk of causing such terror or inconvenience.

**Trespassing** - Entering or remaining in or on property, knowing or having reason to know that one is not permitted to enter or remain.

**Truancy** - Leaving school during school hours without school authorization or absence from school for reasons other than those defined as legally excused. "Truancy" is the failure of compulsory education aged students (8-16 years) to comply with the compulsory education/truancy provisions of the Pennsylvania Public School Code. A student's accumulation of three illegal absences within one school year shall trigger the start of the truancy process.

**Unauthorized substance** - shall include but are not limited to alcohol, illegal drugs, controlled substances, non-prescription drugs and prescription drugs which are being used in an abusive or unlawful manner or in a manner for which they were not intended or prescribed, anabolic steroids, look-alike drugs/substances and any substance which is intended to alter mood.

**Unexcused Absence** - The absence of a student who is beyond compulsory school age (17 years or older) for one of the following reasons:

1. Parental neglect - Parent knows of the absence (examples: unauthorized trips, baby-sitting, errands, housework, oversleeping)

2. Truancy

3. Hunting

**Use (of an unauthorized substance)** – Either the actual use during school or being under the influence during school hours or at school-sponsored activities after school hours or use prior to arrival at school which evidences itself by strong odor or any unusual behavior.

**Vandalism** - Deliberate or reckless destruction of damage to or defacement of property.

**Weapon** - Shall include, but not be limited to, any of the following or any replica or look-alike of the following: guns; firearms; knives; metal knuckles; straight razors and razor blades; noxious, irritating or poisonous gases, including mace and pepper spray; poisons, explosive materials; bombs; missiles; chains; metal objects or any other object designed for protection or designed to harm others, or any object intended by the student to do bodily injury or threat of bodily injury to another.

68a

E 000000146

**Zero Tolerance** - Any violation of the District's policy concerning assault, physical acts of violence, weapons or terroristic threats/terroristic acts will result in the student's immediate suspension from student's school. The student will be referred to the Board of Education of the School District of the City of Erie for discipline up to and including expulsion for a period of not less than one (1) year. Charges must be filed with the appropriate law enforcement agencies.

#387831

69a

E 000000147

The School District of the City of Erie, Pennsylvania
Situational Categories For Discipline
2001-2002

| Situational Category | Discipline | Referral | Notification of Parents/Guardians | Notification of Legal Authorities |
|---|---|---|---|---|
| 1. Assault/Physical Acts of Violence – deliberate or reckless attempt to hurt or harm others, physical menace. Zero Tolerance | 10 days Out-of-School Suspension. May not participate in any school events, including graduation. | To Board of Education for discipline up to and including expulsion | Conference | Notification of Police. Charges must be filed. |
| 2. Cheat/Plagiarize | 1. Saturday Detention. Zero for assignments. | | Conference | |
| | 2. 3-5 days Program for After School Suspension (P.A.S.S.). | Student Assistance Program | Conference | |
| | 3. Minimum 5 days Program (Out-of-School Suspension (O.S.S.). | | Conference | |
| 3. Classroom/Laboratory Safety | 1. Removal from the laboratory/class where the safety hazard was created. No credit for the laboratory/class for that day. Saturday Detention. | | Conference | |
| | 2. 3 Days Program for After School Suspension (P.A.S.S.). No credit for the laboratory/class for that day. | Student Assistance Program | Conference | |
| | 3. 10 days O.S.S. No credit for the laboratory/class for that day. | Alternative Education | Conference | |

47

*Depending on the severity, offenses may be treated as a second or third offense. All situational categories for discipline include traveling to and from school regardless of mode of transportation.*

70a

E 000000148

The School District of the City of Erie, Pennsylvania
Situational Categories For Discipline
2001-2002

| Situational Category | Discipline | Referral | Notification of Parents/Guardians | Notification of Legal Authorities |
|---|---|---|---|---|
| 4. Computer Misuse (failure to follow the rules and regulations of the District's "Computer/Internet Acceptable Use Policy," including the unauthorized entry into or use of files of another) | 1. Minimum 5 days Program for After School Suspension (P.A.S.S.). | Possible referral to Board of Education for discipline up to and including expulsion | Conference | Charges may be filed. |
| | 2. 3 to 5 days O.S.S. Withdrawal from course. | | Conference | Charges may be filed. |
| | 3. 5 to 10 days O.S.S.; possibility of discipline up to and including expulsion | | Conference | Charges may be filed. |
| 5. Detention – Failure to Report | 1. Minimum Administrative Detention | | Conference | Charges will be filed. |
| 6. Disorderly conduct | 1. Minimum 5 days O.S.S. | Student Assistance Program | Conference | Charges will be filed. |
| | 2. 10 days O.S.S. | | Conference | Charges will be filed. |
| | 3. 10 days O.S.S.; possibility of discipline up to and including expulsion | Possible referral to Board of Education for discipline up to and including expulsion | Conference | |
| 7. Disrespect | 1. Saturday Detention. | | Parent contact | |
| | 2. Minimum three (3) days Program for After School (P.A.S.S.) | Student Assistance Program | Conference | |
| | 3. Minimum three (3) days Out-of-School Suspension (O.S.S.) | | Conference | |

48

*Depending on the severity, offenses may be treated as a second or third offense. All situational categories for discipline include traveling to and from school regardless of mode of transportation.*

71a

E 000000149

The School District of the City of Erie, Pennsylvania
Situational Categories For Discipline
2001-2002

| Situational Category | Discipline | Referral | Notification of Parents/Guardians | Notification of Legal Authorities |
|---|---|---|---|---|
| 8. Electronic devices (possession or use of pagers, cellular phones on school grounds, school vehicles, school sponsored activities; possession use of headphones, video games, radios). | 1. Confiscated. After-School Detention. Parents pick up electronic device. 2. Saturday Detention. Parents pick up electronic device. 3. 3rd and succeeding Program for After School Suspension (P.A.S.S.). Parents to pick up electronic device. | | Conference | |
| 9. Endangerment a. Arson b. Bomb Threat c. Riot d. Setting of false fire alarms e. Tampering with fire extinguishers | 10 days O.S.S. Restitution/repair. | Possible referral to the Board of Education for discipline up to and including expulsion | Conference | Notification of Police. Charges must be filed. |
| 10. Extortion | 1. 5-10 days O.S.S. Restitution. | Alternative Education or referred to the Board of Education for discipline up to and including expulsion | Conference | Charges will be filed. |
| 11. False identification | 1. Saturday Detention. 2. 3 days program for After-School Suspension (P.A.S.S.) 3. 5 days Program for After-School Suspension (P.A.S.S.) | Student Assistance Program | Conference Conference Conference | Charges may be filed. Charges may be filed |

*Depending on the severity, offenses may be treated as a second or third offense. All situational categories for discipline include traveling to and from school regardless of mode of transportation.*

49

72a

The School District of the City of Erie, Pennsylvania
Situational Categories For Discipline
2001-2002

| Situational Category | Discipline | Referral | Notification of Parents/Guardians | Notification of Legal Authorities |
|---|---|---|---|---|
| 12. Fighting (interference, agitation) | 1. Minimum 3 days O.S.S. | Student Assistance Program | Conference | |
| | 2. Minimum 5-10 days O.S.S. | Alternative Education | Conference | Charges may be filed. |
| | 3. 10 days O.S.S. | Alternative Education | | |
| 13. Forgery | 1. Saturday Detention | | Conference | |
| | 2. 3 days Program for After School Suspension (P.A.S.S.) | Student Assistance Program | Conference | |
| | 3. 5 days program for Out-of-School Suspension (O.S.S.) | | Conference | Charges may be filed. |
| 14. Gambling | 1. Saturday Detention | | Conference | |
| | 2. 3 days Program for After School Suspension (P.A.S.S.) | Student Assistance Program | Conference | Charges may be filed. |
| | 3. Third and succeeding offenses minimum 3-5 days Program for Out-of-School Suspension (O.S.S.) | Student Assistance Program | Conference | Charges may be filed. |
| 15. Harassment a. Sexual harassment | 1. Minimum of 5 days Out-of-School Suspension (O.S.S.), with possible discipline up to and including expulsion. | Referral for possible related educational activities. Referral to the Board of Education for discipline up to and including expulsion. | Conference

Parent Contact | Charges will be filed. |

- 50 -

*Depending on the severity, offenses may be treated as a second or third offense. All situational categories for discipline include traveling to and from school regardless of mode of transportation.*

730

E 000000151

The School District of the City of Erie, Pennsylvania
Situational Categories For Discipline
2001-2002

| Situational Category | Discipline | Referral | Notification of Parents/Guardians | Notification of Legal Authorities |
|---|---|---|---|---|
| b. Harassment (other than sexual harassment) | 1. Saturday Detention | Peer Mediation/ Conflict Resolution | Conference | Charges may be filed. |
| | 2. Minimum 3 days Out-of-School Suspension (O.S.S.) | Student Assistance program | Conference | Charges may be filed. |
| | 3. 5 days Out-of-School Suspension (O.S.S.), with possible discipline up to and including expulsion | Student Assistance Program; possible referral to Board of Education for discipline up to and including expulsion | | Charges will be filed. |
| 16. Insubordination | 1. Saturday Detention | | Parent contact | Phone call or written notice. |
| | 2. Minimum 3 days Program for After School Suspension (P.A.S.S.) | Student Assistance Program. Counselor. | Conference | |
| | 3. Third and Succeeding minimum 3-5 days Out-of-School Suspension (O.S.S.) | | Conference | |
| 17. Loitering | 1. Saturday Detention | | Parent contact | |
| | 2. Minimum 3 days Program for Out-of-School Suspension (O.S.S.) | Counselor | Conference | Charges may be filed. |
| | 3. Third and Succeeding minimum 5 days Out-of-School Suspension (O.S.S.) | | | Charges may be filed. |

51

*Depending on the severity, offenses may be treated as a second or third offense. All situational categories for discipline include traveling to and from school regardless of mode of transportation.*

79a

E 000000152

The School District of the City of Erie, Pennsylvania
Situational Categories For Discipline
2001-2002

| Situational Category | Discipline | Referral | Notification of Parents/Guardians | Notification of Legal Authorities |
|---|---|---|---|---|
| 18. Profane, vulgar language | 1. Saturday Detention | | Parent contact | |
| | 2. Minimum 3 days Program for After School Suspension (P.A.S.S.) | Student Assistance Program | Conference | |
| | 3. Minimum 3 days Out-of-School Suspension (O.S.S.) | | Conference | |
| 19. Smoking and student "Look Out" | 1. Saturday Detention. | | Conference | Charges filed. Fine + court costs. |
| | 2. 3 days Program for After School Suspension (P.A.S.S.) | | Conference | Charges filed. Fine + court costs. |
| | 3. Third and succeeding minimum 3-5 days After School Suspension (P.A.S.S.) | | Conference | Charges filed. Fine + court costs. |
| 20. Stealing | 1. Minimum of 3-5 days Out-of-School Suspension (O.S.S.) to expulsion. Restitution MUST be made. | Possible referral to School Board of expulsion. | Conference | Charges may be filed. |
| 21. Student dress | | | Parent Contact | |
| a. Violation of general student dress rules applicable to schools which have not adopted a mandatory dress code policy | 1. After School Detention – must change clothes. | | | |
| | 2. Saturday Detention – must change clothes. | | Conference | |
| | 3. Minimum 3-5 days Program for After School Suspension (P.A.S.S.). Student must change clothes. | | Conference | |

52

*Depending on the severity, offenses may be treated as a second or third offense. All situational categories for discipline include traveling to and from school regardless of mode of transportation.*

The School District of the City of Erie, Pennsylvania
**Situational Categories For Discipline**
2001-2002

| Situational Category | Discipline | Referral | Notification of Parents/Guardians | Notification of Legal Authorities |
|---|---|---|---|---|
| b. Violation of mandatory dress code policy in those schools where adopted | 1. Meeting with school counselor regarding requirements of dress code; verbal warning. | | Telephone conference | |
| | 2. Second verbal warning; after-school detention. | | Telephone conference | |
| | 3. Third verbal warning; after-school detention. | | Telephone conference | |
| | 4. Suspension, and for subsequent violations, possible referral to the Board of Education for discipline up to and including expulsion. | Possible referral to the Board of Education for discipline up to and including expulsion. | | |
| 22. Student Parking. Loitering in parking area. | Car will be towed.<br>1. Saturday Detention | | Conference | |
| | 2. 3 days Program for After School Suspension (P.A.S.S.) | | Conference | Charges may be filed. |
| | 3. Minimum 3-5 days Program for After School Suspension | | Conference | Charges may be filed. |
| 23. Student transportation | Report filed with principal<br>Action per written school code<br>Possible denial of bus privileges | | Conference | Charges may be filed. |
| 24. Terroristic threats/acts Zero Tolerance | 10 days Out-of-School Suspension (O.S.S.) | Referred to Board of Education for discipline up to and including expulsion | Conference | Charges must be filed. |

*Depending on the severity, offenses may be treated as a second or third offense. All situational categories for discipline include traveling to and from school regardless of mode of transportation.*

760

E 000000154

The School District of the City of Erie, Pennsylvania
Situational Categories For Discipline
2001-2002

| Situational Category | Discipline | Referral | Notification of Parents/Guardians | Notification of Legal Authorities |
|---|---|---|---|---|
| 25. Trespassing | Minimum of 3-5 days Out-of-School Suspension (O.S.S.) | | Conference | Charges will be filed. |
| 26. Unauthorized Substances (Illegal Drug Policy) | | | | |
| a. Possession/Use of unauthorized substance | 1. Suspension for ten school days. Possible referral to alternative education. Must have drug and alcohol assessment. | Student Assistance Program. | Conference | Police notified if violation involved controlled or illegal substance. |
| | 2. Suspension for ten school days. Referral to alternative education and possible discipline up to and including expulsion. | Possible referral to Board of Education for discipline up to and including expulsion. | Conference | Police notified if violation involved controlled or illegal substance. |
| b. Possession of unauthorized substance with intent to deliver | 1. Suspension for ten school days. Referral to alternative education and possible discipline up to and including expulsion. | Referral to Board of Education for discipline up to and including expulsion. | Conference | Police notified if violation involved controlled or illegal substance. |
| c. Misrepresentation of an unauthorized substance | 1. Suspension for ten school days. Possible referral to alternative education. Must have drug and alcohol assessment. | Student Assistance Program | Conference | Police notified if violation involved controlled or illegal substance. |
| | 2. Suspension for ten school days. Referral to alternative education and possible discipline up to and including expulsion. | Possible referral to Board of Education for discipline up to and including expulsion. | Conference | Police notified if violation involved controlled or illegal substance. |

54

*Depending on the severity, offenses may be treated as a second or third offense. All situational categories for discipline include traveling to and from school regardless of mode of transportation.*

E 000000155

The School District of the City of Erie, Pennsylvania
Situational Categories For Discipline
2001-2002

| Situational Category | Discipline | Referral | Notification of Parents/Guardians | Notification of Legal Authorities |
|---|---|---|---|---|
| d. Possession of paraphernalia | 1. Suspension for ten school days. Possible referral to alternative education. Must have drug and alcohol assessment. | Student Assistance Program | Conference | Police notified if violation involved controlled or illegal substance. |
| | 2. Suspension for ten school days. Referral to alternative education and possible discipline up to and including expulsion. | Possible referral to Board of Education for discipline up to and including expulsion. | Conference | Police notified if violation involved controlled or illegal substance. |
| 27. Vandalism | Minimum of 3-10 days Out-of-School Suspension (O.S.S.) Restitution or repair MUST be made.<br><br>10 days Out-of-School Suspension (O.S.S.) Immediate removal and expulsion for a minimum of 1 year. | Possible Alternative Education or referral of the Board of Education for discipline up to and including expulsion from the District. | Conference | Charges may be filed. |
| 28. Weapon use or possession of a gun, weapon or destructive device or look-alike object or replica. Zero tolerance. | Expulsion for one year. | Referral to the Board of Education for expulsion for a minimum of one year. | | Charges must be filed. |

55

*Depending on the severity, offenses may be treated as a second or third offense. All situational categories for discipline include traveling to and from school regardless of mode of transportation.*

E 000000156

79a

E 000000157

The School District of the City of Erie, Pennsylvania
Situational Categories For Discipline
ATTENDANCE
2000-2001

| Situational Category | Discipline | Referral | Notification of Parents/Guardians | Notification of Legal Authorities |
|---|---|---|---|---|
| 1. Unexcused absence –the absence of a student who is beyond compulsory school age (17 years or older) for reasons other than those defined as legally excused. Zero given for classes missed. | 1. Saturday detention. | Counselor | Conference |  |
|  | 2. 3 days Program for After School Suspension (P.A.S.S.) |  | Conference |  |
|  | 3. Third and succeeding offenses, 5 days Program for After School Suspension (P.A.S.S.) |  | 3 days unexcused – written notice |  |
|  |  |  | 4 days unexcused – conference |  |
|  |  |  | Monitor attendance for 20 school days |  |
| 2. Illegal absence—the absence from school for all students of compulsory school age (8-16 years) for reasons other than those defined as legally excused. Zero given for classes missed. | 1. Saturday detention. | Counselor | Conference |  |
|  | 2. 3 days Program for After School Suspension (P.A.S.S.) |  | Conference |  |
|  | 3. Third and succeeding offenses, 5 days Program for After School Suspension (P.A.S.S.) | Children & Youth Services Truancy Report (ages 8-16) | Contact to parents made through notifications of truancy process. | Police contact may be made. Truancy procedure through District Justice enacted. |
| 3. Unexcused tardy to homeroom and class. Zero for all classes/missed. | 1. 1st, 2nd, 4th, 6th, 7th, 9th unexcused tardies – Teacher Detention. |  |  | Police Contact may be made. |
|  | 2. 3rd unexcused tardy – Administrative After School Detention |  |  |  |
|  | 3. 5th unexcused tardy – Administrative Saturday Detention |  | Counselor |  |
|  | 4. 8th unexcused tardy – 3 days Program for After School Suspension (P.A.S.S.) |  | Conference |  |
|  | 5. 10th unexcused tardy/Repeat Offenders – 5 days Program for After School Suspension (P.A.S.S.) | May be referred to the Student Assistance Program | Conference | Charges will be filed with the District Justice. Fines + Costs. |

*Depending on the severity, offenses may be treated as a second or third offense. All situational categories for discipline include traveling to and from school regardless of mode of transportation.*

56

E  000000158

The School District of the City of Erie, Pennsylvania
Situational Categories For Discipline
ATTENDANCE
2000-2001

| Situational Category | Discipline | Referral | Notification of Parents/Guardians | Notification of Legal Authorities |
|---|---|---|---|---|
| 4. Leaving without permission (class cut). Zero for all classes missed. | 1. Saturday Detention.<br><br>2. 3 days Program for After School Suspension. (P.A.S.S.)<br><br>3. Third and succeeding offenses – 5 days Program for After School Suspension (P.A.S.S.) | Counselor | Conference<br><br>Conference<br><br>Conference | District Justice. Charges may be filed. Fine + Costs.<br><br>Same as above. |
| 5. Class cut. Zero for all classes missed. | 1. Saturday Detention.<br><br>2. 3 days Program for After School Suspension. (P.A.S.S.)<br><br>3. 3rd and succeeding offenses 5 days Program for After School Suspension (P.A.S.S.) | Counselor | Conference<br><br>Conference<br><br>Conference | District Justice Charges may be filed<br><br>Fine + Costs<br><br>Same as above. |

# 387831

57

*Depending on the severity, offenses may be treated as a second or third offense. All situational categories for discipline include traveling to and from school regardless of mode of transportation.*

E 000000159

## *HOTLINE NUMBERS*

Alcoholics Anonymous ............................................................................................ 452-2675

CDC/National HIV/AIDS ............................................................................ 1-800-342-2437

CDC National HIV/AIDS (Spanish ............................................................. 1-800-344-7432

Community House ...................................................................................................... 459-5853

Community Integration/Crisis Services ....................................................................... 456-2014

Drug/Alcohol Information ........................................................................................... 459-4581

Erie County Health Department.................................................................................. 451-6700

Erie County Department of Children and Youth ......................................................... 451-6600

Erie Hotline............................................................................................................... 453-5656

Family Services.......................................................................................................... 864-0605

Hamot Mental Health................................................................................................ 877-6136

Healthy Baby Line .......................................................................................... 1-800-986-BABY

HIV AIDS (Pennsylvania) .............................................................................. 1-800-662-6080

Hospitality House...................................................................................................... 454-8161

National Child Abuse.................................................................................... 1-800-422-4453

National Runaway Hotline............................................................................ 1-800-621-4000

Rape Crisis ................................................................................................................ 455-9414

Rape Hotline ................................................................................................. 1-800-352-RAPE

Runaway Hotline (Boys Town) ...................................................................... 1-800-448-3000

St. Vincent Mental Health.......................................................................................... 454-5151

Talking Phone Book .................................................................................................. 454-3099

Youth Crisis Runaway Hotline ...................................................................... 1-800-HIT-HOME



E 000000160

83a

E 000000161

840

E 000000162

Dr. James E. Barker
*Superintendent of Schools*

**BOARD** OF SCHOOL DIRECTORS
Jim Herdzik, President
**Tim** Pearson, Vice President
Tom Casey
John C. Harkins
Richard R. Hilinski
Casimir J. Kwitowski
Nancy R. Nielsen
Eva Tucker, Jr.
Samuel L. Vona

Lois Owens
*Board Secretary*

Dr. John F. Linden
*Assistant Superintendent of Schools*



School District of the City of Erie, PA
Department of Pupil Personnel Services
Office of Child Study                    (814) 874-6100

## COMPREHENSIVE EVALUATION REPORT (CER)

[ ] **Initial Referral**
[ x ] **Reevaluation** (Two Year Review)          **Speech Therapy** __Yes   _x_ No

**STUDENT NAME:** L███ K█████        **DATE OF REPORT:** 5-1-00

**SCHOOL DISTRICT:** City of Erie, PA        **STUDENT I.D.#:** 943020

**SCHOOL:** McKinley                  **GRADE:** 5

**STUDENT BIRTH DATE:** ██████

**CURRENT EDUCATIONAL PROGRAM:** RR Learning Support

**OTHER DEMOGRAPHIC DATA, AS NEEDED:**

**STUDENT ADDRESS:** ████████        **PARENT NAME:** Ms. Denise L███

**PHONE NO:** ██████            **TEACHER NAME:** Patricia Munz

**REASON(S) FOR REFERRAL:** Reevaluation as required by Pennsylvania Standards and Regulations (342.25 and Chapter 14).

2. **INFORMATION FROM PARENTS OR PERSONS WITH WHOM THE STUDENT LIVES:**
__Yes (See attached)      _x_ **No**  (No response)

3. **EDUCATIONAL, SOCIAL AND PHYSICAL HISTORY:** (Refer to information from previous CER/evaluation dated __5-10-95__ .) (See attached educational history; attendance, grades, standardized group achievement test scores).

_Kristina_ has been receiving special education services from the ESD in the __Learning_____ support program.

Medication: _No _x_ Yes  Type:  Adderakk at home, Albuterol inhaler when needed
Glasses: ____ _x_ No __Yes
Physical Limitations: _No _x_ Yes  Type: Asthma, Heart murmur, ADHD, ODD
Other: Allergic to bee stings

CONFIDENTIAL: FOR PROFESSIONAL USE ONLY



0000200413

School District of the City of Erie, PA
Department of Pupil Personnel Services
Office of Child Study                    (814) 874-6100

## COMPREHENSIVE EVALUATION REPORT (CER)

### Page 2 of 4

**Name: L‑‑, K‑‑‑‑**                    **Date of Report:  5-1-00**


4.    **SUMMARY OF FINDINGS/INTERPRETATION OF ASSESSMENT RESULTS:**

<u>Ability</u>    **Date of Test:**    5-10-95
        **Name of Test:**    K-ABC
        **Test Results:**    Mental Processing Composite 70


<u>Achievement</u> (Standard Scores or Percentiles)
        Name of Test: _____ Kaufman Achievement
        Reading _____ SS 93
        Math _____ SS 92
        Sp/Writ Lang _____

A.    **Instructional Evaluation Results:**
    Instructional Level:        Reading 2nd grade / Math 3rd grade
    Rate of Acquisition:        below average
    Rate of Retention:          below average

B.    **Ecological Evaluation Results:** (for low functioning and multihandicapped students).
    RESULTS:   (Not applicable)

C.    **Vocational/Technical Education Results** (from ITP)


5.    **STRENGTHS:**
        K‑‑‑‑ has good attendance and there is frequent communication with home.


6.    **DEGREE OF NEED:** At the present time K‑‑‑‑ is in need of specially designed instruction to deal with academic support in all areas.

7.    **INFORMATION FROM OBSERVATIONS IN THE CLASSROOM AND OTHER SETTINGS:**
        H.R. teacher, Mrs. Bostick, reports she is becoming increasingly concerned about K‑‑‑‑
        She seems to lack any organizational ability. She is not prepared with materials, books,
        pencils, anything! She is overly concerned with going to the restroom, to the nurse, etc. I have
        seen regression since September. She does not stay focused when I am teaching. I would
        have a hard time coming up with an educational strength for her.


CONFIDENTIAL:  FOR PROFESSIONAL USE ONLY



0000200414

School District of the City of Erie, PA
Department of Pupil Personnel Services
Office of Child Study                    (814) 874-6100

## COMPREHENSIVE EVALUATION REPORT (CER)

### Page 3 of 4

Name: L____, K____                    Date of Report: 5-1-00

**8.    CONCLUSIONS AND RECOMMENDATIONS TO IEP TEAM:**
(Including eligibility, specially designed instruction, current program, change in programs, and other issues based on the student's individual needs).

**A.    Statement of eligibility:**
 _x_ this student remains eligible for special education services.

 _ this student is no longer eligible for special education services.

**B.    Specially designed instruction:**
 _x_    this student requires specially designed instruction to meet their learning needs.

 _    this student does not require specially designed instruction to meet their learning needs.

**C.    Current Program:** This student is currently enrolled in the Learning_____ support program due to: Borderline Ability

**D.    Change in Program:**
 _x_    This student does not require a change in program.
 _    This student requires a change in program to meet his/her needs.

**E.    Other Issues:** _____

**FOR REEVALUATION:**

**9.    RECOMMENDATION REGARDING CONTINUED NEED FOR SPECIAL EDUCATION:**

Yes _x_        No____

**10.    REVIEW OF THE STUDENT'S IEP**
Instructional activities which have been successful:
 K____ does best one-on-one. She needs a great deal of individual attention.

Additional Comment: I am concerned that K____ has regular attendance and participates in class activities but is not receiving needed support from home inspite of frequent communications. Progress is minimal.

Recommendations for revision of the IEP:        IEP is appropriate

b    )8

CONFIDENTIAL: FOR PROFESSIONAL USE ONLY

PDEBSE A-SA-930603                    88a        0000200415

School District of the City of Erie, PA
Department of Pupil Personnel Services
Office of Child Study                    (814) 874-6100

## COMPREHENSIVE EVALUATION REPORT (CER)

### Page 4 of 4

**Name: L___ K___**                    **Date of Report:  5-1-00**

### CER Signature Page

Check YES if you agree with this report; check NO if you do not agree.  If you do not agree, please write the reason for the disagreement, and it will be attached to the report.

| YES | NO | SIGNATURE | TITLE | DATE |
|-----|----|-----------|-------|------|
| ✓ | | John Simin | School Psychologist | 5/25/00 |
| ✓ | | Phillen | Special Ed. Supervisor | 5-24-00 |
| ✓ | | Patricia Munz | Special Educator | 5-22-00 |
| | | | Speech/Lang. Therapist | |
| | | | OT/PT | |
| | | | Regular Educator | |
| | | (Mailed) | Parent/Guardian | |
| | | | | |
| | | | | |

Signed copies to:      Parent
Teacher
Building principal
Special Education Department
Others:

CONFIDENTIAL:  FOR PROFESSIONAL USE ONLY



**PERMISSION TO REEVALUATE**
****************************************************** School Age

Date: 4-10-2000

Name and Address of Parent:                    Student's Name: K▆▆▆▆    L▆▆▆

To The Parent/Guardian Of:                     Student ID#   943020

K▆▆▆▆    L▆▆▆                                                    Teacher:   MUNZ
▆▆▆▆▆▆▆▆▆▆▆
▆▆▆        ▆▆▆   ▆▆▆          School:  MCKINLEY

Dear:                                          Program:  RRLS

The School District is planning to reevaluate your child for the following reason(s):

**Reevaluation as required by Pennsylvania Standards and Regulations (342.25 and Chapter 14)**

The School District requests your consent to conduct this Reevaluation. We must have your consent before we can begin. However, please be aware that after reasonable attempts if we have not received your response we are permitted by law to proceed with the reevaluation. In the reevaluation, we will review your child's educational needs and strengths as shown by educational performance levels, assessment results, classroom observations, and information from you. Specific types of tests and procedures which will be used in the reevaluation include the following:

STATE MANDATED REVIEW OF RECORDS - NO FORMAL TESTING WILL BE PERFORMED

The reevaluation is proposed for the following date(s):          DURING APRIL 2000

The School District will form a multidisciplinary team to conduct the reevaluation. As parent(s), you are a member of the team. If a team meeting is held you will be invited. Information from you is to be considered by the team as part of the reevaluation process. If you want to send written comments, please do so. You are entitled to participate in any meetings with respect to the identification and evaluation of your child.

The multidisciplinary team will prepare recommendations regarding your child's educational program, and whether your child continues to be in need of, and eligible for special education and related services. This information will be outlined in the Comprehensive Evaluation Report (CER) and will be given to the Individualized Education Program (IEP) Team. The Reevaluation is to be completed and the Report is to be disseminated to you within 60 school days of receipt of your consent to reevaluate.

Please call me at the number listed below to discuss information which you feel is important to include in the evaluation. Please read the enclosed Procedural Safeguards Notice which includes parent resources such as state or local advocacy organizations. If you have any questions, or if you need the services or a translator or interpreter, please contact me.



| | | |
|---|---|---|
| Mr. John Timon | School Psychologist | 874-6117 |
| Name | Position | 8▆▆▆▆▆▆ |
| | | Phone   0 0 0 0 2 0 0 4 1 7 |

90a

DIRECTORS
TIM PEARSON
*PRESIDENT*
NOEL L. VONA
*VICE PRESIDENT*
TOM CASEY
JOHN C. HARKINS
JIM HEDTZIK
RICHARD R. HILINSKI
CASMER J. KWITOWSKI
NANCY R. NIELSEN
EVA TUCKER, JR.

# THE SCHOOL DISTRICT OF THE CITY OF ERIE, PA.

148 WEST 21st STREET  •  ERIE, PENNSYLVANIA 16502

PHONE: 814/874-6000          FAX: 814/874-6132

DR. JAMES E. HARKER
SUPERINTENDENT OF SCHOOLS

LOIS OWENS
SECRETARY

Date:     7-12-2000

ID#:  -  943020 

Student: K▮▮▮▮▮▮    L▮▮▮▮

Dear Parent/Guardian:

Recently you received a letter informing you that a routine reevaluation was planned for your child, as required by the Pennsylvania Standards and Regulations for Special Education. You were encouraged to participate in this review process which is conducted every two years to insure appropriate placement. A copy of your rights and the safeguards to be followed in providing a free appropriate public education were also enclosed in the notice you received.

Enclosed you will find a copy of your child's recent multidisciplinary team reevaluation. Please review this report. If you have any questions, you may discuss them with the teacher at the IEP conference. You are also welcome to call me with any questions or concerns.

Thank you for your continued cooperation in our efforts to provide your child with an appropriate education.

Sincerely,

John Timon
School Psychologist
(814)-874-6100

/js

Enclosure

0000200418

9|a



*An Equal Opportunity Employer*

The School District of the City of Erie, PA
Notice of Recommended ~~Evaluation~~ Placement
School Age

X    **********

## EDUCATIONAL    ****************************

Date: _11/12/01_

Student's Name: K█████ L█████

Name and Address of Parent:
Denise L█████

ID#: ____943020____

█████████████████████

S.S.#: _____

█████████

Dear: Ms. L█████

This notice summarizes recommendations for your child's education program.
This notice is to be given to the parent of a child with a disability in a reasonable time before the school district proposes to initiate or change, or refuses to initiate or change the identification, evaluation or educational placement of the child or the provision of a free appropriate public education to the child.

**1. Action proposed or refused:** K█████ will receive specially designed instruction in Reading, Math, English, Science and Social Studies outside the general curriculum. K█████ will participate in the regular education curriculum in related classes.

**2. Why the action is proposed or refused:** A review of K█████ academic progress support this action. The review included: inclusion reports, Curriculum Based Assessment, student's academic history, current performance levels and psychoeducational evaluations.

**3. A. Description of any other options that were considered:** Other options included placement in the general education environment.

**B. Reasons why these options were rejected:** Specially designed instrucion in Reading, Math, English, Science and Social Studies will allow K█████ to be more successful in school. The above option was considered but rejected as not appropriate to meet K█████ educational needs.

**4. Evaluation procedure(s), test(s), record (s), or report (s) used as a basis for the proposed action or action refused:** K█████ was observed in the classroom setting. Computer assisted evaluations were given, teacher observations, were made, psychoeducational assessments were administered and curriculum based assessements were done.

**5. Other factor(s) relevant to proposal or refusal:** No other relevant factors to report.

The educational placement recommended for your child is:

Level (%): _68%_
Location: _Strong Vincent_
Other: _____

0000200419



**Student Name:**    Kristina Long

# NOTICE OF RECOMMENDED EDUCATIONAL PLACEMENT

| | | |
|---|---|---|
| Dr James E. Barker | *J. E. Barker* | 2-13-02 |
| Printed Name | Signature | Date |
| **School District Superintendent** | | |

You have certain rights and protections under law that is described in a document titled *Procedural Safeguards Notice.* If you need more information or want a copy of the *Procedural Safeguards Notice,* you may contact:

| | | |
|---|---|---|
| Charlese Moore | Special Education Supervisor | 874 6050 |
| Name | Position | Phone Number |

**DIRECTIONS FOR PARENTS:** Please check one of the options, sign this form, and return it within **10 days** to the person listed above.

[✓]  I **approve** this recommendation

[  ]  I **do not approve** this recommendation

My reason for **disapproval is:**

_____

I request:

[  ]  Pre-hearing Conference

[  ]  Mediation

[  ]  Due-process Hearing

I will need the following accommodations to be made so that I may attend the above.

_____

| | | |
|---|---|---|
| *Denise H_____* | 11/12/01 | |
| Parent's Signature | Date | Daytime Phone |

93a

0000200420

R ____ T ____ ✓ ____

**The School District of the City of Erie, PA**
**INDIVIDUALIZED EDUCATION PROGRAM (IEP) Format**
**************************************************************************** **School Age**

**IEP Team Meeting Date:** 11/12/01

**IEP Implementation Date (Projected Date when Services and Programs Will Begin):** 11/14/01
                                                                            Mo. / Day / Yr.

**Anticipated Duration of Services and Programs:** 11/13/02
                                                   Mo./ Day / Yr.

| | | | |
|---|---|---|---|
| **Student Name:** | K_____ L_____ | **DOB:** ▬▬ | **Age:** 12 |
| **ID# :** 943020 | **SS# :** _____ | | |

| | | | |
|---|---|---|---|
| **School District:** | Erie City | **Grade:** 7th | **Anticipated Year of Graduation:** 2007 |

**Parent Name:** Denise L_____                **Phone: (H)** ▬▬
**Address:** ▬▬▬▬▬▬▬                            **Phone: (W)** _____

**County of Residence:** ▬▬                     **School Year:** 2001 2002
                                               **Other Information:** _____

**IEP TEAM/SIGNATURES***
The Individualized Education Program (IEP) Team makes the decisions about the student's program and placement. The student's parent(s), the student's regular teacher and a representative from the local education agency are required members of this team. A regular education teacher must also be included if the student participates, or may be participating in regular education. Signature on this IEP documents attendance, not agreement.

| NAME (typed or printed) | POSITION (typed or printed) | SIGNATURE* |
|---|---|---|
| Denise L_____ | Parent | _Denise L_____ |
| | Parent | |
| K_____ L_____ | Student* | |
| Melissa Vallimont | Regular Education Teacher | _Melissa Vallimont_ |
| Vikki Scully | Special Education Teacher | _Vikki Scully_ |
| Linda Cappabianca | Local Ed. Agency Rep. (Chair) | _Linda L Cappabianc_ |
| | Community Agency Rep** | |
| | Vocational Rep (if appropriate)*** | |

*     The IEP team must invite the student if transition services are being planned or if the parents choose to have the student participate.
**    As determined by the LEA as needed for transition services.
***   Must be present if a Vocational Technical Program is being considered.

### PROCEDURAL SAFEGUARDS NOTICE

I have received a copy of the *Procedural Safeguards Notice*. The District has informed me whom I may contact if I need more information.

Signature: _Denise L_____          Date Received: _____



**Student Name:**    K████L████
**Individualized Education Program**

## I. SPECIAL CONSIDERATIONS THE IEP TEAM MUST CONSIDER BEFORE DEVELOPING THE IEP. ANY FACTORS CHECKED MUST BE ADDRESSED IN THE IEP.

**Is the Student Blind or Visually Impaired?**
☒    No
☐    Yes - Team must provide for instruction in Braille and the use of Braille unless the IEP Team determines, after an evaluation of the child's reading and writing skills, needs and appropriate reading and writing media (including an evaluation of the child's future needs for instruction in Braille or the use of Braille), that instruction in Braille or the use of Braille is not appropriate.

**Is the Student Deaf or Hearing Impaired?**
☒    No
☐    Yes - Team must consider the child's language and communication needs, opportunities for direct communications with peers and professional personnel in the child's language and communication mode, academic level, and full range of needs, including opportunities for direct instruction in the child's language and communication mode in the development of the IEP.

☐    COMMUNICATION NEEDS

☐    ASSISTIVE TECHNOLOGY, Devices and/or Services

☐    LIMITED ENGLISH PROFICENCY

☐    BEHAVIORS THAT IMPEDE HIS/HER LEARNING or that of OTHERS

☐    TRANSITION SERVICES

☐    OTHER (Specify): _____

## II. PRESENT LEVELS OF EDUCATIONAL PERFORMANCE
### STUDENT'S PRESENT LEVELS OF EDUCATIONAL PERFORMANCE:
Curriculum Based Assessments indicate reading is at a third grade level. Instructional level for math is also at third grade. Compass instructional level is grade 2 for math and reading. CBA shows writing is at a developing level/partially proficient

### HOW THE STUDENT'S DISABILITY AFFECTS INVOLVEMENT AND PROGRESS IN GENERAL EDUCATION CURRICULUM (include the child's strengths and needs which will effect the student's involvement and progress in the general curriculum.):
K████ enjoys doing hands on activities and working on the Compass Learning Lab. She is creative in her story telling and is also very helpful. Compass results indicate strengths in the areas of identifying familiar words, familiarity with the system, adding, subtracting and multiplying basic facts. Needs: reading comprehenison, vocabulary, renaming multi step problems.

Mom notes K████ enjoys working on math problems at home.

0 0 0 0 2 0 0 4 2 2

95a

**Student Name:** K̶̶̶̶ L̶̶̶

**Individualized Education Program**

**III.GOALS AND OBJECTIVES:** *(Use as many copies of this page as needed to plan appropriately)*

**MEASURABLE ANNUAL GOAL:**
The student will increase math skills in the areas of computation, problem solving, number and number systems measurement.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| Demonstrate the concept of the 4 operations using | 80% | teacher made tests |
| various methods. | | observation, computer |
| | | learning lab evaluations |

### REPORT OF PROGRESS ON ANNUAL GOALS
How progress will be measured: Teacher made tests, observations, comp. lab activity reports

How progress will be reported: inclusion reports, quarterly report cards

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
| | | | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MEASURABLE ANNUAL GOAL:**
The student will increase math skills in the areas of computation, problem solving, number and number systems management.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| The student will create and solve word problems in all | 80% | teacher made tests |
| basic math operations. | | observations, computer |
| | | learning lab evaluations |

### REPORT OF PROGRESS ON ANNUAL GOALS
How progress will be measured: Teacher made tests, observations, comp. lab activity reports

How progress will be reported: inclusion reports, quarterly report cards

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
| | | | | |

NOTE: Specially designed instruction may be listed with each goal/objective and/or listed in section IV.



96a

0000200423

**Student Name:** K████ L███

**Individualized Education Program**

**III.GOALS AND OBJECTIVES:** *(Use as many copies of this page as needed to plan appropriately)*

**MEASURABLE ANNUAL GOAL:**
Will use the writing process of prewriting, drafting, revising, editing and publishing to write narrative, descriptive and informative paragraphs as well as practical English skills for everyday life.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| Write using complete sentences, proper capitalization, punctuation, grammar and spelling. | 80% | CBA, exams, teacher observation |
| | | class assignments |

## REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured: CBA, exams, observations, work samples

How progress will be reported:Report cards, goal progress reports

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
| | | | | |

- - - - - - - - - - - - - - - - - - - - - - - -

**MEASURABLE ANNUAL GOAL:**
Will use the writing process of prewriting, drafting, revising, editing and publishing to write narrative, descriptive and informative paragraphs as well as practical English skills for everyday life.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| Use grammar and effective word choice. | 80% | tests, observations |
| Will identify parts of speech (nouns, pronouns, verbs, adjectives and adverbs. | 80% | tests, class assignments |
| | | |

## REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured: Teacher made exams, review of class assignments

How progress will be reported: Report cards, goal progress reports

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
| | | | | |

NOTE: Specially designed instruction may be listed with each goal/objective and/or listed in section IV

**Student Name:** K▆▆▆ L▆▆▆

**Individualized Education Program**

**III. GOALS AND OBJECTIVES:** *(Use as many copies of this page as needed to plan appropriately)*

**MEASURABLE ANNUAL GOAL:**
 Read and understand works of literature.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| Identify literary elements in stories describing characters, setting and plot. | 80% | tests, class assignments class projects |
| | | |

### REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured: <u>Exams, class projects, class assignments</u>

How progress will be reported: <u>Report cards and goal progress reports</u>

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
| | | | | |

- - - - - - - - - - - - - - - - - - - - - -

**MEASURABLE ANNUAL GOAL:**
 Use media for learning purposes.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| Explain the importance of media in society. | 80% | Newspaper projects, |
| Identify the different parts of the newspaper, understand different types of news features. | 80% | Newspaper projects, tests |

### REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured: <u>Review of newspaper activities, publication of newspaper</u>

How progress will be reported: <u>Report cards, goal progress reports</u>

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
| | | | | |

0000200425

NOTE: Specially designed instruction may be listed with each goal/objective and/or listed in section IV.

Revised 9/2001



Page 3 of 8

**Student Name:** K_____ L_____

**Individualized Education Program**

**III. GOALS AND OBJECTIVES:** *(Use as many copies of this page as needed to plan appropriately)*

**MEASURABLE ANNUAL GOAL:**
Improve fluency and comprehension in reading.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| 1. Increase use/ knowledge of phonics, word analysis (eg. root words, prefixes, suffixes) syllabication, picture and clues to decode/understand new words. | 80% | Compass Reports CBA, Oral Reading exams, assignments |

### REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured: <u>Compass Reports, Oral Reading Rubrics, Exams, CBA</u>

How progress will be reported: <u>Report Cards, Goal Progress Reports</u>

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
|  |  |  |  |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MEASURABLE ANNUAL GOAL:**
Improve fluency and comprehension in reading.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| 2. Identify main idea, relevant details and different story elements within a passage. | 80% | Compass Reports Exams, assignments |
| 3. Use context clues, make inferences ,draw conclusion |  | CBA, oral reading |

### REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured: <u>Compass Reports, Oral Reading Rubric, Exams, CBA</u>

How progress will be reported: <u>Report Cards, Goal Progress Report</u>

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
|  |  |  |  |  |

0000200426

NOTE: Specially designed instruction may be listed with each goal/objective and/or listed in section IV.



**Student Name:** K██████ L█████

**Individualized Education Program**

**III.GOALS AND OBJECTIVES:** *(Use as many copies of this page as needed to plan appropriately)*

**MEASURABLE ANNUAL GOAL:**
Improve skills and increase knowledge in the areas of life and environmental science.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| Recognize and use the elements of scientific inquiry | 80% | class projects |
| to solve problems (scientific method). | | observations |
| 2.  Identify changes in living things overtime. | 80% | assignments, tests |

### REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured:  project rubrics, observations, project presentations, tests

How progress will be reported: Report cards and Goal Progress Reports

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
| | | | | |

- - - - - - - - - - - - - - - - - - - - - -

**MEASURABLE ANNUAL GOAL:**
Improve skills and increase knowledge in the areas of life and environmental science.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| 3. Identify the similarities and differences of | | tests, observations |
| living things. | 80% | class assignments |
| | | |

### REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured: Teacher made tests, rubrics, observations, chapter tests

How progress will be reported: Report cards, goal progress reports

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
| | | | | |

0000200427

NOTE: Specially designed instruction may be listed with each goal/objective and/or listed in section IV.

