**Student Name:**      K████ 1████

**Individualized Education Program**

**III. GOALS AND OBJECTIVES:** *(Use as many copies of this page as needed to plan appropriately)*

**MEASURABLE ANNUAL GOAL:**
  Identify important historical facts that have impacted the world geographically, politically and culturally.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| Identify important people in history that helped | 80% | tests, class assignments |
| America into a world leader. | | class projects |
| | | |

## REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured: tests, class assignments, class projects

How progress will be reported: report cards, goal progress reports

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
| | | | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MEASURABLE ANNUAL GOAL:**
  Identify important historical facts that have impacted the world geographically, politically and culturally.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| Identify characteristics and purposes of different | 80% | tests, class assignments |
| geographic representatives (maps, globes, diagraphs) | | class projects |
| Identify documents of the USA government | 80% | tests, class assignments |

## REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured: tests, class assignments, class projects

How progress will be reported: report cards, progress reports

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
| | | | | |

NOTE: Specially designed instruction may be listed with each goal/objective and/or listed in section IV. 0 0 0 0 2 0 0 4 2 8



**Student Name:** K██████ L██████
**Individualized Education Program**

## IV. SPECIAL EDUCATION/RELATED SERVICES:

### A. PROGRAM MODIFICATION AND SPECIALLY DESIGNED INSTRUCTION: (*Specially designed instruction may be listed with each goal/objectives.*)

adapted curriculum for content courses, extended time to complete assignments, direct instruction, small group instruction, Compass Learning Lab at instructional level, tests read aloud

### B. RELATED SERVICES: List the services that the student needs in order to benefit from or access his/her special education program:

| Service | Location | Projected* Beginning Date | Frequency | Anticipated* Duration |
|---|---|---|---|---|
| 1. nursing | school | 11/14/01 | as prescribed | 11/13/02 |
| | | | by physician | |
| 2. psychological | school | 11/14/01 | as recommended | 11/13/02 |
| | | | by psychologist | |
| | | | or every 2 year | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Include only if differs from IEP beginning and/or duration dates.*

### C. SUPPORTS FOR SCHOOL PERSONNEL RELATED TO STUDENT'S NEEDS:

Related teachers will use Special Education teachers as a resource for assistance in adapting and accommodating when needed.

### D. EXTENDED SCHOOL YEAR The IEP Team has discussed and considered ESY services, and determined that:

K██████ is not in need of ESY.

0000200429



**Student Name:** K▇▇▇ L▇▇

**Individualized Education Program**

## V. PARTICIPATION IN STATE AND DISTRICT-WIDE ASSESSMENTS

### STUDENT PARTICIPATION – STATE ASSESSMENTS

**This section applies to student's age/grade eligible for the PSSA/PASA (Reading, Math-grades 5, 8, 11; Writing-grades 6, 9, 11)**

☐ Student will participate in the PSSA without accommodations.

**OR**

☐ Student will participate in the PSSA with the following accommodations:

PSSA Reading (grades 5, 8, 11) _____

PSSA Math (grades 5, 8, 11) _____
PSSA Writing (grades 6, 9, 11) _____

**OR**

☐ Student will participate in the Pennsylvania Alternate System of Assessment (PASA).(Effective beginning the 2000-01 school year, the alternate assessment in Pennsylvania is PASA).

If the IEP Team has determined it is not appropriate for the student to participate in the PSSA, the team must explain why the PSSA is not appropriate:

Choose how the student's performance on the PASA will be documented:

☐ Videotape (which will be kept confidential as all other school records)

☐ Written Narrative (which will be kept confidential as all other school records)

### STUDENT PARTICIPATION – DISTRICT ASSESSMENTS

☐ Student will participate in the District assessments without accommodations.

**OR**

☒ Student will participate in the District assessments with the following accommodations: extended time, separate testing location, additional breaks

**OR**

☐ If the IEP Team has determined that it is not appropriate for the student to participate in the district-wide assessment they must explain why the assessment is not appropriate for the student and how the student will be assessed.

1030

0000200430

**Student Name:** K██████ L█████
**Individualized Education Program**

## VI. LEAST RESTRICTIVE ENVIRONMENT (LRE)

**EDUCATIONAL PLACEMENT (Type of Service, Type of Support, ex: Full-time learning support)**
Part- time special education in the regular school

Explanation of the extent, if any, the student **will not participate** with non-disabled children in the regular class and in the general education curriculum:
Considering the pace in which the general education moves, the modifications necessary for the student to achieve educational and social development can not be implemented in the general education classes. Grade level proficiency has not been acquired in these areas.

Percentage of time the student receives special education <u>outside</u> of the regular education classroom:
NOTE: If a special education teacher "pushes in" to provide direct service to special education students in a regular classroom it should be included in this percentage.

☐ Less than 21% outside of the regular education classroom

☐ 21-60% outside of the regular education classroom

☒ 61% or more outside of the regular education classroom

**List exact percentage of service –i.e. LS 40, PT 3, Speech 2** <u>LS 68%</u>

Location of Program: <u>Strong  Vincent   (School)</u>

## VII. TRANSITION PLANNING

1. Will the student be 14 years of age or older during the term of this IEP?

   ☒ No - (Not necessary to complete this Section)

   ☐ Yes - Team must address the student's courses of study and how the course of study applies to components of the IEP.

   Student's course of study:
   ___

2. Will the student be 16 years of age or older during the term of this IEP or is the student younger and in need of transition services as determined by the IEP Team?

   ☒ No - (Not necessary to complete this Section)

   ☐ Yes - Team must address and complete this Section

0000200431



**Student Name:** _____
**Individualized Education Program**

A. **DESIRED POST-SCHOOL OUTCOMES:** Define and project the desired post-school outcomes as identified by the student, parent and IEP team in the following areas. State how the services will be provided and person(s) responsible for coordinating these services.

| SERVICE | HOW SERVICE IS PROVIDED | PERSON RESPONSIBLE |
|---|---|---|
| Post Secondary Education/Training | | |
| Employment | | |
| Community Living | | |
| a)Residential | | |
| b)Participation | | |
| c)Recreational | | |

B. **STATEMENT OF COORDINATED TRANSITIONAL SERVICES AND ACTIVITIES NEEDED TO SUPPORT DESIRED POST-SCHOOL OUTCOMES:**

(The instructional areas should support the desired post-school outcomes for the student. Examples such as Instruction and Related Services, Community Experiences, Acquisition of Daily Living Skills, Functional Vocational Education, and Adult Living may appear as annual goals, short-term instructional objectives or benchmarks, and/or specially designed instruction based on the student's needs.)

0000200432

Revised 9/2001

105a

Student Name: _____
**Individualized Education Program**

## C. LINKAGES

List the agencies, which may provide services/support (before the student leaves the school setting):

Agency Name _____
                                                    Phone Number

Responsibilities/Linkages _____

Agency Name _____
                                                    Phone Number

Responsibilities/Linkages _____

Agency Name _____
                                                    Phone Number

Responsibilities/Linkages _____

0 0 0 0 2 0 0 4 3 3

106a

The School District of the City of Erie, PA
## INVITATION TO PARTICIPATE IN THE IEP TEAM MEETING
******************************************************************************** **School Age**

Date: __10/30/01__

Name of Parent: Denise L⬛

Address of Parent: ⬛

Student's Name: K⬛ L⬛

Dear: Ms. L⬛

We are sending you this notice so that you can attend and participate in

☒   An **Individualized Education Program Team Meeting**

☐   Other meeting (specify): _____

The purpose of this meeting is to: *(The school district is to check all that apply)*

☐   Discuss the results of the multidisciplinary evaluation regarding whether your child is a child with a disability and in need of special education. An Individualized Education Program (IEP) will be developed at the meeting and a decision will be made regarding the educational placement of the child.

☒   Discuss your child's current IEP to review and revise it as needed.
Complete the following for students age 16 and older:

*(For parents)* Develop or review a statement of your child's need for transition services. We are inviting your son/daughter to attend this meeting. We are also inviting representative(s) from the following agency or agencies to attend: _____

*(For students)* Develop or review a statement of your need for transition services. We are also inviting representative(s) from the following agency or agencies to attend: _____

☐   Other: _____

The team meeting has been tentatively scheduled for this location: __Room 218 - Strong Vincent__
at the following date and time: __Monday, November 12th at 3:00 p.m.__ If this time, date or location is not convenient, please contact me as soon as possible so we can arrange a time and place which are mutually convenient.

__Vikki Scully - Special Education Teacher__
Name and Title

__874 6500__
Phone Number

__10/30/01__
Date

0000200434



Page A

**Student Name:** K̶̶̶̶̶̶ L̶̶̶̶̶

## INVITATION TO PARTICIPATE IN IEP TEAM MEETING

The following people are expected to attend the meeting for your child:

| NAME | | ROLE* | |
|------|--|-------|--|
| Denise L̶̶̶̶ | | ROLE* | Parent |
| Vikki Scully | | ROLE* | Special Education Teacher |
| Melissa Vallimont | | ROLE* | Home Economics Teacher |
| Linda Cappabianca | | ROLE* | LEA |
| | | ROLE* | |
| | | ROLE* | |

*\* This denotes this person's involvement in your child's IEP development. Examples: regular education teacher, local education agency representative, etc.*

Parents are strongly encouraged to participate as members of their child's IEP Team. If you would like additional personnel from the school district to attend this team meeting or if you have any questions or comments, please contact me. Further, please be advised that you may bring other people to the meeting who have knowledge or special expertise regarding your child.

Attached to this invitation is a copy of the ***Procedural Safeguards Notice*** describing your rights and procedural safeguards under State and Federal Law.

We are requesting that you respond to this notice by checking the appropriate option below, and returning this form to the school district (by mail or in person) as soon as possible.

_____ I will attend the meeting as scheduled.

_____ I will need the following accommodations to be made so that I may attend the meeting:

_____

_____ I will not attend the meeting.

_____ I wish to attend the meeting, but this time and/or location is not convenient. Please contact me to make alternative arrangements.



_____     _____
Parent Signature                                        Date

0000200435

108a

LOG OF PARENT CONTACTS FOR I.E.P. MEETING

I.E.P. FOR K_____ / _____
(Name)

_____ S_____ _____
(School)

| DATE | NOTES |
|------|-------|
| 10/26/01 | sent invite home |
| 11/7/01 | IEP scheduled for 11/12/01 at 3:00 |
| 11/12/01 | IEP written |

** LOG SHEET MUST BE INCLUDED WITH I.E.P.
   PLEASE INCLUDE ALL PARENTAL CONTACTS (PHONE, LETTER, APPTS., ETC.)

109a                    0000200436

School District of the City of Erie, PA
Department of Pupil Personnel Services
Office of Child Study
(814) 874-6100

## COMPREHENSIVE EVALUATION REPORT (CER)

[ ] **Initial Referral**
[ x ] **Reevaluation** (Two Year Review)

**Speech Therapy** __Yes   _x_ No

**STUDENT NAME:** L████ K████

**DATE OF REPORT:** 5-1-00

**SCHOOL DISTRICT:** City of Erie, PA

**STUDENT I.D.#:** 943020

**SCHOOL:** McKinley

**GRADE:** 5

**STUDENT BIRTH DATE:** ████

**CURRENT EDUCATIONAL PROGRAM:** RR Learning Support

**OTHER DEMOGRAPHIC DATA, AS NEEDED:**

**STUDENT ADDRESS:** ████████        **PARENT NAME:** Ms. Denise L████

**PHONE NO:** ████        **TEACHER NAME:** Patricia Munz

1. **REASON(S) FOR REFERRAL:** Reevaluation as required by Pennsylvania Standards and Regulations (342.25 and Chapter 14).

2. **INFORMATION FROM PARENTS OR PERSONS WITH WHOM THE STUDENT LIVES:**
   __Yes (See attached)   _x_ No  (No response)

3. **EDUCATIONAL, SOCIAL AND PHYSICAL HISTORY:** (Refer to information from previous CER/evaluation dated __5-10-95__ .) (See attached educational history; attendance, grades, standardized group achievement test scores).

   K████ has been receiving special education services from the ESD in the __Learning__ support program.

   Medication: _No _x_Yes Type: Adderakk at home, Albuterol inhaler when needed
   Glasses: __x_No __Yes
   Physical Limitations: _No _x_Yes Type: Asthma, Heart murmur, ADHD, ODD
   Other: Allergic to bee stings

CONFIDENTIAL: FOR PROFESSIONAL USE ONLY

0000200437



PDEBSE A-SA-930603

School District of the City of Erie, PA
Department of Pupil Personnel Services
Office of Child Study

(814) 874-6100

## COMPREHENSIVE EVALUATION REPORT (CER)

Page 2 of 4

Name: L▮▮ K▮▮▮▮

Date of Report: 5-1-00

**4.**    **SUMMARY OF FINDINGS/INTERPRETATION OF ASSESSMENT RESULTS:**

**Ability**    Date of Test:        5-10-95
Name of Test:      K-ABC
Test Results:      Mental Processing Composite 70

**Achievement** (Standard Scores or Percentiles)
Name of Test: _____ Kaufman Achievement
Reading _____ SS 93
Math _____ SS 92
Sp/Writ Lang _____

**A.**    **Instructional Evaluation Results:**
Instructional Level:      Reading 2nd grade / Math 3rd grade
Rate of Acquisition:      below average
Rate of Retention:        below average

**B.**    **Ecological Evaluation Results:** (for low functioning and multihandicapped students).
RESULTS:   (Not applicable)

**C.**    **Vocational/Technical Education Results** (from ITP)

**5.**    **STRENGTHS:**
K▮▮▮▮ has good attendance and there is frequent communication with home.

**6.**    **DEGREE OF NEED:** At the present time K▮▮▮▮ is in need of specially designed instruction to deal with academic support in all areas.

**INFORMATION FROM OBSERVATIONS IN THE CLASSROOM AND OTHER SETTINGS:**
H.R. teacher, Mrs. Bostick, reports she is becoming increasingly concerned about K▮▮▮▮ She seems to lack any organizational ability. She is not prepared with materials, books, pencils, anything! She is overly concerned with going to the restroom, to the nurse, etc. I have seen regression since September. She does not stay focused when I am teaching. I would have a hard time coming up with an educational strength for her.

CONFIDENTIAL:  FOR PROFESSIONAL USE ONLY

111a

School District of the City of Erie, PA
Department of Pupil Personnel Services
Office of Child Study

(814) 874-6100

## COMPREHENSIVE EVALUATION REPORT (CER)

**Page 3 of 4**

Name: L████ K██████

**Date of Report: 5-1-00**

8.  **CONCLUSIONS AND RECOMMENDATIONS TO IEP TEAM:**
    (Including eligibility, specially designed instruction, current program, change in programs, and other issues based on the student's individual needs).

    A.  **Statement of eligibility:**
        _x_ this student remains eligible for special education services.

        _ this student is no longer eligible for special education services.

    B.  **Specially designed instruction:**
        _X_    this student requires specially designed instruction to meet their learning needs.

        _    this student does not require specially designed instruction to meet their learning needs.

    C.  **Current Program:** This student is currently enrolled in the
        _Learning_____ support program due to: Borderline Ability

    D.  **Change in Program:**
        _X_    This student does not require a change in program.
        _    This student requires a change in program to meet his/her needs.

    E.  **Other Issues:** _____

## FOR REEVALUATION:

9.  **RECOMMENDATION REGARDING CONTINUED NEED FOR SPECIAL EDUCATION:**

    Yes__x__    No_____

10. **REVIEW OF THE STUDENT'S IEP**
    Instructional activities which have been successful:
    K██████ does best one-on-one. She needs a great deal of individual attention.

    Additional Comment: I am concerned that K██████ has regular attendance and participates in class activities but is not receiving needed support from home inspite of frequent communications. Progress is minimal.

    Recommendations for revision of the IEP:    IEP is appropriate

CONFIDENTIAL: FOR PROFESSIONAL USE ONLY

'DEBSE A-SA-930603



0000200439

*Special Education*
*TRACT*

Referral by MR. Scozzie,
MRS. Moore +
MRS. Chrisman

**NAME:** K█████ L████    **DOB:** ███████

**ADDRESS:** █████████████████████

**SCHOOL:** Strong Vincent    gr. 7 15

1/21/02    Intake – 3:00 PM

1/23/02 _____    **Student to start Sarah Reed Alternative**

_____    **Student has completed Sarah Reed Alternative placement and will be returned to home school**

**ADDITIONAL COMMENTS:**

CER dated 5-15-95

2 yr. Reeval. dated 5-1-00

1130

0000200440

I am requesting that my daughter, K_____ L_____ be transferred to the Erie School District's Alternative Education program I waive All rights to A Hearing.

1/17/02

Denise L_____

114a

0000200441

DIRECTORS
JIM HERDZIK
PRESIDENT
TIM PEARSON
VICE-PRESIDENT
TOM CASEY
JOHN C. HARKINS
RICHARD R. HILINSKI
CASIMIR J. KWITOWSKI
NANCY R. NIELSEN
EVA TUCKER, JR.
SAMUEL L. VONA

# THE SCHOOL DISTRICT OF THE CITY OF ERIE, PA.

148 WEST 21st STREET  •  ERIE, PENNSYLVANIA 16502

PHONE: 814 / 874-6000

FAX: 814 / 874-6132

DR. JAMES E. BARKER
SUPERINTENDENT OF SCHOOLS

LOIS OWENS
SECRETARY

TO: *Sarah Reed Children's Center*
*1020 E. 10 St.*

In compliance with the Family Educational Rights and Privacy Act of 1974 (PL93-380); Pennsylvania MH/MR Act of 1966, and MH procedures act of 1976, I/WE AUTHORIZE RELEASE OF INFORMATION FROM THE RECORDS OF ▓▓▓▓▓▓▓▓

_____
**Name of Pupil**

_____
**Date of Birth**        **Address**                    **Telephone**

INFORMATION TO BE RELEASED:  __MEDICAL;  ✓PSYCHOLOGICAL;  __IEP;
✓PSYCHIATRIC;  ✓SCHOLASTIC;  __CASE WORK;
__SOCIAL HISTORY;  __DUE PROCESS;

OTHER _____

SEND INFORMATION TO:   **Child Study Department - ATTN:** *A Pecoraro*
**School District of the City of Erie**                *Ph. 874-6105*
**148 West 21 Street**
**Erie, PA 16502**

INFORMATION IS TO BE USED BY:  __SCHOOL PSYCHOLOGIST  __HOME/SCHOOL VISITOR
__OTHER *School Staff*
__SCHOOL PLACEMENT;  __OTHER _____

_*1-17-02*_
**Date of Signature(s)**

_____
**Signature of Pupil (over 14)**

X *Denise ▓▓*
**Signature of Parent/Guardian**

This authorization will expire __*ongoing*__ school days of signature(s). It is revocable upon written request by the signer(s) except to the extent action has taken place on the request. This consent will remain active for a reasonable time to accomplish the purpose for which it is given.

*A Pecoraro*    *HSV*                0 0 0 0 2 0 0 4 4 2
**Witness/Title**

Form 1035-PPS-7-81              An Equal Opportunity Employer

**15a**

The Mission of the School District of the City of Erie, the flagship of educational opportunity that charts its course toward individual excellence, is to ensure academic, personal, and vocational success for the individual, with a focus on school-age youth, by using state-of-the-art technology as a catalyst to optimize the delivery of individualized instruction, and to challenge students to realize their potential.

THE SCHOOL DISTRICT OF THE CITY OF ERIE, PA
148 WEST 21ST STREET • 16502
DEPARTMENT OF SPECIAL EDUCATION

# STUDENT ASSIGNMENT INFORMATION

FIRST NOTICE – INITIAL LETTER                    DATE: AUGUST 7, 2001

STUDENT NAME:  P███████, R████               ID#: 963479      DOB: ████████
ADDRESS:  █████████████                         ZIP: ██████
PARENT OR GUARDIAN:
PRESENT ASSIGNMENT:   Emerson Gridley           GRADE:  7 *
NEW ASSIGNMENT:       Strong Vincent • 1330 West 8th St.     PRINCIPAL:  Ms. Woods
PROGRAM:      Learning Support Part Time (68%)   TEACHER:   Ms. Gray
                                                         ( 1101 )

EFFECTIVE DATE:       AUGUST 27, 2001
AUTHORIZED BY:        MRS. MOORE

* NOTE:  The actual grade placement is determined by each school based on passing grades or credits earned.

BUS INFORMATION:

Student does not require transportation.

For further information concerning the bus call 874-6900, Mr. Emch.  For EMTA routes call 452-3515.

LUNCH INFORMATION

Strong Vincent has a hot lunch program.

For further information concerning the new school call 874-6500.

SPECIAL INFORMATION:   ORIGINAL – PARENT
COURTESY COPIES TO:    ❑  Special Education Office
                       ❑  Receiving School
                       ❑  Sending School
                       ☑  Student File
                       ☑  Teacher
                       ❑  Child Study Department
                       ❑  Attendance
                       ❑  Transportation



DEPOSITION EXHIBIT

Scozzie #2

116a

E 000000398

**The School District of the City of Erie, Pa.**

*NOTICE OF RECOMMENDED ASSIGNMENT*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **School**

**Age**

Date. 2/23/01

Name and Address of Parent: Mr. & Mrs.
P█████
█████████

Student's Name: R███ P█████
ID# 963479          SS# ____

Dear Mr. & Mrs. P████

    This letter is a follow-up on the recent IEP meeting and/or your request regarding your child's program of education. This is intended to summarize recommendations or proposed changes with respect to your child's educational program and/or assignment. I hope that you have a full understanding based on the information reviewed at the IEP meeting and other communication with school personnel as an IEP team member.

The assignment recommended for your child is:

Level ___Part-time 68%___ 2% Speech    66% L.S.

LocationStrong Vincent _____

Appropriate Grouping ___Learning support_____

Other_____

This assignment was recommended after a review of the attached options, which were used to assist in identifying the services and programs that will meet your child's needs.

1. ☐ Your child should begin to receive special education options, which were used to assist in identifying the services and programs that will meet your child's needs
2. ☒ Your child's special education placement or services should be changed as noted in the IEP. The school district will proceed with this change unless you notify us within ten days of your written disapproval (the IEP is attached).
3. ☐ Your child is no longer in need of special education. We recommend current special education services be discontinued. The school district will proceed with this change unless you notify us, within ten days, of your written disapproval.
4. ☐ Your child is graduating from high school. All special education services will cease at the end of the current school term.
5. ☐ Your child is not in need of special education and should continue in his/her present assignment.
6. ☐ The school district is refusing your request to initiate or change your child's:

    ☐ Identification            ☐ Evaluation

    ☐ Educational placement     ☐ Provision of Education

Student's Name: _____

    The reason and basis for this refusal are:

7. ☐ Other: _____

Revised 9/2000

171a

School District Superintendent _____ Signature _____ 8-22-01 / Date

You have certain rights which are described in the attached Procedural Safeguards Notice. Please carefully read the information. If you need more information, you may contact:

Name Ray Sullivan _____  Position Supervisor _____  Phone Number 874-6050

**DIRECTIONS FOR PARENTS:** Please check one of the options, sign this form, and return it within 1 0 days to the person listed above.

☐ **I approve** this recommendation
☐ **I do not approve** this recommendation

My reason for **disapproval is:**

_____

I request:

☐ A Prehearing Conference*

☐ Mediation*

☐ Due-process Hearing*

I will need the following accommodations to be made so that I may attend the above

_____

Parent's Signature _____  7-23-01 / Date _____  Daytime Phone

The enclosed Procedural Safeguards Notice provides information on the options listed above.
PDE/BSE - Notice of Recommended Assignment (revised December 1997)

Revised 9/2000

118a

Page F
E 000000400

*OPTIONS CONSIDERED* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **School Age**

**Student's Name** R████ P████

The options considered when recommending placement for your child fall into three categories, as listed on the chart below:

> **\*Appropriate grouping of students** who have learning needs similar to your child, and who are able to benefit from this assignment, given the rate, level, and manner of the instruction to be provided.
> **\*Level of intervention** is the type and amount of special education instruction your child will receive
>
> **\*Location of intervention** is the type of building or facility where special education services will be provided.

In discussing the appropriate program for your child, the options checked below were considered.

## APPROPRIATE GROUPING (Class or Type of Service):

- ☐ Autistic Support Deaf or Hearing
- ☐ Impaired Support
- ☐ Gifted Support
- ☐ Life Skills Support
- ☐ Physical Support

- ☐ Blind or Visually Impaired Support
- ☐ Emotional Support
- ☒ Learning Support
- ☐ Multiple Disabilities Support
- ☒ Speech and Language Support

## LEVEL OF INTERVENTION:

- ☐ Supportive Intervention in the Regular Instructional Environment
- ☐ Supplemental Intervention in the Regular Instructional Environment (Itinerant)
- ☐ Supplemental Intervention in the Resource Instructional Environment
- ☒ Part-time Special Education Class in the Regular School
- ☐ Full-time Special Education Class in the Regular School
- ☐ Full-time Special Education Class Outside of the Regular School

## LOCATION OF INTERVENTION:

- ☒ Regular school which student would attend if not exceptional
- ☐ Alternate regular school as close to the student's home as possible
- ☐ Alternate regular school as close to the student's home as possible
- ☐ Special education public school, such as a special education center
- ☐ Instruction in the home
- ☐ Approved Private School on a day basis
- ☐ Approved Private School on a residential basis



119a

Student's Name R███ R███

Reasons for the recommendations (Include evaluation procedures, reports, and other factors used in making the recommendations):

Psychological evaluation
Past academic performance
Current performance level
Classroom observations

Reasons why the above recommendation is appropriate and why it represents the least restrictive environment in which your child's needs can be met:

The learning support environment offers the opportunity for individualized instruction, small group instruction, adaptations, and modifications in the areas of reading, language arts, and math.

Reasons why the options that were considered, but not recommended, are inappropriate or do not represent the least restrictive environment in which your child's needs can be met:

Current recommendation is the optimum educational program to support academic progress.



*INVITATION TO PARTICIPATE*
*IN THE IEP TEAM MEETING*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **School Age**

Name and Address of Parent: Mr. & Mrs. P̶

**Date:** _____
Student's Name: R̶ P̶
ID#: **963479**  SS#: _____

Dear _____

    Parents must be afforded an opportunity as a member of any group that makes decisions on the special educational placement of their child with a disability. We would like you to participate in
__X__ an individualized education program team meeting
_____ other meeting (specify) _____

    The purpose of this meeting is to:

☐ Discuss the results and recommendations of the multidisciplinary evaluation and make a determination if your child is in need of special education. If it is determined that your child is a child with a disability, an Individualized Education Program (IEP) will be developed at the meeting.
☒ Discuss your child's current IEP to review and revise it as needed.
☐ Develop and/or review a statement of your child's need for transition services. We are inviting your son/daughter to attend this meeting. We are also inviting representative(s) from the following agency or agencies to attend: _____
☐ Other _____

    Parents are strongly encouraged to meaningfully participate as members of their child's IEP team. The team meeting has been scheduled for this location: _____ at the following date and time: _____. If this time, date or location is not convenient, please contact me as soon as possible so we can arrange a time and place which are mutually convenient.

Miss Friedman--Learning support teacher        874-6050           _____
Name and Title                         Phone Number       Date

The following people are expected to attend the meeting for your child:

**NAME** _____

**NAME** Miss Friedman       **ROLE\*** Learning support teacher _____

**NAME** _____       **ROLE\*** _____

**NAME** _____       **ROLE\*** _____

**NAME** _____       **ROLE\*** _____

**NAME** _____       **ROLE\*** _____

**ROLE\*** _____
\* This denotes this person's involvement in your child's IEP development. Examples: regular teacher, local education agency representative, etc.

Revised 9/2000

12/a

If you would like additional personnel from the school district to attend this team meeting, or if you have any questions or comments, please contact me. Further, please be advised that you may bring other people to the meeting who have knowledge or special expertise regarding your child.

Attached to this invitation is a copy of the "Procedural Safeguards Notice" describing your rights and procedural safeguards under State and Federal Law.

We are requesting that you respond to this invitation by checking the appropriate option below, and returning this form to the school district (by mail or in person) as soon as possible.

☐ I will attend the meeting as scheduled.
☐ I will need the following accommodations to be made so that I may attend the meeting

☐ I will not attend the meeting.
☐ I wish to attend the meeting, but this time and/or location is not cnvenient.
    Please contact me to make alternative arrangements.

_____                    7-23-___
Parent Signature                                 Date

Please return to:

Name: _Miss Friedman___

Address 148 W. 21 Street

R _____ T _____ √ _____

The School District City of Erie, Pa

## *INDIVIDUALIZED EDUCATION PROGRAM (IEP)*

*Form*
**School Age**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ID# 963479 _____
S.S.# _____

IEP Team Meeting Date 7-23-01

Student Name: Re___ P___

DOB _____

Age _____

Parent Name: Mr. & Mrs. P___

Grade 7

Address _____

Phone (H) _____
(W) _____
School Year: 2001-02

School District: Erie City School District _____

Anticipated Year of Graduation: _____

County of Residence: Erie
Other Information: _____

**IEP TEAM/SIGNATURES\*** The Individualized Education Program (IEP) Team makes the decisions about the student's program and placement. The student's Parent(s), the student's regular teacher and a representative from the local education agency are required members of this team. A regular education teacher must also be included if the student participates, or may participate in, regular education. Signature on this IEP documents attendance, and not agreement.

| NAME (typed or printed) | POSITION (typed or printed) | SIGNATURE\* |
|---|---|---|
| | Parent | Ric D ω P___ |
| | Parent | |
| | Student\* | |
| Robert Lensberg | Regular Education Teacher | Ris? Ross |
| Sara Friedman | Special Education Teacher | Sara Friedman |
| Charlee Moore | Local Ed. Agency Rep. (Chair) | Charlee Moore |
| Robert Kitchen Reg. Ed. | ~~Vocational-Technical Rep.\*\*~~ | X Robert Kitchen |
| | Community Agency Rep.\*\*\* | |
| Renee Woods | Speech Therapist | Renee Woods |

\*The IEP team must invite the student if transition services are being planned or if the parents choose to have the student participate.
\*\* Must be present if a Vocational Technical program *is being considered.*
\* \* As determined by the IEP Team Chairperson.

## PROCEDURAL SAFEGUARDS NOTICE

I have received a copy of the Procedural Safeguards Notice. The District has informed me whom to contact if I need more information

Signature: Ric D ω P___

Date Received: 7-23-c1

123a

Student Name: R█████ P███████

**I.    Special Considerations The IEP Team Must Address Before Developing The IEP**

**A.    Is the Student Blind or Visually Impaired**

   __X__ No

   _____ Yes – Team must provide for instruction in Braille and the use of Braille unless the IEP Team determines, after an evaluation of the child's reading and writing skills, needs and appropriate reading and writing media (including an evaluation of the child's future needs for instruction in Braille or the use of Braille). That instruction in Braille or the use of Braille is not appropriate.

**B.    Is the Student Deaf or Hearing Impaired?**

   __X__ No

   _____ Yes - Team must consider the child's language and communication needs, opportunities for direct communication with peers and personnel in the child's language and communication mode academic level, and full range of needs including opportunities for direct instruction in the child's language and communication mode in the development of the IEP.

**C.    Does the Student Exhibit Behaviors that Impede His/Her Learning or That of Others?**

   __X__ No

   _____ Yes - Team must consider strategies including positive behavioral interventions, strategies and supports to address that behavior.

**D.    Does the Student Have Limited English Proficiency?**

   __X__ No

   _____ Yes - Team must consider the language needs of the student as those needs related to the child's IEP.

**E.    Does the Student Have Communication Needs?**

   _____ No

   __X__ Yes - Team must consider the communication needs of the student in the development of the IEP.

**F.    Does the Student Require Assistive Technology Device and Services?**

   __X__ No

   _____ Yes - Team must consider the student's assistive technology needs in the development of the IEP.

**G. Does the Student Need Transition Services?**

   1.      Will the Student be 14 Years of Age or Older Within the Duration of this IEP?

      __X__ No – Not necessary to complete Section III

      _____ Yes - Team must address the student's course of study and how it applies to components of the IEP.

      STUDENT'S COURSE OF STUDY: _____

   2.      Will the Student be 16 Years of Age or Older Within the Duration of this IEP or is the Student Younger and in Need of Transition Services as Determined by the IEP Team?

      __X__ No – Not necessary to complete Section III

      _____ Yes - Team must address and complete Section III

**H. Is the Student Within Three (3) Years of Graduation?**

   __X__ No - Go to Section 11

   _____ Yes - Team must address graduation plan (next page).



Student Name: R████ P██████

**Plan for Completion of Necessary Credits for Graduation:**
Eligibility for graduation will be based upon:
☒ Option A – Completion of IEP goals and objectives (Should be linked to
                                                                    or
☐ Option B – Completion of school district
  If you choose Option B, choose one of the following:
  ☐ Course Requirements (attach a list of courses)
           or
  ☐ Assessment, Independent study, student project, other educational experiences

I.    PRESENT LEVELS OF EDUCATION PERFORMANCE

 A.  SUMMARY OF PERFORMANCE IN THE CUTRRENT EDUCATIONAL PROGRAM:
R███ is returning to the Erie School District from Arizona. She will be entering 7th grade at Strong
Vincent. Her results from the Woodcock Johnson from March of 2001 are as follows: Broad reading, G.
E. 3-5; Broad math, G.E. 4-2; Broad knowledge, G.E. 1-8; and broad written language, G.E. 3-2.

 B.  STRENGTHS:
R████ is a shy girl and enjoys talking to the girls.

 C.  NEEDS:
R████ is in need of specially designed instruction in the areas of reading, language arts, and math. She
needs to be screened for speech.

 D.  THE CHILD'S DISABILITY AFFECTS INVOLVEMENT AND PROGRESS IN GENERL
EDUCATION URRICULUM IN THE FOLLOWING WAYS:
   Due to the students disability, the student could not adequately meet success in the regular
education curriculum in the areas of reading, language arts, and math.



Student Name: R████ R████

I.      TRANSITION PLANNING
Person(s) responsible for coordinating transition activities:
_____

A.          **DESIRED POST-SCHOOL OUTCOMES: Define and project the desired post-school outcomes as identified by the student, parent and IEP team for these areas: Post Secondary Education/Training, Employment, or Community Living. State how they will be provided or explain why they are not needed.**

1. _____     Post Secondary Education/Training:

2. _____     Employment:

3. _____         Community Living:
   a) Residential:
   _____

   b) Recreation/Leisure:
   _____

A.          **INSTRUCTIONAL AREAS NEEDED TO SUPPORT DESIRED POST-SCHOOL OUTCOMES:**
The instructional areas should support the desired post-school outcomes. The instructional areas checked "Yes" below, should appear in the IEP as annual goals, short-term instructional objectives or benchmarks, and/or specially designed instruction. Indicate whether or not the student needs transition services in the instructional areas listed below.

Instruction (Academic and/or Community based):      _____ Yes _____ No
_____

Community-based Experiences:  _____ Yes _____ No
_____

**ADDITIONAL INSTRUCTIONAL AREAS/ACTIVITIES NEEDED TO SUPPORT DESIRED POST-SCHOOL OUTCOMES:** may include, but are not limited to:

| | | |
|---|---|---|
| Acquisition of Daily Living Skills | _____ Yes _____ No | * If the student is attending an approved vocational-technical program at an AVTS or school district, the title of the program, including classification of instructional program (CIP) title, a six-digit code must be listed: _____ |
| Functional Vocational Evaluation | _____ Yes _____ No | |
| Career Education | _____ Yes _____ No | |
| Work-based Learning | _____ Yes _____ No | |
| Vocational-Technical Education* | _____ Yes _____ No | |
| Other: _____ | _____ Yes _____ No | |

ldba

Student Name: R_____ P_____

**B.**        LINKAGES
Agencies which may provide services/support (before the student leaves the school setting):

Agency Name _____                          Phone Number _____

Responsibilities/Linkages:_____

Agency Name _____                          Phone Number _____

Responsibilities/Linkages:_____

Agency Name _____                          Phone Number _____

Responsibilities/Linkages:_____

187a

Student Name: R███████ P████████

I.      GOALS AND OBJECTIVES: (Use as many copies of this page as needed to plan appropriately for the student)
        A. MEASURABLE ANNUAL GOAL:
           Will improve language arts skills.

   B.         SHORT-TERM INSTRUCTIONAL OBJECTIVES OR BENCHMARKS:

     1.   Objective/Benchmark:
          Sustain a single viewpoint using well developed ideas and details in logical or sequential order.

          • ¨  Expected Level of Achievement – 80%
          •    Evaluation Schedule – Ongoing
          •    Method of Evaluation – Teacher made materials.
          •    Specially Designed – Small group instruction.

     1.   Objective/Benchmark:
          Identify and name the basic parts of speech in a sentence.

          •    Expected Level of Achievement – 80%
          •    Evaluation Schedule – Ongoing
          •    Method of Evaluation – Teacher made materials and tests.
          •    Specially Designed – Small group instruction.

     1.   Objective/Benchmark:
          Correct use of grammar, capitalization, and punctuation in a sentence.

          •    Expected Level of Achievement – 80%
          •    Evaluation Schedule – Ongoing
          •    Method of Evaluation – Teacher made materials and tests and portfolios.
          •    Specially Designed – Small group instruction and daily journal exercises.



E 000000410

Student Name: R██████ F███████

I.     GOALS AND OBJECTIVES: (Use as many copies of this page as needed to plan appropriately for the student)
       A. MEASURABLE ANNUAL GOAL:
          Will increase reading skills.

       B.          SHORT-TERM INSTRUCTIONAL OBJECTIVES OR BENCHMARKS:

          1.   Objective/Benchmark:
               Orally read stories with fluencies.

               •   Expected Level of Achievement – 80%
               •   Evaluation Schedule – Ongoing
               •   Method of Evaluation – Quarterly report cards and weekly oral reading
               •   Specially Designed – Small group instruction

          1.   Objective/Benchmark:
               Answer comprehension questions, state the main idea, predict outcomes, draw conclusions, and sequence events from stories read.

               •   Expected Level of Achievement – 80%
               •   Evaluation Schedule – Ongoing
               •   Method of Evaluation – Quarterly report cards
               •   Specially Designed – Small group instruction

          1.   Objective/Benchmark:
               Master basic sight words and blend sounds to decode new words.

               •   Expected Level of Achievement – 80%
               •   Evaluation Schedule – Ongoing
               •   Method of Evaluation – Quarterly report cards and weekly oral reading
               •   Specially Designed – Small group instruction



Student Name: R____ P____

**IV. GOALS AND OBJECTIVES:** (Use as many copies of this page as needed to plan appropriately for the student)

    **A.**    **MEASURABLE ANNUAL GOAL:**

R____ will improve language comprehension and expressive language skills consistently within the school setting.

    **B.**    **SHORT-TERM INSTRUCTIONAL OBJECTIVES OR BENCHMARKS:**

    **1) Objective/Benchmark:**

R____ will improve vocabulary through; defining/describing analogies, inferences sentence completion activities.

Expected Level of Achievement - 80% accuracy

Evaluation Schedule – monthly

Method of Evaluation - teacher/therapist observation log reports pre/post test comparison

Specially Designed - Small group instruction modeling cueing repetition of task

    **2) Objective/Benchmark:**

R____ will improve expressive language skills through reasoning and problem-solving activities, as well as answering Wh-questions()

Expected Level of Achievement – 80% accuracy

Evaluation Schedule – teacher/therapist observation;

Method of Evaluation - Small group instruction modeling cueing, repetition of task

Specially Designed -

    **3) Objective/Benchmark:**

R____ will improve sentence structure and grammar rules

Expected Level of Achievement – ongoing

Evaluation Schedule – teacher/therapist observation; teacher made materials

Method of Evaluation – 80%

Specially Designed - Small group instruction modeling cueing repetition of task

Student Name: R_____ P_____

I.    GOALS AND OBJECTIVES: (Use as many copies of this page as needed to plan appropriately for the student)

    A.  MEASURABLE  ANNUAL  GOAL:
        Will improve math skills.

    B.        SHORT-TERM  INSTRUCTIONAL  OBJECTIVES  OR  BENCHMARKS:

        1.  Objective/Benchmark:
            Add and subtract two numbers with regrouping.

            • Expected Level of Achievement – 80 %
            • Evaluation Schedule – Ongoing
            • Method of Evaluation – Quarterly report cards
            • Specially Designed – Small group instruction, teacher made materials and tests, and hands-on manipulatives.

        1.  Objective/Benchmark:
            Correctly tell time to the minute, identify coins and their values, count out the correct amount of money needed to purchase an item and give correct change, and solve problems involving measurement.

            • Expected Level of Achievement – 80%
            • Evaluation Schedule – Ongoing
            • Method of Evaluation – Quarterly report cards
            • Specially Designed – Small group instruction, teacher made materials and tests, and hands-on manipulatives.

        1.  Objective/Benchmark:
            Improve basic multiplication facts 0-10, identify that division is the opposite of multiplication., and divide simple 1-digit problems.

            • Expected Level of Achievement – 80%
            • Evaluation Schedule – Ongoing
            • Method of Evaluation – Quarterly report cards
            • Specially Designed – Small group instruction, teacher made materials and tests, and hands-on manipulatives.

131a

Student Name: R█████ P█████

I.    SPECIAL EDUCATION, RELATED SERVICES AND SUPPLEMENTARY AIDS AND SERVICES

    A.  PROGRAM MODIFICATIONS AND SPECIALLY DESIGNED INSTRUCTION: (Specially designed instruction may be listed with the goals and objectives)

    B.  RELATED SERVICES:
        Transportation: _____

List the services that the student needs in order to benefit from or access his/her program:

| Service | Location | Projected* Beginning Date | Frequency | Anticipated* Duration |
|---------|----------|---------------------------|-----------|------------------------|
| Psychological | ESD | 07/01 | As needed or every 2 years | 1 year |
| | | | | |
| Nursing | ESD | 07/01 | As prescribed by a doctor | 1 year |
| Speech | ESD | 07/01 | 1 x weekly | 1 year |

\* If differs from IEP beginning and duration dates.

    C.  SUPPORTS FOR SCHOOL PERSONNEL:
        Collaboration with regular education teacher. _____

    D.  EXTENDED SCHOOL YEAR: – IEP team has considered and discussed with a determination made for every child. This has been considered, but not recommended.

    E.  IEP TEAM HAS CONSIDERED, IF APPROPRIATE, THE STUDENT'S NEEDS FOR:

        Adaptive Physical Education _____
        Enrichment and Advancement _____

1320

Student Name: R____ P____

**I.   LEAST RESTRICTIVE ENVIRONMENT (LRE)**
**A.  PARTICIPATION IN STATE AND DISTRICT-WIDE ASDSESSMENTS:**
☐ Student will participate in State and district-wide assessments without accommodations.

Or

☒ Student will participate in State and district-wide assessments with the following accommodations:

|  | List the accommodations to be used: |
|---|---|
| PSSA Reading (administered in grades 5, 8, and 11) | |
| PSSA Math (administered in grades 5, 8, and 11) | |
| PSSA Writing (administered in grades 6 and 9) | |
| District-wide | Student will take test at appropriate reading level. |

*For Pennsylvania System of School Assessment (PSSA) see the Coordinators Handbook for allowable accomodations.

or

☐ Students will not participate in State and district-wife assessment because:
_____

*Educational progress of the student will be assessed through the following alternate method(s): -*
_____

**A.  EXPLANATION OF THE EXTENT, IF ANY, THE STUDENT WIL NOT PARTICIPATE WITH CHILDREN WITHOUT DISABILITIES IN THE REGULAR CLASS, AND IN THE GENERAL EDUCATION CURRICULUM:**
Modifications are necessary for the student to achieve educational and social development goals. Learning support services provide the most appropriate program to enhance educational success.

**B.  PLACEMENT:**

Appropriate Grouping: Learning support
Level of Intervention: Part-time 68%
Location of Intervention: Strong-Vincent



Student Name: R███ P█████

## VII. DATES

    **A.**         Projected Date when Services and Programs Will Begin: ___7 / 23 / 0 1___
                                                                  Mo   Day   Yr

    **B.**         Anticipated Duration of Services and Programs: ___7 / 23 / 0 2___
                                                                  Mo   Day   Yr

## VIII. EXIT CRITERIA:

These are the criteria which will be used to determine when a student is no longer in need of special education services.

**DECISION POINTS** (Check one):
- ☒ No longer requires specially designed instruction
- ☐ No longer of school
- ☐ Met designated requirements as specified in graduation plan
- ☐ Other (specify)

134a

Student Name: R███ ███

IEP Date: 7██/01

## Report of Progress on Annual Goals

**Annual Goal:** R███ will improve language comprehension consistently within the school setting

Progress Report:

**1st Quarter:** R███ is completing fill-in-the-blank statements with 72% accuracy.

**2nd Quarter:** R███ is completing analogies with 66% accuracy. R███ names items/objects from verbal description with 70% accuracy.

**3rd Quarter:** R███ completes analogies with 80% accuracy. She names items/objects from verbal description with 75 - 80% accuracy.

**4th Quarter:** R███ has been either absent or sleeping when therapist is at school. She has made minimal progress this quarter; However, she has retained what she's already learned.

**Annual Goal:** R███ will improve expressive language skills consistently within the school setting

Progress Report:

**1st Quarter:** R███ answers how questions with 65% accuracy.

**2nd Quarter:** R███ makes sentences using target vocabulary with 75% accuracy.

**3rd Quarter:** R███ is using target vocabulary to make sentences 80 - 90% of the time

**4th Quarter:** R███ has either been sleeping or absent most of this quarter. Progress is minimal R███ has retained what she's already learned.

135a

E 000000417

# IEP REVISION / REVIEW

Student's Name: K_____ L_____                    Date: 1-17-02

DOB: _____    School: _Strong Vincent_    Teacher: _Ms Scully_

Program: _LS_    Current IEP date: _8-29-2001_

Purpose for meeting:  Review of goals and objectives ☐    Change in percentage, ie., RRLS to PTLS ☐

Change from _SV_ to _SRCC_ Manifestation Determination ☐    Behavior Support Plan or Adjustment ☐   Other ☐ _____

**MEASURABLE ANNUAL GOAL:** Identify appropriate solutions to interpersonal and self-related problem behaviors.

**SHORT-TERM INSTRUCTIONAL OBJECTIVES OR BENCHMARKS:**

**OBJECTIVE / BENCHMARK:** Develop consistent patterns of appropriate behavior through a program of therapeutic behavior support.

- **EXPECTED LEVEL OF ACHIEVEMENT** – a performance level system is used to increase expectations and responsibilities.

- **EVALUATION SCHEDULE** – daily and weekly

- **METHOD OF EVALUATION** – daily observations; charting of progress towards goals is communicated to the student as well as to the parents

- **SPECIALLY DESIGNED INSTRUCTION** – Consistent participation in social skills training and in counseling program as well as medication management. An individualized intervention plan will be developed in conjunction with IEP goals and objectives. Transition activities for the return to the home school are planned and carried out with a multidisciplinary team approach.

Signatures:✕ Parent _Denise L_____

✕ Classroom Teacher _Melissa Vallimont_

✕ Special Education Teacher _Miss Gray_

✕ Principal _Linda A. Cappabianca_

Other _____

Other _____

Department of Pupil Learner Services
## Child Study Office

# Request For Home-School Visitor Service

Student ID # _943020_

Name of Child _K▮▮▮ L▮▮_      Birthdate _▮▮▮_

Lives with _Denise L▮_    Address _▮▮▮_
(Name, Relationship)

Phone _▮▮▮_    Present School, Grade _Jr. V. 7 LS_   Regular ☐ / Special ☒

Date of Request _____    Principal's Signature _____

PROBLEM/REASON FOR REFERRAL:     _W F_

_Referral for Sarah Reed_
_by Marlene / Frank_

---

Date received in Child Study _____    Assigned to: _Pecoraro_

REPORT OF HOME-SCHOOL VISITOR:

1-16-02 Contact with parent. She will come to Child Study 1/17/02 at 2:30 PM.

1-17-02 Parent came to Child Study Forms signed

Matt will call with an Intake time

1-18- Intake is 1/21/02 - Monday at 3:00 PM. She begins the program on Wednesday 1/23/02.

Form 434-PLS-8-78

132a

E 000000743

I am requesting that my daughter, K████ L███ be transferred to the Erie School District's Alternative Education program. I waive all rights to a Hearing.

1/17/02

Denise ████

1380

# IEP REVISION / REVIEW

Student's Name: _K_____ _L_____    Date: _1-17-02_

DOB: _____    School: _Strong Vincent_    Teacher: _Ms Scully_

Program: _LS_    Current IEP date: _8-29-2001_

Purpose for meeting:  Review of goals and objectives ☐    Change in percentage, ie., RRLS to PTLS ☐

Change from _SV_ to _SRCC_ Manifestation Determination ☐    Behavior Support Plan or Adjustment ☐    Other ☐ _____

**MEASURABLE ANNUAL GOAL:**  Identify appropriate solutions to interpersonal and self-related problem behaviors.

**SHORT-TERM INSTRUCTIONAL OBJECTIVES OR BENCHMARKS:**

**OBJECTIVE / BENCHMARK:** Develop consistent patterns of appropriate behavior through a program of therapeutic behavior support.

- **EXPECTED LEVEL OF ACHIEVEMENT** – a performance level system is used to increase expectations and responsibilities.

- **EVALUATION SCHEDULE** – daily and weekly

- **METHOD OF EVALUATION** – daily observations; charting of progress towards goals is communicated to the student as well as to the parents

- **SPECIALLY DESIGNED INSTRUCTION** – Consistent participation in social skills training and in counseling program as well as medication management. An individualized intervention plan will be developed in conjunction with IEP goals and objectives. Transition activities for the return to the home school are planned and carried out with a multidisciplinary team approach.

Signatures: Parent _Denise L_____

Classroom Teacher _Melissa Vallimont_

Special Education Teacher _Miss Gray_

Principal _Linda A. Cappabianca_

Other

Other    _139a_

RECEIVED
FEB 01 2002
ERIE SCHOOL DISTRICT
SPECIAL ED. DEPT.

Copies:    White – Pupils School File    Yellow – Parent or Guardian    Pink – Teacher    Gold - other

E 000000818

The School District of the City of Erie, Pa.

# NOTICE OF RECOMMENDED *EDUCATIONAL* EVALUATION PLACEMENT
**School Age**

Date: _1-17-02_

Name and Address of Parent: _Denise L_ ▓▓▓▓▓

Student's Name: _K_ ▓▓▓▓▓ _L_

I.D. #: _943020_

S.S. #: _____

Dear

    This notice summarizes recommendations for your child's education program.

This notice is to be given to the parent of a child with a disability a reasonable time before the school district proposes to initiate or change, or refuses to initiate or change the identification, evaluation or educational placement of the child or the provision of a free appropriate public education to the child.

**1. Action proposed or refused:**
_Sarah Reed Therapeutic Program for psychological/psychiatric evaluation + possible intervention._

**2. Why the action is proposed or refused:**
_Student's current high degree and intensity of stress as recorded by parents, student and the Erie School District Staff. Intensity + frequency of therapeutic intervention exceed that which can be delivered in the regular school setting._

**3. A. Description of any other options that were considered:**
_none_

    **B. Reasons why these options were rejected:**
_N/A_

**4. Evaluation procedure(s), test(s), record(s) or report(s) used as a basis for the proposed action or action refused:**
_1. Verbal sharing at discharge summary from Brata Health Millcreek Comm_
_2. Information provided by the student, parent, ESD staff including Mental Health staff._

**5. Other factor(s) relevant to proposal or refusal:**
_N/A_

The educational placement recommended for your child is: _140a_
Appropriate Grouping: _DTLS_
Level (%): _68%_
Location: _____
Other: _Therapeutic Support at Sarah Reed's Children's Center_ 000000819

Student Name: ~~K____ L____~~

*Notice of Recommended Educational Placement*

Page 2

_____

_____

_____

_____

_____

School District Superintendent                    Signature                    Date

You have certain rights and protections under law that is described in a document titled **Procedural Safeguards Notice**. If you need more information or want a copy of the **Procedural Safeguards Notice**, you may contact:

C. Moore _____    _____ Supervisor _____    874-6050
             Name                        Position                    Phone Number

**DIRECTIONS FOR PARENTS**: Please check one of the options, sign this form, and return it within **10 days** to the person listed above.

☑    **I approve** this recommendation

☐    **I do not approve** this recommendation

My reason for **disapproval is**:

_____

I request:

☐    A Pre-hearing Conference

☐    Mediation

☐    Due-process Hearing

I will need the following accommodations to be made so that I may attend the above.

_____

~~Denise L____~~                    1/17/02                    _____
Parent's Signature                    Date                    Daytime Phone

Revised 9/2001

191a

Special Education
TRACT

Referral by MR. Scozzie,
MRS. Moore +
MRS. Chrisman

NAME: K____ L____          DOB: _____

ADDRESS: _____

SCHOOL: Strong Vincent    gr. 7 / 5

1/21/02       Intake — 3:00 Pm

1/23/02 _____ **Student to start Sarah Reed Alternative**

_____ **Student has completed Sarah Reed Alternative placement and will be returned to home school**

## ADDITIONAL COMMENTS:

CER dated 5-15-95

2 yr. Reeval. dated 5-1-00

142a

E 000000821

The School District of the City of Erie, Pa.

## NOTICE OF RECOMMENDED ~~EDUCATIONAL EVALUATION~~ PLACEMENT
**School Age**

Date: 1-17-02

Name and Address of Parent: Denise L█████ █████████

Student's Name: K█████ L███

I.D. #: 943020

S.S. #: _____

Dear

This notice summarizes recommendations for your child's education program.

This notice is to be given to the parent of a child with a disability a reasonable time before the school district proposes to initiate or change, or refuses to initiate or change the identification, evaluation or educational placement of the child or the provision of a free appropriate public education to the child.

1. **Action proposed or refused:** Sarah Reed Therapeutic Program for psychological/psychiatric evaluation + possible intervention.

2. **Why the action is proposed or refused:** 1. Student's current high degree and intensity of stress as recorded by parents, student and the Erie School District Staff. 2. Intensity + frequency of therapeutic intervention exceed that which can be delivered in the regular school setting.

3. **A. Description of any other options that were considered:** None

   **B. Reasons why these options were rejected:** N/A

4. **Evaluation procedure(s), test(s), record(s) or report(s) used as a basis for the proposed action or action refused:** 1. Verbal sharing at discharge summary from Behavior Health Millcreek Com 2. Information provided by the student, parent, ESD staff including Mental Health staff.

5. **Other factor(s) relevant to proposal or refusal:** N/A

The educational placement recommended for your child is: **143a**   0000003419

Appropriate Grouping: OTLS

Level (%): 68%

Location:

Other: Therapeutic Support at Sarah Reed's Children's Center

Student Name: K̶̶̶̶̶̶̶̶̶ ̶̶̶̶̶̶̶

Page 2

*Notice of Recommended Educational Placement*

_____
_____
_____
_____

_____    _____    _____
School District Superintendent            Signature                        Date

You have certain rights and protections under law that is described in a document titled **Procedural Safeguards Notice**. If you need more information or want a copy of the **Procedural Safeguards Notice**, you may contact:

C. Moore.                          Supervisor                   874-6057
_____    _____    _____
              Name                              Position                  Phone Number

**DIRECTIONS FOR PARENTS:** Please check one of the options, sign this form, and return it within **10 days** to the person listed above.

   ☒   I approve this recommendation

   ☐   I do not approve this recommendation

      My reason for disapproval is:

_____


I request:

   ☐   A Pre-hearing Conference

   ☐   Mediation

   ☐   Due-process Hearing

I will need the following accommodations to be made so that I may attend the above.

_____

*Denise* ▓▓▓                 1/17/02                  _____
       Parent's Signature                      Date                  Daytime Phone

149a

# *MEMO* ⁎ School District of the City of Erie, PA

**TO:**         Mr. Frank Scozzie – Assistant to the Superintendent
                    Mrs. Charlise Moore -  Supervisor, Special Education
                    Mrs. Marlene Chrisman – Supervisor, Special Education

**FROM:**     Mrs. Audrey Pecoraro, Home/School Visitor

**SUBJECT:**   **PLACEMENT OF K███████ L███ AT SARAH REED CHILDREN'S CENTER**

**DATE:**       January 17, 2002

     K███ L███ DOB ████, referred to Sarah Reed, Behavior Modification Program, Special Education Tract, from Strong Vincent High School, Grade 7 LS, is scheduled for the intake process at Sarah Reed on Monday, January 21, 2002 at 3:00 P.M.  She will begin the program on Wednesday, January 23, 2002.

AP:cc



145a

E 000000742

The School District of the City of Erie, Pa.

# NOTICE OF RECOMMENDED ~~EVALUATION~~ PLACEMENT
_EDUCATIONAL_

**School Age**

Date: _11/5/02_

Name and Address of Parent: _Dallice_

Student's Name: _____     I.D. #: _____

S.S. #: _____

Dear _____

This notice summarizes recommendations for your child's education program.

This notice is to be given to the parent of a child with a disability a reasonable time before the school district proposes to initiate or change, or refuses to initiate or change the identification, evaluation or educational placement of the child or the provision of a free appropriate public education to the child.

1. Action proposed or refused: _Temporary in home IEP  5 days  Pending 22nd Jan_

2. Why the action is proposed or refused: _Most appropriate placement at this time_

3. A. Description of any other options that were considered:

   B. Reasons why these options were rejected:

4. Evaluation procedure(s), test(s), record(s) or report(s) used as a basis for the proposed action or action refused:

5. Other factor(s) relevant to proposal or refusal:

DEPOSITION EXHIBIT

The educational placement recommended for your child is:
Appropriate Grouping: _____
Level (%): _____     _Moore #2_
Location: _____ _to  Temporary in home IEP_
Other: _____

Revised 9/2001     _196a_     0000003400     Page

Student Name: _____ K_____ _____

*Notice of Recommended Educational Placement*                                    Page

_____ Tennessee __ Law __ IEP __ & __ Day _____

_____

_____

| School District Superintendent | Signature | Date |

You have certain rights and protections under law that is described in a document titled **Procedural Safeguards Notice**. If you need more information or want a copy of the **Procedural Safeguards Notice**, you may contact:

| Mrs. Mark | Supervisor | 724-7060 |
|-----------|------------|----------|
| Name | Position | Phone Number |

**DIRECTIONS FOR PARENTS:** Please check one of the options, sign this form, and return it within **10 days** to the person listed above.

- ☑ I approve this recommendation
- ☐ I do not approve this recommendation

    My reason for disapproval is:

    _____

    _____

I request:

- ☐ A Pre-hearing Conference
- ☐ Mediation
- ☐ Due-process Hearing

I will need the following accommodations to be made so that I may attend the above.

_____

| Parent's Signature | Date | Daytime Phone |

Revised 9/2001

147a

000003401

Page

— See Marlene —

# Memo

The School District of the City of Erie, Pa.
**CHARLISE MOORE,** *Supervisor*
*Special Education Department*

— Jan-14 + Jan 22:

In. Home IEP – 5 Days

R...479
11-14-88        — R████ P████         Speech



959800

O████         A  L

Phone
Address —

First FR

See Marlene for
SR Partial Placement
Monday 1/14/02

6502

1482a

# IEP REVISION / REVIEW

Student's Name: ~~R___ P___~~      Date: 1-18-02

DOB: ~~_____~~   School: _Strong Vincent_    Teacher: Ms. Gray

Program: _Learning Support_      Current IEP date: 7-23-01

Purpose for meeting: Review of goals and objectives ❑    Change in percentage, ie., RRLS to PTLS ❑

Change from _SV_ to _SECC_ Manifestation Determination ❑    Behavior Support Plan or Adjustment ❑   Other ❑ _____

**MEASURABLE ANNUAL GOAL:** Identify appropriate solutions to interpersonal and self-related problem behaviors.

**SHORT-TERM INSTRUCTIONAL OBJECTIVES OR BENCHMARKS:**

**OBJECTIVE / BENCHMARK:** Develop consistent patterns of appropriate behavior through a program of therapeutic behavior support.

- **EXPECTED LEVEL OF ACHIEVEMENT** – a performance <u>level system</u> is used to increase expectations and responsibilities.

- **EVALUATION SCHEDULE** – daily and weekly

- **METHOD OF EVALUATION** – daily observations; charting of progress towards goals is communicated to the student as well as to the parents

- **SPECIALLY DESIGNED INSTRUCTION** — Consistent participation in social skills training and in counseling program as well as medication management. An individualized intervention plan will be developed in conjunction with IEP goals and objectives. Transition activities for the return to the home school are planned and carried out with a multidisciplinary team approach.

DEPOSITION EXHIBIT

Moore #1

Signatures:   Parent _~~Shelley~~_

Classroom Teacher _____

Special Education Teacher _Mrs. Gray_

Principal _Anna M. Cappabianca_

Other _____

Other _____

RECEIVED
FEB 01 2002
ERIE SCHOOL DISTRICT
SPECIAL ED. DEPT.

Copies:   White – Pupils School File    Yellow – Parent or Guardian    Pink – Teacher   Gold - other

149a

E 000000419

The School District of the City of Erie, Pa.

# NOTICE OF RECOMMENDED EDUCATIONAL EVALUATION PLACEMENT
school Age

Name and Address of Parent: _Mr.&Mrs Richard R_____    Date: _____

Student's Name: _R_____ R_____    I.D. #: _963479_

S.S. #: _____

Dear

This notice summarizes recommendations for your child's education program.

This notice is to be given to the parent of a child with a disability a reasonable time before the school district proposes to initiate or change, or refuses to initiate or change the identification, evaluation or educational placement of the child or the provision of a free appropriate public education to the child.

1. **Action proposed or refused:**
   _Sarah Reed Therapeutic Program for psychological/psychiatric evaluation and possible interventions._

2. **Why the action is proposed or refused:**
   _Student's current high degree of intensity of stress as reported by the parents, student + Erie School District Staff. Intensity + frequency of therapeutic interventions exceed that which can be delivered in the regular school setting._

3. A. **Description of any other options that were considered:**
   _none_

   B. **Reasons why these options were rejected:** _NA_

4. **Evaluation procedure(s), test(s), record(s) or report(s) used as a basis for the proposed action or action refused:**
   _Information provided by the student, parents, ESD Staff including Mental Health Staff_

5. **Other factor(s) relevant to proposal or refusal:**
   _NA_

The educational placement recommended for your child is:
Appropriate Grouping: _PTLS_
Level (%): _68%_
Location:
Other: _Therapeutic Support at Sarah Reed's Children's Center_

Revised 9/2001

E 000000420

150a