IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Richard P., by and for **R.P.**, and Denise L., by and for **K.L.**,<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>**SCHOOL DISTRICT OF THE CITY OF ERIE, PENNSYLVANIA; JANET WOODS**, Individually and in her Capacity as Principal of Strong Vincent High School; and **LINDA L. CAPPABIANCA**, Individually and in her Capacity as Assistant Principal of Strong Vincent High School,<br><br>　　　　Defendants | Civil Action No. 03-390 Erie<br><br><br><br>**JURY TRIAL DEMANDED** |

**ORDER**

AND NOW this 30th day of September, 2005, defendants' Motion for Modification of Order Sealing Records is hereby GRANTED. The Order of Court of September 20, 2001 placing under seal Plaintiffs' Supplemental Pretrial Statement, including the reports of Stephen P. Schachner, Ph.D., is hereby modified. Defendants are hereby granted leave to provide copies of the reports of Stephen P. Schachner, Ph.D. to representatives of Sarah Reed Children's Center for review and comment.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Sean J. McLaughlin
　　　　　　　　　　　　　　　　　　　　United States District Judge

# 634698