IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD P. by and for | ) | No. 03-390 Erie |
| RACHEL P. and DENISE L. by | ) | |
| and for KRISTINA L., | ) | |
| | ) | Electronically Filed |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **Jury Trial Demanded** |
| | ) | |
| SCHOOL DISTRICT OF THE CITY | ) | |
| OF ERIE, et al | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER OF COURT**

IN ERIE, this the ____ day of _____, 2005, upon the foregoing Motion, it is hereby Ordered that Plaintiffs are permitted to file their Second Amended Complaint. Defendants shall respond within twenty (20) days.

_____
U.S. District Court Judge