School District of the City of Erie, PA
Department of Pupil Personnel Services
Office of Child Study                           (814) 874-6100

## COMPREHENSIVE EVALUATION REPORT (CER)

[ ] **Initial Referral**                    **Speech Therapy** __Yes  _x_ No
[ x ] **Reevaluation** (Two Year Review)

**STUDENT NAME:** L▓▓ K▓▓▓              **DATE OF REPORT:** 5-1-00

**SCHOOL DISTRICT:** City of Erie, PA       **STUDENT I.D.#:** 943020

**SCHOOL:** McKinley                        **GRADE:** 5

**STUDENT BIRTH DATE:** ▓▓▓▓

**CURRENT EDUCATIONAL PROGRAM:** RR Learning Support

**OTHER DEMOGRAPHIC DATA, AS NEEDED:**

**STUDENT ADDRESS:** ▓▓▓▓▓▓       **PARENT NAME:** Ms. Denise L▓▓

**PHONE NO:** ▓▓▓▓                **TEACHER NAME:** Patricia Munz

**REASON(S) FOR REFERRAL:** Reevaluation as required by Pennsylvania Standards and Regulations (342.25 and Chapter 14).

2.  **INFORMATION FROM PARENTS OR PERSONS WITH WHOM THE STUDENT LIVES:**
    __Yes (See attached)   _x_ **No**  (No response)

3.  **EDUCATIONAL, SOCIAL AND PHYSICAL HISTORY:** (Refer to information from previous CER/evaluation dated __5-10-95__.) (See attached educational history; attendance, grades, standardized group achievement test scores).

    K▓▓▓ has been receiving special education services from the ESD in the __Learning__ support program.

    Medication: _No _x_ Yes  Type: Adderakk at home, Albuterol inhaler when needed
    Glasses: ___x_ No _Yes
    Physical Limitations: _No _x_ Yes  Type: Asthma, Heart murmur, ADHD, ODD
    Other: Allergic to bee stings

CONFIDENTIAL: FOR PROFESSIONAL USE ONLY



School District of the City of Erie, PA
Department of Pupil Personnel Services
Office of Child Study                                    (814) 874-6100

## COMPREHENSIVE EVALUATION REPORT (CER)

### Page 2 of 4

**Name:** L███, K████                                    **Date of Report: 5-1-00**

**4.    SUMMARY OF FINDINGS/INTERPRETATION OF ASSESSMENT RESULTS:**

<u>Ability</u>    **Date of Test:**    5-10-95
          **Name of Test:**    K-ABC
          **Test Results:**    Mental Processing Composite 70


<u>Achievement</u> (Standard Scores or Percentiles)
          Name of Test: _____ Kaufman Achievement
          Reading _____ ·_____ SS 93
          Math _____ SS 92
          Sp/Writ Lang _____

**A.    Instructional Evaluation Results:**
          Instructional Level:    Reading 2nd grade / Math 3rd grade
          Rate of Acquisition:    below average
          Rate of Retention:  ·    below average

**B.    Ecological Evaluation Results:** (for low functioning and multihandicapped students).
          RESULTS:   (Not applicable)

**C.    Vocational/Technical Education Results** (from ITP)


**5.    STRENGTHS:**
          K████ has good attendance and there is frequent communication with home.


**6.    DEGREE OF NEED:** At the present time K████ is in need of specially designed instruction to deal
with academic support in all areas.

**7.    INFORMATION FROM OBSERVATIONS IN THE CLASSROOM AND OTHER SETTINGS:**
          H.R. teacher, Mrs. Bostick, reports she is becoming increasingly concerned about K████
          She seems to lack any organizational ability. She is not prepared with materials, books,
          pencils, anything! She is overly concerned with going to the restroom, to the nurse, etc. I have
          seen regression since September. She does not stay focused when I am teaching. I would
          have a hard time coming up with an educational strength for her.


CONFIDENTIAL:  FOR PROFESSIONAL USE ONLY



School District of the City of Erie, PA
Department of Pupil Personnel Services
Office of Child Study                               (814) 874-6100

## COMPREHENSIVE EVALUATION REPORT (CER)

### Page 3 of 4

**Name:** L~~███~~, K~~████~~                    **Date of Report:  5-1-00**

8.    **CONCLUSIONS AND RECOMMENDATIONS TO IEP TEAM:**
(Including eligibility, specially designed instruction, current program, change in programs, and other issues based on the student's individual needs).

   A.    **Statement of eligibility:**
   _x_ this student remains eligible for special education services.

   _ this student is no longer eligible for special education services.

   B.    **Specially designed instruction:**
   _x_    this student requires specially designed instruction to meet  their learning needs.

   _    this student does not require specially designed instruction to meet their learning needs.

   C.    **Current Program:**  This student is currently enrolled in the
   <u>Learning</u>_____ support program due to:  Borderline Ability

   D.    **Change in Program:**
   _x_    This student does not require a change in program.
   _    This student requires a change in program to meet his/her needs.

   E.    **Other Issues:** _____

**FOR REEVALUATION:**

9.    **RECOMMENDATION  REGARDING CONTINUED NEED FOR SPECIAL EDUCATION:**

   Yes_ _x_ _        No_____

10.    **REVIEW OF THE STUDENT'S IEP**
Instructional activities which have been successful:
   K~~███~~ does best one-on-one. She needs a great deal of individual attention.

   Additional Comment: I am concerned that K~~███~~ has regular attendance and participates in class activities but is not receiving needed support from home inspite of frequent communications. Progress is minimal.

   Recommendations for revision of the IEP:      IEP is appropriate
b    )8

CONFIDENTIAL:  FOR PROFESSIONAL USE ONLY

School District of the City of Erie, PA
Department of Pupil Personnel Services
Office of Child Study                        (814) 874-6100

## COMPREHENSIVE EVALUATION REPORT (CER)

### Page 4 of 4

Name: L▆▆▆ K▆▆▆▆                    Date of Report:  5-1-00

### CER Signature Page

Check YES if you agree with this report; check NO if you do not agree.  If you do not agree, please write the reason for the disagreement, and it will be attached to the report.

| YES | NO | SIGNATURE | TITLE | DATE |
|-----|-----|-----|-----|-----|
| ✓ | | *John Simin* | School Psychologist | 5/25/00 |
| ✓ | | *Phillie* | Special Ed. Supervisor | 5-24-00 |
| ✓ | | *Patricia Munz* | Special Educator | 5-22-00 |
| | | | Speech/Lang. Therapist | |
| | | | OT/PT | |
| | | | Regular Educator | |
| | | (Mailed) | Parent/Guardian | |
| | | | | |
| | | | | |

Signed copies to:       Parent
                        Teacher
                        Building principal
                        Special Education Department
                        Others:

CONFIDENTIAL:  FOR PROFESSIONAL USE ONLY



0000200416

PERMISSION TO REEVALUATE

*************************************************** School Age

Date: 4-10-2000

Name and Address of Parent:

To The Parent/Guardian Of:

K████      L████

████████████

██        ██    ████

Dear:

Student's Name: K████          L████

Student ID#   943020

School: MCKINLEY          Teacher:   MUNZ

Program:  RRLS

The School District is planning to reevaluate your child for the following reason(s):

**Reevaluation as required by Pennsylvania Standards and Regulations (342.25 and Chapter 14)**

The School District requests your consent to conduct this Reevaluation. We must have your consent before we can begin. However, please be aware that after reasonable attempts if we have not received your response we are permitted by law to proceed with the reevaluation. In the reevaluation, we will review your child's educational needs and strengths as shown by educational performance levels, assessment results, classroom observations, and information from you. Specific types of tests and procedures which will be used in the reevaluation include the following:

STATE MANDATED REVIEW OF RECORDS - NO FORMAL TESTING WILL BE PERFORMED

The reevaluation is proposed for the following date(s):          DURING APRIL 2000

The School District will form a multidisciplinary team to conduct the reevaluation. As parent(s), you are a member of the team. If a team meeting is held you will be invited. Information from you is to be considered by the team as part of the reevaluation process. If you want to send written comments, please do so. You are entitled to participate in any meetings with respect to the identification and evaluation of your child.

The multidisciplinary team will prepare recommendations regarding your child's educational program, and whether your child continues to be in need of, and eligible for special education and related services. This information will be outlined in the Comprehensive Evaluation Report (CER) and will be given to the Individualized Education Program (IEP) Team. The Reevaluation is to be completed and the Report is to be disseminated to you within 60 school days of receipt of your consent to reevaluate.

Please call me at the number listed below to discuss information which you feel is important to include in the evaluation. Please read the enclosed Procedural Safeguards Notice which includes parent resources such as state or local advocacy organizations. If you have any questions, or if you need the services or a translator or interpreter, please contact me.

_____          _____          874-6117
   Mr. John Timon                 School Psychologist             874-6238x
Name                                  Position                    Phone

5a

0 0 0 0 2 0 0 4 1 7

DIRECTORS
TIM PEARSON
PRESIDENT
NEIL L. VONA
VICE-PRESIDENT
TOM CASEY
JOHN C. HARKINS
JIM HEDZIK
RICHARD R. BILINSKI
CASIMIR J. KWITOWSKI
NANCY R. NIELSEN
EVA TUCKER, JR.

# THE SCHOOL DISTRICT OF THE CITY OF ERIE, PA.

148 WEST 21st STREET  •  ERIE, PENNSYLVANIA 16502

PHONE: 814/874-6000          FAX: 814/874-6132

DR. JAMES E. HARKER                    LOIS OWENS
SUPERINTENDENT OF SCHOOLS              SECRETARY

Date:        7-12-2000

ID#:   -     943020

Student: K█████     L█████

Dear Parent/Guardian:

Recently you received a letter informing you that a routine reevaluation was planned for your child, as required by the Pennsylvania Standards and Regulations for Special Education. You were encouraged to participate in this review process which is conducted every two years to insure appropriate placement. A copy of your rights and the safeguards to be followed in providing a free appropriate public education were also enclosed in the notice you received.

Enclosed you will find a copy of your child's recent multidisciplinary team reevaluation. Please review this report. If you have any questions, you may discuss them with the teacher at the IEP conference. You are also welcome to call me with any questions or concerns.

Thank you for your continued cooperation in our efforts to provide your child with an appropriate education.

Sincerely,

John Timon
School Psychologist
(814)-874-6100

/js

Enclosure

0000200418



COPY

*An Equal Opportunity Employer*

Notice of Recommended ~~Evaluation~~ Placement
School Age

X

## EDUCATIONAL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Date: __11/12/01__

Student's Name: __K████ L████__

Name and Address of Parent:
Denise L████

ID#: __943020__

S.S.#: _____

Dear: Ms. L████

This notice summarizes recommendations for your child's education program.

This notice is to be given to the parent of a child with a disability in a reasonable time before the school district proposes to initiate or change, or refuses to initiate or change the identification, evaluation or educational placement of the child or the provision of a free appropriate public education to the child.

**1. Action proposed or refused:** K████ will receive specially designed instruction in Reading, Math, English, Science and Social Studies outside the general curriculum. K████ will participate in the regular education curriculum in related classes.

**2. Why the action is proposed or refused:** A review of K████ academic progress support this action. The review included: inclusion reports, Curriculum Based Assessment, student's academic history, current performance levels and psychoeducational evaluations.

**3. A. Description of any other options that were considered:** Other options included placement in the general education environment.

**B. Reasons why these options were rejected:** Specially designed instrucion in Reading, Math, English, Science and Social Studies will allow K████ to be more successful in school. The above option was considered but rejected as not appropriate to meet K████ educational needs.

**4. Evaluation procedure(s), test(s), record (s), or report (s) used as a basis for the proposed action or action refused:** K████ was observed in the classroom setting. Computer assisted evaluations were given, teacher observations, were made, psychoeducational assessments were administered and curriculum based assessements were done.

**5. Other factor(s) relevant to proposal or refusal:** No other relevant factors to report.

The educational placement recommended for your child is:

Level (%): <u>68%</u>
Location: <u>Strong Vincent</u>
Other: _____

0000200419

7a

Page C

Student Name:     Kristina Long

# NOTICE OF RECOMMENDED EDUCATIONAL PLACEMENT

Dr James E. Barker                          *J.E. Barker*                          2-13-02
_____          _____          _____
Printed Name                          Signature                          Date
**School District Superintendent**

You have certain rights and protections under law that is described in a document titled *Procedural Safeguards Notice*. If you need more information or want a copy of the *Procedural Safeguards Notice*, you may contact:

Charlese Moore                          Special Education Supervisor                          874 6050
_____          _____          _____
Name                          Position                          Phone Number

**DIRECTIONS FOR PARENTS:** Please check one of the options, sign this form, and return it within **10 days** to the person listed above.

    [✓] I **approve** this recommendation

    [ ] I **do not approve** this recommendation

    My reason for **disapproval** is:

    _____

I request:

    [ ] Pre-hearing Conference

    [ ] Mediation

    [ ] Due-process Hearing

I will need the following accommodations to be made so that I may attend the above.

_____

*Denise H*                          11/12/01                          _____
_____          _____          _____
Parent's Signature                          Date                          Daytime Phone

Revised 9/2001                                                                      Page D

*8a*                          0000000420

R____ T____ ✓ ____

The School District of the City of Erie, PA
## INDIVIDUALIZED EDUCATION PROGRAM (IEP) Format
**************************************************************** School Age

IEP Team Meeting Date: <u>11/12/01</u>

IEP Implementation Date (Projected Date when Services and Programs Will Begin): <u>11/14/01</u>
                                                                          Mo. / Day / Yr.

Anticipated Duration of Services and Programs: <u>11/13/02</u>
                                          Mo./ Day / Yr.

| | | |
|---|---|---|
| **Student Name:** K█████ L███ | **DOB:** ████ | **Age:** <u>12</u> |
| **ID# :** <u>943020</u>     **SS# :** ____ | | |

**School District:** <u>Erie City</u>     **Grade:** <u>7th</u>     **Anticipated Year of Graduation:** <u>2007</u>

**Parent Name:** <u>Denise L███</u>                    **Phone: (H)** ████
**Address:** ████████████                              **Phone: (W)** ____

**County of Residence:** ███                            **School Year:** <u>2001 2002</u>
                                                        **Other Information:** ____

### IEP TEAM/SIGNATURES*
The Individualized Education Program (IEP) Team makes the decisions about the student's program and placement. The student's parent(s), the student's regular teacher and a representative from the local education agency are required members of this team. A regular education teacher must also be included if the student participates, or may be participating in regular education. Signature on this IEP documents attendance, not agreement.

| NAME (typed or printed) | POSITION (typed or printed) | SIGNATURE* |
|---|---|---|
| Denise L███ | Parent | *Denise L███* |
| | Parent | |
| K████ L███ | Student* | |
| Melissa Vallimont | Regular Education Teacher | *Melissa Vallimont* |
| Vikki Scully | Special Education Teacher | *Vikki Scully* |
| Linda Cappabianca | Local Ed. Agency Rep. (Chair) | *Linda L Cappabianc* |
| | Community Agency Rep** | |
| | Vocational Rep (if appropriate)*** | |

\*    The IEP team must invite the student if transition services are being planned or if the parents choose to have the student participate.
\*\*   As determined by the LEA as needed for transition services.
\*\*\*  Must be present if a Vocational Technical Program is being considered.

### PROCEDURAL SAFEGUARDS NOTICE
I have received a copy of the *Procedural Safeguards Notice*. The District has informed me whom I may contact if I need more information.

Signature: *Denise, L███*                    Date Received: _____

Revised 9/2001

9a

Student Name: K███ L███
**Individualized Education Program**

I. **SPECIAL CONSIDERATIONS THE IEP TEAM MUST CONSIDER BEFORE DEVELOPING THE IEP. ANY FACTORS CHECKED MUST BE ADDRESSED IN THE IEP.**

**Is the Student Blind or Visually Impaired?**
☒ No
☐ Yes - Team must provide for instruction in Braille and the use of Braille unless the IEP Team determines, after an evaluation of the child's reading and writing skills, needs and appropriate reading and writing media (including an evaluation of the child's future needs for instruction in Braille or the use of Braille), that instruction in Braille or the use of Braille is not appropriate.

**Is the Student Deaf or Hearing Impaired?**
☒ No
☐ Yes - Team must consider the child's language and communication needs, opportunities for direct communications with peers and professional personnel in the child's language and communication mode, academic level, and full range of needs, including opportunities for direct instruction in the child's language and communication mode in the development of the IEP.

☐ COMMUNICATION NEEDS

☐ ASSISTIVE TECHNOLOGY, Devices and/or Services

☐ LIMITED ENGLISH PROFICIENCY

☐ BEHAVIORS THAT IMPEDE HIS/HER LEARNING or that of OTHERS

☐ TRANSITION SERVICES

☐ OTHER (Specify): _____

**II.PRESENT LEVELS OF EDUCATIONAL PERFORMANCE**
**STUDENT'S PRESENT LEVELS OF EDUCATIONAL PERFORMANCE:**
Curriculum Based Assessments indicate reading is at a third grade level. Instructional level for math is also at third grade. Compass instructional level is grade 2 for math and reading. CBA shows writing is at a developing level/partially proficient

**HOW THE STUDENT'S DISABILITY AFFECTS INVOLVEMENT AND PROGRESS IN GENERAL EDUCATION CURRICULUM (include the child's strengths and needs which will effect the student's involvement and progress in the general curriculum.):**
K██████ enjoys doing hands on activities and working on the Compass Learning Lab. She is creative in her story telling and is also very helpful. Compass results indicate strengths in the areas of identifying familiar words, familiarity with the system, adding, subtracting and multiplying basic facts. Needs: reading comprehenison, vocabulary, renaming multi step problems.

Mom notes K██████ enjoys working on math problems at home.

0000200422



Student Name:    K████ L███

**Individualized Education Program**

**III. GOALS AND OBJECTIVES:** *(Use as many copies of this page as needed to plan appropriately)*

**MEASURABLE ANNUAL GOAL:**
The student will increase math skills in the areas of computation, problem solving, number and number systems measurement.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| Demonstrate the concept of the 4 operations using various methods. | 80% | teacher made tests |
| | | observation, computer |
| | | learning lab evaluations |

## REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured: Teacher made tests, observations, comp. lab activity reports

How progress will be reported: inclusion reports, quarterly report cards

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
| | | | | |

- - - - - - - - - - - - - - - - - - - - - - - - -

**MEASURABLE ANNUAL GOAL:**
The student will increase math skills in the areas of computation, problem solving, number and number systems management.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| The student will create and solve word problems in all basic math operations. | 80% | teacher made tests |
| | | observations, computer |
| | | learning lab evaluations |

## REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured: Teacher made tests, observations, comp. lab activity reports

How progress will be reported: inclusion reports, quarterly report cards

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
| | | | | |

NOTE: Specially designed instruction may be listed with each goal/objective and/or listed in section IV.

*11a*

0000200423

Student Name:  K▮▮▮▮ L▮

**Individualized Education Program**

**III.GOALS AND OBJECTIVES:** *(Use as many copies of this page as needed to plan appropriately)*

**MEASURABLE ANNUAL GOAL:**
Will use the writing process of prewriting, drafting, revising, editing and publishing to write narrative, descriptive and informative paragraphs as well as practical English skills for everyday life.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| Write using complete sentences, proper capitalization, punctuation, grammar and spelling. | 80% | CBA, exams, teacher observation class assignments |

### REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured: CBA, exams, observations, work samples

How progress will be reported: Report cards, goal progress reports

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
|  |  |  |  |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MEASURABLE ANNUAL GOAL:**
Will use the writing process of prewriting, drafting, revising, editing and publishing to write narrative, descriptive and informative paragraphs as well as practical English skills for everyday life.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| Use grammar and effective word choice. | 80% | tests, observations |
| Will identify parts of speech (nouns, pronouns, verbs, adjectives and adverbs. | 80% | tests, class assignments |

### REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured: Teacher made exams, review of class assignments

How progress will be reported: Report cards, goal progress reports

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
|  |  |  |  |  |

NOTE: Specially designed instruction may be listed with each goal/objective and/or listed in section IV. 0 0 0 0 2 0 0 4 2 4



Student Name:    K██████ L████

**Individualized Education Program**

**III. GOALS AND OBJECTIVES:** *(Use as many copies of this page as needed to plan appropriately)*

**MEASURABLE ANNUAL GOAL:**
**Read and understand works of literature.**

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| Identify literary elements in stories describing | 80% | tests, class assignments |
| characters, setting and plot. | | class projects |
| | | |

### REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured: Exams, class projects, class assignments

How progress will be reported: Report cards and goal progress reports

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
| | | | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MEASURABLE ANNUAL GOAL:**
**Use media for learning purposes.**

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| Explain the importance of media in society. | 80% | Newspaper projects, |
| Identify the different parts of the newspaper, | 80% | Newspaper projects, |
| understand different types of news features. | | tests |

### REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured: Review of newspaper activities, publication of newspaper

How progress will be reported: Report cards, goal progress reports

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
| | | | | |

0000200425

NOTE: Specially designed instruction may be listed with each goal/objective and/or listed in section IV.

Revised 9/2001                                                                 Page 3 of 8

13a

Student Name: K■■■■■■ L■■■■■

**Individualized Education Program**

**III.GOALS AND OBJECTIVES:** *(Use as many copies of this page as needed to plan appropriately)*

**MEASURABLE ANNUAL GOAL:**
 Improve fluency and comprehension in reading.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| 1. Increase use/ knowledge of phonics, word analysis | | Compass Reports |
| (eg. root words, prefixes, suffixes) syllabication, | 80% | CBA, Oral Reading |
| picture and clues to decode/understand new words. | | exams, assignments |

### REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured: Compass Reports, Oral Reading Rubrics, Exams, CBA

How progress will be reported: Report Cards, Goal Progress Reports

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
| | | | | |

**MEASURABLE ANNUAL GOAL:**
 Improve fluency and comprehension in reading.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| 2. Identify main idea, relevant details and different | 80% | Compass Reports |
| story elements within a passage. | | Exams, assignments |
| 3. Use context clues, make inferences ,draw conclusion | | CBA, oral reading |

### REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured: Compass Reports, Oral Reading Rubric, Exams, CBA

How progress will be reported: Report Cards, Goal Progress Report

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
| | | | | |

0000200426

NOTE: Specially designed instruction may be listed with each goal/objective and/or listed in section IV.

Revised 9/2001                                                Page 3 of 8



Student Name:    K██████ L██████

**Individualized Education Program**

**III.GOALS AND OBJECTIVES:** *(Use as many copies of this page as needed to plan appropriately)*

**MEASURABLE ANNUAL GOAL:**
Improve skills and increase knowledge in the areas of life and environmental science.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| Recognize and use the elements of scientific inquiry to solve problems (scientific method). | 80% | class projects observations |
| 2. Identify changes in living things overtime. | 80% | assignments, tests |

### REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured: project rubrics, observations, project presentations, tests

How progress will be reported: Report cards and Goal Progress Reports

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
|  |  |  |  |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MEASURABLE ANNUAL GOAL:**
Improve skills and increase knowledge in the areas of life and environmental science.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| 3. Identify the similarities and differences of living things. | 80% | tests, observations class assignments |
|  |  |  |

### REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured: Teacher made tests, rubrics, observations, chapter tests

How progress will be reported: Report cards, goal progress reports

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
|  |  |  |  |  |

NOTE: Specially designed instruction may be listed with each goal/objective and/or listed in section IV.

0000200427



Student Name: K████ I████

**Individualized Education Program**

**III.GOALS AND OBJECTIVES:** *(Use as many copies of this page as needed to plan appropriately)*

**MEASURABLE ANNUAL GOAL:**
Identify important historical facts that have impacted the world geographically, politically and culturally.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| Identify important people in history that helped America into a world leader. | 80% | tests, class assignments class projects |
|  |  |  |

### REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured: tests, class assignments, class projects

How progress will be reported: report cards, goal progress reports

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
|  |  |  |  |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MEASURABLE ANNUAL GOAL:**
Identify important historical facts that have impacted the world geographically, politically and culturally.

| SHORT TERM OBJECTIVE/BENCHMARK | EXPECTED LEVEL OF ACHIEVEMENT | METHOD OF EVALUATION |
|---|---|---|
| Identify characteristics and purposes of different geographic representatives (maps, globes, diagraphs) | 80% | tests, class assignments class projects |
| Identify documents of the USA government | 80% | tests, class assignments |

### REPORT OF PROGRESS ON ANNUAL GOALS

How progress will be measured: tests, class assignments, class projects

How progress will be reported: report cards, progress reports

| 1ST | 2ND | 3RD | 4TH | OTHER IF APPLICABLE |
|---|---|---|---|---|
|  |  |  |  |  |

NOTE: Specially designed instruction may be listed with each goal/objective and/or listed in section IV. 0 0 0 0 2 0 0 4 2 8



**Student Name:** K██████ L█████
**Individualized Education Program**

## IV. SPECIAL EDUCATION/RELATED SERVICES:

### A. PROGRAM MODIFICATION AND SPECIALLY DESIGNED INSTRUCTION: *(Specially designed instruction may be listed with each goal/objectives.)*

adapted curriculum for content courses, extended time to complete assignments, direct instruction, small group instruction, Compass Learning Lab at instructional level, tests read aloud

### B. RELATED SERVICES: List the services that the student needs in order to benefit from or access his/her special education program:

| Service | Location | Projected* Beginning Date | Frequency | Anticipated* Duration |
|---|---|---|---|---|
| 1. nursing | school | 11/14/01 | as prescribed | 11/13/02 |
| | | | by physician | |
| 2. psychological | school | 11/14/01 | as recommended | 11/13/02 |
| | | | by psychologist | |
| | | | or every 2 year | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Include only if differs from IEP beginning and/or duration dates.

### C. SUPPORTS FOR SCHOOL PERSONNEL RELATED TO STUDENT'S NEEDS:

Related teachers will use Special Education teachers as a resource for assistance in adapting and accommodating when needed.

### D. EXTENDED SCHOOL YEAR The IEP Team has discussed and considered ESY services, and determined that:

K█████ is not in need of ESY.

0 0 0 0 2 0 0 4 2 9

17a

**Student Name:** K████ L███

**Individualized Education Program**

## V. PARTICIPATION IN STATE AND DISTRICT-WIDE ASSESSMENTS

### STUDENT PARTICIPATION – STATE ASSESSMENTS

**This section applies to student's age/grade eligible for the PSSA/PASA (Reading, Math-grades 5, 8, 11; Writing-grades 6, 9, 11)**

☐ Student will participate in the PSSA without accommodations.

**OR**

☐ Student will participate in the PSSA with the following accommodations:

PSSA Reading (grades 5, 8,11) _____

PSSA Math (grades 5, 8,11) _____
PSSA Writing (grades 6, 9, 11) _____

**OR**

☐ Student will participate in the Pennsylvania Alternate System of Assessment (PASA).(Effective beginning the 2000-01 school year, the alternate assessment in Pennsylvania is PASA).

If the IEP Team has determined it is not appropriate for the student to participate in the PSSA, the team must explain why the PSSA is not appropriate:

Choose how the student's performance on the PASA will be documented:

☐ Videotape (which will be kept confidential as all other school records)

☐ Written Narrative (which will be kept confidential as all other school records)

### STUDENT PARTICIPATION – DISTRICT ASSESSMENTS

☐ Student will participate in the District assessments without accommodations.

**OR**

☒ Student will participate in the District assessments with the following accommodations: extended time, separate testing location, additional breaks

**OR**

☐ If the IEP Team has determined that it is not appropriate for the student to participate in the district-wide assessment they must explain why the assessment is not appropriate for the student and how the student will be assessed.

0000200430



Student Name:    K█████ L████
**Individualized Education Program**

## VI.  LEAST RESTRICTIVE ENVIRONMENT (LRE)

**EDUCATIONAL PLACEMENT (Type of Service, Type of Support, ex: Full-time learning support)**
Part- time special education in the regular school

Explanation of the extent, if any, the student **will not participate** with non-disabled children in the regular class and in the general education curriculum:
Considering the pace in which the general education moves, the modifications necessary for the student to achieve educational and social development can not be implemented in the general education classes. Grade level proficiency has not been acquired in these areas.

Percentage of time the student receives special education <u>outside</u> of the regular education classroom:
NOTE: If a special education teacher "pushes in" to provide direct service to special education students in a regular classroom it should be included in this percentage.

☐ Less than 21% outside of the regular education classroom

☐ 21-60% outside of the regular education classroom

☒ 61% or more outside of the regular education classroom

**List exact percentage of service –i.e. LS 40, PT 3, Speech 2** <u>LS 68%</u>

Location of Program: <u>Strong  Vincent   (School)</u>

## VII.  TRANSITION PLANNING

1. Will the student be 14 years of age or older during the term of this IEP?

   ☒ No - (Not necessary to complete this Section)

   ☐ Yes - Team must address the student's courses of study and how the course of study applies to components of the IEP.

   Student's course of study:
   _____

2. Will the student be 16 years of age or older during the term of this IEP or is the student younger and in need of transition services as determined by the IEP Team?

   ☒ No - (Not necessary to complete this Section)

   ☐ Yes - Team must address and complete this Section

0000200431



19a

Student Name: _____
**Individualized Education Program**

**A. DESIRED POST-SCHOOL OUTCOMES:** Define and project the desired post-school outcomes as identified by the student, parent and IEP team in the following areas. State how the services will be provided and person(s) responsible for coordinating these services.

| SERVICE | HOW SERVICE IS PROVIDED | PERSON RESPONSIBLE |
|---|---|---|
| Post Secondary Education/Training | | |
| Employment | | |
| Community Living | | |
| a)Residential | | |
| b)Participation | | |
| c)Recreational | | |

**B. STATEMENT OF COORDINATED TRANSITIONAL SERVICES AND ACTIVITIES NEEDED TO SUPPORT DESIRED POST-SCHOOL OUTCOMES:**

(The instructional areas should support the desired post-school outcomes for the student. Examples such as Instruction and Related Services, Community Experiences, Acquisition of Daily Living Skills, Functional Vocational Education, and Adult Living may appear as annual goals, short-term instructional objectives or benchmarks, and/or specially designed instruction based on the student's needs.)

0000200432

Revised 9/2001



Student Name: _____
**Individualized Education Program**

## C. LINKAGES

List the agencies, which may provide services/support (before the student leaves the school setting):

Agency Name
_____
                                          Phone Number

Responsibilities/Linkages
_____

Agency Name
_____
                                          Phone Number

Responsibilities/Linkages
_____

Agency Name
_____
                                          Phone Number

Responsibilities/Linkages
_____

0000200433

Revised 9/2001



# INVITATION TO PARTICIPATE IN THE IEP TEAM MEETING

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **School Age**

Date: <u>10/30/01</u>

Name of Parent: <u>Denise L█</u>

Student's Name: <u>K█ L█</u>

Address of Parent: █████

Dear: <u>Ms. L█</u>

We are sending you this notice so that you can attend and participate in

☒ **An Individualized Education Program Team Meeting**

☐ Other meeting (specify): _____

The purpose of this meeting is to: *(The school district is to check all that apply)*

☐   Discuss the results of the multidisciplinary evaluation regarding whether your child is a child with a disability and in need of special education. An Individualized Education Program (IEP) will be developed at the meeting and a decision will be made regarding the educational placement of the child.

☒   Discuss your child's current IEP to review and revise it as needed.
Complete the following for students age 16 and older:

*(For parents)* Develop or review a statement of your child's need for transition services. We are inviting your son/daughter to attend this meeting. We are also inviting representative(s) from the following agency or agencies to attend: _____

*(For students)* Develop or review a statement of your need for transition services. We are also inviting representative(s) from the following agency or agencies to attend: _____

☐   Other: _____

The team meeting has been tentatively scheduled for this location: <u>Room 218 - Strong Vincent</u>
at the following date and time: <u>Monday, November 12th at 3:00 p.m.</u> If this time, date or location is not convenient, please contact me as soon as possible so we can arrange a time and place which are mutually convenient.

| | | |
|---|---|---|
| <u>Vikki Scully - Special Education Teacher</u> | <u>874 6500</u> | <u>10/30/01</u> |
| Name and Title | Phone Number | Date |

0000200434

Revised 9/2001



Page A

Student Name: K‖‖‖ L‖‖‖

## INVITATION TO PARTICIPATE IN IEP TEAM MEETING

The following people are expected to attend the meeting for your child:

| NAME | | ROLE* | |
|------|------|------|------|
| Denise L‖‖ | | ROLE* | Parent |
| Vikki Scully | | ROLE* | Special Education Teacher |
| Melissa Vallimont | | ROLE* | Home Economics Teacher |
| Linda Cappabianca | | ROLE* | LEA |
| | | ROLE* | |
| | | ROLE* | |

*\* This denotes this person's involvement in your child's IEP development. Examples: regular education teacher, local education agency representative, etc.*

Parents are strongly encouraged to participate as members of their child's IEP Team. If you would like additional personnel from the school district to attend this team meeting or if you have any questions or comments, please contact me. Further, please be advised that you may bring other people to the meeting who have knowledge or special expertise regarding your child.

Attached to this invitation is a copy of the *Procedural Safeguards Notice* describing your rights and procedural safeguards under State and Federal Law.

We are requesting that you respond to this notice by checking the appropriate option below, and returning this form to the school district (by mail or in person) as soon as possible.

_____ I will attend the meeting as scheduled.

_____ I will need the following accommodations to be made so that I may attend the meeting:

_____

_____ I will not attend the meeting.

_____ I wish to attend the meeting, but this time and/or location is not convenient. Please contact me to make alternative arrangements.

_Denise _____    _____
Parent Signature                    Date

0 0 0 0 2 0 0 4 3 5



LOG OF PARENT CONTACTS FOR I.E.P. MEETING

I.E.P. FOR K_____ / _____ (Name)

_____ S_____ (School)

| DATE | NOTES |
|------|-------|
| 10/24/01 | sent invite home |
| 11/7/01 | IEP scheduled for 11/12/01 at 3:00 |
| 11/12/01 | IEP written |

** LOG SHEET MUST BE INCLUDED WITH I.E.P.
PLEASE INCLUDE ALL PARENTAL CONTACTS (PHONE, LETTER, APPTS., ETC.)



0000200436

School District of the City of Erie, PA
Department of Pupil Personnel Services
Office of Child Study

(814) 874-6100

## COMPREHENSIVE EVALUATION REPORT (CER)

[  ] **Initial Referral**
[ x ] **Reevaluation** (Two Year Review)          **Speech Therapy** __Yes  __x_ No

**STUDENT NAME:** L▓▓ K▓▓▓▓▓          **DATE OF REPORT:** 5-1-00

**SCHOOL DISTRICT:** City of Erie, PA          **STUDENT I.D.#:** 943020

**SCHOOL:** McKinley          **GRADE:** 5

**STUDENT BIRTH DATE:** ▓▓▓▓▓

**CURRENT EDUCATIONAL PROGRAM:** RR Learning Support

**OTHER DEMOGRAPHIC DATA, AS NEEDED:**

**STUDENT ADDRESS:** ▓▓▓▓▓▓▓▓          **PARENT NAME:** Ms. Denise L▓▓▓

**PHONE NO:** ▓▓▓▓▓          **TEACHER NAME:** Patricia Munz

1.    **REASON(S) FOR REFERRAL:** Reevaluation as required by Pennsylvania Standards and Regulations (342.25 and Chapter 14).

2.    **INFORMATION FROM PARENTS OR PERSONS WITH WHOM THE STUDENT LIVES:**
      __Yes (See attached)      __x_ No  (No response)

3.    **EDUCATIONAL, SOCIAL AND PHYSICAL HISTORY:** (Refer to information from previous CER/evaluation dated __5-10-95___.) (See attached educational history; attendance, grades, standardized group achievement test scores).

      K▓▓▓ has been receiving special education services from the ESD in the __Learning_____ support program.

      Medication: _No _x Yes Type: Adderakk at home, Albuterol inhaler when needed
      Glasses: ____x No __Yes
      Physical Limitations: __No _x Yes Type: Asthma, Heart murmur, ADHD, ODD
      Other: Allergic to bee stings

0000200437

CONFIDENTIAL: FOR PROFESSIONAL USE ONLY



School District of the City of Erie, PA
Department of Pupil Personnel Services
Office of Child Study

(814) 874-6100

## COMPREHENSIVE EVALUATION REPORT (CER)

**Page 2 of 4**

Name: L____ K____

**Date of Report: 5-1-00**

**4.     SUMMARY OF FINDINGS/INTERPRETATION OF ASSESSMENT RESULTS:**

**Ability**     Date of Test:     5-10-95
                Name of Test:     K-ABC
                Test Results:     Mental Processing Composite 70

**Achievement** (Standard Scores or Percentiles)
                Name of Test: _____ Kaufman Achievement
                Reading _____ SS 93
                Math _____ SS 92
                Sp/Writ Lang _____

**A.     Instructional Evaluation Results:**
        Instructional Level:     Reading 2nd grade / Math 3rd grade
        Rate of Acquisition:     below average
        Rate of Retention:       below average

**B.     Ecological Evaluation Results:** (for low functioning and multihandicapped students).
        RESULTS:   (Not applicable)

**C.     Vocational/Technical Education Results** (from ITP)

**5.     STRENGTHS:**

        K____ has good attendance and there is frequent communication with home.

**6.     DEGREE OF NEED:** At the present time K____ is in need of specially designed instruction to deal
with academic support in all areas.

**7.     INFORMATION FROM OBSERVATIONS IN THE CLASSROOM AND OTHER SETTINGS:**

        H.R. teacher, Mrs. Bostick, reports she is becoming increasingly concerned about K____
        She seems to lack any organizational ability. She is not prepared with materials, books,
        pencils, anything! She is overly concerned with going to the restroom, to the nurse, etc. I have
        seen regression since September. She does not stay focused when I am teaching. I would
        have a hard time coming up with an educational strength for her.

CONFIDENTIAL:  FOR PROFESSIONAL USE ONLY

EBSE A-SA-930603



0000200438

School District of the City of Erie, PA
Department of Pupil Personnel Services
Office of Child Study

(814) 874-6100

## COMPREHENSIVE EVALUATION REPORT (CER)

**Page 3 of 4**

Name: L____ K____

**Date of Report:  5-1-00**

8. **CONCLUSIONS AND RECOMMENDATIONS TO IEP TEAM:**
(Including eligibility, specially designed instruction, current program, change in programs, and other issues based on the student's individual needs).

A.  **Statement of eligibility:**
   _x_ this student remains eligible for special education services.

   _ this student is no longer eligible for special education services.

B.  **Specially designed instruction:**
   _x_    this student requires specially designed instruction to meet  their learning needs.

   _    this student does not require specially designed instruction to meet their learning needs.

C.  **Current Program:**  This student is currently enrolled in the
   Learning_____ support program due to:  Borderline Ability

D.  **Change in Program:**
   _x_    This student does not require a change in program.
   _    This student requires a change in program to meet his/her needs.

E.  **Other Issues:** _____

## FOR REEVALUATION:

9. **RECOMMENDATION  REGARDING CONTINUED NEED FOR SPECIAL EDUCATION:**

   Yes__x___          No____

10. **REVIEW OF THE STUDENT'S IEP**
Instructional activities which have been successful:
   K____ does best one-on-one. She needs a great deal of individual attention.

Additional Comment: I am concerned that K____ has regular attendance and participates in class activities but is not receiving needed support from home inspite of frequent communications. Progress is minimal.

Recommendations for revision of the IEP:      IEP is appropriate

CONFIDENTIAL:  FOR PROFESSIONAL USE ONLY

'DEBSE A-SA-930603



0000200439

Special Education
TRACT

Referral by MR. Scozzie,
MRS. Moore +
MRS. Chrisman

NAME: K███ L███                          DOB: █████████

ADDRESS: ████████████████

SCHOOL: Strong Vincent   gr 7 LS

1/21/02        Intake – 3:00 Pm

1/23/02        **Student to start Sarah Reed Alternative**

_____        **Student has completed Sarah Reed Alternative
placement and will be returned to home school**

**ADDITIONAL COMMENTS:**

CER dated 5-15-95

2 yr. Reeval. dated 5-1-00

28a

0000200440

I am requesting that my daughter, K____ L____ be transferred to the Erie School District's Alternative Education program I waive All rights to A Hearing.

1/17/02
Denise L____

29a

0000200441

DIRECTORS

JIM HERBSTRITT
PRESIDENT
TIM PEARSON
VICE-PRESIDENT
TOM CASEY
JOHN C. HARKINS
RICHARD R. HILINSKI
CASIMIR J. KWITOWSKI
NANCY R. NIELSEN
EVA TUCKER, JR.
SAMUEL L. VONA

# THE SCHOOL DISTRICT OF THE CITY OF ERIE, PA.

148 WEST 21st STREET   ●   ERIE, PENNSYLVANIA 16502

PHONE: 814 / 874-6000

FAX: 814 / 874-6132

DR. JAMES E. BARKER
SUPERINTENDENT OF SCHOOLS

LOIS OWENS
SECRETARY

TO: *Sarah Reed Children's Center*
*1020 E. 10. St.*

In compliance with the **Family Educational Rights and Privacy Act of 1974 (PL93-380); Pennsylvania MH/MR Act of 1966, and MH procedures act of 1976, I/WE AUTHORIZE RELEASE OF INFORMATION FROM THE RECORDS OF** _____

**Name of Pupil**

**Date of Birth**                    **Address**                    **Telephone**

**INFORMATION TO BE RELEASED:**  __MEDICAL;  ✓PSYCHOLOGICAL;  __IEP;  ✓PSYCHIATRIC;  ✓SCHOLASTIC;  __CASE WORK;  __SOCIAL HISTORY;  __DUE PROCESS;

OTHER _____

**SEND INFORMATION TO:**  Child Study Department – ATTN: *A Pecoraro*
School District of the City of Erie                      *Ph. 874-6105*
148 West 21 Street
Erie, PA 16502

**INFORMATION IS TO BE USED BY:**  ✓SCHOOL PSYCHOLOGIST  ✓HOME/SCHOOL VISITOR  ✓OTHER *School Staff*  ✓SCHOOL PLACEMENT;  ✓OTHER _____

*1-17-02*
**Date of Signature(s)**

Signature of Pupil (over 14) _____

X *Denise L.* _____
**Signature of Parent/Guardian**

This authorization will expire _*ongoing*_ school days of signature(s). It is revocable upon written request by the signer(s) except to the extent action has taken place on the request. This consent will remain active for a reasonable time to accomplish the purpose for which it is given.

*A Pecoraro*    HSV ✓

0000200442

Form 1035-PPS-7-81

*An Equal Opportunity Employer*  Witness/Title

**30a**

The Mission of the School District of the City of Erie, the flagship of educational opportunity ... dividual excellence, is to ensure academic, personal, and vocational success for the individual, with a focus on school-age youth, by using state-of-the-art technology as a catalyst ... dividualized instruction, and to challenge students to realize their potential.

THE SCHOOL DISTRICT OF THE CITY OF ERIE, PA
148 WEST 21ST STREET · 16502
DEPARTMENT OF SPECIAL EDUCATION

## STUDENT ASSIGNMENT INFORMATION

FIRST NOTICE – INITIAL LETTER                      DATE: AUGUST 7, 2001

STUDENT NAME: P▮▮▮▮, R▮▮▮▮              ID#: 963479     DOB: ▮▮▮▮▮▮
ADDRESS: ▮▮▮▮▮▮▮▮▮                           ZIP: ▮▮▮▮
PARENT OR GUARDIAN:
PRESENT ASSIGNMENT:  Emerson Gridley           GRADE: 7 *
NEW ASSIGNMENT:     Strong Vincent · 1330 West 8th St.    PRINCIPAL:  Ms. Woods
PROGRAM:    Learning Support Part Time (68%)    TEACHER:   Ms. Gray
                                                                    ( 1101 )

EFFECTIVE DATE:      AUGUST 27, 2001
AUTHORIZED BY:      MRS. MOORE

* NOTE:  The actual grade placement is determined by each school based on passing grades or credits earned.

---

BUS INFORMATION:

   Student does not require transportation.

For further information concerning the bus call 874-6900, Mr. Emch.  For EMTA routes call 452-3515.

---

LUNCH INFORMATION

   Strong Vincent has a hot lunch program.

For further information concerning the new school call 874-6500.

---

SPECIAL INFORMATION:    ORIGINAL – PARENT
COURTESY COPIES TO:    ❑  Special Education Office
                                    ❑  Receiving School
                                    ❑  Sending School
                                    ☑  Student File
                                    ☑  Teacher
                                    ❑  Child Study Department
                                    ❑  Attendance
                                    ❑  Transportation



DEPOSITION
EXHIBIT

Scozzie #2

3la

E 000000398

The School District of the City of Erie, Pa.

## *NOTICE OF RECOMMENDED ASSIGNMENT*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **School**

**Age**

Date. 7/23/01

Name and Address of Parent: <u>Mr. & Mrs.</u>
<u>P_____</u>

Student's Name: R____ P____
ID# <u>963479</u>          SS# ____

Dear <u>Mr. & Mrs. P____</u>

     This letter is a follow-up on the recent IEP meeting and/or your request regarding your child's program of education. This is intended to summarize recommendations or proposed changes with respect to your child's educational program and/or assignment. I hope that you have a full understanding based on the information reviewed at the IEP meeting and other communication with school personnel as an IEP team member.

The assignment recommended for your child is:

Level ___ Part-time 68%     270 Speech    6670 L.S.

Location Strong Vincent

Appropriate Grouping ___ Learning support

Other _____

This assignment was recommended after a review of the attached options, which were used to assist in identifying the services and programs that will meet your child's needs.

1. ☐ Your child should begin to receive special education options, which were used to assist in identifying the services and programs that will meet your child's needs
2. ☒ Your child's special education placement or services should be changed as noted in the IEP. The school district will proceed with this change unless you notify us within ten days of your written disapproval (the IEP is attached).
3. ☐ Your child is no longer in need of special education. We recommend current special education services be discontinued. The school district will proceed with this change unless you notify us, within ten days, of your written disapproval.
4. ☐ Your child is graduating from high school. All special education services will cease at the end of the current school term.
5. ☐ Your child is not in need of special education and should continue in his/her present assignment.
6. ☐ The school district is refusing your request to initiate or change your child's:

    ☐ Identification         ☐ Evaluation

    ☐ Educational placement    ☐ Provision of Education
Student's Name: _____

    The reason and basis for this refusal are:
_____

7. ☐ Other: _____

Revised 9/2000



School District Superintendent _____    $\underline{8\text{-}22\text{-}01}$
Date

You have certain rights which are described in the attached Procedural Safeguards Notice. Please carefully read the information. If you need more information, you may contact:

Name <u>Ray Sullivan</u>          Position <u>Supervisor</u>          Phone Number <u>874-6050</u>

**DIRECTIONS FOR PARENTS:** Please check one of the options, sign this form, and return it within 10 days to the person listed above.

☐ **I approve** this recommendation
☐ **I do not approve** this recommendation

My reason for **disapproval is:**

_____

I request:

☐ A Prehearing Conference*

☐ Mediation*

☐ Due-process Hearing*

I will need the following accommodations to be made so that I may attend the above

_____

_____
Parent's Signature                    $\underline{7\text{-}23\text{-}01}$          Daytime Phone
Date

The enclosed Procedural Safeguards Notice provides information on the options listed above.
PDE/BSE - Notice of Recommended Assignment (revised December 1997)

Revised 9/2000

33a

*OPTIONS CONSIDERED* *************************** School Age

**Student's Name** R̶▓▓P▓▓

The options considered when recommending placement for your child fall into three categories, as listed on the chart below:

**\*Appropriate grouping of students** who have learning needs similar to your child, and who are able to benefit from this assignment, given the rate, level, and manner of the instruction to be provided.

**\*Level of intervention** is the type and amount of special education instruction your child will receive

**\*Location of intervention** is the type of building or facility where special education services will be provided.

In discussing the appropriate program for your child, the options checked below were considered.

## APPROPRIATE GROUPING (Class or Type of Service):

☐ Autistic Support Deaf or Hearing
☐ Impaired Support
☐ Gifted Support
☐ Life Skills Support
☐ Physical Support

☐ Blind or Visually Impaired Support
☐ Emotional Support
☒ Learning Support
☐ Multiple Disabilities Support
☒ Speech and Language Support

## LEVEL OF INTERVENTION:

☐ Supportive Intervention in the Regular Instructional Environment
☐ Supplemental Intervention in the Regular Instructional Environment (Itinerant)
☐ Supplemental Intervention in the Resource Instructional Environment
☒ Part-time Special Education Class in the Regular School
☐ Full-time Special Education Class in the Regular School
☐ Full-time Special Education Class Outside of the Regular School

## LOCATION OF INTERVENTION:

☒ Regular school which student would attend if not exceptional
☐ Alternate regular school as close to the student's home as possible
☐ Alternate regular school as close to the student's home as possible
☐ Special education public school, such as a special education center
☐ Instruction in the home
☐ Approved Private School on a day basis
☐ Approved Private School on a residential basis



Student's Name R██████ █████

Reasons for the recommendations (Include evaluation procedures, reports, and other factors used in making the recommendations):

Psychological evaluation
Past academic performance
Current performance level
Classroom observations

Reasons why the above recommendation is appropriate and why it represents the least restrictive environment in which your child's needs can be met:

The learning support environment offers the opportunity for individualized instruction, small group instruction, adaptations, and modifications in the areas of reading, language arts, and math.

Reasons why the options that were considered, but not recommended, are inappropriate or do not represent the least restrictive environment in which your child's needs can be met:

Current recommendation is the optimum educational program to support academic progress.



E  000000402

*INVITATION TO PARTICIPATE*
*IN THE IEP TEAM MEETING*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **School Age**

**Date:** _____

Name and Address of Parent: Mr. & Mrs. P██████

██████████████

Student's Name: R████ P████

ID#: <u>963479</u>  SS#: _____

Dear _____

    Parents must be afforded an opportunity as a member of any group that makes decisions on the special educational placement of their child with a disability. We would like you to participate in __X__ an individualized education program team meeting
_____ other meeting (specify) _____

    The purpose of this meeting is to:

    ☐ Discuss the results and recommendations of the multidisciplinary evaluation and make a determination if your child is in need of special education. If it is determined that your child is a child with a disability, an Individualized Education Program (IEP) will be developed at the meeting.
    ☒ Discuss your child's current IEP to review and revise it as needed.
    ☐ Develop and/or review a statement of your child's need for transition services. We are inviting your son/daughter to attend this meeting. We are also inviting representative(s) from the following agency or agencies to attend: _____
    ☐ Other _____

    Parents are strongly encouraged to meaningfully participate as members of their child's IEP team. The team meeting has been scheduled for this location: _____ at the following date and time: _____. If this time, date or location is not convenient, please contact me as soon as possible so we can arrange a time and place which are mutually convenient.

<u>Miss Friedman—Learning support teacher</u>       <u>874-6050</u>      _____
Name and Title          Phone Number      Date

The following people are expected to attend the meeting for your child:

**NAME** _____

**NAME** <u>Miss Friedman</u>       **ROLE\*** <u>Learning support teacher</u> _____

**NAME** _____       **ROLE\*** _____

**NAME** _____       **ROLE\*** _____

**NAME** _____       **ROLE\*** _____

**NAME** _____       **ROLE\*** _____

**ROLE\*** _____
\* This denotes this person's involvement in your child's IEP development. Examples: regular teacher, local education agency representative, etc.



If you would like additional personnel from the school district to attend this team meeting, or if you have any questions or comments, please contact me. Further, please be advised that you may bring other people to the meeting who have knowledge or special expertise regarding your child.

Attached to this invitation is a copy of the "Procedural Safeguards Notice" describing your rights and procedural safeguards under State and Federal Law.

We are requesting that you respond to this invitation by checking the appropriate option below, and returning this form to the school district (by mail or in person) as soon as possible.

☐ I will attend the meeting as scheduled.
☐ I will need the following accommodations to be made so that I may attend the meeting

☐ I will not attend the meeting.
☐ I wish to attend the meeting, but this time and/or location is not cnvenient.
    Please contact me to make alternative arrangements.

_____                    7-23-_____
Parent Signature                                    Date

Please return to:

Name: _Miss Friedman__

Address 148 W. 21 Street

The School District City of Erie, Pa

R _____ T _____ ✓ _____

# INDIVIDUALIZED EDUCATION PROGRAM (IEP)

*Form*
**School Age**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ID# 963479 _____
S.S.# _____

IEP Team Meeting Date 7-23-01

Student Name: R___ P___

DOB ▓▓▓        Age _____

Parent Name: Mr. & Mrs. P___

Grade 7

Address ▓▓▓▓▓ --

Phone (H) _____
    (W) _____
School Year: 2001-02

School District: Erie City School District _____

Anticipated Year of Graduation: _____

County of Residence: Erie
Other Information: _____

**IEP TEAM/SIGNATURES\*** The Individualized Education Program (IEP) Team makes the decisions about the student's program and placement. The student's Parent(s), the student's regular teacher and a representative from the local education agency are required members of this team. A regular education teacher must also be included if the student participates, or may participate in, regular education. Signature on this IEP documents attendance, and not agreement.

| NAME (typed or printed) | POSITION (typed or printed) | SIGNATURE\* |
|---|---|---|
| | Parent | Riel P___ |
| | Parent | |
| Robert Lensberg | Student\* | Pat Perry |
| Sara Friedman | Regular Education Teacher | Sara Friedman |
| Charlene Moore | Special Education Teacher | Diane Moore |
| Robert Kitchen Reg. Ed. | Local Ed. Agency Rep. (Chair) | X Robert Kitchen |
| | ~~Vocational Technical Rep.\*\*~~ | |
| | Community Agency Rep.\*\*\* | |
| Renee Woods | Speech Therapist | Renee Woods |

\*The IEP team must invite the student if transition services are being planned or if the parents choose to have the student participate.
\*\* Must be present if a Vocational Technical program is being considered.
\* \* As determined by the IEP Team Chairperson.

## PROCEDURAL SAFEGUARDS NOTICE

I have received a copy of the Procedural Safeguards Notice. The District has informed me whom to contact if I need more information

Signature: Riel P___        Date Received: 7-23-01



Student Name: R‗‗‗ P‗‗‗‗‗

I.    **Special Considerations The IEP Team Must Address Before Developing The IEP**

   A.    **Is the Student Blind or Visually Impaired**

   __X__ No

   _____ Yes – Team must provide for instruction in Braille and the use of Braille unless the IEP Team determines, after an evaluation of the child's reading and writing skills, needs and appropriate reading and writing media (including an evaluation of the child's future needs for instruction in Braille or the use of Braille). That instruction in Braille or the use of Braille is not appropriate.

   B.    **Is the Student Deaf or Hearing Impaired?**

   __X__ No

   _____ Yes - Team must consider the child's language and communication needs, opportunities for direct communication with peers and personnel in the child's language and communication mode academic level, and full range of needs including opportunities for direct instruction in the child's language and communication mode in the development of the IEP.

   C.    **Does the Student Exhibit Behaviors that Impede His/Her Learning or That of Others?**

   __X__ No

   _____ Yes - Team must consider strategies including positive behavioral interventions, strategies and supports to address that behavior.

   D.    **Does the Student  Have Limited  English  Proficiency?**

   __X__ No

   _____ Yes - Team must consider the language needs of the student as those needs related to the child's IEP.

   E.    **Does the Student Have Communication  Needs?**

   _____ No

   __X__ Yes - Team must consider the communication needs of the student in the development of the IEP.

   F.    **Does the Student Require Assistive Technology Device and Services?**

   __X__ No

   _____ Yes - Team must consider the student's assistive technology needs in the development of the IEP.

   G. **Does the Student Need Transition Services?**

   1.    Will the Student be 14 Years of Age or Older Within the Duration of this IEP?

   __X__ No – Not necessary to complete Section III

   _____ Yes - Team must address the student's course of study and how it applies to components of the IEP.

   STUDENT'S COURSE OF STUDY: _____

   2.    Will the Student be 16 Years of Age or Older Within the Duration of this IEP or is the Student Younger  and in Need of Transition Services as Determined by the IEP Team?

   __X__ No – Not necessary to complete Section III

   _____ Yes - Team must address and complete Section III

   H. **Is the Student Within Three (3) Years of Graduation?**

   __X__ No - Go to Section 11

   _____ Yes - Team must address graduation plan (next page).



Student Name: R███ P█████

**Plan for Completion of Necessary Credits for Graduation:**
Eligibility for graduation will be based upon:
☒ Option A – Completion of IEP goals and objectives (Should be linked to
                                                        or
☐ Option B – Completion of school district
        If you choose Option B, choose one of the following:
            ☐ Course Requirements (attach a list of courses)
                                                        or
                ☐ Assessment, Independent study, student project, other educational experiences

I.    **PRESENT LEVELS OF EDUCATION PERFORMANCE**

A.        SUMMARY OF PERFORMANCE IN THE CUTRRENT EDUCATIONAL PROGRAM:
R███ is returning to the Erie School District from Arizona.  She will be entering 7th grade at Strong
Vincent.  Her results from the Woodcock Johnson from March of 2001 are as follows:  Broad reading, G.
E. 3-5; Broad math, G.E. 4-2; Broad knowledge, G.E. 1-8; and broad written language, G.E. 3-2.

B.        STRENGTHS:
R███ is a shy girl and enjoys talking to the girls.

C.        NEEDS:
R███ is in need of specially designed instruction in the areas of reading, language arts, and math.  She
needs to be screened for speech.

D.        THE CHILD'S DISABILITY AFFECTS INVOLVEMENT AND PROGRESS IN GENERL
EDUCATION URRICULUM IN THE FOLLOWING WAYS:
        Due to the students disability, the student could not adequately meet success in the regular
education curriculum in the areas of reading, language arts, and math.

40a

Student Name: ~~Re____ R____~~

I.   TRANSITION PLANNING
Person(s) responsible for coordinating transition activities:

A.        **DESIRED POST-SCHOOL OUTCOMES: Define and project the desired post-school outcomes as identified by the student, parent and IEP team for these areas: Post Secondary Education/Training, Employment, or Community Living.  State how they will be provided or explain why they are not needed.**

1.   _____   Post Secondary Education/Training:

2.   _____   Employment:

3.   _____   Community Living:
     a)   Residential:
          _____
     b)   Recreation/Leisure:
          _____

A.        **INSTRUCTIONAL AREAS NEEDED TO SUPPORT DESIRED POST-SCHOOL OUTCOMES:**
The instructional areas should support the desired post-school outcomes. The instructional areas checked "Yes" below, should appear in the IEP as annual goals, short-term instructional objectives or benchmarks, and/or specially designed instruction. Indicate whether or not the student needs transition services in the instructional areas listed below.

Instruction (Academic and/or Community based):   _____Yes _____No
_____

Community-based Experiences: _____Yes _____ No
_____

**ADDITIONAL INSTRUCTIONAL AREAS/ACTIVITIES NEEDED TO SUPPORT DESIRED POST-SCHOOL OUTCOMES:** may include, but are not limited to:

| | | |
|---|---|---|
| Acquisition of Daily Living Skills | _____ Yes _____ No | |
| Functional Vocational Evaluation | _____ Yes _____ No | * If the student is attending an approved vocational-technical program at an AVTS or school district, the title of the program, including classification of instructional program (CIP) title, a six-digit code must be listed: _____ |
| Career Education | _____ Yes _____ No | |
| Work-based Learning | _____ Yes _____ No | |
| Vocational-Technical Education* | _____Yes _____ No | |
| Other: _____ | _____Yes _____ No | |

41a

Student Name: R██████ P██████

B.        LINKAGES

Agencies which may provide services/support (before the student leaves the school setting):

Agency Name _____                              Phone Number _____

Responsibilities/Linkages:_____

Agency Name _____                              Phone Number _____

Responsibilities/Linkages:_____

Agency Name _____                              Phone Number _____

Responsibilities/Linkages:_____

42a

Student Name: R█████ P█████

I.    GOALS AND OBJECTIVES: (Use as many copies of this page as needed to plan appropriately for the student)
A. MEASURABLE ANNUAL GOAL:
   Will improve language arts skills.

B.         SHORT-TERM INSTRUCTIONAL OBJECTIVES OR BENCHMARKS:

   1.   Objective/Benchmark:
        Sustain a single viewpoint using well developed ideas and details in logical or sequential order.

        • ˜ Expected Level of Achievement – 80%
        • Evaluation Schedule – Ongoing
        • Method of Evaluation – Teacher made materials.
        • Specially Designed – Small group instruction.

   1.   Objective/Benchmark:
        Identify and name the basic parts of speech in a sentence.

        • Expected Level of Achievement – 80%
        • Evaluation Schedule – Ongoing
        • Method of Evaluation – Teacher made materials and tests.
        • Specially Designed – Small group instruction.

   1.   Objective/Benchmark:
        Correct use of grammar, capitalization, and punctuation in a sentence.

        • Expected Level of Achievement – 80%
        • Evaluation Schedule – Ongoing
        • Method of Evaluation – Teacher made materials and tests and portfolios.
        • Specially Designed – Small group instruction and daily journal exercises.

Revised 9/2000



E 000000410

Student Name: ~~Re███ R████~~

I.   GOALS AND OBJECTIVES: (Use as many copies of this page as needed to plan appropriately for the student)
A. MEASURABLE ANNUAL GOAL:
   Will increase reading skills.

B.        SHORT-TERM INSTRUCTIONAL OBJECTIVES OR BENCHMARKS:

   1.   Objective/Benchmark:
        Orally read stories with fluencies.

        • Expected Level of Achievement – 80%
        • Evaluation Schedule – Ongoing
        • Method of Evaluation – Quarterly report cards and weekly oral reading
        • Specially Designed – Small group instruction

   1.   Objective/Benchmark:
        Answer comprehension questions, state the main idea, predict outcomes, draw conclusions, and sequence events from stories read.

        • Expected Level of Achievement – 80%
        • Evaluation Schedule – Ongoing
        • Method of Evaluation – Quarterly report cards
        • Specially Designed – Small group instruction

   1.   Objective/Benchmark:
        Master basic sight words and blend sounds to decode new words.

        • Expected Level of Achievement – 80%
        • Evaluation Schedule – Ongoing
        • Method of Evaluation – Quarterly report cards and weekly oral reading
        • Specially Designed – Small group instruction

Student Name: R_____ P_____

### IV. GOALS AND OBJECTIVES: (Use as many copies of this page as needed to plan appropriately for the student)

#### A. MEASURABLE ANNUAL GOAL:

R_____ will improve language comprehension and expressive language skills consistently within the school setting.

#### B. SHORT-TERM INSTRUCTIONAL OBJECTIVES OR BENCHMARKS:

**1) Objective/Benchmark:**

R_____ will improve vocabulary through; defining/describing, analogies, inferences, sentence completion activities.

Expected Level of Achievement – 80% accuracy

Evaluation Schedule – Monthly

Method of Evaluation – teacher/therapist observation log reports
pre/post test comparison

Specially Designed – Small group Instruction, modeling, cueing
repetition of task

**2) Objective/Benchmark:**

R_____ will improve expressive language skills through reasoning and problem-solving activities, as well as answering Wh-questions.

Expected Level of Achievement – 80% accuracy

Evaluation Schedule – teacher/therapist observation;

Method of Evaluation – Small group instruction, modeling, cueing
repetition of task

Specially Designed – 

**3) Objective/Benchmark:**

R_____ will improve sentence structure and grammar rules

Expected Level of Achievement – ongoing

Evaluation Schedule – teacher/therapist observation; teacher made materials

Method of Evaluation – 80%

Specially Designed – Small group instruction modeling cueing
repetition of task

45a

Student Name: ~~R████ P██████~~

I.  GOALS AND OBJECTIVES: (Use as many copies of this page as needed to plan appropriately for the student)

    A. MEASURABLE ANNUAL GOAL:
      __Will improve math skills.____

    B.     SHORT-TERM INSTRUCTIONAL OBJECTIVES OR BENCHMARKS:

      1.  Objective/Benchmark:
           <u>Add and subtract two numbers with regrouping.</u>

          • Expected Level of Achievement – <u>80 %</u>
          • Evaluation Schedule – <u>Ongoing</u>
          • Method of Evaluation – <u>Quarterly report cards</u>
          • Specially Designed – <u>Small group instruction, teacher made materials and tests, and hands-on manipulatives.</u>

      1.  Objective/Benchmark:
           <u>Correctly tell time to the minute, identify coins and their values, count out the correct amount of money needed to purchase an item and give correct change, and solve problems involving measurement.</u>

          • Expected Level of Achievement – <u>80%</u>
          • Evaluation Schedule – <u>Ongoing</u>
          • Method of Evaluation – <u>Quarterly report cards</u>
          • Specially Designed – <u>Small group instruction, teacher made materials and tests, and hands-on manipulatives.</u>

      1.  Objective/Benchmark:
           <u>Improve basic multiplication facts 0-10, identify that division is the opposite of multiplication., and divide simple 1-digit problems.</u>

          • Expected Level of Achievement – <u>80%</u>
          • Evaluation Schedule – <u>Ongoing</u>
          • Method of Evaluation– <u>Quarterly report cards</u>
          • Specially Designed – <u>Small group instruction, teacher made materials and tests, and hands-on manipulatives.</u>



46a

Student Name: R███ P█████

I. SPECIAL EDUCATION, RELATED SERVICES AND SUPPLEMENTARY AIDS AND SERVICES

A. PROGRAM MODIFICATIONS AND SPECIALLY DESIGNED INSTRUCTION: (Specially designed instruction may be listed with the goals and objectives)

B. RELATED SERVICES:
Transportation: _____

List the services that the student needs in order to benefit from or access his/her program:

| Service | Location | Projected* Beginning Date | Frequency | Anticipated* Duration |
|---|---|---|---|---|
| Psychological | ESD | 07/01 | As needed or every 2 years | 1 year |
| _____ | _____ | _____ | | _____ |
| Nursing | ESD | 07/01 | As prescribed by a doctor | 1 year |
| _____ | | | | _____ |
| Speech | ESD | 07/01 | 1 x weekly | 1 year |

\* If differs from IEP beginning and duration dates.

C. SUPPORTS FOR SCHOOL PERSONNEL:
Collaboration with regular education teacher. _____

D. EXTENDED SCHOOL YEAR: - IEP team has considered and discussed with a determination made for every child has been considered, but not recommended.

E. IEP TEAM HAS CONSIDERED, IF APPROPRIATE, THE STUDENT'S NEEDS FOR:

Adaptive Physical Education _____
Enrichment and Advancement _____

47a

E 000000414

Student Name: Re___ P___

**I. LEAST RESTRICTIVE ENVIRONMENT (LRE)**

**A. PARTICIPATION IN STATE AND DISTRICT-WIDE ASDSESSMENTS:**

☐ Student will participate in State and district-wide assessments without accommodations.

Or

☒ Student will participate in State and district-wide assessments with the following accommodations:

| | List the accommodations to be used: |
|---|---|
| PSSA Reading (administered in grades 5, 8, and 11) | |
| PSSA Math (administered in grades 5, 8, and 11) | |
| PSSA Writing (administered in grades 6 and 9) | |
| District-wide | Student will take test at appropriate reading level. |

*For Pennsylvania System of School Assessment (PSSA) see the Coordinators Handbook for allowable accomodations.

or

☐ Students will not participate in State and district-wife assessment because:

_Educational progress of the student will be assessed through the following alternate method(s): -_

**A. EXPLANATION OF THE EXTENT, IF ANY, THE STUDENT WIL NOT PARTICIPATE WITH CHILDREN WITHOUT DISABILITIES IN THE REGULAR CLASS, AND IN THE GENERAL EDUCATION CURRICULUM:**
Modifications are necessary for the student to achieve educational and social development goals. Learning support services provide the most appropriate program to enhance educational success.

**B. PLACEMENT:**

Appropriate Grouping: Learning support
Level of Intervention: Part-time 68%
Location of Intervention: Strong-Vincent



Student Name: R____ P____

**VII. DATES**

    **A.**          Projected Date when Services and Programs Will Begin: _7_ / _23_ / _01_
                                                  Mo  Day  Yr

    **B.**          Anticipated Duration of Services and Programs: _7_ / _23_ / _02_
                                                  Mo  Day  Yr

**VIII.**    **EXIT CRITERIA:**
These are the criteria which will be used to determine when a student is no longer in need of special education services.

**DECISION POINTS** (Check one):
☒ No longer requires specially designed instruction
☐ No longer of school
☐ Met designated requirements as specified in graduation plan
☐ Other (specify)
____

**49a**