IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD P. by and for | ) | No. 03-390 Erie |
| RACHEL P. and DENISE L. by | ) | |
| and for KRISTINA L., | ) | |
| | ) | ELECTRONICALLY FILED |
|     Plaintiffs, | ) | |
| | ) | |
|     v. | ) | **Jury Trial Demanded** |
| | ) | |
| SCHOOL DISTRICT OF THE CITY | ) | |
| OF ERIE, et al | ) | |
| | ) | |
|     Defendants. | ) | |

### **PLAINTIFFS' MOTION TO POSTPONE ARGUMENT**

1. Plaintiffs' counsel is in trial before Judge Conti.

2. Originally, when the argument was scheduled, Plaintiffs believed that the trial would be over by October 28th.

3. It now seems likely that the jury will be in deliberations Friday, the 28th of October, because it does not appear that the testimony will close before Thursday.

3. Additionally, after the argument was scheduled in this case, Plaintiffs filed a motion to amend the complaint. Defendants' response is due after the time originally set by this Court for argument on summary judgment and settlement. It might be prudent to rescheduled the argument until after the response to the motion to amend the complaint is filed.

WHEREFORE, Plaintiffs request this Court enter an Order rescheduling the Argument.

        Respectfully submitted,


        s/ Edward A. Olds
        Edward A. Olds, Esquire
        Pa. I.D. No. 23601
        Carolyn Spicer Russ, Esquire
        Pa. I.D. No. 36232
        Richard Matesic, Esquire
        Pa. I.D. No. 72211
        *Attorneys for Plaintiffs*

        1007 Mt. Royal Boulevard
        Pittsburgh, PA 15223
        (412) 492-8975

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 21, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James T. Marnen, Esquire  
KNOX McLAUGHLIN GORNALL &  
SENNETT, P.C.  
120 West Tenth Street  
Erie, PA 16501-1461

                                          s/Edward A. Olds, Esquire  
                                          _____