```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD P. by and for        )    No. 03-390 Erie
RACHEL P. and DENISE L. by   )
and for KRISTINA L.,         )
                             )    ELECTRONICALLY FILED
         Plaintiffs,         )
                             )
         v.                  )    Jury Trial Demanded
                             )
SCHOOL DISTRICT OF THE CITY  )
OF ERIE, et al               )
                             )
         Defendants.         )
```

## ORDER OF COURT

IN ERIE, this the _____ day of _____, 2005, upon consideration of the foregoing, it is hereby Ordered that: the Argument is scheduled for the ____ day of _____, 2005, at _____ m.

```
                              _____
                              U.S. District Court Judge
```