IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Richard P., by and for **R.P.**, and Denise L., by and for **K.L.**,<br><br>      Plaintiffs<br><br>    v.<br><br>**SCHOOL DISTRICT OF THE CITY OF ERIE, PENNSYLVANIA; JANET WOODS**, Individually and in her Capacity as Principal of Strong Vincent High School; and **LINDA L. CAPPABIANCA**, Individually and in her Capacity as Assistant Principal of Strong Vincent High School,<br><br>      Defendants | Civil Action No.  03-390 Erie<br><br><br><br><br><br><br><br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

**ORDER**

AND NOW, this _____ day of _____, 2005 it is hereby ORDERED that Defendants' Motion for Continuance of Trial is GRANTED.  This action is hereby stricken from the list of cases for trial beginning on November 28, 2005 and shall be placed on the list of cases for trial beginning on January 23, 2006.

 

                                                                                               _____
                                                                                                Sean J. McLaughlin
                                                                                                United States District Judge

#640262