MEMORANDUM OF NON-JURY TRIAL

# United States District Court
For the Western District of Pennsylvania

Richard P., et al.,
   *Plaintiff*

vs.

School District of the City of Erie, Pa., et al.,
   *Defendant*

No. CA 03-390 Erie

HEARING ON Argument on Mtn. Summary Jgmt.

Before Judge Sean J. McLaughlin

Carolyn Russ
Edward Olds
   *Appear for Plaintiff*

James Marnen
   *Appear for Defendant*

Hearing begun 9:50 AM    Hearing adjourned to 10:32 a.m.

Hearing concluded C. A. V.    Stenographer Ron Bench

WITNESSES:

For Plaintiff    For Defendant

Mtn. Granted in Part, Denied in Part for Reasons Set forth on the Record.