MEMORANDUM OF NON-JURY TRIAL

# United States District Court
For the Western District of Pennsylvania

Richard P., et al.,

*Plaintiff*

vs.

No. CA 03-390 E

School District of the City of Erie, et al.,

*Defendant*

HEARING ON Settlement Conference

Before Judge Sean J. McLaughlin

Edward Olds        James Marnen
Carolyn Russ

*Appear for Plaintiff*   *Appear for Defendant*

Hearing begun 10:35 a.m.      Hearing adjourned to 11:47 a.m.

Hearing concluded C. A. V.    Stenographer Ronald J. Bench

WITNESSES:

For Plaintiff         For Defendant

Set Jan. 23, 2006 term 14 day trial
To Begin on 1-23-06 @ 9:00 am
Mtn. to Continue GRANTED