IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD P. by and for ) | No. 03-390 Erie | |
| RACHEL P. and DENISE L. by ) | | |
| and for KRISTINA L., ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | **Jury Trial Demanded** | |
| ) | | |
| SCHOOL DISTRICT OF THE CITY ) | Electronically Filed | |
| OF ERIE, et al., ) | | |
| ) | | |
| Defendants. ) | | |

## ORDER OF COURT

　　IN ERIE, this the _____ day of _____, 2005, based upon the foregoing, it is hereby Ordered Plaintiffs may proceed to trial on their claim that their exclusion from the regular school setting violated Title IX.

　　Alternatively, this proceeding is stayed, pending Plaintiffs' exhaustion of IDEA proceedings.

_____
U.S. District Court Judge