MEMORANDUM OF NON-JURY TRIAL

# United States District Court
For the Western District of Pennsylvania

Richard P. et al.,

*Plaintiff*

vs.

School District of the City of Erie, PA, et al.,

*Defendant*

No. CA 03-390 Erie

HEARING ON Argument on Motion to Amend

Before Judge McLaughlin

Ed Olds — *Appear for Plaintiff*

James Marnen — *Appear for Defendant*

Hearing begun 1:26 ~~1:30~~ pm on 11-14-05

Hearing concluded 1:43 pm C. A. V.

Hearing adjourned to _____

Stenographer Ron Bench

WITNESSES:

For Plaintiff         For Defendant

① Motion to Amend is DENIED as MOOT;
② Mtn for Clarification of Order granting partial summary jgmt is GRANTED;
③ π's mtn for Leave to Reply to Δ's opposition to π's mtn to Amend Complaint DENIED as MOOT;
④ π's mtn to Stay to Permit Exhaustion of Adm. Remedies is DENIED as MOOT

Pre-trial conference set for 12-1-05 @ 1:00 PM