# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Richard P., et al., )
)
_____ )
Plaintiff )
)
vs. ) No. _CA 03-390 Erie_
)
School District of the City )
of Erie, et al. )
Defendant )

**HEARING ON** _Pretrial Conference_

Held on __December 1, 2005__

Before Judge _McLaughlin_

Edward Olds                          Jim Marmer
_____    _____
Carolyn Russ
_____    _____
Appear for Plaintiff                 Appear for Defendant

Hearing begun __12:54 P.M.__        Hearing adjourned to _____

Hearing concluded C.A.V. __1:41 P.M.__   Stenographer _Rox Burch_

                                    Clerk _n/a_

**WITNESSES:**

For Plaintiff                        For Defendant

Scheduled for January 23, 2006 @ 8:30 a.m.
_____
Counsel will be mailed trial instructions
Π's pretrial statements are unsealed
Π's amended/supplement pretrial statements remain
                                                    sealed