IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

The following cases are listed for trial beginning on **January 23, 2006**, before the Honorable Sean J. McLaughlin, in Courtroom C, 2nd Floor, U.S. Federal Building and Courthouse, Erie, Pennsylvania

When cases are called for trial between **January 23, 2006 and February 24, 2006**, counsel are to be prepared to select a jury and proceed to trial. Counsel will not be required to try cases back to back, however, the order of selection is subject to change based on expected trial length and the availability of jurors. Counsel are directed to keep the Clerk notified if there is any change in the status of each case. The order for selection is as follows:

| | | |
|---|---|---|
| 14. | CA 03-390 Erie | Richard P., et. al., v. School District of City of Erie, et. al., (Ross, Olds, Matesic, Marnen, Zak, Purcell) |
| 15. | CA 04-177 Erie | Brown v. Edmond Cheverlet, Inc., et al., (Pendleton, Delaney, Conner) |
| 16. | CA 04-337 Erie | Noce, et. al., v. Cawa, Inc., et. al., (Pontius, Ford, Habas) |
| 17. | CA 04-368 Erie | Sweeting v. Highmark, Inc., (Sansone, Shuman, Munsch, Gupta) |
| 18. | CA 05-12 Erie | Burchick Construction v. HBE Corporation (Bruce, Fernsler, Riorden, Glass) |

IMMEDIATELY UPON RECEIPT OF THIS NOTICE, COUNSEL FOR THE

GOVERNMENT ARE TO ISSUE APPROPRIATE WRITS OF HABEAS CORPUS TO THE U.S.

MARSHAL SERVICE FOR ANY AND ALL OUT OF STATE DEFENDANTS OR WITNESSES

                                                  Nicole M. Kierzek
                                                  Courtroom Deputy to Judge Sean J. McLaughlin

cc: All counsel