IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD P. by and for          )        No. 03-390 Erie
RACHEL P. and DENISE L. by     )
and for KRISTINA L.,           )
                               )
        Plaintiffs,            )
                               )
        v.                     )        **Jury Trial Demanded**
                               )
SCHOOL DISTRICT OF THE CITY    )        Electronically Filed
OF ERIE, et al                 )
                               )
        Defendants.            )

## ORDER OF COURT

IN ERIE, this the _____ day of _____, 2006, upon consideration of the foregoing, Plaintiffs' Motion In Limine concerning asking leading questions to Plaintiffs is granted.

_____
U.S. District Court Judge