IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Richard P., by and for **RACHEL P.**, and Denise L., by and for **KRISTINA L.**, <br><br>   Plaintiffs<br><br>  v.<br><br>**SCHOOL DISTRICT OF THE CITY OF ERIE, PENNSYLVANIA; JANET WOODS**, Individually and in her Capacity as Principal of Strong Vincent High School; and **LINDA L. CAPPABIANCA**, Individually and in her Capacity as Assistant Principal of Strong Vincent High School,<br><br>   Defendants | Civil Action No. 03-390 Erie<br><br><br><br><br><br><br><br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## ORDER

  AND NOW, this _____ day of _____, 2006, it is hereby ORDERED that Defendants' Motion in Limine is GRANTED. Plaintiffs, their counsel and their witnesses, including their expert witness, Dr. Schachner, are precluded from (1) asserting at the trial of this action that any employee of defendant The School District of the City of Erie, Pennsylvania had a specific duty to report any sexual activity between plaintiffs and other students to any public agency, (2) stating, arguing and testifying at the trial in regard to alleged acts of sexual harassment that occurred prior to the sexual assaults of December 19, 2001 and (3) asserting at the trial that the placement of plaintiffs at Sarah Reed Children's Center in January 2002 was improper.

                      _____
                      Sean J. McLaughlin
                      United States District Judge

#652568