AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court

Western _____ DISTRICT OF _____ Pennsylvania

Richard P. by and for Rachel P. &
Denise L. by and for Kristina L.

v.

School District of the City of Erie, et al

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 03-390 Erie

TO: Chief Robert Blakely
Erie County Juvenile Probation Department
Erie County Courthouse
140 West 6th Street, Room 401
Erie, PA 16501

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| U.S. Federal Building and Courthouse<br>17 South Park Row<br>Erie, PA 16501 | c, 2nd Floor |
| | DATE AND TIME<br>January 23, 2006<br>9:00 a.m. |

[ ] YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

[X] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See attached document request.

| PLACE | DATE AND TIME |
|---|---|
| Same as above. | Same as above. |

[ ] YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Edward A. Olds* | 1-10-06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Edward A. Olds, Esq., 1007, Mount Royal Bolevard Pgh PA 15223   412-492-8975

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

## DOCUMENT REQUEST TO ATTACH TO
## SUBPOENA TO CHIEF ROBERT BLAKELY

All criminal charges, informations, criminal complaints, court orders, police reports, and witness statements prepared or received by police officers and/or other persons investigating the assault of Kristina L. and Rachel P. These documents shall be produced in a non-redacted form.