IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD P., by and for RACHEL P., and
DENISE L., by and for KRISTINA L.,

    Plaintiffs,

v.     : NO. 03-390

SCHOOL DISTRICT OF THE CITY OF ERIE,  :
PENNSYLVANIA; JANET WOODS, Individually  :
and in her Capacity as Principal of Strong Vincent  :
High School; and LINDA CAPPABIANCA,  :
Individually and in her Capacity as Assistant  :
Principal of Strong Vincent High School,  :

    Defendants.

## PROTECTIVE ORDER

AND NOW, to-wit, this 7th day of April, 2004, upon consideration of the movants' Motion for Protective Order which has been consented to by the parties in this suit, it is hereby ORDERED as follows:

1. Movants shall permit counsel for the parties to review the documents that are the subject of the subpoena in un-redacted form in the Erie County Juvenile Probation Departmental in the presence of a representative of that Department;

2. Counsel for the parties shall treat the documents as confidential and shall not disclose any information contained in those documents to any third party including, but not limited to, the parties to this action, and their representatives and employees, and counsel for the parties shall not utilize any information contained in those documents. It is anticipated that the parties will seek to have

access to the information sought by the subpoena and will either agree to a modification of this Protective Order, or to request a modification of this Protective Order; and

3. The parties are not barred from seeking a modification of this Protective Order in the event that they cannot agree among themselves about the manner in which the confidentiality of the information can be preserved, if it is determined that the requested material in the possession of Ms. Hetrick is relevant to this proceeding, or will lead to the discovery of further relevant evidence.

BY THE COURT:

_____
Hon. Sean J. McLaughlin,
U.S. District Judge
Western District of Pennsylvania