IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD P. by and for RACHEL P. and DENISE L., by and for KRISTINA L., Plaintiffs, | : : : : | Civil Action No. 03-390 Erie |
| v. | : : | Electronically Filed |
| SCHOOL DISTRICT of the CITY OF ERIE, Defendants | : : : | |

## ORDER OF COURT

AND NOW, this ___ day of January, 2006, based upon the foregoing Motion For Order To Quash or Modify Subpoena, it is hereby Ordered that the subpoena dated January 10, 2006, and served on Robert Blakely on January 12, 2006 is hereby quashed in part. Robert Blakely shall only be required to produce the requested documents in their previously redacted form and counsel shall not be permitted to elicit testimony touching upon the protected information.

_____
U.S. District Court Judge