```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| RICHARD P. by and for<br>RACHEL P. and DENISE L. by<br>and for KRISTINA L., | )<br>)<br>) | No. 03-390 Erie |
| Plaintiffs, | )<br>) | Electronically Filed |
| v. | )<br>) | **Jury Trial Demanded** |
| SCHOOL DISTRICT OF THE CITY<br>OF ERIE, et al | )<br>)<br>) | |
| Defendants. | ) | |

### PLAINTIFFS' MOTION FOR A
### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

1. Plaintiffs wish to call Antonio Granville Flemings to testify on their behalf.

2. Plaintiffs understand that Flemings is incarcerated in the Erie County Prison.

3. Plaintiffs request an Order directing the appropriate personnel from Erie to deliver Antonio Granville Flemings for purposes of testimony.

          Respectfully submitted,

          /s/Edward A. Olds

          Edward A. Olds, Esquire
          Pa. I.D. No. 23601
          Carolyn Spicer Russ
          Pa. I.D. No. 36232
          Richard S. Matesic
          Pa. I.D. No. 72211

          1007 Mount Royal Boulevard
          Pittsburgh, PA 15223
          (412) 492-8975
          *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 18, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James T. Marnen, Esquire
KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
120 West Tenth Street
Erie, PA 16501-1461

S/ Edward A. Olds
Edward A. Olds, Esquire