IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD P. by and for RACHEL P. and DENISE L. by and for KRISTINA L., | ) ) ) | No. 03-390 Erie |
| | ) | Electronically Filed |
| Plaintiffs, | ) ) | |
| v. | ) ) | **Jury Trial Demanded** |
| SCHOOL DISTRICT OF THE CITY OF ERIE, et al | ) ) ) | |
| Defendants. | ) | |

**ORDER OF COURT**

IN ERIE, this the ____ day of _____, 2006, upon the foregoing Motion, it is hereby Ordered that the appropriate officials from Erie County Prison shall produce Antonio Granville Flemings on Tuesday, January 24, 2006, in order to provide testimony in the above case.

_____
U.S. District Court Judge