```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

RICHARD P. by and for          )    No. 03-390 Erie
RACHEL P. and DENISE L. by     )
and for KRISTINA L.,           )
                               )
        Plaintiffs,            )
                               )
     v.                        )    **Jury Trial Demanded**
                               )
SCHOOL DISTRICT OF THE CITY    )    Electronically Filed
OF ERIE, et al.,               )
                               )
        Defendants.            )

## PLAINTIFFS' RESPONSE TO
## MOTION FOR ORDER TO QUASH OR MODIFY SUBPOENA

   1. Plaintiffs issued a subpoena to Robert Blakely, because Blakely is the custodian of records of the juvenile court delinquency proceedings involving the individuals who assaulted Plaintiffs.

   2. The testimony would establish that the assailants admitted to sexual assault and were sentenced as a result of their conduct.

   3. This information is relevant to this case.

   4. Plaintiffs will agree that any written documents can come in a form in which the last name of the assailants is redacted.

   5. Plaintiffs do not oppose the practice of referring to the juveniles by their first name and last initial.

   WHEREFORE, Plaintiffs request this Court grant the Motion in part and deny it in part consistent with his response.

Respectfully submitted,


s/ Edward A. Olds
Edward A. Olds, Esquire
Pa. I.D. No. 23601
Carolyn Spicer Russ
Pa. I.D. No. 36232
Richard S. Matesic
Pa. I.D. No. 72211

1007 Mount Royal Boulevard
Pittsburgh, PA 15223
(412) 492-8975
(412) 492-8978 (facsimile)
edolds@earthlink.net


*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 19, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James T. Marnen, Esquire
KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
120 West Tenth Street
Erie, PA 16501-1461


Kenneth A. Zak, Esquire
City of Erie Solicitor's Office
626 State Street, Room 505
Erie, PA 16501


Heather L. Purcell, Esquire
Erie County Courthouse, Room 215
140 West Sixth Street
Erie, PA 16501




                                    S/ Edward A. Olds
                                    Edward A. Olds, Esquire