IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD P. by and for RACHEL P. and DENISE L. by and for KRISTINA L., | ) ) ) ) | No. 03-390 Erie |
| Plaintiffs, | ) ) | Electronically Filed |
| v. | ) ) | **Jury Trial Demanded** |
| SCHOOL DISTRICT OF THE CITY OF ERIE, et al | ) ) ) | |
| Defendants. | ) | |

## **PLAINTIFFS' PROPOSED VERDICT INTERROGATORIES**

### I.   **RACHEL P.**

1. Did the Plaintiff Rachel P. suffer from sexual harassment after the December 19, 2001, rape that was severe, pervasive, and objectively offensive and which undermined and detracted from her educational experience?

    YES___        NO___

2. Was the School District deliberately indifferent to known acts of sexual harassment directed towards Rachel P. following the December 19, 2001 rape?

    YES___        NO___

3. Did Rachel P. suffer injuries as a consequence of the School District's deliberate indifference to known acts of sexual harassment?

   YES___   NO___

4. What damages do you award to Rachel P.?

   ANSWER: $_____

## II. KRISTINA L.

1. Did the Plaintiff Kristina L. suffer from sexual harassment after the December 19, 2001, rape that was severe, pervasive, and objectively offensive and which undermined and detracted from her educational experience?

   YES___   NO___

2. Was the School District deliberately indifferent to known acts of sexual harassment directed towards Kristina L. following the December 19, 2001, rape?

   YES___   NO___

3. Did Kristina L. suffer injuries as a consequence of the School District's deliberate indifference to known acts of sexual harassment?

   YES___   NO___

4. What damages do you award to Kristina L.?

ANSWER:   $_____

### III. DEFAMATION

1. Do you find Linda Cappabianca made defamatory statements about Rachel P. to Robin Johnson and her daughter, Toni Northrop?

YES___        NO___

2. What amount do you award Rachel P. for her loss of reputation, embarrassment, or anxiety, or other injuries as a result?

ANSWER:   $_____

3. Do you find that Linda Cappabianca willfully or recklessly made defamatory statements about Rachel P.?

YES___        NO___

4. What amount of punitive damages do you award?

ANSWER:   $_____

```
                                    Respectfully submitted,


                                     /s/ Edward A. Olds
                                    Edward A. Olds, Esquire
                                    Pa. I.D. No. 23601
                                    Carolyn Spicer Russ
                                    Pa. I.D. No. 36232
                                    Richard S. Matesic
                                    Pa. I.D. No. 72211

                                    1007 Mount Royal Boulevard
                                    Pittsburgh, PA 15223
                                    (412) 492-8975
                                    Counsel for Plaintiff
```

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 27, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> James T. Marnen, Esquire
> KNOX McLAUGHLIN GORNALL &
> SENNETT, P.C.
> 120 West Tenth Street
> Erie, PA 16501-1461

                                            S/ Edward A. Olds
                                            Edward A. Olds, Esquire