# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

RICHARD P., et al.,

vs

SCHOOL DISTRICT OF THE CITY OF ERIE, et al.,

No. Civil Action No. 03-390 Erie    CIVIL

Time for Selection: 9:45 am - 12:31 pm

Date: 01/23/06

| # | NAME OF JUROR | # | NAME OF JUROR |
|---|---|---|---|
| 1 | SUE SCALISE | | |
| 2 | ~~CHERISH THOMPSON~~  D-1 | 11 | ~~SHAWN COOK~~  D-3 |
| 3 | ~~JOHN WINGERTER~~  KATHY COCHRAN | 12 | ~~MONNA HANN~~  π's #2 |
| 4 | FRANK STUZNSKI JR. | 13 | ~~CINDY CARLSON~~  MARGARET STINO |
| 5 | ~~JOSEPH DAHLSTRAND~~  LISA ZIMMERMAN | 14 | ~~PETER EVERS~~  π's #1 |
| 6 | ~~CATHY PLOTT~~  JEROME SKRYPZAK | 15 | |
| 7 | ~~JULIE TITUS~~  D-2 | 16 | |
| 8 | KRISTINA COOPER | 17 | |
| 9 | ~~CHARLES MASTER~~  π's 3 | 18 | |

## WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| | |