## CLERK'S MEMORANDUM

| | | | | |
|---|---|---|---|---|
| Civil Number | CA 03-390 ERIE | Case closed | | 20___ |
| Before Judge | SEAN J. MCLAUGHLIN | Judge Charges Jury | | 20___ |
| Appears for Pltf. | EDWARD OLDS | Jury Retires | | 20___ |
| | CAROLYN SPICER RUSS | Verdict | | 20___ |
| Appears for Deft. | JAMES MARNEN | | | |
| Appears for 3rd pty. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Pltf. opens | 3:03 pm | 1-23 | 2006 | Law Clerk | Jeffrey Grossett |
| Pltf. rest | 1:31 pm | 1-26 | 2006 | Court Reporter | Ronald Bench |
| Pltf. close | 10:00am- 10:44am | 1-30 | 2006 | Deputy Clerk | Nicole Kierzek |
| Deft. opens | 1:32 pm | 1-26 | 2006 | | |
| Deft. rest | 3:24 pm | 1-26 | 2006 | | |
| Deft. close | 9:41am- 10:00am | 1-30 | 2006 | | |

### JURY

1. SUE SCALISE
2. KATHY COCHRAN
3. FRANK STRUZYNSKI, JR.
4. LISA ZIMMERMAN
5. JEROME SKPYPZAK
6. KRISTINA COOPER
7. AMANDA KNERR
8. MARGARET STINO

### TRIAL MOTIONS

### TRIAL MEMORANDUM

**Dates of Trial**

| | | | |
|---|---|---|---|
| Trial Opens | 1:36 pm -2:55 pm | 1-23 | 2006 |
| Continues | 3:03 pm- 4:34 pm | 1-23 | 2006 |
| Continues | 8:59 am-10:03 pm | 1-24 | 2006 |
| Continues | 10:13am-11:27 pm | 1-24 | 2006 |
| Continues | 11: 33am-11:56pm | 1-24 | 2006 |
| Continues | 1:16 pm-2:06 pm | 1-24 | 2006 |
| Continues | 2:18pm-2:50 pm | 1-24 | 2006 |
| Continues | 2:54 pm-3:56 pm | 1-24 | 2006 |
| Continues | 9:05am- 9:38 am | 1-25 | 2006 |
| Continues | 9:41am- 10:14am | 1-25 | 2006 |
| Continues | 10:24am 11:27 am | 1-25 | 2006 |
| Continues | 11:33am-11:54 am | 1-25 | 2006 |
| Continues | 1:33 pm-2:34pm | 1-25 | 2006 |
| Continues | 2:43 pm- 3:11pm | 1-25 | 2006 |
| Continues | 3:14 pm -3:56pm | 1-25 | 2006 |
| Continues | 8:59 am- 10:01am | 1-26 | 2006 |
| Continues | 10:12am-11:25am | 1-26 | 2006 |
| Continues | 11:34am-12:05pm | 1-26 | 2006 |

**CLERK'S MEMORANDUM CONTINUED**
Civil Number CA 03-390 ERIE
Richard P. et. al., v. . SCHOOL DISTRICT OF THE CITY OF ERIE, et. al.,

| | | |
|---|---|---|
| Continues | 1:27pm-2:56 pm 1-26 | 2006 |
| Continues | 3:00pm 4:20pm  1-26 | 2006 |
| Continues | 8:30am-9:12 am 1-30 | 2006 |
| Continues | 9:25am-9:36 am 1-30 | 2006 |
| Continues | 9:40am-10:52am 1-30 | 2006 |
| Continues | 11:28an-12:11pm 1-30 12:11pm Jury begins deliberations | 2006 |
| Continues | 1:36pm -145: pm 1-30 Jury Question no. 1 | 2006 |
| Continues | | 2006 |
| Continues | | 2006 |
| Continues | | 2006 |
| Continues | | 2006 |
| Continues | | 2006 |
| Continues | | 2006 |
| Continues | | 2006 |
| Continues | | 20___ |
| Continues | | 20___ |
| Trial closed | @ 3:07 pm on 1-30 | 2006 |
| Verdict | 3:01pm - 3:07pm 1-30 | 2006 |