AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____WESTERN_____ DISTRICT OF _____PENNSYLVANIA_____

RICHARD P., et. al.,

V.

SCHOOL DISTRICT OF THE CITY OF ERIE, et. al.,

## EXHIBIT AND WITNESS LIST

Case Number: CA 03-390 ERIE

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Sean J. McLaughlin | Edward Olds and Carolyn Spicer Russ | James Marnen |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 01-23 | Ronald J. Bench | Nicole M. Kierzek |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 01/23/06 |  |  | Plaintiff's witness - Pamela A. Barber |
|  |  | 01/23/06 |  |  | Plaintiff's witness - Robert J. Blakely |
| X |  | 01/23/06 | 52 | X | Report |
| X |  | 01/23/06 | 58 | X | Report |
| X |  | 01/23/06 | 59 | X | Statement written by Ms. Cappabiance of Antonio |
| X |  | 01/23/06 | 234 | X | Juvenile Probation Order |
| X |  | 01/23/06 | 235 | X | Juvenile Probation Order |
| X |  | 01/23/06 | 236 | X | Juvenile Probation Order |
|  | X | 01/23/06 | B | X | Court Transcript of Master proceeding held on 2/22/02 |
|  |  | 01/23/06 |  |  | Plaintiff's witness - Richard W. Polancy - Continued |
|  |  | 01/24/06 |  |  | Plaintiff's witness- Richard W. Polancy |
|  |  | 01/24/06 |  |  | Plaintiff's witness - Robin A. Johnson |
|  |  | 01/24/06 |  |  | Plaintiff's witness - Toni Northrup |
|  |  | 01/24/06 |  |  | Plaintiff's witness - Shelly Polancy |
|  |  | 01/24/06 |  |  | Plaintiff's witness - Vicki Scully |
|  |  | 01/24/06 |  |  | Plaintiff's witness - Denise Long |
|  |  | 01/24/06 |  |  | Plaintiff's Witness -Deposition testimony of Charles Bibbs, Jr. |
|  |  | 01/24/06 |  |  | Plaintiff's Witness - Walter R. Love, Jr., |
|  |  | 01/25/06 |  |  | Plaintiff's Witness - Kristina Long |
|  |  | 01/25/06 |  |  | Plaintiff's Witness - Robert M. Bogardos |
|  |  | 01/25/06 |  |  | Plaintiff's Witness- Robert A. Iddings |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

⚖AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | RICHARD P., et. al., | vs. | SCHOOL DISTRICT OF THE CITY OF ERE, et al., | CASE NO CA 03-390 ERIE |
|---|---|---|---|---|---|
| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| X | | 01/25/06 | 36 | X | Pamphlet prepared by Sarah Reeds Children's Center |
| X | | 01/25/06 | 2 | X | Sarah Reeds Children's Center - Narrative Addendum for Kristina L. |
| X | | 01/25/06 | 9 | X | Sarah Reeds Children's Center- Initial Psychiatric Evaluation of Kristina L. |
| X | | 01/25/06 | 5 | X | Sarah Reeds Master Plan for Kristina L. |
| X | | 01/25/06 | 30 | X | Sarah Reeds Master Plan for Rachel P. |
| X | | 01/25/06 | 34 | X | Notes from Therapist Re: Rachel P. |
| X | | 01/25/06 | 8 | X | Kristina L. Grades at Sarah Reed |
| X | | 01/25/06 | 127 | X | Sarah Reeds Children's Center- Initial Psychiatric Evaluation |
| X | | 01/25/06 | 108 | X | Sarah Reeds Children's Center- Initial Psychiatric Evaluation |
| X | | 01/25/06 | 136 | X | Narrative taken at Intake at Sarah Reed 6/8/04 |
| X | | 01/25/06 | 141 | X | Initial Psychiatric Evaluation 6/17/04 |
| | | 01/25/06 | | | Plaintiffs witness- Janet Woods |
| X | | 01/25/06 | 62 | X | Handbook for Middle and High School Discipline policy |
| X | | 01/25/06 | 58 | X | Summary of Notes from J. Woods prepared by L. Cappabiance |
| | | 01/25/06 | | | Plaintiff's witness - Linda Cappabiance |
| X | | 01/25/06 | 230 | X | Packet of Disciplinary Actions/File of Charles B |
| | | 01/25/06 | | | Plaintiff's witness - Rachel P. |
| X | | 01/25/06 | 228 | X | Rachel P.'s Diary ; 7th Grade |
| X | | 01/2506 | 228.1 | X | Rachel P.'s Diary ; 7th & 8th Grade |
| | | 01/26/06 | | | Plaintiff's witness - Steven Schackner |
| | X | 01/26/06 | E | X | Psychiatric Evaluation from Millcreek Community Hospital from March 2002 |
| | X | 01/26/06 | F | X | Admission to Millcreek Community Hospital August 5, 2002 |
| | X | 01/26/06 | C | X | December 20, 2001 Initial exam - Psychiatric Evaluation |
| | X | 01/26/06 | D | X | January 10, 2002 Psychiatric Evaluation |
| | X | 01/26/06 | G | X | Intake document from Mr. Bardus concerning Rachel P. |
| | X | 01/26/06 | H | X | Record/Review from Dr. Schackner |
| | | 01/26/06 | | | Defendant's Witness - Janet Woods |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

Richard P., et. al., vs. School District of the City of Erie, et al.,  CASE NO. CA 03-390 E

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 01/26/06 | | | Defendant's Witness - Linda Cappabiance |
| | X | 01/26/06 | I | X | School Calendar |
| | X | 01/26/06 | J | X | Copy of Rachel P.- past attendance record for school year 01-02 |
| | X | 01/26/06 | K | X | Copy of Kristina L.- past attendance record for school year 01-02 |
| | X | 01/26/06 | L | X | Copy of Charles B.- past attendance record for school year 01-02 |
| | X | 01/26/06 | M | X | Copy of Becky C.- past attendance record for school year 01-02 |
| | X | 01/26/06 | N | X | Copy of Anthony K.- past attendance record for school year 01-02 |
| | X | 01/26/06 | O | X | Home room Attendance for Rachel P. |
| | X | 01/26/06 | P | X | Withdrawal Card/Placement Letter for Becky C. |
| | X | 01/26/06 | Q | X | Withdrawal Card/Placement Letter for Charles B. |
| | X | 01/26/06 | R | X | Anthony K - documents that he was placed in Persius House until end of school year |
| X | | 01/26/06 | 2-9 | X | Part of Report - Dr Schachner |
| X | | 01/26/06 | 12 | X | Part of Report - Dr Schachner |
| X | | 01/26/06 | 13 | X | Part of Report - Dr Schachner |
| X | | 01/26/06 | 17 | X | Part of Report - Dr Schachner |
| X | | 01/26/06 | 25 | X | Part of Report - Dr Schachner |
| X | | 01/26/06 | 28-35 | X | Part of Report - Dr Schachner |
| X | | 01/26/06 | 63 | X | Part of Report - Dr Schachner |
| X | | 01/26/06 | 72 | X | Part of Report - Dr Schachner |
| X | | 01/26/06 | 73 | X | Part of Report - Dr Schachner |
| X | | 01/26/06 | 77-82 | X | Part of Report - Dr Schachner |
| X | | 01/26/06 | 96 | X | Part of Report - Dr Schachner |
| X | | 01/26/06 | 99-183 | X | Part of Report - Dr Schachner |
| X | | 01/26/06 | 185 | X | Part of Report - Dr Schachner |
| X | | 01/26/06 | 204 | X | Part of Report - Dr Schachner |
| X | | 01/26/06 | 209-222 | X | Part of Report - Dr Schachner |
| X | | 01/26/06 | 224-226 | X | Part of Report - Dr Schachner |

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | Richard P., et. al., | | vs. | School District of the City of Erie, et al., | CASE NO. CA 03-390 E |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| X | | 01/26/06 | 231 | X | Part of Dr. Schachner Report |
| X | | 01/26/06 | 232 | X | Photo of Kristina L. |
| X | | 01/26/06 | 233 | X | Photo of Rachel P. |