IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD P., et. al.,

V.

SCHOOL DISTRICT OF THE CITY
OF ERIE, et. al.,

CIVIL ACTION NO. 03-390 ERIE

## QUESTIONS FROM JURY

Questions for Judge

1) Can we see the timeline of events that Mr. Olds displayed in the E courtroom?
(We would like the posterboard itself)

foreperson Kristina S. Cogn