AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__WESTERN__     DISTRICT OF     __PENNSYLVANIA__

RICHARD P., et al.

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:     03-390 Erie

SCHOOL DISTRICT OF THE CITY
OF ERIE and LINDA CAPPABIANCA

x **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that JUDGMENT be entered in favor of the Defendants, SCHOOL DISTRICT OF THE CITY OF ERIE and LINDA CAPPABIANCA, and against Plaintiffs, RICHARD P., et. al.,

Approved: _____
Sean J. McLaughlin, U.S. D.J.

January 30, 2006                                    Nicole M. Kierzek
Date                                                Clerk

                                                    _Nicole M. Kierzek_
                                                    (By) Deputy Clerk