IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD P. by and for RACHEL P. and DENISE L. by and for KRISTINA L., | ) ) ) | No. 03-390 Erie |
| | ) | Electronically Filed |
| Plaintiffs, | ) ) | |
| v. | ) ) | **Jury Trial Demanded** |
| SCHOOL DISTRICT OF THE CITY OF ERIE, et al | ) ) ) | |
| Defendants. | ) | |

**ORDER OF COURT**

IN ERIE, this the ____ day of _____, 2006, upon consideration of the foregoing Motion, it is hereby Ordered that a new trial shall be scheduled.

_____
U.S. District Court Judge