IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD P., et. al.,<br>    Plaintiffs,<br><br>Vs.<br><br>SCHOOL DISTRICT OF THE<br>CITY OF ERIE, et. al.,<br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 03-390 Erie<br>)<br>)<br>)<br>) |

## O R D E R

AND NOW this 14th day of February, 2006, upon consideration of the Motion for New Trial filed by the Plaintiff, (Document No. 124)

IT IS HEREBY ORDERED that the Defendants' file a Response to this Motion within twenty (20) days of receipt of the completed trial transcript

                                                    S/Sean J. McLaughlin
                                                  Sean J. McLaughlin
                                                  United States District Judge

cc: all parties of record