```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD P. by and for        )     No. 03-390 Erie
RACHEL P. and DENISE L. by   )
and for KRISTINA L.,         )
                             )
        Plaintiffs,          )     Electronically Filed
                             )
        v.                   )     Jury Trial Demanded
                             )
SCHOOL DISTRICT OF THE CITY  )
OF ERIE, et al.              )
                             )
        Defendants.          )
```

## Notice of Intent to Request Redaction

Plaintiffs hereby inform the court that they intend to request redaction of last names of minors as they appear in the trial transcript.

                                    Respectfully submitted,


                                    /s/ Edward A. Olds
                                    Edward A. Olds, Esquire
                                    Pa. I.D. No. 23601
                                    Carolyn Spicer Russ
                                    Pa. I.D. No. 36232
                                    Richard S. Matesic
                                    Pa. I.D. No. 72211

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 13, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James T. Marnen, Esquire
KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
120 West Tenth Street
Erie, PA 16501-1461

                                S/ Edward A. Olds
                                Edward A. Olds, Esquire