IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Richard P., by and for **R.P.**, and Denise L., by and for **K.L.**, <br><br>　　　Plaintiffs <br><br>　　v. <br><br>**SCHOOL DISTRICT OF THE CITY OF ERIE, PENNSYLVANIA; JANET WOODS**, Individually and in her Capacity as Principal of Strong Vincent High School; and **LINDA L. CAPPABIANCA**, Individually and in her Capacity as Assistant Principal of Strong Vincent High School, <br><br>　　　Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 03-390 Erie <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF INTENT TO REQUEST REDACTION OF SPECIFIC PERSONAL DATA IDENTIFIERS**

　　Notice is hereby given that a statement of redaction of specific personal data identifiers will be submitted to the court reporter/transcriber within 21 days from the filing of the transcript with the clerk.

　　　　　　　　　　　　　　　　　　　　/s/ *James T. Marnen*
　　　　　　　　　　　　　　　　　　　　James T. Marnen
　　　　　　　　　　　　　　　　　　　　PA I.D. No. 15858
　　　　　　　　　　　　　　　　　　　　KNOX McLAUGHLIN GORNALL &
　　　　　　　　　　　　　　　　　　　　SENNETT, P.C.
　　　　　　　　　　　　　　　　　　　　120 West 10th Street
　　　　　　　　　　　　　　　　　　　　Erie, PA  16501
　　　　　　　　　　　　　　　　　　　　General Tel:   814-459-2800
　　　　　　　　　　　　　　　　　　　　Direct Dial Tel:  814-459-9886, ext. 203
　　　　　　　　　　　　　　　　　　　　Fax:   814-453-4530
　　　　　　　　　　　　　　　　　　　　E-mail:jmarnen@kmgslaw.com

　　　　　　　　　　　　　　　　　　　　Attorney for Defendants,
　　　　　　　　　　　　　　　　　　　　The School District of the City of Erie,
　　　　　　　　　　　　　　　　　　　　Pennsylvania and Linda L. Cappabianca

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Richard P., by and for **RACHEL P.**, and Denise L., by and for **KRISTINA L.**,<br><br>　　　　Plaintiffs<br><br>　v.<br><br>**SCHOOL DISTRICT OF THE CITY OF ERIE, PENNSYLVANIA; JANET WOODS**, Individually and in her Capacity as Principal of Strong Vincent High School; and **LINDA L. CAPPABIANCA**, Individually and in her Capacity as Assistant Principal of Strong Vincent High School,<br><br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No.  03-390 Erie<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of July, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:  Edward A. Olds, counsel of record for plaintiffs.


　　　　　　　　　　　　　　　　　　　　/s/ *James T. Marnen*　　　　　
　　　　　　　　　　　　　　　　　　　　James T. Marnen

678638