IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD P., by and for R[redacted] P., and DENISE L., by and for K[redacted] L.,
Plaintiffs

v.

SCHOOL DISTRICT OF THE CITY OF ERIE, PENNSYLVANIA; JANET WOODS, Individually and in her Capacity as Principal of Strong Vincent High School; and LINDA L. CAPPABIANCA, Individually and in her Capacity as Assistant Principal of Strong Vincent High School,
Defendants

Civil Action No. 03-390
Erie

Videoconference Deposition of C[redacted] B[redacted] JUNIOR, taken before and by Janis L. Ferguson, Notary Public in and for the Commonwealth of Pennsylvania, on Tuesday, April 26, 2005, commencing at 10:08 a.m., at the Erie County Bar Association, 302 West 9th Street, Erie, Pennsylvania 16501.

Reported by Janis L. Ferguson, RPR
Ferguson & Holdnack Reporting, Inc.

f4d05c3a-c3b9-4d24-ba5a-694bddcf9ac9


For the Plaintiffs:
Edward Olds, Esquire
Carolyn Spicer Russ, Esquire
1007 Mount Royal Boulevard
Pittsburgh, PA 15223

For the Defendants:
James T. Marnen, Esquire
Knox McLaughlin Gornall & Sennett, PC
120 West 10th Street
Erie, PA 16501

INDEX

TESTIMONY OF C B
Direct examination by Mr. Marnen . . . . . . . . 3
Cross-examination by Mr. Olds . . . . . . . . . . 34
Redirect examination by Mr. Marnen . . . . . . . 49
Recross-examination by Mr. Olds . . . . . . . . 52

MR. MARNEN: All right. Let's begin, please. CB my name is Jim Marnen. I am an attorney representing the Erie School District in a lawsuit brought against the Erie School District by R P and K L.

We are here today on April 26th, 2005, at five minutes after 10:00 in the morning to take your deposition. It will be -- it is being done by videoconferencing. In addition, it is being videotaped.

Also in the room with me are a couple other people. First of all, there is a court reporter in the room on this end, and she is taking down everything that is being said here today. Secondly, next to me is my paralegal. Jamie Amann is her name. Across the table is Edward Olds, who may ask you questions also during this deposition. If he does ask you questions, he will come to sit in the seat I am sitting in, because the camera is trained upon me and only me.

Also in the room are R P, who is one of the Plaintiffs in the case; Richard P, who is R P's father; and Denise L, who is the mother of K L.

I don't think this will take too long. I

think it will take less than an hour.

Our purpose here today is simply to ask you questions about various events that we think are relevant to the lawsuit that is pending. The lawsuit has been brought against the Erie School District arising out of events that occurred at and in the vicinity of Strong Vincent High School during the school year 2001/2002.

If at any time during this deposition you'd like to take a break or something, that's fine, but, again, I don't think it's going to take very long. I appreciate your coming here today. I thank you for doing that. And so if you don't mind, we'll start right away right now.

C B, first having been duly sworn, testified as follows:

DIRECT EXAMINATION

BY MR. MARNEN:

CB

Q. , would you state your full name, please.

A. C B

Q. May I call you CB

A. Yes.

f4d05c3a-c3b9-4d24-ba5a-694bddcf9ac9

Page 6

CR

Q. All right, thank you. C[redacted], what is the date of your birth?
A. 5/31/1987.
Q. That's May 31, 1987?
A. Yes.
Q. Where do you presently reside?
A. Glen Mills Schools.
Q. Now, is that Glen Mills Schools as in Glen Mills, Pennsylvania?
A. Yes.
Q. What is Glen Mills Schools? What does it do?
A. It's a school where I can get an education and play on the sports, with vo-tech opportunities, shops.
Q. Did you at one time attend Strong Vincent High School in Erie, Pennsylvania?
A. Yes.
Q. Can you tell us when that was.
A. I don't know exactly what year, but I know what grade I was in.
Q. What grade was that?
A. I was in eighth grade.
Q. Does 2001/2002 ring a bell?
A. Yes.
CR
Q. What grade are you in right now, C[redacted]?
A. I am in eleventh grade.

Page 7

Q. So at Strong Vincent, you were in eighth grade?
A. Yes.
Q. Did you go the entire year in eighth grade at Strong Vincent?
A. No, not the entire year.
Q. At some point in time you left Strong Vincent and went somewhere else?
A. Yes.
CR
Q. Where did you go, C[redacted]?
A. First Assembly.
Q. Is that First Assembly Christian Academy?
A. Yes.
Q. Is that located in Erie, Pennsylvania also?
A. Yes.
Q. Did you finish out the eighth grade at First Assembly?
A. No.
Q. Where did you go after First Assembly in eighth grade?
A. I believe I went -- I went to my detention center, I think. Detention center.
Q. Is that detention center named Edmund L. Thomas Center?
A. Yes.
Q. And is that also located in Erie, Pennsylvania?

Page 8

A. Yes.
Q. Did you finish out the eighth grade at Edmund L. Thomas?
A. Yes.
CR
Q. Where did you go to ninth grade, C[redacted]?
A. McDowell High School.
Q. McDowell High School?
A. Yes.
Q. That's also in Erie, Pennsylvania?
A. Yes.
Q. Did you go the entire ninth grade at McDowell?
A. No, I didn't.
Q. Where did you go after McDowell?
A. Went -- I believe I went to Perseus House.
Q. Would you say that again, please.
A. Perseus House.
Q. Perseus House. Okay. Did you finish out ninth grade at Perseus House?
A. Yes.
Q. Is Perseus House also located in Erie?
A. Yes.
Q. Where did you go to tenth grade?
A. McDowell.
Q. Did you finish tenth grade at McDowell?
A. No.

Page 9

Q. Where did you go after McDowell?
A. I went to George Junior.
Q. Did you finish tenth grade at George Junior?
A. Yes.
Q. George Junior is in Grove City, Pennsylvania, correct?
A. Yes.
Q. And now you're in eleventh grade. Did you start eleventh grade at Glen Mills?
A. No.
CR
Q. Where did you start eleventh grade, C[redacted]?
A. George Junior.
Q. And then at some point in time you transferred to Glen Mills?
A. Yes.
Q. All right. And you have been in Glen Mills ever since, correct?
A. Yes.
Q. Okay. Glen Mills, as I understand it, Glen Mills, Pennsylvania is near Philadelphia?
A. Yes.
Q. Do you remember being charged in 2002 with some crimes with respect to K[redacted] L[redacted] and R[redacted] P[redacted]?
A. Yes.
Q. And as I understand it, you were adjudicated by


the Court to be delinquent?
A. Yes.
Q. As a result of that adjudication, were you placed somewhere?
A. Yes.
Q. Were you placed in Perseus House?
A. That was Hermitage House.
Q. Hermitage?
A. Yes.
Q. Okay. So did you leave First Assembly Christian Academy and go to Hermitage House?
A. Yes.
Q. Did you do that before the end of your eighth grade?
A. I believe it was the middle.
Q. Okay. The middle of eighth grade?
A. Yes.
Q. Did you leave Strong Vincent High School in January of 2002?
A. Yes.
Q. Do you remember whether you were charged with the crimes with respect to K[redacted] L[redacted] and R[redacted] P[redacted] also in January of 2002?
A. Yeah, I would say yes.
Q. Around that time?

A. Yes.
Q. Okay. And the Court then sentenced you as part of your sentence to go to Perseus House?
A. They sent me to Hermitage House first.
Q. Oh, I'm sorry. You're right. They sent you to Hermitage House. And did you finish the eighth grade at Hermitage House?
A. Yes. Yes, I did.
Q. Okay. And then I guess you went to McDowell in ninth grade, right?
A. I went -- I went from -- I got -- I got FTA'd from to Hermitage House, then I went to Perseus House.
Q. Oh, okay. Hermitage, then Perseus and then McDowell?
A. Yes.
Q. Were you in Perseus House also because of the adjudication of delinquency with respect to R[redacted] P[redacted] and K[redacted] L[redacted]?
A. Yes.
Q. Why did you change from Hermitage House to Perseus House; do you know?
A. Because I got failure to adjust.
Q. I'm sorry, say again.
A. Failure to adjust.
Q. Okay. C[redacted], can you, as best you remember --

get as close to the date as you can -- please tell me when you went to Hermitage House. Was it in February of 2002 or March or April or --
A. It was February.
Q. February?
A. Yes.
Q. Do you have any recollection of being questioned by the Erie Police Department concerning the offenses relating to R[redacted] P[redacted] and K[redacted] L[redacted]?
A. Yes.
Q. Did that happen after you left Strong Vincent and went to First Assembly Christian Academy?
A. Yes.
Q. Why did you transfer from Strong Vincent High School to First Assembly Christian Academy?
A. My mom -- my mom wanted me out of that school.
Q. She wanted you out of school. Did that have anything to do with the charges concerning R[redacted] and K[redacted]?
A. The School District -- the school wanted to send me to alternative ed. program, but my mom didn't want -- my mom didn't want me to go there.
Q. Okay.
(Discussion held off the record.)
Q. Okay. So the Erie School District wanted you to

go to alt. ed. --
A. Yes.
Q. -- and your mom did not want that, and so you left and went to First Assembly?
A. Yes.
Q. Okay. Were you at any meeting when the School District told you and your mom that they wanted you to go to alt. ed.?
A. Yes.
Q. Who was that meeting with?
A. It was with the principal, it was with one of the teachers, and some people from the School District.
Q. Where did the meeting take place?
A. Principal office upstairs.
Q. Is that Janet Woods?
A. No. It was Miss Cappabianca.
Q. Miss Cappabianca's office?
A. Yes.
Q. So Miss Cappabianca was there, and you were there, and your mom was there, right?
A. Yes.
Q. And somebody else from the School District? Is that what you're saying?
A. Yes.
Q. What teacher was there? Do you remember?

f4d05c3a-c3b9-4d24-ba5a-694bddcf9ac9

Page 14

A. I remember her face. I forget her name.
Q. Was it Miss Manus?
A. Say that again.
Q. Was it Miss Manus?
A. Yes. Yes.
Q. Was her first name Connie, do you know?
A. I wouldn't know her first name.
Q. You just knew HER by "Miss", okay. So at the meeting were Miss Manus, Miss Cappabianca, your mother, and you, correct?
A. Yes.
Q. And was somebody else there?
A. The School District.
Q. Someone from the School District? One person?
A. That was it.
Q. I'm sorry, what?
A. Yes, it was one person.
Q. Okay. Was it a man or a woman?
A. It was a woman.
Q. Was it Miss Moore?
A. I wouldn't -- I wouldn't recall her name.
Q. Okay. All right. Who explained to you that the School District wanted to put you in alt. ed.?
A. Miss Cappabianca.
Q. Did she explain why?

Page 15

A. Yes.
Q. What did she say?
A. Said -- well -- well, some -- first she said it was my behavior in the school. Then she said it had something to do, you know, with my charges.
Q. The charges with respect to K[redacted] and R[redacted]? KL RP
A. Yes.
Q. Okay. What did your mother say about that?
A. My mom didn't want me to go back, because I already went to that school. She didn't want me to go back there, because I wasn't learning anything up there. All it was, was a school for bad people or kids, you know, that had trouble in school, and she didn't want me going back up there. CB
Q. C[redacted], you had been there before; is that right?
A. Yes.
Q. When were you there? What grade?
A. Seventh grade.
Q. And where was the alternative education program held?
A. On State Street.
Q. Was it Perseus House?
A. Yes.
Q. Okay. Do you remember the exact day of that meeting we just discussed, when the alternative education

Page 16

placement was talked about?
A. No.
Q. Was it in January of 2002?
A. It -- yes, it -- that's when it is -- yeah. Because I think December or January. It had to be January.
Q. Why do you think it was January?
A. Because -- because it happened like maybe a couple weeks after my -- after my incident.
Q. Oh, it happened a couple weeks after the incident?
A. I believe, yes.
Q. Are you talking now about the incident involving K[redacted] and R[redacted]? KL RP
A. Yes. CB
Q. When did that take place, C[redacted]?
A. It was like December --
Q. Did you just give a date? I didn't hear you. You said December?
A. It was around like December, I believe, 21st. Like 17th or 21st. Between them.
Q. Why do you think it was the 17th or 21st?
A. Because I remember it was before Christmas. It was right before Christmas.
Q. Right before Christmas?
A. Yes.
Q. Okay.

Page 17

A. The break.
Q. Right before Christmas break? Is that what you said?
A. Yes. CB
Q. All right. And where did it take place, C[redacted]?
A. Excuse me? Say that question again.
Q. Yes. Where? What location? What was the location of the incident?
A. Across the street from the school.
Q. What street was it across? Was it 8th Street or Washington Place?
A. I think it was the street on Washington.
Q. Okay.
A. Because by -- by a Laundromat.
Q. Right. Was the name of that Laundromat the Frontier Village Laundry?
A. Yes.
Q. Is that located on 8th Street in Erie, Pennsylvania?
A. Yes.
Q. Is that located on the east side of Washington Place in Erie, Pennsylvania?
A. The east side?
Q. Yeah. Do you know, when you stand at the front door of Strong Vincent High School and look out at the

f4d05c3a-c3b9-4d24-ba5a-694bddcf9ac9


Page 18

street in front of you, what street are you looking at?
A. You look at 8th Street.
Q. Okay. Do you know what direction you're looking in; north, south, east, west?
A. I believe that's north, I guess.
Q. All right. Well --
A. I wouldn't --
Q. Go ahead. I didn't mean to interrupt you.
A. No, I have --
Q. Okay. If you stand at the front -- on the front steps of the school and you look at 8th Street in front of you, where was that Laundromat located? Off to your left? Off to your right?
A. It was to my left.
Q. Okay. And across the -- not across 8th Street, but across Washington Street?
A. Yes.
Q. Okay. And Washington Street runs -- it crosses 8th Street, doesn't it?
A. Yes.
Q. So the Laundromat is about on the corner of 8th and Washington? Is that a fair statement?
A. Yes.
Q. Okay. So the incident happened at the Laundromat?
A. Yes.

Page 19

Q. Did it happen in the Laundromat or outside the Laundromat?
A. It happened in -- in and out.
Q. Okay, both places. All right.
A. Yes.
Q. What time of day did it happen?
A. What time?
Q. Yeah.
A. Well, it was like -- around like 6:30, because it was after PASS.
Q. After PASS?
A. Yes. Because I had to stay after school for PASS.
Q. Does PASS mean Program for After-School Suspension?
A. Yes.
Q. And you were at PASS that afternoon; is that what you were saying?
A. Yes.
Q. And it happened after you got out of PASS?
A. Yes.
Q. So PASS ended at what time of day? Do you remember?
A. 6:00.
Q. 6:00?
A. Yes.

Page 20

Q. Are you able to say when after 6:00 the incident happened, or are you just able to say it was after 6:00?
A. I -- I'm -- it was like -- because I remember my dad being late coming to pick me up. It was like around 7:00.
Q. Okay.
A. I'll say 7:00.
Q. Was it dark out?
A. Yes.
Q. And who was there at the time of the incident?
A. Would you make that a little bit clearer for me to understand?
Q. Yeah. What people were there that evening? Was B C there, for example?
A. Yes.
Q. And R P was there, right?
A. Yes.
Q. K L?
A. Yes.
Q. Was Y H there?
A. A little.
Q. A little bit, okay. How about C A?
A. No.
Q. She was not there?

Page 21

A. No.
Q. Was A K there?
A. Yes.
Q. And was A F there?
A. Yes.
Q. Have I left anybody out, C?
A. No.
Q. Okay. Your dad was going to pick you up from after PASS that night. Is that what was going on?
A. Yes. Yes.
Q. And did he eventually pick you up?
A. No, he did not.
Q. How did you get home?
A. I walked home.
Q. At that time did you live at 1725 West 14th Street in Erie, Pennsylvania?
A. Yes.
Q. Do your parents now live at 6023 Glade Drive in Erie, Pennsylvania?
A. Yes.
Q. 1725 West 14th Street was, what, six or seven blocks from Strong Vincent?
A. Yes.
Q. C, before the night of the incident, did you know R P or K L?


Page 22

A. Yes.

Q. Were they in any of your classes in Strong Vincent?

A. Yes.

Q. What classes was R[redacted] in with you?

A. It was in one -- she was in one of my classes. I forgot the teacher you said in the beginning.

Q. Was it Miss Manus?

A. Yes.

Q. Miss Manus' class? Okay. Do you remember what that class was, what the subject taught was?

A. I believe it was English.

Q. English? Okay. And were you in any classes with K[redacted] L[redacted]?

A. Yes.

Q. What class were you in with K[redacted]?

A. Social studies. I forget the teacher name. I forgot her name.

Q. Miss Scully? Miss Scully?

A. Yes. Yes.

Q. So you were in one class with R[redacted] and one class with K[redacted]?

A. Yes.

Q. Okay. At any time prior to the incident, did -- if you know, did R[redacted] or K[redacted] complain to any of your

Page 23

teachers or an administrator at Strong Vincent that you were bothering them?

A. No.

Q. They never made a complaint like that?

A. No.

Q. Did you ever bother them before the time of the incident?

A. No.

Q. At any time prior to the incident, did you ever tell K[redacted] L[redacted] that you were going to take her into a restroom at Strong Vincent and force her to perform oral sex on you?

A. No. I never even knew them. I never even would talk to them.

Q. You never talked to K[redacted] before the incident?

A. No.

Q. Did you ever talk to R[redacted] before the incident?

A. No. Neither one of them.

Q. How was it you got to meet them, then? You met them for the first time on the night of the incident? Is that what you're saying?

A. I seen them before, but that was like my first time ever like talking to them, like, you know.

Q. All right. How was it you got to meet them the night of the incident?

Page 24

A. It was through B[redacted] C[redacted].

Q. Are you aware of B[redacted] C[redacted] bothering either of those two girls before the incident?

A. No. Because I never had nothing to do with them, like. I knew B[redacted], but not them.

Q. Did you do things with B[redacted] after school; you know, hang out or anything?

A. Yes. I hung out with her.

Q. How about A[redacted] K[redacted]? Did you know him before the day of the incident?

A. Yes.

Q. He was a little bit older, wasn't he?

A. Yes.

Q. A[redacted], I think, was in twelfth grade at that time?

A. Yes.

Q. How did you know A[redacted]?

A. I guess -- he knew my -- he knew my big brother. They used to just hang together and stuff. And that's how he knew me.

Q. Did your big brother go to Vincent too?

A. He used to.

Q. Did he go to Vincent the year you went to Vincent in eighth grade?

A. No.

Page 25

Q. Let me just change the subject for a minute here. You went to Vincent in the eighth grade. Where did you go in seventh grade?

A. Harding.

Q. How long were you at Harding, C[redacted]?

A. Since I was in third grade.

Q. Okay. Third through seventh grade, you were at Harding?

A. Yes.

Q. What grades do they have at Harding? Kindergarten through eighth?

A. Yes.

Q. And Harding is Harding Elementary School -- or they used to call it Harding -- what is the full name of the school, do you know?

A. Harding Elementary.

Q. Okay.

A. I mean -- yes, Harding Elementary.

Q. But they also have seventh and eighth grade there?

A. Yes.

Q. Why didn't you stay at Harding in eighth grade? Why did you go to Vincent?

A. I got kicked out. I went to the alternative ed. program.

Q. Oh, that's when you went to Perseus House?

Page 26

A. Yes.
Q. So you were at Harding -- was that the first time you were ever in Perseus House --
A. Yes.
Q. -- alternative education?
A. Yes.
Q. Yes?
A. Yes.
Q. Okay. And that happened in -- are you telling me that happened in seventh grade at Harding?
A. Yes.
Q. How much of seventh grade did you spend in alt. ed.?
A. From January till the end of the school year.
Q. Okay. So August until January, you were at Harding, then.
A. No. No, from -- yes. Yes. Yes.
Q. Yes. Right. Then you went to Perseus House alternative education, right?
A. Right.
Q. And you finished out seventh grade at Perseus House?
A. Yes.
Q. So why didn't you go back to Harding in eighth grade?

Page 27

A. I don't know. I just wanted to go to -- I wanted to go to a big school.
Q. All right. Because Harding is only four or five blocks from where you lived, right?
A. Yes.
Q. Whereas Vincent was about six or seven blocks.
A. Yes. CB
Q. Okay. C[redacted], do you have any recollection of ever having a conversation with Miss Cappabianca in December -- well, at any time before that meeting when they were talking to your mother about you going to alternative education, at any time prior to that, did Miss Cappabianca ever talk to you about your having a sexual relationship of any kind with K[redacted] L[redacted]?
A. No.
Q. Did you have any kind of a sexual relationship with K[redacted] L[redacted] before the incident?
A. No. I never knew her.
Q. Okay. You first really -- you first met her the night of the incident, right?
A. Yes.
Q. And that's -- just to make it perfectly clear, when we say "incident", we're talking about the incident that led to the charges against you, right?
A. Yes.

Page 28

CB

Q. Okay. I'm almost done, C[redacted]. Just give me one second here, and then Mr. Olds may ask you some questions too.
A. Yes. CB
Q. C[redacted], I do have another question. Were you ever accused of any kind of a sexual assault with respect to R[redacted] P[redacted], other than the incident that led to the charges?
A. No.
Q. Do you have any memory of an incident happening in the Laundromat involving you and a Russell Henderson and R[redacted] P[redacted]?
A. No.
Q. Do you have any memory of Russell Henderson assaulting R[redacted]? RP
A. No.
Q. Do you know who Russell Henderson is?
A. Yes.
Q. Did you go to school with him at Strong Vincent?
A. Yes.
Q. Was he also in eighth grade?
A. Yes. CB
Q. C[redacted], you indicated earlier in your deposition that you were questioned by the police about the incident that led to the charges against you, right?

Page 29

A. Yes.
Q. Where did that take place? At Strong Vincent or at the police station or someplace else?
A. Well, you know, I got asked -- I got asked questions by, you know, the security guard at Strong Vincent. But I got questioned by the police in the police station.
Q. Okay. One of the security guards at Strong Vincent asked you questions first, and then you were questioned down at the police station by the police?
A. Yes.
Q. Who was the security guard who questioned you at Strong Vincent?
A. Wally.
Q. Wally Love?
A. Yes.
Q. And when did he do that?
A. When --
Q. Let me put it to you this way: How long before the time the police questioned you did he question you?
A. A couple days. CR
Q. And when he questioned you, C[redacted], was he the only one in the room with you?
A. No.
Q. Who else was there when Wally Love questioned you?

f4d05c3a-c3b9-4d24-ba5a-694bddcf9ac9


Page 30

A. The principal. That's it.
Q. Miss Woods?
A. Yes.
Q. That's Miss Woods?
A. Yes.
Q. So Wally Love and Miss Woods were in the same room with you, questioning you about the incident?
A. Yes.
Q. And that was a couple days before the police questioned you?
A. Yes.
Q. And did you leave Strong Vincent around the same time?
A. Yes.
Q. Did you leave Strong Vincent after the police questioned you down at the police department?
A. I left before.
Q. Okay. Did you leave Strong Vincent after Wally Love questioned you?
A. Yes.
Q. So between the time Mr. Love questioned you and the time the police questioned you at the police department, your parents took you out of Strong Vincent and put you in First Assembly?
A. Yes.

Page 31

Q. Did the conversation with Miss Cappabianca about putting you into alternative education at Perseus House, did that conversation take place in the same day that Walter -- Wally Love questioned you?
A. No.
Q. Did it take place the next day?
A. Before.
Q. Oh, that took place before the time Wally Love questioned you?
A. Yes.
Q. But during the conversation with Miss Cappabianca, where she wanted you to go to Perseus House and alternative education, she brought up two reasons; one was your conduct, and the other was the incident?
A. Yes.
Q. So did Miss Cappabianca question you about the incident before Wally Love did?
A. Yes.
Q. And when Miss Cappabianca questioned you about the incident, was anybody else in the room with the two of you?
A. No.
Q. Okay. Did it take place in her office?
A. Took place at her office, yes.
Q. Okay. Did it take place after you came back from Christmas vacation or before Christmas vacation?

Page 32

A. I think before.
Q. I'm sorry?
A. I think -- it was before.
Q. It was before Christmas vacation?
A. I can't exactly remember. But I would say yeah, I'd say it was. I believe.
Q. Okay. Did anybody accuse you before Christmas vacation that year of improper conduct concerning K and R?
A. No.
Q. When was that accusation first made?
A. I think it was the next day.
Q. The next day?
A. Yes.
Q. The next day after Cappabianca talked with you?
A. Could you ask that question again?
Q. Sure. I'm trying to find out how long after you talked with Miss Cappabianca about the incident that someone charged you with -- or accused you of doing something wrong with respect to K and R.
A. She was the first one to ask me the question. Like she pulled me to the office and asked me what was going on.
Q. Okay. And you think she did that before Christmas vacation.

Page 33

A. Yes.
Q. Now -- now, listen carefully now. What I'm trying to ask you now is how long after that did someone say to you, C, we think you did something wrong here with respect to K and R?
A. A couple of days.
Q. Okay.
A. A day or two.
Q. And who was the first person to tell you that they thought you did something wrong?
A. Miss Woods.
Q. Miss Woods, the principal?
A. Yes.
Q. And when she said that, was anybody else in the room?
A. Wally.
Q. Was that the time you were interviewed or questioned by Wally Love?
A. Yes.
Q. Okay. And you think that was a couple days after Miss Cappabianca talked to you about it?
A. Yes.
Q. Okay. And was it -- was the conversation with Wally Love and Miss Woods, where they accused you of doing something wrong, did that happen before Christmas vacation

or after Christmas vacation?
A. I'd say before.
Q. And you were at some point arrested, were you not?
A. Yes.
Q. Were you arrested before Christmas vacation or after Christmas vacation?
A. After.
MR. MARNEN: C[redacted], I don't have any other questions right now, but Mr. Olds probably does. And I'm going to move out of my seat, because the camera is trained on my seat, and let him sit where I was sitting. Thank you very much.
THE WITNESS: You're welcome.

CROSS-EXAMINATION

BY MR. OLDS:

Q. Good morning, C[redacted]. How are you?
A. How you doing?
Q. I'm okay. I'm Ed Olds, and I represent K[redacted] and R[redacted]. And I do have a couple of questions. How do you -- how do you remember Strong Vincent? Were you -- did you -- did it seem like you were always in trouble at Strong Vincent?
A. Was I -- was I ever getting in trouble?

Q. Yeah. Were you in trouble a lot?
A. Most of the time.
Q. And do you remember what it was about? Like what kind of problems you had there?
A. Like hyper in class. Like not doing my work.
(Witness asked for clarification by reporter.)
Q. You said hyper in class, right?
A. Yes. And not doing my work.
Q. And you had Miss Scully and Miss Manus. Do you remember any of the other teachers that you had?
A. No.
Q. Now, I think you said you had -- you were in class with K[redacted] in Miss Scully's class. Did you sit close to her?
A. Well, I might have did -- I might have did a couple of times, but I probably wouldn't, like, notice, because I wasn't -- I wasn't paying attention to her. But most of the time I would just sit by my friends.
Q. Okay.
A. Surrounded by my friends.
Q. In Miss Scully's class, do you remember who your friends were?
A. Yes.
Q. Who were they?
A. J[redacted] W[redacted], R[redacted] H[redacted], S[redacted] That's

it. A couple more. I forget their name, though.
Q. Okay. You had a -- I want to try to go through some of the meetings that you had with Miss Cappabianca and Miss Woods. Did you meet with Miss Cappabianca ever just because you were in trouble in school? Did she have you in her office?
A. Besides being in trouble?
Q. Well, no, I mean, before this -- before the stuff with K[redacted] and R[redacted] happened, were you ever in her office having conversations with her?
A. Yes.
Q. Would that be once a week, maybe? More often than that?
A. About once a week.
Q. You were -- you said you had some problems with being hyper in high school. Are you on medication now for that hyperactivity?
A. No, I was. I'm not now.
Q. Oh, you were on -- you were on medication. Okay. You weren't on medication then when you were in Strong Vincent, were you?
A. Off and on. I used to -- sometimes I used to take it, sometimes I didn't.
Q. Okay. What about when you were at Harding, and they sent you to the alt. ed. program, do you remember

specifically why -- why you were sent to that program?
A. All my behavior problems at school. All they did was suspend me for being hyper in class.
Q. Did your mother go along with it at that time?
A. She did, but, you know, it got -- either it was homeschool or that, and I didn't want to do no homeschool, so I decided I'll go there.
Q. To alt. ed., okay.
A. Yes.
Q. So the next year, you remember there was a meeting that you attended -- that you were present and Miss Cap was there and your mother was there. Is that right?
A. Yes.
Q. And do you think that meeting happened before Christmas?
A. Yes.
Q. Okay. And was there anyone else there? Was Miss Manus there also?
A. Yes.
Q. And did they ask you in that meeting, did they ask you what you wanted to do?
A. No, I really didn't have much of a say-so.
Q. Okay. And did Miss Cap mention to your mother that she had heard that there was some problem -- that you had had some incident with K[redacted] and R[redacted]? Did she

f4d05c3a-c3b9-4d24-ba5a-694bddcf9ac9

Page 38

mention that to your mother?
A. If she did, I wouldn't remember.
Q. Okay. You don't remember.
A. Yes -- yes, as a matter of fact, she did. Yes, she did.
Q. Okay.
A. Yes, she did.
Q. When you went home that night, did your mother talk to you about it?
A. Yes.
Q. What did you and your mother talk about?
A. Well, she just asked me -- she just asked me my story. You know, she asked me what happened, you know. She -- she asked me like did I feel that I did anything wrong, or something like that.
Q. And what did you say?
A. Told her no.
Q. Okay. Now, after the -- do you know whether after the incident with K[redacted] and R[redacted], whether the kids in school were talking about it? Did you hear that, you know, the kids -- for instance, did anyone come up to you and ask you whether anything happened, or did you hear the kids were talking about it?
A. Yes.
Q. What do you remember about that?

Page 39

A. I -- no, I kept -- the kids kept coming up to me, telling me that, you know, R[redacted] told them that -- mainly girls. R[redacted] told me that she gave you oral sex and all of that, you know. And she was -- they were wondering if I did it or not. Did I let her do it. And all that. They was asking me questions like that. And then they just like -- I guess they just kept talking about it.
Q. Did any of the -- did any of the teachers ask you about it, do you remember? Miss Scully or Miss Manus?
A. No.
Q. Okay. And when the girls talked to you about it, what did you say?
A. (No response.)
Q. When the other students came up and asked you about it, what did you say?
A. I told them, yeah -- yeah, she -- yeah, she did it, all that. Then after a while, I just kept -- they kept asking me. I said, it's none of your business. I said, why you keep asking me; you all getting on my nerves.
Q. Did this happen, you know, for a long time, day after day?
A. No.
Q. Did it go on for a long time?
A. No. Just for like a day or two. Day and a half.
Q. Okay. Now, the meeting that you had with your

Page 40

mother and Miss Cap about going to alt. ed., that was a different meeting than you had with Miss Cap where she talked to you about K[redacted], right?
A. Yes.
Q. And at that meeting where Miss Cap talked to you about K[redacted], did she also mention R[redacted], or did she just talk about K[redacted]?
A. She asked me questions, like -- she came up to me like, did you -- did you -- because she heard from the grapevine, like I did, like through kids talking, asking questions. You know, she heard like I did. She asked me questions about it.
Q. What did she ask you? Do you remember?
A. She asked me what was going on. I denied everything; like, hey, I don't know what you're talking about.
Q. Did she ask you if you had had sex with K[redacted] or R[redacted]?
A. No, she didn't ask me that.
Q. Did she ask you whether there was oral sex with K[redacted] or R[redacted]?
A. No.
Q. She asked you what was going on?
A. Yeah. I said I don't know what you're talking about.

Page 41

Q. Okay. Do you remember saying to her that you thought K[redacted] liked you?
A. I never told her nothing like that.
Q. Okay. Why did you tell her you didn't know what she was talking about, you didn't know what was going on?
A. Because I -- I didn't want to -- I didn't want her in my business. Like, I mean, that's how I feel. It's none of her business. She ain't got to know.
Q. Okay. Now, there was a -- there was another meeting. Did your dad ever go to any meetings at the school with you?
A. No.
Q. Was he -- when you met with Officer Love and Miss Woods, was your dad present?
A. No.
Q. When did your dad find out about this?
A. When my mom told him.
Q. What did your dad do?
A. Didn't do nothing.
Q. Okay. Did you think you had done something wrong that night at the Laundromat?
A. No. I -- no, I didn't think I did nothing wrong.
Q. Did you think B[redacted] did something wrong?
A. At the time, I didn't, because I ain't know what she did. You know? I ain't know now -- I don't know -- I

Page 42

still don't know --

(Witness asked for clarification by reporter.)

Q. She missed something that you said. I don't know if you can repeat it or not. But I was asking you the question about, you know, what you heard, I guess.

A. I said I heard what she did, but I don't know for a fact if she did it or not.

Q. What did --

A. I ain't see -- I ain't hear nothing -- I just heard through, you know, what other people were telling me.

Q. What did other people tell you that she did?

A. Not other people, but what -- what they was accusing her with.

Q. Oh, okay.

A. That's what I heard.

Q. What about A[redacted] F[redacted]. Was he a friend of yours?

A. Yes.

Q. Did you know whether he hit either R[redacted] or K[redacted] that night?

A. Did he do what?

Q. Hit either R[redacted] or K[redacted] that night. Hit them.

A. I don't know. No.

Q. Now, Mr. Marnen asked you some questions about --

Page 43

I guess there is another student named Russell. What was his name?

A. H[redacted].

Q. R[redacted] H[redacted]. And do you remember if there was a second incident at the Laundromat?

A. It wasn't at -- I don't ever -- I don't ever recall no incident like that. Or with her -- with me and him with her. Never -- never even knew it. Like I said, I never -- never had no contact with her, other than the incident.

Q. Well, was there -- did -- was there -- did you meet her at the Laundromat a second time?

A. No.

Q. After you had the -- when -- the first incident, were you leaving -- you were leaving the school from PASS to go home. Is that how that happened?

A. Yes.

Q. Who else was in PASS with you that day? Do you remember? Was A[redacted] in PASS with you?

A. Yes.

Q. A[redacted] K[redacted], was he in PASS?

A. Yes.

Q. Was either R[redacted] or K[redacted] in PASS?

A. No, they was not. No, they -- no.

Q. Had you ever been in PASS with either R[redacted] or

Page 44

K[redacted]?

A. If I did, I wouldn't recall it, because I never paid attention to them.

Q. Okay. What was PASS like? What did you do in PASS?

A. Just sit there and do work.

Q. And then who made the decision -- do you remember how it was decided that you would go to the --

(Discussion held off the record.)

Q. Do you remember, what -- Christian Academy did you go to? What was the name of it?

A. First Assembly.

Q. Who decided that you would go there?

A. My mom.

Q. Did she talk -- did she talk to your dad about it?

A. Yes.

Q. Were you -- were you there when they talked to each other?

A. No. I didn't have a say-so. You know, I didn't have a say-so in the matter.

Q. Did you want to go there?

A. No, I didn't want to leave Strong Vincent, but as I got there, I adjusted to it, and I liked it.

Q. Okay. Did you ever see either K[redacted] or R[redacted] in school after that incident involving the Laundromat?

Page 45

A. The day after, yes, I seen them. The day after.

Q. What happened when you saw them?

A. Like I just seen them from like down the hallway like that.

Q. You didn't talk to them?

A. No, I wasn't really looking for them -- I wasn't really looking for them. You know?

Q. Okay. Did you talk to them?

A. No.

Q. Now, you say that this happened before Christmas vacation. Is that right? The incident --

A. Yes.

Q. -- at the Laundromat.

A. Yes.

Q. And how do you know that it happened before Christmas?

A. It was like a couple of days before Christmas break.

Q. Now, how do you remember that?

A. That's something I just remember, like. I remember it being before Christmas, because, you know, I was anxious of what I was going to get for Christmas.

Q. Okay.

A. And then I knew because, you know, that incident kind of spoiled my Christmas a little, because my mother

Page 46

got, you know --

Q. What, she knew about it before Christmas?

A. Yes.

Q. Did it cause her -- I mean, when you say it sort of spoiled the Christmas, what do you mean? What happened?

A. Like she was angry at me, you know, because that's why they wanted me to go to a different school, you know. They wanted to send me back to alternative ed., and they were mad at me, you know.

Q. Okay. When did you know that the -- when did you learn that the police were going to start asking you questions? How did you learn that?

A. They just came and got me out of school one day. They just came and got me and arrested me.

Q. Okay. Now, was that when you were at the Christian Academy?

A. Yes.

Q. Well, how did you know that they wanted to talk to you at Strong Vincent? How did that happen?

A. He told me, he said -- he said, you know, you got to have your parent here for me to ask you questions. You know, he told me what it was about. He had me in this little room for like four hours. My mom never showed up, though. She was -- she was coming, though. I guess she had some car problems. So they sent me to Edmund L.

Page 47

Q. So that's when the police were -- that's when you were with the police?

A. Yes.

Q. Okay. When you met with Officer Love, the security guard, and Miss Woods, were you in class? Did they just come and get you out of class?

A. No, this was after school.

Q. After school.

A. Yes.

Q. Were you in PASS or something?

A. Yes, I believe I was.

Q. Okay. And your dad -- you don't remember that your dad was present at that meeting.

A. I think -- I don't remember -- I don't honestly know, but he probably was, like.

Q. Okay.

A. You know, it's a long time ago.

Q. Okay. When Miss Woods and Wally Love talked to you on January 9th -- well, in January, did they tell you -- well, I mean, what did they say to you? Did they say we have information that you assaulted K[redacted] and R[redacted]? Is that what they said to you?

A. They was just asking me questions, like what happened. Like that, what happened. You know, because they had B[redacted] and A[redacted] and questioned them already. They got

Page 48

me in the office and started questioning me and asking me what happened, stuff like that.

Q. Did you know -- had you talked to B[redacted] about the fact that they had questioned her?

A. No, I just seen her outside the office.

Q. Okay. But you knew they were questioning her?

A. I wouldn't say -- I can't say that, because I never heard nothing about them questioning them. But that's my assumption, because they was in there with the same people.

Q. Okay.

A. They asked me questions, you know. So that would be my assumption.

Q. When they asked you the questions they asked you, what did you say? What did you say about what happened?

A. They asked me what happened, and, you know, I told them -- I told them what happened. He just -- he just, all right. Then that's when she said I assaulted them, or something like that. Or like -- or did you know -- asked me, did you know she was under the age of consent. You know?

(Witness asked for clarification by reporter.)

Q. Under the age of consent. What did you say when she asked you that question?

A. I didn't know -- I didn't know -- I said, I don't

Page 49

know. Because I didn't know what she was talking about. Because we was the same age, like.

Q. Okay. Did you ever hear about kids bothering either R[redacted] or K[redacted] in school?

A. I can't say they wasn't or they were because, you know, I never was paying attention to them.

MR. OLDS: Okay. I don't have any other questions, C[redacted].

MR. MARNEN: Charles, I have a couple more.

REDIRECT EXAMINATION

BY MR. MARNEN:

Q. I'm a little bit confused on the -- on the progression of events here. And if you'll bear with me, I'd appreciate it.

You very clearly said that the incident occurred within a couple days of Christmas vacation, and you actually used the dates December 17th and December 21st, so I guess that was the range in which it happened; somewhere in there?

A. Yes.

Q. Okay. And then at some point thereafter, I think you said within a couple days, you started hearing -- girls started asking you about whether you had had oral sex performed on you?

A. Yes, it was -- yeah, it was the next day, after the incident.
Q. The very next day. And you said that one of the girls was telling other girls --
A. Yes.
Q. -- at Strong Vincent that that happened?
A. Yes.
Q. Was that girl R█████ or K█████?
MR. OLDS: Objection. Hearsay.
A. It was both of them. Because they both was telling they friends. And the friends would come to like ask me, is that true, that you let them give you oral sex.
Q. And what I am trying to find out, though, is what you were told by these girls about who was spreading this around.
A. Could you say that again?
Q. Who was spreading the information around? K█████ or R█████ or both of them?
A. They was telling me both of them.
MR. OLDS: Objection. Hearsay. Lack of foundation.
Q. Your information was both of them?
A. Yes.
Q. The conversation with Miss Cappabianca, that took place before Christmas vacation?

A. Yes.
Q. And that's the conversation during which she asked you what happened?
A. Yes.
Q. And did she talk to you about either one of these girls specifically by name?
A. No, she just said, what happened. You know, what's going on.
Q. Well, did you have any idea what she was talking about?
A. At first I didn't. Like, she was like, what's going on with all this -- I'm hearing this -- like hearing this stuff about you having -- like -- she said like you're having oral sex.
Q. Oral sex with --
A. She asked me that.
Q. Oral sex with whom? Did she say any names?
A. I can't say that; if she did or not, because I don't remember.
Q. Okay. Now, the conversation about going to alternative education, did that take place before Christmas or after?
A. After.
Q. And the conversation with Wally Love and with Miss Woods where they accused you of doing something wrong,

that also took place afterwards? After Christmas?
A. I think it was before.
Q. Before Christmas?
A. Yes.
Q. Okay. But you didn't talk to the police until after Christmas?
A. Yes. Yes. But I was at the Christian Academy when they came and got me.
MR. MARNEN: Okay. That's all I have. Thank you, C█████.
MR. OLDS: Just one more.

RECROSS-EXAMINATION

BY MR. OLDS:

Q. I think I have just one question, C█████.
Did you say that Miss Cap asked you, what's this I hear about you having oral sex? Is that -- I'm not sure I heard whether you said that.
A. Yes.
Q. She did say that?
A. Yes.
MR. OLDS: That's -- no other questions.
MR. MARNEN: C█████, you have a right as the witness to review the transcript of your

deposition after it has been prepared. The court reporter has been working hard this morning here taking notes. She is going to prepare a typewritten transcript of every word that was said this morning.
You have a right to review that and to sign it and to indicate if there are any mistakes in the transcript. You don't have to do that if you don't want to. It's up to you. What would you like to do?
THE WITNESS: I'd like to read it.
MR. MARNEN: Okay. Let me make sure I have your address. It's Glen Mills Schools, 185 Glen Mills Road, Glen Mills, Pennsylvania? Or is there a mailing address that we ought to send it to? Maybe the gentleman in the room could tell us.
THE WITNESS: That was it, what you said.
MR. MARNEN: I got it right? Okay.
THE WITNESS: Yes.
MR. MARNEN: So if we mailed something to you, we've got to send it there. Do you know the Zip Code, C█████?
THE WITNESS: 19331
MR. MARNEN: Okay, C█████, thanks a lot. Have a nice day.

f4d05c3a-c3b9-4d24-ba5a-694bddcf9ac9

Richard P. v. School District C[redacted] B[redacted] April 26, 2005

CB Page 54

MR. OLDS: Thank you, [redacted]

(Deposition concluded at 11:13 a.m.)

15 (Page 54)

Ferguson & Holdnack Reporting, Inc.

f4d05c3a-c3b9-4d24-ba5a-694bddcf9ac9