IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Richard P., by and for **RACHEL P.**, and Denise L., by and for **KRISTINA L.**,<br><br>    Plaintiffs<br><br>v.<br><br>**SCHOOL DISTRICT OF THE CITY OF ERIE, PENNSYLVANIA; JANET WOODS**, Individually and in her Capacity as Principal of Strong Vincent High School; and **LINDA L. CAPPABIANCA**, Individually and in her Capacity as Assistant Principal of Strong Vincent High School,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 03-390 Erie<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

AND NOW, this _____ day of _____, 2006, it is hereby ORDERED that the Joint Motion to Supplement Transcript of Proceedings is GRANTED. The transcript of the April 26, 2005 deposition of the minor known as C.B., a copy of which is attached to the Joint Motion to Supplement Transcript of Proceedings, is hereby made part of the record of the trial of this action, supplementing the transcript of the trial proceedings filed on June 27, 2006.

 

_____
Sean J. McLaughlin
United States District Judge

679639