IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Richard P., by and for **R.P.**, and Denise L., by and for **K.L.**,<br><br>        Plaintiffs<br><br>    v.<br><br>**SCHOOL DISTRICT OF THE CITY OF ERIE, PENNSYLVANIA; JANET WOODS**, Individually and in her Capacity as Principal of Strong Vincent High School; and **LINDA L. CAPPABIANCA**, Individually and in her Capacity as Assistant Principal of Strong Vincent High School,<br><br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>  Civil Action No.  03-390 Erie<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

AND NOW, this _____ day of July, 2006, it is hereby ORDERED that Defenants'

Motion for Leave to File Brief Exceeding 25 Pages is GRANTED.  Defendants may file a brief

in response to plaintiffs' motion for new trial that does not exceed 40 pages.

_____
Sean J. McLaughlin
United States District Judge

679998