IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Richard P., by and for **R.P.**, and Denise L., by and for **K.L.**, <br><br>    Plaintiffs <br><br>v. <br><br>**SCHOOL DISTRICT OF THE CITY OF ERIE, PENNSYLVANIA; JANET WOODS**, Individually and in her Capacity as Principal of Strong Vincent High School; and **LINDA L. CAPPABIANCA**, Individually and in her Capacity as Assistant Principal of Strong Vincent High School, <br><br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 03-390 Erie |

## ORDER

AND NOW, this _____ day of July, 2006, it is hereby ORDERED that Defenants' Motion for Leave to File Brief Exceeding 25 Pages is GRANTED. Defendants may file a brief in response to plaintiffs' motion for new trial that does not exceed 40 pages.

_____
Sean J. McLaughlin
United States District Judge

679998