# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Richard P., et al.
_____  )
_____  )
                Plaintiff )
                          )
        vs.               ) No. _CA 03·390 E_____
                          )
School District of the City )
of Erie, et al.,          )
                Defendant )
                          )

**HEARING ON** _Status Chg. (telephonic)_

Held on _Wednesday 8·2·06_

Before Judge _Sean J. McLaughlin_

Ed Olds                          Jim Marnen
_____          _____
      Appear for Plaintiff              Appear for Defendant

Hearing begun _9:29 am_          Hearing adjourned to _9:35 am_

Hearing concluded C.A.V. _____   Stenographer _Ron Berch_

                                 Clerk _____

## WITNESSES:

For Plaintiff                    For Defendant
_____          _____
_____          _____
_____          _____
_____          _____
_____          _____
_____          _____
_____          _____