```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD P. by and for        )    No. 03-390 Erie
RACHEL P. and DENISE L. by   )
and for KRISTINA L.,         )
                             )
        Plaintiffs,          )    Electronically Filed
                             )
        v.                   )    Jury Trial Demanded
                             )
SCHOOL DISTRICT OF THE CITY  )
OF ERIE, et al.              )
                             )
        Defendants.          )
```

## NOTICE OF APPEAL

The Plaintiffs, Richard P. by and for Rachel P. and Denise L. by and for Kristina L. hereby appeal to the United States Court of Appeals for the Third Circuit from the Judgment of the District Court entered on January 31, 2006, and from the Order of Judge Sean J. McLaughlin, denying the post trial motions, entered on September 30, 2006, and also from the Order dismissing Plaintiffs' claims under 42 U.S.C. §1983 against the Individual Defendants entered on January 12, 2005.  The Appellees to this Appeal are the School District of the City of Erie, Linda Cappabianca, and Janet Woods. Appeal is also taken as to any other collateral Orders, on which the judgment is based, which were entered over objections.

    Counsel of Parties of the Defendants:

        James T. Marnen, Esquire
        KNOX McLAUGHLIN GORNALL &
        SENNETT, P.C.
        120 West Tenth Street
        Erie, PA 16501-1461

```
                                    Respectfully submitted,


                                    /s/ Edward A. Olds
                                    Edward A. Olds, Esquire
                                    Pa. I.D. No. 23601
                                    Carolyn Spicer Russ
                                    Pa. I.D. No. 36232
                                    Richard S. Matesic
                                    Pa. I.D. No. 72211
```

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 25, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>James T. Marnen, Esquire
>KNOX McLAUGHLIN GORNALL &
>SENNETT, P.C.
>120 West Tenth Street
>Erie, PA 16501-1461

>/S/ Edward A. Olds
>Edward A. Olds, Esquire