appeal filing fee
rcpt #07-0032

CA 03-390 E
$455.00

```
        UNITED STATES
       DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

       # 07000032  -  DM
       October 26, 2006

   Code   Case #   Qty    Amount

   APPEAL 0 03-390 Ecv  1 @ 455.00
                              455.00

   TOTAL=              455.00


   FROM: EDWARD BLOS
         1307 MOUNT ROYAL BLVD
         PITTSBURGH PA, 15223
```