IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


RICHARD P., by and for R.P.,
and DENISE L., by and for K.L.,
          Plaintiffs


     v.                    CIVIL ACTION NO. 03-390 ERIE


SCHOOL DISTRICT OF THE CITY OF
ERIE, PENNSYLVANIA, et al.,
          Defendants



          JURY TRIAL - DAY NO. 5
          (PLAINTIFFS' CLOSING ARGUMENT)



          Proceedings held before the HONORABLE

          SEAN J. McLAUGHLIN, U.S. District Judge,

          in Courtroom C, U.S. Courthouse, Erie,

          Pennsylvania, on Monday, January 30, 2006.




APPEARANCES:
          EDWARD A. OLDS, Esquire, and CAROLYN
          SPICER RUSS, Esquire, appearing on behalf
          of the Plaintiffs.

JAMES T. MARNEN, Esquire, appearing on behalf of

the Defendants.

Ronald J. Bench, RMR - Official Court Reporter

2

1           P R O C E E D I N G S

2

3           (Whereupon, the following Excerpt of Jury Trial

4   proceedings occurred on Monday, January 30, 2006, in

5   Courtroom C.)

6

7           THE COURT:  All right, Mr. Olds.

8           MR. OLDS:  Thank you, your Honor.  Good morning.

9   I want to thank you for your attention during this trial.  I'm

10   sure that there's nothing I can that say that will describe how

11   important this case is to all the parties.  I think you guys

12   were commendable in your attention that you paid to the

13   evidence.  I also think that you appreciate the importance and

14    the role that you are serving here in terms of deciding this

15    dispute between my clients and the Erie School District.

16           When Ms. Woods was on the stand, she started off

17    early in her testimony saying, you know, the most important

18    three words in the school is I need help.  And she went to

19    great length about that.  She had another three-word saying

20    that she mentioned on the stand, which was life is tough.  And

21    I think that that three-word saying sort of embodies what the

22    school district's defense here is to this case, you know, life

23    is tough, what happened to Kristina and Rachel, that sort of is

24    tough, but there's nothing we could do about it.

25           You have to bring, in terms of deciding this case,


3


1    you guys have to bring a critical intelligence, that is

2    listening to the evidence, listening to what people said,

3    reviewing the evidence, that is the documentary evidence and

4    sort of do a little detective work and get to the bottom of

5    what happened.  And you have to use your common sense in terms

6    of figuring out what happened.

7           Because really what we all know, and there is no

8   dispute, that Kristina and Rachel were raped on December 19th.

9   Then what gives that dispute is whether and to what extent the

10   school district became actually aware that there was sexual

11   harassment.  Whether the sexual harassment was severe and

12   pervasive and whether Kristina, whether the school district was

13   deliberately indifferent to that sexual harassment.  Mr. Marnen

14   has ably argued that you couldn't believe that Ms. Cappabianca

15   would hear that the rape occurred and do nothing.  I mean, he

16   said that would have to strain your credibility, right, you

17   couldn't believe that.  But what I think, I'm going to take you

18   through is a series of sort of discreet pieces of evidence that

19   will show you why this happened and it didn't happen just

20   because life is tough.  It happened because the school district

21   was deliberately indifferent to information that should have

22   tipped it off that something terrible had happened to these

23   girls and something terrible was going on with these girls.

24        The first thing is Ms. Cappabianca -- why don't we

25   look at her deposition testimony.  Ms. Cappabianca admitted,

4

1   and this is in court, she admitted that -- it's right here, she

2  admitted that she had information about sexual activity between

3  Kristina, age 12, and Charles Bibbs, age 14, who has a -- this

4  is in the exhibits.  He has discipline history between

5  September and December this thick.  You heard that Charles had

6  been kicked out of school, that he had been there the year

7  before because of his bad behavior.  So we know that Ms.

8  Cappabianca knew that.  There is evidence, I don't think we

9  need to play it, okay, there is evidence, although, why don't

10  we show it on the exhibit -- there is evidence that Charles

11  Bibbs, when Ms. Cappabianca -- and there is no dispute about

12  that, she went to Kristina and she went to Charles.

13        Ms. Cappabianca, when she went to Charles, he

14  testified like what's going on, I'm hearing this like serious

15  stuff, like you're having oral sex.  She asked me this.  That

16  was at the end of the deposition of his testimony.  And really

17  he denied that, right, the great sneak denied it.

18        But there is evidence that Ms. Cappabianca -- in

19  this courtroom they say, well, we were aware of sexual activity

20  between Kristina and Charles, we were aware of that.  We

21  thought it might be holding hands or kissing.  But we were

22  aware of that.  And so when we went to Kristina and Charles, we

23  didn't say was there sexual activity or, you know, we just sort

24  of kept it general, we didn't ask the question.  But Charles

25  Bibbs said Ms. Cappabianca did ask him the question.  That she

5

1  asked him what's this I hear about oral sex.  Now, he denied

2  it.  And that gets into sort of the meat of the case, as far as

3  I'm concerned.

4        Now, when Ms. Cappabianca, I guess maybe what I'd

5  like to do is address this question now.  Why -- Mr. Marnen

6  sort of asked this question, why would this happen.  Come on,

7  jury, you're not going to believe that Ms. Cappabianca would

8  ignore information like this.  You just can't believe this,

9  it's too incredible to believe.  But I think that if you

10  consider certain pieces of evidence, you'll see what is, in

11  essence, a pattern of evidence that was generated during this

12  three-week period, four-week period, that Ms. Cappabianca and

13  Ms. Woods knew that something was going on.

14        But they assumed, without doing any investigation,

15  they assumed that it was voluntary and consensual.  That

16  Kristina and Rachel were engaged in voluntary consensual sex

17  with Charles Bibbs and perhaps others and, therefore, they

18  didn't see it as an assault, as harassment and, therefore, they

19  didn't act on it.  Therefore, they had information about which

20  they were deliberately indifferent.

21        When Ms. Cappabianca was on the stand, she said

22  something that I thought was just amazingly incredible.  She

23  said that when she questioned Kristina, that Kristina had

24  lipstick on, makeup, I think she said Kristina looked darling.

25  And then the second day she was on the stand, when Mr. Marnen

6

1  was questioning her, she embellished on that even further, she

2  said well, after I talked to Kristina, I walked her down to

3  PASS, and Kristina sat right down next to, darling little

4  Kristina, cute as a pin, sat right down next to Charles.

5  And that's when I asked Charles, well, what's this I hear you

6  about you and Kristina.  Charles said well, she just likes me,

7  Ms. Cap.  Charles said that he didn't even know Kristina before

8  or after this rape.

9        Now, think about this.  Is that what Ms. Cappabianca

10  wanted you to believe.  We know why she said it.  She said it

11  because well, ladies and gentlemen of the jury, here I am, I'm

12  a vice principal in this school, there's a lot of stuff going

13  on and I have to respond to appearances.  And I heard this

14  stuff about sexual activities between Charles and Kristina, and

15  I asked Kristina, she said something happened and the

16  appearance was, well, nothing really happened.  And, in fact,

17  ladies and gentlemen of the jury, when I took Kristina to PASS

18  that night, she sat right next to Charles Bibbs.  Do you

19  believe, now this is where your critical facilities have to

20  come in, do you believe that Kristina, who was raped by Charles

21  Bibbs the night before, sat next to him in PASS that next day

22  or do you think that she was terrified.

23          Now, I submit that it doesn't make sense what Ms.

24  Cappabianca said.  But I think, excuse me, I think it shows you

25  something about her perception -- her perception is that


                                    7


1  Kristina, Charles, she says is developing an attraction.  Her

2  perception back then was that Kristina liked Charles, and that

3  there would be, maybe these are bad kids, but there would be

4  sexual activity between a 12-year-old girl, mental age eight,

5  and a 14-year-old boy, with a discipline record like this, that

6  was somehow consensual.

7       Now, when -- and I think that if this is one of

8  several incidents that I'm going to discuss, but gives you, the

9  jury, in your critical incites that you have to bring.  You're

10  not just listening to them and accepting their words at face

11  value.  You have to say are these people, does it make sense

12  what they're saying, do they have a reason maybe to shade

13  things and embellish things.  And I think, it was amazing that

14  Ms. Cappabianca would expect you to think that Kristina would

15  sit next to Charles.  It shows that she thinks that there is

16  something going on between Charles and Kristina, not a rape,

17  but a mutual attraction.

18       Now, but this is the next piece of evidence supports

19  this, supports my argument because in her talk with Kristina,

20  Ms. Cappabianca said I asked her did something happen, and

21  Kristina said yes.  And what did Ms. Cappabianca say next.  Did

22  she say, Kristina, what happened.  Kristina, would you like to

23  talk to somebody about what happened.  Kristina, were you hurt.

24  No, she didn't say any of those things.  She said, Kristina,

25  you know, that's what people do when they're grown up and in

1    love and they care about each other.  She immediately jumped to

2    the conclusion that Kristina had engaged in something voluntary

3    with Charles Bibbs.  Now, if you immediately jump to that

4    conclusion, that a 12-year-old girl, mental age eight, is

5    voluntarily engaged in sexual activity with a 14-year-old boy,

6    then you're not going to bring, as Ms. Cappabianca, you're not

7    going to bring any concern at all about what that girl is

8    doing.  Oh, that's her choice, I can't interfere with her

9    choice.  I'm not going ask her whether it was voluntary,

10   whether she was coerced, whether this kid, who has a record

11   like this, (indicating), and Kristina, is cute and slow, I'm

12   not going to ask her if there's something she wants to talk to

13   you about.  I'm just going to warn her.  In fact, she sort of

14   condemned her and says, Kristina, what you're really doing is

15   wrong.  What you're doing is wrong because you should wait

16   until you're an adult to do these kinds of things.

17          Now, imagine the impact.  Let's just assume that Ms.

18   Cappabianca's story is right, that she walked with Kristina

19   down to PASS and she sat, she's in front of Kristina, she said

20   to Charles what's this I hear about you and Kristina doing

21  something.  And Charles denied it.  What does that say to

22  Kristina when Ms. Cappabianca walks out of the room and leaves

23  her there with Charles.  It says, Kristina, age 12, mental age

24  eight, you're on your own with this kid.  I'm not going to

25  interfere, I'm not going to take any steps to make sure that

9

1  you're protected.  I just don't care, you better be careful.

2  You better not be doing this stuff that you've been doing.

3  Well, that's one and two.

4        Let's go to three.  I want to talk about Ms.

5  Cappabianca's interactions with Rachel and what you'll see is

6  you'll see this same pattern.  That Ms. Cappabianca back then,

7  in the courtroom they say we were very concerned about this,

8  but back then they have a different attitude.  The evidence

9  shows that back then they thought these girls were voluntarily

10  engaging in this activity.  In the meeting with Rachel on

11  Friday, January 4th, '02, when Ms. Cappabianca called Rachel's

12  dad, that happened after Rachel -- that happened after Rachel

13  was in music class and said tell these boys to quit asking me

14  to suck dick, I can't avoid using that language.  That's what

15  Rachel said.

16      So Ms. Cappabianca finds Rachel in her room about

17  that and we heard, we had Rachel's diary -- do you want to put

18  that page up -- Ms. Cappabianca says that this conversation

19  didn't occur.  But Rachel's diary talks about it.  Rachel's

20  diary says it sort of happened on, I'm going to read it for

21  you, we tried to decipher it.  "Every day and every night I'm

22  always awake thinking about what happened and how I felt and

23  what I remember.  It made me more sad than I was" ... word

24  undecipherable ...  "when Ms. Cap wouldn't do ... word

25  undecipherable, "what happened, and my dad yelled at me when


10


1  Ms. Cap wanted me to call home about saying sucking dick and

2  that hurt my feelings so bad.  And I really started to cry and

3  I went out of Ms. Cap's and slammed her door.  I couldn't stop

4  crying, then I got five day PASS and I got harassed and raped

5  after PASS."

6      You know it's our theory that Ms. Cappabianca

7  questioned Kristina and said to her do you want to talk to me,

8  Kristina, is there someone that I can take you to to talk with

9   at the school.  She could have headed off all of this stuff.

10  But, so Ms. Cappabianca says well, that didn't happen.

11        Both Rachel and her father testified that there was

12  an instance where that happened.  Rachel's diary, written

13  sometime around those events, talks about that.  We're dealing

14  with 12-year-old girls, who both of them have expressive

15  problems.  We're dealing with 12-year-old girls who have been

16  raped.  Now, they might not be able to say to Ms. Cappabianca,

17  because they might not have the words to say I was raped.  It

18  might not be in their vocabulary.  Think about 12-year-olds,

19  think about these were 7th graders, but they were both, both

20  had learning disabilities.  Think about a 12-year-old's ability

21  to describe sexual occurrences.

22        But, anyway, so Ms. Cappabianca had this information

23  and what's her response.  Well, her response is Rachel must be

24  bad.  Rachel must be bad.  I'm not going to try to get the

25  bottom of it, Rachel must be bad and I'm going to punish her.


11


1   In fact, the evidence shows that this happened on Friday, 1/4,

2   and the evidence shows in fact that Rachel was in PASS the next

3   Monday, the next Monday, the next Tuesday, and the next

4   Wednesday, and that was her last day of school.  So she was

5   punished for that.

6         That item of evidence, Rachel's diary, the testimony

7   of Rachel and Richard, tie these things together and show that

8   in fact there was a conversation that Ms. Cappabianca wants to

9   disavow.  You know why she wants to disavow it, she wants you

10  to believe that as soon as she had any signs of it, she was on

11  top of it like that.  Well, she had signs of it, but she

12  mentally, mentally, Mr. Marnen asked why did it happen.  It

13  happened because mentally Ms. Cappabianca and Ms. Woods didn't

14  see Rachel and Kristina as victims, they saw them as

15  accomplices.

16        Let's talk about this, while this PASS record is up.

17  Mr. Marnen talked about, well, you know, Ms. Cappabianca and

18  Ms. Woods jumped right on this as soon as Rachel had her

19  outburst.  Well, that was the 9th, and Rachel is in PASS again,

20  after school detention.  And, in fact, Charles Bibbs is in PASS

21  that day.  Now, think about it.  If you thought that a young

22  girl, a 12-year-old girl had been raped, and they say that they

23  are investigating and they know all about it on the 9th, would

24  you send her to PASS with her rapist, or is it more logical to

25  assume that, well, we think that Rachel back then, we think

12

1  that Rachel and Charles are messing around after school and it

2  won't matter if they're in PASS together because they're both

3  in this together.  There isn't a victim and a perpetrator,

4  there's just two accomplices.

5        Let's talk about Robin Johnson.  The testimony of

6  Robin Johnson and her daughter present a problem to the school

7  district because, and may take a while to get here, I'm

8  thinking of the digression here.

9        Ms. Cappabianca doesn't admit that she met with

10  Robin Johnson and her daughter on that day, although, Mr.

11  Polancy recalls seeing them, and Ms. Johnson recalls her

12  daughter, saying there's Rachel, that's the girl that Ms.

13  Cappabianca was talking about.  But you know what, we don't

14  have any records about what the school district did in terms of

15  this supposed investigation that it conducted on January 9th

16  and January 10th.

17        And the judge is going to give you an instruction

18  that if you think that the school district, as the officials,

19  Ms. Cappabianca and Ms. Woods, have destroyed those records or

20  otherwise made them not available, you could draw inferences

21  from that.  You're not required to, but you could draw

22  inferences from that, that there might be something in those

23  records that would show that the school district, it would be

24  negative to the school district.

25        Now, here is what we know happened on the 9th and

13

1  10th.  The school district was talking to lots of kids and

2  their parents.  Now, Mr. Marnen says well, are you saying that

3  we would just call in this woman and talk to her.  Well, they

4  called in lots of people.  They testified to that.  They named

5  the people that they called in.  And it's possible that their

6  records might show that they also called in Robin Johnson

7  because well, how would they know whether Toni Northrop had any

8  information about what happened between Charles and Rachel and

9  Charles and Kristina, unless she were called in with her

10  mother, like all these other kids with their mothers, and asked

11  does your daughter not knowing anything about this.

12        So, now, the other things that you need to think

13   about, in terms of Robin and Toni, is that they have really no

14   ax to grind against the school district.  Mr. Marnen wants you

15   to think that, I don't know, I don't want to take words out of

16   his mouth, somehow they're despicable or they're less than

17   honorable because they come and talk about this.  But they're

18   not parties to this case.  If they have an ax to grind, we

19   don't know about it because it wasn't brought up here.  So you

20   have to ask yourselves would two people, and you saw them,

21   Robin and Toni, were these two people, would these two people

22   come into this court and perjure themselves.  It's not just

23   like maybe a fuzzy recollection about seeing or they can't

24   recall whether it was Monday or Tuesday.  Actually perjure

25   themselves, make up a story that was absolutely not true,


14


1   absolutely false.  You saw them and ultimately you have to make

2   that decision.

3          But I think that you have to ask yourselves why

4   would they perjure themselves.  Well, obviously, what this

5   evidence shows is that this theory that the plaintiffs have

6   about why the school district didn't do anything, Ms.

7   Cappabianca is telling Robin Johnson and her daughter, well,

8   Rachel is pretty bad.  You know, she's acting like a little

9   whore, that is what Ms. Johnson testified to.  She's in the

10  basement engaging in oral sex.  And Ms. Johnson said that Ms.

11  Cappabianca used the more colloquial term, I think she said

12  blow jobs.  And while her daughter couldn't bring herself to

13  say it, couldn't use the words that Ms. Cappabianca used, she

14  indicated that they were dirty.

15          Now, that's another indication, even during the

16  course of this investigation, this happened on the 10th of

17  January, the day that the school district is meeting with

18  Rachel and her dad, Ms. Cappabianca is not at that meeting,

19  she's meeting with other parents.  Ms. Woods and Chris Ruhl are

20  meeting with Rachel and her dad.  And so it's again as late as

21  the 10th, as late as the 10th of January, the school district,

22  their mind set is well, these girls are bad.  And so we're not

23  being deliberately indifferent, we're trying to get to the

24  bottom of this.

25          Let's go to number five.  Ms. Woods talking to

15

1  Richard Polancy and Rachel.  Now, I heard her description of

2  that meeting, this is another place where I think that you need

3  to exercise your critical judgment about what's going on.  On

4  the stand here today, I mean this week, last week, when she's

5  talking to you guys, who you will be her, in essence, her

6  judge, the judge gives the legal instructions, but you guys are

7  going to be in the position of was she indifferent or did she

8  not do her duty, was she's talking to you guys, of course,

9  she's going to say well, I did everything I could, we jumped

10  right on this, of course she's going to say that.  Of course,

11  she's going to say that.

12        Let's see how she structured this meeting.  She has

13  Rachel and her father and Chris Ruhl in this little room.  And

14  she says that she asks Rachel, she looked at Rachel and said,

15  Rachel, tell your dad what happened.  Now, is that how you have

16  a little 12-year-old, 13-year-old girl say that she's been

17  raped.  Or is that how you have a 13-year-old girl confess to

18  doing something wrong.  I think it's the latter.  I think that

19  Ms. Woods had Rachel in her office to confess to her dad.  Dad,

20  I've been engaging in oral sex in the basement.  I've had all

21  the boys in the school, I've been -- not all the boys, I'm

22  exaggerating, I've been engaging in oral sex.  If Ms. Woods had

23  thought, had believed that Rachel was raped on that date, would

24  she put a 13-year-old girl, tell your dad what happened.  Would

25  she do it, no she wouldn't.  That's not how she would do it.


16


1        She would have had Mr. Polancy in her office, we

2  just discovered your daughter was raped, you better get her to

3  the doctor right away.  But that's not what happened.  I think

4  that that also shows this mind set.

5        It's not that I'm saying that Ms. Cappabianca, Ms.

6  Woods are awful people.  But what we're here about today is,

7  and I'm not saying that.  What we're here about today, they

8  could have done something sooner than they did to stop what

9  ultimately happened to Rachel and Kristina.  That's what we're

10  here about.  And what kept them from doing that, what kept them

11  from helping these girls was sort of a prejudice.

12        They weren't even aware of it, it was subconscious.

13  It's subconscious because Ms. Cappabianca can sit on this stand

14  and expect you to believe that Rachel or, excuse me, Kristina

15  would sit next to Charles.  It was subconscious, they guys are

16  involved with these boys and we're getting to the bottom of it,

17  but we know that -- let's look at that January 10th letter.

18  We know there's been some kids, the first paragraph of that

19  letter, we know there's some kids who have been engaging in

20  defiance, she used the word defiance, I don't know what word

21  she meant there. Defiant sexual matter behavior. And she

22  included Kristina and Rachel among the kids using the defiant,

23  among the kids involved in that sex.

24      Now, you know what, I'm not going to dispute that

25  later on that day or the next day, that was actually the


17


1  testimony, the morning of the 11th, Ms. Woods did call the

2  police. She did call the police. But Mr. Polancy testified

3  that on the 10th, he said I'm going to call the police. Have

4  you called the police, I'm going to go call the police. When

5  he heard that his, when he heard these accusations about his

6  daughter, he said that's not my daughter, have you called the

7  police. Well, no, they hadn't called the police because they

8  were working under the assumption that Rachel and Kristina were

9  bad, and were involved in this sexual activity and they hadn't

10  called the police yet.  When they called the police, and this

11  is sort of akin to the fact that we don't have any records, so

12  we don't know who they met with or what was said, when they

13  called the police, I went over this with Ms. Woods, they said

14  we found out about this on January 9th.  And I think that that

15  is the beginning of a coverup, as soon as they went outside the

16  school they decided that they had to cover up what had happened

17  for the last three weeks.  Because if you're an official, if

18  you have a responsibility to shepherd the kids in this school

19  and you have an idea that a crime has happened, you're going

20  to, obviously, when you call the police, you're going to give

21  them the accurate information, right.

22          Well, both of them knew that there had been

23  information, student rumors, that Kristina, at a minimum, they

24  knew that before Christmas that there had been sexual activity

25  between Charles and Kristina and they related all this stuff

18

1  back to January 19th, excuse me, December 19th, the day after,

2  the day before Ms. Cappabianca talked to Kristina and Rachel.

3  But they didn't want to tell the police, you know what, we had

4    information about this three weeks ago.  Because maybe the

5    police would start asking them questions about what, well, you

6    had this information three weeks ago, what did you do.  Did you

7    talk to the girls, did you ever ask the girls whether they were

8    raped.  No, they didn't want the police to know that.  And so

9    the police never learned that.  I think -- the thing that you

10   have to decide is whether, if Ms. Cappabianca and Ms. Woods had

11   listened to the information that was coming to them from these

12   girls, and listened to them, not with the pre-disposition to

13   judge the girls, but listened to them as, I think Ms. Woods

14   used the term discriminating, listening to 12-year-old little

15   girls, trying to talk about something bad that happened to them

16   and not be deliberately indifferent to their attempts to talk

17   about something that happened to them, things would have been

18   different.

19           Rachel wouldn't have had that sexual assault, that

20   second sexual assault that occurred on January 7th, the day

21   that Ms. Long called up Ms. Cappabianca and said, you know, I

22   talked to my daughter who's in the hospital and she says that

23   she was raped before Christmas.  Ms. Cappabianca didn't jump on

24   that information and later that day after PASS, where Rachel

25   had been sent, after PASS Rachel was assaulted again.  And

19

1  Rachel was assaulted in the school again.  And after that first

2  conversation with Kristina, both Kristina and Rachel were

3  victimized by what happened by the other kids torturing them

4  and tormenting them.  You heard Rachel say it was constant,

5  boys were approaching her and saying will you give us oral sex.

6          I want to talk a little bit about damages.  I don't

7  want to go on too long because I just don't.  But at the

8  beginning of the case I said that there were going to be things

9  in this case that were so awful that your brain was going to

10  say this couldn't happen, I reject it, nothing that bad could

11  happen.  I think the evidence has supported that.

12          Imagine Ms. Cappabianca, after Charles Bibbs denied

13  hurting Kristina, walking out of the room leaving Kristina

14  there with Charles.  Imagine that 12-year-old Kristina.

15  Imagine Rachel, who has been raped, overhearing Ms. Cappabianca

16  described to her dad as a bad girl and she needs discipline.

17  Imagine Rachel talking to Toni Northrop, after Toni Northrop

18  and her mother had the conversation with Ms. Cappabianca, and

19  Toni Northrop saying I can't play with you anymore because my

20  mother, Ms. Cappabianca said you're giving oral sex, giving

21  head, that's the way she said it, giving head in the school, I

22  can't play with you anymore.  Given what happened to Rachel and

23  Kristina, imagine them being in school, imagine Kristina having

24  tried to help Ms. Cappabianca what happened, and then being in

25  school with Charles Bibbs, this guy she was totally afraid of.


                                    20


1         I sort of resent Mr. Marnen trying to incite some

2  kind of regional prejudice against Dr. Schachner saying, well,

3  he came from Pittsburgh, came up here to Erie and told us

4  everything we did was wrong up here.  Well, what Dr. Schachner

5  said, and I don't think that you should bring, you should

6  impose regional prejudice on him, I'm from Pittsburgh myself,

7  on us.

8         But Dr. Schachner said that these kids suffered from

9  post-traumatic stress syndrome and that you have to jump on it

10  or else it gets worse.  Every time they are encountered in

11  school they relive that, they relive that rape.  And it didn't

12  end when they left school.  You heard the testimony.  You heard

13  how Rachel was in the hospital for two weeks, on two separate

14    occasions.  You heard how Kristina was in the hospital.  You

15    heard how these girls tried to injure themselves, tried to hurt

16    their parents.

17          Dr. Schachner said, and the judge will instruct you

18    that the school district isn't responsible for that rape that

19    happened on December 19th.  But what Dr. Schachner said is that

20    what happened to the girls afterward was like reliving that.

21    And what happened to the girls when they went to authority

22    figures, when Kristina went to Ms. Cappabianca said something

23    happened to me.

24          When Rachel tried to tell Ms. Cappabianca about what

25    happened, help me.  When they were rejected, that these two

21

1    12-year-old little girls, that destroyed their trust in adults.

2    I mean Ms. Cappabianca was there.  Kristina saw Ms. Cappabianca

3    as someone who might protect her.  If you can think of

4    something so vital, so vital that you're trying to get out, Dr.

5    Schachner said little girls don't talk about when they're

6    raped, they can't, they don't want to, they feel guilty, they

7    don't want to talk about it.  But here they tried to talk about

8   it, Ms. Cappabianca ignored them, all of a sudden their whole

9   world is upside down.  These adults, if you're 12-year-olds,

10  these adults aren't going to protect you anymore.  And, in

11  fact, these adults are going to say you're bad for being raped.

12          What does that do to their mental, what does that do

13  to their mental view of these girls.  What it does is it was

14  like they went to hell.  It was like they went to hell after

15  that.  And they were in juvenile trouble, they are arrested.

16  Kristina was arrested.  They were institutionalized.  This is

17  like, it's not the rape, the rape is bad.  It's like having a

18  cancer and you get worse and worse and worse and worse, and

19  they got sicker and sicker and sicker.

20          And they testified here, and you saw that Rachel and

21  Kristina had some difficulty.  Rachel appears to be a little

22  better.  But this is five years after this happened, this is

23  five years after this happened.

24          Mr. Marnen was right.  He started off his opening

25  saying that these guys lost their childhood, Rachel and


22


1   Kristina lost their childhood.  And you can't -- the judge is

2  going to instruct you on the damages, in awarding damages.

3  There is no, you can't comprehend what money can replace that.

4        I'm sure that if Rachel or Kristina could ask you to

5  do something, they would say make Ms. Cap listen to me, make

6  Ms. Cap listen to me when I tried to tell her that I was raped.

7  But we can't go back to that.  We can't go back to that point.

8  If we could go, we wouldn't be here, we can't go back to that

9  point.  You couldn't put Rachel and Kristina back to that

10  point.

11        But you should think about the injuries they

12  suffered and award them, because you can't put them back to

13  where they were, award them damages that you think will

14  compensate them for what they've suffered.  Thank you.

15        THE COURT:  Members of the jury, we're going to take

16  a recess.  And then after the recess, I'm going to come out and

17  give you my charge.

18

19        (Whereupon, Plaintiffs' closing argument was

20  concluded.)

21

22                  - - -

23    

24    

25    

23

1        C E R T I F I C A T E

2    

3    

4    

5        I, Ronald J. Bench, certify that the foregoing is a

6    correct transcript from the record of proceedings in the

7    above-entitled matter.

8    

9    

10    

11    _____

12    Ronald J. Bench

13    

14    

15    

16

17

18

19

20

21

22

23

24

25