UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>06-4570</u>

P. v. School District of the City of Erie, Pennsylvania

To:  Clerk

    1)  Letter Motion by Appellees to Amend Case Caption

    2)  Letter Motion by The City of Erie and the City of Erie Bureau of Police to Amend Case Caption and to be Removed as Parties to the Appeal

---

    The foregoing Motions are granted.  The City of Erie and the City of Erie Bureau of Police shall be removed as parties to the appeal and the caption shall be amended as follows:

RICHARD P., by and for; RACHEL P.;
DENISE L., by and for; KRISTINA L.,
        Appellants
 v.

SCHOOL DISTRICT OF THE CITY OF ERIE, PENNSYLVANIA; JANET WOODS, Individually and in her capacity as Principal of Strong Vincent High School; LINDA L. CAPPABIANCA, Individually and in her capacity as Assistant Principal of Strong Vincent High School



A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: January 19, 2007
smw/cc:   Edward A. Olds, Esq.
           James T. Marnen, Esq.