UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 06-4570

RICHARD P. by and for Rachel P., and DENISE L., by and for Kristina L.,
<u>Appellants</u>
vs.

SCHOOL DISTRICT OF THE CITY OF ERIE, PENNSYLVANIA;
JANET WOODS, individually and in her capacity as Principal of
Strong Vincent High School; LINDA L. CAPPABIANCA, individually
and in her capacity as Assistant Principal of Strong Vincent High School*,

(*Amended pursuant to Clerk's Order dated 1/19/07)

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(D.C. Civ. No. 03-390 )
District Judge:  Honorable Sean J. McLaughlin

Submitted Under Third Circuit L.A.R. 34.1(a)
November 1, 2007
Before:  RENDELL, WEIS and NYGAARD, <u>Circuit</u> <u>Judges</u>.

JUDGMENT

This cause came to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted on November 1, 2007.

On consideration whereof, it is here now ORDERED AND ADJUDGED by this Court that the Order of the District Court entered January 31, 2006 be, and the same is hereby affirmed.

Costs taxed against appellants.

All of the above is in accordance with the Opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: November 19, 2007

Certified as a true copy and issued in lieu of a formal mandate on 12/12/07

/s/ Marcia M. Waldron

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit